UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED
TERRILLE, JOSEPH MANN, LESLIE LEMAN, and
LAWRENCE SLOANE,

                Plaintiffs,

   -against-                                        Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as        **NOTICE OF APPEAL**
Governor of the State of New York, STEVEN A.
NIGRELLI, in his official capacity as Acting
Superintendent of the New York State Police, Judge
MATTHEW J. DORAN, in his official capacity as
Licensing-official of Onondaga County, WILLIAM
FITZPATRICK, in his official capacity as Onondaga
County District Attorney, EUGENE CONWAY, in his
official capacity as Sheriff of Onondaga County,
JOSEPH CECILE, in his official capacity as Chief of
Police of Syracuse, P. DAVID SOARES, in his official
capacity as District Attorney of Albany County,
GREGORY OAKES, in his official capacity as District
Attorney of Oswego County, DON HILTON, in his
official capacity as Sheriff of Oswego County, and
JOSEPH STANZIONE, in his official capacity as
District Attorney of Greene County

                Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants Steven A. Nigrelli and Matthew J. Doran, in their official capacities, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Preliminary Injunction entered in this matter on November 7, 2022 (ECF No. 78).

Dated: Albany, New York
November 8, 2022

LETITIA JAMES
Attorney General
State of New York

By: _____
James M. Thompson
Special Counsel
Bar Roll No. 703513
28 Liberty Street
New York, NY 10005
(212) 416-6556
james.thompson@ag.ny.gov

Michael G. McCartin
Special Counsel
Bar Roll No. 511158
Alexandria Twinem
Assistant Solicitor General
Bar Roll No. 703907
The Capitol
Albany, NY 12224
Tel.: (518) 776-2620
Michael.McCartin@ag.ny.gov

*Attorney for the State Defendants*

APPEAL

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:22–cv–00986–GTS–CFH
## *Internal Use Only*

| | |
|---|---|
| Antonyuk et al v. Hochul et al<br>Assigned to: U.S. District Judge Glenn T. Suddaby<br>Referred to: Magistrate Judge Christian F. Hummel<br>related Case: 1:22–cv–00734–GTS–CFH<br>Case in other court: 2nd Circuit, 22–02379<br>                            2nd Circuit, 22–02403<br>Cause: 42:1983 Civil Rights Act | Date Filed: 09/20/2022<br>Jury Demand: Defendant<br>Nature of Suit: 950 Constitutional – State Statute<br>Jurisdiction: Federal Question |

**Plaintiff**

**Ivan Antonyuk**           represented by    **Robert J. Olson**
William J. Olson, P.C.
370 Maple Avenue W – Suite 4
Vienna, VA 22180
703–356–5070
Fax: 703–356–5085
Email: rob@wjopc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601–852–3440
Email: stephen@sdslaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Plaintiff**

**Corey Johnson**           represented by    **Robert J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Plaintiff**

**Alfred Terrille**           represented by    **Robert J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Plaintiff**

**Joseph Mann** represented by **Robert J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Plaintiff**

**Leslie Leman** represented by **Robert J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Plaintiff**

**Lawrence Sloane** represented by **Robert J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Stephen D. Stamboulieh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

V.

**Defendant**

**Kathleen Hochul** represented by **James M. Thompson**
*in her Official Capacity as Governor of* New York State Attorney General – New
*the State of New York* York Office
***TERMINATED: 11/07/2022*** 28 Liberty Street
New York, NY 10005
212–416–6656

|  |  |
|---|---|
|  | Email: james.thompson@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Alexandria Twinem**<br>NYS Office of The Attorney General<br>The Capitol<br>Albany, NY 12224<br>414–405–1939<br>Email: alexandria.twinem@ag.ny.gov<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Michael G. McCartin**<br>Office of Attorney General – Albany<br>The Capitol<br>Albany, NY 12224<br>518–776–2620<br>Fax: 518–915–7738<br>Email: michael.mccartin@ag.ny.gov<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: waived_2019* |
| **Defendant**<br><br>**Steven A. Nigrelli**<br>*in his Official Capacity as Acting Superintendent of the New York State Police*<br>*formerly known as*<br>Kevin P. Bruen | represented by **James M. Thompson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Alexandria Twinem**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Michael G. McCartin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: waived_2019* |
| **Defendant**<br><br>**Judge Matthew J. Doran**<br>*in his Official Capacity as the Licensing–official of Onondaga County* | represented by **James M. Thompson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Alexandria Twinem**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022*<br><br>**Michael G. McCartin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**William Fitzpatrick**
*in his Official Capacity as the Onondaga County District Attorney*

represented by **John E. Heisler , Jr.**
Onondaga County Department of Law
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY 13202
315–435–2170
Fax: 315–435–5729
Email: johnheislerjr@ongov.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**Eugene Conway**
*in his Official Capacity as the Sheriff of Onondaga County*

represented by **John E. Heisler , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Defendant**

**Joseph Cecile**
*in his Official Capacity as the Chief of Police of Syracuse*

represented by **Todd M. Long**
City of Syracuse Law Department
233 East Washington Street
300 City Hall
Syracuse, NY 13202
315–448–8400
Fax: 315–448–8381
Email: tlong@syrgov.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Danielle R. Smith**
City of Syracuse Corporation Counsel
233 East Washington Street
Room 300 City Hall
Syracuse, NY 13202
315–448–8400
Fax: 315–448–8381
Email: DSmith@syrgov.net
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Darienn Balin**
City of Syracuse Corporation Counsel
233 East Washington Street
Room 300 City Hall
Syracuse, NY 13202
315–448–8400
Email: dbalin@syrgov.net
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2022*

**Defendant**

**P. David Soares**
*in his Official Capacity as the District Attorney of Albany County*

represented by **Joseph A. Coticchio**
Albany County Attorney's Office
112 State Street, Room 600
Albany, NY 12207
518–447–7110
Fax: 518–447–5564
Email: joseph.coticchio@albanycountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Defendant**

