# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk v. Hochul  **Docket No.:** 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Philip J. Levitz

**Firm:** New York State Office of the Attorney General

**Address:** 28 Liberty St., New York, NY 10005

**Telephone:** 212-416-6325   **Fax:** 212-416-8962

**E-mail:** philip.levitz@ag.ny.gov

**Appearance for:** Defendants-Appellants Nigrelli and Doran
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Ester Murdukhayeva )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Philip J. Levitz

**Type or Print Name:** Philip J. Levitz