# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-two.

Before:     Robert D. Sack,
                  Richard C. Wesley,
                  Joseph F. Bianco,
                          *Circuit Judges,*

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

        Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County,

        Defendants – Appellants.

_____

**ORDER**

Docket No. 22-2908

    Defendants-Appellants seek a stay pending appeal, and an emergency interim stay, of the preliminary injunction issued by the district court on November 7, 2022.

    IT IS HEREBY ORDERED that a temporary stay is granted pending the panel's consideration of the motion.

                                                For the Court:
                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/15/2022