

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

November 23, 2022

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    *Antonyuk v. Hochul*, Nos. 22-2908, 22-2978

Dear Ms. Wolfe:

    I represent the state appellants, Steven Nigrelli and Matthew Doran, in the above-captioned appeal. In accordance with Local Rule 31.2(a)(1)(A), I respectfully request that the state appellants' brief be due on January 9, 2023, or 60 days from the ready date. I have conferred with counsel for co-appellant Joseph Cecile, who is separately represented, and Chief Cecile's counsel stated that they concur in the request for a January 9, 2023 deadline for any appellants briefs.

                                  Respectfully,

                                  /s/ Philip J. Levitz

                                  Philip J. Levitz
                                  Assistant Solicitor General
                                  (212) 416-6325

cc: Counsel of record (by ECF)