

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Ramona L. Rabeler
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Zachary A. Waksman
John J. Connor
Gregory P. Fair
Darienn P. Balin
Trevor McDaniel

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax      315 448-8381
Email   law@syrgov.net

www.syrgov.net

December 1, 2022

*Via Electronic Filing*
Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

RE:  *Antonyuk v. Hochul*
Consolidated Dkt. No.: 22-2972
Lead Dkt. No.: 22-2908

Dear Ms. Wolfe:

My office represents Defendant-Appellant Joseph Cecile in the above consolidated matters. In accordance with Local Rule 31.2(a)(1)(A), I respectfully join in the State Defendants' request that Appellants' Briefs be due January 9, 2023. *See* Consolidated Dkt. No. 12; Lead Dkt. No. 49.

Thank you for your attention in this matter. Please contact my office with any questions or concerns.

Very truly yours,

*Danielle R Smith*

Danielle R. Smith, Esq.
Assistant Corporation Counsel

cc:    All attorneys of records, *via ECF*

*Service of papers or process by facsimile or other electronic method is not acceptable.*