NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Hochul  Docket No.: 22-2972

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Todd M. Long

Firm: City of Syracuse, Office of the Corporation Counsel

Address: 233 East Washington St., 300 City Hall, Syracuse, NY 13202

Telephone: 3154488400   Fax: 31544888381

E-mail: tlong@syrgov.net

Appearance for: Joseph Cecile/Defendant - Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Danielle Smith, Esq., City of Syracuse Office of the Corporation Counsel)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: _____