# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2908

**Caption [use short title]**

**Motion for:** Filing Oversized Brief

Antonyuk v. Nigrelli

**Set forth below precise, complete statement of relief sought:**

Permission to file an oversized brief not to exceed 16,500 words

**MOVING PARTY:** State appellants Steven A. Nigrelli and Matthew J. Doran
- [ ] Plaintiff
- [✓] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** Ivan Antonyuk, et al.

**MOVING ATTORNEY:** Philip J. Levitz

**OPPOSING ATTORNEY:** Stephen D. Stamboulieh

[name of attorney, with firm, address, phone number and e-mail]

Office of the New York State Attorney General
28 Liberty St., New York, NY 10005
(212) 416-6325 / philip.levitz@ag.ny.gov

Stamboulieh Law, PLLC
P.O. Box 428, Olive Branch, MS 38654
(601) 852-3440 / stephen@sdslaw.us

**Court-Judge/Agency appealed from:** U.S. District Court for the N.D.N.Y. - Glenn T. Suddaby

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Philip J. Levitz   **Date:** 12/23/23   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IVAN ANTONYUK et al., *Plaintiffs–Appellees*, v. STEVEN A. NIGRELLI et al., *Defendants–Appellants*, WILLIAM FITZPATRICK et al., *Defendants*. | No. 22-2908 **DECLARATION IN SUPPORT OF CONSENT MOTION TO FILE OVERSIZED BRIEF** |

PHILIP J. LEVITZ, an attorney admitted to practice before this Court, declares:

1. I am an Assistant Solicitor General in the Office of Attorney General Letitia James, counsel for the state appellants, Steven A. Nigrelli and Matthew J. Doran, and I submit this declaration in support of the state appellants' consent motion for permission to file an oversized brief of not more than 16,500 words.

2. This appeal involves a complex constitutional challenge to numerous distinct provisions of New York's Concealed Carry Improvement Act, which regulates licensing and carrying of firearms. The appeal raises numerous important questions regarding the interpretation of the Second Amendment following the U.S. Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022), in addition to questions under other constitutional provisions, and

numerous threshold justiciability questions and equitable questions regarding the entry of preliminary injunctive relief.

3. The district court's opinion on appeal is 184 pages. That opinion follows on, and cross-references, both an earlier opinion in this action on a temporary restraining order that was 53 pages and an opinion in a precursor case that was 78 pages. The parties' district-court briefing on the preliminary injunction motion on appeal totaled 186 pages.

4. Pursuant to Local Rule 27.1(e), the state appellants respectfully request leave to exceed the 14,000-word limit set forth in Local Rule 32.1(a)(4)(A) by 2,500 words, and to file an oversized principal brief of no more than 16,500 words.

5. The additional 2,500 words are necessary for the state appellants to adequately address each of the many provisions of the challenged statute at issue on appeal, and the many complex constitutional, justiciability, and other issues raised by the appeal and in the district court's lengthy opinion.

6. Counsel for the appellees and for appellant Joseph Cecile consent to this request.

WHEREFORE, the state appellants respectfully request an order granting them leave to file an oversized principal brief consisting of no more than 16,500 words.

Dated: New York, New York
December 23, 2022

    /s/ Philip J. Levitz
Philip J. Levitz
Assistant Solicitor General

2