# 22-2908(L)

## 22-2972(Con)

# United States Court of Appeals for the Second Circuit

---

IVAN ANTONYUK,

*Plaintiffs-Appellees,*

v.

STEVEN A. NIGRELLI, in his Official Capacity as Acting Superintendent of the New York State Police,

*Defendants-Appellants.*

---

(*Caption continues inside front cover.*)

---

On Appeal from the United States District Court for the Northern District of New York

---

## JOINT APPENDIX
### Volume 2: Pages 249-518

---

STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440

WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Ste. 4
Vienna, VA 22180
(703) 356-5070

LETITIA JAMES
 *Attorney General*
 *State of New York*
28 Liberty Street
New York, NY 10005
(212) 416-8020

*Attorney for Appellants Nigrelli and Doran*

SUSAN R. KATZOFF
 *Corporation Counsel*
 *City of Syracuse*
233 East Washington Street
300 City Hall
Syracuse, NY 13202
(315) 448-8400

*Attorneys for Appellees*

*Attorney for Appellant Cecile*

*(Caption continues from front cover.)*

COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, LAWRENCE SLOANE,

*Plaintiffs-Appellees*,

v.

MATTHEW J. DORAN, in his Official Capacity as the Licensing Official of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse,

*Defendants-Appellants*,

KATHLEEN HOCHUL, in her Official Capacity as the Governor of the State of New York, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,

*Defendants*.

# TABLE OF CONTENTS

**Page**

**Volume 1**

Docket sheet ............................................................................................1

Complaint, dated Sept. 20, 2022 .................................................... 17

Declaration of Stephen D. Stamboulieh, dated Sept. 20, 2022 ...................... 90

    Ex. 1  - Bill, N.Y. Legislative Bill Drafting Commission
             No. 12053-04-02 ............................................................ 92

    Ex. 2  - Declaration of Corey Johnson, dated Sept. 14, 2022 ................ 134

    Ex. 3  - Declaration of Lawrence Sloane, dated Sept. 19, 2022 ............ 143

    Ex. 4  - Declaration of Leslie Leman, dated Sept. 19, 2022 ................... 152

    Ex. 5  - Letter from City of N.Y., License Division, to "Licensee,"
             dated Aug. 31, 2022 ..................................................... 160

    Ex. 6  - N.Y.C. Police Department, Office of Deputy Commissioner-
             Legal Matters, "New York State Restrictions on Carrying
             Concealed Firearms," Legal Bureau Bulletin, vol. 51, no. 2
             (Aug. 2022) ................................................................. 161

    Ex. 7  - Declaration of Ivan Antonyuk, dated Sept. 19, 2022................ 166

    Ex. 8  - Declaration of Pastor Joseph Mann, dated Sept. 19, 2022........ 174

    Ex. 9  - Declaration of Alfred Terrille, dated Sept. 19, 2022.................. 186

Motion for a Temporary Restraining Order, Preliminary Injunction,
and/or Permanent Injunction, dated Sept. 22, 2022..................................... 197

Declaration of Todd M. Long [in Opposition], dated Oct. 13, 2022............... 213

    Ex. 1  - Property Description Report For: 201 Coleridge Ave,
             Municipality of City of Syracuse ................................... 217

# TABLE OF CONTENTS

**Page**

**Volume 1**

Declaration of Todd M. Long [in Opposition] (*continued*)

Ex. 2 - County of Onondaga tax map for Tax ID 098.2-01-02.1 ............ 220

Ex. 3 - Onondaga County Parks, *Parks* (2022) (webpage
downloaded Oct. 12, 2022) ........................................... 222

Ex. 4 - Onondaga County Parks, *Park Rangers* (2022) (webpage
downloaded Oct. 12, 2022) ........................................... 225

Ex. 5 - Image from Longhorn Steakhouse, *Restaurant Locations*
(2022) (webpage search result for "Syracuse, New York,
United States," Oct. 12, 2022) ..................................... 231

Ex. 6 - Douglass Dowty, *Syracuse DA, police chief: We won't target
gun owners under new law, but will take guns*, Post-
Standard (Syracuse.com) (Sept. 2, 2022) ................................. 233

Ex. 7 - City of Syracuse Zoning Atlas Map #5 (updated Aug. 2021) ..... 245

Declaration of Julie LaFave [in Opposition], dated Oct. 11, 2022 ............... 247

**Volume 2**

Declaration of James M. Thompson [in Opposition], dated Oct. 13, 2022 ... 249

Ex. 1 - *The Laws and Liberties of Massachusetts* (Harvard Univ.
Press 1929) (1648) ...................................................... 261

Ex. 2 - Ch. 506 (1763), *in 6 Penn. Stat. at Large from 1682-1801*, at
319 (J.T. Mitchell & H. Flanders, comp., 1899) ........................ 272

Ex. 3 - Act No. 23 (1619), 1 *Virginia Statutes at Large* 255
(W. W. Hening, ed., 1823) ............................................... 276

ii

# TABLE OF CONTENTS

**Page**

**Volume 2**

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 4  - Ch. No. 4 (1756), 7 *Virginia Statutes at Large* 35 (W. W. Hening, ed., 1823)............................................................ 279

Ex. 5  - Order No. 354 (Nov. 20, 1637), 1 *Records of the Governor and Company of the Massachusetts Bay* 211 (N. B. Shurtleff ed., 1853)............................................................ 285

Ex. 6  - City of London Militia Act (1662), 14 Car. II c. 3, 5 Statutes of the Realm 358 (1819)............................................ 289

Ex. 7  - Ch. 7, 1776 Mass. Acts [31], 32 (Mar. Sess.) ............................ 297

Ex. 8  - Ch. 21, 1777 Pa. Laws 61 ......................................................... 303

Ex. 9  - Ch. 20 (Oct. Sess. 1777), *Laws of Maryland, Made Since* [*1763*] [n.p.] (A. Hanson ed., 1787)............................................ 309

Ex. 10 - Ch. 6 (1777), 1 *Public Acts of the General Assembly of North Carolina* 229 (F.-X. Martin revisor, 1804) ..................... 314

Ex. 11 - Ch. 3 (May Sess. 1777), 9 *Statutes at Large of the Laws of Virginia* 281 (W.W. Henig ed., 1821) ......................................... 318

Ex. 12 - Order (Mar. 27, 1776), 1 *Journals of the Provincial Congress, Provincial Convention, Committee of Safety, and Council of Safety of the State of New York* [388], 389 (1842) .... 321

Ex. 13 - Ch. 25 (9th Sess. 1786), 1 *Laws of the State of N.Y.* 227 (T. Greenleaf ed., 1792) ............................................................ 322

Ex. 14 - Ch. 55 (1780), 1 *Laws of the State of New York* 237 (Weed, Parsons & Co. printer, 1886) ......................................... 332

# TABLE OF CONTENTS

**Page**

**Volume 2**

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 15 - Ch. 27 (1782), 1 *Laws of the State of New York* 440
(Weed, Parsons & Co. printer, 1886) ........................................ 344

Ex. 16 - Ch. 187, 1806 N.J. Laws 536 .................................................... 361

Ex. 17 - Ch. 274 (1822), *General Laws of Pennsylvania* 316
(J. Dunlop comp., 1846) ............................................................... 394

Ex. 18 - Ch. 159, 27 Stat. 116 (1892) ...................................................... 430

Ex. 19 - N.Y.C. Ordinance, Ch. 8, art. 27, *Ordinances of the Mayor,
Aldermen and Commonalty of the City of New York, In
Force January 1, 1881* (E.F. Shepard & E.B. Shafer
revisors, 1881) ............................................................................... 433

Ex. 20 - Legislative history for N.Y.C. General Ordinance 43 (1878),
149 *Proceedings of the Board of Aldermen of the City of New
York* 59-60, 367-69, 460-63, 612-16 ........................................... 437

Ex. 21 - *Liber Albus: The White Book of the City of London*
(H.T. Riley trans., 1861) (1419) ................................................... 452

Ex. 22 - William Hawkins, 1 *A Treatise of the Pleas of the Crown*
134-40 (1716) ................................................................................ 456

Ex. 23 - Act of June [21], 1879 Ohio Laws 191 ..................................... 464

Ex. 24 - Ch. 186, 1879 Tenn. Pub. Acts 231 (1st Sess.) .......................... 466

Ex. 25 - Ch. 52 (1875), Wyo. Compiled Laws 352 (1876) ...................... 468

Ex. 26 - Act No. 96, 1881 Ark. Acts 191 ................................................. 469

Ex. 27 - Ch. 34, 1871 Tex. Gen. Laws 25 (1st Sess.) ............................... 471

iv

# TABLE OF CONTENTS

**Page**

**Volume 2**

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 28 - Brooklyn, N.Y., Ordinance to Regulate the Carrying of Pistols (Oct. 19, 1880), *in Brooklyn Daily Eagle*, Oct. 26, 1880, [n.p.] ..... 474

Ex. 29 - Ch. 105, 1891 N.Y. Laws 127 .................................................... 476

Ex. 30 - Elmira, N.Y., Ordinance (July 18, 1892), *in Elmira Gazette*, July 28, 1892, [n.p.] .................................................... 480

Ex. 31 - Syracuse, N.Y., Ch. 509 (1892), Charter & Ordinances of City of Syracuse (N.Y.) 242 (1894 Supp.) .................................. 483

Ex. 32 - Troy, N.Y., Ordinance Regulating the Carrying of Loaded Firearms, 1905 Mun. Ordinances 425 ....................................... 486

Ex. 33 - Lockport, N.Y., Penal Ordinance No. 35 (1909*),* Revised Charter & Ordinances 336 (1913).............................................. 489

Ex. 34 - Albany, N.Y., Ch. 72 (1905), Mun. Code 849 (1910) ................. 492

Ex. 35 - Ch. 55 (1780), 1 *Laws of the State of New York* 237 (Weed, Parsons & Co. printer, 1886) (*reproduced at JA332-343*)

Ex. 36 - Omaha, Neb., Ch. 31, Comp. Ordinances 69 (1881) ................. 495

Ex. 37 - Ch. 33, 1 Stat. 271 (1792) ........................................................ 498

Ex. 38 - Ch. 187, 1806 N.J. Laws 536 (*reproduced at JA361-393*)

Ex. 39 - Ch. 1 (1785), 12 *Virginia Statutes at Large* 9 (W. W. Hening, ed., 1823)............................................................ 502

# TABLE OF CONTENTS

**Page**

**Volume 3**

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 40 - Texas H.R. Investigative Comm. on the Robb Elementary Shooting, *Interim Report*, 88th Leg. (2022) .............................. 519

Ex. 41 - Ch. 46, 1870 Tex. Gen. Laws 63 (Called Sess.) ......................... 601

Ex. 42 - Ch. 22, 1869 Tenn. Pub. Acts 23 (36th Assembly, 1st Sess.) .... 604

Ex. 43 - Act No. 285, 1870 Ga. Laws 421 ................................................ 607

Ex. 44 - Act re Concealed Weapons, 1883 Mo. Laws 76 ........................ 610

Ex. 45 - Idaho Penal Code § 4781 (1901)................................................. 612

Ex. 46 - Act No. 13, 1889 Ariz. Terr. Sess. Laws 16 .............................. 615

Ex. 47 - Okla. Terr. Stat. ch. 25, art. 47 (1891)....................................... 619

Ex. 48 - Del. Const. art. 28 (1776).......................................................... 622

Ex. 49 - Ch. 1 (1787), 2 *Laws of the State of New York* 344 (Weed, Parsons & Co. printer, 1886) ......................................... 623

Ex. 50 - Act No. 810, 1873 Pa. Stat. 735................................................. 625

Ex. 51 - Ch. 7, 1877 Va. Acts [301], 304-06 (1877-1878 Assembly, 2d Sess.) ....................................................................................... 628

Ex. 52 - Ch. 46, 1878 Miss. Laws 175..................................................... 632

Ex. 53 - Ch. 240 (1837), Mass. Rev. Stat. 54 (Dutton & Wentworth printer, Supp. 1844) .............................. 635

Ex. 54 - Ch. 276, 1837 Me. Pub. Laws [421], 423-25 .............................. 639

# TABLE OF CONTENTS

**Page**

## Volume 3

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 55 - Act to Regulate the Militia, 1843 R.I. Pub. Laws app. 1 (June Sess.) ................................................................. 644

Ex. 56 - Ch. 49, 1786 Va. Acts 35............................................................. 670

Ex. 57 - Central Park Bd. of Comm'rs (N.Y.C.), *Fourth Annual Report* 106 (Jan. 1861)................................................. 671

Ex. 58 - Comm'rs of Fairmount Park (Phila.), *First Annual Report* (1869) ...................................................... 673

Ex. 59 - City of St. Paul, Minn., City Officers & City Bds., *Annual Report: Fiscal Year Ending Dec. 31, 1888* (1889) ......... 679

Ex. 60 - Local Act No. 436, 1895 Mich. Pub. Acts 591............................ 681

Ex. 61 - Ch. 12, 1867 Kan. Sess. Laws 25 ............................................... 690

Ex. 62 - Wis. Stat. § 4397b (1889)............................................................ 692

Ex. 63 - Ch. 246 (1721), 3 *Pennsylvania Statutes at Large* 254 (J.T. Mitchell & H. Flanders comp., 1896) ................................ 695

Ex. 64 - Ch. 26 (1715), 1 *Maryland Laws* 88 (V. Maxcy ed., 1811)......... 700

Ex. 65 - Ch. 1233 (1763), 2 *Laws of New York from 1691–1773*, at 441 (1774) ................................................................. 704

Ex. 66 - Ch. 35 (1722), *Acts of the General Assembly of New Jersey* 100 (S. Nevill comp., 1752) ......................................... 708

Ex. 67 - Ch. 540 (1771), *Acts of the General Assembly of New Jersey* [343], 344 (S. Alinson comp., 1776)............................. 712

# TABLE OF CONTENTS

**Page**

**Volume 3**

Declaration of James M. Thompson [in Opposition] (*continued*)

Ex. 68 - Act No. 10, 1865 La. Acts 14 (Extra Sess.) ................................. 719

Ex. 69 - Tex. Code § 6510, 2 Paschal's Digest 1321 (4th ed. 1874) ......... 725

Ex. 70 - Act of Feb. 20, 1893 Or. Laws 79 .............................................. 739

Ex. 71 - Ch. 7 (1728), 1 *The Laws of Maryland* 186
(V. Maxcy ed., 1811) ....................................................................... 740

Ex. 72 - Ch. 127, 1875 Tenn. Pub. Acts 213 ........................................... 743

Ex. 73 - Ill. Rev. Stat. ch. 61, §§ 11-13 (1889) ........................................ 747

Ex. 74 - Chicago Muni. Code art. 43 (1881) ............................................ 748

Ex. 75 - Salt Lake City, Revised Ordinances ch. 27 (1888) ..................... 753

Ex. 76 - Tower Grove Park Bd. of Comm'rs, Rules and Regulations,
*in* David H. MacAdam, *Tower Grove Park of the City of
St. Louis* (1883) ............................................................................... 757

Ex. 77 - Pittsburgh Gen. Ordinances, *Bureau of Parks*, p. 496
(2d ed. 1897) ................................................................................... 761

Ex. 78 - Ch. 22, 1778 N.J. Laws 42 (2nd Assembly) ................................ 767

Ex. 79 - Ch. 1, 1775 Mass. Acts 15 ......................................................... 782

Notice of Appeal (Nigrelli and Doran), dated Nov. 8, 2022 .......................... 790

Notice of Appeal (Cecile), dated Nov. 18, 2022 ............................................ 792

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED
TERRILLE, JOSEPH MANN, LESLIE LEMAN, and
LAWRENCE SLOANE,

                Plaintiffs,

          -against-

KATHLEEN HOCHUL, in her official capacity as
Governor of the State of New York, KEVIN P. BRUEN,
in his official capacity as Superintendent of the New
York State Police, Judge MATTHEW J. DORAN, in his
official capacity as Licensing-official of Onondaga
County, WILLIAM FITZPATRICK, in his official
capacity as Onondaga County District Attorney,
EUGENE CONWAY, in his official capacity as Sheriff
of Onondaga County, JOSEPH CECILE, in his official
capacity as Chief of Police of Syracuse, P. DAVID
SOARES, in his official capacity as District Attorney of
Albany county, GREGORY OAKES, in his official
capacity as District Attorney of Oswego County, DON
HILTON, in his official capacity as Sheriff of Oswego
 County, and JOSEPH STANZIONE, in his official
capacity as District Attorney of Greene County

                Defendants.
------------------------------------------------------------------X

Case No. 22 Civ. 986 (GTS) (CFH)

**DECLARATION OF JAMES M.
THOMPSON**

James M. Thompson hereby declares as follows, pursuant to 28 U.S.C. § 1746:

      1.     I am a member of the Bar of the State of New York and am admitted to practice in

this District. I serve as Special Counsel for Second Amendment Litigation in the office of Letitia

James, the Attorney General of the State of New York. With my co-counsel Michael McCartin

and Alexandria Twinem, I represent Defendants Kathy Hochul, in her official capacity as

Governor of New York, Kevin P. Bruen, in his official capacity as Superintendent of the New

York State Police, and Matthew Doran, in his official capacity as Judge of the Onondaga County

Court and Licensing Official for Onondaga County (collectively, the "State Defendants"), in this action.

2.     I submit this Declaration in support of the State Defendants' opposition to the Plaintiffs' motion for a preliminary injunction, ECF No. 6, for the limited purpose of putting before the Court certain documents referenced in the accompanying memorandum of law.

3.     Unless otherwise stated, the facts and circumstances set forth in this declaration are based upon my own personal knowledge, review of documents and information in the legal file relating to this action, research on online databases, and conversations with experts.

4.     Attached as Exhibit 1 is an excerpt of the Laws and Liberties of Massachusetts, 1648, including certain orders of the Massachusetts General Court.

5.     Attached as Exhibit 2 is an excerpt from the Statutes at Large of Pennsylvania From 1682 to 1801, containing a 1763 act prohibiting the selling of guns to Native Americans.

6.     Attached as Exhibit 3 is an excerpt from 1 William Waller Hening, The Statutes at Large: Being a Collection of All the Laws of Virginia From the First Session of the Legislature, in the Year 1619, containing a 1642 act prohibiting the selling of guns to Native Americans.

7.     Attached as Exhibit 4 is an excerpt from 7 William Waller Hening, The Statutes at Large: Being a Collection of All the Laws of Virginia From the First Session of the Legislature, in the Year 1619 (Richmond: Franklin Press, 1809), containing a 1756 "Act for Disarming Papists, And Reputed Papists, Refusing To Take The Oaths To The Government."

8.     Attached as Exhibit 5 is an excerpt from the Records of Massachusetts, volume 1 (Nathaniel B. Shurtleff ed. 1853), containing a 1637 order disarming certain named followers of a dissident preacher "insomuch as there is just cause of suspition that they . . . may, upon some

**JA250**

revelation, make some suddaine irruption upon those that differ from them in judgment."

9. Attached as <u>Exhibit 6</u> is an excerpt from the <u>Statutes of the Realm</u>, volume 5 (1819), containing the Militia Act of 1662, which authorized royal officials to "search for and seize all arms in the custody or possession of any person or persons whom the said Lieutenant or two or more of their deputies shall judge dangerous to the peace of the Kingdom."

10. Attached as <u>Exhibit 7</u> is an excerpt from the 1775-76 edition of the <u>Massachusetts Acts & Laws</u>, containing "An Act for the executing in the Colony of the *Massachusetts-Bay*, in *New England*, one Resolve of the *American Congress*, dated March 14, 1776, recommending the disarming such persons as are notoriously disaffected to the Cause of *America*, or who refuse to associate to defend by Arms the *United American Colonies*, against the hostile Attempts of the *British* Fleets and Armies, and for the restraining and punishing Person who are inimical to the Rights and Liberties of the said *United Colonies*, and for directing the Proceedings therein."

11. Attached as <u>Exhibit 8</u> is an excerpt from the 1776-77 edition of the <u>Laws Enacted in the First Sitting of the First General Assembly of the Commonwealth of Pennsylvania</u>, including "An ACT, obliging the male white inhabitants of this state to give assurances of allegiance to the same," including a provision that persons refusing or neglecting to take the oath "shall be disarmed by the lieutenant or sublieutenants of the city or counties respectively."

12. Attached as <u>Exhibit 9</u> is an excerpt from the 1777 Maryland Session Laws, including "An ACT for the better security of the government."

13. Attached as <u>Exhibit 10</u> is an excerpt from the 1777 North Carolina Session Laws, including "An Act to Amend An Act for Declaring What Crimes and Practices Against the State Shall Be Treason, . . . and for Preventing the Dangers Which May Arise From Persons Disaffected to the State."

14.    Attached as <u>Exhibit 11</u> is an excerpt from 9 William Waller Hening, <u>The Statutes at Large: Being a Collection of All the Laws of Virginia From the First Session of the Legislature, in the Year 1619</u> (Richmond: Franklin Press, 1809), containing a 1777 "Act to oblige the free male inhabitants of this state above a certain age to give assurance of Allegiance to the same, and for other purposes."

15.    Attached as <u>Exhibit 12</u> is an excerpt from the <u>Journals of the Provincial Congress, Provincial Convention, Committee of Safety, and Council of Safety of the State of New York</u> (1842), containing a March 27, 1776 order that "the committees of the several cities, counties, manors, townships, precincts and districts in this Colony, forthwith to cause to be disarmed, all persons within their respective districts who are known to be disaffected to the cause of America."

16.    Attached as <u>Exhibit 13</u> is an excerpt from Thomas Greenleaf, <u>Laws of the State of New York, Comprising the Constitution, and the Acts of the Legislature, since the Revolution, from the First to the Fifteenth Session, Inclusive</u> (1792), containing an April 4, 1786 "Act to regulate the Militia."

17.    Attached as <u>Exhibit 14</u> is an excerpt from the 1780 Session Laws of New York, containing a March 11, 1780 "Act for regulating the militia of the State of New York."

18.    Attached as <u>Exhibit 15</u> is an excerpt from the 1782 Session Laws of New York, containing an April 4, 1782 "Act to regulate the militia."

19.    Attached as <u>Exhibit 16</u> is an excerpt from the 1806 Session Laws of New Jersey, containing a March 11, 1806 "Act for establishing and conducting the military force of New-Jersey."

20.    Attached as <u>Exhibit 17</u> is an excerpt from the 1822 Session Laws of Pennsylvania,

containing an April 2, 1822 "Act for the Regulation of the Militia of this Commonwealth."

21.　　Attached as <u>Exhibit 18</u> is a copy of the federal "Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes," Public Law 52-159, 27 Stat. 116.

22.　　Attached as <u>Exhibit 19</u> is an excerpt from the <u>Ordinances of the Mayor, Aldermen and Commonalty of the City of New York, In Force January 1, 1881</u> (Elliot F. Shepard & Ebenezer B. Shafer, eds.), including Article 27, concerning the "Carrying of Pistols."

23.　　Attached as <u>Exhibit 20</u> is an excerpt from the <u>Proceedings of the Board of Aldermen of the City of New York</u>, detailing the January 7, 1878 enactment of the ordinance in Exhibit 27.

24.　　Attached as <u>Exhibit 21</u> is an excerpt from John Carpenter's <u>Liber Albus: The White Book of the City Of London</u>, showing medieval requirements "that no one, of whatever condition he be, go armed in the said city or in the suburbs . . ."

25.　　Attached as <u>Exhibit 22</u> is an excerpt from 1 William Hawkins, <u>A Treatise of the Pleas of the Crown</u> (1716), discussing the limitations on the license to carry weapons in England.

26.　　Attached as <u>Exhibit 23</u> is an excerpt from the 1880 Session Laws of Ohio, containing "An act to define and suppress tramps."

27.　　Attached as <u>Exhibit 24</u> is an excerpt from the 1879 Session Laws of Tennessee, containing "An Act to amend the Criminal Laws of this State upon the subject of carrying concealed weapons, and amend Section 4759 of the Code."

28.　　Attached as <u>Exhibit 25</u> is an excerpt from the 1876 Session Laws of Wyoming, containing "An Act to Prevent the Carrying of Fire Arms and Other Deadly Weapons."

29.　　Attached as <u>Exhibit 26</u> is an excerpt from the 1881 Session Laws of Arkansas,

containing "An Act to Preserve the Public Peace and Prevent Crime."

30. Attached as <u>Exhibit 27</u> is an excerpt from the 1871 Session Laws of Texas, containing "An Act to Regulate the Keeping and Bearing of Deadly Weapons."

31. Attached as <u>Exhibit 28</u> is a copy of an October 4, 1880 ordinance enacting a system for pistol permits for "proper and law abiding person[s]" in the City of Brooklyn, as reprinted in the October 26, 1880 edition of the <u>Brooklyn Daily Eagle</u>.

32. Attached as <u>Exhibit 29</u> is an excerpt from the 1891 Session Laws of New York, revising the charter of the city of Buffalo to provide for pistol permitting upon "the discretion of the superintendent."

33. Attached as <u>Exhibit 30</u> is a copy of a July 18, 1892 ordinance enacting a system of pistol permits for "proper and law abiding person[s]" in the city of Elmira, as reprinted in the July 28, 1892 edition of the <u>Elmira Gazette</u>.

34. Attached as <u>Exhibit 31</u> is a copy of an 1892 ordinance of the City of Syracuse permitting the chief of police to issue one-year permits "in proper cases," as reprinted in the 1894 edition of the <u>Charter and Ordinances of the City of Syracuse, N.Y.</u>.

35. Attached as <u>Exhibit 32</u> is a copy of a 1905 ordinance of the City of Troy, enacting a system of pistol permits for "proper and lawabiding person[s]," as reprinted in the 1905 edition of the <u>Municipal Ordinances of the City of Troy</u>.

36. Attached as <u>Exhibit 33</u> is a copy of Penal Ordinance No. 35 of the City of Lockport, as reprinted in the August, 1913 edition of the <u>Revised Charter and Ordinances of the City of Lockport</u>.

37. Attached as <u>Exhibit 34</u> is a copy of a 1905 "ordinance regulating the carrying of loaded firearms in the City of Albany," establishing a system of pistol permits issued by the

Commissioner of Public safety "if satisfied that the applicant is a proper and law-abiding person," as reprinted in the 1910 edition of the <u>Municipal Code of the City of Albany, N.Y.</u>.

38.     Attached as <u>Exhibit 35</u> is an excerpt from the 1780 Session Laws of New York, containing a March 11, 1780 "Act for regulating the militia of the State of New York."

39.     Attached as <u>Exhibit 36</u> is a statute of the City of Omaha, banning the carrying of concealed weapons by anyone except for "well known and worthy citizens, or persons of good repute," but only if "going to or from their place of places of business," as reprinted in the 1881 edition of the <u>Compiled Ordinances of the City of Omaha</u>.

40.     Attached as <u>Exhibit 37</u> is a copy of the first federal Militia Act, Public Law 2-33, 1 Stat. 271.

41.     Attached as <u>Exhibit 38</u> is an excerpt from the 1806 Session Laws of New Jersey, containing a March 11, 1806 "Act for establishing and conducting the military force of New-Jersey."

42.     Attached as <u>Exhibit 39</u> is an excerpt from 12 William Waller Hening, <u>The Statutes at Large: Being a Collection of All the Laws of Virginia From the First Session of the Legislature, in the Year 1619</u> (Richmond: Franklin Press, 1809), containing an October 17, 1785 "Act to amend and reduce into one act, the several laws for regulating and disciplining the militia, and guarding against invasions and insurrections."

43.     Attached as <u>Exhibit 40</u> is a copy of the Texas House of Representatives Investigative Committee on the Robb Elementary Shooting's <u>Interim Report 2022</u>, obtained from the website of the Texas House of Representatives.

44.     Attached as <u>Exhibit 41</u> is an excerpt from the 1870 Session Laws of Texas, containing "An Act Regulating the Right to Keep and Bear Arms."

45.     Attached as <u>Exhibit 42</u> is an excerpt from the 1869-70 Session Laws of Tennessee, containing "An Act to Amend the Criminal laws of the State."

46.     Attached as <u>Exhibit 43</u> is an excerpt from the 1870 Session Laws of Georgia, containing "An Act to preserve the peace and harmony of the people of this State, and for other purposes."

47.     Attached as <u>Exhibit 44</u> is an excerpt from the 1883 Session Laws of Missouri, containing an act concerning "Concealed Weapons."

48.     Attached as <u>Exhibit 45</u> is an 1889 Idaho Law on "Persons Other than Officers Carrying Certain Weapons," as reprinted in the 1901 edition of the <u>Penal Code of the State of Idaho</u>.

49.     Attached as <u>Exhibit 46</u> is an excerpt from the 1889 Session Laws of Arizona, containing "An Act Defining and Punishing Certain Offenses Against the Public Peace."

50.     Attached as <u>Exhibit 47</u> is an excerpt from the 1890 <u>Statutes of Oklahoma</u>, containing articles on "Concealed Weapons."

51.     Attached as <u>Exhibit 48</u> is an excerpt of the 1776 Delaware Constitution.

52.     Attached as <u>Exhibit 49</u> is an excerpt from the 1787 Session Laws of New York, containing "An Act concerning the rights of the citizens of this State."

53.     Attached as <u>Exhibit 50</u> is an excerpt from the 1873 Session Laws of Pennsylvania, containing "An Act to prevent the carrying of deadly weapons within the city of Harrisburg."

54.     Attached as <u>Exhibit 51</u> is an excerpt from the 1877 Session Laws of Virginia, containing a statute prohibiting "carrying dangerous weapons at a place of worship or on Sunday."

55.     Attached as <u>Exhibit 52</u> is an excerpt from the 1878 Session Laws of Mississippi,

containing "An Act to prevent the carrying of concealed weapons, and for other purposes."

56.     Attached as <u>Exhibit 53</u> is an excerpt from the 1837 Massachusetts General Laws, containing "An Act Concerning The Militia."

57.     Attached as <u>Exhibit 54</u> is an excerpt from the 1837 Public Laws of the State of Maine, concerning the militia.

58.     Attached as <u>Exhibit 55</u> is an excerpt from the 1843 Public Laws of Rhode Island, containing "An Act To Regulate The Militia."

59.     Attached as <u>Exhibit 56</u> is an excerpt from the 1786 Session Laws of Virginia, containing "An Act forbidding and punishing Affrays."

60.     Attached as <u>Exhibit 57</u> is an excerpt from the <u>Fourth Annual Report of the Board of Commissioners of the Central Park</u>, dated January 1861.