**Gregory Oakes**
*in his Official Capacity as the District Attorney of Oswego County*

represented by **Edward G. Melvin**
Barclay Damon LLP – Syracuse Office
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
315–425–2783
Email: emelvin@barclaydamon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**John Joseph Pelligra**
Barclay Damon LLP – Syracuse Office
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
315–425–2773
Email: jpelligra@barclaydamon.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Defendant**

**Don Hilton**
*in his Official Capacity as the Sheriff of Oswego County*

represented by **Edward G. Melvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**John Joseph Pelligra**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2019*

**Defendant**

**Joseph Stanzione**
*in his Official Capacity as the District Attorney of Greene County*

represented by **Edward I. Kaplan**
Greene County
411 Main Street, Suite 443
Catskill, NY 12414
518–719–3540
Fax: 518–719–3790
Email: countyattorney@greenecountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

*Fee Status: waived_2019*

**Amicus**

| | | |
|---|---|---|
| **Everytown for Gun Safety**<br>Everytown Law<br>P.O. Box 14780<br>Washington, DC 20044 | represented by | **Alla Lefkowitz**<br>Everytown Law<br>P.O. Box 14780<br>Washington, DC 20044<br>202–545–3257<br>Email: alefkowitz@everytown.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2022* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2022 | 1 | COMPLAINT against Kevin P. Bruen, Joseph Cecile, Eugene Conway, William Fitzpatrick, Don Hilton, Kathleen Hochul, Doran J. Matthew, Gregory Oakes, P. David Soares, Joseph Stanzione (Filing fee $402 receipt number 6039505) filed by Alfred Terrille, Leslie Leman, Lawrence Sloane, Corey Johnson, Joseph Mann. (Attachments: # 1 Decleration of Stephen D. Stamboulieh, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Civil Cover Sheet)(jdp ) (Entered: 09/21/2022) |
| 09/20/2022 | 2 | Summons Issued as to Kevin P. Bruen, Joseph Cecile, Eugene Conway, William Fitzpatrick, Don Hilton, Kathleen Hochul, Doran J. Matthew, Gregory Oakes, P. David Soares, Joseph Stanzione. (Attachments: # 1 Summons Issued, # 2 Summons Issued, # 3 Summons Issued, # 4 Summons Issued, # 5 Summons Issued, # 6 Summons Issued, # 7 Summons Issued, # 8 Summons Issued, # 9 Summons Issued)(jdp ) (Entered: 09/21/2022) |
| 09/20/2022 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 12/20/2022 10:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 12/13/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (jdp ) (Entered: 09/21/2022) |
| 09/22/2022 | 4 | Letter Motion from Stephen D. Stamboulieh for Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille requesting Excess Pages submitted to Judge Hon. Judge Suddaby . (StambouliEh, Stephen) (Entered: 09/22/2022) |
| 09/22/2022 | 5 | TEXT ORDER granting Plaintiffs' 4 letter–motion requesting to file a Memorandum of Law in support of their anticipated Motion for a Temporary Restraining Order, Preliminary Injunction and/or Permanent Injunction not to exceed forty (40) pages in length, which is fifteen (15) pages in excess of the Local Rule. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 9/22/2022. (sal) (Entered: 09/22/2022) |
| 09/22/2022 | 6 | Emergency MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Attachments: # 1 Memorandum of Law Memorandum of Law, # 2 Declaration Attorney's Affirmation, # 3 Proposed Order/Judgment Proposed Order to Show Cause)(Stambouliеh, Stephen) (Entered: 09/22/2022) |
| 09/22/2022 | 7 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby *Errata (copy of Complaint per LR 65.1)* (Attachments: # 1 Exhibit(s) Copy of Filed Compaint with exhibits)(Stambouliеh, Stephen) (Entered: |

| | | |
|---|---|---|
| | | 09/22/2022) |
| 09/23/2022 | 8 | TEXT ORDER denying 6 Plaintiffs' application for an Order to Show Cause as unsupported by the affidavit required by Local Rule 7.1(e) of the Local Rules of Practice for this Court, and reserving decision on 6 Plaintiffs' motion for a temporary restraining order and 6 their motion for preliminary injunction pending further briefing and oral argument. Defendants' response to Plaintiffs' motion for a temporary restraining order is due by the end of WEDNESDAY, SEPTEMBER 28, 2022, and may come in the form of a letter–brief (or letter–briefs). Oral argument (without witness testimony) on Plaintiffs' motion for a temporary restraining order is scheduled for 11:00 a.m. on THURSDAY, SEPTEMBER 29, 2022, before the undersigned in Syracuse, New York. Defendants' response to Plaintiffs' motion for a preliminary injunction is due by the end of THURSDAY, OCTOBER 13, 2022; and Plaintiffs' reply to Defendants' response is due by the end of THURSDAY, OCTOBER 20, 2022. An in–person hearing on Plaintiffs' motion for a preliminary injunction (at which testimony will be adduced) shall be scheduled in a future Text Order. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 9/23/2022. (sal ) (Entered: 09/23/2022) |
| 09/23/2022 | | Reset Deadlines as to 6 Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille: As to the 6 Motion for Temporary Restraining Order, response due 9/28/2022 and oral argument set for 9/29/2022 at 11:00 AM in Syracuse before U.S. District Judge Glenn T. Suddaby. As to the 6 Motion for Preliminary Injunction, response due 10/13/2022 and reply due by 10/20/2022. An in–person hearing will be scheduled as to the 6 Motion for Preliminary Injunction in due course. (sal) (Entered: 09/23/2022) |
| 09/23/2022 | 9 | TEXT ORDER : Plaintiffs' counsel is directed to serve a copy of the Text Order entered on 09/23/2022, Dkt. No. 8, upon Defendants or counsel. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 9/23/2022. (sal) (Entered: 09/23/2022) |
| 09/23/2022 | 10 | SUMMONS Returned Executed by Alfred Terrille, Ivan Antonyuk, Leslie Leman, Lawrence Sloane, Corey Johnson, Joseph Mann. Kevin P. Bruen served on 9/22/2022, answer due 10/13/2022; Joseph Cecile served on 9/22/2022, answer due 10/13/2022; Eugene Conway served on 9/22/2022, answer due 10/13/2022; William Fitzpatrick served on 9/22/2022, answer due 10/13/2022; Don Hilton served on 9/22/2022, answer due 10/13/2022; Kathleen Hochul served on 9/22/2022, answer due 10/13/2022; Doran J. Matthew served on 9/22/2022, answer due 10/13/2022; Gregory Oakes served on 9/22/2022, answer due 10/13/2022; P. David Soares served on 9/22/2022, answer due 10/13/2022. (Attachments: # 1 Affidavit Affidavit of Service on Cecile, # 2 Affidavit Affidavit of Service on Conway, # 3 Affidavit Affidavit of Service on Doran, # 4 Affidavit Affidavit of Service on Fitzpatrick, # 5 Affidavit Affidavit of Service on Hilton, # 6 Affidavit Affidavit of Service on Hochul, # 7 Affidavit Affidavit of Service on Oakes, # 8 Affidavit Affidavit of Service on Soares)(Stamboulieh, Stephen) (Entered: 09/23/2022) |
| 09/26/2022 | | TEXT Notice pursuant to General Order 12 of Potential Related Case(s), submitted to District Judge for review and determination. Potential Related cases: 1:22–CV–734. (jdp ) (Entered: 09/26/2022) |
| 09/26/2022 | 11 | NOTICE of Appearance by James M. Thompson on behalf of Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul (Thompson, James) (Entered: 09/26/2022) |
| 09/26/2022 | 12 | TEXT ORDER granting direct assignment to District Judge Glenn T. Suddaby and Magistrate Judge Christian F. Hummel. This case is deemed related to 1:22–cv–00734–GTS–CFH, Antonyuk et al v. Bruen. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 9/26/2022. (sal) (Entered: 09/26/2022) |
| 09/26/2022 | 13 | SUMMONS Returned Executed by Alfred Terrille, Ivan Antonyuk, Leslie Leman, Lawrence Sloane, Corey Johnson, Joseph Mann. Joseph Stanzione served on 9/22/2022, answer due 10/13/2022. (Stamboulieh, Stephen) (Entered: 09/26/2022) |
| 09/26/2022 | 14 | NOTICE of Appearance by Edward G. Melvin on behalf of Don Hilton, Gregory Oakes (Melvin, Edward) (Entered: 09/26/2022) |
| 09/26/2022 | 15 | NOTICE of Appearance by John Joseph Pelligra on behalf of Don Hilton, Gregory Oakes (Pelligra, John) (Entered: 09/26/2022) |