61.     Attached as <u>Exhibit 58</u> is an excerpt from the <u>First Annual Report of the Commissioners of Fairmont Park</u>, dated 1869.

62.     Attached as <u>Exhibit 59</u> is an excerpt from the 1888 <u>Annual Reports of the City Officers and City Boards of the City of Saint Paul</u>, dated 1889.

63.     Attached as <u>Exhibit 60</u> is an excerpt from the 1895 Local Acts of the Legislature of the State of Michigan, containing an act concerning "the charter of the city of Detroit, and relating to parks, boulevards, and other public ground in said city . . ."

64.     Attached as <u>Exhibit 61</u> is an excerpt from the 1867 Session Laws of Kansas, containing "An Act to prevent the carrying of Deadly Weapons."

65.     Attached as <u>Exhibit 62</u> is an 1872 statute preventing intoxicated persons from being armed, as reprinted in the 1889 <u>Annotated Statutes of Wisconsin</u>.

66.     Attached as <u>Exhibit 63</u> is an excerpt from 3 <u>The Statutes at Large of Pennsylvania</u>

**JA257**

from 1682 to 1801 (James T. Mitchell, et al., eds.), containing an August 26, 1721 "Act to prevent the killing of deer out of season, and against carrying of guns or hunting by persons not qualified."

67.     Attached as Exhibit 64 is an excerpt from the 1715 Session Laws of Maryland, containing an April, 1715 "Act for the speedy trial of criminals, and ascertaining their punishment in the county courts when prosecuted there, and for payment of fees due from criminal persons."

68.     Attached as Exhibit 65 is an excerpt from the Laws of New-York From The Year 1691, to 1773 inclusive (Hugh Gaine, ed. 1774), containing an act establishing a "[p]enalty for entering with Fire-Arms into any inclosed land within this City or its Liberties."

69.     Attached as Exhibit 66 is an excerpt from the 1741 Session Laws of New Jersey, containing an "Act to prevent the Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified," dated 1722.

70.     Attached as Exhibit 67 is an excerpt from the 1771 Session Laws of New Jersey, containing a December 21, 1771 "Act for the Preservation of Deer and other Game, and to prevent trespassing with Guns."

71.     Attached as Exhibit 68 is an excerpt from the 1865 Session Laws of Louisiana (Extra Session), containing "An Act To prevent the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner."

72.     Attached as Exhibit 69 is an excerpt from George Paschal, ed., 4 Digest of the Laws of Texas Containing the Laws in Force, and the Repealed Laws on Which Rights Rest, from 1754 to 1875, containing a November 6, 1866 "Act to Prohibit the Carrying of Firearms on Premises or Plantations of any Citizen Without the Consent of the Owner."

73.     Attached as <u>Exhibit 70</u> is an excerpt from the 1893 Session Laws of Oregon, containing a February 20, 1893 Act "To Prevent a Person from Trespassing upon any Enclosed Premises or Lands not His Own Being Armed with a Gun, Pistol, or other Firearm, and to Prevent Shooting upon or from the Public Highway."

74.     Attached as <u>Exhibit 71</u> is an excerpt from <u>The Laws of Maryland</u> (Virgil Maxcy, ed. 1811), containing a 1728 "Act to encourage the destroying of wolves, crows and squirrels."

75.     Attached as <u>Exhibit 72</u> is an excerpt from the 1875 Session Laws of Tennessee, containing "An Act for the preservation of game and birds."

76.     Attached as <u>Exhibit 73</u> is an 1871 Illinois law on "Hunting on Inclosures of Others."

77.     Attached as <u>Exhibit 74</u> is an ordinance stating that "[a]ll persons are forbidden to carry firearms . . . within any one of the public parks" in the City of Chicago, taken from an <u>The Municipal Code of Chicago</u> (Egbert Jamieson and Francis Adams, eds, 1881).

78.     Attached as <u>Exhibit 75</u> is an ordinance forbidding anyone to "[c]arry or discharge firearms" in Liberty Park, taken from an 1888 edition of <u>The Revised Ordinances of Salt Lake City</u>.

79.     Attached as <u>Exhibit 76</u> is an ordinance forbidding anyone "[t]o carry firearms" within Tower Grove Park in St. Louis, taken from David H. MacAdam, <u>Tower Grove Park of the City of St. Louis</u> (1883).

80.     Attached as <u>Exhibit 77</u> is a Pittsburgh ordinance stating that "[n]o person shall be allowed to carry firearms . . . within the limits of the parks or within one hundred yards thereof," taken from W.W. Thomson, ed., <u>A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh From 1804 to Jan 1, 1897</u> (2d ed 1897).

81.     Attached as <u>Exhibit 78</u> is an excerpt from the 1778 Session Laws of New Jersey, containing "An ACT for the Regulating, Training and Arraying of the Militia."

82.     Attached as <u>Exhibit 79</u> is an excerpt from the 1775-76 edition of the <u>Massachusetts Acts & Laws</u>, containing "An Act for the forming and regulating the Militia within the Colony of the *Massachusetts-Bay*, in *New-England*, and for repealing all the Laws heretofore made for that Purpose."

83.     I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.


Dated: New York, NY
       October 13, 2022


_____
         James M. Thompson

# THE LAWS AND LIBERTIES
# OF MASSACHUSETTS

REPRINTED FROM THE COPY OF THE 1648 EDITION IN

THE HENRY E. HUNTINGTON LIBRARY

*With an Introduction by*

MAX FARRAND

CAMBRIDGE:

HARVARD UNIVERSITY PRESS

1929

COPYRIGHT, 1929

BY HENRY E. HUNTINGTON LIBRARY AND ART GALLERY

PRINTED AT THE

HARVARD UNIVERSITY PRESS, CAMBRIDGE, MASSACHUSETTS, U. S. A.

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page25 of 87



THE
BOOK OF THE GENERAL

# LAUUES AND LIBERTYES

CONCERNING THE INHABITANTS OF THE MASSACHUSETS
COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHEREIN THEY WERE MADE
AND ESTABLISHED.

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authority in the General Court
held at Boston the fourteenth of the
fyft month Anno
1647.

Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation. Romans 13.2.

CAMBRIDGE.
Printed according to order of the GENERAL COURT.
1648.

And are to be sold at the shop of Hezekiah Usher
in Boston.

THE
BOOK OF THE GENERAL

LAUUES AND LIBERTYES

CONCERNING THE INHABITANTS OF THE MASSACHUSETS
COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHEREIN THEY WERE MADE
AND ESTABLISHED.

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authority in the General Court
held at Boston the fourteenth of the
fyft month Anno
1647.

Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation. Romans 13.2.

CAMBRIDGE.
Printed according to order of the GENERAL COURT.
1648.

And are to be sold at the shop of Hezekiah Usher
in Boston.

TO OUR BELOVED BRETHREN AND NEIGHBOURS
the Inhabitants of the Massachusets, the Governour, Assistants
and Deputies assembled in the Generall Court of that
Jurisdiction with grace and peace in our
Lord Jesus Christ.

S O soon as God had set up Political Government among his people Israel hee gave
them a body of lawes for judgement both in civil and criminal causes. These were
breif and fundamental principles, yet withall so full and comprehensive as out of
them clear deductions were to be drawne to all particular cases in future times.
For a Common-wealth without lawes is like a Ship without rigging and steeradge. Nor is it
sufficient to have principles or fundamentalls, but these are to be drawn out into so many of their
deductions as the time and condition of that people may have use of. And it is very unsafe &
injurious to the body of the people to put them to learne their duty and libertie from generall rules,
nor is it enough to have lawes except they be also just. Therefore among other priviledges
which the Lord bestowed upon his peculiar people, these he calls them specially to consider of, that
God was neerer to them and their lawes were more righteous then other nations. God was freed
to be amongst them or neer to them because of his Ordinances established by himselfe, and their
lawes righteous because himselfe was their Law-giver: yet in the comparison are implyed two
things, first that other nations had somthing of Gods presence amongst them. Secondly that
there was also somwhat of equitie in their lawes, for it pleased the Father (upon the Covenant of
Redemption with his Son) to restore so much of his Image to lost man as whereby all nations are
disposed to worship God, and to advance righteousnes: which appears in that of the Apostle
Rom. 1. 21. They knew God &c: and in the 2. 14. They did by nature the things
conteined in the law of God. But the nations corrupting his Ordinances (both of Religion,
and Justice) God withdrew his presence from them proportionably whereby they were given up
to abominable lusts Rom.2. 21. Wheras if they had walked according to that light & law
of nature they might have been preserved from such moral evils and might have injoyed a com-
mon blessing in all their natural and civil Ordinances: now, if it might have been so with the
nations who were so much strangers to the Covenant of Grace, what advantage have they who
have interest in this Covenant, and may injoye the special presence of God in the puritie and na-
tive simplicitie of all his Ordinances by which he is so neer to his owne people. This hath been
no small priviledge, and advantage to us in New-England that our Churches, and civil State
have been planted, and growne up (like two twinnes) together like that of Israel in the Wilder-
nes by which wee were put in minde (and had opportunitie put into our hands) not only to gather
our Churches, and set up the Ordinances of Christ Jesus in them according to the Apostolick
patterne by such light as the Lord graciously afforded us: but also withall to frame our civil Po-
litie, and lawes according to the rules of his most holy word whereby each do help and strengthen
other (the Churches the civil Authoritie, and the civil Authoritie the Churches) and so both
prosper the better without such emulation, and contention for priviledges or priority as have
proved the misery (if not ruine) of both in some other places.

For this end about nine years since wee used the help of some of the Elders of our Churches
to compose a modell of the Iudiciall lawes of Moses with such other cases as might be referred to
them, with intent to make use of them in composing our lawes, but not to have them published
as the lawes of this Jurisdiction: nor were they voted in Court. For that book intitled The
Liberties &c: published about seven years since (which conteines also many lawes and orders
both for civil & criminal causes, and is commonly (though without ground) reported to be our
Fundamentalls that wee owne as established by Authoritie of this Court, and that after three
years experience & generall approbation: and accordingly we have inserted them into this vo-
lume under the severall heads to which they belong yet not as fundamentalls, for diverst of them
have since been repealed, or altered, and more may justly be (at least) amended heerafter as fur-
ther experience shall discover defects or inconveniences for Nihil simul natum et perfectum.

A 2.                                                                                      The

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page27 of 87

# THE
# BOOK OF THE GENERAL LAUES AND
# LIBERTYES CONCERNING &c:

FOR asmuch as the free fruition of such Liberties, Immunities, priviledges as hu-
manitie, civilitie & Christianity call for as due to every man in his place & propor-
tion...

**JA265**

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page28 of 87

fourth day of the sixth month, and the last fourth day of the eighth month from year to year [1653, 1654, 1656, 1658]

## Ferries.

*Forasmuch as common Ferries in a great scarcity fault for the Passengers and Owners, it is ordered by this Court and Authority thereof,*

That whosoever hath a Ferry granted upon any passage shall have the sole liberty of transporting passengers from the place where such Ferry is granted, to any other the ferry-place where such Ferries were granted, and shall not land his passengers on any other Ferry-man's place where the Ferries were granted...

And it is ordered that all the Magistrates and such as are, or from time to time shall be chosen to serve as Deputies of the General Court, with their names severally attested by a Magistrate or Constable of such town or place where they dwell... shall be allowed for the passage of the Magistrates, Deputies, Grand-jury petit Jurors and their attendance, and Marshals by agreement with them for penalty per annum.

*And here as more do pass over the common Ferries in great danger of enemies, and for the prevention of endless troubles of the passengers and boats of the ferriable places to keep due attendance, it is ordered,*

That no person shall proffer or enter into any ferry-boat contrary to the will of the Ferriman...

## Ferries.

*Whereas sundry persons indebted to the Countrey for public Rates, &c others for Fines, &c, it is hereby ordered by the authority of this Court,*

That the Treasurer shall grant Warrant to the Marshal to attach the debtor shall not be exempted from such public Service and employment...

It is ordered by this Court and the Authority thereof, that whosoever shall kindle such common or particular fires, the second day of the week that no res fire shall not be put to the second month, or on the last day of the week, or on the Lords day shall pay all damages and

and half the much for a Fine, or if not able to pay then to be corporally punished by *Warrant* from one Magistrate or the next County Court as the offence shall deserve, and not exceeding three days in this own ground at any time, so as no damage come thereby either to the Country or any particular person. And whosoever shall wittingly and willingly burn or destroy any fence or grain, hay, straw, peas, heaps of wood, charcoal, corn, hay, straw, hemp or flax he shall pay double damages.

## Fish. Fisher-men.

UPON the petition of the Inhabitants of Marble-head, this Court doth hereby declare that Fishermen it hath been an ancient custom for foreign fishermen to make use of such Harbours and Grounds in this Countrey as have been exhibited by English men, and to enjoy the same for the taking of fish...

It is not now lawful for any person either Fishermen or others, either Forreiner or of this Countrie to enter upon the lands so appropriated to any town or person, or to take any wood or timber in any such place without the license of such town or Proprietor...

## Forgery.

IT is ordered by this Court and Authority thereof, That if any person shall forge any Deed or conveyance, Testament, Bond, Bill... he shall then double the Forfeit thereof...

## Fornication.

IT is ordered by this Court and Authority thereof, That if any man shall commit Fornication with a single woman, they shall be punished either by enjoining to Marriage, or Fine, or corporall punishment, or all or any of these at the Judgement of the Court, as the circumstances may require. And this Order to continue till the Court take further order. [1642]

## Freemen, Non-Freemen.

WHEREAS there are holden this Jurisdiction sundry members of Churches whose are lawful Persons... it is also further ordered by this Court and the Authority thereof, that none be admitted within this Jurisdiction...

## Fugitives, Strangers.

IT is ordered by this Court and Authority thereof, That if any people of other nations professing the true Christian Religion, as Freemen, &c shall be fled to us from the tyranny or persecution of their persecutors, or from Famine, Wars, or the like necessitate and compulsion...

Harboured.

compulſarie cauſe, they ſhall be entertained and ſuccoured amongſt us according to that power and prudence God ſhall give us. [1641]

*Gaming.*

UPON *complaint of great diſorder by the uſe of the game called* Shuffle-board, *in houſes of common entertainment, wherby much pretious time is ſpent unfruitfully and much waſt of wine and beer occaſioned, it is therfore ordered and enacted by the Authoritie of this Court;*

Shuffleboard penalties.

No gaming for mony on pen: of treble value.

That no perſon ſhall henceforth uſe the ſaid game of Shuffle-board in any ſuch houſe, nor in any other houſe uſed as common for ſuch purpoſe, upon payn for every Keeper of ſuch houſe to forfeit for every ſuch offence twenty ſhillings: and for every perſon playing at the ſaid game in any ſuch houſe, to forfeit for everie ſuch offence five ſhillings: Nor ſhall any perſon at any time play or game for any monie, or mony-worth upon penalty of forfeiting treble the value therof: one half to the partie informing, the other half to the Treaſurie. And any Magiſtrate may hear and determin any offence againſt this Law. [1646 1647]

*Generall Court.*

Who have power to Reprive.

to pardon.

IT is ordered, and by this Court declared that the Governour and Deputie Governour joyntly conſenting, or any three Aſſiſtants concurring in conſent ſhall have power out of Court to reprive a condemned malefactor till the next Court of Aſſiſtants: or Generall Court. And that the General Court only ſhall have power to pardon a condemned malefactor.

None free fro forrein Ambaſſie, that accepts the ſervice.

Alſo it is declared that the General Court hath libertie and Authoritie to ſend forth any member of this Common-wealth, of what qualitie and condition or office whatſoever into forrein parts, about any publick Meſſage or negociation: notwithſtanding any office or relation whatſoever. Provided the partie ſo ſent be acquainted with the affairs he goeth about, and be willing to undertake the ſervice.

Major part in Gen: Court diſſolve or adjourn.

Nor ſhall any General Court be diſſolved or adjourned without the conſent of the major part therof. [1641] *See Counſell, Courts.*

*Goνernour.*

A caſting vote in the Govern: and Preſid: in Courts &c.

IT is ordered, and by this Court declared that the Governour ſhall have a caſting vote whenſoever an *equivote* ſhall fall out in the Court of Aſſiſtants, or general Aſſemblie: ſo ſhall the Preſident or Moderatour have in all civil Courts or Aſſemblies [1641] *See Gen: Court.*

*Hereſie.*

ALTHOUGH *no humane power be Lord over the Faith & Conſciences of men, and therfore may not conſtrein them to beleive or profeſſe againſt their Conſciences: yet becauſe ſuch as bring in damnable hereſies, tending to the ſubverſion of the Chriſtian Faith, and deſtruction of the ſoules of men, ought duly to be reſtreined from ſuch notorious impiety, it is therfore ordered and decreed by this Court;*

That if any Chriſtian within this Juriſdiction ſhall go about to ſubvert and deſtroy the chriſtian Faith and Religion, by broaching or mainteining any damnable hereſie; as denying the immortalitie of the Soul, or the reſurrection of the body, or any ſin to be repented of in the Regenerate, or any evil done by the outward man to be accounted ſin: or denying that Chriſt gave himſelf a Ranſom for our ſins, or ſhal affirm that wee are not juſtified by his Death and Righteouſnes, but by the perfection of our own works; or ſhall deny the moralitie of the fourth commandement, or ſhall indeavour to ſeduce others to any the heriſies aforementioned, everie ſuch perſon continuing obſtinate therin after due means of conviction ſhall be ſentenced to Baniſhment. [1646]

Baniſhment.

*Hydes & Skins.*

Raw hides.

WHERAS *ſome perſons more ſeeking their own private advantage then the good of the publick doe tranſport raw hydes & pelts, it is ordered and by this Court enacted,* That henceforth no perſon ſhall deliver aboard any ſhip or other veſſell, directly or indirectly any raw hyde, skin, pelt or leather unwrought with intent to have the ſame

ſame tranſported out of this Juriſdiction upon pain to forfeit the ſame or the value therof. And that no Maſter of any ſhip or veſſel ſhall receive any raw hyde, skin, pelt, or leather unwrought directly or indirectly, aboard his ſhip or veſſel to be ſo tranſported upon the like penalty. Provided that any perſon ſtranger or other may tranſport any hydes or skins brought hither from beyond the ſeas by way of Merchandize, or the skins of Beaver, Mooſ, Bear and Otter. [1646]

Forfeit.

*Hygh-wayes.*

TO *the end there may be convenient high-wayes for Travellers, it is ordered by the Authoritie of this Court;*

That all common high-wayes ſhall be ſuch as may be moſt eaſie, and ſafe for travellers: to which purpoſe everie town (where any ſuch high-way is made, or to be made) ſhall appoint two or three men of the next town, whoſe Inhabitants have moſt occaſion therof, choſen & appointed by their ſaid town, who ſhal from time to time lay out all common high-wayes where they may be moſt convenient; notwithſtanding any mans proprietie, (ſo as it occaſion not the pulling down of any mans houſe, or laying open any garden or orchard): who in common grounds or where the ſoyle is wet, myrie, or verie rockie ſhall lay out ſuch high-wayes the wyder, *viz:* ſix, eight, ten or more rods.

By whom layd out.

Places exempted.

Recompence to Propriet:

Provided that if any man be therby damaged in his improved ground the town ſhall make him reaſonable ſatisfaction by eſtimation of thoſe of the two towns that layd out the ſame. And if ſuch perſons deputed cannot agree in either caſe it ſhall be referred to the County Court of that Shire; or to the Court of Aſſiſtants who ſhall have power to hear and determin the Caſe. And if any perſon finde himſelfe juſtly grieved with any act or thing done by the perſons deputed aforeſaid: he may appeal to the County Court aforeſaid, or to the Court of Aſſiſtants, but if he be found to complain without cauſe he ſhall ſurely pay all charges of the parties and Court during that Action and alſo be fined to the Countrie as the Court ſhall adjudge. [1639]

Appeal.

Private wayes in towns.

2 It is ordered and declared by this Court that the ſelected Townſ-men of everie town have power to lay out (by themſelves or others) particular and private wayes concerning their own town only: ſo as no damage be done to any man without due recompence to be given by the judgement of the ſaid Townſ-men, and one or two choſen by the ſaid Townſ-men and one or two choſen by the partie: and if any man ſhall finde himſelfe juſtly greived he may appeal to the next County Court of that Shire who ſhall doe juſtice therin on both hands as in other caſes of appeals. [1642]

3 *UPON information that divers high-wayes are much annoyed and incumbred by gates and rayls erected upon them, it is ordered and enacted by the Authoritie of this Court,*

One Magiſtr. power to order redreſſe

That upon any information or complaint made either to the court of Aſſiſtants, or any County Court or to any Magiſtrate of any ſuch gates or rayls erected, or to be erected upon any common high-way, the ſame Court or Magiſtrate ſhall appoint a Committee of diſcreet and indifferent men to view ſuch incumbrance, and to order the reformation therof. And if the parties whom it ſhall concern ſhall not ſubmit to ſuch orders, they ſhall require them to appear at the next Court for that Shire: and alſo ſhall certifie the incumbrance found and order by them made, under their hands unto the ſaid Court, or appear in perſon to proſecute the cauſe; where it ſhall be heard and determined for the eaſe and conveniencie of Travellers, with due reſpect to the Proprietors coſt and damage, but no perſon ſhal ſtand charged with the repair of common high-wayes through his own ground. [1647]

*Idlenes.*

IT is ordered by this Court and Authoritie therof, that no perſon, Houſholder or other ſhall ſpend his time idlely or unprofitably under pain of ſuch puniſhment as the Court of Aſſiſtants or County Court ſhall think meet to inflict. And for this

Conſtable's care and dutie. The power of two Aſſiſtants.

this end it is ordered that the Conſtable of everie place ſhall uſe ſpeciall care and diligence to take knowledge of offenders in this kinde, eſpecially of common coaſters, unproffitable fowlers and tobacco takers, and preſent the ſame unto the two next Aſſiſtants, who ſhall have power to hear and determin the cauſe, or transfer it to the next Court. [1633]

### *Jeſuits.*

*THIS Court taking into conſideration the great wars, combuſtions and diviſions which are this day in Europe: and that the ſame are obſerved to be rayſed and fomented chiefly by the ſecret underminings, and ſolicitations of thoſe of the JeſuiticallOrder, men brought up and devoted to the religion and court of Rome; which hath occaſioned divers States to expell them their territories; for prevention wherof among our ſelves, It is ordered and enacted by Authoritie of this Court,*

One Magiſtr. Baniſhment.

That no Jeſuit, or ſpiritual or eccleſiaſtical perſon [as they are termed] ordained by the authoritie of the Pope, or Sea of Rome ſhall henceforth at any time repair to, or come within this Juriſdiction: And if any perſon ſhal give juſt cauſe of ſuſpicion that he is one of ſuch Societie or Order he ſhall be brought before ſome of the Magiſtrates, and if he cannot free himſelfe of ſuch ſuſpicion he ſhall be committed to priſon, or bound over to the next Court of Aſſiſtants, to be tryed and proceeded with by Baniſhment or otherwiſe as the Court ſhall ſee cauſe: and if any perſon ſo baniſhed ſhall be taken the ſecond time within this Juriſdiction upon lawfull tryall and conviction he ſhall be put to death. Provided this Law ſhall not extend to any ſuch Jeſuit, ſpiritual or eccleſiaſticall perſon as ſhall be caſt upon our ſhoars, by ſhip-wrack or other accident, ſo as he continue no longer then till he may have opportunitie of paſſage for his departure; nor to any ſuch as ſhall come in company with any Meſſenger hither upõ publick occaſions, or any Merchant or Maſter of any ſhip, belonging to any place not in emnitie with the State of *England*, or our ſelves, ſo as they depart again with the ſame Meſſenger, Maſter or Merchant, and behave themſelves in-offenſively during their aboad heer. [1647]

### *Impoſt.*

Worronoco.

IT is ordered by Authoritie of this Court that *Worronoco* upon *Conecticot* lying within this Juriſdiction ſhall be, and be reputed as a part of the town of *Springfield* and lyable to all charges there, as other parts of the ſame town, until upon erecting ſome other Plantation neer unto it it ſhall be thought fit by this Court to annex it to ſuch new Plantation.

Trading-houſes. Two pence a skin.

It is alſo ordered that the Trading-houſe at *Worronoco* and all other Trading-houſes erected or to be erected, mainteined or uſed within this Juriſdi&ion, for trading with the Indians only or chiefly ſhall be contributarie to all publick and common charges, both in Town and Countrie, and everie ſuch perſon as ſhall inhabit or trade in any ſuch Trading-houſe or neer the ſame ſhall pay unto the publick Treaſurie (by the hands of ſuch as ſhall be aſſigned to receive the ſame) for everie skin of Beaver, Otter, Bear or Mooſe two pence. And if ſuch perſon ſo aſſigned ſhall have cauſe to ſuſpect that any ſuch Trader hath not given a true account of all ſuch skins ſo traded, he ſhall inform one of the next Magiſtrates therof, who ſhall ſend for ſuch Trader and require him to deliver account upon his oath, which if he ſhall refuſe to doe, he may commit him to priſon or take *Bond* with Suretie for his appearance at the next Court of Aſſiſtants to anſwer his contempt, and be proceeded with according to juſtice.

Forfeit.

And it is farther ordered that all ſuch skins ſo received, by way of trading, in, or neer any ſuch Trading-houſe for which the ſaid *Impoſt* of two pence a skin ſhall not be ſatisfied within one week after demaund therof ſhall be forfeited to the publick Treaſurie, or the value therof; to be levied by *Warrant* from any one Magiſtrate upon any skins or other goods in ſuch Trading-houſe. [1647]

2 For

*2 For the better ſupport of the Government of this Common-wealth and the maintainance of Fortifications for the protecting and ſafe-guarding of our Coaſts and Harbours, for our ſelves and others that come to trade with us, it is ordered by this Court and the Authoritie therof,*

Entrie of wine. on payn of forfeiture. Cuſtom when payd.

That every perſon, Merchant, Seaman, or other that ſhall being wines into any our Harbours, in any ſhips or veſſels whatſoever (except they come directly from *England* as their firſt Port) before they land any of the ſaid wines, more or leſſe, ſhall firſt make entrie of as many Buts, Pipes, or other veſſels, as they or any of them ſhall put on ſhore, by a note under their hands, delivered unto the Officer at his houſe (who is to receive the Cuſtoms) upon pain of forfeiture and confiſcation of all ſuch wines as are landed before ſuch entrie made, whereſoever found, the one halfe to the Countrie, the other halfe to the Officer: and the Merchants or Owners of ſuch wines of any kinde, as ſoon as he lands them, ſhall deliver and pay unto the ſaid Officer, what is due for Cuſtom of them according to this Order, in wine according to the proportion of the goodnes of the parcel that is brought in, as the Officer and Owner can agree, to the contentment and ſatisfaction of the ſaid Officer, or elſe the Owner and Officer to nominate a third man who ſhall put a finall price between them, in point of valuation of the wines for Cuſtoms: but if they cannot agree, upon notice from the Officer unto the Treaſurer for the time being, he ſhall determin the price therof, and being ſo ordered the Officer and Merchant ſhall accept therof.

Cuſtomers Deputie. Rates of wine.

And it is farther ordered that he that is the cheife Officer to receive ſuch Cuſtomes ſhall have under him a Deputie or Deputies who ſhall be as Searchers or waytors in ſeverall places to take up ſuch wines, by the cheif Officers appointment, and to take notice of what is landed in any place that the Country be not defrauded, who ſhall have ſuch due recompence as the cheif Officer in his diſcretion ſhall agree with them for, either by the Butt or Pipe or by the year. All wines to pay cuſtoms according to theſe rates following viz: for every Butt or pipe of *Fyall* wines or any other wines of thoſe Weſtern Iſlands five ſhillings. For everie Pipe of *Madarie* wines ſix ſhillings eight pence. For everie Butt or Pipe of *Sherris* ſack, *Malego* or *Canarie* wines ten ſhillings. For *Muſcadels*, *Malmſies* and other wines from the *Streights* ten ſhillings. For Baſtards, Tents & Alligants ten ſhillings: and proportionably for greater or leſſer veſſels of each kinde. For everie Hogſhead of French wines two ſhillings ſix pence, and proportionably for greater or leſſer veſſels.

*And for better recovering of any ſuch Cuſtoms of wines or forfeitures, for not entering according to this Order and for refuſing of payment of ſuch Cuſtoms to the ſatisfaction of the Officer, it is farther ordered,*

Cuſtomers power. Conſt: &c: to ayd the Cuſtomer: on penalty of 10 s. Cuſtom recovered by Actio

That the ſaid Officer hath heerby power and is required to goe into all Houſes or Cellars where he knoweth or ſuſpecteth any wine to be, and from time to time ſhall ſeiz upon ſuch wines as are not entred according to this Order: and alſo ſeiz upon, and take poſſeſſion of ſo much wines as to make payment of what Cuſtom is due according to entries made, and is refuſed or neglected to be paid in due manner according to this Order. And all Conſtables and other Officers are heerby required to aſſiſt and ayd the Officer in the diſcharge of his duty, and helping to break open ſuch Houſes or Cellars, if the Owners of ſuch wines ſhal refuſe to open their doors or deliver their keys in a peacable way. And any Smith, Carter, Owner of boat, Porter or other that ſhall be required by the Officer to put to their hand to help and aſſiſt in taking, loading & tranſporting ſuch wines for the uſe of the Country, and ſhall refuſe or neglect ſuch ſervice for due hire ſhall forfeit to the common Treaſurie ten ſhillings for everie ſuch default, to be levied by the Conſtable by *warrant* from any one Magiſtrate. And all debts due unto the Countrie for cuſtom of wines, where wines are not to be found, they are to be recovered by way of Action, according to a courſe of law as in other caſes, and this Order to be in force to recover Cuſtoms from all thoſe that have landed wine in this Juriſdiction already and not payd Cuſtom.

Impreſſes.

JA268

*Impresses.*

Only by Gen. Court upō due recompence. Pers. free, by defects from forrein wars: Limitation.