| | | |
|---|---|---|
| 09/28/2022 | 16 | NOTICE of Appearance by Michael G. McCartin on behalf of Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul (McCartin, Michael) (Entered: 09/28/2022) |
| 09/28/2022 | 17 | RESPONSE in Opposition to Plaintiffs' 6 Emergency Motion for Temporary Restraining Order filed by Don Hilton, Gregory Oakes. (Pelligra, John) Modified on 9/28/2022 to change from a letter brief to a response (sal). (Entered: 09/28/2022) |
| 09/28/2022 | 18 | RESPONSE in Opposition to Plaintiffs' 6 Emergency Motion for Temporary Restraining Order filed by by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. (Thompson, James) Modified on 9/29/2022 to change from a letter brief to a response (sal ). (Entered: 09/28/2022) |
| 09/29/2022 | | TEXT Minute Entry for proceedings held before U.S. District Judge Glenn T. Suddaby: Motion Hearing held on 9/29/2022 re 6 Emergency Motion for a Temporary Restraining Order filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, and Alfred Terrille. Oral argument is heard by counsel. District Judge Suddaby RESERVES DECISION and a written decision on the 6 Emergency Motion for a Temporary Restraining Order will be forthcoming. Briefing has been set on the 6 Motion for a Preliminary Injunction and a hearing will be scheduled on that portion of the motion in due course. APP: Stephen D. Stamboulieh, Esq. for Plaintiffs. James M. Thompson, Esq. and Michael G. McCartin, Esq. for NYS Defendants. Edward Melvin, Esq. for Oswego County Defendants. Time: 11:10 AM – 12:25 PM. (Court Reporter Jodi Hibbard) (sal) (Entered: 09/29/2022) |
| 09/29/2022 | 19 | TRANSCRIPT REQUEST by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul for proceedings held on September 29, 2022 before Judge Glenn T. Suddaby.. (Thompson, James) (Entered: 09/29/2022) |
| 09/29/2022 | 20 | RESPONSE in Opposition re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby *just as to the Emergency MOTION for Temporary Restraining Order* filed by Joseph Cecile. (Long, Todd) (Entered: 09/29/2022) |
| 09/29/2022 | 21 | NOTICE of Appearance by Todd M. Long on behalf of Joseph Cecile (Long, Todd) (Entered: 09/29/2022) |
| 09/29/2022 | 22 | NOTICE of Appearance by Danielle R. Smith on behalf of Joseph Cecile (Smith, Danielle) (Entered: 09/29/2022) |
| 09/30/2022 | 23 | TRANSCRIPT of Proceedings: Motion Hearing held on 9/29/2022 before Judge Glenn T. Suddaby, Court Reporter: Jodi L. Hibbard, Telephone number: (315) 234–8547. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. Notice of Intent to Redact due by 10/5/2022 (jlh, ) (Entered: 09/30/2022) |
| 09/30/2022 | 24 | NOTICE of Appearance by John E. Heisler, Jr on behalf of William Fitzpatrick (Heisler, John) (Entered: 09/30/2022) |
| 10/03/2022 | 25 | NOTICE of Appearance by John E. Heisler, Jr on behalf of Eugene Conway (Heisler, John) (Entered: 10/03/2022) |
| 10/03/2022 | 26 | NOTICE of Appearance by Edward I. Kaplan on behalf of Joseph Stanzione (Kaplan, Edward) (Entered: 10/03/2022) |
| 10/06/2022 | 27 | DECISION AND TEMPORARY RESTRAINING ORDER that Plaintiffs' motion for a Temporary Restraining Order (Dkt. No. 6 ) is GRANTED in part and DENIED in part in accordance with this Decision. Defendants, as well as their officers, agents, |