IT is ordered, and by this Court declared, that no man shall be compelled to any publick work, or service, unlesse the Presse be grounded upon some act of the General Court; and have reasonable allowance therfore: nor shall any man be compelled in person to any office, work, wars, or other publick service that is necessarily and sufficiently exempted, by any natural or personal impediment; as by want of years, greatnes of age, defect of minde, failing of senses, or impotencye of lims. Nor shall any man be compelled to go out of this Jurisdiction upon any offensive wars, which this Common-wealth, or any of our freinds or confœderates shall voluntarily undertake; but only upō such vindictive and defensive wars, in our own behalf, or the behalf of our freinds and confœderates; as shall be enterprized by the counsell, and consent of a General Court, or by Authoritie derived from the same. Nor shall any mans cattle or goods of what kinde soever be pressed, or taken for any publick use or service; unles it be by *Warrant* grounded upon some act of the General Court: nor without such reasonable prizes and hire as the ordinarie rates of the Countrie doe afford. And if his cattle or goods shall perish, or suffer damage in such service, the Owner shall be sufficiently recompenced. [1641]

For cattle and goods. Limitation tendred. Recompence.

*Imprisonment.*

Who be baylable.

IT is ordered, and by this Court declared; that no mans person shall be restreined or imprisoned by any authoritie whatsoever before the Law hath sentenced him therto: if he can put in sufficient securitie, *Bayle* or *Mainprize* for his appearance, and good behaviour in the mean time: unles it be in crimes Capital, and contempt in open Court, and in such cases where some expresse Act of Court doth allow it. [1641]

*Indians.*

Licence to buy their land.

IT is ordered by Authoritie of this Court; that no person whatsoever shall henceforth buy land of any Indian, without licence first had & obtained of the General Court: and if any shall offend heerin, such land so bought shall be forfeited to the Countrie.

None shall repair their guns, nor sell gun or ammunition or any of such.

Nor shall any man within this Jurisdiction directly or indirectly amend, repair, or cause to be amended or repaired any gun, small or great, belonging to any Indian, nor shall indeavour the same. Nor shall sell or give to any Indian, directly or indirectly anysuch gun, or any gun-powder, shot or lead, or shot-mould, or any militarie weapons or armour: upon payn of ten pounds fine, at the least for everie such offence: and that the court of Assistants shall have power to increase the Fine; or to impose corporall punishment (where a Fine cannot be had) at their discretion.

Who may restrain them fro profaning the Sabbath.

It is also ordered by the Authoritie aforesaid that everie town shall have power to restrein all Indians from profaning the Lords day. [1633 1637 1641]

2 *Wheras it appeareth to this Court that notwithstanding the former Laws, made against selling of guns, powder and Amunition to the Indians, they are yet supplyed by indirect means, it is therfore ordered by this Court and Authoritie therof;*

No arms sold to Indian or forreiner without licence.

That if any person after publication heerof, shall sell, give or barter any gun or guns, powder, bullets, shot or lead to any Indian whatsoever, or unto any person inhabiting out of this Jurisdiction without licence of this Court, or the court of Assistants, or some two Magistrates, he shall forfeit for everie gun so sold, given or bartered ten pounds: and for everie pound of powder five pounds: and for everie pound of bullets, shot or lead fourty shillings: and so proportionably for any greater or lesser quantitie. [1642]

Preservation of their corn.

3 It is ordered by this Court and Authoritie therof, that in all places, the English and such others as co-inhabit within our Jurisdiction shall keep their cattle frō destroying the Indians corn, in any ground where they have right to plant; and if any of their corn be destroyed for want of fencing, or hearding; the town shall make satisfaction, and shall have power among themselves to lay the charge where the occasion of the damage did arise. Provided that the Indians shall make proof that the cattle of such a town, farm, or person did the damage. And for encouragement of

of the Indians toward the fencing in of their corn fields, such towns, farms or persons, whose cattle may annoy them that way, shall direct, assist and help them in felling of trees, ryving, and sharpening of rayls, & holing of posts: allowing one English-man to three or more Indians. And shall also draw the fencing into place for them, and allow one man a day or two toward the setting up the same, and either lend or sell them tools to finish it. Provided that such Indians, to whom the Countrie, or any town hath given, or shall give ground to plant upon, or that shall purchase ground of the English shall fence such their corn fields or ground at their own charge as the English doe or should doe; and if any Indians refuse to fence their corn ground (being tendred help as aforesaid) in the presence and hearing of any Magistrate or selected Townsmen being met together they shall keep off all cattle or lose one half of their damages.

Help in Fencing.

And it is also ordered that if any harm be done at any time by the Indians unto the English in their cattle; the Governour or Deputie Governour with two of the Assistants or any three Magistrates or any County Court may order satisfaction according to law and justice. [1640 1648]

Indians hurting cattle Satisfaction.

4 *Considering that one end in planting these parts was to propagate the true Religion unto the Indians: and that divers of them are become subjects to the English and have ingaged themselves to be willing and ready to understand the Law of God, it is therfore ordered and decreed,*

That such necessary and wholsom Laws, which are in force, and may be made from time to time, to reduce them to civilitie of life shall be once in the year (if the times be safe) made known to them, by such fit persons as the General Court shall nominate, having the help of some able Interpreter with them.

*Considering also that interpretation of tongues is appointed of God for propagating the Truth: and may therfore have a blessed successe in the hearts of others in due season, it is therfore farther ordered and decreed,*

Means for their instruction in Religion.

That two Ministers shall be chosen by the Elders of the Churches everie year at the Court of Election, and so be sent with the consent of their Churches (with whomsoever will freely offer themselves to accompany them in that service) to make known the heavenly counsell of God among the Indians in most familiar manner, by the help of some able Interpreter; as may be most available to bring them unto the knowledge of the truth, and their conversation to the Rules of Jesus Christ. And for that end that somthing be allowed them by the General Court, to give away freely unto those Indians whom they shall perceive most willing & ready to be instructed by them.

Against their false worship.

And it is farther ordered and decreed by this Court; that no Indian shall at any time powaw, or performe outward worship to their false gods: or to the devil in any part of our Jurisdiction; whether they be such as shall dwell heer, or shall come hither: and if any shall transgresse this Law, the *Powawer* shall pay five pounds; the Procurer five pounds; and every other countenancing by his presence or otherwise being of age of discretion twenty shillings. [1646]

*Inditements.*

IF any person shall be indicted of any capital crime (who is not then in *durance*) & shall refuse to render his person to some Magistrate within one month after three Proclamations publickly made in the town where he usually abides, there being a month betwixt Proclamation and Proclamation, his lands and goods shall be seized to the use of the common Treasurie, till he make his lawfull appearance. And such withdrawing of himselfe shall stand in stead of one wittnes to prove his crime, unles he can make it appear to the Court that he was necessarily hindred. [1646]

*In-keepers, Tippling, Drunkenes.*

FORASMUCH *as there is a necessary use of houses of common entertainment in every Common-wealth, and of such as retail wine, beer and victuals; yet because there are so many abuses of that lawfull libertie, both by persons entertaining and persons entertained, there is also need of strict Laws and Rules to regulate such an employment: It is therfore ordered by this Court and Authoritie therof;*

That

E

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page32 of 87

No common Victuailer, Cook, Vintner &c. without licence.

That no perfon or perfons fhall at any time under any pretence or colour whatfoever undertake to be a common Victuailer, Keeper of a Cooks fhop, or houfe for common entertainment, Taverner, or publick feller of wine, ale, beer or ftrong-water (by re-tale), nor fhall any fell wine privatly in his houfe or out of doors by a leffe quantitie, or under a quarter cask: without approbation of the felected Townfmen and Licence of the Shire Court where they dwell: upon pain of forfeiture of five pounds for everie fuch offence, or imprifonment at pleafure of the Court, where fatisfaction cannot be had.

On pen: 5 li.

Signe

And every perfon fo licenced for common entertainment fhall have fome inoffenfive Signe obvious for ftrangers direction, and fuch as have no fuch Signe after three months fo licenced from time to time fhall lofe their licence: and others allowed in their ftead. And any licenced perfon that felleth beer fhall not fell any above two-pence the ale-quart: upon penaltie of three fhillings four pence for everie fuch offence. And it is permitted to any that will to fell beer out of doors at a pennie the ale-quart and under.

No beer above two pence the quart. Any may fel out of doors at 1 d. a quart

Neither fhall any fuch licenced perfon aforefaid fuffer any to be drunken, or drink exceffively *viz:* above half a pinte of wine for one perfon at one time; or to continue tippling above the fpace of half an hour, or at unfeafonable times, or after nine of the clock at night in, or about any of their houfes on penaltie of five fhillings for everie fuch offence.

In-holders forfeit.

And everie perfon found drunken *viz:* fo that he be therby bereaved or difabled in the ufe of his underftanding, appearing in his fpeech or gefture in any the faid houfes or elfewhere fhall forfeit ten fhillings. And for exceffive drinking three fhillings four pence. And for continuing above half an hour tippling two fhillings fix pence. And for tippling at unfeafonable times, or after nine a clock at night five fhillings: for everie offence in thefe particulars being lawfully convict therof. And for want of payment fuch fhall be imprifoned untill they pay: or be fet in the *Stocks* one hour or more [in fome open place] as the weather will permit not exceeding three hours at one time.

Penalty of drūknes 10 s. exc: 3 s. 4 d. Tipli unfeafonably.

Stocks.

Provided notwithftanding fuch licenced perfons may entertain fea-faring men, or land travellers in the night-feafon, when they come firft on fhore, or from their journy for their neceffarie refrefhment, or when they prepare for their voyage or journie the next day early; fo there be no diforder among them; and alfo Strangers, Lodgers or other perfons in an orderly way may continue in fuch houfes of common entertainment during meal times, or upon lawfull bufines what time their occafions fhall require.

Provifo,

Nor fhall any Merchant, Cooper, Owner or Keeper of wines or other perfons that have the government of them fuffer any perfon to drink to exceffe, or drunkenes, in any their wine-Cellars, Ships, or other veffels or places where wines doe lye; on pain to forfeit for each perfon fo doing ten fhillings.

The laws further extent

And if any perfon offend in drunkenes, exceffive or long drinking the fecōd time they fhall pay double Fines. And if they fall into the fame offence the third time they fhall pay treble Fines. And if the parties be not able to pay the Fines then he that is found drunk fhall be punifhed by whipping to the number of ten ftripes: and he that offends in exceffive or long drinking fhall be put into the ftocks for three hours when the weather may not hazzard his life or lims. And if they offend the fourth time they fhall be imprifoned untill they put in two fufficient Sureties for their good behaviour.

Secōd offence double penal: Third offen: Whipping. ftocks. Fourth offen:

And it is farther ordered that if any perfon that keepeth, or heerafter fhall keep a common houfe of entertainmen, fhall be lawfully convicted the third time for any offence againft this Law: he fhall (for the fpace of three years next enfuing the faid conviction) be difabled to keep any fuch houfe of entertainment, or fell wine, beer or the like; unles the Court aforefaid fhall fee caufe to continue them.

Victuailer convict a third time difabled:

It is farther ordered that everie In-keeper, or Victuailer fhall provide for the entertainment

of ftrangers horfes *viz:* one or more inclofures for Summer and hay and provender for Winter with convenient ftable room and attendance under penaltie of two fhillings fix pence for everie dayes default, and double damage to the partie therby wronged (except it be by inevitable accident.

Provifiō for horfes.

And it is farther ordered by the Authoritie aforefaid, that no Taverner or feller of wine by retale, licenced as aforefaid fhall take above nine pounds profit by the Butt or Pipe of wine, (and proportionably for all other veffels) toward his waft in drawing and otherwife: out of which allowance everie fuch Taverner or Vintner fhall pay fifty fhillings by the Butt or Pipe and proportionably for all other veffels to the Countrie. For which he fhall account with the Auditor general or his Deputie every fix months and difcharge the fame. All which they may doe by felling fix pence a quart in retale (which they fhall no time exceed) more then it coft by the Butt, befide the benefit of their art and myfterie which they know how to make ufe of. And everie Taverner or Vintner fhall give a true account and notice unto the Auditor or his Deputie of everie veffell of wine he buies from time to time within three dayes; upon pain of forfeiting the fame or the value therof.

Vintner. pay 50 s. ℔ Butt to the Countrie. give account

And all fuch as retale ftrong waters fhall pay in like manner two pence upon everie quart to the ufe of the Country, who alfo fhall give notice to the Auditor or his Deputie of everie cafe and bottle or other quantitie they buy within three dayes upon payn of forfeiture as before.

Two pence a quart for retail of ftrong water.

Alfo it is ordered that in all places where week day Lectures are kept, all Taverners, Victuailers and Tablers that are within a mile of the Meeting-houfe, fhall from time to time clear their houfes of all perfons able to goe to the Meeting, during the time of the exercife (except upon extraordinary caufe, for the neceffarie refrefhing of ftrangers ūexpectedly repairing to them) upō pain of five fhillings for every fuch offence over and befides the penalties incurred by this Law for any other diforder.

Com: houfes cleared in Lecture time.

It is alfo ordered that all offences againft this Law may be heard and determined by any one Magiftrate, who fhall heerby have power by *Warrant* to fend for parties, and witneffes, and to examin the faid witneffes upon oath and the parties without oath, concerning any of thefe offences: and upon due conviction either by view of the faid Magiftrate, or affirmation of the Conftable, and one fufficient witnes with circumftances concurring, or two witneffes, or confeffion of the partie to levie the faid feverall fines, by *Warrant* to the Conftable for that end, who fhall be accountable to the Auditor for the fame.

One Magiftr: may hear &c. Fines levied.

And if any perfon fhall voluntarily confeffe his offence againft this Law in any the particulars therof, his oath fhall be taken in evidence and ftand good againft any other offending at the fame time.

Delinquents teftimonie.

Laftly, it is ordered by the Authoritie aforefaid that all Conftables may, and fhall from time to time duly make fearch throughout the limits of their towns upon Lords dayes, and Lecture dayes, in times of Exercife; and alfo at all other times, fo oft as they fhall fee caufe for all offences and offenders againft this Law in any the paticulars therof. And if upon due information, or complaint of any of their Inhabitants, or other credible perfons whether Taverner, Uictuailer, Tabler or other; they fhall refufe or neglect to make fearch as aforefaid, or fhall not to their power perform all other things belonging to their place and Office of Conftableſhip: then upon complaint and due proof before any one Magiftrate within three months after fuch refufall or neglect; they fhall be fined for everie fuch offence ten fhillings, to be levied by the Marfhal as in other cafes by *Warrant* from fuch Magiftrate before whom they are convicted, or *Warrant* from the Treafurer upon notice from fuch Magiftrate. [1645 1646 1647] *See Gaming, Licences.*

Conft: fearch Conftables neglect.

*Juries, Jurors.*

IT is ordered by this Court and Authoritie therof, that the Conftable of everie town upon *Proces* from the Recorder of each Court, fhall give timely notice to the Freemen of their town, to choof fo many able difcreet men as the *Proces* fhal direct which

*Juries for tryals.* which men so chosen he shall warn to attend the Court whereto they are appointed, and shall make return of the *Proces* unto the Recorder aforesaid: which men so chosen shall be *impannelled* and sworn truly to try betwixt partie and partie, who shall finde the matter of fact with the damages and costs according to their evidence, and the Judges shall declare the Sentence (or direct the Jurie to finde) according to the law. And if there be any matter of apparent equitie as upon the forfeiture of an Obligation, breach of covenant without damage, or the like, the Bench shall determin such matter of equitie.

*Verdict according to fact*

*Equitie and law in the same case*

*Tryall for life &c: by 12 men* 2 Nor shall any tryall passe upon any for life or bannishment but by a special Jurie so summoned for that purpose, or by the General Court.

*Juries for inquirie* 3 It is also ordered by the Authoritie aforesaid that there shall be Grand-Juries summoned everie year unto the several Courts, in each Jurisdiction; to inform the Court of any misdemeanours that they shall know or hear to be committed by any person or persons whatsoever within this Jurisdiction. And to doe any other service of the Common-wealth that according to law they shall be injoyned to by the said Court: and in all cases wherin evidence is so obscure or defective that the Jurie cannot clearly and safely give a positive verdict, whether it be Grand, or Petty Jurie, it shall have libertie to give a *Non liquet* or a special verdict, in which last, that is, a special verdict the judgement of the Cause shall be left unto the Bench. And all Jurors shall have libertie in matters of fact if they cannot finde the *main issue* yet to finde and present in their verdict so much as they can.

*may be for tryal also,*

*Positive verd. Non liquet*

*Partial verd.*

*Differ: twixt Jury & Bench issued* 4 And if the Bench and Jurors shall so differ at any time about their verdict that either of them cannot proceed with peace of conscience, the Case shall be referred to the General Court who shall take the question from both and determin it.

*Jurie in their doubts may advise openly; none serv but once a year except.* 5 And it is farther ordered that whensoever any Jurie of tryalls, or Jurors are not clear in their judgements or consciences, concerning any Case wherin they are to give their verdict, they shall have libertie, in open Court to advise with any man they shall think fit to resolve or direct them, before they give in their verdict. And no Free-man shall be compelled to serve upon Juries above one ordinary Court in a year: except Grand-jurie men, who shall hold two Courts together at the least, and such others as shall be summoned to serve in case of life and death or bannishment. [1634] [1641 1642] *See Secresie.*

### *Iustice.*

*Forreiners libertie.* IT is ordered, and by this Court declared; that every person within this Jurisdiction, whether Inhabitant or other shall enjoy the same justice and law that is general for this Jurisdiction which wee constitute and execute one towards another, in all cases proper to our cognisance without partialitie or delay. [1641]

### *Lands, Free lands.*

IT is ordered, and by this Court declared; that all our Lands and Heritages shall be free from all *Fines* and *Licences* upon alienations, and from all *Hariots, Wardships, Liveries, Primerseizins*, year, day and wast, *Escheats* and forfeitures, upon the death of Parents or Ancesters, be they natural, unnatural, casual or judicial and that for ever. [1641] *See Abilitie, Escheats, Strangers.*

### *Leather.*

*THIS Court taking into serious consideration the several deceits and abuses which in other places have been and are commonly practiced by the Tanners, Curriers and workers of leather, as also the abuses and inconveniences which acrue to the severall members of this Common-wealth, by leather not sufficiently tanned and wrought, which is occasioned by the negligence and unskilfullnes of those severall trades-men which before, in, & after it is in the hands of the Tanner may be much bettered or impaired, for prevention wherof, it is ordered by this Court and the Authoritie therof;*

That no person using or occupying the feat or mysterie of a Butcher, Currier, or shoe-maker

Shoe-maker by himselfe or any other, shall use or exercise the feat or mysterie of a Tanner on pain of forfeiture of sixshillings eight pence for everie hyde or skin by him or them so tanned whilest he or they shall use or occupie any of the mysteries aforesaid. *Butcher Currier Shoem: no Tanner*

Nor shall any Tanner during his using the said trade of tanning, use or occupie the feat or mysterie of either Butcher, Currier or Shoo-maker by himself or any other upon pain of the like forfeiture. *Tanner no Butcher, Currier Shoem*

Nor shall any Butcher by himself or any other person gash or cut any hyde of ox, bull, steer, or cow in fleaing therof, or otherwise wherby the same shall be impaired or hurt, on pain of forfeiture for everie such gash or cut in any hyde or skin twelve pence. *Gash: hyde or skin 12 d*

Nor shall any person or persons henceforth bargain, buy, make any contract, or bespeak any rough hyde of ox, bull, steer or cow in the hair, but only such persons as have and doe use and exercise the art of tanning. *Rough hyde*

Nor shall any person or persons using, or which shall use the mysterie or facultie of tanning at any time or times heerafter, offer or put to sale any kinde of leather, which shall be insufficiently or not throughly tanned, or which shall not then have been after the tanning therof well and throughly dryed, upon pain of forfeiting so much of his or their said leather as by any Searcher or Sealer of leather lawfully appointed shall be found insufficiently tanned, or not throughly dryed as aforesaid. *well tanned & dryed. Penaltie.*

Nor shall any person or persons using or occupying the mysterie of tanning, set any their Fats in tan-hills or other places, where the woozes or leather put to tan in the same shall or may take any unkinde heats; nor shall put any leather into any hot or warm woozes whatsoever on pain of twenty pounds for everie such offence. *Leather taking unkinde heats. Penaltie 20 li*

Nor shall any person or persons using or occupying the mysterie or facultie of currying, currie any kinde of leather, except it be well and throughly tanned; nor shall currie any hyde being not throughly dryed after his wet season; in which wet season he shall not use any stale, urin, or any other deceitfull or subtil mixture, thing, way or means to corrupt or hurt the same: nor shall currie any leather meet for utter sole leather with any other then good hard tallow, nor with any lesse of that then the leather will receive: nor shall currie any kinde of leather meet for upper leather and inner soles, but with good and sufficient stuffe, being fresh and not salt, and throughly liquored till it will receive no more: nor shall burn or scald any hyde or leather in the currying, but shall work the same sufficiently in all points and respects; on pain of forfeiture for everie such offence or act done contrary to the true meaning of this Order the full value of everie such hyde marred by his evil workmanship or handling, which shall be judged by two, or more sufficient and honest skilfull persons, Curriers or others, on their oath given to them for that end by any Assistant. *Curriers duty* *Penaltie.*

And everie town where need is, or shall be, shall choose one or two persons of the most honest and skilfull within their several Townships, and present them unto the County Court, or one Magistrate who shall appoint and swear the said persons: by their discretion to make search and view within the Precincts of their limits as oft as they shall think good and need shall be, who shall have a Mark or Seal prepared by each town for that purpose, and the said Searchers or one of them shall keep the same, and therewith shall seal such leather as they shall finde sufficient in all points and no other. *Searchers sworn. their dutie* *to seale.*

And if the said Searchers, or any of them shall finde any leather sold, or offered to be sold, brought, or offered to be searched or sealed, which shall be tanned, wrought, converted or used contrary to the true intent and meaning of this Order, it shall be lawfull for the said Searchers, or any of them to seiz all such leather and to retain the same in their custodie, untill such time as it be tryed by such Tryers, and *Seiz defective*

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page33 of 87

# THE

# 𝕾𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊

OF

# PENNSYLVANIA

FROM

# 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY

JAMES T MITCHELL AND HENRY FLANDERS

COMMISSIONERS

---

## VOLUME VI

### 1759 to 1765

---

WM STANLEY RAY

STATE PRINTER OF PENNSYLVANIA

1899

Digitized by Google



THE NEW YORK
PUBLIC LIBRARY
401987
ASTOR, LENOX AND
TILDEN FOUNDATIONS.
1907





Digitized by Google

act; and the said orders so as aforesaid paid shall be sufficient
to discharge the said trustees and provincial treasurer, their
executors and adminstrators respectively, of and from so much
as shall be respectively paid by them and specified in the said
orders.  And the commissioners last mentioned for their trouble
in discharging the duties required of them by this act shall have
and receive one per centum on the whole sum of the orders by
them drawn and no more.

And the said trustees and treasurer shall have and receive
for their trouble respectively in performing the duties enjoined
and required of them by this act, the sum of ten shillings each for
every hundred pounds and no more.

Passed October 22, 1763.  Referred for consideration by the King
in Council, February 10, 1766, and allowed to become a law by lapse
of time in accordance with the proprietary charter.  See Appendix
XXIV, Section VIII, and the note to the Act of Assembly passed
March 5, 1725-26, Chapter 289; and the Acts of Assembly passed
May 30, 1764, Chapter 513; September 22, 1764, Chapter 516.

As to Section V, see the Act of Assembly passed May 20, 1767,
Chapter 559.

---

## CHAPTER DVI.

### AN ACT TO PROHIBIT THE SELLING OF GUNS, GUNPOWDER OR OTHER WARLIKE STORES TO THE INDIANS.

Whereas several tribes of Indians for some time past have
perfidiously made incursions within the frontiers of this pro-
vince and have perpetrated many cruel and barbarous murders
on the inhabitants thereof, and it must be in the present circum-
stance of affairs of dangerous consequence to supply the said
Indians with guns, gunpowder or other warlike stores.

For prevention whereof:

[Section I.]  Be it enacted by the Honorable James Hamilton,
Esquire, Lieutenant-Governor under the Honorable Thomas
Penn and Richard Penn, Esquires, true and absolute Proprie-
taries of the Province of Pennsylvania and counties of New-
castle, Kent and Sussex upon Delaware, by and with the advice



320         *The Statutes at Large of Pennsylvania.*   [1763-64

and consent of the representatives of the freemen of the said Province in General Assembly met, and by the authority of the same, That from and after the passing of this act if any person or persons whatsoever shall directly or indirectly give to, sell, barter or exchange with any Indian or Indians whatsoever any guns, gunpowder, shot, bullets, lead or other warlike stores without license from the commander in chief of the King's forces in those parts or from the governor or commander in chief of this province for the time being first had and obtained, every such person or persons so offending, being thereof legally convicted in any county court of quarter sessions within this province, shall forfeit and pay the sum of five hundred pounds, one moiety thereof to the informer and the other moiety to the governor or commander in chief of this province for the time being, and shall furthermore be whipped with thirty-nine lashes on his bare back, well laid on, and be committed to the common gaol of the county, there to remain twelve months without bail or mainprise.

[Section II.]  And be it further enacted by the authority aforesaid, That this act shall continue in force for the term of twelve months and from thence to the end of the next session of assembly, and no longer.

> Passed October 22, 1763.  Referred for consideration by the King in Council, February 10, 1766, and allowed to become a law by lapse of time in accordance with the proprietary charter.  See Appendix XXIV, Section VIII.  Expired.

## CHAPTER DVII.

### AN ACT FOR REGULATING THE OFFICERS AND SOLDIERS IN THE PAY OF THIS PROVINCE.

Whereas many barbarous hostilities have lately been perfidiously committed by the Indians on the western and northern frontiers of this province and there is great reason to apprehend that a confederacy has been formed among several tribes of the said Indians to continue and extend their incursions, and

Digitized by Google

THE

# Statutes at Large;

BEING

## A COLLECTION

OF ALL THE

# LAWS OF VIRGINIA,

FROM THE

## FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY OF VIRGINIA,
PASSED ON THE FIFTH DAY OF FEBRUARY ONE THOU-
SAND EIGHT HUNDRED AND EIGHT.

## VOLUME I.

### By WILLIAM WALLER HENING.

"The *Laws* of a country are necessarily connected with every thing belonging to the people of it;
so that a thorough knowledge of them, and of their progress, would inform us of every thing that
was most useful to be known about them; and one of the greatest imperfections et historians in
general, is owing to their ignorance of law." *Priestley's Lect. on Hist. Vol. I. po.* 149.

JA276

letter R. and passe vnder the statute of incorrigible rogues, Provided notwithstanding that where any servants shall have just cause of complaint against their masters or mistrises by harsh or vnchristianlike vsage or otherways for want of diet, or convenient necessaryes that then it shall be lawfull for any such servant or servants to repaire to the next comissioner to make his or their complaint, And if the said commissioner shall find by good and sufficient proofes, that the said servant's cause of complaint is just, The said comissioner is hereby required to give order for the warning of any such master or mistris before the comissioners in their seuerall county courts, where the matter in difference shall be decided as they in their discretions shall think fitt, And that care be had that no such servant or servants be misvsed by their masters or mistrises, where they shall find the cause of complaint to be just. Be it further also enacted that if any servant running away as aforesaid shall carrie either peice, powder and shott, And leave either all or any of them with the Indians, And being thereof lawfully convicted shall suffer death as in case of ffelony. ✓

*the cheek with the letter R.*

*Proviso in case of ill usage of master.*

*Felony to carry powder, &c. to the Indians*

## ACT XXIII.

*BE it also enacted and confirmed*, that what person or persons soever shall sell or barter with any Indian or Indians for peece, powder and shott and being thereof lawfully convicted, shall forfeit his whole estate, the one halfe to the informer the other halfe to the vse of the county where such ffact shall be committed, And if any person shall barter or trade with the Indians for any other comodities such person shall suffer imprisonment at the discretion of the Governour and Counsell, And whereas it is informed that divers persons do entertaine Indians to kill deare or other game, And do furnish the said Indians with peeces, powder and shott, by which great abuse, not onely the Indians (to the great indangering of the collony) are instructed in the vse of ovr arms, But have opportunity given them to store themselves as well with arms as powder and shott, Be it therefore enacted, That what person or persons soever within the collony, shall lend any Indian either peece, powder and shott, It shall be lawfull for any person meeting with any such Indian so furnished, to

*Penalty for selling arms and ammunition to the Indians, or dealing with them.*

Case 1:22-cv-00986-GTS-CFH Document 43, Filed 06/13/24, Page 3 of 3

take away either peece, powder or shott, so as such person taking away either peece, powder or shott do carrie the same to the comander of the county, and acquaint him therewith, which said comander is hereby authorized to give possession to the informer either of the peece, powder or shott so brought before him, And the said commander is further required, to make a strict inquiry and examination to find out such person that did lend or give such peece, powder or shott to the Indians, And in case the said commander or other commanders in examination shall find any person by just proofe delinquent in the premises, he or they are to bind over the said party to answer the same, before the Governor and Counsell the ensuing quarter court, And in such case the party delinquent for his just offence shall forfeit two thousand pounds of tobacco, the one halfe whereof shall be and come to the King's majesty, the other halfe to the informer, And it is further enacted that such delinquent for his second offence shall forfeit his whole estate, one halfe to the King, the other halfe to the informer. And this act to be of force after publication hereof in each county.

---

## ACT XXIV.

<div style="float:left">Process against debtors lately arrived from England suspended.</div>

THE Governor and Counsell with the Burgesses of the Grand Assembly haveinge taken into serious consideration the estate of the collony and finding that many people have (through their ingagements in England) forsaken their native countrey and repaired hither with resolution to abide here, hopeing in time to gain some competency of subsistance by their labors, Yet neverth'les their creditors hearing of their aboad here in the collony, have prosecuted them with their actions to the ruine of the said debtors, And having duely weighed the causes and reasons induceing such debtors to leave their countrey and friends, And if such suits and pleas be thus early admitted before the countrey shall come to better maturity, It might hazard the deserting of a great part of the country, Therefore that the generall good be preferred before the particular ends of any person, *The Governor, Counsell and Burgesses do hereby enact and confirm,* that all process & suits of this nature be suspended vntil his majestie shall

THE

# Statutes at Large;

BEING

## A COLLECTION

OF ALL THE

# LAWS OF VIRGINIA,

FROM THE

### FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY
OF VIRGINIA, PASSED ON THE FIFTH DAY OF FEBRUARY,
ONE THOUSAND EIGHT HUNDRED AND EIGHT.