| | | |
|---|---|---|
| | | servants, employees, and attorneys (and any other persons who are in active concert or participation with them) are TEMPORARILY RESTRAINED from enforcing the following provisions of the Concealed Carry Improvement Act, 2022 N.Y. Sess. Laws ch. 371 ("CCIA"): (1) the provisions contained in Section 1 of the CCIA requiring "good moral character" EXCEPT to the extent it is construed to mean that a license shall be issued or renewed except for an applicant who has been found, by a preponderance of the evidence based on his or her conduct, to not have "good moral character," which is defined as "having the essential character, temperament and judgment necessary... to use [the weapon entrusted to the applicant] only in a manner that does not endanger oneself or others, other than in self−defense"; (2) the provision contained in Section 1 of the CCIA requiring that the applicant "meet in person with the licensing officer for an interview"; (3) the provision contained in Section 1 of the CCIA requiring the "names and contact information for the applicant's current spouse, or domestic partner, any other adults residing in the applicant's home, including any adult children of the applicant, and whether or not there are minors residing, full time or part time, in the applicants home"; (4) the provision contained in Section 1 of the CCIA requiring "a list of former and current social media accounts of the applicant from the past three years"; and (5) the "sensitive locations" provision contained in Section 4 of the CCIA EXCEPT with regard to the following sensitive locations (where the restrictions remain): (a) "any place owned or under the control of federal, state or local government, for the purpose of government administration, including courts" (as contained in paragraph "2(a)" of Section 4); (b) "any location being used as a polling place" (as contained in paragraph "2(q)" of Section 4); (c) "any public sidewalk or other public area restricted from general public access for a limited time or special event that has been issued a permit for such time or event by a governmental entity, or subject to specific, heightened law enforcement protection, or has otherwise had such access restricted by a governmental entity, provided such location is identified as such by clear and conspicuous signage" (as contained in paragraph "2(r)" of Section 4); (d) "any place of worship or religious observation" (as contained in paragraph "2(c)" of Section 4), EXCEPT for those persons who have been tasked with the duty to keep the peace at the place of worship or religious observation; (e) "nursery schools" and "preschools" (as contained in paragraph "2(f)" of Section 4); (f) "any building or grounds, owned or leased, of any educational institutions, colleges and universities, licensed private career schools, school districts, public schools, private schools licensed under article one hundred one of the education law, charter schools, non−public schools, board of cooperative educational services, special act schools, preschool special education programs, private residential or non−residential schools for the education of students with disabilities, and any state−operated or state−supported schools" (as contained in paragraph "2(m)" of Section 4); (g) "any gathering of individuals to collectively express their constitutional rights to protest or assemble" (as contained in paragraph "2(s)" of Section 4); and (6) the "restricted locations" provision contained in Section 5 of the CCIA EXCEPT for fenced−in farmland owned by another or fenced−in hunting ground owned by another (where the restriction stands). Plaintiffs are EXCUSED from giving security. This Temporary Restraining Order shall REMAIN IN EFFECT pending a hearing and ruling on Plaintiffs' motion for a preliminary injunction (Dkt. No. 6 ). This Temporary Restraining Order is STAYED for THREE (3) BUSINESS DAYS, from the date of this Decision, to allow Defendants to seek emergency relief in the Second Circuit. Counsel for Plaintiffs shall promptly and personally serve this Decision and Temporary Restraining Order on Defendant Soares (who has not yet appeared through counsel in this action). Signed by U.S. District Judge Glenn T. Suddaby on 10/6/2022. (sal) (Entered: 10/06/2022) |
| 10/06/2022 | 28 | NOTICE OF APPEAL as to 27 Order,,,,,,,,,,,,,,,,,,,, *Decision and Temporary Restraing Order* by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. Filing fee $ 505, receipt number ANYNDC−6060619. (Thompson, James) (Entered: 10/06/2022) |
| 10/07/2022 | 29 | TRANSCRIPT REQUEST by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille for proceedings held on September 29, 2022 before Judge Hon. Glenn T. Suddaby.. (Stamboulieh, Stephen) (Entered: 10/07/2022) |
| 10/07/2022 | 30 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals regarding the # 28 Notice of Appeal. (map) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 10/10/2022 | 31 | NOTICE OF APPEAL as to 27 Order,,,,,,,,,,,,,,,,, by Joseph Cecile. Filing fee $ 505, receipt number ANYNDC–6062513. (Smith, Danielle) (Entered: 10/10/2022) |
| 10/11/2022 | 32 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals regarding the # 31 Notice of Appeal (pjh, ) (Entered: 10/11/2022) |
| 10/11/2022 | 33 | NOTICE of Appearance by Darienn Balin on behalf of Joseph Cecile (Balin, Darienn) (Entered: 10/11/2022) |
| 10/11/2022 | 34 | AFFIDAVIT of Service for Decision and Temporary Restraining Order served on P. David Soares on October 7, 2022, filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Stamboulieh, Stephen) (Entered: 10/11/2022) |
| 10/11/2022 | 35 | ANSWER to 1 Complaint,, by Eugene Conway, William Fitzpatrick.(Heisler, John) (Entered: 10/11/2022) |
| 10/11/2022 | 36 | NOTICE by Eugene Conway, William Fitzpatrick *that Conway and Fitzpatrick do not intend to oppose the motion (Dkt. No. 6) filed by plaintiffs* (Heisler, John) (Entered: 10/11/2022) |
| 10/12/2022 | | TEXT NOTICE OF HEARING: An in–person hearing (with witness testimony) regarding Plaintiffs' 6 Motion for Preliminary Injunction is scheduled for Tuesday, October 25, 2022 at 10:00 AM in Syracuse before District Judge Glenn T. Suddaby. The parties are directed to file any witness and/or exhibit lists on or before Tuesday, October 18, 2022. The Court has been advised that Defendant Stanzione does not plan on attending this hearing. (sal ) (Entered: 10/12/2022) |
| 10/12/2022 | 37 | *Consent* Letter Motion from James M. Thompson for Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul requesting Leave To File Excess Pages submitted to Judge Glenn T. Suddaby . (Thompson, James) (Entered: 10/12/2022) |
| 10/12/2022 | 38 | TEXT ORDER granting the 37 letter–motion filed by the State Defendants requesting leave to file a 95–page memorandum of law in opposition to Plaintiffs' 6 motion for a preliminary injunction. Plaintiffs are granted an extension of time to file a reply, limited to 50 pages, by October 22, 2022. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 10/12/2022. (sal) (Entered: 10/12/2022) |
| 10/12/2022 | 39 | ORDER of USCA as to 28 Notice of Appeal. HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to a three–judge motion panel and the Court grants an interim stay of the Temporary Restraining Order pending decision by the motions panel. (jdp ) (Entered: 10/13/2022) |
| 10/13/2022 | 40 | NOTICE of Appearance by Joseph A. Coticchio on behalf of P. David Soares (Coticchio, Joseph) (Entered: 10/13/2022) |
| 10/13/2022 | 41 | *AMENDED* NOTICE of Appearance by Joseph A. Coticchio on behalf of P. David Soares (Coticchio, Joseph) Modified on 10/13/2022 to note that this is an Amended Notice of Appearance. Attorney is changing primary e–mail via Pacer.(egr, ). (Entered: 10/13/2022) |
| 10/13/2022 | 42 | ANSWER to 1 Complaint,, by P. David Soares.(Coticchio, Joseph) (Entered: 10/13/2022) |
| 10/13/2022 | 43 | ANSWER to 1 Complaint,, by Joseph Cecile.(Smith, Danielle) (Entered: 10/13/2022) |
| 10/13/2022 | 44 | ANSWER to 1 Complaint,, by Joseph Stanzione.(Kaplan, Edward) (Entered: 10/13/2022) |
| 10/13/2022 | 45 | RESPONSE to Plaintiffs' 6 Motion for Preliminary Injunction filed by Don Hilton, Gregory Oakes. (Pelligra, John) (Entered: 10/13/2022) |
| 10/13/2022 | 46 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Don Hilton, Gregory Oakes. Motion returnable before Judge Suddaby Response to Motion due by 11/3/2022. Reply to Response to Motion due by 11/10/2022 (Attachments: # 1 Declaration, # 2 Memorandum of Law) (Pelligra, John) (Entered: 10/13/2022) |
| 10/13/2022 | 47 | RESPONSE in Opposition to Plaintiffs' 6 Motion for Preliminary Injunction filed by Joseph Cecile. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Declaration of |