## VOLUME VII.

### By WILLIAM WALLER HENING.

"The *Laws* of a country are necessarily connected with every thing be-
longing to the people of it; so that a thorough knowledge of *them*, and
of their progress would inform us of every thing that was most use-
ful to be known about them; and one of the greatest imperfections
of historians in general, is owing to their ignorance of law."
PRIESTLEY's LECT. ON HIST. Vol. I. pa. 149

### RICHMOND.
PRINTED FOR THE EDITOR.
AT THE FRANKLIN PRESS.—MARKET BRIDGE.
..........
1820.

Digitized by Google

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page42 of 87

paid to the said treasurer hereby appointed, out of all and every the sum and sums of money by him received and accounted for, to the General Assembly, as aforesaid: And that there shall be also allowed to the said treasurer, for auditing and settling the accounts of inspectors of tobacco, during the continuance of the laws in that behalf made, the sum of one hundred and fifty pounds per annum, for his trouble and service therein.

IV. *Provided always,* That the said treasurer before he enters upon his office, shall give such sufficient security as shall be approved of by the governor, or commander in chief of this colony, in the sum of fifty thousand pounds, for the due answering and paying all the money, by him from time to time to be received, as aforesaid. *To give bond and security.*

V. And to the end a treasurer may not be wanting in case of the death, resignation, or disability of the treasurer hereby appointed; *Be it further enacted,* That in either of these cases it shall and may be lawful for the governor, or commander in chief of this colony, with the advice of the council, for the time being, to appoint some other fit and able person to be treasurer of the duties, to hold the said office with all powers, authorities, salaries, and profits, aforesaid, until the end of the next session of Assembly, which treasurer, so appointed, shall, before he enters upon his office, give the like security, as is herein before directed. *Where the treasurer dies.*

## CHAP. IV.

*An Act for disarming Papists, and reputed Papists, refusing to take the oaths to the government.*

I. WHEREAS it is dangerous at this time to permit Papists to be armed, *Be it enacted, by the Lieutenant-Governor, Council, and Burgesses, of this present General Assembly, and it is hereby enacted, by the authority of the same,* That it shall, and may be lawful, *Preamble.*

Digitized by Google

**36**          LAWS OF VIRGINIA,

**Where Papists refuse to take the oaths, when tendered.** for any two or more justices of the peace, who shall know, or suspect any person to be a Papist, or shall be informed that any person is, or is suspected to be a Papist, to tender, and they are hereby authorised and required to tender to such person so known, or suspected to be a Papist, the oaths appointed by act of parliament to be taken instead of the oaths of allegiance and supremacy; and if such person, so required, shall refuse to take the said oaths, and subscribe the test, or shall refuse, or forbear to appear before the said justices for the taking the said oaths, and subscribing the said test, upon notice to him given, or left at his usual place of abode, by any person authorised in that behalf, by warrant under the hands and seals of the said two justices, such person from thenceforth shall be taken to be, and is hereby declared to be liable and subject to all and every the penalties, forfeitures, and disabilities hereafter in this act mentioned.

**Duty of justices.** II. *And be it further enacted,* That the said justices of the peace shall certify the name, sirname, and usual place of abode of every person, who being required, shall refuse, or neglect to take the said oaths, and subscribe the said test, or to appear before them for the taking the said oaths, and subscribing the said test, as also of every person, who shall take the said oaths, and subscribe the said test at the next court to be holden for the county for which they shall be justices of the peace, to be there recorded by the clerk of the said court, and kept among the records of the said court.

**No Papists o keep rms, &c.** III. And for the better securing the lives and properties of his majesty's faithful subjects, *Be it further enacted and declared,* That no Papist, or reputed Papist so refusing, or making default as aforesaid, shall, or may have, or keep in his house or elsewhere, or in the possession of any other person to his use, or at his disposition, any arms, weapons, gunpowder or ammunition, (other than such necessary weapons as shall be allowed to him, by order of the justices of the peace at their court, for the defence of his house or person) and that any two or more justices of the peace, from time to time, by warrant under their hands and seals, may authorise and impower any person or persons in the day-time, with the assistance of the constables where the search shall be (who is hereby required to be aiding and assisting herein) to search for all arms, weapons, gunpowder or ammunition, which shall be

Digitized by Google

in the house, custody, or possession of any such Papist, or reputed Papist, and seize the same for the use of his majesty and his successors; which said justices of the peace shall from time to time, at the next court to be held for the county, where such seizure shall be made, deliver the said arms, weapons, gunpowder and ammunition, in open court, for the use aforesaid.

IV. *And be it further enacted*, That every Papist, or reputed Papist, who shall not, within the space of ten days after such refusal, or making default as aforesaid, discover and deliver, or cause to be delivered to some of his majesty's justices of the peace, all arms, weapons, gunpowder or ammunition, which he shall have in his house or elsewhere, or which shall be in the possession of any person to his use, or at his disposition, or shall hinder or disturb any person or persons, authorised by warrant under the hands and seals of any two justices of the peace to search for, and seize the same; that every such person so offending contrary to the act of Assembly in this behalf made, shall be committed to the goal of the county where he shall commit such offence, by warrant under the hands and seals of any two justices of the peace, there to remain without bail or mainprize for the space of three months, and shall also forfeit and lose the said arms, and pay treble the value of them to the use of his majesty and his successors, to be appraised by the justices of the peace at the next court to be held for the said county. *(margin: Penalties on them.)*

V. *And be it further enacted*, That every person who shall conceal, or be privy, or aiding or assisting to the concealing; or who knowing thereof, shall not discover, or declare to some of his majesty's justices of the peace, the arms, weapons, gunpowder or ammunition of any person so refusing, or making default as aforesaid, or shall hinder or disturb any person or persons authorised as aforesaid in searching for, taking and seizing the same, shall be committed to the goal of the county where he shall commit such offence, by warrant under the hands and seals of any two justices of the peace, there to remain, without bail or mainprize; for the space of three months, and shall also forfeit and pay treble the value of the said arms to his majesty and his successors. *(margin: All persons to discover papists keeping arms, &c.)*

VI. *And be it further enacted*, That if any person or persons shall discover any concealed arms, weapons, *(margin: Their reward for)*

## LAWS OF VIRGINIA,

ammunition or gunpowder belonging to any refusing or making default, as aforesaid, so as the same may be seized as aforesaid, for the use of his majesty and his successors; the justices of the peace upon delivery of the same at the county court, as aforesaid, shall have power, and they are hereby required, as a reward for such a discovery, by order of court, to allow him or them a sum of money amounting to the value of the arms, weapons, ammunition, or gunpowder, so discovered, the said sum to be assessed by the judgment of the said justices, at their said court, and to be levied by distress and sale of the goods of the person offending against this act, rendering the overplus which shall arise by such sale, above the said sum, so allowed, and above the necessary charges of taking such distress, to the owner.

*Where the party desires to conform.* VII. *Provided always,* That if any person who shall have refused or made default, as aforesaid, shall desire to submit and conform, and for that purpose shall present himself before the justices of peace, at the court to be held for the county where his refusal or making default, as aforesaid, shall be certified as aforesaid, and shall there in open court take the said oaths, and subscribe the said test, he shall from thenceforth be discharged of and from all disabilities and forfeitures, which he might or should be liable to for the future, by reason of his refusal or default, as aforesaid.

*No Papist to keep any horse above the value of 5l. to be sold.* VIII. *And be it further enacted,* That no Papist, or reputed Papist, refusing or making default, as aforesaid, at any time after the first day of July, in the year of our Lord, one thousand seven hundred and fifty-six, shall or may, have or keep, in his own possession, or in the possession of any other person to his use, or at his disposition, any horse or horses, which shall be above the value of five pounds, to be sold, and that any two or more justices of the peace, from time to time, by warrant under their hands and seals, may and shall authorize any person, or persons, with the assistance of the constable where the search shall be (who is hereby required to be aiding and assisting herein) to search for, and seize for the use of his majesty and his successors all such horses, which horses are hereby declared to be forfeited to his majesty and his successors.

Digitized by Google

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page46 of 87

**IX.** *And be it further enacted,* That if any person shall conceal, or be aiding or assisting in the concealing any such horse, or horses, belonging to any Papist, or reputed Papist, so refusing or making default, as aforesaid, after the said first day of July, such person shall be committed to prison, by such warrant, as aforesaid, there to remain without bail or mainprize, by the space of three months, and shall also forfeit and pay to his majesty and his successors, treble the value of such horse or horses, which value is to be settled as aforesaid.

*Penalty on persons concealing such horses.*

---

## CHAP. V.

*An Act to enable certain persons to contract for the transportation of the neutral French to Great-Britain.*

**I.** WHEREAS a large number of people called neutral French, have lately been sent into this colony, from Nova Scotia, and it is apprehended their continuance here will greatly endanger the peace and safety of the colony: *Be it therefore enacted, by the Lieutenant-Governor, Council, and Burgesses, of this present General Assembly, and it is hereby enacted, by the authority of the same,* That Peyton Randolph, esquire, Richard Bland, John Chiswell, Benjamin Waller, James Power, Archibald Cary, Robert Carter Nicholas, Dudley Digges, and Bernard Moore, gentlemen, or any five of them, be, and they are hereby impowered and required to contract with any person, or persons, willing to transport the said neutral French to Great-Britain, and to agree on such prices, terms, and conditions, as they, or any five of them, shall judge reasonable for that purpose.

*Neutral French to be transported to Great-Britain.*

**II.** *And be it further enacted, by the authority aforesaid,* That the treasurer of this colony be, and he is hereby impowered and required, by warrant from the governor or commander in chief, to pay and discharge all such sums of money, as the said Peyton Randolph, Richard Bland, John Chiswell, Benjamin Waller,

Digitized by Google

# RECORDS

OF

# MASSACHUSETTS.

## VOL. I.

## 1628—1641.

# RECORDS

OF

## THE GOVERNOR AND COMPANY

OF THE

# MASSACHUSETTS BAY

IN

## NEW ENGLAND.

PRINTED BY ORDER OF THE LEGISLATURE.

EDITED BY

### NATHANIEL B. SHURTLEFF, M.D.,

MEMBER OF THE MASSACHUSETTS HISTORICAL SOCIETY, FELLOW OF THE AMERICAN
ACADEMY OF ARTS AND SCIENCES, AND MEMBER OF THE
AMERICAN ANTIQUARIAN SOCIETY.

## VOL. I.

### 1628—1641.



BOSTON:

FROM THE PRESS OF WILLIAM WHITE,

PRINTER TO THE COMMONWEALTH.

1853.

THE MASSACHUSETTS BAY IN NEW ENGLAND.                211

And the said persons appointed to set out the said plantation are directed **1 6 3 7.** so to set out the same as there may bee 1500 acres of medowe alowed to it, if it bee there to bee had w[th] any conveniency, for the vse of the towne./

20 November.

352–

Those that are to veiwe the newe plantation of Watertowne are desired to veiwe the place w[ch] M[r] Spencer desireth, & if it bee convenient, to certify the Courte./

M[r] ^ Burslin, Goo: Robert Martin, & S[r]gent Anthony Eames were appointed to measure three miles southward from the southermo[st] part of the bay, & to run the east line vnto the sea./

Comittee to measure 3 miles southward, &c̃.

Cap[t] Turner, Goo: Rich[r]d Right, M[r] Conant, & Goo: Woodberry are appointed to certify w[ch] bee the bounds between Salem & Saugust, w[ch] they formerly did agree vpon./

Saugust is called Liñ./

Lynn.

It is ordered, that every man shall, w[th]in three dayes, give notice to the cunstable of the towne of any strayes taken vp, & for every dayes neglect, to forfet three shillings four pence./

353–

Law as to strayes.

Whereas the opinions & revelations of M[r] Wheelright & M[rs] Hutchinson have seduced & led into dangerous errors many of the people heare in Newe England, insomuch as there is iust cause of suspition that they, as others in Germany, in former times, may, vpon some revelation, make some suddaine irruption vpon those that differ from them in iudgment, for p[re]vention whereof it is ordered, that all those whose names are vnderwritten shall (vpon warning given or left at their dwelling houses) before the 30th day of this month of November, deliver in at M[r] Canes house, at Boston, all such guns, pistol[s], swords, powder, shot, & match as they shalbee owners of, or have in their custody, vpon paine of ten pound for ev[ry] default to bee made therof; w[ch] armes are to bee kept by M[r] Cane till this Court shall take further order therein. Also, it is ordered, vpon like penulty of x[l], that no man who is to render his armes by this order shall buy or borrow any guns, swords, pistols, powder, shot, or match, vntill this Court shall take further order therein./

354–

Disarming of y[e] opinionists, &c̃.

*The Names of Boston Men to bee disarmed.                [*208.]

| | | |
|---|---|---|
| Cap[t] John Vnderhill, | John Sanfoard, | John Biggs, |
| M[r] Thomas Oliver, | Rich[r]d Cooke, | Rich[r]d Gridley, |
| William Hutchinson, | Rich[r]d Fairbanke, | Edward Bates, |
| Willi: Aspinwall, | Thom: Marshall, | Willi: Dinely, |
| Samuell Cole, | Oliver Mellows, | Willi: Litherland, |
| Willi: Dyre, | Samuell Wilbore, | Mathewe Jyans, |
| Edw[d] Rainsford, | John Oliver, | Henry Elkins, |
| John Button, | Hugh Gunnison, | Zache: Bosworth, |

212                    THE RECORDS OF THE COLONY OF

**1 6 3 7.**

21 November.

| | | |
|---|---|---|
| Rob't Rice, | Willi: Wilson, | John Compton, |
| Willi: Townsend, | Isaack Grosse, | M' ^ Parker, |
| Rob't Hull, | Rich'd Carder, | Willi: Freeborn, |
| Willi: Pell, | Rob't Hardinge, | Henry Bull, |
| Rich'd Hutchinson, | Rich'd Wayte, | John Walker, |
| James Johnson, | John Porter, | Willi: Salter, |
| Thom: Savage, | Jacob Eliott, | Edw'd Bendall, |
| John Davy, | James Penniman, | Thom: Wheeler, |
| George Burden, | Thom: Wardell, | M' Clarke, |
| John Odlin, | Willi: Wardell, | M' John Coggeshall. |
| Gama: Wayte, | Thom: Matson, | |
| Edw'd Hutchinson, | Willi: Baulston, | 58 |

59 disarmed in Boston.

The like order is taken for other townes, changing the names of those who shall deliver their armes, & keepe them./

Salem men disarmd, 5.

The names of Salem men to bee disarmed : M' ^ Scrugs, M' Alfoot, M' Comins, Goo: Robert Moulton, Goo: King ; to deliv' their arms to Leift Damfort./

Newbery men disarmed, 3.

The names of Neweberry men to bee disarmed are, M' Dumer, M' Eason, M' Spencer ; to bee delivered to the cunstable of the towne./

Roxbury men disarmd, 5.

The names of Roxberry men to bee disarmed are, M' Edward Denison, Rich'd Morris, Rich'd Bulgar, & Willi: Denison, Philip Sherman ; to bee delivered to Goo: Johnson./

Ipswich men disarmd, 2.

The names of Ipswich men to bee disarmed are, M' Foster & Samu: Sherman, w'ch are to deliv' their armes to M' Bartholomewe./

Charls Towne, 2.

The names of Charlstowne men to bee disarmed are, M' George Bunker & James Browne, who are to deliver their armes to Goo: Thomas Line./

2 magis'ts taking mens acknowledg'ts of y'r euill in subscribing.
355—

It was ordered, that if any that are to bee disarmed acknowledg their sinn in subscribing the seditious libell, or do not iustify it, but acknowledg it evill to two magistrates, they shalbee thereby freed from delivering in their armes according to the former order./

2 magis'ts power to dismisse from tray.

Two magistrates have power given them to excuse & exempt wholly from trainings any w'ch they shall thinke meete./

Left Howe to traine y'e company at Lynne, &c.

Any that are excused from trainings are to pay for the vse of the company as two magistrates shall thinke meete./

Leift Howe, being enioyned to traine the company at Linn, is pmited to have the fines, w'th all ould arrerages of fines behind there./

Roxbury enioynd to send M' Hutchinson.

The towne of Roxberry is required to take order for the safe custody of M'' Hutchinson ; & if any charge arise, to bee defrayed by her husband./

[*209.]
356—
Order to pvent contempts of Court.

*This Courte, being sensible of the great disorders growing in this comon welth through the contempts w'ch have of late bene put vpon the civill author-

**JA288**

# STATUTES

OF

# THE REALM.

---

PRINTED BY COMMAND

OF HIS MAJESTY

## KING GEORGE THE THIRD.

IN PURSUANCE OF AN ADDRESS OF

THE HOUSE OF COMMONS

OF GREAT BRITAIN.

---

𝔉rom 𝔒riginal 𝔕ecords and 𝔄uthentic 𝔐anuscripts.

---

## VOLUME THE FIFTH.

MDCCCXIX

14° CAR. II. c. 3.

## CHAPTER III.

*Rot. Parl. 14 C. II. p. 1. nu. 3.*

AN ACT for ordering the Forces in the several Counties of this Kingdom

*Recital that the Government of the Militia, &c. is in the King, and that Parliament cannot pretend to the same.*

FORASMUCH as within all His Majesties Realmes and Dominions the sole and supreme Power Government Command and Disposition of the Militia and of all Forces by Sea and Land and of all Forts and places of Strength is and by the Laws of England ever was the undoubted Right of His Majesty and His Royall Predecessors Kings and Queenes of England and that both or either of the Houses of Parliament cannot nor ought to pretend to the same nor can nor lawfully may raise or levy any War offensive or defensive against His Majesty His Heires or lawfull Successors and yet the contrary thereof hath of late yeares beene practised almost to the ruine and destruction of this Kingdome and during the late usurped Governments many evil and rebellious principles have beene instilled into the minds of the people of this Kingdome which may breake forth unless prevented to the disturbance of the peace and quiet thereof Bee it therefore declared and enacted by the Kings most Excellent Majesty by and with the Advice and Consent of the Lords Spiritual and Temporal and Commons in Parliament

*The King may issue Commissions of Lieutenancy.*

assembled and by the Authority of the same That the Kings most Excellent Majestie His Heires and Successors shall and may from time to time as occasion shall require issue forth severall Commissions of Lieutenancy to such persons as His Majesty His Heires and Successors shall thinke fit to be His Majesties Leiutenants for the severall & respective Counties Cities and places of England & Dominion of Wales and Town of Berwick upon

*Power of Lieutenants to arm Troops;*

Tweed which Leiutenants shall have full power and authority to call togeather all such persons at such times and to arm and array them in such manner as is hereafter expressed and declared and to form them into Companies Troops and Regiments and in case of Insurrection Rebellion or Invasion them to lead conduct and imploy or cause to be [lead '] conducted and imployed as well within the said severall Counties Cities and places for which they shall be commissionated respectively as alsoe into any other the Counties and places aforesaid for suppressing of all such Insurrections and Rebellions and repelling of Invasions as may happen to bee according

*to appoint and give Commissions to Officers;*

as they shall from time to time receive directions from His Majesty His Heires and Successors and that the said respective Leiutenants shall have full power and authority from time to time [to constitute appointe and give Commissions to such persons as they shall thinke fitt to be Colonels Majors Captaines and other Commission

*and to present Names of Deputy Lieutenants. The King may displace such Officers.*

Officers of the said persons so to be armed arrayed and '] weaponed and to present to His Majestie His Heires and Successors the names of such person and persons as they shall thinke fitt to be Deputy Leiutenants and upon His Majesties approbacōn of them shall give them Deputacōns accordingly Alwaies understood that His Majesty His Heires and Successors have power and authority to direct and order otherwise and accordingly att His and theire pleasure may appoint and commissionate or displace such Officers Any thing in this Act to the contrary notwithstanding

*Lieutenants and Deputy Lieutenants may train, &c. Troops.*

And that the said Leiutenants respectively and in theire absence out of the Precincts and Limits of theire respective Leiutenancies or otherwise by theire directions the said Deputy Leiutenant during theire said respective Deputations or any two or more of them shall have power from time to time to train exercise and put in readines and alsoe to lead and conduct the persons so to be armed arrayed and weaponed by the directions and to the intents and purposes as is hereafter expressed and declared

**II.**

*Lieutenants, &c. may charge Persons with Horsemen, Foot Soldiers, &c.*

AND for the providing Horse and Armes and Furniture thereunto belonging for the arming and weaponing the persons aforesaid and alsoe for the defraying and paying the necessary charges thereunto belonging in manner as hereafter followeth Be it further Enacted That the said respective Leiutenants within the severall Counties Cities and places for which they are nominated respectively and theire Deputies or the maior part of such Leiutenants and Deputy Leiutenant then present or in the absence of the Leiutenant or Leiutenants the maior part of the Deputy Leiutenants then present which maior part shall bee three att the least have hereby full Power and Authority to charge any person with Horse Horsman and Armes or with Foot Souldier and Armes in the same County Shire City Burrough or Towne Corporate where his her or theire Estates lie having respect unto and not exceeding

*What Estate shall render Persons liable to be charged.*

the limitations and proportions hereafter mentioned (that is to say) No person shall be charged with finding a Horse Horseman and Armes unless such person or persons have a Revenue of Five hundred pounds by the yeare in possession or have an Estate of Six thousand pounds in goods or money besides the furniture of his or theire houses and so proportionably for a greater Estate in lands in possession or goods as the respective Lieutenants and theire Deputies as aforesaid in theire discretions shall see cause and thinke reasonable And they are not to charge any person with finding a Foot Souldier and Armes that hath not a yearely Revenue of Fifty pounds in possession or a personal Estate of Six hundred pounds in goods or moneys (other then the stocke upon the ground) and after the aforesaid rate proportionably for a greater or lesser Revenue or Estate Nor shall they charge any person with the finding both of Horse and Foot in the same County.

**III.**

*Persons chargeable to find a Horseman, &c. not chargeable for the same Estate for a Foot Soldier.*

PROVIDED That no person chargeable by this Act to finde [a '] Horse and Horseman with Armes or to be contributory towards finding an Horse and Horseman with Armes shall for the same Estate be chargeable towards finding a Foot Souldier with Armes or contributory thereunto And it shall be lawfull to and for the respective Leiutenants and Deputies or any three or more of them as aforesaid to impose the finding and providing of Horse

*Lieutenants, &c. may joyn Persons chargeable.*

Horseman and Armes as aforesaid by joyning two or three or more persons togeather in the charge as to theire judgement shall appeare most conducible to the service of this Kingdome

PROVIDED That no person that hath not One hundred pounds per annū in possession in Lands Tenements or Hereditaments Leasehold or Copihold or Twelve hundred pounds personal Estate shall be compellable to contribute in finding any Horse and Horseman with Armes And the said respective Leiutenants and Deputies or any three or more of them shall have power to heare Complaints and examine Witnesses upon Oath (which Oath they have hereby power to administer) and [to] give redresse according to the merits of the cause in matters relating to the execution of this Act

IV.
Persons not having £100 per Annum real, or £1,800 of personal Estate, not liable to find Horsemen. Leiutenants, &c. may hear Complaints.

BE it further Enacted That the said Leiutenants and Deputies or any three or more of them in theire several Counties and places respectively shall require and direct all persons so charged as aforesaid with Horse Horsemen and Armes to allow Two shillings by the day to the Troopers that serve with theire Horse and Armes for the maintenance of the Man and Horse and Twelve pence a day for the Foot Souldiers (if they serve not in theire owne persons) for so many dayes as they shall be absent from theire Dwellings and Callings by occasion of Muster or Exercise.

V.
Lieutenants, &c. may direct Persons charged to make Allowance to Troopers, &c. on Exercise.

AND for furnishing Ammunition and other Necessaries the said respective Leiutenants and Deputies or any three or more of them shall have power to lay fitting Rates upon the respective Counties and Places not exceeding in the whole in any one yeare the proportion of a fourth part of One Moneths Assessment in each County after the Rate of Seaventy thousand pounds by the Moneth now or late charged by an Act intituled An Act for the raising of Seventy thousand pounds for the further Supply of His Majesty which Moneys are to be assessed collected and paid by such psons and according to such Directions as shall be given from time to time by the said respective Leiutenants & Deputies or any three or more of them under the like penalties and by the like wayes & meanes as are prescribed in the said Act for the Seventy thousand pounds by the Moneth And in case of Invasions Insurrections or Rebellions whereby occasion shall be to draw out such Souldiers into actuall Service the persons so charged as aforesaid shall provide each theire Souldier respectively with pay in hand not exceeding one moneths pay as shall be in that behalfe directed by the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions by theire Deputies or any two or more of them for repayment of which said Moneys and for satisfaccōn of the Officers for theire pay during such time not exceeding one moneth as aforesaid as they shall be with theire Souldiers in such said actuall service It is hereby declared That provision shall be made for the same by His Majesty His Heires and Successors out of His or Theire Publique Treasury or Revenue Nevertheles it is hereby further Provided and Enacted That in case a moneths pay shall be provided and advanced as aforesaid that no person who shall have advanced his proportion thereof shall be charged with any other like moneths payment untill he or they shall have beene reimbursed the said Moneths pay & so from time to time the Moneths pay by him or them last before provided and advanced as aforesaid

VI.
Lieutenants may lay Rates for Ammunition.

12 Car. II. c.29.

How and by whom such Monies assessed and paid.

In case of Invasion, such Persons to provide Soldiers with pay in hand.

Provision for Repayment thereof, &c. Proviso where Month's Pay advanced.

AND be it Enacted that the said Leiutenants and theire Deputies or the Cheife Officers upon the place in the respective Counties and places as aforesaid may charge Carts Waggons Wayns and Horses for the carrying of Powder Match Bullet and other Materials allowing six pence a Mile outward only to every such Cart Wagon and Wayn with five Horses or six Oxen and so proporcōnably And for every Horse imployed out of Wagon or Cart for the uses aforesaid one penny so taken upon the Martching of any Regiment Company or Troope upon occasion of Invasion Insurrection or Rebellion And that the said Leiutenants or Deputies or the Cheife Officers upon the place shall and may imprison Mutineers and such Souldiers as doe not theire Duties as Souldiers at the day of theire Musters and Training and shall and may inflict for punishment for every such Offence any pecuniary Mulct not exceeding five shillings or the penalty of Imprisonment without Bail or Mainprise not exceeding twenty dayes

VII.
Lieutenants may charge Carts, &c. for Carriage of Powder, &c. and make an Allowance;

may imprison Mutineers;

and may fine or imprison Soldiers not doing their Duty.

AND be it further Enacted if any person or persons so to be assessed or charged by the said Leiutenants and Deputies or any three or more of them respectively shall refuse or neglect by a reasonable time to be appointed to provide and furnish such sufficient Horse and Horseman Horses and Horsemen Armes and other Furniture or to pay such sum or sums of Money towards the providing and furnishing as aforesaid That then it shall and may be lawfull to and for the respective Leiutenants & Deputies or any three or more of them for every such Offence from time to time to inflict a penalty upon such persons not exceeding twenty pounds And alsoe by Warrant under theire or any three or more of theire hands and Seales to levy such sūm or sūms of money or the value of such Horse or Horses Armes and Furniture and such penalty inflicted by Distresse and sale of the goods of the person or persons so neglecting or refusing rendring the overplus to the party soe distrained all necessary charge in levying thereof being first deducted And it is declared that the same be imployed to the same uses in default whereof the same was imposed

VIII.
Persons charged by Lieutenants, refusing to provide Horsemen, &c. or to pay, &c.

Lieutenants may inflict a Penalty, and levy such by Distress.

AND be it further Enacted That if any person or persons so to be armed arrayed and weaponed shall detaine or imbezil his Horse Armes or Furniture wherewith he ought to serve or is intrusted that it shall and may be lawfull to and for the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to and for theire Deputies or any two or more of them to imprison such person and persons till he or they have made satisfaction for the Horse Armes or other furniture so by him detained or imbezelled And alsoe that if any person so to be armed horsed or weaponed as aforesaid shall not appeare and serve completly furnished with Horse and Armes and other Furniture wherewith he is intrusted at the beat of Drum sound of Trumpet or other Summons that then and soe often it shall and may be lawfull to and for the said respective Leiutenants and in theire absence as aforesaid or

IX.
Persons armed embezzling, &c. Horse, Arms, &c. Lieutenants may imprison.

Persons not appearing to serve,

---

* interlined on the Roll.

360                                    14° CAR. II. c. 3.                                    A.D.1662.

<div style="float:left; width:20%">
Lieutenants, &c. may imprison, or inflict a Penalty.

Persons assessed not delivering in Horse, &c.

Lieutenant,&c.may inflict a Penalty, to be levied by Distress.
</div>

otherwise by theire directions to and for theire Deputies or any two or more of them if the default be in the person or persons so intrusted to imprison such person or persons for the space of five dayes without Baile or Mainprize or to inflict the penalty if a Horseman not exceeding twenty shillings and if a Foot man not exceeding ten shillings to be paid downe without delay or forbearance And if any person or persons so assessed or charged as aforesaid shall refuse or neglect to send in or deliver his Horse Armes or other Furniture upon such summons or other notice as aforesaid That then and so often it shall and may be lawfull to and for the said respective Leiutenants & theire Deputies or any three or more of them to inflict a penalty not exceeding five pounds to be levied by Distresse and sale of the Goods of such person or persons so refusing as aforesaid rendring the overplus to the party distrained necessary Charges for levying being first deducted

<div style="float:left; width:20%">
X.
Power to Lieutenants, &c. to examine upon Oath.
</div>

AND for the better Discovery of the ability of the persons so to bee assessed and charged and ( ' ) all Misdemeanors tending to the hinderance of the service aforesaid the said respective Leiutenants and theire Deputies or any three or more of them are hereby enabled to examine upon Oath such person or persons as they shall judge necessary or convenient or shall be produced by the party charged or accused other then the persons themselves [ soe ' ] to bee assessed and accused

<div style="float:left; width:20%">
XI.
Lieutenants to appoint Treasurers, Clerks, &c.

who are to account every Six Months,

Accounts to be certified to the Privy Council.
</div>

AND for the better and more speedy execution of the premisses bee it further enacted That the said respective Leiutenants shall bee and are hereby required to appoint one or more Treasurer or Treasurers Clerke or Clerkes for receiving & paying such moneyes as shall be levied by vertue hereof of all which Receipts and Disbursements thereof the said Treasurer Clerke and Clerkes are every six Monethes to give theire Accompts in writing and upon Oath to the said Leiutenants and theire Deputies or any three or more of them which Oath they have hereby power to administer And the said Accompt soe to be taken shall be forthwith certified to the Lords of His Majesties most Honorable Privy Councell and a Duplicate thereof shall be certified to the Justices of [the '] Peace att the next Generall Quarter Sessions

<div style="float:left; width:20%">
XII.
Deputy Lieutenants to obey Lieutenants.
</div>

AND be it further enacted That the Deputy Leiutenants shall observe and obey such Orders and Directions as they shall from time to time receive from the respective Leiutenants for the putting in execution the Powers given by this Act.