| | | |
|---|---|---|
| | | Commissioner Julie LaFave, # 9 Memorandum of Law In Opposition To Plaintiffs' Motion For A Preliminary Injunction)(Long, Todd) (Entered: 10/13/2022) |
| 10/13/2022 | 48 | RESPONSE in Opposition to Plaintiffs' 6 Motion for Preliminary Injunction filed by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. (Thompson, James) (Entered: 10/13/2022) |
| 10/13/2022 | 49 | AFFIDAVIT in Opposition to Plaintiffs' 6 Motion for Preliminary Injunction *Declaration of James M. Thompson* filed by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. (Attachments: # 1 Exhibit(s) 1 – 1648 Massachusetts Court Order, # 2 Exhibit(s) 2 – 1763 Pennsylvania Disarmament Statute, # 3 Exhibit(s) 3 – 1763 Virginia Disarmament Statute, # 4 Exhibit(s) 4 – 1756 Virginia Disarmament Statute, # 5 Exhibit(s) 5 – 1637 Massachusetts Disarmament Order, # 6 Exhibit(s) 6 – 1662 English Militia Act, # 7 Exhibit(s) 7 – 1776 Massachusetts Act Disarming Such Persons As Are Notoriously Disaffected to the Cause of America, # 8 Exhibit(s) 8 – 1777 Pennsylvania Loyalty Act, # 9 Exhibit(s) 9 – 1777 Maryland Act for the Better Security of the Government, # 10 Exhibit(s) 10 – 1777 North Carolina Loyalty Act, # 11 Exhibit(s) 11 – 1777 Virginia Loyalty Act, # 12 Exhibit(s) 12 – 1776 New York Journal of the Committee of Safety, # 13 Exhibit(s) 13 – 1786 New York Militia Law, # 14 Exhibit(s) 14 – 1780 New York Militia Law, # 15 Exhibit(s) 15 – 1782 New York Militia Law, # 16 Exhibit(s) 16 – 1806 New Jersey Militia Law, # 17 Exhibit(s) 17 – 1822 Pennsylvania Militia Law, # 18 Exhibit(s) 18 – 1892 Federal Act to Prevent Deadly Weapons in the District of Columbia, # 19 Exhibit(s) 19 – 1881 New York City Pistol License Law, # 20 Exhibit(s) 20 – 1878 Proceedings Adopting New York City Pistol License Law, # 21 Exhibit(s) 21 – Liber Albus: The White Book of London, # 22 Exhibit(s) 22 – A Treaties of the Pleas of the Crown, # 23 Exhibit(s) 23 – 1880 Ohio Act to Suppress Tramps, # 24 Exhibit(s) 24 – 1879 Tennessee Concealed Weapons Law, # 25 Exhibit(s) 25 – 1876 Wyoming Act to Prevent the Carrying of Fire Arms, # 26 Exhibit(s) 26 – 1881 Arkansas Act to Preserve the Public Peace and Prevent Crime, # 27 Exhibit(s) 27 – 1871 Texas Act to Regulate the Keeping and Bearing of Deadly Weapons, # 28 Exhibit(s) 28 – Brooklyn Licensing Ordinance, # 29 Exhibit(s) 29 – State Law Regarding Buffalo Pistol Licensing, # 30 Exhibit(s) 30 – Elmira Licensing Ordinance, # 31 Exhibit(s) 31 – Syracuse Licensing Ordinance, # 32 Exhibit(s) 32 – Troy Licensing Ordinance, # 33 Exhibit(s) 33 – Lockport Licensing Ordinance, # 34 Exhibit(s) 34 – Albany Licensing Ordinance, # 35 Exhibit(s) 34 – 1780 New York Militia Law, # 36 Exhibit(s) 36 – 1881 Omaha Concealed Weapons Law, # 37 Exhibit(s) 37 – Federal Militia Act, # 38 Exhibit(s) 38 – 1806 New Jersey Militia Law, # 39 Exhibit(s) 39 – 1785 Virginia Militia Law, # 40 Exhibit(s) 40 – Texas House Interim Report on Robb Elementary Shooting, # 41 Exhibit(s) 41 – 1870 Texas Law Prohibiting Weapons in Sensitive Locations, # 42 Exhibit(s) 42 – 1869 Tennessee Law Banning Weapons in Sensitive Locations, # 43 Exhibit(s) 43 – 1870 Georgia Act to Preserve the Peace and Harmony of the People of this State, # 44 Exhibit(s) 44 – 1883 Missouri Law Banning Weapons in Sensitive Locations, # 45 Exhibit(s) 45 – 1889 Idaho Law Banning Weapons in any City, Town, Village, or Public Assembly, # 46 Exhibit(s) 46 – 1889 Arizona Law Banning Weapons in Sensitive Locations, # 47 Exhibit(s) 47 – 1890 Oklahoma Law Banning Weapons in Sensitive Locations, # 48 Exhibit(s) 48 – 1776 Delaware Constitution, # 49 Exhibit(s) 49 – 1787 New York Law Protecting Elections, # 50 Exhibit(s) 50 – 1873 Pennsylvania Law Banning Weapons in Harrisburg, # 51 Exhibit(s) 51 – 1877 Virginia Law Prohibiting Weapons in Places of Worship, # 52 Exhibit(s) 52 – 1878 Mississippi Act to Prevent the Carrying of Concealed Weapons, # 53 Exhibit(s) 1837 Massachusetts Militia Law, # 54 Exhibit(s) 54 – 1837 Maine Militia Law, # 55 Exhibit(s) 55 – 1843 Rhode Island Militia Law, # 56 Exhibit(s) 56 – 1786 Virginia Act Forbidding and Punishing Affrays, # 57 Exhibit(s) 57 – 1861 Ban on Firearms in Central Park, # 58 Exhibit(s) 58 – 1869 Prohibition on Firearms in Philadelphia's Farimount Park, # 59 Exhibit(s) 59 – 1888 Prohibition on Firearms in Any St. Paul Park, # 60 Exhibit(s) 60 – 1895 Michigan Law Banning Firearms in Detroit Park, # 61 Exhibit(s) 61 – 1867 Kansas Law Prohibiting Weapons While Intoxicated, # 62 Exhibit(s) 62 – Wisconsin Law Prohibiting Weapons While Intoxicated, # 63 Exhibit(s) 63 – 1721 Pennsylvania Private Property Law, # 64 Exhibit(s) 64 – 1715 Maryland Private Property Law, # 65 Exhibit(s) 65 – 1763 New York Private Property Law, # 66 Exhibit(s) 66 – 1722 New Jersey Private Property Law, # 67 Exhibit(s) 67 – 1771 New Jersey Private Property Law, # 68 Exhibit(s) 68 – 1865 Louisiana Private Property Law, # 69 Exhibit(s) 69 – 1867 Texas Private Property Law, # 70 Exhibit(s) 70 – 1893 Oregon Private Property Law, # 71 Exhibit(s) 71 – Maryland Hunting Law, |