<div style="float:left; width:20%">
XIII.
Lieutenants or Deputy Lieutenants may by Warrant employ Persons to search and seize Arms.

Hours at which Search may be made.
If Search resisted, Force may be used.

Proviso for Peers.

Arms seized may be restored.
</div>

AND for the better securing the Peace of the Kingdome be it further enacted and ordained and the respective Leiutenants or any twoe or more of theire Deputies are hereby enabled & authorized from time to time by Warrant under theire Hands and Seales to employ such Person or Persons as they shall thinke fitt (of which a Commissioned Officer and the Constable or his Deputy or the Tythingman or in the absence of the Constable and his Deputy and Tythingman some other Person bearing Office within the Parish where the Search shall be shall be two) to search for and seize all Armes in the custody or possession of any person or persons whom the said Leiutenants or any two or more of theire Deputies shall judge dangerous to the Peace of the Kingdome and to secure such Armes for the service aforesaid and thereof from time to time to give Accounts to the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to theire Deputies or any two or more of them. [Provided that no such Search be made in any house or houses between Sun setting and Sun rising other then in Cities and theire Suburbs and Townes Corporate Market Townes and houses within the bills of Mortality where it shall and may be lawfull to search in the night time by Warrant as aforesaid if the Warrant shall so direct and in case of resistance to enter by force And that no dwelling house of any Peere of this Realme be searched by vertue of this Act but by immediate Warrant from His Majesty under His Sign Manual or in the presence of the Leiutenant or one of the Deputy Leiutenants of the same County or Riding And that in all places and houses whatsoever where search is to be made as aforesaid it shall and may be hawfull in case of resistance to enter by force And that the Armes so seised may bee restored to the Owners againe if the said Leiutenants or in theire absence as aforesaid theire Deputies or any two or more of them shall so thinke fitt. ' ]

<div style="float:left; width:20%">
XIV.
Constables, &c. to be aiding Lieutenants, &c. in execution of Act.
Persons who have executed Commissions of Lieutenancy indemnified.
</div>

AND be it Enacted that all high Constables petty Constables and other Officers and Ministers within the said Counties Cities Parishes and places aforesaid be and are hereby required to be aiding and assisting to the said respective Leiutenants and theire Deputies or any of them in execution of the premisses. And that all and every person and persons who shall act or do any thing in execution thereof shall be hereby saved harmeles and indemnified And alsoe that all and every person and persons who have heretofore acted or done any thing in execution of any Commission or Commissions of Leiutenancy issued by the Kings Majesty that now is or by colour of them or any of them [or touching or concerning the same or any of them '] or relating thereunto since the seaventh day of May One thousand six hundred sixty and one until the twentieth day of May One thousand six hundred sixty and two shall be and are hereby saved harmeles and indemnified in that behalfe

<div style="float:left; width:20%">
XV.
Lieutenants to send Notice of Charge to Persons charged in Counties, &c. where they do not reside, or their Tenants, &c.
</div>

AND be it further enacted and ordained That where any person or persons shall be charged by vertue of this Act [to find '] a Horse & Horseman Horses and Horsemen and Armes or Foot souldier and Armes in such County City or place where he or they do not reside or inhabit That then and in such cases the respective Leiotenants and Deputies or any three or more of them shall send Notice of every such charge if such person have any land in his owne occupacion to such person as he doth imploy as his servant in managing the same And in case all his Lands or other Estate be demised and to farme let then to one or two of the most sufficient Tenant or Tenants who shall have the same in theire occupation who are hereby required forthwith with all

---

' of *O*.          ' interlined on the Roll.          ' *O*. omits.          ' annexed to the Original Act in a separate Schedule.

convenient speed to convey the same to theire Master or Landlord respectively And within such time as shall bee appointed in that behalfe bring an Accompt of theire Master or Landlords answer to the respective Leiutenants and Deputies or any three or more of them and upon neglect or refusall of the Landlord to provide such Horse and Horseman Horses & Horsemen and Armes or Foot Souldier and Armes as is duly charged upon him [according to the Rates mentioned in this Act for the yearely Rent reserved upon every demise or other grant and not otherwise ¹] within the time limited for that purpose that then the said Tenant or Tenants shall provide and do as the Landlord in that behalfe ought to have done And if the said Tenant or Tenants shall refuse or neglect to provide such Horse and Horseman Horses and Horsemen and Armes or Foot Souldier and Armes as are charged upon his or theire Landlords within the time limitted that then and upon every such default it shall and may be lawfull to und for the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to and for theire Deputies or any two or more of them by Warrant under theire hands and Seales to levy all such penalties as are appointed by this Act by distresse and sale of the offenders goods rendring the overplus to the party distrained

*Tenants or Servants receiving such Notice to convey the same to Landlord, &c. and bring answer to Lieutenants; if Landlords neglect to provide, Tenants to do so; if Tenants refuse, Lieutenants, &c. may levy Penalties.*

AND it is hereby ordained and enacted that it shall and may be lawfull to and for the said Tenant or Tenants to defalke out of such Rent as shall be next due to his or theire Landlord all such Money as the said Tenant or Tenants shall necessarily lay out or expend in providing such Horse and Horseman Horses and Horsemen and Armes or Foot Souldier and Armes as are charged upon his or theire Landlord or shall pay or be leavyed upon him or them by distresse for any default in manner as aforesaid Any condition reservation Covenant or Contract for the payment of his or theire Rent to the contrary in any wise notwithstanding And for soe doeing the said Tenant or Tenants shall be indempnified by Authority of this Act unlesse the Landlord or Landlords shall make it appeare within two Monethes after such levying such penalties before the respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions before theire Deputies or any two or more of them that the default and penalty was occasioned by the wilfull neglect of the said Tenant or Tenants.

*XVI. Tenants may deduct Rate paid by them and charged on Landlord out of Rent.*

*Tenants indemnified.*

PROVIDED also that no person being a Peer of this Realme shall be capable of acting or serving as Leiutenant or Deputy Leiutenant by vertue of this Act unlesse he or they shall first before six [ of the ¹] Lords of His Majesties Privy Council for the time being or such other persons as shall be authorized by His Majesty to administer the same take the Oaths of Allegiance and Supremacy and alsoe this Oath following I. A. B doe declare and beleive that it is not lawfull upon any pretence whatsoever to take Armes against the King And that I doe abhor that traiterous Position that Armes may be taken by His Authority against His Person or against those that are Commissioned by Him in pursuance of such military Commissions So helpe me God Which Oathes they have hereby power to administer

*XVII. Peers not to act as Lieutenants or Deputy Lieutenants without taking Oaths, &c. which Six Lords of the Council may administer.*

AND that no person being under under the degree of a Peer of this Realm shall be capable of acting as Leiutenant Deputy Leiutenant Officer or Souldier by vertue of this Act unlesse he or they shall first take the Oathes of Allegiance and Supremacy and this Oath following I A. B. doe declare and beleive that it is not lawfull upon any pretence whatsoever to take Armes against the King And that I doe abhor that traiterous Position that Armes may be taken by His Authority against His Person or against those that are commissioned by Him in pursuance of such military Commissions. So helpe me God. Which Oathes any one Justice of Peace of the respective Counties and places aforesaid is enabled to administer to such respective Leiutenant as is not a Peer of this Realm and the said Leiutenant or any one Justice of Peace of the respective Counties and places aforesaid is enabled to administer to the respective Deputy Leiutenants not being Peers and the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions when they are not absent theire Deputies or any two of them shall and are hereby enabled to administer the said Oaths to the said Officers and Souldiers.

*XVIII. The like Provision as to Persons under Degree of a Peer.*

*Justice of Peace may administer such Oaths; and Lieutenants, &c. to Officers and Soldiers.*

AND to the end there may be some convenient time to put in Execution the Powers of this Act and preparing an Establishment according to the same be it hereby enacted That the Trained Bands and Forces now actually raised and in being shall so continue in each respective City and County of England and Wales untill the five and twentieth [ day ¹] of March One thousand six hundred sixty and three and no longer unlesse an Establishment according to this Act be no sooner had Any thing in this present Act to the contrary in any wise notwithstanding.

*XIX. Trained Bands, &c. now raised to continue till 25th March 1663.*

AND it is hereby declared and enacted That the ordinary times for training exercising and mustering the Forces to. be raised by vertue of this Act shall be these following (that is to say) the General Muster and Exercise of Regiments not above once a Yeare the training and exercising of single Companies not above foure times a Yeare unlesse speciall Directions be given by His Majestie or His Privy Council And that such single Companies and Troopes shall not att any one time be continued in Exercise above the space of two dayes And that att a Generall Muster and Exercise of Regiments no Officer or Souldier shall be constrained to stay for above foure dayes togeather from theire respective habitacõns And that att every such Muster and Exercise every Musqueteer shall bring with him halfe a pound of Powder [ at the charge of such person or persons as provide the said Foote Souldier and Armes and every Horseman is to bring with him a quarter of a pound of Powder att the charge of such person or persons as provide the said Horse Horseman and Armes ¹] And the Armes offensive and defensive with the Furniture for Horse are to be as followeth The defensive Arms a Back Breast and Pott and the Breast and Pott to be Pistoll prooffe The offensive Armes a Sword and a Case of Pistolls the Barrells whereof are not

*XX. Times for Training, Exercise, &c.*

*Single Companies how long to be continued in Exercise.*

*Ammunition to be brought to Muster.*

*Arms offensive and defensive described.*

---

¹ annexed to the Original Act in a separate Schedule.      ⁴ interlined on the Roll.      ⁵ *O.* omits.

to be under fourteen Inches in length The furniture for the Horse to be a great Sadle or Padd with Burrs and Strapps to affix the Houlaters unto a Bitt and Bridle with a Pectorell & Crupper For the Foot a Musqueteer is to have a Musquett the Barrell whereof is not to be under three Foot in length and the Gage of the Bore to be for twelve Bulletts to the pound A Coller of Bandeleers with a Sword Provided that all Muster Masters shall for the psent admitt and allow of any Musquetts already made which will beare a Bullett of fourteen to the pound But no Musquetts which henceforth shall be made are to be allowed of but such as are of the gage for twelve Bulletts to the pound A Pike man is to be armed with a Pike made of Ash not under sixteene foote in length (the Head and Foote included) with a Back Breast Head peice and Sword Provided that all Muster Masters shall for the present admitt and allow of any Pikes already made that are not under fifteen foot in length but no Pikes which shall be hereafter made are to be allowed of that are under sixteene foot in length

XXI.
Proviso respecting
Militia of the
Island of Purbeck.

PROVIDED also and be it enacted by the Authority aforesaid That the Militia of that Island of Purbeck shall remaine separate from the County of Dorsett as heretofore hath beene used And that His Majesties Leiutenant of the said Island and his Deputies or any three or more of them for the time being shall have power for the levying arraying mustering and conducting of such number of Foot for the defence of the said Island in such manner and by such wayes and meanes as heretofore hath beene used And alsoe to use and execute within the said Island all and every the Powers which by the true Intent of this Act any of His Majesties Leiutenants or his or theire Deputies or any of them might in any respective County use or execute

XXII.
In case of apparent
Danger, the King
may raise the Sum
of £70,000 in one
Year, and so for
Three Years, to
be levied by
Lieutenants, &c.

13 Car. II. Stat. 2.
c. 3.

PROVIDED neverthelesse and be it Enacted by the Authority aforesaid That in case of apparent danger to the present Government it shall [and may be lawfull for His Majesty att any time or times that the same shall soe happen during the space of three yeares from the five and twentieth day of June in the Yeare One thousand six hundred sixty and twoe to raise such sum or sums of money for the defraying of the whole or such part of the Militia aforesaid as His Majesty shall find himselfe obliged to imploy in order to the quiet and security of this Nation the said sum not exceeding Seventy thousand pounds in one whole yeare And the same to be raised by His Majesties Leiutenants or in theire absence as aforesaid by theire Deputies in theire respective Counties according to the rules & directions in an Act in this Parliament for the raising of Eighteen moneths Assessment after the rate of Seaventy thousand pounds per mensem as alsoe to continue the space of three yeares from the aforesaid five and twentieth day of June and no longer Any thing in this Act or any other to the contrary notwithstanding

XXIII.
Constables, &c.
to be reimbursed
Monies paid by
them for Arms, &c.
by Persons refusing
to pay Rate.
Persons refusing
to reimburse
Constables, &c.
Distress.

BE it alsoe enacted That all Constables Tithingmen or other Officer or Officers who since the Foure and twentieth of June One thousand six hundred and sixty have paid or disbursed or before the settlement of the Militia to be established by vertue of this Act shall pay or disburse any moneys for buying of Armee or defraying of Charges of Souldiers sett or to be sett upon theire respective Parishes shall be reimbursed the same by those who have refused to pay theire proportions thereof And in case hee or they shall refuse to pay the same then to be levyed by distresse and sale of Goods rendring the Overplus to the Owner or Owners by Warrant under the Hand and Seale of the Leiutenant or Leiutenants or in his or theire absence or otherwise by theire direction when they are not absent of any two of theire Deputies directed to the respective Constables Tything men or other Officer or Officers aforesaid of theire respective Parishes

XXIV.
Persons charged
not compellable
to serve personally,
but may find a
Substitute.

Substitute required
to serve.

Persons serving to
give in at the next
Muster their Names
and Places of
Abode.

Persons listed
deserting;
being exchanged;
quitting Service
without Leave.

Penalty £20.

Distress or
Imprisonment.

PROVIDED alwaies and it is hereby further enacted and declared That no person charged with the finding of Horse or Foote or with contributing thereunto as aforesaid shall be compellable to serve in his or theire proper person but may according to such proportion as they are or shall respectively be charged by this Act find one or more fitt or sufficient man or men qualified according to this Act to be approved by his or theire Captain respectively subject neverthelesse to be altered upon appeal to the Leiutenant or in his absence as aforesaid to his Deputy Leiutenantt or any two of them as there shall be cause And that every such person or persons so found and provided shall and hereby are required to serve as Souldier and Souldiers in such manner and under such penalties as are before appointed in this Act And that every person or persons who shall serve in his or theire owne persons (who are alsoe to be approved of as aforesaid) or such person or persons as shall be accepted in his or theire stead shall att the next Muster of such Troope or Company in which he or they are to serve give in his or theire Christian and Sirnames and places of abode unto such person as the Leiutenant or in his absence as aforesaid or by his direction when he is not absent any two Deputy Leiutenants shall appoint to the end the same may be listed And that from thenceforth such person so listed shall not be exchanged or desert the said service or be discharged thereof but by the leave and order of the Leiutenant or two Deputy Leiutenants or his Captaine upon reasonable cause (subject neverthelesse upon appeale to be determined as aforesaid) first obtained in writing under his or theire hands and seales under pain that such person departing from the said service without leave as aforesaid shall forfeit the sum of Twenty pounds to be levyed upon his Goods and Chattells in such manner as is by this Act appointed for the levying of other penalties And for [non '] payment or want of distresse then every such person to be comitted to the Comon Goal of the County for any time not exceeding three monthes without bail or mainprize Any thing in this Act to the contrary (') notwithstanding

XXV.
Proviso for Tinners
of Devon and
Cornwall.

PROVIDED alwaies and be it Enacted That nothing in this Act contained shall extend to put any new charge of Armes upon the Tinners in the Counties of Devon and Cornwall other then the Tax menco̅ned in the former Proviso But that the Lord Warden of the Stanaries for the time being in pursuance of His Majesties Commission in that behalfe and such as he shall commissionate and authorize under him according to the Rules and

' none O.                                                    ' in any wise O.

Directions before menĉôned in this Aĉt shall and may have and use [the like Powers and array assess arm muster and exercise the said Tinners within the said Counties and either of them as hath been heretofore used and according to the ancient Priviledges and Customes of the said Stanaries observing the Rules and Proportions appointed by this Aĉt '] Any thing in this Aĉt to the contrary notwithstanding

Provided alwaies and be it enaĉted by the Authority aforesaid That His Majesties Leiutenants that are or shall be commissionated for the Militia of the City of London may and shall continue to list and levy the Trained Bands & Auxiliaries of the said City as to number and quality of the persons in such manner as was used in forming the p̂sent Forces now raised by His Majesties Commission And in regard of the extraordinary duties which the Forces of the said City that now are and formerly were raised in order to His Majesties happy Restauration [haveing '] of late and may againe be put to for the safety of His Majesties Person and for suppressing or preventing of Insurreĉtions that it shall and may be lawfull for his Majesties Leiutenantĉ of the said City by Warrant from His Majestie to impose and levy yearely in the same so much money as they shall find needfull for defraying the Arreares of those first raised for His Majesties happy Restauration and the Arreares and necessary charge of those that now are and shall be raised with the Ammunition and other incident expences of theire Militia in such manner as the p̂sent Assessment is now levied and not exceeding in any one yeare the proportion of One moneths Tax which the said City now payes towards the Tax of Seaventy thousand pounds by the Moneth and shall be accomptable for the same as by this Aĉt is ordained Any thing in this Aĉt to the contrary of this Proviso in any wise notwithstanding

XXVI.
Power to Lieutenants to list and levy the Trained Bands for London;

and to impose Rate for Pay, &c.

Provided alwaies That no Officer or Souldier of the Militia or Trained Bands belonging to any City Borough or Towne Corporate being a County of it selfe or to any other Corporation or Port Town who have used and accustomed to bee mustered only within theire owne p̂cinĉtĉ shall be compellable to appeare [out'] of the Precinĉtĉ or Liberties of the same City Borough Towne Corporate or Port Towne att any Muster or Exercise only and every of the said Cities Boroughs Towns Corporate and Port Towns are hereby chargeable to find theire usuall number of Souldiers unlesse the respeĉtive Leiutenants find cause to lessen the same Any thing in this Aĉt to the contrary notwithstanding

XXVII.
Officers or Souldiers of Trained Bands not compellable to appear at Muster, &c. out of their City or Town.

Provided That this Aĉt or any thinge herein contained shall not extend to avoid any Covenant or Agreement which hath beene or shall be made betweene any Landlord and Tenant concerning the finding Horses or Armes or the bearing or paying of any [Taxes Rates or other charges by any Tenant either by generall or speciall Covenants but that the said Taxes Rates or other Charges shall be borne and paid by all respeĉtive Tenants according to the said Covenantĉ and Agreementĉ Any thing in this Aĉt to the contrary thereof in any wise notwithstanding ']

XXVIII.
Proviso for Agreements between Landlords and Tenants concerning Rates, &c.

Provided That this Aĉt or any thing therein contained shall not extend to make any alteration in the Isle of Wight as to the Militia in that place either to raise Horse or Foote within the said Isleland in any other manner then hath beene formerly and is now used & praĉtised there

XXIX.
Proviso for Militia of Isle of Wight.

Provided alsoe and be it enaĉted That whereas the Militia of the Tower Division in the County of Middlesex comonly knowne by the name of the Tower Hamletts are and alwaies have beene under the cômand of His Majesties Constable or Leiutenant of the Tower for the Service and Preservation of that His Royall Fort that it shall and may be lawfull for His Majesties Constable or Leiutenant of the Tower for the time being to continue to levy the Trained Bands of the said Division or Hamlets of the Tower in such manner and form as to the number and quality of persons as was observed in forming the present Forces thereof Any thing in this Aĉt to the contrary notwithstanding

XXX.
Proviso for Tower Hamlets.

Provided that neither this Aĉt nor any matter or thing therein contained shall be deemed construed or taken to extend to the giveing or declareing of any power for the transporting of any the Subjeĉts of this Realme or any way compelling them to march out of this Kingdome otherwise then by the Lawes of England ought to be done

XXXI.
Proviso as to marching the Subjeĉt out of the Kingdom.

Provided alwaies and be it enaĉted by the Authority aforesaid That no Peer of this Realme shall be charged with Horse Horsemen and Armes or Foote Souldiers and Armes otherwise or in any other manner then is herein after expressed (that is to say) that His Majestie His Heires and Successors shall and may from time to time issue out Commissions under the Great Seale of England to so many Peeres (not fewer then twelve) as His Majestie His Heires and Successors shall thinke fitt who or any five or more [of '] them shall have power from time to time to assess all and every or any the Peers of this Realme according to the limitations and proportions in this Aĉt appointed for the finding of Horse Horsemen and Armes or Foot Souldiers and Armes and for other the purposes in this Aĉt menĉôned (except the Monthly Taxes which are to be leavied as is before p̂scribed in this Aĉt) and shall have power to put in execuĉôn all and every the Powers and Authorities of this Aĉt as well for laying Assessments as imposing of Penalties (Imprisonment of the person of any Peere of this Realm only excepted) which Assessment or Charge so made togeather with such penalties as shall be soe imposed (Imprisonment as aforesaid only excepted) shall be from time to time respeĉtively certified to the respeĉtive Leiutenants of each County to the intent ĉhat the said Charge may be borne and the penalties (not before excepted) levied according

XXXII.
In what manner Peers are to be charged.

Monthly Taxes excepted.

Imprisonment of Peers excepted.

---

' annexed to the Original Aĉt in a separate Schedule.          * have *O.*          ° interlined on the Roll.

364                    14° Car. II. c. 3, 4.                    A.D.1662.

**Peers making Default;**

to the intent of this Act And that in case there shall be any default in performance of any thing to be done or paid by any Peer by vertue of this Act that then it shall be lawfull for the respective Leiutenants & Deputy Leiutenants or any three of them to cause Distresses to be taken for the same in any of the lands of such Defaulter within theire said Counties or Limits respectively And in case satisfaction shall not be given within the space of one weeke after such Distresse taken then such Distresses to be sold for the performance of the said Service and the charge incident thereunto and the Overplus (if any be) to be restored to the Owner And if a Tenant of any Peere of this Realme shall be distrained for such default as aforesaid the Tenant soe distrained is hereby enabled to deduct the sum levied out of his next Rent.

**Distress and Proceeding thereon.**

---

## CHAPTER IV.

*Rot. Parl. 14 C. II. p. 1. m. 4.*

An Act for the Uniformity of Publique Prayers and Administracon of Sacraments & other Rites & Ceremonies and for establishing the Form of making ordaining and consecrating Bishops Preists and Deacons in the Church of England.

**Recital that in the First Year of Queen Eliz. there was one uniform Order of Church Service compiled; and enjoined to be used by 1 Eliz. c. 2.**

WHEREAS in the first yeare of the late Queene Elizabeth there was one uniforme Order of Comon Service and Prayer and of the Administration of Sacraments Rites and Ceremonies in the Church of England (agreeable to the Word of God and usage of the Primitive Church) compiled by the Reverend Bishopps and Clergy set forth in one Booke entituled The Booke of Comon Prayer and Administration of Sacraments and other Rites and Ceremonies in the Church of England and enjoyned to be used by Act of Parliament holden in the said First yeare of the said late Queene entituled An Act for the Uniformity of Comon Prayer and Service in the Church and Administration of the Sacraments very comfortable to all good people desirous to live in Christian conversation and most profitable to the Estate of this Realme upon the which the Mercy Favour and Blessing of Almighty God is in no wise so readily and plentifully poured as by Comon Prayers due useing of the Sacraments and often preaching of the Gospell with Devotion of the Hearers And yet this notwithstanding a great number of people in divers parts of this Realm following theire owne sensualitie and liveing without knowledge and due feare of God do willfully and schismatically abstaine and refuse to come to theire Parish Churches and other Publique places where Comon Prayer Administracon of the Sacraments and preaching of the Word of God is used upon the Sundayes and other dayes ordained & appointed to be kept and observed as Holy dayes And whereas by the great and scandalous neglect of Ministers in using the said Order or Liturgy so set forth and enjoyned as aforesaid great mischeifs & inconveniencies during the times of the late unhappy troubles have arisen and grown and many people have beene led into Factions and Schismes to the great decay and scandall of the Reformed Religion of the Church of England and to the hazard of many souls [ For prevention whereof in time to come for setling the Peace of the Church and for allaying the present distempers which the indisposicon of the time hath contracted The Kings Majestie according to His Declaration of the Five and twentieth of October One thousand six hundred and sixty granted His Comission under the great Seale of England to severall Bishops and other Divines to [re']view the Booke of Comon Prayer and to prepare such Alterations and Additions as they thought fitt to offer And afterwards the Convocations of both the Provinces of Canterbury and Yorke being by His Majesty called and assembled and now sitting His Majestie hath beene pleased to authorize and require the Presidents of the said Convocations and other the Bishopps and Clergy of the same to reveiw the said Booke of Comon Prayer and the Booke of the Forme and manner of the making and consecrating of Bishops Preists and Deacons And that after mature consideracon they should make such Additions and Alterations in the said Bookes respectively as to them should seeme meet and convenient and should exhibit and present the same to His Majesty in writing for his further allowance or confirmation since which time upon full and mature deliberation they the said President' Bishops and Clergy of both Provinces have accordingly reviewed the said Bookes and have made some Alterations which they thinke fitt to be inserted to the same and some additionall Prayers to the said Booke of Comon Prayer to be used upon proper and emergent occasions And have exhibited and presented the same unto His Majestie in writing in one Booke entituled The Booke of Comon Prayer and Administration of the Sacraments and other Rites and Ceremonies of the Church according to the use of the Church of England togeather with the Psalter or Psalmes of David pointed as they are to be sung or said in Churches and [the'] forme and manner of making ordaining and consecrating of Bishopps Preists and Deacons All which His Majesty haveing duly considered hath fully approved and allowed the same and recomended to this psent Parliament that the said Bookes of Comon Prayer and of the forme of Ordination and Consecration of Bishops Preists and Deacons with the Alterations and Additions which have beene soe made and psented to his Majesty by the said Convocations be the Booke which shall be appointed to be used by all that officiate in all Cathedrall and Collegiate Churches and Chappells and in all Chappells of Colledges and Halls in both the Universities and the Colledges of Eaton and Winchester and in all Parish Churches and Chappells within the Kingdome of England Dominion of Wales and Towne of Berwick upon Tweed and by all that make or consecrate Bishops Preists or Deacons in any of the said places under such Sanctions and Penalties as the Houses of Parliament shall thinke fitt.'] Now in regard that nothing conduceth more to the setling of the Peace of this Nation (which is desired of all good men) nor to the honour of our Religion and the propagation thereof then an universall agreement in the Publique Worshipp of Almighty God and to the intent that every person within this Realme may certainely

**that many Persons nevertheless refuse to come to their Parish Church;**

**that by the Neglect of Ministers many Persons have been led into Schism;**

**that His Majesty, according to His Declaration of 25th Oct. 1660, had granted a Commission to review the Book of Common Prayer, and that the Convocations were assembled for that Purpose;**

**that they had presented to His Majesty a Book of Common Prayer, which he had allowed and recommended to Parliament that the same should be used in all Churches, &c.;**

**that an universal Agreement in public Worship conduceth to settling the Peace of the Nation;**

---

¹ interlined on the Roll.          ² annexed to the Original Act in a separate Schedule.

**JA296**

Case 1:22-cv-00986-GTS-CFH Document 49-7 Filed 10/13/22 Page 1 of 6
Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page59 of 87

*In the Sixteenth Year of the Reign of* GEORGE *the Third,* KING, *&c.* 1776.

## Numbering Inhabitants.

31

and he hereby is appointed a Committee to take and return an Account of the Number of the like Inhabitants of the County of *Hampshire.* And that Mr. *Simon Fry,* Major *Ichabod Goodwin,* and *William Bradbury,* be and hereby are appointed a Committee to take and return an Account of the Number of the like Inhabitants in the County of *York.* And that Messieurs *David Barker, George Freeman, John Nash, Isaac Parsons,* and *Phinehas Frost,* be, and hereby are appointed a Committee to take and return an Account of the Number of the like Inhabitants in the County of *Cumberland.* And that *Ezekiel Pettis,* Esq; Col. *William Jones,* Mr. *James Minot,* Col. *Jonathan Buck,* and Col. *Alexander Campbell,* be, and hereby are appointed a Committee to take and return an Account of the Number of the like Inhabitants in the County of *Lincoln:* And the Members of each of the said Committees, shall and hereby are impowered to act severally in the said Business, and each one of them shall take and return the Number of all such Inhabitants as dwell on such particular and several Districts, or Divisions of Land in the said Counties of *Berkshire, Hampshire, York, Cumberland,* and *Lincoln,* as shall be agreed on and determined by the said Committees respectively.

*And be it Enacted,* That the Parent, Master or Mistress of any Family, the Number whereof is by this Act to be taken by such Committee, who shall refuse to give a just and true Account of the Number of his or her Family, shall forfeit and pay the like Sum, to the like Use, and be recovered in the like Manner, as before in this Act is provided, to be forfeited by, and recovered of the Heads of Families dwelling in Towns who shall refuse to give a true Account of the Number of his or her Family, to the Selectmen of the Town to which they belong.

*And be it further Enacted,* That each and every one of the Selectmen, and the Committees aforesaid, shall, before they enter upon the Service aforesaid, take the Oath or Affirmation herein after prescribed, before some one of the Justices of the Peace for the County, or the Town Clerk of the Town to which such Selectmen or Committee shall respectively belong, who are hereby respectively impowered to administer the same.

*And be it further enacted,* That the Oath or Affirmation to be administered to each of the said Selectmen and Committees, shall be *mutatis mutandis,* in the Form following, *viz.*

*YOU* A. B. *do solemnly Swear, that you will faithfully and truly execute and perform the Duty and Service required of you, by one Act or Law of this Colony, intitled,* An Act for the carrying into Execution a Resolve of the *American* Congress, for ascertaining the Number of Inhabitants in this Colony. *So help you* GOD.

*Penalty for heads of Families refusing to give a just account of the Number of the Number in their Families.*

*Selectmen to be under Oath.*

*Form of the Oath.*

## CHAP. VII.

An Act for the executing in the Colony of the *Massachusetts-Bay,* in *New-England,* one Resolve of the *American* Congress, dated *March* 14, 1776, recommending the disarming such Persons as are notoriously disaffected to the Cause of *America,* or who refuse to associate to defend by Arms the *United American Colonies,* against the hostile Attempts of the *British* Fleets and Armies, and for the restraining and punishing Persons who are inimical to the Rights and Liberties of the said *United Colonies,* and for directing the Proceedings therein.