| | | |
|---|---|---|
| | | # 72 Exhibit(s) 72 – 1875 Tennessee Hunting Law, # 73 Exhibit(s) 73 – 1871 Illinois Hunting Law, # 74 Exhibit(s) 74 – Chicago Ordinance Forbidding Firearms in Public Parks, # 75 Exhibit(s) 75 – Salt Lake City Ordinance Forbidding Carry of Firearms in Park, # 76 Exhibit(s) 76 – St. Louis Ordinance Forbidding Carry of Firearms in Tower Grove Park, # 77 Exhibit(s) 77 – {ittsburgh Ordinance Prohibiting Firearms Within 100 Yards of Parks, # 78 Exhibit(s) 78 – 1778 New Jersey Militia Act, # 79 Exhibit(s) 79 – 1775 Massachusetts Militia Act)(Thompson, James) (Entered: 10/13/2022) |
| 10/13/2022 | 50 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. Motion returnable before Judge Glenn T. Suddaby Response to Motion due by 11/3/2022. Reply to Response to Motion due by 11/10/2022 (Attachments: # 1 Memorandum of Law) (Thompson, James) (Entered: 10/13/2022) |
| 10/14/2022 | 51 | NOTICE by Eugene Conway, William Fitzpatrick *that Conway and Fitzpatrick do not intend to oppose the motion (Dkt. No. 46) filed by Don Hilton and Gregory Oakes* (Heisler, John) (Entered: 10/14/2022) |
| 10/14/2022 | 52 | NOTICE by Eugene Conway, William Fitzpatrick *that Conway and Fitzpatrick do not intend to oppose the motion (Dkt. No. 50) filed by Kevin P. Bruen, Matthew J. Doran, and Kathleen Hochul* (Heisler, John) (Entered: 10/14/2022) |
| 10/17/2022 | | TEXT NOTICE OF FILING DEFICIENCY **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Attorney Edward I. Kaplan, Esq. address and/or email address contained in document 44 does not match the NYND attorney admission records. Counsel is directed to update their information in PACER within 3 days from this notice.<br><br>(jdp ) (Entered: 10/17/2022) |
| 10/18/2022 | 53 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille *Notice of Intent to Serve Subpoena on Governor Hochul* (Attachments: # 1 Exhibit(s) Subpoena for Hochul)(Stamboulieh, Stephen) (Entered: 10/18/2022) |
| 10/18/2022 | 54 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille *Notice of Intent to Serve Subpoena on Judge Doran* (Attachments: # 1 Exhibit(s) Subpoena for Doran)(Stamboulieh, Stephen) (Entered: 10/18/2022) |
| 10/18/2022 | 55 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille *Notice of Intent to Serve Subpoena on Acting Superintendent Nigrelli* (Attachments: # 1 Exhibit(s) Subpoena for Nigrelli)(Stamboulieh, Stephen) (Entered: 10/18/2022) |
| 10/18/2022 | 56 | LETTER BRIEF *in lieu of Witness List and Exhibit List for Preliminary Injunction Hearing* by Joseph Cecile. (Long, Todd) (Entered: 10/18/2022) |
| 10/18/2022 | 57 | NOTICE by Eugene Conway, William Fitzpatrick *that Conway and Fitzpatrick do not intend to call witnesses or introduce evidence at the hearing of the motion (Dkt. No. 6) filed by plaintiffs* (Heisler, John) (Entered: 10/18/2022) |
| 10/18/2022 | 58 | STIPULATION re Notice of Hearing on Motion, *among Plaintiffs, State Defendants, and City of Syracuse* by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul submitted to Judge Glenn T. Suddaby. (Thompson, James) (Entered: 10/18/2022) |
| 10/18/2022 | 59 | MOTION for Leave to File *Amicus Brief* filed by Everytown for Gun Safety. (Attachments: # 1 Exhibit(s) Proposed Amicus Brief) Motions referred to Christian F. Hummel. (Lefkowitz, Alla) Modified on 10/19/2022 to change from a formal motion to letter motion w/ no response date (sal). (Entered: 10/18/2022) |
| 10/18/2022 | 60 | NOTICE by Don Hilton, Gregory Oakes *Notice of No Witnesses and No Evidence for Motion Hearing* (Pelligra, John) (Entered: 10/18/2022) |
| 10/19/2022 | 61 | NOTICE by Eugene Conway, William Fitzpatrick *that Conway and Fitzpatrick do not intend to oppose the motion (Dkt. No. 59) filed by Everytown for Gun Safety Action Fund, Inc.* (Heisler, John) (Entered: 10/19/2022) |