WHEREAS *on the fourteenth of* March *One Thousand seven Hundred and Seventy-six, a certain Resolve was made and passed by the* American Congress,

*Preamble.*

Digitized from Best Copy Available

JA297

Case 1:22-cv-09986-GTS-CFH Document 49-7 Filed 10/13/22 Page 2 of 6
Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page60 of 87

*Congress, of the following Tenor, viz.* " *Resolved,* That it be recommended to
" the several Assemblies, Conventions and Councils, or Committees of Safety
" of the United Colonies, immediately to cause all Persons to be disarmed
" within their respective Colonies, who are notoriously disaffected to the Cause
" of *America,* or who have not associated and refuse to associate to defend by
" Arms these United Colonies, against the hostile Attempts of the *British* Fleets
" and Armies ; and to apply the Arms taken from such Persons in each re-
" spective Colony, in the first Place, to the arming of the Continental Troops
" raised in said Colony ; in the next, to the arming such Troops as are raised
" by the Colony for it's own Defence, and the Residue to be applied to the
" arming the Associators ; that their Arms when taken, be appraised by indiffe-
" rent Persons, and such as are applied to the arming Continental Troops, be
" paid for by Congress ; and the Residue by the respective Assemblies, Con-
" ventions or Councils, or Committees of Safety" :

All Persons who refuse the 'est to be disarmed.

Be it therefore *enacted by the Council, and House of Representatives in Ge-*
*neral Court assembled, and by the Authority of the same,* That every Male Per-
son above sixteen Years of Age, resident in any Town or Place in this Colony,
who shall neglect or refuse to subscribe a printed or written Declaration of the
Form and Tenor herein after prescribed, upon being required thereto by the
Committee of Correspondence, Inspection and Safety for the Town or Place
in which he dwells, or any one of them, shall be disarmed, and have taken from
him in Manner hereafter directed, all such Arms, Ammunition and Warlike
Implements, as by the strictest Search can be found in his Possession or belonging
to him ; which Declaration shall be in the Form and Words follow-
ing, viz.

The Form of the Test.

*We the Subscribers do each of us severally for ourselves, profess, testify and*
*declare, before God and the World, that we verily believe that the War, Resist-*
*ance and Opposition in which the United American Colonies are now engaged*
*against the Fleets and Armies of Great-Britain, is on the Part of the said Colo-*
*nies just and necessary : And we do hereby severally promise, covenant and en-*
*gage to and with every Person of this Colony, who has or shall subscribe this*
*Declaration, or another of the same Tenor and Words, that we will not during*
*the said War, directly or indirectly, in any Ways aid, abet or assist any of the*
*Naval or Land Forces of the King of Great-Britain, or any employed by him, or*
*supply them with any Kind of Provisions, Military or Naval Stores, or hold any*
*Correspondence with, or communicate any Intelligence to any of the Officers,*
*Soldiers or Mariners belonging to the said Army or Navy, or inlist, or procure any*
*others to inlist into the Land or Sea Service of Great-Britain, or take up*
*or bear Arms against this or either of the United Colonies, or undertake to pilot*
*any of the Vessels belonging to the said Navy, or in any other Way aid or assist*
*them ; but on the contrary, according to our best Power and Abilities, will de-*
*fend by Arms the United American Colonies, and every Part thereof, against*
*every hostile Attempt of the Fleets and Armies in the Service of Great-Britain,*
*or any of them, according to the Requirements and Directions of the Laws of this*
*Colony that now are or may hereafter be provided for the Regulation of the Militia*
*thereof.*

Mode of pro-
ceeding a-
gainst Delin-
quents.

*And be it further* enacted *by the Authority aforesaid,* That the Committee of
Correspondence, Inspection and Safety in each and ever, Town and Place in
this Colony, or some one Member of such Committee, shall without Delay
tender the said Declaration to every Male Person in their respective Town and
Place above the Age of sixteen Years, requiring them severally to subscribe the
same with his Name or Sign in his or their Presence ; and if any one shall re-
fuse or neglect so to do for the Space of twenty-four Hours after such Tender
is made, the said Committee, or some one of them, shall forthwith give Infor-
mation of such Refusal or Neglect, to some Justice of the Peace for the County
in which such Delinquent dwells : And the Justice to whom such Information
is given, shall forthwith make his Warrant, directed to the Sheriff of the same
County,

Digitized from Best Copy Available

## Test. 33

County, or his Deputy, or one of the Constables of the Town in which such supposed Delinquent hath his usual Place of Abode, or any indifferent Person, by Name requiring him forthwith to take the Body of such Delinquent, and him bring before the said Justice to answer to such Information, and to shew Cause, if any he hath, why he should not be disarmed, and have taken from him all his Arms, Ammunition and Warlike Implements ; and in Case it shall be made to appear to the said Justice, that the said Information is true, and he should not shew any sufficient Cause why he should not forthwith be disarmed, &c. then the said Justice shall make his Warrant, directed to some proper Person, requiring him, without Delay, to disarm the said Delinquent, and take from him all his Arms, Ammunition and warlike Implements ; and in case such Delinquent shall refuse to resign and give up all his Arms, Ammunition and warlike Implements, the Person to whom the said Warrant is directed, shall have Power, after demanding Admission to enter the Dwelling-House, or any other Place belonging to the Delinquent, where he may have Reason to suspect such Arms are concealed, and make strict and diligent Search for the Articles aforesaid : And in case he shall find any of the said Articles, he shall take them, and immediately carry and deliver them to the Justice who made the said Warrant, which Justice is hereby required to receive them, and to appoint some indifferent and judicious Person or Persons to appraise the same ; and the said Justice shall keep a true Account of all such Arms, Ammunition and Accoutrements, the Person or Persons they were taken from, and the Sum or Sums they were appraised at, and shall return a true Account thereof into the Secretary's Office as soon as may be, and shall keep the said Arms, &c. safely to be disposed of and paid for as the General Court shall order.    And if the Person to whom the Warrant is directed, shall meet with Resistance, or shall have Reason to apprehend that he shall meet with Resistance in the Execution of the said Warrant, then he shall give Information thereof to the Justice of the Peace who issued the said Warrant, who if he shall judge it needful for carrying such Warrant into Execution, shall go in Person to some Military Officer in the same County, and require him immediately to raise such a Number of the Militia as the said Justice shall judge necessary, and the said Justice shall proceed in Person with the said Militia, and the Person to whom the said Warrant is directed, and in the most prudent Way he can, cause the Delinquent to be disarmed, and all the Articles aforesaid to be taken from him, and appraised and returned in Manner as is above directed.

And in case it shall be made to appear to any Justice of the Peace, that there is Reason to suppose that any of the Arms, Ammunition or warlike Implements, belonging to any Person who shall refuse or delay as abovesaid to subscribe the said Declaration, are concealed in any Dwelling-House or other Place, not belonging to such Delinquent, such Justice shall have Power, and is hereby directed to make his Warrant to some proper Person, requiring him to make diligent Search in such suspected Place or Places, to be particularly described or mentioned in such Warrant for the Articles aforesaid ; and in Case they shall be found, such Proceedings shall be thereupon had touching the same, as is above prescribed, when they are in the actual Possession of the Delinquent aforesaid ; and in case of Resistance or Opposition made to the Execution of such Warrant, the like Proceedings shall thereupon be had as are above directed, when Resistance is made to the searching for or taking such Articles, when in the actual Possession of such Delinquent.

And all Officers and Soldiers of the Militia, are hereby directed to obey and observe such Direction as shall be given by such Justice of the Peace in the Premises.

And every Person who shall refuse or neglect to subscribe the said Declaration, having had the same tendered to him as aforesaid, in case he holds any Office Civil or Military in this Colony, shall be deemed and adjudged *ipso facto* disqualified to exercise any such Office ; and if a Town Officer, the Town he belongs to shall, and they hereby are impowered and required to proceed to make Choice of

*Who are disqualified from holding any Office in the Colony.*

Digitized from Best Copy Available

JA299

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page62 of 87

Case 1:22-cv-09986-GTS-CFH   Document 49-7   Filed 10/13/22   Page 4 of 6

of some fit Person to serve in such Office in his Room : And in case he does not at present hold any such Office, he shall be deemed totally disqualified to be chosen or appointed, or to hold any such Office, 'till some further Order of the General Assembly.   And in case any such Person so refusing or neglecting, shall be chosen or appointed to any Office Civil or Military, all Acts and Doings of such Person in the Execution of any such Office, shall be deemed and held to be null and void, and of none Effect.   And no Person so refusing or neglecting, shall be permitted to give his Vote in the Choice of any Person to serve as Representative in the General Court or Assembly, or in the Choice of any Military, Town or County Officer, until he shall be restored by Order of the General Court, to the Privileges of a good and free Member of this Community. And no settled Minister or Grammar School-Master, who shall refuse or neglect to sign said Declaration, shall be intitled by the Laws of this Colony, to demand or recover any Salary or Reward for any Time or Service spent or performed in their respective Offices, from and after such Refusal or Neglect, until they shall subscribe such Declaration : And if any of the Governors of *Harvard College,* shall refuse to sign the Declaration aforesaid, they shall be thereby disqualified to receive any Salaries or Grants of the General Assembly, for Services done after their Refusal as aforesaid.

*And be it further enacted by the Authority aforesaid,* That if any Person or Persons resident in this Colony, shall during the War aforesaid, directly or indirectly supply the Army or Navy of the King of *Great-Britain,* or any employed by him, with Provisions, Military or Naval Stores, or shall give any Intelligence to the Officers, Soldiers or Mariners belonging to said Army or Navy, or shall inlist, or procure any other Person or Persons to inlist into the Service of the said Army or Navy; or shall take up or bear Arms against this, or any other of the United Colonies, or shall undertake to pilot any of the Vessels belonging to the said Navy, or in any other Way shall aid or assist the said Army or Navy, every Person so offending, and being thereof duly convicted before the Superior Court of Judicature, &c. shall forfeit all his Estate, which shall be accordingly seized and entered upon by the Order of said Court, for the Use of this Colony : And such Person shall be further punished by Imprisonment, in any of the Goals in this Colony at the Discretion of the said Court, for a Term not exceeding three Years.   And every Person so convicted, shall be totally disqualified to hold or exercise any Office Civil or Military, and shall not be permitted to give his Vote for any Representative to serve in the General Court or Assembly, or in any Town-Meeting for the Choice of any Town or County Officer, or for any Military Officer, until he shall be restored by Order of the General Court, to the Privileges of a good and free Member of this Community.

*And be it further enacted,* That on Complaint being made by the Selectmen or Committee of Correspondence, Inspection and Safety, or by any Sheriff, Deputy-Sheriff, Constable, Grandjurymen or Tythingmen, in any County in this Colony, to any Justice of the Peace for the same County, against any Person or Persons dwelling or residing in such Town or County, that he or they are inimical to the Liberties of this Colony, and the other United Colonies in *America,* the said Justice is hereby impowered to issue his Warrant to the Sheriff of the County, his Deputy, or to the Constables of the Town wherein such Person or Persons dwell, requiring him to apprehend and bring before him such Person or Persons to be examined ; and if on Examination it shall appear to the said Justice that he or they are inimical and dangerous to the Liberties of this Colony, and the other United Colonies in *America,* the said Justice shall require such Person or Persons to find Sureties for the Peace and good Behaviour, as also for his Appearance at the next Court of General Sessions of the Peace, or Superior Court of Judicature, &c. to be holden in said County at his Discretion, and for want of sufficient Sureties, shall commit him to the common Goal in the said County, there to be held until the next Sitting of one of the said Courts, as the said Justice in his said Warrant shall order; and until he be discharged.

*Marginal notes (left column):*

And from voting for a Representative or any Military, Town or County Officer.

And from receiving any Salaries or Grants.

Persons who shall supply the Army or Navy, &c.

Shall forfeit their Estates, and be imprisoned.

Not exceeding three years

and be disfranchised.

Mode of proceeding against Persons inimical to the Liberties of the United Colonies.

Digitized from Best Copy Available

Case 1:22-cv-09986-GTS-CFH   Document 49-7   Filed 10/13/22   Page 5 of 6
Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page63 of 87

*In the Year of Our LORD, One Thousand seven Hundred and Seventy six.*   1776.

*Test.*   35

charged by such Court, or otherwise by Order of Law. And in case such Person or Persons shall before either of the said Courts be found by the Jury upon Trial to be inimical or dangerous to the Liberties of this Colony, or the other United Colonies, the Court shall order that he be immediately disarmed, and shall make their Warrant directed to some proper Officer, requiring him to seize and take all the Arms, Ammunition and warlike Implements belonging to such Criminal, and commit the same to the Clerk of the Court, who shall proceed with such Arms in the same Manner as a Justice of the Peace before in this Act is directed to do with the Arms taken from any Person for Refusal or Neglect to subscribe the Declaration in this Act preferibed; and shall require him to find sufficient Sureties for the Peace and good Behaviour, for any longer Time at their Discretion; and on Default thereof, shall commit him to the common Goal of the County, until he comply with such Order, and shall order the Person so convicted, to pay the Cost of Prosecution, and to be committed until he pay the same. And every Person so convicted, shall be totally disqualified to hold any Office, Civil or Military, or to give his Vote for any Representative to serve in the General Court or Assembly, or for any Military Town or County Officer, until such Person or Persons shall be restored by the General Court to the Privileges of a good and free Member of this Community.

*And whereas it may have happened, that some Town and unincorporated Plantations in this Colony, may be destitute of a Committee of Correspondence, Inspection and Safety by Reason of their not having seasonably received the Resolves of this Court directing thereto, or from some other Cause: Therefore,*

*Be it further enacted by the Authority aforesaid,* That in all such Towns and Places as did not at their annual Meeting in *March* last, agreeable to the Resolves of this Court, choose such Committee, the Committee of Correspondence, Inspection or Safety in every such Town and Place last chosen before the annual Meeting in *March* last, are hereby directed and impowered to continue acting in such Capacity, and shall perform the Business required in this Act of a Committee of Correspondence, Inspection and Safety, until a new Committee shall be chosen in their respective Towns and Places; and where no such Committees have heretofore been chosen, the Selectmen shall perform the same. And all such Towns and Places are directed and impowered to call Meetings and choose such Committee as soon as may be.

*Provided nevertheless, and be it further enacted,* That nothing in this Act shall be construed to extend to the disarming, disqualifying, or any way punishing, any of the Denomination of Christians called *Quakers,* for not signing the aforesaid Declaration, in case upon being required to sign the following Declaration, and having the same tendered to him, shall not refuse or neglect to subscribe it, viz.

*We the Subscribers do solemnly promise and engage, that we will not aid, assist or abet the Land or Naval Force of Great-Britain, in the War now carrying on against the United Colonies of America, nor supply them with any Kind of Provisions, Naval or Warlike Stores, nor hold any Correspondence with, or communicate any Intelligence to any of the Officers, Soldiers or Mariners of said Army or Navy.* And the Committees are required in like Manner to tender the last preceding Declaration to each of the said Denomination of Christians called *Quakers,* and require them to sign the same, if any such there are in their respective Towns or Places.

*And be it further enacted by the Authority aforesaid,* That no Person who hath voluntarily left his Town or usual Place of Abode, and fled to the *British* Fleet or Army, while stationed in *Boston* or elsewhere, or willingly supplied said Fleet or Army with Provisions or Stores of any Kind since the Nineteenth of *April* One Thousand seven Hundred and Seventy-five, communicated any Intelligence to, or held any criminal Correspondence with any of the Officers, Soldiers or Mariners of said Fleet or Army, or that hath voluntarily entered into, or signed any Association to join or assist said Army or Navy, or in any way vo-

K                                                                        *luntarily*

Digitized from Best Copy Available

JA301

Case 1:22-cv-09986-GTS-CFH Document 49-7 Filed 10/13/22 Page 6 of 6

Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page64 of 87

And disqualified to hold any Office, &c. from voting for a Representative, or for any Town County or Military Officer.

luntarily aided, assisted or abetted the same, shall be permitted to sign either of the Declarations aforesaid, and shall be totally disqualified to hold or exercise in this Colony any Office Civil or Military, or to give his Vote for any Representative to serve in the General Court of this Colony, or for any Town, County or Military Officer, and shall have taken from him all his Arms, Ammunition and Warlike Implements, in the same Manner; and the like Proceedings shall be thereon had, as is herein before directed for disarming those who refuse or neglect to sign said Declaration. And nothing in this Act shall be construed to entitle any Persons who may have been heretofore disarmed by any of the Committees of Correspondence, Inspection or Safety, in any Town or Place in this Colony, to receive their Arms again, but by the Order of such Committee, or the General Court.

---

## C H A P. VIII.

An Act for the repealing one Law of this Colony, made and passed in the fourth Year of the Reign of *William* and *Mary*, King and Queen, intitled, *An Act for regulating Fees, and for regulating the Fees and Allowances of the several Officers and Persons within this Colony herein after mentioned.*

Preamble.

WHEREAS the Fees and Allowances stated in the said Act of William and Mary, are in divers Instances very disproportionate to the Services whereto they are annexed:

Fees established, viz.

Be it therefore enacted by the Council, and House of Representatives, in General Court assembled, and by the Authority of the same, That the said Act of William and Mary, intitled, *An Act for regulating Fees,* be and hereby is repealed; and that every Part and Paragraph thereof, be hereafter held and taken to be altogether null and void, and of no Effect whatsoever: And that the Fees and Allowances to the several Officers and Persons within this Colony, for the Services herein after specified, shall be as followeth, viz.

### Fees to Justices of the Peace, and for Services in Matters cognizable by them singly.

Justices of the Peace.

For every Writ of Attachment, or Original Summons, in the Form that is or shall be prescribed by the Law of his Colony, *three Pence.*
For the Declaration, *one Shilling.*
For the Summons upon a Capias or Attachment, *three Pence.*
For the Declaration in the Summons, *four Pence*
Subpœna for one or more Witnesses in Civil Causes, *four Pence,*
Entring an Action or Complaint in Civil Causes, *nine Pence.*
For Trial of an Issue, *two Shillings.*
Writ of Execution, *one Shilling.*
Filing Papers, each *one Penny.*
Taxing a Bill of Cost, *three Pence.*
Entring Judgment in Civil or Criminal Causes, *one Shilling.*
Copy of every Evidence, Original Papers or Records, at the Rate of *seven Pence* per Page, accounting twenty-eight Lines to a Page, and eight Words in a Line.
A Recognizance or Bond of Appeal, including Principal and Sureties, *eight Pence,*

Taking

Digitized from Best Copy Available

# L A W S

### ENACTED IN THE FIRST SITTING

#### OF THE FIRST

### GENERAL ASSEMBLY

#### OF THE

### COMMONWEALTH

#### OF

### *PENNSYLVANIA,*

Which began at *Philadelphia, November* 28, 1776, and
was continued by adjournments to *March* 21, 1777.

## CHAPTER I.

*An* ACT *to enable a smaller number of the members of assembly than a quorum to collect the absent members, and issue writs for filling vacancies occasioned by neglect or refusal.*

1777.

*The first Year of the Commonwealth.*

SECTION I. **W**HEREAS it is found necessary to impower a less number than two thirds of the representatives of the freemen of this state, in assembly met, to collect the absent members, in order that the public business may not be delayed;

SECT. 2. *Be it therefore enacted, and it is hereby enacted, by the representatives of the freemen of the commonwealth of Pennsylvania, in general assembly met, and by the authority of the same,* That from and after the publication of this act,

Preamble.

If a quorum do not meet in six days, speaker may send for absent members.

A

Case 2:22-cv-00986-DJC-CHW Document 123, 1-8, 1486886/132267 Page 72 of 6

current in all payments by all perfons, as well in their private as in their politic or corporate capacity :

SECT. 2. *Be it enacted by the reprefentatives of the freemen of the commonwealth of Pennfylvania in general affembly met, and by the authority of the fame,* That all the bills of credit declared to be legal tender by the faid firft recited act, and alfo the bills of credit emitted, and to be emitted, by virtue of the faid laft recited act, fhall be legal tender, not only to thofe perfons and creditors therein mentioned, but alfo to all bodies politic and corporate ; which faid bodies fhall be deemed and taken to be fubject, in all refpects, to all the fines and forfeitures in the faid acts mentioned, which the perfons or creditors therein named are or ought to be fubject to, for any offence committed againft the above recited acts, as fully and effectually, to all intents and purpofes, as if the faid bodies politic or corporate had been expreffly named in the faid act.

All bills of credit iffued by the 200,000 act to be legal tender to bodies politic, &c.

**JOHN BAYARD, SPEAKER.**

*Enacted into a law the 13th Day of June, 1777.*
JOHN MORRIS, *junior, clerk of the general affembly.*

---

## CHAPTER XXI.

*An* ACT, *obliging the male white inhabitants of this ftate to give affurances of allegiance to the fame, and for other purpofes therein mentioned.*

SECTION I. WHEREAS by the feparation of the thirteen united ftates from the government of the crown and parliament of Great Britain (who, by their acts of oppreffion and cruelty, as fet forth in the declaration of independence by congrefs, bearing date the fourth day of July, 1776, had rendered fuch feparation, on the part of the faid ftates, abfolutely neceffary for their own happinefs, and the happinefs of fucceeding generations) the good people of the ftate of Pennfylvania are become free and independent of the faid crown and parliament.

Preamble.

SECT. 2. *And whereas* from fordid and mercenary motives, or other caufes inconfiftent with the happinefs

Inhabitants to take the oath, &c. of

Q

## His EXCELLENCY

1777.

*The first Year of the Commonwealth.*

allegiance before the first of July.

piness of a free and independent people, fundry perfons have or may yet be induced to withhold their fervice and allegiance from the commonwealth of Pennfylvania as a free and independent ftate, as declared by congrefs: *And whereas* fundry other perfons, in their feveral capacities, have, at the rifk of their lives and the hazard of their fortunes, or both, rendered great and eminent fervices in defence and fupport of the faid independence, and may yet continue to do the fame; and as both thofe forts of perfons remain at this time mixed, and in fome meafure undiftinguifhed from each other, the difaffected deriving undeferved fervice from the faithful and well affected: *And whereas* allegiance and protection are reciprocal; and thofe who will not bear the former, are not nor ought to be entitled to the benefits of the latter: Therefore, *Be it enacted by the reprefentatives of the freemen of the commonwealth of Pennfylvania, in general affembly met, and by the authority of the fame,* That all male white inhabitants of this ftate, (except of the counties of Bedford, Northumberland and Weftmoreland) above the age of eighteen years, fhall, on or before the firft day of July next, take and fubfcribe the following oath or affirmation before fome one of the juftices of the peace of the city or county where they fhall refpectively inhabit; and the inhabitants of the faid counties of Bedford, Northumberland and Weftmoreland, above the faid age, fhall, on or before the firft day of Auguft next, take and fubfcribe the faid oath or affirmation, before fome one of the juftices of the faid three counties laft mentioned, in which they fhall refpectively inhabit; and the faid juftice fhall give a certificate thereof to every fuch perfon; and the faid oath or affirmation fhall be as followeth, viz.

The oath.

"I              *do fwear, or affirm, that I renounce and refufe all allegiance to George the third, king of Great Britain, his heirs and fucceffors; and that I will be faithful and bear true allegiance to the commonwealth of Pennfylvania as a free and independent ftate; and that I will not at any time do, or caufe to be done, any matter or thing that will be prejudicial or injurious to the freedom and independence thereof, as declared by congrefs; and alfo that I will difcover and make known, to fome one juftice of peace of the faid ftate, all treafons, or traitorous confpiracies, which I now know or hereafter fhall know to be formed againft this or any of the united ftates of America.*"

And

Case 2:22-cv-00986-DSC-CRE Document 42-3 Filed 06/13/22 Page 4 of 6

And the form of the said certificate shall be as followeth, viz.

" *I do hereby certify, that* hath volun-
" *tarily taken and subscribed the oath or affirmation of*
" *allegiance and fidelity, as directed by an act of general*
" *assembly of Pennsylvania, passed the thirteenth day of*
" *June,* A. D. 1777. *Witness my hand and seal, the*
" *day of* A. D. (L .S.)

SECT. 3. *And be it further enacted by the authority aforesaid,* That the justice or justices of the peace, before whom such oath or affirmation shall be subscribed, shall keep fair registers of the names and surnames of the persons so sworn or affirmed, and the time when, and shall, on or before the first day of October in every year, transmit in writing, under his or their hands and seals, to the office of recorder of deeds for the said city or county, a true list of the names and surnames of those who, within the same year, have so sworn or affirmed before them respectively; and the said justice or justices shall have and receive therefor, and for the said certificate, the sum of one shilling, and no more, for every person so sworn or affirmed; and the said justice or justices shall lay their accounts before the county commissioners, or any two of them, from time to time, to be examined and allowed; and the said commissioners shall draw orders on the county treasurers for such sums as shall be so allowed, which orders the said treasurers are hereby authorised and required to pay out of the state taxes; and the recorders of deeds, in the city and several counties of this state, are hereby enjoined to record the said lists, in books to be prepared for that purpose, and shall be paid for the same, in the same manner as the justices, at the rate of five shillings for every hundred names.

Justices to keep registers of the names and transmit copies to the recorder of deeds, who is to record them.

SECT. 4. *And be it further enacted by the authority aforesaid,* That every person above the age aforesaid refusing or neglecting to take and subscribe the said oath or affirmation, shall during the time of such neglect or refusal, be incapable of holding any office or place of trust in this state, serving on juries, suing for any debts, electing or being elected, buying, selling or transferring any lands, tenements or hereditaments, and shall be disarmed by the lieutenant or sublieutenants of the city or counties respectively.

Incapacities and penalties on those who neglect or refuse to swear or affirm.

SECT. 5. *And whereas* there is a danger of having the seeds

Nonjurors travelling,

Case 1:22-cv-00986-GTS-CFH Document 78-13 Filed 03/22/24 Page 5 of 6

*1777.*

*The first Year of the Commonwealth.*

to be taken up, and the oath, &c. tendered,to be committed on refusal.

seeds of difcord and difaffection greatly fpread by perfons, whofe politic principles are not known, removing or travelling from one part of the ftate, to another, and it is well known that this ftate is already become (and likely to be more fo) an afylum for refugees flying from the juft refentment of their fellow citizens in other ftates : For remedy whereof, *Be it enacted by the authority aforefaid,* That every perfon above the age aforefaid, who fhall travel, out of the county or city in which he ufually refides, without the certificate aforefaid, may be fufpected to be a fpy, and to hold principles inimical to the united ftates, and fhall be taken before one of the juftices neareft to the place where he fhall be apprehended, who fhall tender to him the faid oath or affirmation; and upon his refufal to take and fubfcribe the faid oath or affirmation, the faid juftice fhall commit him to the common goal of the city or county, there to remain without bail or mainprife until he fhall take and fubfcribe the faid oath or affirmation, or produce a certificate that he hath already done fo.

Travellers from other ftates to take the oath, &c.

SECT. 6. *And be it further enacted by the authority aforefaid,* That all perfons coming from any of the other united ftates into this ftate are hereby required to apply to one of the neareft juftices after he enters this ftate, and take and fubfcribe the faid oath or affirmation, upon the penalty of being dealt with as in the cafe of perfons travelling or removing out of the city or county in which they ufually refide, unlefs he can produce a certificate that he hath taken an oath or affirmation of the like nature in the ftate from whence he came.

Except delegates, &c.

SECT. 7. *Provided always neverthelefs,* That delegates in congrefs, prifoners of war, officer and foldiers in the continental army, merchants and mariners trading in the ports of this ftate, from foreign powers in amity with the united ftates, and not becoming refident, are declared not to be within the intent and meaning of this act.

Forgers or counterfeiters of certificates to be fined fifty pounds or whipped.

SECT. 8. *And be it further enacted,* That if any perfon fhall forge fuch certificate, as by this act is to be made out and given by any one of the juftices of the peace of this ftate; or fhall caufe or procure others to forge or counterfeit the name and feal of the juftice of the peace to fuch certificate, or fhall, by erafing or otherwife taking out, or covering or pafting over, a man's name that was wrote in a true and genuine certificate, alter the fame fo as to ferve

his

Case 1:22-cv-00986-CJS-CFH Document 28, 34-6, 136-13/227 Page 6 of 6

his own or any other man's purposes; or shall pro-
duce and make use of any such certificate, knowing
it to be forged or altered; every such person and per-
sons so offending, and being thereof legally convicted
before any court of general quarter sessions of the
peace of the city or county where such offence shall
be committed, shall be fined the sum of fifty pounds,
and be committed to jail, until he pays the fine and
costs of prosecution: And if he shall not, within the
space of thirty days, satisfy the judgment of the court,
he shall be whipped with any number of lashes not
exceeding thirty nine, on his bare back, well laid on.

1777.
The first Year
of the Com-
monwealth.

### JOHN BAYARD, Speaker.

*Enacted into a law the 13th Day of June, 1777.*
*JOHN MORRIS, junior, clerk of the general assembly.*

## CHAPTER XXII.

*A supplement to the act, intitled, "An Act for amend-*
*"ing the several acts for electing members of*
*"assembly."*

SECTION I. **WHEREAS** by one of the said acts,
intitled, *"An Act to ascertain the*
*"number of members of assembly, and to regulate the*
*"elections,"* passed in the year of our Lord one
thousand seven hundred and five, it is enacted, "That
"the sheriff, or some other of the persons appointed
"judges of the election of members of assembly,
"shall open the paper of an illiterate elector contain-
"ing the names of those persons for whom he votes,
"read the same names, and ask such elector whether
"these are the persons for whom he votes."

SECT. 2. *And whereas* it is highly dangerous to the
freedom of elections in this commonwealth that the
sheriffs and other persons appointed judges of elections
should continue to be invested with the power of
searching and discovering for whom any elector shall
vote to represent him: *Be it therefore enacted, and*
*it is hereby enacted by the representatives of the freemen*
*of the commonwealth of Pennsylvania in general assembly*
*met, and by the authority of the same,* That from and
after the passing of this act, no sheriff, coroner, in-
spector,

Preamble.

No sheriff
or judge of
election to
open and
read any
ticket.

# L A W S of *M A R Y L A N D.*

## C H A P.  XX.

### An ACT for the better security of the government.

Preamble.

**W**HEREAS, in every free state, allegiance and protection are reciprocal, and no man is entitled to the benefit of the one, who refuses to yield the other ; and as every inhabitant of this state enjoys the protection and benefit of the government and laws thereof, and it is reasonable that every person should give testimony of his attachment and fidelity to this state, and the present government thereof, as now established,

Every free male person to take the oath of fidelity, &c.