| | | |
|---|---|---|
| 10/19/2022 | 62 | TEXT ORDER granting 59 motion for leave to file an Amicus Brief filed by Everytown for Gun Safety. The Clerk is directed to file the Amicus Brief, which is attached an an exhibit to Dkt. No. 59 . SO ORDERED by U.S. District Judge Glenn T. Suddaby on 10/19/2022. (sal) (Entered: 10/19/2022) |
| 10/19/2022 | 63 | AMICUS BRIEF in support of Defendants' opposition to Plaintiff's 6 Motion for a Preliminary Injunction filed by Everytown for Gun Safety. (sal) (Entered: 10/19/2022) |
| 10/19/2022 | 64 | TEXT NOTICE acknowledging receipt of the parties' Stipulation Regarding Witnesses and Exhibits (Dkt. No. 58 ) and respectfully advising Plaintiffs that, based on Defendants' arguments in their opposition papers (Dkt. No. 48 ) and motion to dismiss (Dkt. No. 46 , Attach. 2), the Court is carefully considering whether Plaintiffs have sufficiently shown a concrete intention to carry concealed in the immediate future in the locations set forth in the following paragraphs of Section 4 of the CCIA: paragraphs "2(b)" ("health... care or services" locations only), "2(d)" ("libraries" only), "2(e)," "2(f)" ("summer camps" only), "2(g)" through "2(l)," "2(n)" (everywhere except "busses"), "2(o)" ("any establishment licensed... for on–premise consumption [of cannabis]" only), "2(p)" (everywhere except "theaters"), and "2(t)." Authorized by U.S. District Judge Glenn T. Suddaby on 10/19/2022. (sal) (Entered: 10/19/2022) |
| 10/19/2022 | 65 | Letter Motion from Stephen D. Stamboulieh for Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille requesting Two Day Extension to Reply to Cheif Cecile Opposition submitted to Judge Glenn T. Suddaby . (Stambouleih, Stephen) (Entered: 10/19/2022) |
| 10/20/2022 | 66 | TEXT ORDER granting 65 Plaintiffs' letter request for a two day extension, until October 22, 2022, in which to file a reply to Defendant Chief Joseph Cecile's 47 response in opposition to Plaintiffs' 6 Motion for Preliminary Injunction. SO ORDERED by U.S. District Judge Glenn T. Suddaby on 10/20/2022. (sal ) (Entered: 10/20/2022) |
| 10/21/2022 | 67 | NOTICE of Appearance by Alexandria Twinem on behalf of Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul (Twinem, Alexandria) (Entered: 10/21/2022) |
| 10/22/2022 | 68 | REPLY to Response to Motion re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Stambouleih, Stephen) (Entered: 10/22/2022) |
| 10/22/2022 | 69 | REPLY to Response to Motion re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby *Reply to State Defendants* filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Stambouleih, Stephen) (Entered: 10/22/2022) |
| 10/25/2022 | | TEXT Minute Entry for proceedings held before U.S. District Judge Glenn T. Suddaby: Motion Hearing held on 10/25/2022 re 6 Motion for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby filed by Alfred Terrille, Ivan Antonyuk, Lawrence Sloane, Joseph Mann, Leslie Leman, and Corey Johnson. Oral argument is heard from counsel. Judge Suddaby RESERVES DECISION. A written decision will be forthcoming. Time: 10:05 AM – 12:51 PM. Appearances: Stephen Stambouleih, Esq. for Plaintiffs. James Thompson, AAG and Alexandria Twinem, Assistant Solicitor General, for Defendants Hochul and Bruen (New York State). John Heisler, Jr., Esq. for Defendants Doran, Fitpatrick, and Conway (Onondaga County). Todd Long, Esq., Danielle Smith, Esq., and Darrien Balin, Esq. for Defendant Cecile (City of Syracuse). Edward Melvin, Esq. for Defendants Oakes and Hilton (Oswego County). Court Reporter : Jodi Hibbard. (sal ) (Entered: 10/25/2022) |
| 10/25/2022 | 70 | TRANSCRIPT REQUEST by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul for proceedings held on October 25, 2022 before Judge Glenn T. Suddaby.. (Thompson, James) (Entered: 10/25/2022) |