II. **Be it enacted,** *by the general assembly of Maryland,* That every free male person within this state, above eighteen years of age, unless a quaker, menonist or dunker, shall, on or before the first day of March next, take, repeat and subscribe, the oath of fidelity and support to this state, contained in the act, entitled, An act to punish certain crimes and misdemeanors, and to prevent the growth of toryism ; and every free male quaker, menonist or dunker, within this state, above eighteen years of age, shall, on or before the first day of March next, solemnly, sincerely and truly declare and affirm, in the words of the said oath, and thereto subscribe his name.

Before some magistrate ;

III. **And be it enacted,** That the said oath and affirmation shall be taken within the time aforesaid, before some magistrate of the county or city where the person who takes such oath or affirmation resides.

Who is to keep two books, &c.

IV. **And be it enacted,** That every magistrate aforesaid, shall keep two paper books, one for all persons who shall take the oath aforesaid, and the other for all persons who shall take the affirmation aforesaid, prefixing to one of the said books the oath aforesaid, and to the other the affirmation aforesaid. And all persons required by this act to take the said oath, or affirmation, shall, after taking the same, subscribe his name thereto, in such book as contains the oath, if such person takes the said oath, or in such book as contains the affirmation, if such person takes the said affirmation ; and if such person cannot write his name, he shall enter his mark, and the magistrate shall thereto set his name.

Magistrates to make out copies of their books, &c.

V. **And,** for the ascertaining such as shall neglect to take the said oath, or affirmation, and that there may be a record evidence of such neglect, **Be it enacted,** That every magistrate aforesaid shall make out fair copies of his said books, with all convenient dispatch, after the aforesaid first day of March, and the same transmit to the governor and council of this state, and shall deliver the original books to his next county court which shall happen after the said first day of March next, there to be recorded.

And to attend one day in every week, &c.

VI. **And be it enacted,** That every magistrate of the county shall, and he is hereby enjoined and required, to attend one day in every week, until the said first day of March next, at the most convenient places in his neighbourhood, with his books aforesaid, for the purpose of administering the oath, or affirmation, aforesaid, and for the purpose of having the same subscribed to, in manner and form aforesaid ; and the said justices shall give public notice, by advertisement, of such places and days of meeting as aforesaid.

Constables to make out a list of inhabitants, &c.

VII. **And be it enacted,** That every constable of every hundred shall, before the first day of March next, make out a fair alphabetical list of all the free male inhabitants, residents in his hundred, and not out of the state, or hereafter not exempted from taking the said oath, or affirmation, who shall be of the age of eighteen years, on or before the aforesaid first day of March, and a copy of the said list, with all convenient dispatch, transmit to the governor and council, and the original list shall deliver to the next county court of his county which shall happen after the aforesaid first day of March next, there to be recorded.

Allowance to magistrates, &c.

VIII. **And be it enacted,** That every magistrate shall be allowed in the county levy, the same *per diem* allowance, for every day he shall attend, in pursuance of

Case 1:23-cv-00086-GTS-CFH Document 49-3 Filed 10/13/22 Page 3 of 5
Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page72 of 87

of this act, to take the oath or affirmation aforefaid, as is allowed the juftices for their attendance in the county court; and the feveral county courts are hereby empowered and directed to make the feveral conftables in their counties fuch allowance for their trouble in making and returning their lifts aforefaid, in their next county levy, as to them fhall appear reafonable.

**IX. And be it enacted,** That if any magiftrate fhall neglect to keep fuch books, or fhall neglect to make copies and tranfmit them to the governor and council, or fhall neglect to deliver the original books, as refpectively required by this act, he fhall forfeit and pay the fum of five hundred pounds current money; and every conftable who fhall neglect to make out the lift, or neglect to tranfmit the copy of fuch lift, or fhall neglect to return the original lift, as refpectively required by this act, fhall forfeit and pay the fum of two hundred pounds current money. *Penalty on neglect of duty.*

**X. And be it enacted,** That every perfon, required by this act to take the oath or affirmation aforefaid, and whofe name or mark fhall not appear on one of the magiftrates books aforefaid, in manner and form prefcribed as aforefaid, fhall, for and during the life of fuch perfon, in all public and county affeffments, pay a tax treble the tax which by fuch public or county affeffments fhall be impofed upon every hundred pounds worth of real or perfonal property within this ftate, and fo *pro rata*; which faid tax fhall be paid, collected and levied, as the faid public and county taxes are refpectively paid, collected and levied. *Perfons neglecting to take the oath to pay treble taxes, &c.*

**XI. And be it enacted,** That the worth in real and perfonal property, of every fuch perfon chargeable as aforefaid with the faid treble tax, fhall be deemed and taken for and during the continuance of the faid treble tax, of fuch amount as fhall be afcertained on the final affeffment and valuation of all property within this ftate, which fhall be made on or before the firft day of March next. *How the worth of their property is to be afcertained.*

**XII. Provided neverthelefs,** If fuch worth fhall, on any future public affeffment, be augmented, the treble tax fhall be rated on that worth fo augmented. *Provifo.*

**XIII. And be it enacted,** That the faid treble tax, rateable according to the amount of fuch worth as aforefaid, fhall be and is hereby impofed as a charge and burthen on all fuch real and perfonal eftate of fuch perfon, chargeable with the faid treble tax, as fuch perfon was poffeffed of at the time of the valuation of his property by the affeffors, under the act, entitled, An act to affefs and impofe an equal tax on all property within this ftate. *Treble tax to be impofed as a charge, &c.*

**XIV. Provided neverthelefs, and be it enacted,** That no fuch property fhall be chargeable with the faid treble tax which has been *bonâ fide* difpofed of after fuch valuation aforefaid, and before the making of this act, and that no fuch property *bonâ fide* difpofed of, after the making of this act, fhall be fubject to a diftrefs for the faid treble tax, before default of payment of the faid tax by the perfon chargeable with the fame, or default of property in his poffeffion whereby the faid tax may be levied. *Provifo.*

**XV. And,** whereas perfons chargeable with the faid treble tax may have property in different counties in this ftate: And whereas it is neceffary that the commiffioners fhould be informed of all perfons fo chargeable, **Be it enacted,** That the governor and the council fhall annually, before the firft day of May, caufe a lift to be made out of all free male perfons, of the age of eighteen years, whofe names or marks, by comparing the conftables lifts aforefaid, with the magiftrates books aforefaid, fhall not appear in any of the magiftrates books aforefaid, and of all perfons any otherwife afcertained to be chargeable with the faid treble tax; and the faid lift fhall annually, before the firft day of May, caufe to be delivered to the commiffioners of every county in this ftate, who fhall, on receipt thereof, communicate the fame to the collectors refpectively; and the faid collectors are hereby refpectively enjoined to levy and collect the faid treble tax, on, of and from, all fuch perfons, according to the value of fuch perfons property in their refpective counties. *Governor and council to caufe a lift to be made, &c.*

XVI. And

C H A P.
XX.
Perfons
chargeable
with treble
tax difabled
from com-
mencing fuit,
&c.

XVI. **And be it enacted,** That every perfon chargeable with the treble tax as aforefaid, fhall be difabled from commencing or profecuting any fuit in any court of this ftate, for the recovery of any debt or damages, for any money or tobacco due or owing to him in his own right, or from exercifing and practifing the trade of merchandife, unlefs, previous to fuch fuit of merchandifing, he fhall take the oath or affirmation as aforefaid; and in cafe of neglect thereof, the court before whom fuch fuit fhall be brought fhall, *ex officio,* enter judgment of nonfuit; and if any fuch perfon fhall exercife and practife the trade of merchandife, without previoufly taking the oath or affirmation as aforefaid, he fhall, for every fuch offence, forfeit and pay five pounds for every hundred pounds of property fuch perfon fhall be deemed worth on the public affeffment of all property within this ftate.

And practi-
fing the law,
&c.

XVII. **And be it enacted,** That every perfon, chargeable with the treble tax aforefaid, fhall be for ever difabled and rendered incapable to practife the law, phyfic or furgery, or the art of an apothecary, or to preach or teach the gofpel, or to teach in public or private fchools, or to hold or exercife, within this ftate, any office of profit or truft, civil or military, or to vote at any election of electors of fenators, or of delegates to the houfe of delegates; and if any fuch perfon fhall offend againft this act, in any of the particulars above fpecified, he fhall, for every fuch offence, forfeit and pay five pounds for every hundred pounds of property he fhall be deemed worth on the public affeffment of all property within this ftate.

Provifo.

XVIII. **Provided neverthelefs, and be it enacted,** That if any perfon, requir- ed by this act to take the oath or affirmation aforefaid, and whofe name or mark fhall not be found fubfcribed as aforefaid, fhall make it appear to the governor and council, within fix weeks after the firft day of March next, or to the county court of the county where fuch perfon refides, which fhall firft happen after the faid firft day of March next, that fuch perfon is not a perfon offending againft this act, and, if of the age of eighteen years, at the time of fuch application to the governor and council, or county court, as aforefaid, fhall take the faid oath or affirmation (as the cafe may be), fuch perfon fhall not be fubject to the faid treble tax and difabilities aforefaid; and, on acquittal by the faid governor and council, or by the faid county court, fuch perfon fhall obtain a certificate thereof, and be entitled to have his name enrolled in one of the magiftrates books as aforefaid; and if fuch perfon has been fet down on the lift chargeable with the treble tax and tranfmitted to the commiffioners, the faid commiffioners are hereby enjoined, on fuch perfons producing the certificate aforefaid, to correct the faid lift, and give notice thereof to the collector.

Perfons not
having figned
the affociation
and fled, &c.
liable to tre-
ble tax, &c.

XIX. **And be it enacted,** That all perfons, not having figned the affociation, who have fled from this ftate fince the fourteenth day of Auguft, feventeen hundred and feventy-five, to avoid taking an active part in the defence thereof, and have croffed the feas, and who fhall not return on or before the firft day of September, feventeen hundred and feventy-nine, and take the oath or affirmation as aforefaid, within one month after their return to this ftate, fhall be liable to the treble tax, and to the difabilities impofed by this act.

Provifo.

XX. **Provided neverthelefs,** That nothing in this act contained fhall extend, or be conftrued to extend, to any perfons who, having fled from this ftate as afore- faid, fhall, at any time fince their flight, have taken an active part againft the fame, or againft the United States, by adhering to the Britifh army or navy.

Juftices to in-
quire after
perfons who
have fled, &c.

XXI. **And,** for the better afcertaining what perfons have fled from this ftate as aforefaid, **Be it enacted,** That the juftices of the feveral county courts fhall an- nually, at their refpective Auguft courts, make diligent inquiry after every perfon who has fled from his county as aforefaid, or who, returning after the firft day of March next, fhall neglect to take the oath or affirmation aforefaid, within the time limited as aforefaid, and the faid juftices fhall enter his name on the minutes of the proceedings of their court at their then fitting, and, from the faid minutes,

fhall

Case 1:22-cv-00986-GTS-CFH Document 49-3 Filed 10/13/22 Page 4 of 5
Case 22-2908, Document 92-1, 01/09/2023, 3448888, Page74 of 87

fhall make a fair and alphabetical lift of the names of all fuch perfons as aforefaid, and tranfmit the fame to the governor and council.

XXII. **And**, whereas many of the male fubjects of this ftate, above the age of eighteen years, are out of this ftate on fome lawful purpofes in fome of the neighbouring ftates, or in parts beyond the feas, **Be it enacted**, That no fuch perfon fhall be affected by any matter or thing contained in this act, unlefs fuch perfon, for three months after his return, fhall wilfully neglect to take the faid oath, or affirmation, (as the cafe may be) before the governor and council, or fome magiftrate of the county or city where he refides.

XXIII. **And**, in order to difcover whether the perfons aforefaid, abfent from this ftate on or before the firft day of March next, and returning after that day, have taken the oath or affirmation aforefaid, within the time limited as aforefaid, **Be it enacted**, That the juftices of the feveral county courts fhall annually, at their refpective Auguft courts, make diligent inquiry after all fuch perfons returning as aforefaid; and omitting to take the oath or affirmation aforefaid within the time limited as aforefaid, and fhall enter their names on the minutes of the proceedings of their court, and fair and alphabetical lifts make thereof, and tranfmit them to the governor and council.

XXIV. **And**, whereas all perfons in the regular fervice of this ftate, or of the United States, or of any of them, have already given, by fuch fervice, fufficient proof of their attachment to the freedom and independence thereof, **Be it enacted**, That no general, field, commiffioned, warrant, or ftaff officer, or other officer; nor any foldier or perfon in the regular fervice of this ftate, or the United States, or any of them, fhall be affected by any matter or thing herein contained.

XXV. **And**, to prevent this ftate from becoming an afylum for the difaffected fugitives from other ftates, **Be it enacted**, That the governor and council, or any magiftrate of the county, on their or his own knowledge, or on information, that any male perfon above the age of eighteen years, belonging to any of the United States, has taken fhelter in this ftate, fhall immediately caufe fuch perfon to be apprehended and examined, and if fuch perfon cannot, upon fuch examination, produce a certificate of his having taken the oath or affirmation prefcribed by his ftate, or if fuch perfon has not taken the oath, or affirmation, (as the cafe may be) which has been prefcribed by this ftate, and refufes to take the faid oath or affirmation, and fhall alfo refufe to take the following oath, or affirmation if a quaker, menonift or dunker, viz. " I, A. B. do fwear, or folemnly " affirm, (if a quaker, menonift or dunker,) that I no not hold myfelf bound to " yield any allegiance or obedience to the king of Great-Britain, his heirs or fuc- " ceffors, and that I will be true and faithful to the United States of America, " and will, to the utmoft of my power, fupport, maintain and defend, the free- " dom and independence thereof," the governor and council, or the faid magiftrate, may commit fuch perfon to the public gaol, or the governor and council may remand fuch perfon back to his own ftate, and in fuch manner as they may adjudge the moft expedient; and if fuch perfon hath property in this ftate, he fhall be fubject to the treble tax aforefaid, in manner and form prefcribed as aforefaid; and fuch perfon fhall alfo be fubject to all the difabilities impofed by this act; and upon every commitment of fuch perfon by any magiftrate as aforefaid, the faid magiftrate fhall immediately give notice thereof to the faid governor and council.

XXVI. IT being reprefented to this general affembly, that many perfons who gave bonds to the prefidents of the late conventions, councils of fafety, and to the committees of obfervation, for their good behaviour, and fidelity to this ftate, have been guilty of breaches, **Be it enacted**, That all bonds, taken in the name of any prefident of convention, council of fafety, or in the name or names of any other perfon or perfons, for the ufe of this ftate, be tranfmitted as foon as poffible to the clerk of the county where the principal and the fecurity refide, or if the principal has departed this ftate, to the clerk of the county where the fecurity may refide, and thereupon *fcire facias* fhall immediately iffue in the name of this ftate

against

Margin notes:
- C H A P. XX.
- Perfons abfent on lawful bufinefs not affected by this act, &c.
- Juftices to make inquiry after perfons returning, &c.
- Officers, &c. not affected by this act.
- Perfons taking fhelter in this ftate to be apprehended, &c.
- Bonds to be tranfmitted to the clerk, &c.

1777.                LAWS of MARYLAND.

C H A P.  againft the obligors in the bonds, alleging a breach of every part of the con-
XX.      dition, and requiring the defendants to fhew caufe why judgment and execution
         fhould not be had for the penalty, and the defendant appearing fhall plead the
         general iffue of performance, and trial fhall be had the firft court, unlefs for fpe-
         cial reafons the court fhall grant one imparlance, and if two *nibils* fhall be return-
         ed, judgment of execution fhall be rendered.

Fine on per-     XXVII. **And be it enacted,** That if any fubject or inhabitant of this ftate fhall
fons going on    go on board any veffel of war-or tranfport belonging to the enemy, or to their
board the ene-   camp, or to any city, town, port or place, within any of the United States, in
my's veffels,    their poffeffion, without permiffion in writing from the governor and the council
&c.              of this ftate, and if any fubject-or inhabitant of this ftate fhall receive any protec-
                 tion for himfelf or property from the enemy, or any one under their authority,
                 fuch perfon, on conviction thereof in the general or any county court of this ftate,
                 fhall be fined by the court not exceeding the rate of ten pounds for every hundred
                 pounds of property belonging to fuch perfon within this ftate ; and if any perfon
                 convicted of any of the offences aforefaid, fhall not have property within this ftate
                 valued and rated agreeable to the late affeffment act at more than two hundred
                 pounds, the court may fine fuch perfon at the rate aforefaid, and alfo adjudge him
                 to be imprifoned for any term not exceeding one year, or to be whipped not ex-
                 ceeding thirty-nine lafhes, or both, in their difcretion.

                 XXVIII. WHEREAS perfons guilty of high treafon may, by being out of the
                 reach of a legal procefs in the common courfe of proceeding, evade a trial and the
Perfons in-      punifhment of their crimes, **Be it enacted,** That on indictment found by the
dicted for       grand jury of the general court againft any perfon for treafon, the court fhall im-
treafon, and     mediately order *capias* to apprehend fuch perfon, directed to the fheriff of the
not to be        county in which fuch perfon lived or refided, and on return by the faid fheriff of
found, to be
outlawed, &c.    the flight of fuch perfon from this ftate, or that he is not to be found in the
                 county, the general court fhall caufe fuch perfon to be proclaimed, and folemnly
                 called and required, in full and open court, to appear and anfwer to the indict-
                 ment againft him, and on default thereof, entered on their record, the faid court
                 fhall iffue a writ to the fheriff who returned the *capias*, to caufe fuch perfon to be
                 proclaimed, and folemnly called and required, at two feveral courts to be held for
                 his county, in full and open court, to furrender himfelf to his cuftody, to anfwer
                 to the indictment found againft him ; and the faid fheriff fhall make his return of
                 fuch proclamation and default to the general court, who fhall record fuch return
                 and default, and thereupon proceed to adjudge fuch perfon to be outlawed, and
                 fuch judgment of outlawry fhall amount in law to a conviction and attainder of
                 the perfon of the treafon charged in the indictment, in the fame manner as if the
                 perfon fo indicted had been found guilty thereof by a petit jury, and fuch perfon
                 fhall thereupon forfeit to the ufe of this ftate all the eftate which he had at the
                 time when the indictment fhall allege his commiffion of the treafon.

Perfons not to   XXIX. **And be it enacted,** That no perfon fhall be tried for any treafon or
be tried for     mifprifion of treafon againft this ftate, unlefs the indictment be found within three
treafon unlefs   years after the offence committed ; and it is declared, that no perfon fhall be con-
indicted with-
in three years,  victed by a petit jury of either of the faid crimes, unlefs by the oath of two law-
&c.              ful witneffes to prove each feparate and diftinct fact charged in the indictment as
                 treafon or mifprifion of treafon, except the prifoner willingly, and without force
                 or violence, confefs the fame in open court.

Perfons who      XXX. **And be it enacted,** That no perfon who hath already taken the faid
have taken       oath, or made the faid declaration, fhall be obliged to take or make the fame,
the oath not
obliged again    agreeable to the directions of this act, any thing herein contained to the contrary
to take it.      notwithftanding.

                            C  H  A  P.    XXI.
           A fupplementary ACT to the act, entitled, An act to regulate the militia.

           This act has been always continued with the principal act, and with that it has expired.

                                                                    C H A P.

**JA313**

228 2,1777.

Pen. on persons voting who are not qualified. *Vol. 2,* 193.

XI. *And be it further enacted by the authority aforesaid,* That if any perfon shall hereafter vote at any election, who by law shall not be entitled to vote at such election, he shall forfeit and pay the sum of five pounds lawful money of this state ; to be recovered with costs, by action of debt in any court of record having cognizance thereof, one half to the justices of the county wherein such election shall be had, to be applied towards lessening the county tax, and the other half to him or them who shall sue for the same ; and where any suit shall be brought against any perfon for voting as aforesaid, without having a right to such vote, the *Onus Probandi* shall lie upon the defendant.

Pen. on candidates giving rewards, &c,

XII. *And be it enacted by the authority aforesaid,* That if any perfon shall at any time before or after any election, either directly or indirectly, give any money, gift, gratuity, or reward, to any elector or electors, or to any county or town, in order to be elected, or to procure any other perfon to be elected as a member of the general assembly, every perfon so offending shall forfeit and pay five hundred pounds, lawful money of this state ; to be recovered by action of debt, in any court of record having cognizance thereof, with costs, and shall be incapacitated to serve as a member during the continuance of that general assembly, for which such election shall be made as aforesaid.

Delegates, &c. not to sit in Assembly.

XIII. *And be it further declared and enacted by the authority aforesaid,* That the delegates from this state in the congress of the United States, and officers of the courts of admiralty and courts of equity, shall be, and are hereby declared to be incapable of being elected as members to serve in the general assembly, or to enjoy seats therein ; and any member of the general assembly who shall accept any such office, shall thereby vacate his seat therein.

XIV. *Repealed, Vol. 2,* 177.

No sheriff, coroner to take the poll *Vol. 2,* 142.

XV. *And be it further enacted by the authority aforesaid,* That if at any time it shall happen that there shall be no sheriff in any county qualified according to law, the coroner or coroners in such county is, and are hereby empowered to hold the election for such county ; and such sheriff or coroner, within ten days after every election, shall, at the request of any perfon elected to serve in the general assembly, or other perfon in his behalf, cause fair copies of the lists of votes, and the number of ticket ballots for each candidate, to be made out and delivered to the perfon requesting the same, or to his order, which lists and numbers shall be signed by the returning officer ; and if any officer shall refuse so to do, or to make elections in any other manner than by this act is directed, or shall neglect or refuse to make returns of the elections by him to be made or taken, the officer so offending shall forfeit and pay five hundred pounds, lawful money of this state ; to be recovered by action of debt, in any court of record having cognizance thereof, with costs, one half to the governor for the time being, for the use of the state, and the other half to such perfon as shall sue for the same.

XVI. *Repealed, Vol. 2,* 78.

CHAP. 5. Provided for by subsequent acts.

*An act for directing the method of appointing jurors in all causes, civil and criminal.*

CHAP. 6. 1. 1777, 6. 1780, 13.

*An act to amend an act for declaring what crimes and practices against the state shall be treason, and what shall be misprision of treason, and providing punishments adequate to crimes of both classes, and for preventing the dangers which may arise from persons disaffected to the state.*

Persons owing allegiance.

BE it enacted by the General Assembly of the state of North-Carolina and it is hereby enacted by the authority of the same, That all and every perfon and perfons (prisoners of war excepted) now inhabiting or residing within the limits of the state of North-Carolina, or who shall voluntarily come into the same hereafter to inhabit or reside, do owe and shall pay allegiance to the state of North-Carolina.

When deemed high-treason.

II. *And be it further enacted by the authority aforesaid,* That if any perfon or perfons belonging to or residing within this state, and under the protection of its laws shall take a commission or commissions from the king of Great-Britain, or any under his authority, or other the enemies of this state, or the United States of America, or shall levy war against this state, or the government thereof, or knowingly and wilfully shall aid or assist any enemies at open war against this state, or the United States of America, by joining their armies, or by inlisting, or procuring or persuading others to inlist for that purpose, or by furnishing such enemies with arms, ammunition, provision, or any other article for their aid or comfort, or shall form, or be in any wise concerned in forming, any combination, plot or conspiracy, for betraying this state, or the United States of America, into the hands or power of any foreign enemy, or shall give any intelligence to the enemies of this state for that purpose, every perfon so offending, and being thereof legally convicted by the evidence of two sufficient witnesses, or standing mute, or peremptorily challenging more than

Trial,

thirty five jurors, in any court of oyer and terminer, or other court that shall and may be established for   2,1777. 229
the trial of such offences, shall be adjudged guilty of high treason, and shall suffer death without the benefit
of clergy, and his or her estate shall be forfeited to the state. *Provided,* That the judge or judges of the   Punishment.
court wherein such conviction may be, shall and may order and appropriate so much of the traitor's estate
as to him or them may appear sufficient for the support of his or her family.

III. *And be it further enacted by the authority aforesaid,* That if any person or persons within this state shall   What misprision of treason.
attempt to convey intelligence to the enemies of this state, or of the United states, or shall publicly and
deliberately speak or write against the public defence, or shall maliciously and advisedly endeavour to excite
the people to resist the government of this state, or persuade them to return to a dependence on the crown
of Great-Britain, or shall knowingly spread false and dispiriting news, or maliciously and advisedly terrify
and discourage the people from enlisting into the service of this state, or the United States, or shall stir up
or excite tumults, disorders, or insurrections in the state, or dispose the people to favour the enemy, or op-
pose, or endeavour to prevent the measures carrying on in support of the freedom and independence of the
said United States, every such person or persons, being thereof legally convicted by the evidence of two   Trial.
or more creditable witnesses, or other sufficient testimony, shall be adjudged guilty of misprision of treason,
and shall suffer imprisonment during the war, and forfeit to the state one half of his, her or their lands,   Punishment.
tenements, goods and chattels.

IV. *And be it further enacted by the authority aforesaid,* That all offences by this act declared misprision   Where cognizable.
of treason, shall be cognizable before any justice of the peace of the county where the offence was com-
mitted, or where the offender can be found ; and every justice of the peace within this state, on complaint
to him made on the oath or affirmation of one or more creditable person or persons, shall cause such offender   Proceeding on complaint.
to come before him, and enter into a recognizance, with one or more sufficient surety or sureties, to be
and appear at the next superior court of the district wherein the offence was committed, and abide the
judgment of the said court, and in the mean time to be of the peace and good behaviour to all people
within the state ; and for want of such surety or sureties, the said justice shall and may commit such of-
fender either to the gaol of the county or district where the offence was committed, and appoint a guard
for the safe conveying him to such gaol ; and all persons charged on oath or affirmation with any crime or
crimes by this act declared to be treason against the state, shall be dealt with, and proceeded against, in
like manner as the law directs in respect of other capital crimes.

V. And whereas the safety of the state, and the present critical situation of affairs, make it necessary   Persons to take
that all persons who owe or acknowledge allegiance or obedience to the King of Great-Britain should be
removed out of the state : *Be it enacted by the authority aforesaid,* That all the late officers of the King of   the oath of allegiance.
Great-Britain, and all persons (Quakers excepted) being subjects of this state, and now living therein, or
who shall hereafter come to live therein, who have traded immediately to Great-Britain or Ireland within
ten years last past, in their own right, or acted as factors, storekeepers, or agents, here or in any of the
United States of America or Ireland, shall take the following oath of abjuration or allegiance, or depart out
of the state, viz.

" I WILL bear faithful and true allegiance to the state of North-Carolina; and will truly endeavour to
" support, maintain, and defend the independent government thereof. against George the third, king
" of Great-Britain, and his successors, and the attempts of any other person, prince, power, state or po-
" tentate, who by secret arts, treasons, conspiracies or by open force, shall attempt to subvert the same, and
" will in every respect conduct myself as a peaceful orderly subject; and that I will disclose and make known
" to the governor, some member of the council of state, or some justice of the superior courts or of the peace
" all treasons, conspiracies, and attempts, committed or intended against the state, which shall come
" to my knowledge.

And that all persons being Quakers, Moravians, Menonists, and Dunkards, and under the circumstances
above mentioned, shall make the following affirmation, or depart the state :

" I A. B. do solemnly and sincerely declare and affirm, that I will bear true fidelity to the independent   Quakers affirmation.
" state of North-Carolina, and to the powers, and authorities which are or may be established for the
" good government thereof ; and I do renounce any fidelity to the present king of Great-Britain, his heirs
" and successors ; and that I will disclose and make known to the governor, some member of the council
" of state, judge of the superior court, or justice of the peace, all treasons, conspiracies, or attempts, com-
" mitted or intended against the same, which shall come to my knowledge."

JA315

230 2,1777. And the faid oath or affirmation fhall be taken and fubfcribed in open court, in the county where the perfon or perfons taking the fame fhall or do ufually refide.

**Juftices may issue citations.** VI. *And be it further enacted by the authority aforefaid,* That the county courts in each and every county, and every juftice of the peace in each refpective county, fhall have full power to iffue citations againft perfons coming within the above defcription, as officers, merchants, traders, factors, ftorekeepers, or agents, and to demand furety on recognizance if neceffary, and to require their attendance at the next enfuing court to be held for the county : and if any perfon fo cited (due proof being made thereof) fhall fail or neglect to attend, or attending fhall refufe to take the faid oath or affirmation, (as the cafe may be) then the faid court fhall and may have full power and authority to order fuch perfon to depart out of this ftate to Europe or the Weft-Indies, within fixty days, and may take bond and fecurity, in the name of the governor, for the benefit of the ftate, for faithful compliance with fuch order ; and if any perfon fo ordered fhall fail or neglect to depart within the limited time, fuch bond fhall be forfeited to the ftate, without good and fufficient reafons fhewn to, and approved of by the governor and council ; and the juftices, or any of them, in the county wherein the perfon fo failing or neglecting to depart fhall be found, fhall and may caufe him to be apprehended and brought before the court of the county where the order was made ; and the faid court fhall in fuch cafe fend the perfon fo offending as fpeedily as may be out of the ftate, either to Europe or the Weft-Indies, at the coft and charges of fuch offender, and to this end fhall and may direct the clerk of the court to iffue an order or orders to any fheriff in the ftate to feize and fell fo much of the goods and chattels, lands and tenements, of fuch perfon within his bailiwick, as may be judged neceffary by faid court to defray fuch cofts and charges, together with the cofts and charges of apprehending and confining fuch perfon until he fhall be fent out of the ftate; and the fheriff to whom fuch order of court fhall be directed, is hereby required to obey the fame, and to execute proper conveyances; and to return the money arifing by any fale made by virtue of fuch order, after deducting his fees and commiffions as in other cafes, to the next county court of the county from whence fuch order iffued, under the penalty of five hundred pounds, current money ; to be recovered by action of debt, in any court having cognizance thereof, one half for the ufe of the ftate, the other half to the perfon that fhall fue for the fame ; and if any furplus fhall remain after paying all cofts and charges for apprehending, confining, and fending fuch perfon out of the ftate, then the county court fhall caufe fuch furplus to be paid the owner. *Provided neverthelefs,* That all and every fuch perfon and perfons fhall have liberty to fell and difpofe of his or their eftates, and after fatisfying all juft demands, to export the amount in produce (provifions and naval-ftores excepted) and may alfo nominate and appoint an attorney or attornies to fell and difpofe of his or their eftates, for his or their ufe and benefit ; but in cafe any real eftate belonging to any fuch perfon fhall remain unfold for more than three months next after the owner thereof hath departed this ftate, the fame fhall be forfeited to and for the ufe of the public.