| | | |
|---|---|---|
| 10/26/2022 | 71 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille re Motion Hearing,,,, *Letter to the Court with a clarification* (Stamboulieh, Stephen) (Entered: 10/26/2022) |
| 10/26/2022 | | TEXT NOTICE requesting that the parties advise the Court in writing by the end of FRIDAY, OCTOBER 28, 2022, why it should not automatically substitute Acting Superintendent Steven A. Nigrelli (in his official capacity) for Kevin P. Bruen pursuant to Fed. R. Civ. P. 25(e). To the extent the parties agree, no response is necessary. (sal ) (Entered: 10/26/2022) |
| 10/27/2022 | 72 | TRANSCRIPT of Proceedings: Motion Hearing held on 10/25/2022 before Judge Glenn T. Suddaby, Court Reporter: Jodi L. Hibbard, Telephone number: (315) 234–8547. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/17/2022. Redacted Transcript Deadline set for 11/28/2022. Release of Transcript Restriction set for 1/25/2023. Notice of Intent to Redact due by 11/1/2022 (jlh, ) (Entered: 10/27/2022) |
| 10/27/2022 | 73 | TRANSCRIPT REQUEST by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille for proceedings held on October 25, 2022 before Judge Glenn T. Suddaby.. (Stamboulieh, Stephen) (Entered: 10/27/2022) |
| 10/27/2022 | 74 | NOTICE by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul re Notice (Other), *regarding Rule 25(d) substitution* (Thompson, James) (Entered: 10/27/2022) |
| 10/28/2022 | | ***Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police substituted in place of Kevin P. Bruen, in his Official Capacity as Superintendent of the New York State Police. (sal) (Entered: 10/28/2022) |
| 10/28/2022 | | USCA Case Number 22–2379 for 28 Notice of Appeal filed by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. (nas, ) (Entered: 10/28/2022) |
| 10/28/2022 | | USCA Case Number 22–2403 for 31 Notice of Appeal filed by Joseph Cecile. (nas, ) (Entered: 10/28/2022) |
| 11/01/2022 | 75 | RESPONSE in Opposition re 46 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Don Hilton, Gregory Oakes. Motion returnable before Judge Suddaby filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Stamboulieh, Stephen) (Entered: 11/01/2022) |
| 11/03/2022 | 76 | RESPONSE in Opposition re 50 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Kevin P. Bruen, Judge Matthew J. Doran, Kathleen Hochul. Motion returnable before Judge Glenn T. Suddaby filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. (Stamboulieh, Stephen) (Entered: 11/03/2022) |
| 11/04/2022 | 77 | NOTICE by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, Alfred Terrille. Motion returnable before Judge Glenn T. Suddaby *Notice of Supplemental Authority re Hardaway v. Nigrelli* (Attachments: # 1 Exhibit(s) Hardaway v. Nigrelli Order)(Stamboulieh, Stephen) (Entered: 11/04/2022) |
| 11/07/2022 | 78 | DECISION AND PRELIMINARY INJUNCTION that Defendant Hochul is DISMISSED from this action as a party. Plaintiffs' motion for a Preliminary Injunction (Dkt. No. 6 ) is GRANTED in part and DENIED in part in accordance with this Decision. Defendants, as well as their officers, agents, servants, employees, and attorneys (and any other persons who are in active concert or participation with them) are PRELIMINARILY ENJOINED from enforcing the following provisions of the |

| | | |
|---|---|---|
| | | Concealed Carry Improvement Act, 2022 N.Y. Sess. Laws ch. 371 ("CCIA"): (1) the following provisions contained in Section 1 of the CCIA: (a) the provision requiring "good moral character"; (b) the provision requiring the "names and contact information for the applicant's current spouse, or domestic partner, any other adults residing in the applicant's home, including any adult children of the applicant, and whether or not there are minors residing, full time or part time, in the applicant's home"; (c) the provision requiring "a list of former and current social media accounts of the applicant from the past three years"; and (d) the provision contained in Section 1 of the CCIA requiring "such other information required by review of the licensing application that is reasonably necessary and related to the review of the licensing application"; (2) the following "sensitive locations" provision contained in Section 4 of the CCIA: (a) "any location providing... behavioral health, or chemical dependance care or services" (except to places to which the public or a substantial group of persons have not been granted access) as contained in Paragraph "2(b)"; (b) "any place of worship or religious observation" as contained in Paragraph "2(c)"; (c) "public parks, and zoos" as contained in Paragraph "2(d)"; (d) "airports" to the extent the license holder is complying with federal regulations, and "buses" as contained in Paragraph "2(n)"; (e) "any establishment issued a license for on–premise consumption pursuant to article four, four–A, five, or six of the alcoholic beverage control law where alcohol is consumed" as contained in Paragraph "2(o)"; (f) "theaters," "conference centers," and "banquet halls" as contained in Paragraph "2(p)"; and (g) "any gathering of individuals to collectively express their constitutional rights to protest or assemble" as contained in Paragraph "2(s)"; and (3) the "restricted locations" provision contained in Section 5 of the CCIA. Plaintiffs are EXCUSED from giving security. The State Defendants' request for a limitation in the scope of this Preliminary Injunction and for a stay of it pending appeal (Dkt. No. 48 , at 115–16) is DENIED. Signed by U.S. District Judge Glenn T. Suddaby on 11/7/2022. (sal) (Entered: 11/07/2022) |
| 11/07/2022 | 79 | Supplemental Electronic Certification transmitted to US Court of Appeals re 28 Notice of Appeal & 31 Notice of Appeal. This notice serves to inform you that District Judge Glenn T. Suddaby issued a Decision and Preliminary Injunction on November 7, 2022. Dkt. No. 78 . (sal ) (Entered: 11/07/2022) |
| 11/08/2022 | 80 | NOTICE OF APPEAL as to 78 Order on Motion for TRO,,,,,,,,,,,,,, Order on Motion for Preliminary Injunction,,,,,,,,,,,, by Judge Matthew J. Doran, Steven A. Nigrelli. Filing fee $ 505, receipt number ANYNDC–6094516. (Thompson, James) (Entered: 11/08/2022) |
| 11/09/2022 | 81 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 80 Notice of Appeal, (jdp) (Entered: 11/09/2022) |