**Pen. on perfons returning.** VII. *And be it further enacted,* That if any perfon fo departing, or fent off from this ftate, fhall return to the fame, then fuch perfons fhall be adjudged guilty of treafon againft the ftate, and fhall and may be proceeded againft in like manner as is herein directed in cafes of treafon.

VIII. And whereas among other things it was enacted in an act, entitled " An act for declaring what crimes and practices againft the ftate fhall be treafon, and what fhall be mifprifion of treafon, and providing punifhments adequate to crimes of both claffes, and for preventing the dangers which may arife from perfons difaffected to the ftate," that each and every juftice in each refpective county may cite any perfon or perfons to appear before the county court where fuch perfon or perfons ufually refide, and take the aforefaid oath or affirmation ; and in cafe of non-attendance or refufal, the faid court fhall and may have full power to compel fuch perfon or perfons to leave the ftate, under the fame regulations herein mentioned in other cafes. And as fome fcruples have arifen with refpect to the manner by law required for the fervice of fuch citations, and as by many it has been held that a fervice upon the perfon of him intended to be cited was neceffary, before his attendance in court could be legally compelled, as many fufpected perfons by continual abfence from their place of abode, or frequently removing from thence, have rendered the fervice of fuch perfonal citations difficult, and in fome cafes impracticable, whereby they evade the intentions of the faid act, and cannot be obliged to take the faid oath prefcribed, nor be made fubject to the penalties ordained for neglecting or refufing the fame : and whereas there is great reafon to believe that there are divers perfons whofe intentions are inimical to the ftate, who would in cafe of invafion by our enemies, or the expectation of immediate fupport of them, carry fuch intentions into practice, but who artfully in their open demeanor and deportment betray no fuch defign, whereby from not incurring particular fufpici-

on, they have efcaped being cited ; and as it becomes the duty of every menber of fociety to give proper 2,1777. 231 affurance of fidelity to the government from which he enjoys protection, and by their refufal fo to do, the voice of reafon and juftice, confirmed by the practice of all nations, proclaim that they fhould no longer enjoy the privileges of freemen of the faid ftate ; and as the penalties ordained by the faid act have been in a great meafure evaded by the difficulty or impoffibility of procuring veffels to tranfport all fuch recufants beyond fea, or from their being unable to pay the expence of the voyage, by which means fuch perfons ftill remain within this ftate, without fuffering the penalties they have juftly deferved ; *Be it further enacted by the authority aforefaid,* That the county court of each refpective county which fhall fit after the laft day of February, fhall divide the county into feveral diftricts, in each of which fhall refide one or more juftices of the peace, which faid juftices within their refpective diftricts are hereby enjoined and required to adminifter fuch oath of allegiance or affirmation, as the cafe may be, to all free male perfons above fixteen years of age (perfons *non compos mentis,* prifoners of war, only excepted) and fuch juftice or juftices in their refpective diftricts fo allotted to him or them, fhall immediately after the fitting of the faid court, in different parts of the faid county, one of which fhall be the court-houfe of the fame, and alfo upon the church, if any there be, poft and publifh a notice in writing of the places and times when and where he or they will attend within their refpective diftricts to adminifter fuch oath or affirmation ; and all fuch perfons who are inhabitants of the faid diftricts refpectively (and it is declared that a refidence of one week fhall in this inftance conftitute any perfon an inhabitant, feafaring perfons and foreign traders excepted) being above the age of fixteen years, and of found mind, fhall at fuch time attend upon fuch juftice of the peace, and take the oath or affirmation required, as the cafe may be, and fubfcribe the fame in a book which fuch juftice or juftices fhall keep for that purpofe, or in cafe of fuch juror or affirmant not being able to write, the juftice fhall write fuch juror or affirmant's name, which book or lift fhall at the next fucceeding court be returned to the faid court, together with the names of thofe within his or their refpective diftrict refufing or neglecting the fame ; and if any perfon (fuch only as are by this act excepted) fhall fail to attend, or attending at fuch time and place as he fhall have been warned by fuch public notice, fhall refufe to take the oath, or make fuch affirmation, as the cafe may be, except excufed by ficknefs or unavoidable neceffity, or other fufficient reafon, to be adjudged of by the next county court, the party offering fuch excufe proffering at the fame time to take fuch oath or affirmation, as the cafe may be, which in this cafe fuch county court are directed to adminifter, fuch perfon or perfons fo offering, fhall be ordered by the faid county court next after fuch failure or neglect, to take the faid oath, or quit the ftate, and depart to the Weft-Indies or Europe in fixty days ; and if he or they fhall fail fo to do, and fhall at the expiration of fuch term be found within this ftate, then the county court fhall and may, at their difcretion, either exercife the fame power and authority with refpect to fuch perfon or perfons, in order to compel his or their departure out of this ftate, as is herein before provided, with regard to the late officers of the King of Great-Britain, and perfons who have traded to Great-Britain or Ireland within ten years laft paft, or been concerned for, or employed by perfons trading thereto, within the time aforefaid, or permit him to remain within the ftate.

IX. *And be it further enacted by the authority aforefaid,* That all perfons failing or refufing to take the oath of allegiance, and permitted by the county courts, as immediately aforefaid, to remain in the ftate, fhall be adjudged incapable and difabled in law to have, occupy or enjoy, any office, appointment, licence, or election of truft or profit, civil or military, within this ftate, and fhall not be capable of being elected to, or aiding by their votes to elect another to be a member of affembly, and fhall not by themfelves, or by deputy, attorney or truftee, execute any fuch office, truft or appointment, and fhall be difabled to profecute any fuit at law or equity, or to be guardians, executors or adminiftrators, or capable of any legacy, or deed of gift of lands, and fhall be difabled from taking any lands by defcent or purchafe, or conveying lands to others for any term longer than for one year, and fhall not keep guns or other arms within his or their houfe, but the fame may be feized by a written order of a juftice of the county in which he or they refide ; and after the expiration of the faid fixty days, he or they fhall not be permitted to depart this ftate without permiffion firft had and obtained from the governor and council ; and in cafe of being fuffered to depart, fhall give bond and fufficient fecurity, if fuch fhall be required, not to be aiding to the enemies of this ftate during his or their abfence ; and in cafe of their departure without fuch permiffion had, he or they fhall forfeit all their goods and chattels, lands and tenements, to the ufe of the ftate. *Provided nevertheless,* That all and every perfon who has already taken the oath, or made the affirmation prefcribed, before any authority competent by law to receive the fame, upon his producing a certificate of the fame to

*Marginal notes:*

County divided into diftricts, and oath to be administered.

Proceedings againft perfons liable to take the oath, who neglect or refufe.

Disabilities of perfons suffered to remain.

Proviso.

Case 1:22-cv-00986-GTS-CFH Document 49-21 Filed 08/30/23 Page 1 of 3



## CHAP. III.

*An act to oblige the free male inhabitants of this state above a certain age to give assurance of Allegiance to the same, and for other purposes.*

**WHEREAS** allegiance and protection are reciprocal, and those who will not bear the former are not entitled to the benefits of the latter, Therefore *Be it enacted by the General Assembly,* that all free born male inhabitants of this state, above the age of sixteen years, except imported servants during the time of their service, shall, on or before the tenth day of October next, take and subscribe the following oath or affirmation before some one of the justices of the peace of the county, city, or borough, where they shall respectively inhabit; and the said justice shall give a certificate thereof to every such person, and the said oath or affirmation shall be as followeth, viz. 'I do swear or affirm, that I renounce and refuse all allegiance to George the third, king of Great Britain, his heirs and successours, and that I will be faithful and bear true allegiance to the commonwealth of Virginia, as a free and independent state, and that I will not, at any time, do, or cause to be done, any matter or thing that will be prejudicial or injurious to the freedom and independence thereof, as declared by congress; and also, that I will discover and make known to some one justice of the peace for the said state, all treasons or traiterous conspiracies which I now or hereafter shall know to be formed against this or any of the United States of America.' And the form of the said certificate shall be as follows, to wit: 'I do hereby certify, that     hath taken and subscribed the oath or affirmation of allegiance and fidelity, as directed by an act of general assembly intituled An act to oblige the free male inhabitants of this state above a certain age to give assurance of allegiance to the same, and for other purposes. Witness my hand and seal, this     day of

                **A. B.'**

*And be it farther enacted,* That the justice of the peace before whom such oath or affirmation shall be subscribed shall keep fair registers of the names of the

*Marginal notes:*
- All free born males, above 16 years old, to take the oath of allegiance.
- Form of the oath.
- Justices to keep registers; and transmit re-

VOL. IX           L 2

LAWS OF VIRGINIA.

*turns to clerks of courts,* names of the persons so sworn or affirmed, and the time when; and shall, on or before the first day of January in every year, transmit, in writing, under his hand and seal, to the clerk of the court of the county, city, or borough, a true list of the names of those who, within the same year, have so sworn or affirmed before them respectively.

*Persons appointed to tender oath.* *And be it farther enacted, by the authority aforesaid,* That within one month after the passing of this act, or at the next succeeding court, the court of every county in this commonwealth shall appoint some of their members to make a tour of the county, and tender the oath or affirmation aforesaid to every free born male person *Those refusing to be noted.* above the age of sixteen years, except as before excepted; and that in the certificate directed to be returned, of those who take the oath or affirmation, shall be men- *Recusants to be reported to county lieutenant, who is forthwith to disarm them.* tioned the names of such as refuse. And the justices tendering such oath or affirmation are hereby directed to deliver a list of the names of such recusants to the county lieutenant, or chief commanding officer of the militia, who is hereby authorised and directed forthwith to cause such recusants to be disarmed.

*Person disarmed compelled to attend musters but exempted from fines for not appearing armed.* *Provided,* That the person so disarmed shall, nevertheless, be obliged to attend musters, but shall be exempted from the fines imposed for appearing at such musters without arms, accoutrements, and ammunition.

*Incapacities of those refusing to take the oath of allegiance.* *And be it farther enacted,* That every person above the age before mentioned, except as before excepted, refusing or neglecting to take and subscribe the oath or affirmation aforesaid, shall, during the time of such neglect or refusal, be incapable of holding any office in this state, serving on juries, suing for any debts, electing or being elected, or buying lands, tenements, or hereditaments.

*Oath to be taken by those coming from any of the United States.* *And be it farther enacted,* That all persons coming from any of the other United States into this state are hereby required to apply to one of the nearest justices after he enters this state, and take or subscribe an oath or affirmation, renouncing all allegiance to the king of Great Britain, and promising that he will not do any thing prejudicial to the independence of the United States of America, as declared by the general congress; *Consequence of neglect.* and upon neglecting so to do, he shall be liable to be taken before a justice, who shall tender him the said oath or affirmation, and upon his refusal to take and subscribe the same, the said justice shall, and is here-

by required, to commit him to the jail of the county, city, or borough, there to remain without bail or mainprize, until he shall take and subscribe the said oath or affirmation, or give bond and security immediately to depart this commonwealth, which bond shall be payable to the governour, for the time being, for the use of the commonwealth.

*Provided nevertheless,* That prisoners of war, regular officers and soldiers in the pay of the continent or of this state, merchants and mariners trading in the ports of this state from foreign powers in amity with the United States, and not become resident, are declared not to be within the intent and meaning of this act.

Who not within the meaning of this act.

*And be it farther enacted,* That this act shall be publickly read by the sheriff of every county in this commonwealth at the door of the courthouse of his county, on some court day, on or before the first day of September next, and also by every minister of the gospel, or reader, immediately after divine service, at every church or meeting-house where they officiate, on some Sunday within the said time. And every sheriff, minister, or reader, failing so to do, shall forfeit and pay the sum of ten pounds, to be recovered, with costs, by the informer, before the court of the county where the offence shall be committed.

How this act to be published.

## CHAP. IV.

*An act for establishing a Loan office for the purpose of borrowing money for the use of the United States, and appointing a Commissioner for superintending the same.*

[Chan. Rev. p. 50.]

I. WHEREAS the general congress, on the third day of October last, did resolve that five millions of continental dollars should be immediately borrowed for the use of the United States of America, for the re-payment of which money lent, at the end of three years, with the interest annually, at the place where the same is

United States, loan office established.

JOURNAL OF THE COMMITTEE OF SAFETY.          **389**

"In Committee of Safety,
"New-York, March 27th, 1776.

"Whereas the Continental Congress, on the 14th inst. did · recommend to the several Assemblies, Conventions and Councils or Committees of Safety of the United Colonies, immediately to cause all persons to be disarmed within their respective Colonies, who are notoriously disaffected to the cause of America, or who have not associated and refuse to associate to defend by arms these United Colonies against the hostile attempts of the British fleets and armies, and to apply the arms taken from such persons in each respective Colony, in the first place, to the arming the Continental troops raised in said Colony ; in the next, to the arming such troops as are raised by the Colony for its own defence, and the residue to be applied to the arming the associators. That the arms when taken, be appraised by indifferent persons, and such as are applied to the arming Continental troops be paid for by Congress, and the residue by the respective Assemblies, Conventions, or Councils or Committees of Safety :' And whereas the necessity of having the Continental troops and other inhabitants of these Colonies who are disposed and willing to defend the rights of their country immediately armed, renders it highly expedient that the said resolution should be carried into immediate execution. Therefore,

"*Resolved*, That it be recommended to the committees of the several cities, counties, manors, townships, precincts and districts in this Colony, forthwith to cause to be disarmed, all persons within their respective districts who are known to be disaffected to the cause of America, and also all such persons as shall refuse to sign the following association, to wit :

"'We, the subscribers, inhabitants of            in the county of            and Colony of New-York, do voluntarily and solemnly engage and associate, under all the ties held sacred amongst mankind, at the risk of our lives and fortunes, to defend by arms the United American Colonies against the hostile attempts of the British fleets and armies, until the present unhappy controversy between the two countries shall be settled.'

"And that it be recommended to the said committees to use all possible prudence and moderation in carrying said resolve into execution ; and that in such districts where the committees find it absolutely necessary to call in an armed force, they are hereby empowered to order any part of the minute men or common militia of their districts to their assistance, that they and the field officers of the forces shall judge necessary.

"And that the arms so taken be appraised by indifferent persons, appointed by said committees, and that an account be made of their number, the persons they belong to, and their appraised value, and that each one be marked with the initial letters of the person's name from whom they were taken ; and that the arms, together with the account of them, be delivered to the chairman of the committee of the district in which they were so taken, or to such person or persons as shall be appointed by the said committee for that purpose, he or they giving a receipt for the same ; which accounts from the several districts are to be forthwith transmitted to the chairman of, and to be laid before, the county committee, who are hereby directed to transmit an account of the number of arms so taken, and how many of them are fit for immediate service, to the Committee of Safety, or Provincial Congress of this Colony, that they may be enabled to make further order therein ; and in those counties where there are skilful artificers for the purpose that the said committees do cause the said arms to be fitted up with bayonets, steel rammers and other necessary repairs, without delay, at the public expense ; and where there are no such artificers, the committees are to send said arms to the Committee of Safety, or Provincial Congress, as soon as collected."

*Ordered*, That a copy of these resolutions be transmitted to the chairman of the committee of each county in the

98

Colony, who is hereby directed to furnish the chairman of the committees of the several towns, precincts and districts in the county, with copies thereof, without delay.

---

DIE JOVIS, 9 ho. a. m.
*March 28th*, 1776.

The Committee met pursuant to adjournment.

Present—William Paulding, Esqr. *Chairman pro tempore.*
Colo. McDougall, Mr. Prince—*For New-York.*
Mr. Cuyper—*Orange.*
Mr. Adrian Bancker—*Richmond.*
Mr. Paulding—*Westchester.*
Colo. Wm. Williams—*Cumberland.*
Mr. Tredwell—*Suffolk.*
Colo. Morris Graham—*Dutches.*
Mr. Lefferts—*Kings.*

*Ordered*, That the barrack master be, and he is hereby authorized, to supply all the troops which are already or shall hereafter arrive, as also those that may be ordered to Kings county, with the necessary barrack furniture and utensils, as far as those which he has already provided and in store will enable him to supply them with.

*Ordered*, That the barrack master assist Colo. Brewer in providing proper stores for storing provisions and other necessaries for the use of the Continental troops in this city, and that the barrack master be authorized to demand the keys of such stores as he thinks best calculated to answer the purpose ; and further, that he be authorized to enter and take possession of all such stores and deliver them to the care of Colo. Brewer, or his order.

A letter from General Thompson was read and filed, and is in the words following, to wit :

"Gentlemen :—Please to give Mr. Hugh Huges, commissary of military stores, an order for 10,000 flints, and two tons of lead, on the person who is entrusted by you with those articles, and you will much oblige

"Yr. very hble. servant,
"WM. THOMPSON, *Brigr. Genl.*
"New-York, March 26, 1776.
"To the Honble. Committee of Safety."

*Ordered*, That Mr. Richard Norwood, Commissary, deliver to Mr. Hugh Hughes 10,000 flints, and two tons of lead, and that Mr. Norwood take Mr. Hughes' receipt for the same, on Continental account, as being ordered by the Continental general for Continental troops.

John Van Ness, Esqr. colonel of the first minute regiment of Dutchess county, being deceased, whereby the command of that regiment has devolved on Cornelius Humphrey, Esqr. lieutenant-colonel of that regiment ; and Mr. Humphrey being now here in actual service with the said regiment, or a part thereof, and recommended as well qualified to be colonel of the said regiment ;

*Ordered*, That Cornelius Humphrey be appointed colonel of the said regiment of minute men in the place of John Van Ness, Esqr. deceased, and that a commission issue to him accordingly.

Mr. Thomas Lefoy, who served as a lieutenant in Capt. Wynkoop's company in the last campaign, being unprovided for, and the first lieutenancy of Capt. Ambrose Horton's company being yet vacant,

*Ordered*, That a warrant issue to the said Thomas Lefoy, to be first lieutenant in Captain Horton's company, and the same was issued accordingly.

*4 ho. P. M. March 28th*, 1776.

The Committee met pursuant to adjournment.

Present—Mr. Wm. Paulding, *Chairman.*
Mr. Cuyper—*Orange.*
Mr. Moore—*Tryon.*
Mr. Everson, Colo. Morris Graham—*For Dutchess.*

Reproduction by Permmission of Buffalo & Erie County Public Library Buffalo, NY

**GEORGE CLINTON, Esq. Governor.**   227

per cent. on the whole sum which shall come into their hands by virtue of such appointment, before each dividend made, over and above all necessary disbursements in the premises.

XXVIII. *And be it further enacted by the authority aforesaid,* That any judge or judges, mayor or recorder, who have issued any warrant or warrants, in pursuance and by virtue of any act or acts against absent, absconding or concealed debtors, may proceed thereon by virtue of this act; and that trustees appointed by any of the said acts, may exercise all the powers given by this act to such trustees, and shall be subject to such rules, orders and regulations, as in and by this act are appointed.

XXIX. *And be it further enacted by the authority aforesaid,* That if any person or persons shall be sued for any matter or thing done in pursuance or by virtue of this act, it shall and may be lawful for him, her or them, to plead the general issue, and give the special matter in evidence ; and also that this act shall be beneficially construed for the creditors in all courts of record within this state.

‡ 7th sess. ch. 54.   XXX. And whereas, by the first section of the act, entitled, ‡ An act to amend an act, entitled, An act for relief against absconding and absent debtors, and to extend the remedy of the act, entitled, An act for granting a more effectual relief in cases of certain trespasses, and for other purposes therein mentioned, passed May the 4th, 1784, remedy was given to creditors against debtors, designated in the said first section of the said act, with authority to proceed against such debtors in manner as nearly as may be, as is prescribed and directed in and by an act, entitled, An act for relief against absconding and absent debtors, passed 9d day of April, 1775. And whereas the act last mentioned is expired by its own limitation ; *Be it therefore enacted by the authority aforesaid,* That all proceedings hereafter to be had against such debtors as are particularly described in and by the aforesaid first section of the act first aforesaid, shall, as nearly as may be, be in the manner prescribed and directed in and by this act.

---

**C H A P.  XXV.**

*An* A C T *to regulate the Militia.*

Amended,
10th sess. ch. 92.

Passed 4th April, 1786.

I.  **B**E it enacted by the people of the state of New-York, represented in senate, and assembly, and it is hereby enacted by the authority of the same, That
Citizens of 16 and under 45 years of age, to be enrolled by the captain of the beat. every able-bodied male person, being a citizen of this state, or of any of the United States, and residing in this state (except such persons as are herein after excepted) and who are of the age of sixteen, and under the age of forty-five years, shall, by the captain or commanding officer of the beat in which such citizens shall reside, within four months after the passing of this act, be enrolled in the company of such beat.   That every captain or commanding officer of a company, shall also enrol every citizen as aforesaid, who shall, from time to time, arrive at the age of sixteen years, or come to reside within his beat, and without delay notify such enrolment to such citizen so enrolled, by some non-commissioned officer of the company, who shall be a competent witness to prove such notice.   That all disputes which may happen with respect to the age or ability of any person to bear arms, shall be determined by the captain or commanding officer of the company, with a right of appeal by the person who may conceive himself aggrieved, or by any other person by

**JA322**

228        L A W S  OF  N E W - Y O R K,  Ninth Seſſion.

longing to the company, to the colonel or commanding officer of the regi-

*Militia how to be armed and accoutred.* ment.  That every citizen ſo enrolled and notified, ſhall, within three months thereafter, provide himſelf, at his own expence, with a good muſket or firelock, a ſufficient bayonet and belt, a pouch, with a box therein to contain not leſs than twenty-four cartridges ſuited to the bore of his muſket or firelock, each cartridge containing a proper quantity of powder and ball, two ſpare flints, a blanket and knapſack; and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe or duty, as herein after directed, except that when called out to exerciſe only, he may appear without blanket or knapſack.  That the commiſſioned officers ſhall be reſpectively armed with a ſword or hanger, and an eſpontoon.  That the commander in chief for the time being ſhall, by general orders, arrange the whole militia into commands, as nearly equal as conveniently may be, of brigades, regiments and companies, and may, from time to time, alter ſuch arrangements as he ſhall think proper; and that to each brigade of infantry there ſhall be one company of artillery, and one troop of horſe.  That each regiment of infantry ſhall conſiſt of two battalions, each battalion to be compoſed of four companies, and each company of

|                     |                  |
|---------------------|------------------|
| One captain,        | Four corporals,  |
| One lieutenant,     | One drummer,     |
| One enſign,         | One fifer,       |
| Four ſerjeants,     |                  |

*Serjeants, corporals, drummers and fifers, to be appointed by the captain.* And not leſs than ſixty-five privates, as nearly as local circumſtances will admit.  The ſerjeants, corporals, drummers and fifers to be, from time to time, appointed by the captain or commanding officers of the ſeveral companies.  And if any non-commiſſioned officer ſo to be appointed, ſhall refuſe to accept the office to which he ſhall be appointed, he ſhall forfeit the ſum of forty ſhillings, to be adjudged, levied and diſpoſed of as is herein after directed, with reſpect to fines for neglecting or refuſing to appear to exerciſe.  That each regiment ſhall be commanded by three field officers, viz.  One lieutenant-colonel commandant, and two majors; and that to each regiment there ſhall be a regimental ſtaff, to conſiſt of

|                        |                       |
|------------------------|-----------------------|
| One adjutant,          |                       |
| One Quarter-maſter,    | } To rank as lieutenants, |
| And one pay-maſter,    |                       |
| One ſurgeon, and       |                       |
| One ſurgeon's mate.    |                       |

And that to each regiment there ſhall be two light-infantry companies, compoſed of ſuch active young men as ſhall voluntarily engage in ſuch infantry companies, and who ſhall form on the flanks of the regiment, and be clothed in ſuch uniform as is herein after directed.  That four regiments thus conſtituted, ſhall form a brigade, to be commanded by a brigadier-general, who may nominate his own brigade-major, which brigade-major ſhall rank as captain.

That each troop of horſe ſhall conſiſt of

|                          |                       |
|--------------------------|-----------------------|
| One captain,             | Four corporals,       |
| One captain-lieutenant,  | One ſaddler,          |
| One lieutenant,          | One farrier,          |
| One cornet,              | One trumpeter, and    |
| Four ſerjeants,          | Forty horſemen,       |

### GEORGE CLINTON, Efq. Governor.   229

Each trooper to furnifh himfelf with a ferviceable horfe, at leaft fourteen hands high, a good faddle, bridle, houfing, holfters, breaft-plate and crupper, a pair of boots and fpurs, a pair of piftols, a fabre, a cartouch-box to contain twelve cartridges for his piftols; and that the commiffioned officers fhall be armed with a fword and pair of piftols, the holfters of which to be covered with bearfkin caps.

That each company of artillery fhall confift of

| | |
|---|---|
| One captain, | Six gunners, |
| One captain-lieutenant, | Six bombardiers, |
| Three lieutenants, | One Drummer, |
| Six ferjeants, | One fifer, and |
| Six corporals, | Thirty-two matroffes. |

Each commiffioned officer fhall be armed with a fword or hanger, a fufee, bayonet and belt, and cartridge box, to contain twelve cartridges, and each artillerift fhall furnifh himfelf, at his own expence, with all the equipments, of a private in the infantry, until proper ordinance and field artillery can be provided by the ftate; the drum and fife to be provided by the commiffioned officers of the company.   That each company of artillery *Artillery company, and troop of horfe, to be formed of volunteers.* and troop of horfe fhall be formed of volunteers from the diftrict of the brigade, within which they refide, and fhall be uniformly clothed in regimentals, to be furnifhed at their own expence, the colour and fafhion of which to be determined by the brigadier commanding the brigade.   That on every enliftment of a volunteer into the horfe, artillery or light-infantry, the captains of fuch troops or companies refpectively, fhall immediately certify the fame to the captain of the beat from which fuch volunteer fhall inlift.   That each regiment fhall be provided with ftate and regimental colours, at the expence of the field officers, and each company with a drum and fife, at the expence of its commiffioned officers.   That all the militia of the ftate fhall rendezvous *Militia to rendezvous four times in a year.* four times in every year, for the purpofe of training, difciplining and improving in martial exercifes, twice by companies within their beats, once by regiments, and once by *‡ Altered, 10th feff. ch. 92. fec. 2.* ‡ brigades; the time and place of rendezvous for the companies to be appointed by the colonel or commanding officer of the regiment, and arranged on different days, that the field and ftaff officers may have an opportunity of attending the feveral companies exercifed in detail, in order to introduce uniformity in the manœuvres and difcipline of the regiment.   That each commanding officer of a regiment fhall appoint a regimental parade at fome convenient place, as nearly central as may be, within the diftrict of his regiment; and each brigadier-general fhall appoint a brigade parade at fome convenient place within the diftrict of his brigade, as nearly central as may be; at which brigade parade fuch brigade fhall rendezvous on fuch days as the commander in chief fhall appoint by general orders; and which days fhall be fo arranged, that the adjutant-general may be enabled to vifit and review them at their refpective brigade parades.   That there fhall be an adjutant-general of the militia, whofe duty fhall be to diftribute all orders from the commander in chief to the feveral corps, and once in every year review the brigades; to attend the refpective brigades on their refpective parades; and the regiment of infantry, and companies of artillery and cavalry, during the time of their being under arms, purfuant to this act; and fhall infpect their arms, ammunition, accoutrements and clothing; fuperintend their exercifes and manœuvres, and introduce a fyftem of military difcipline throughout the ftate, agreeable to fuch orders as he fhall

230    L A W S of N E W - Y O R K, Ninth Seſſion.

from time to time, receive from the commander in chief; to furniſh blank forms of different returns that may be required, and explain the principles on which they ſhall be made; that within three weeks after he ſhall have finiſhed his annual review, he ſhall deliver to the commander in chief, a return of all the militia of the ſtate, reporting the actual ſituation of the arms, accoutrements and ammunition of the ſeveral corps, their delinquencies, and every other thing which in his judgment may relate to their police, and the general advancement of good order and military diſcipline; that he ſhall have the rank of lieutenant-colonel, and ſhall be allowed, as a full compenſation for all the ſervices he is required to perform by this act, at and after the rate of two hundred and fifty pounds for every year.   That to every brigade there ſhall be an inſpector, to rank as major, whoſe duty it ſhall be to attend the regimental parades, and ſhall then and there inſpect their arms, ammunition, accoutrements and clothing; ſuperintend their exerciſes and manœuvres, and introduce a proper ſyſtem of military diſcipline throughout his brigade, agreeable to ſuch orders as he may, from time to time, receive from the

*Light-infantry companies, at the annual review, to be formed into a regiment. Altered, 10th ſeſſ. ch. 92. ſec. 7.*

adjutant-general.   That at the annual brigade rendezvous, the light-infantry companies of the regiments compoſing the brigades, ſhall be formed into a regiment, to be commanded by ſuch field officers as the commanding officer of the brigade ſhall appoint for that ſervice.   That when ſo embodied, they ſhall continue together at leaſt four days, and perform ſuch manœuvres and evolutions, under the direction of the adjutant-general, as he ſhall aſſign them.   That the artillery company and troop of horſe belonging to each brigade, ſhall, during ſuch ſervice, be attached to and remain with the regiment of light-infantry, and be ſubject to the orders of the commanding officer thereof.   That every regimental commiſſioned officer ſhall report his acceptance of his appointment, within ten days from his receiving notice thereof, to the commanding officer of the regiment, who ſhall, in like manner, within ten days, make return thereof to his brigadier.   The commiſſioned officers of cavalry and artillery ſhall alſo notify the acceptance of their appointments, within ten days after they have received notice, to their captains, and the captains ſhall make ſimilar returns to their brigadiers within ten

*General court-martial.*

days.   That a general court-martial ſhall conſiſt of thirteen commiſſioned officers, who ſhall appoint their own judge-advocate; which judge-advocate ſhall tender to each member, and each member is hereby enjoined to take the following oath;

Y̶OU     do ſwear, That you will, well and truly try and determine, according to evidence, the matter now depending between the people of the ſtate of New-York, and the priſoner or priſoners to be tried; and you do further ſwear, That you will not divulge the ſentence of the court, until the ſame ſhall be approved of, purſuant to this act; neither will you, upon any account, at any time whatſoever, diſcloſe or diſcover the vote or opinion of any particular member of the court-martial, unleſs required to give evidence thereof by a court of juſtice, in a due courſe of law.   So help you God.

And the preſident is hereby authoriſed to tender to the judge-advocate, who is hereby enjoined to take the following oath;

Y̶OU     do ſwear, That you will not, upon any account, at any time whatſoever, diſcloſe or diſcover the vote or opinion of any particular member of the court-martial, unleſs required to give evidence thereof as a