### GEORGE CLINTON, Esq. Governor. 231

Witness, by a court of justice, in a due course of law; and that you will not divulge the sentence of this court, until the same shall be approved, pursuant to this act.  So help you God.

*Commissioned officers when convicted how to be punished.*  That every commissioned officer who shall be convicted by a general court-martial, of having refused or neglected to perform any of the duties of his office, shall be punished according to the nature and degree of his offence, at the discretion of the said court, either by fine or removal from his office.   Provided, No fine shall exceed ten pounds for the first offence, or fifty pounds for any subsequent offence ;  which fine shall be levied and collected by warrant under the hand and seal of the commanding officer of the brigade, directed to any serjeant of the regiment to which such officer, on whom such fine is imposed, may belong, in like manner as the fines herein after mentioned to be recovered of non-commissioned officers and privates, for neglect or refusal of duty.   That the commanding officer of a brigade may order courts-martial for the trial of offences within his brigade ; the members of which shall be warned for that duty by the brigade-major, who is to keep a roster for that purpose.  That the proceedings and sentence of every court-martial, by which any officer shall be removed from office, shall be in writing, signed by the president thereof; and that all proceedings and sentences shall, by the president, be delivered to the commanding officer of the brigade, to be by him transmitted to the commander in chief, who shall approve or disapprove of the same in orders ; and that all other proceedings and sentences of brigade courts-martial, shall be delivered by the president thereof to the commanding officer of the brigade, who shall approve or disapprove of the same in orders.   That a court-martial for the trial of general officers, shall be ordered by the commander in chief, and composed of general and field officers, who shall be warned to that duty by the adjutant-general, from a roster to be by him kept for that purpose.   That the proceedings and sentences of such courts shall be transmitted by the presidents thereof, to the commander in chief, who shall confirm or disapprove of the same in general orders.   Provided, That no sentence of a court-martial on a general officer, shall go farther than removal from office.   That all sentences of courts-martial, by which any officer shall be removed, and which shall be approved by the commander in chief, shall, by him, from time to time, be laid before the council of appointment, to the end that the person administring the government of this state for the time being, by and with their advice and consent, may appoint others instead of the officers so removed from office.   That every non-commissioned officer or private, who shall neglect to appear when warned in pursuance of this act, without sufficient excuse, shall, for every day he neglects to appear at the brigade rendezvous, forfeit the sum of twenty shillings, and shall, for every day he neglects to appear at the regimental or company parades, forfeit the sum of eight shillings ; and if he shall not be armed and equipped according to the directions of this act, when so appearing, without sufficient excuse, he shall, for every deficiency, forfeit the sum of one shilling ; and appearing without a musket, the sum of four shillings.   That the commissions to be granted to officers of the militia, shall be numbered ; and the officers of the same grade shall take ‡ rank according to the numbers marked on their respective commissions ; and when officers of different corps shall meet on duty, the rank of officers of the like grade shall be determined by

*Courts-martial for the trial of general officers, how to be ordered and conducted.*

*Commissions to be numbered, and officers to take rank according to such numbers.*
‡ Altered, 10th sess. ch. 92. sec. 3.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page2 of 128

232    L A W S of  N E W - Y O R K,  Ninth Seffion.

ballot, by the commanding officer of the whole then prefent.  That one

*No brigade, regiment or company, entitled to rank.* brigade, regiment, or company of foot (except the light-infantry companies herein before mentioned) fhall not be confidered as older, or having rank or preference of the other; but each brigade, regiment, or company, fhall be polled in the line, or on command, as the commanding officer fhall think proper.   That all fines arifing from offences in a company only, fhall be adjudged of, and impoſed by the commiffioned officers of the ſaid company; or the major part of them; and all fines to arife from offences on calling out the regiment or brigade, with refpect to the non-commiffioned officers and privates, fhall be adjudged and inflicted by the major part of the field officers of the regiment, and fhall be levied, with cofts, not exceeding three fhillings, by warrant from the colonel or commanding officer of the regiment, or captain,  or commanding officer of the company, as the caſe may be, directed to one or more ferjeants, by diſtreſs and ſale of the goods and chattels of the offenders refpectively.   And in caſe any fuch defaulter fhall be under age, and live with his father or mother, or fhall be then an apprentice or ſervant, the mafter or miſtreſs, or father or mother, as the caſe may be, fhall be liable to pay the faid fine,  with cofts; and in default of payment, the faid ferjeant fhall levy the ſame upon the goods and chattels of fuch father or mother, or mafter or miſtreſs; fuch

*To be paid into the treaſury of this ſtate. Altered, 10th ſeſſ. ch. 92. ſec. 7.* fines, when recovered, to be paid by the ferjeant or ſerjeants, to the officer granting fuch warrant, whoſe duty it fhall be to account for, and pay the ſame to the commanding officer of the brigade; and fuch commanding officer fhall pay

*City of New-York to raiſe one regiment of artillery.* the ſame into the treaſury of this ſtate.  That the city and county of New-York fhall raiſe one regiment of artillery, to confiſt of as many companies as the commander in chief fhall judge neceffary, not to exceed four; which companies fhall confiſt of the ſame number of officers, non-commiffioned officers, and matroſſes, as the artillery companies herein before mentioned.   That fuch regiment of artillery fhall have three field officers, fhall be armed and accoutred in the ſame manner as the other artillery companies mentioned in this act, until further provifion is made therein by law, and fhall be called out to exerciſe, by orders from the commander in chief, at leaſt ſix times in every year, and be ſubject to the ſame fines and penalties as are inflicted by this act for the neglect or refuſal to do duty, or being deficient in any arms or equipments.

II.  *And be it further enacted by the authority aforeſaid,* *Commander in chief, in caſe of invaſion, may order out the militia, &c.* That the commander in chief for the time being, may, in caſe of invaſion or other emergency, when he fhall judge it neceffary, order out any proportion of the militia of the ſtate, to march to any part thereof, and continue as long as he may think neceffary; and likewiſe may, in confequence of an application from the executive of any of the United States, on an invaſion, or an apprehenfion of an invaſion of fuch ſtate, at his diſcretion, order any number of the militia, not exceeding one third part thereof, to fuch ſtate.   Provided, That they be not compelled to continue on duty out of this ſtate more than forty days at any one time : That while in actual ſervice, in confequence of being fo called out, they fhall receive the ſame pay and rations, and be ſubject to the ſame rules and regulations, as the troops of the United States of America.

III.  *And be it further enacted by the authority aforeſaid,* *Certain characters exempted from militia duty.* That the lieutenant-governor, members and officers of congreſs, and their ſervants not citizens of this ſtate, mem-

### GEORGE CLINTON, Esq. Governor. 233

bers of senate and assembly, the clerks of senate and assembly, the chancellor, chief justice and other justices of the supreme court, judge of the court of probates, and all other judicial officers, secretary, treasurer, attorney-general and auditor of this state, surveyor-general, registers of courts, sheriffs, coroners and gaolers, two ferrymen employed to each boat, and e furrogates in the several counties, all ministers or preachers of the gospel, physicians and surgeons, except in their respective professions and callings, the professors, tutors and students of Columbia college, post-officers, and stage-drivers who are employed in conveying the mails of the post-office of the United States, all school-masters engaged for six months, the actual attendant of every grist-mill, and the fire-men of the cities of New-York and Albany, and of the township of Brooklyn, and twenty fire-men, to be from time to time appointed by the majority of the magistrates of the county of Albany, residing in the township of Schenectady, notwithstanding their being above sixteen and under forty-five years of age, shall be, and hereby are exempted from training or doing duty in the militia.

IV. *And be it further enacted by the authority aforesaid,*

*Quakers, instead of duty, to pay 40s. per annum.* That all persons, being of the people called Quakers, who would otherwise be subject to military duty, by virtue of this act, and who shall refuse personal military service, shall be exempted therefrom, on paying annually the sum of forty shillings each for such exemption ; such sum to be assessed on each of them respectively by the assessors, and collected by the collectors of the districts wherein they respectively reside, with the contingent charges of the county, and paid to the county treasurer, who shall pay the same into the treasury of this state, to be applied towards the support of government ; and it is hereby made the duty of every captain of infantry, within three months after he shall have received his commission, and yearly and every year thereafter, on the first Monday of June in every year, to make a list of the names of all and every person and persons within his beat, who being of the people called Quakers, shall neglect or refuse personally to perform military service, and deliver such list, in the city of New-York, to the clerk of the said city, and in each of the other counties of this state, to the supervisor of the town, precinct or district where such person or persons so neglecting or refusing to perform military service, shall respectively reside. And the clerk of the said city of New-York shall forthwith, after receiving such lists, deliver the same to the mayor, aldermen and commonalty of the said city, in common council convened. And the mayor, recorder and aldermen of the city of New-York, or any three of them, in the said city, and the supervisors, or major part of them, of each of the other counties of this state, respectively, shall, at their first meeting after the delivery of such lists, cause tax-lists to be made out, according to such lists so delivered, with warrants thereon, under their hands and seals, directed to the collector of the ward, town, precinct or district in which such persons named in such lists, respectively reside, for levying the sum of forty shillings, of the goods and chattels of each of the persons named in the same lists. And the said collectors are hereby respectively authorised and required to demand and receive of each of the persons named in such tax-list, the said sum of forty shillings ; and in default of payment, such collector shall levy the said sum of forty shillings, by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same ; and in case any person named in such tax-list shall be under age, and live with his father or mother,

H h

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page4 of 128

fhall be then an apprentice or fervant, the mafter or miftrefs, or father or mother as the cafe may be, fhall be liable to pay the faid fum of forty fhillings, for fuch perfon fo under age ; and in default of payment, the collector fhall levy the fame by diftrefs, and the fale of the goods and chattels of fuch father or mother, mafter or miftrefs ; and the faid refpective collectors fhall refpectively pay the faid monies to the city or county treafurer, deducting their fees for collecting, on or before the firft Monday in January in every year ; and the county treafurers fhall refpectively pay the fame to the treafurer of this ftate, deducting his fees for receiving the fame, on or before the firft Monday in March in every year.   And the collectors and county treafurers fhall have the like fees for collecting and receiving the faid monies, as they are refpectively entitled to for collecting and receiving the monies raifed for defraying the neceffary and contingent charges of the faid city or counties.

_[The 5th fection of this act is repealed, 10th feff. ch. 92. fec. 4. and the 6th, 7th and 8th fections are thereby become obfolete.]

IX. *And be it further enacted by the authority aforefaid,* That the commander in chief fhall, from time to time, arrange the militia in two divifions, as nearly equal as circumftances in his opinion will admit of.

X. And whereas from the great extent of the counties of Wafhington and Montgomery, fome of the inhabitants would be fubject to great expence and difficulty, if they were obliged to attend at regimental and brigade parades ; *Be it therefore enacted by the authority aforefaid,* That it fhall and may be lawful for the refpective commanding officers of the militia in each of the faid counties, to exempt fuch perfons from attending regimental and brigade parades, as fhall live at a greater diftance than thirty miles from fuch parades aforefaid.

*Thofe perfons in Wafhington & Montgomery who live above 30 miles from the regimental and brigade parades, excufed from attending.*

XI. And whereas, from the infular fituation of the county of Richmond, it will be attended with much inconvenience and expence, if the militia thereof fhould be compelled, for the purpofe of improving in military difcipline, to attach themfelves to the militia of any other county : Therefore, *Be it further enacted by the authority aforefaid,* That the militia of the faid county of Richmond, fhall be formed into one regiment, to confift of as many companies as the commander in chief fhall judge neceffary ; which regiment fhall meet four times in the year, in the manner, and during the periods which the other militia of this ftate are directed to meet ; but fuch regiment fhall be infpected in the faid county, by fuch infpector of the militia of the city and county of New-York, as the commander in chief fhall direct, and fhall be attached to, and confidered as part of the militia of the city and county of New-York, and be fubject to the immediate command of the fenior brigadier of the faid city and county, as part of his brigade.

*Militia in Richmond to be formed into one regiment,*

*And confidered as part of the militia of New-York.*

XII. *And be it further enacted by the authority aforefaid,* That if a fufficient number of volunteers fhall not offer themfelves to compofe the infantry companies of any regiment, it fhall and may be lawful, from time to time, when a deficiency in the compliment of any fuch company fhall arife, to and for the field officers of the regiment to caufe a lift to be made, of all the young men enrolled in the diftrict of fuch regiment, above the age of fixteen, and under the age of twenty-fix years, and who fhall not already have inlifted in the faid infantry companies, and fhall, by lot, determine which of

## GEORGE CLINTON, Esq. Governor. 235

the said young men shall be compelled to attach themselves to the said companies of infantry.

*Mode of ordering out the militia in times of invasion.* XIII. *And be it further enacted by the authority aforesaid,* That it shall and may be lawful to and for any major-general, or commanding officer of a brigade, or commanding officer of a regiment, when, and as often as any invasion may happen, to order out the militia under their respective commands, for the defence of this state, giving notice of such invasion and every circumstance attending the same, as early as possible, to their immediate commanding officer, by whom such information shall be transmitted, with the utmost expedition, to the *Officers duty in cases of insurrections.* commander in chief. And that in cases of insurrections, the commanding officer of the regiment within the limits of which any such insurrection may happen, shall immediately assemble his regiment under arms, and having transmitted information thereof to the commanding officer of the brigade, and to the commander in chief, shall proceed to take such measures to suppress such insurrection, as to any three of the judges or justices of the county in which such insurrection shall happen, *Persons disabled in opposing any invasion or insurrection, to be provided for at the public expence.* shall appear most proper and effectual. And if any person be wounded or disabled while in actual service, in opposing any invasion or insurrection, or in suppressing the same, he shall be taken care of, and provided for at the public expence, without having any regard to the rank such person may hold.

XIV. *And be it further enacted by the authority aforesaid,* That it shall and may be lawful for the person administring the government of the state for the time being, by and with the advice and consent of the council of appointment, to appoint a commissary of military stores, who shall be allowed at and after the rate of forty pounds per annum; and such commissary shall have the charge and keeping of ordinance and military stores of the state, subject to such orders and instructions in the execution of his duty, as he shall receive from the commander in chief.

*Penalty on non-commissioned officers and privates for neglecting or refusing to obey orders.* XV. *And be it further enacted by the authority aforesaid,* That every non-commissioned officer and private, who shall neglect or refuse to obey the orders of his superior officer while under arms, shall forfeit twenty shillings for every such offence; and if any such non-commissioned officer or private enrolled to serve in either of the companies of artillery, cavalry or infantry, shall refuse or neglect to perform such military duty or exercise as he shall be required to perform, or shall depart from his colours or guard without the permission of his superior officer as aforesaid, he shall forfeit the sum of twenty shillings; and for the non-payment thereof, the offender shall be committed, by warrant from the captain or commanding officer of the troop or company then present, to which such offender doth belong, to the next gaol, there to be confined until the fines as aforesaid, together with the gaoler's fees, are paid; and the respective sheriffs of the respective cities and counties of the state, are hereby empowered and required to receive the body or bodies of such offender or offenders, as shall be brought to them by virtue of a warrant or warrants under the hand and seal of such officer as aforesaid, and him or them to keep in safe custody, until such fines as are mentioned in such warrant, together with the gaoler's fees as aforesaid, shall be paid; and the sheriffs and gaolers respectively shall be allowed the same fees as are allowed in other cases. Provided, That in case of a military guard, where a captain doth not command in person, a warrant granted by an inferior officer, who

286        L A W S of  N E W - Y O R K,  Eighth Seſſion.

ſhall have the command of ſuch guard, ſhall be of the ſame authority againſt all offenders, as if ſuch warrant had been iſſued by ſuch captain.

XVI.  *And be it further enacted by the authority aforeſaid,* That the military uniform of this ſtate ſhall be as follows; That is to ſay,

General officers;  Dark blue coats with buff facings, linings, collars and cuffs, and yellow buttons, with buff under-clothes.

Regimental officers of infantry;  Dark blue coats with white linings, facings, collars and cuffs, and white buttons, with white under-clothes.

Non-commiſſioned officers and privates of infantry;  Dark blue coats with white linings, collars and cuffs, and white under-clothes.

Staff officers;  Dark blue coats with buff collars and linings, and yellow buttons.

Provided, That none of the non-commiſſioned officers and privates of the regiments of militia, except thoſe compoſing the light-infantry companies directed to be formed by this act, ſhall be obliged to appear in uniform, in manner aforeſaid.

<div style="float:left">Former continental officers exempted from ſerving in the militia.<br>See 10th ſeſſ. ch. 92. ſec. 8.<br>11th ſeſſ. ch. 95. ſec. 31.</div>

XVII.  *And be it further enacted by the authority aforeſaid,* That all perſons who have heretofore been commiſſioned officers in the line of the army of the United States, ſhall be, and hereby are exempted from ſerving in the militia of this ſtate; any thing in this act to the contrary hereof notwithstanding.  Provided nevertheleſs, That if any ſuch officer, being above the age of ſixteen, and not more than forty-five years, ſhall be commiſſioned in the militia to a rank equal to that which he held in the ſaid army, and ſhall refuſe to accept ſuch commiſſion, ſuch officer ſo refuſing, ſhall be liable to ſerve in the militia.

XVIII.  *And be it further enacted by the authority aforeſaid,*  That the commander in chief ſhall, as ſoon as may be after the paſſing of this act, take ſuch meaſures as to him ſhall ſeem proper, to obtain the age, rank and reſidence of all officers who heretofore have ſerved in the militia of this ſtate, and the number of men between the age of ſixteen and forty-five, directed to be enrolled by this act; and all executive officers within this ſtate are hereby ſtrictly enjoined and required to carry into execution ſuch directions relative to the premiſes, as the commander in chief may, from time to time, give and enjoin.

<div style="float:left">Former militia acts repealed.</div>

XIX.  *And it be further enacted by the authority aforeſaid,* That all other laws of this ſtate for regulating the militia thereof, ſhall be, and hereby are repealed.  Provided always, That the act, entitled, An act to regulate the militia, paſſed the 4th of April, 1782, ſhall continue to be in full force and effect in the different counties of this ſtate, until the militia of ſuch counties ſhall be arranged and officered agreeable to the directions of this law, and no longer.

---

C H A P.  XXVII.

*An* ACT *for the Relief of Creditors againſt Heirs, Deviſees, Executors and Adminiſtrators, and for proving Wills reſpecting real Eſtates.*

Paſſed 4th April, 1786.

I.  BE it enacted by the people of the ſtate of New-York, repreſented in ſenate and aſſembly, and it is hereby enacted by the authority of the ſame, That

for the sums so lent, and shall pay to the said Peter T. Curtenius, and the said person to be appointed a commissary to provide necessaries, severally, the monies so be taken on loan, in like manner as is herein before directed, with respect to the monies arising from the sales of forfeited estates.   That the treasurer shall upon the warrant of the person administring the government of this State, advance as cash to the said Peter T. Curtenius and the person to be appointed commissary as aforesaid, severally, of the said certificates to such amount as shall be specified in each warrant, with blanks as to the date.   That it shall be lawful for the said Peter T. Curtenius, and the said person so to be appointed commissary as aforesaid, to give the said certificates in payment for any goods wares and merchandizes which they may respectively purchase, and to fill up the blanks in the said certificates, with the day when they shall be respectively given in payment. *Advances to persons named.*

*And be it further enacted by the authority aforesaid,* That if any person shall forge or counterfeit any such loan office certificate, or shall sell, negotiate or assign over, or tender for, or in payment at the treasury, any such forged or counterfeit certificate, knowing the same to be forged or counterfeit, the person so offending shall upon conviction suffer the like pains and penalties as in cases of felony without benefit of clergy. *Penalty for counterfeiting, etc.*

# CHAP. 55.

AN ACT for regulating the militia of the State of New York.

PASSED the 11th of March, 1780.

WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions, and internal commotions and insurrections. *Preamble.*

*And whereas* this, and the other United States of America, are now invaded by foreign enemies, and the safety of this State may be endangered by intestine commotions and insurrections.

*And whereas* it is therefore become the duty of the legislature of this State, to put the militia thereof, on such an establishment as will most effectually encourage a martial spirit among the people, provide for the internal and external security of the State, and enable it most vigorously to co-operate with the other United States, in a cause no less noble and exalted, than the defence of the common rights and liberties of America against hostile tyranny and oppression.

I. *Be it therefore enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That every able bodied male person, (deserters from the enemy, not subjects of any of the United States, Indians and slaves excepted) residing within this State, from sixteen years of age to fifty, (except such persons as are herein after excepted) shall immediately after the passing this act, unless he shall heretofore have been enrolled, be, by the captain, or in his absence, the next commanding officer, of the beat, wherein he shall reside, enrolled in the company of such beat.   That every captain, or commanding officer of a company, shall also enroll every person, or persons, who shall from time to time arrive at the age of sixteen years, or come to reside or sojourn within his beat, and without delay, notify such enrollment to each person so enrolled, by some inferior officer of the company; who, on oath, shall be a competent witness to prove *Persons to be enrolled.*

238                          LAWS OF NEW YORK.                    [CHAP. 55.

**Disputes, how to be decided.**

such notice.  That if any dispute shall arise with respect to the age, or ability to bear arms, of any person, it shall be determined by the captain or commanding officer of the company with right of appeal, to any person who may conceive himself aggrieved, to the colonel, or commanding officer of the regiment, whose determination in the case shall be final.

**Equipments.**

That every person so enrolled, and notified, shall within twenty days thereafter, furnish and provide himself, at his own expence, with a good musket or firelock, fit for service, a sufficient bayonet (unless he shall be provided with a good rifle) with a good belt, a pouch or cartouch box, containing not less than sixteen cartridges, suited to the bore of the musket or firelock, each cartridge containing a proper quantity of powder and ball, or in lieu of such pouch or cartouch box and cartridges, with a quantity of powder and ball respectively, disposed of in a powder horn and shot bag, and wadding equivalent to such cartridges, and two spare flints, a blanket and a knapsack, and shall appear so armed, accoutred and provided, when called out to exercise, or duty, as herein after directed, except that when called out to exercise only, he may appear without blanket or knapsack; and if any such person shall appear to the captain or commanding officer of the company, to be too indigent to arm accoutre and provide himself in manner aforesaid, he shall be furnished with arms and accoutrements, out of the monies to arise from the fines from time to time to accrue in the regiment to which he shall belong, and in case of deficiency thereof, out of the public magazines or stores of this State, by order of the person administring the government of this State for the time being.

**Militia to be arranged in brigades, etc.**

II. That the commander in chief, for the time being, shall, by general orders, arrange the militia of this State into brigades regiments and companies, and, by and with the advice and consent of the council of appointment, appoint such and so many brigadiers general, and other officers, as he shall think most conducive to the public service; copies of such general orders to be filed in the office of the clerk of the county where the regiment, or company shall be.

**Brigade major.**

III. That each brigadier general, shall have one brigade major of his own choice, to rank as major in the militia, and receive pay on the certificate of his brigadier.

**Officers.**

IV. That each regiment shall have and be commanded by one lieutenant colonel, (except where a colonel has heretofore been appointed) and one major, (unless in cases where it shall be thought necessary to appoint two majors).  That each company shall be officered with one captain, one first lieutenant, one second lieutenant, and one ensign, as commissioned officers, and by four sergeants, four corporals, one drummer and one fifer; and the staff of each regiment shall be, one adjutant, and one quartermaster, who shall respectively rank as first lieutenants; and the sergeants, corporals drummers and fifers, shall be appointed by the captains, or other commanding officers of the several companies; and if any person so to be appointed, shall refuse to accept the office to which he shall be appointed, he shall forfeit the sum of forty pounds, to be adjudged, levied, and disposed of, in manner as is herein after directed, with respect to fines for neglecting or refusing to appear to train and exercise, as is herein after mentioned.

**Colors.**

V. That each regiment shall be provided with a standard or colours, at the expence of the field officers; and each company with a drum and fife, at the expence of the commissioned officers thereof.

**Troops of horse.**

VI. That there may be a troop of horse in each brigade, and a company of grenadiers in each regiment of foot, which may conveniently furnish the same.  That the said troops of horse, and companies of

grenadiers, shall respectively be formed and composed of volunties, in the respective brigades and regiments, residing at such convenient distances from each other, that they may with ease and dispatch be called out for training, discipline, or other service.   Provided, that no troop of horse shall be established without the consent of the brigadier; and that no grenadier company shall be established in any regiment, without the consent of all the field officers; and that no troop of horse, or grenadier company, shall exceed fifty men, officers included; and that no person shall hereafter inlist in any troop of horse, or grenadier company, without the consent of the commanding officer of the regiment in which he shall reside.

VII.  That on every such enlistment of a volunties; the captain of the troop of horse, or company of grenadiers, do immediately certify to the captain of the beat, from which such volunties shall inlist, the inlistment of the said volunties. *Enlistments to be certified.*

VIII.  That each trooper shall be equipped and provided with a good servicable horse, at least fourteen hands high, a good saddle, housing, holsters, breast plate and crupper, a case of good pistols, a good, horseman's, sword, a pair of boots and spurs, and a carbine well fixed with a good belt swivel and bucket, and a cartridge box to contain twelve cartridges at least; and that each grenadier, shall be equipped and provided with a grenadier's cap, a good musket and bayonet, a broad sword, a belt and a pouch or cartridge box; and so equipped and provided, the troopers and grenadiers, shall, respectively, be called out under the direction of their respective officers, as is hereby required, with respect to the rest of the militia. *Equipments of troopers.*

IX.  That each colonel or commanding officer of a regiment, shall, in the first or second week in April, and in the first or second week in November, in every year, call out his regiment to his regimental parade, which shall be the place in the district of the regiment the most convenient for that purpose; and having paraded the same, shall require from the captain or commanding officer of every beat, in the regiment, a return thereof, expressing the exempts and the absentees, and the causes of the respective exemptions and absences; cause the said regiment, except the exempts, thus paraded to be called by the company rolls, and the arms ammunition and accoutrements of each man to be examined, and the defaulters to be noted; and shall cause them to be sufficiently exercised, trained and disciplined, for their instruction and improvement; and shall within two weeks thereafter, make or cause a true regimental return (excepting therein by name the exempts or absentees) to be made to the commander in chief, for the time being; until a brigadier general be appointed to the brigade to which the regiment shall belong.   That the captain, or commanding officer of each company, shall and may call out his company to such place, within his beat, as shall be most convenient for that purpose, at least four times in every year, and shall cause them when so called out, to be well and sufficiently exercised trained and disciplined for their instruction and improvement. *Regimental parades.*

X.  That every commissioned officer of the militia, in this State, who shall omit or neglect to perform any of the duties, by this act enjoined on him, of enrolling training or disciplining in and to the use of arms, the militia of this State, or making perfect returns of the militia, or not calling out to actual service the militia, or any part thereof, when necessary, and shall, if under the rank of a brigadier, be thereof convicted by a brigade court martial from the brigade to which he shall belong, consisting of at least thirteen members, (which court martial the brigadier is hereby authorized and required to appoint, and direct to sit) and the sen- *Officers neglecting to perform the duties imposed by this act to be court martialed.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page10 of 128

tence thereon be confirmed in manner herein after mentioned, be, *ipso facto*, removed from his office, and reduced to do duty in the ranks as a foot soldier; any exemption from duty to the contrary in any wise notwithstanding.

**Meeting of general and field officers to review sentences.** XI. That the brigadier general, and the field officers of each brigade, shall, on the second Tuesday in January and the second Tuesday in June yearly and every year, meet together, at such town or place within the brigade as the brigadier general shall appoint; to which meeting all sentences of courts martial in such brigade, not before confirmed or disallowed, shall be brought, and shall by the said brigadier general, or next commanding officer, and field officers, or the majority of them, be respectively confirmed or disallowed; upon determining all which the brigadier, or next commanding officer, shall sit as president; and shall immediately thereafter, particularly, report, under his hand, to the commander in chief all such sentences as shall be so confirmed; and all brigadiers general, for offences, not particularly provided for in this act, shall be tried by a general court martial, to be appointed by the commander in chief, and if on conviction, the sentence thereof be confirmed by such commander in chief, that upon such brigadier general shall be removed from his office. That all sentences of courts martial so confirmed shall be, by the commander in chief from time to time, laid before the council of appointment, to the end, that they may appoint others instead of the officers so found guilty.

**Cashiered and resigned officers to do duty as foot soldiers.** XII. That every commissioned officer of the militia of this State who shall be cashiered, or who shall resign his commission, unless with the consent of the council of appointment, shall be obliged to do the duty of and in every respect be put on a footing with a private soldier, any thing contained in this act, to the contrary thereof notwithstanding.

**Foot soldiers, penalty for not appearing.** XIII. That every foot soldier of the said militia who shall neglect to appear when called out, without sufficient excuse, shall for every such offence forfeit the sum of eight pounds; and if he shall appear wanting any of his arms, ammunition or accoutrements, prescribed for him by this act, without sufficient excuse, he shall, for every deficiency, forfeit the sum of three pounds; and if any non-commissioned officer or private in any troop of horse shall be charged with either of the said offences, and shall not have sufficient excuse, he shall forfeit for the offence of not appearing the sum of sixteen pounds, and for every other of the said offences the sum of six pounds.

**Fines, etc.** XIV. That all fines to arise from offences, in a company only, shall be adjudged of and inflicted by the commissioned officers of such company, and shall be levied with costs by warrant under the hand and seal of the captain or commanding officer, directed to one or more of the sergeants of the said company, by distress and sale of the goods and chattels of the offender, and paid by the sergeant or sergeants to the said captain or commanding officer of the company; And that all fines to arise from the like offences upon the calling out of the regiment, shall be adjudged of and inflicted by the field officers of the regiment, or the major part of them and shall be levied with costs by warrant, under the hand and seal of the colonel or commanding officer of the regiment, directed to one or more of the serjeants of the said regiment, by distress and sale of the goods and chattels of the offenders respectively, and by him or them paid to the said colonel or commanding officer; all which fines shall by him be paid over to the quarter master of the said regiment, to be by him laid out under the direction of the field officers of the said regiment for arming accoutring and furnishing with ammunition the privates thereof in manner aforesaid. And where in any case

no goods or chattels shall be found, then on such warrants, to be issued
in either of the cases above mentioned, the serjeant or serjeants shall
take the body of the offender and him convey to the common goal of
the county, there to be kept in safe custody, until he pay the said fine
and costs.   And the goaler is hereby required and commanded to receive
such offender, with the warrant, and him safely to keep until he shall
have paid his said fine and costs, which goaler after receiving the same,
on demand by such serjeant or serjeants, pay the same to him or them,
and thereupon such fine shall be disposed of in manner herein before
directed for the disposal of fines.

XIV.  That all officers in the militia shall take rank according to the Rank.
dates of their commissions.   Provided that where officers now hold the
same offices in the militia which they held under the late government
before the revolution or under the convention before the organization
of the present government and have since taken out new commissions
for the same office such officers shall take rank from the dates of their
former, and not from the dates of their last commissions, any thing
herein contained notwithstanding.

XV.  That from all returns to be made by the colonels or command-   Returns.
ing officers of regiments, respectively, to the respective brigadiers gen-
eral, brigade returns shall without delay be made to the commander in
chief.

XVI.  That one brigade, regiment, or company of foot (except   How com-
grenadiers who shall form on the right of the regiment) shall not be con-   panies,
sidered as older than, or having rank or preference of, the other, but   posted,
each brigade, regiment or company shall be posted and disposed of in   etc.
the line on command, as the commanding officer on the spot, shall on
every occasion or emergency think proper.

XVII.  That on every emergency of a sudden invasion by the enemy,   Militia to
or insurrection, within this State, the commanding officer of any brigade,   be called
regiment, or company, as the cases may require, shall immedeately draw   cases of
out the militia under his command and with them oppose the enemy or   emergency.
the insurgents, and that all brigades, regiments, troops and companies,
shall from time to time be subject to general, brigade, regimental, and
company, orders, as is usual according to the course and practice of war
for suddenly taking the field for the purpose aforesaid.   And all such
orders, by any officer under the rank of commander in chief, shall be
reported in writing by express, to the commander in chief for the time
being, and also to the colonel or commanding officer of the regiment,
if given by one under his command, and if given by the colonel or com-
manding officer of the regiment, shall be reported to the brigadier gen-
eral, and if given by the brigadier general to the commander in chief,
all which reports shall be acted upon by the respective persons to whom
the same shall respectively be made as the emergency may require, and
by such persons respectively be reported, with their respective doings
thereon, to their next superior officer, and so on in succession till they
reach the commander in chief.

XVIII.  That every person in the militia, whether officer or private,   Officers
when called out into actual service, either to act separately or in con-   and pri-
junction with the troops of the United States of America, shall from the   vates
time of his receiving due notice thereof from his commanding officer,   actual ser-
until he be properly discharged from that service, if and as long as he   ject to
shall perform the same, and untill properly discharged or dismissed, be   rules and
allowed pay, subsistence and rations, according to the Continental estab-   war.
lishment, and on every neglect or refusal to march, after such notice as
aforesaid, shall be dealt with as a deserter, or having marched out, on

31

242                    LAWS OF NEW YORK.              [Chap. 55.

such notice, and before his proper discharge or dismission, shall commit any offence, or shall, before such discharge or dismission, desert from the corps to which he shall belong, or from his post, shall for every such offence be subject to the rules and articles of war, established by the congress of the United States of America, for the better government of the troops in the service of the said United States; which shall be put in execution against the offender by the militia orders and authority, in like manner as the same are put in execution in the army of the said United States against offenders therein, by proper orders and authority thereof; and that in all such cases the governor or commander in chief for the time being, and all militia officers subordinate to him, shall and may enjoy and exercise all the powers by the said rules and articles of war, given to the commander in chief of the army of the United States and the several officers subordinate to him in the said army; and that upon notice left at the usual place of abode of any offender, containing the charge against him, and the time and place when and where the court martial will be held for his trial, and due proof made to such court of the service of such notice, it shall be lawful for such court to proceed to the trial of such offender in like manner as if he had appeared, and plead not guilty to the charge.

In case of fines offender may be sentenced to serve in army.

XIX. That in every case where a fine shall be imposed by a court martial, in consequence of this act it shall and may be lawful for such court martial to direct the offender (in case of the non payment of such fine) to serve in, and do duty with, any one of the regiments of the army of the United States of America raised by the direction and under the authority of this State, as a private soldier thereof, for and during such time as the court martial shall adjudge, not exceeding six months.

Power to order out enrolled militia, etc.

XX. That the commander in chief for the time being shall have power and authority, from time to time in his discretion, to order out the whole or any part of the associated exempts and enrolled militia of this State into actual service, not only for the defence of this State, but to give assistance to any other of the United States, or to reinforce the army of the United States or any part thereof, and that the associated exempts shall be called out, in rotation, so as to do their equal proportion of duty with the enrolled militia, as nearly as may be, in the discretion of the commander in chief, or brigadier general within whose command the said associated exempts do reside, and to cause each of them to march out of this State for either of the said purposes. Provided always that none of the enrolled militia of this State or associated exempts shall be compelled to do duty out of the same for a greater space of time than forty days at any one time; and provided also that not more than one third part of the militia and associated exempts of this State shall, on any occasion or emergency, be required or ordered to march out of this State, any thing herein contained to the contrary thereof in any wise notwithstanding.

Courts martial, etc.

XXI. That for the several purposes aforesaid general, brigade and regimental, courts martial and courts of inquiry shall from time to time, as cases may require, be instituted and formed, and general brigade and regimental orders from time to time given, upon the plan directed by the aforesaid rules and articles of war, and by the officers in rank respectively in the militia equal with those respectively authorized for the purpose by the said articles of war, in respect whereof the governor or commander in chief and all militia officers respectively shall be considered as on the same footing as the general and commander in chief of, and as the officers in their respective ranks belonging to, the army of the said United States;   Provided always that no commissioned military

officer, except when questioned upon the aforesaid rules and articles of war, shall be sentenced or adjudged to any other punishment than to be broke and rendered incapable of any military office whatsoever within this State; and provided also that it shall and may be lawful for a court martial, whenever they shall conceive it proper, to fix and determine a fine for which any person, adjudged to receive corporal punishment, may commute such punishment; and if the said fine shall be paid, within the time by the court martial for that purpose limitted, the said person shall be accordingly acquitted of such corporal punishment.   That all such fines shall be paid into the hands of the eldest militia officer, from this State, on the spot, and shall by him be paid into the hands of the officer commanding such regiment, for the purpose of providing a sufficient quantity of arms and ammunition for the use of the said regiment, and that the overplus be paid by the said commanding officer into the treasury of the State.

XXII. That a roll of the privates of each company shall be made, and divided, by the captain or commanding officer of the company, into eight classes, as nearly equal in number to each other as conveniently may be, and a serjeant or a corporal shall be allotted on the roll, by the captain or commanding officer, to each class; which said eight classes, in each company, shall on detachments or drafts, in pursuance of this act, perform their tour of duty in numerical order; and to ascertain which class shall take the first and which the second tour of duty on detachment, and so on to the eighth class, eight slips of paper, numbered respectively from one to eight inclusively, shall be so rolled up, or otherwise closed as to conceal the number, and being put into a hat, box, or vessel, and well shook together in the same, the serjeant or corporal of each class shall, in the order to be directed by the captain or commanding officer, in behalf of his class, take out one of the ballots; and the number drawn by the serjeants and corporals, respectively, shall determine their respective tours of duty of the several classes;   The class which draws number one to have the first tour of duty, and so on in numerical order throughout all the eight classes, determining their respective tours of duty; and in the same numerical order shall the eight classes continue their rotation without any new ballotting, untill the numbers respectively contained in each class shall, by the events of war or other accidents, become very unequal, when there shall be a new ballotting as above directed. *(margin note: Privates of each company to be divided into classes.)*

XXIII. That when and as often as the classes shall be thus fixed, each captain or commanding officer of each company shall form a roll consisting of the eight classes and containing the names of the men in each class, with the names of the serjeant and corporal respectively prefixed to each class, and numbered according to the order of ballotting, which he shall keep for his own use, guidance, and direction, and shall notify each serjeant, corporal, or private, to what class he shall belong, and shall return a copy thereof, with the list of his commissioned officers prefixed thereto, without delay, to the colonel or commanding officer of the regiment, who shall enter all such, and every other company return, in a book to be kept by him for the purpose. *(margin note: Roll of classes.)*

XXIV. That the colonel or next commanding officer of the regiment shall, on receipt of all the classed returns of the companies in his regiment, convene together all the commissioned officers in his regiment, and proceed in like manner to fix by ballot the respective tours of duty of all commissioned officers under the rank and degree of a field officer, from and including number one to and including such number as shall be equal to the number of companies in the regiment; which ballotting *(margin note: Tours of duty of commissioned officers.)*

244                         LAWS OF NEW YORK.                [Chap. 55.

shall be made separately and severally in the four several lines of office,
and be entered by the colonel or commanding officer in his said book,
as also the quota of each detachment both as to officers and privates,
in order thereby, from time to time, to ascertain the rotation of the
service of both, which shall ever be determined by such quotas respec-
tively.

**Majors, etc., to decide tours by lot.**  XXV. That if there be two majors belonging to a regiment they
shall decide by lot which of them shall take the first tour of duty, and the
order or tour of duty thereby established shall ever after govern.

XXVI. That to establish the rotation of duty, on detachments, among
the several field officers in the regiments composing a brigade, the
colonels, lieutenant colonels, and majors, shall without delay meet to-
gether and decide the same by several and separate lots in numerical
order as aforesaid, in the several lines of office, which being done, a roll
thereof shall immediately be made and subscribed by them all, and re-
turned to the brigadier general of the brigade

**Brigadier general to be ap-pointed to command.**  XXVII. That to a brigadier general's command of detachments the
commander in chief shall appoint such brigadier general as shall in his
judgment appear most proper for advancement of the service.

**Substi-tutes.**  XXVIII. That every private shall be allowed to substitute, on detach-
ments, an able bodied private in his stead, who shall nevertheless take
his own tour of duty in the order wherein it shall have been fixed as

**In case of sickness, etc. next on roll to perform tour of duty.**  aforesaid. That in case, by sickness or unavoidable accident an officer
or private shall be prevented from taking his tour of duty on any de-
tachment, the next to him on the respective rolls of detachment, without
regard to classes with respect to privates, shall fill his place, and the
person so prevented shall in return take the proper next tour of duty
on detachment of him so filling his place ; and all classings as aforesaid
shall go on in rotation in the several numerical orders above mentioned
as long and as often as the public service shall require the same. Pro-
vided always that the commander in chief shall and may, from time to
time, in his discretion, order out on detachment as great a part of any
brigade, regiment, troop of horse, or associated exempts, or the whole
militia into actual service, and also that the like discretionary power
may, on sudden emergencies, and without waiting for the order of his
superior officer, be exercised by the commanding officer of any brigade,
regiment, troop of horse, or company, respectively, over each brigade,
regiment, troop of horse, or company, giving notice thereof, in writing,
without delay together with all things relating thereto as well to his
commanding officer as to the commander in chief for the time being.

**Exempt persons.**  XXIX. That all persons, under the age of sixty years, who have held
civil or military commissions, and are not or shall not be re-appointed to
their respective proper ranks of office; and all other persons, between the
age of fifty and sixty years, who have associated and elected their offi-
cers, or shall hereafter associate themselves, shall be exempted from
serving as part of the enrolled militia. That all such persons, who have
not yet associated, shall form themselves into voluntary associated regi-
ments, or companies, according to their number in each respective
county, and recommend their own officers, and that all such associated
regiments, or companies, shall make returns thereof respectively to the
commander in chief for the time being, without delay, who with the ad-
vice of the council of appointment shall issue commissions to them ac-
cordingly in default of which returns, they shall respectively do duty in
the ranks with the militia, of the beat within which they shall respec-
tively reside, until they shall respectively associate as aforesaid. That
the substance of such associations shall be, that the associators will sev-

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page15 of 128

erally on all occasions, obey the orders of their respective commanding officers, and will in cases of invasion or incursions of the enemy, or insurrections, march to repel the enemy or suppress such insurrections, in like manner as the enrolled militia are compelled to do, so that they shall not, when called out in detachments, be annexed to any other regiment, or company, or be under the immediate command of any other than their own officers, but be deemed and considered as a seperate and distinct corps, and that when such associated exempts shall be called into actual service they shall be subject to the orders and command of any and every officer of superior rank to such officer of associated exempts.

XXX. That every person, an inhabitant of this State, subject by this act to military duty in the militia, who shall remove out of the limits of the regiment or corps in which he shall be commissioned, associated, or enrolled, and sojourn, or be within the limits of any other regiment, or corps, shall be subject to drafts, and be obliged to do duty in the regiment, or corps, within the limits of which he shall so happen to be, unless he shall give a satisfactory account to the commanding officer of the said regiment, or company, that he has not absconded from the corps to which he belong's in order to avoid being drafted or performing other military duty. *In case of removal when liable to draft.*

XXXI. That the lieutenant governor, members of the senate and assembly, and their several clerks, and all judicial officers, the secretary of this State and two of his deputies, the treasurer, the auditor general, and the attorney general of this State, the clerks and register of courts and the county clerks, and sheriffs and their respective deputies not exceeding one, and the coroners not commissioned in the militia, all county treasurers and all ministers of the gospel, and all physicians and surgeons except in their several and respective professions, and callings, all public school masters actually engaged for twelve months, all collectors, all ferry men licenced by the governor or commander in chief for the time being, all post masters, and post riders shall notwithstanding their being respectively able bodied, above sixteen and under sixty years of age, and all such persons in the service or employ of the United States, or of this State, or engaged or employed in any manufacture or business, so that it would be for the good of the public that they should be exempted, who shall procure special exemptions from the commander in chief of the militia of this State for the time being, under his hand, shall respectively be exempted from training and doing duty in the militia, but shall nevertheless be armed accoutred and provided as above mentioned. *Officers, &c. exempt from training.*

XXXII. That all those male persons, between the ages of sixteen and sixty years, who are or shall be of the people called Quakers, upon producing a certificate from one of their quarterly meetings that he or they is or are of the society called Quakers, shall be exempted from all military service whatsoever, to which they would respectively be subject by this act, were they not respectively of the people called Quakers: And for such exemption, shall yearly and every year, severally pay the sum of eighty pounds, in lieu of all military service whatsoever, required by this act, except services on detachments and calling out the militia for actual service by virtue of this act in which cases each of them shall annually pay the sum of one hundred and sixty pounds. And for the purpose of levying the said annual sums, the captain or commanding officer of every beat, shall annually return to the respective supervisors of the ward, town, manor, precinct or district, wherein he shall reside, a list of such Quakers as aforesaid, residing *Quakers exempt but liable to tax.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page16 of 128

within his beat; and the respective supervisors of the county, at either of their meetings, shall make out a seperate tax list thereon, with a warrant to be issued by them to the collectors respectively for levying the same, of the form, as near as may be agreeable to the form of the warrants to collect the taxes for defraying the contingent expences of the county, and in default of goods and chattles of any Quaker, whereon to levy the said sum or sums, the warrant for levying the same shall authorize the collector to commit him to the gaol of the county, and the keeper of the said gaol, is hereby required to receive and detain him in safe and close custody, until the said sum or sums shall be paid to the said collector, and the said collector; shall respectively pay the monies they shall so from time to time collect, into the county treasury, from whence they shall be paid by the several county treasurers into the treasury of this State.

**Act not to affect persons who have furnished substitutes**

XXXIII. That this act, or any thing in the same contained, shall not in cases of drafts or detachments of the militia, affect any person, who has furnished a sufficient able bodied man for service in one of the five Continental battalions raised under the direction of this State, pursuant to law, unless the time of such service shall have expired.

**Notice, what deemed sufficient.**

XXXIV. That in all cases where notice is required by this act, verbal notice to the party himself, or left at his usual place of abode, with a person of the years of discretion, by any commissioned or non commissioned officer of the company, shall be deemed a legal and sufficient notice.

*Whereas* the militia officers are frequently put to great expence in attending general and regimental courts martial, and courts of enquiry.

**Expenses of officers attending courts-martial to be paid out of fines, etc.**

XXXV. *Be it therefore enacted by the authority aforesaid,* That the same shall respectively be ascertained from time to time, by the president of such courts respectively, and be paid from time to time, out of the fines arising from each regiment, or corps of exempts, and which are by this act required to be paid, to the commanding officer of the regiment, to be by him applied as aforesaid, and such certificates shall respectively be delivered, from time to time, by the respective officers entitled to receive the several fines imposed by this act, to the commanding officer of the regiment, together with the remaining balance of such fines, that every such officer so receiving such fines respectively, as by this act are made payable as aforesaid, shall, from time to time, as the same shall accrue and be received, account for and pay the same to the said commanding officer, in manner aforesaid, at the expiration of every three months, to commence thirty days after the passing of this act. That the respective colonels or commanding officers of regiments shall account under oath for the expenditures and application of the said fines, at, and to, the meeting of field officers by this act, directed to convene in January and June in every year, and that the ballance be paid into the treasury of the State.

**Officers to be reimbursed moneys expended.**

XXXVI. *And whereas* the commanding officers of brigades and regiments are frequently on extraordinary emergencies, obliged to disburse of their own monies for paying expresses, for reimbursement thereof, the treasurer of this State shall, and is hereby required, from time to time, to repay the same out of any monies in the treasury,   Provided that the accounts thereof repectively shall be first sworn to before a justice of the peace of any county within this State.

**Ammunition to be furnished.**

XXXVII. *Be it further enacted by the authority aforesaid,* That the commissioner of military stores, of this State, shall on application of any or either of the colonels or commanding officers of regiments of the militia of this State, by a draft in writing on the said commissioner, in favor of the quarter master of the regiment, with a warrant endorsed

from the person administering the government of this State for the
time being, furnish such quarter master, or quarter masters, with such
quantities either of loose ammunition, or made up in cartridges, for the
said regiment or regiments, as shall be directed by the said warrant, the
said quarter master or quarter masters paying for the same, the first cost
thereof, and the expence of making up the same, which monies the said
commissioner shall from time to time lay out again, in the purchase of
ammunition.

XXXVIII. *And be it further enacted by the authority aforesaid,* That if Wounded
any person be wounded or disabled upon assisting in repelling any inva- persons
sion or an incursion of the enemy, or suppressing an insurrection, or any subsisted,
other legal military service, he shall be subsisted and provided for at etc.
the expence of the State, during such disability, exept such persons
whose cases are already provided for by the several acts of the congress
of the United States of America, making provision for persons that
may become disabled while in the service of the United States.   That
each person who hath been, or shall hereafter be so wounded or disabled,
and whose cases shall not be provided for as aforesaid, shall be entitled
to such partial or permanent allowance, as shall be adjudged by the
field officers of the regiment (not exceeding the allowances granted by
the acts of congress aforesaid) and which adjudication, being confirmed
by the commander in chief for the time being, he shall thereupon issue
duplicate warrants under the privy seal of the State, upon the treasury
for the payment of the sum or sums so to be adjudged to the person so
wounded or disabled; and the treasurer upon being served with one of
the said duplicates, shall out of any monies which may then be in the
treasury, pay to the several persons in whose favor such warrants shall
be issued, the sum or sums to be specified, and in such manner as shall
be directed by the said warrants respectively.

XXXIX. *And be it further enacted by the authority aforesaid,* That the Acts con-
act now in force, entitled, "An act for regulating the militia of the State of tinued in
New York," passed on the third day of April one thousand seven hun-
dred and seventy eight, the act entitled "An act, to amend an act,
entitled An act, for regulating the militia of the State of New York"
passed the thirtieth day of June one thousand seven and seventy eight,
and the act, entitled "An act, farther to amend an act, entitled An act,
for regulating the militia of the State of New York, and other purposes
therein mentioned," passed the ninth day of October, one thousand
seven hundred and seventy nine, shall be, and are hereby respectively
continued in full force, until the third day of April next, any thing con-
tained in in this act notwithstanding.

*And whereas* the proceedings of sundry courts martial, are not fully
compleated, as also many delinquents not yet tried.

XL. *Be it therefore further enacted by the authority aforesaid,* That regi- Offenders
mental courts martial shall and may take cognizance of, try and deter- against
mine, all such offenders as have been guilty of any offences against the tried.
before mentioned acts :  Provided, that no sentence of such court shall
extend to corporal punishment of every kind whatsoever except imprison-
ment, and provided also, that no such court shall proceed to any such
trial, but by and with the consent of the commander in chief, or a general
officer of this State.

XLI. That proceedings or trials at courts martial, may be carried on Proceed-
at any time or times, the seventh article of the fourteenth section of ings of
the said articles of war, whereby such proceedings or trials are pro- when may
hibited from being carried on, except between the hours of eight in the on.
morning, and three in the afternoon, to the contrary notwithstanding.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page18 of 128

248          LAWS OF NEW YORK.          [CHAP. 56.

**Articles of war to be read.** XLII. That the commanding officers of the several companies, shall cause the said articles of war, to be read and published at least twice in every year, at the head of their respective companies.

XLIII. *And be it further enacted by the authority aforesaid,* That this act shall continue and be in force from the third day of April next, until the first day of March, one thousand seven hundred and eighty two, and no longer.

# CHAP. 56.

AN ACT for the more speedy trial of felonies without benefit of clergy for subjecting the accessaries to such felonies, to a like punishment, with the principals, and for the trials of such accessaries, although the principals may not be convicted.

PASSED the 11th of March, 1780.

**Preamble.** WHEREAS murders, burglaries, thefts and robberies have been of late so frequently committed within the State, that the public peace and safety require the most speedy and effectual mode of punishing, and preventing the same in future.

**Commissions for courts named to be made out.** *Be it therefore enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That commissions of oyer and terminer and general gaol delivery, shall, as soon as conveniently may be, after the passing of this act, be made out, if the same are not already made out, for the counties of Albany, Ulster, Westchester, Dutchess, Orange, Tryon and Charlotte respectively, to continue and be in force respectively, for one year from the respective dates thereof, which commissions shall be lodged with the clerk of the courts of oyer and terminer and general gaol delivery.

**Precepts to be issued for summoning grand juries, etc.** *And be it further enacted by the authority aforesaid,* That whenever and as often as any person or persons, shall be apprehended and in actual custody, charged with any of the offences aforesaid, heretofore committed or that may hereafter be committed, it shall and may be lawfull, and it is hereby declared to be the duty of each and every of the judges of the supreme court of judicature of this State, on report being made to him or them in writing by the several sherifs of the said counties, that any person or persons for the offences aforesaid are in actual custody, immediately to issue a precept in his or their name or names and under his or their hand or hands and seal or seals and as near as may be agreable to the form of precept issued by the justices of the courts of oyer and terminer and general gaol delivery in this State, to such sheriff, for summoning a grand and petit jury for, and proclaiming, a court of oyer and terminer and general goal delivery, at such time and place in the said county as the said judge or judges shall appoint, which precept is hereby declared to be good legall and effectual to all intents and purposes whatsoever, although there may not be fifteen days between the test and return thereof, and such sherif is hereby required and commanded immediately to proceed to the execution thereof without any delay, And that all summonses, services, notices and other duties commanded by the said precept to be done and performed by the said sheriff are hereby declared to be legally and well and effectually done and performed, if done and performed on or before the day preceding the day appointed for the holding the said

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page19 of 128

440        LAWS OF NEW YORK.      [CHAP. 27.

# CHAP. 26.

### AN ACT for the relief of John L. Hardenbergh.

PASSED the 30th of March, 1782.

*Preamble.* WHEREAS the certificates given by the auditors appointed to liquidate and settle the accounts of the troops of this State in the service of the United States to the said John L. Hardenbergh for the depreciation of his pay while in the said service, are alledged to be lost or destroyed

*Auditors to grant other certificates to John L. Hardenbergh.*    *Be it therefore enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That it shall and may be lawfull for the said auditors or any two of them, to grant to the said John L. Hardenbergh other certificates for the depreciation of his pay while he served in the regiments of this State in the service of the United States, amounting to the value of the certificates formerly given to him at the time they were made,

*Bond to be given.* and bearing interest on that amount; on the said John L. Hardenbergh with two sufficient freeholders as his sureties having first sealed and delivered in the presence of three witnesses, of which at least one of the said auditors to be one, a joint and several bond to the treasurer of this

*Condition.* State in treble the amount of the said certificate, with condition, that the said John L. Hardenbergh his heirs executors or administrators shall and will save harmless and keep indemnified the people of the State of New York from any costs charge claim payment or demand, or the location of any lands tenements or real estate, for by reason or on account of the said certificates which are alledged to be lost or destroyed.

*Entry to be made on margin remaining in book.*    *And be it further enacted by the authority aforesaid* That the said auditors who may subscribe the certificates to be given to the said John L. Hardenbergh in pursuance of this act, shall before they deliver the said certificates last mentioned to the said John L. Hardenbergh, or to any other person for his use, make such memorandum as they shall think proper on the margin remaining in the book from whence the certificates alledged to be lost were indented and taken out, and also on the margin from whence the certificates to be given in pursuance of this act shall be taken out, purporting that the last mentioned certificates are given in lieu of those alledged to be lost or destroyed; and shall also indorse on each certificate to be given in pursuance of this act, a memorandum, that the same is or are given in lieu of those alledged to be lost or destroyed, specifying in such memorandum the number and amount in value of the certificates alledged to be lost or destroyed.

# CHAP. 27.

### AN ACT to regulate the militia.

PASSED the 4th of April, 1782.

*Preamble.* WHEREAS it is necessary to put the militia on such an establishment as will most effectually encourage a martial spirit among the people, provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of America against hostile tyranny and oppression.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page20 of 128

.I. *Be it therefore enacted by the People of the State of New York represented in Senate and Assembly and it is hereby enacted by the authority of the same* That every able bodied male person (Indians and slaves excepted) residing within this State from sixteen years of age to fifty (except such persons as are hereinafter excepted) shall immediately after the passing of this act, unless he shall have been heretofore enrolled by the captain or in his absence the next commanding officer of the beat wherein he shall reside, be enrolled in the company of such beat.   That every captain or commanding officer of a company shall also enroll every person who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such enrollment to each person so enrolled by some inferior officer of the company who on oath shall be a competent witness to prove such notice.   That if any dispute shall arise with respect to the age or ability to bear arms of any person, it shall be determined by the colonel or commanding officer of the regiment whose determination in the case shall be final.   That every person so enrolled and notified shall within twenty days thereafter furnish and provide himself at his own expence with a good musket or firelock fit for service, a sufficient bayonet (unless he shall be provided with a good rifle) with a good belt or pouch or cartouch box containing not less than sixteen catridges suited to the bore of the musket or firelock, each cartridge containing a proper quantity of powder and ball or in lieu of such pouch cartouch box or cartridges, with a quantity of powder and ball respectively disposed of in a powder horn and shot bag, and wadding sufficient for the same and two spare flints, a blanket and knapsack; and shall appear so armed, accoutred and provided, when called out to exercise, or duty, as herein after directed; except that when called out to exercise only, he may appear without blanket or knapsack; and if any such person shall appear to the captain or commanding officer of the company to be too indigent to arm, accouter and provide himself in manner aforesaid, he shall be furnished with arms and accoutrements out of the monies to arise from such fines as shall from time to time accrue in the regiment to which he shall belong, and in case of deficiency thereof, out of the public magazines or stores of this State, by order of the person so administering the government of this State for the time being.

**Persons to be enrolled**

**Commanding officer to determine disputes.**

**Person enrolled to provide himself with equipments etc. and appear with same when called out.**

.II.   That the commander in chief for the time being shall by general orders arange the militia of this State into brigades, regiments, and companies, and by and with the advice and consent of the council of appointment, appoint such and so many brigadiers general and other officers as he shall think most conducive to the public service; copies of such general orders to be filed in the office of the clerk of the county where the regiment, or company shall be.

**Commander in chief to arrange militia into brigades, etc.**

III.   That each brigadier general shall have one brigade major of his own choice, to rank as major in the militia and receive pay on the certificate of his brigadier for the time he shall be in service.

**Brigade major.**

IV.   That in case of the death, resignation or other inability to serve of any colonel now commanding a regiment, no colonel shall thereafter be appointed thereto, but that such regiment and all others not now commanded by a colonel shall henceforth be commanded by a lieutenant colonel.—That each regiment shall have one major (unless in cases where it shall be thought necessary to appoint two majors — That each company shall be officered with one captain, one first lieutenant, one second lieutenant and one ensign, as commissioned officers (That in case of the death, resignation or other inability to serve of any second lieutenant it shall be in the discretion of the governor by and with the

**Commandants of regiments.**

**Company officers.**

442                      LAWS OF NEW YORK.              [Chap. 27.

**Regimental staff.**

advice and consent of the council of appointment to appoint another or not) and by four serjeants, four corporals one drummer and one fifer—And the staff of each regiment shall be, one adjutant and one quarter master who shall repectively rank as first lieutenants, and the serjeants, corporals, drummers and fifers, shall be appointed from time to time by the captains or other commanding officers of the several companies; and if any non commissioned officer so to be appointed shall refuse to accept the office to which he shall be appointed he shall forfeit the sum of forty shillings, to be adjudged levied and disposed of, in manner as is herein after directed with respect to ∴ines for neglecting or refusing to appear to train and exercise as is herein after mentioned.

**Colors, drum and fife.**

V. That each regiment shall be provided with a standard of colours at the expence of the field officers, and each company with a drum and fife at the expence of the commissioned officers thereof—

**Troops of horse and grenadiers.**

VI. That there may be a troop of horse in each brigade and two troops of horse in the county of Westchester and a company of grenadiers in each regiment of foot which may conveniently furnish the same—

**Of whom to be composed.**

That the said troops of horse and companies of grenadiers shall respectively, be formed and composed of volunteers in the respective brigades and regiments residing at such convenient distances from each other that they may with ease and dispatch be called out for training, discipline or other service. Provided that no troop of horse shall be established without the consent of the brigadier or commanding officer of the brigade; and that no grenadier company shall be established in any regiment without the consent of all the field officers; and that no troop of horse or grenadier company shall exceed fifty men officers included; and that no person shall hereafter inlist in any troop of horse or grenadier company without the consent of the commanding officer of the regiment in which he shall reside.—

**Proviso as to consent of brigadier, etc.**

**Enlistments to be certified.**

VII. That on every such inlistment of a volunteer the captain of a troop of horse or company of grenadiers do immediately certify to the captain of the beat from which such volunteer shall inlist, the inlistment of the said volunteer.—

**Equipment of troopers and grenadiers.**

VIII. That each trooper shall be equipped and provided with a good serviceable horse at least fourteen hands high, a good saddle, housing, holsters, breast plate and crupper, a case of good pistols, a good horsemans sword, a pair of boots and spurs, and a carbine well fixed with a good belt, swivel and bucket, and a cartridge box to contain twelve cartridges at least; and that each grenadier shall be equiped and provided with a grenadier's cap, a good musket and bayonet, a broad sword, a belt and pouch or cartridge box, and so equipped and provided the troopers and grenadiers shall respectively be called out under the direction of their respective officers as is hereby required with respect to the rest of the militia.

**To be called out.**

**Regimental parades.**

IX. That each colonel or commanding officer of a regiment shall in the months of May and October in every year, call out his regiment to his regimental parade, (which shall be the place in the district of the regiment the most convenient for that purpose,) and having paraded the same, shall require from the captain or commanding officer of every beat in the regiment a return thereof, expressing the exempts and the absentees, and the causes of the respective exemptions and absences; cause the said regiment, except the exempts then paraded, to be called by the company rolls; and the arms, ammunition and accoutrements of each man to be examined, and the defaulters to be noted, and shall cause them to be sufficiently exercised, trained and disciplined; and shall within two weeks there after make or cause to be made a true regimental

CHAP. 27.]                    FIFTH SESSION.                    **443**

return (excepting therein by name the exempts or absentees) to the brigadier general or commanding officer of the brigade — That the captain or commanding officer of each company shall and may call out his company to such place within his beat as shall be most convenient for that purpose at least four times in every year, and shall cause them when so called out to be well and sufficiently exercised, trained and disciplined. *(margin: Company parades.)*

X. That every commissioned officer of the militia in this State who shall omit or neglect to perform any of the duties by this act enjoined on him, of enrolling training or disciplining in and to the use of arms the militia of this State, or of making perfect returns of the militia, or of not calling out to actual service the militia or any part thereof when necessary, and shall, if under the rank of a brigadier be thereof convicted by a brigade court martial from the brigade to which he shall belong, consisting of at least thirteen members (which court martial the brigadier is hereby authorized and required to appoint and direct to sit) and the sentence thereon be confirmed by the brigadier general or the officer commanding the said brigade with the right of appeal to the commander in chief to whom the proceedings shall be immediately reported. Be *ipso facto* removed from his office and reduced to do duty in the ranks as a foot soldier; any exemption from duty to the contrary in any wise notwithstanding. And all brigadiers general, for offences, not particularly provided for in this act, shall be tried by a general court martial to be appointed by the commander in chief; and if on conviction the sentence thereof be confirmed by the commander in chief, that there upon such brigadier general shall be removed from his office.—That all sentences of courts-martial so confirmed shall be by the commander in chief from time to time, laid before the council of appointment, to the end, that the person administring the government of this State for the time being by and with their advice and consent may appoint others instead of the officers so found guilty. *(margin: Officers neglecting to perform duty to be tried by court martial, etc. / Sentence to be laid before council of appointment.)*

XI. That every commissioned officer of the militia of this State, who shall be cashiered, or who shall resign his commission, not being superseded in rank in the company to which he belongs, or being a major, or captain, not being superseded in the regiment to which he belongs, or commanding a regiment not being superseded in the brigade to which he belongs or unless his resignation shall be accepted by the governor by and with the consent of the council of appointment, shall be obliged to do the duty of, and in every respect, be put on a footing with a private soldier, any thing contained in this act, to the contrary thereof notwithstanding. *(margin: Officers cashiered, etc., to do duty as private soldiers.)*

XII. That every non commissioned officer or private of the said militia who shall neglect to appear when called out to train or parade as herein before mentioned, without sufficient excuse, shall for every such offence forfeit the sum of ten shillings; and if he shall appear wanting any of his arms, ammunition, or, accoutrements prescribed for him by this act, without sufficient excuse, he shall for every deficiency forfeit the sum of two shillings—and if any non commissioned officer or private in any troop of horse, or company of grenadiers, shall be charged with either of the said offences and shall not have sufficient excuse, he shall forfeit for the offence of not appearing the sum of twenty shillings—and for every other of the said offences the sum of four shillings.— *(margin: Non-commissioned officers, and privates to forfeit sum named in case of neglect, etc.)*

XIII. That all fines to arise from offences in a company only when called out to train or parade shall be adjudged of, and inflicted by the commissioned officers of such company, or the major part thereof, and shall be levied with costs, by warrant under the hand and seal of the *(margin: Fines, how inflicted and levied.)*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page23 of 128

captain or commanding officer, directed to one or more of the serjeants of the company, by distress and sale of the goods and chattels of the offender and paid by the serjeant or serjeants to the said commanding officer of the company; and that all fines to arise from the like offences, upon the calling out of the regiment, shall be adjudged of and inflicted by the field officers of the regiment, or the major part of them,

**Fines, how to be adjudged of and collected.** and shall be levied with costs, by warrant under the hand and seal of the commanding officer of the regiment, directed to one or more of the serjeants of the said regiment, by distress and sale of the goods and chattels of the offenders respectively, and by him or them paid to the said commanding officer; all which fines shall by the commanding officer of the regiment, or of the companies, be paid over to the quarter master of the said regiment, to be by him laid out under the direction of the field officers of the regiment, or the major part thereof, for arming, accoutring and furnishing with ammunition, the privates thereof, in manner aforesaid; and where, in any case, no goods or chattels shall be found, then on such warrants to be issued in either of the cases above mentioned, the serjeant or serjeants shall take the body of the offender and him convey to the common gaol of the county; and if there shall not be a common gaol in the county then to the common gaol in an adjoining county there to be kept in safe and close custody, until he pay the fine with costs, and the gaoler of such gaol is hereby required and commanded to receive such offender with the warrant and him safely keep until he shall have paid his said fine and costs, or shall be discharged by the commanding officer of the regiment to which he doth belong, which gaoler shall after receiving the said fine and costs, on demand by such serjeant or serjeants pay the same to him or them; and thereupon such fine shall be disposed of in manner herein before directed for the disposal of fines.

**Official rank.** XIV. That all officers in the militia shall take rank according to the dates of their commissions, provided that where any officer now holds the same office in the militia which he held under the late government before the revolution, or under the convention before the present government, and since hath received a new commission for the same office, such officer shall take rank from the date of his former, and not from the date of his last commission, any thing herein contained to the contrary notwithstanding.

**Returns to be made to the commander in chief.** XV. That from all returns to be made by the commanding officers of regiments respectively to the respective brigadiers general, or commanding officers of the brigade; brigade returns shall without delay be made to the commander in chief, that the commanding officers of regiments not formed into brigades shall without delay make returns to the commander in chief.

**Brigades, etc., how to rank and be posted in line.** XVI. That one brigade, regiment, or, company of foot (except grenadiers who shall form on the right of the regiment) shall not be considered as older, or having rank or preference of the other; but each brigade, regiment or company shall be posted and disposed of in the line, on command as the commanding officer on the spot, shall on every occasion or emergency think proper. —

**Militia to be drawn out in cases of emergency** XVII. That on every emergency of a sudden actual or threatened invasion by the enemy, or any insurrection, the commanding officer of any brigade, regiment or company, as the case may require, shall immediately draw out the militia under his command, and with them march to any place, whether within or without the State, to oppose the enemy, or to quell insurrections within the State; and that all brigades, regiments, troops and companies, shall from time to time be subject to gene-

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page24 of 128

ral, brigade, regimental and company orders, as is usual according to the course and practice of war, for suddenly taking the field for the purpose aforesaid — And all such orders by any officer under the rank of commander in chief, shall be reported in writing by express to the commanding officer of the regiment, if given by one under his command, and if given by the commanding officer of the regiment shall be reported to the brigadier general; and if given by the brigadier general, to the commander in chief; all which reports shall be acted upon by the respective persons to whom the same shall respectively be made, as the emergency may require, and by such persons respectively, be reported with their respective proceedings thereon to their next superior officer; and so on in succession till they reach the commander in chief. *Orders to be reported by express to commanding officer.*

XVIII. That every person in the militia whether officer or private, when called out into actual service, either to act seperately or in conjunction with the troops of the United States of America, shall from the time of his marching out into the said service until he be properly discharged therefrom, be allowed pay and rations according to the Continental establishment; and having marched out in such service, and before such discharge or dismission shall commit any offence or shall before such discharge or dismission desert from the corps to which he shall belong, or from his post, shall for every such offence be subject to the rules and articles of war, established by the congress of the United States of America, for the better government of the troops in the service of the said United States, which shall be put in execution against the offender by the militia orders and authority, in like manner as the same are put in execution in the army of the said United States against offenders therein, by proper orders and authority thereof; and that in all such cases the governor or commander in chief for the time being, and all militia officers, subordinate to him, shall and may enjoy and exercise all the powers by the said rules and articles of war given to the commander in chief of the army of the United States, and the several officers subordinate to him in the said army — And that upon notice left at the usual place of abode of any offender containing the charge against him and the time and place when and where the court martial will be held for his tryal, and due proof made to such court of the service of such notice, it shall be lawful for such court to proceed to the tryal of such offender, in like manner as if he had appeared and plead not guilty to the charge.— *Pay and rations.* *Deserters subject to rules and articles of war.* *Upon notice left at residence and proof of service court may try offender.*

XIX. That in every case where a fine shall be imposed by a court martial in consequence of the last preceeding clause, it shall and may be lawful for such court martial to direct the offender (in case of the non payment of such fine) to serve in and do duty with any one of the regiments of the army of the United States of America raised by the direction and under the authority of this State, as a private soldier thereof, for and during such time as the court martial shall adjudge not exceeding six months.— *In case of non-payment of fines offenders may be directed to serve as privates*

XX. That the commander in chief for the time being shall have power and authority from time to time in his discretion, to order out the whole, or any part of the associated exempts and enrolled militia of this State into actual service, not only for the defence of this State, but to give assistance to any other of the United States, or to reinforce the army of the United States or any part thereof, and to cause each of them to march out of this State for either of the said purpose, and that the associated exempts shall be called out in rotation so as to do their equal proportion of duty with the enrolled militia, as nearly as *Commander in chief may order out militia, etc.*

446                       LAWS OF NEW YORK.               [CHAP. 27.

may be in the discretion of the commander in chief or brigadier general within whose command the associated exempts do reside;

**Term of service, etc.**

Provided always, that none of the enrolled militia of this State or associated exempts, shall be compelled to do duty out of the same for a greater space of time than forty days at any one time.  And provided also that not more than one third part of the militia and associated exempts of this State shall on any occasion or emergency be required or ordered to march out of this State, any thing herein contained to the contrary hereof in any wise notwithstanding.—

**Militia may be called out to aid sheriff in executing process.**

XXI. That whenever any sherif his deputy or any other ministerial officer in any of the counties of this State shall receive any legal process commanding him or them to apprehend any person or persons therein charged with any crime or offence against the laws of this State, and such sherif his deputy or other ministerial officer shall have been forcibly resisted or shall have good grounds to suspect that by force and arms he will be obstructed or resisted in the execution of such process by the said offender or offenders, and his or their aiders and abettors, such sherif his deputy or other ministerial officer shall represent the circumstances of such resistance or the reason of such his apprehension to the brigadier general or other commanding officer of the militia of the county in which such process is to be served; and if it shall appear to the said brigadier or other commanding officer that there are just grounds for such suspicion, that then and in every such case it shall be lawful for the said brigadier general or other commanding officer to order out such detachment of militia as to him shall appear necessary to aid the said sherif, his deputy or other ministerial officer to execute such process and which said detachment shall act under the directions and orders of such sherif, his deputy or other ministerial officer.  That such brigadier or other commanding officer shall from time to time report to the commander in chief such application and orders he shall issue in consequence thereof.

**Military courts.**

XXII. That for the several purposes aforesaid general, brigade and regimental courts martial, and courts of inquiry shall from time to time as cases may require, be instituted and formed, and general, brigade and regimental orders from time to time given, upon the plan directed by the aforesaid rules and articles of war, and by the officers in rank respectively in the militia equal with those respectively authorized for the purpose by the said articles of war; in respect whereof the governor or commander in chief and all militia officers respectively shall be considered as on the same footing as the general and commander in chief of, and as the officers in their respective ranks belonging to, the army of the said United States.—

**Punishment.**

Provided always that no commissioned military officer, except when questioned upon the aforesaid rules and articles of war, shall be sentenced or adjudged to any other punishment than to be cashiered and rendered incapable of any military office whatsoever within this State.

**Fine in commutation of corporal punishment.**

And provided also that it shall and may be lawful for a court martial whenever they shall conceive it proper to fix and determine a fine for which any person adjudged to receive corporal punishment may commute such punishment; and if the same fine shall be paid within the time by the court martial for that purpose limited—the said person shall be accordingly acquited of such corporal punishment.  That all such fines shall be paid into the hands of the president of the said court martial, and shall by him be paid into the hands of the quarter master of the regiment to which the offenders do belong, for the purpose of providing a sufficient quantity of arms and ammunition for the use of the said

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page26 of 128

regiment agreeable to the directions in the fourteenth clause of this act; and that the overplus be paid by the said quarter master into the treasury of this State.

XXIII. That a roll of the privates of each company shall be made and divided by the commanding officer of the company into eight classes as nearly equal in number to each other as conveniently may be, and a serjeant or corporal shall be alloted on the roll by the commanding officer to each class, which said eight classes in each company shall on detachments, or drafts in pursuance of this act, perform their tour of duty in numerical order; and to ascertain which class shall take the first and which the second tour of duty on detachment, and so on to the eighth class, eight slips of paper numbered respectively from one to eight inclusively shall be so rolled up, or otherwise closed, as to conceal the number, and being put into a hatt and well shook together in the same, the serjeant or corporal of each class shall, in the order to be directed by the commanding officer in behalf of his class, take out one of the ballots, and the number drawn by the serjeants and corporals respectively, shall determine the respective tours of duty of the several classes — The class which draws number one, to have the first tour of duty, and so determining their respective tours of duty in a numerical order throughout all the eight classes, and in the same numerical order shall the eight classes continue their rotation without any new balloting, until the numbers respectively contained in each class shall by the events of war, other accidents become very unequal, when there shall be a new balloting as above directed.   That where a company increases by the accession of men from any other parts, or by persons residing within the beat and arriving to the age of sixteen years, the commanding officer of the company shall therewith compleat any classes which may have become deficient; and if a residue remains shall distribute such residue as equally amongst the classes as circumstances will permit—

XXIV. That when and as often as the classes shall be thus fixed, each commanding officer of each company shall form a roll consisting of the eight classes, and containing the names of the men in each class with the names of the serjeant and corporal respectively prefixed to each class, and numbered according to the order of ballotting, which he shall keep for his own use guidance and direction, and shall notify each serjeant, corporal and private, to what class he shall belong; and shall return a copy thereof with the list of his commissioned officers prefixed thereto, without delay, to the colonel or commanding officer of the regiment who shall enter all such and every other company return, in a book to be kept by him for the purpose.—

XXV. That the commanding officer of each regiment shall on receipt of all the classed returns of the companies in the regiment, convene together all the commissioned officers in the regiment, and proceed in like manner, to fix by ballot, the respective tours of duty, of all commissioned officers under the rank and degree of a field officer, from and including number one, to and including such number as shall be equal to the number of companies in the regiment, which balloting shall be made seperately and severally in the four several lines of office, and be entered by the commanding officer in his said book; as also the quota of each detatchment, both as to officers and privates, in order thereby, from time to time to ascertain the rotation of the service of both, which shall ever be determined by such quotas respectively.

XXVI. That if there be two majors belonging to a regiment, they shall decide by lot, which of them shall take the first tour of duty, and the order or tour of duty thereby established shall ever after govern.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page27 of 128

Rotation of duty on detachments among field officers.

XXVII. That to establish the rotation of duty on detachments among the several field officers in the regiments composing a brigade, the colonels, lieutenant colonels and majors, shall without delay meet together and decide the same by several and seperate lots in numerical order as aforesaid. in the several lines of office, which being done, a roll thereof shall be made and subscribed by them all, and returned to the brigadier general of the brigade — The colonels, lieutenant colonels and majors of the regiments not brigaded shall meet and decide the rotation of duty on detachments, the same as the colonels, lieutenant colonels and majors of the brigades are by this act directed.

Brigadier general.

XXVIII. That to a brigadier generals command of detachments, the commander in chief shall appoint such brigadier general as shall in his judgment appear most proper for the advancement of the service.

Substitute may be employed.

XXIX. That every private shall be allowed to substitute on detachments an able bodied private in his stead who shall nevertheless take his own tour of duty in the order wherein it shall have been fixed as aforesaid—That in case of sickness or by unavoidable accident any officer or private shall be prevented from taking his tour of duty on any detachment, the next to him on the respective rolls of detachments without regard to classes with respect to privates, shall fill his place, and the person so prevented shall in return take the proper next tour of duty on detachment of him so filling his place ; and all classing as aforesaid shall go on in rotation, in the several numerical orders above mentioned, as long and as often as the public service shall require the same.

Tours of duty in case of illness, etc.

Discretionary power to order out troops.

Provided always, that the commander in chief shall and may from time to time in his discretion order out on detachment as great a part or the whole of any brigade, regiment, troop of horse or associated exempts as he may think proper or the whole militia into actual service: And also that the like discretionary power may on sudden emergencies and without waiting the order of his superior officer be exercised by the commanding officer of any brigade, regiment, troop of horse or company respectively, over each brigade, regiment, troop of horse, or company, giving notice thereof in writing without delay, together with all things relating thereto, as well to his commanding officer as to the commander in chief for the time being.—

Governor on requisition of commander in chief of U. S. army, may detach troops for offensive operations.

XXX. That if the commander in chief of the army of the United States should in the prosecution of the war be under the necessity of calling on this State for an aid of militia for offensive operations within this State, it shall and may be lawful for his excellency the governor or the person administring the government of this State for the time being on every such requisition to detach from the regiments of militia of this State or from such of them as he shall judge proper such and so many officers noncommissioned officers and privates as he shall from time to time deem consistent with the interest and safety of the State, to continue in service for such time as he shall judge proper not exceeding the term of three months from the time they shall arrive at the place of actual service and the same to relieve as occasion may require.

Exempts from service in enrolled militia.

XXXI. That all persons under the age of sixty who have held civil or military commissions, and are not or shall not be re-appointed to their respective proper ranks of office, and all other persons between the age of fifty and sixty years who have associated and elected their officers, or shall hereafter associate themselves, shall be exempted from serving as part of the enrolled militia — That all persons who have not yet associated, shall form themselves into voluntary associated regiments or companies according to their number in each respective county and

Voluntary associations to be formed, etc.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page28 of 128

recommend their own officers, and that all such associated regiments or companies shall make returns thereof respectively to the commander in chief for the time being without delay, who with the advice and consent of the council of appointment shall issue commissions to them accordingly, in default of which returns they shall respectively do duty in the ranks with the militia of the beat within which they shall respectively reside, until they shall respectively associate as aforesaid — That the substance of such associations shall be, that the associators will severally on all occasions obey the orders of their respective commanding officers, and all others authorized to give them orders by this act, and will in cases of such invasion or incursions of the enemy or insurrections march to repel the enemy or suppress such insurrections in like manner as the enrolled militia are compelled to do; so that they shall not when called out in detachments be annexed to any other regiment or company, or be under the immediate command of any other than their own officers, except as herein after excepted, but be deemed and considered as a seperate and distinct corps; and that when such associated exempts shall be called into actual service, they shall be subject to the orders and command of any and every officer of superior rank to such officer of associated exempts.— *Associations to obey orders, etc.*

XXXII. That every person an inhabitant of this State subject by this act tomilitary duty in the militia who shall remove out of the limits of the regiment or corps in which he shall be commissioned, associated or enrolled, or sojourn or be within the limits of any other regiment or corps, shall be subject to drafts, and be obliged to do duty in the regiment or corps within the limits of which he shall so happen to be. *Persons subject to draft.*

XXXIII. That the lieutenant governor, members of the senate and assembly, the clerks of the senate and assembly, all judicial officers, the secretary of this State, and one of his deputies, the attorney general of this State, the treasurer of this State, the auditor of this State, the clerks of courts of law, the county clerks the clerk of the court of probates all ministers of the gospel, all post masters and post riders, all sherifs, and one gaoler to every gaol, notwithstanding their being respectively able bodied above sixteen and under sixty years, and all such persons who shall procure special exemptions from the commander in chief of this State for the time being, shall respectively be exempted from training and doing duty in the militia, but shall nevertheless be armed accoutred and provided as by this act is directed — That it shall and may be lawfull to and for the commanding officer of every regiment to grant exemptions in writing to such physicians, surgeons, school masters, millers and ferrymen, as he shall in his judgment deem it would be more prejudicial to the common weal to take out with the militia, than to permit them to remain at home; provided no such exemption shall from time to time be given for a longer term than thirty days from the date of the permit. *Persons exempt from training, etc.*

XXXIV. That each male person between the ages of sixteen and sixty years who is or shall be of the people called Quakers, upon producing a certificate from one of their quarterly meetings that he is of the society called Quakers, shall be exempted from all personal military service whatsoever to which he would be subject by this act was he not of the people called Quakers; and for such exemption shall yearly and every year pay the sum of ten pounds in lieu of all military service whatsoever required by this act — And for the purpose of levying the said annual sum, the commanding officer of every beat shall annually in the month of May return to the respective supervisors of the ward, town, manor, precinct or district, wherein he shall reside a list of such Quakers as aforesaid, residing within his beat; and the respective supervisors of *Quakers exempt.* *Yearly tax.* *How levied and collected.*

57

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page29 of 128

450                LAWS OF NEW YORK.          [Chap. 27.

the county at either of their meetings shall make out a seperate tax list thereon (a copy whereof they shall cause to be delivered to the treasurer of the county) with a warrant to be issued by them to the collectors respectively, for levying the same, of the form as near as may be, agreeable to the form of the warrants to collect the taxes for defraying the contingent expences of the county; and in default of goods and chattles of any Quaker, whereon to levy the said sum, the warrant for levying the same shall authorize the collector to commit him to the gaol of the county, and if there shall not be a gaol in the county then to the gaol in an adjoining county — and the keeper of such gaol is hereby required to receive and detain him in safe custody until the said sum shall be paid to the said collector; and the said collectors shall respectively pay the monies they shall so from time to time collect into the county treasury, from whence they shall be paid by the several county treasurers into the treasury of this State, for which collection the collector shall be allowed the like poundage as for collecting the contingent charges of the county.

**Act not to affect persons who have furnished substitutes.** XXXV. That this act or any thing in the same contained shall not in cases of drafts or detachments of the militia affect any person who has furnished heretofore, a sufficient able bodied man for service in one of the regiments raised under the direction of this State, unless the time of such service shall have expired.—

**Verbal notice sufficient.** XXXVI. That in all cases where notice is required by this act, verbai notice to the party himself or left at his usual place of abode with a person of the years of discretion by any commissioned officer or non-commissioned officer of the company, shall be deemed a legal and sufficient notice.—

**Compensation of officers attending courts martial.** XXXVII. *And be it enacted by the authority aforesaid,* That the officers attending general or regimental courts martial by virtue of this act shall for every day they shall respectively serve on the said courts be paid the sum of six shillings, (which said sum of six shillings per day, shall be in full of all pay and subsistence for such service,) out of the fines to be imposed by the said courts, to be ascertained by the respective presidents of the said courts — That the fines imposed by the said **Fines, how recovered.** courts shall be recovered by warrant, under the hand of the commanding officer of the regiment, directed to any serjeant or serjeants of the regiment by distress and sale of the goods and chattles of the offender, and for want thereof the offender shall be committed to the gaol of the county, and if there shall not be a common gaol in the county then to the gaol in an adjoining county; and the keeper of such gaol is hereby required to receive and detain him in safe and close custody until the said fine shall be paid, or until the time of his confinement expires **Officers to be paid from moneys received from fines.** agreeable to the said warrant — That out of the said fines when recovered the commanding officer of the regiment shall pay the said officers of his said regiment attending on the said courts, and the overplus money of the said fines shall by the said commanding officer be paid into the treasury of this State.—

**Reimbursement of moneys paid out by officers.** XXXVIII. *And wheras* the commanding officers of brigades and regiments are frequently on extraordinary emergencies obliged to disburse of their own monies for paying expresses; for reimbursement whereof, the treasurer of this State, shall and is hereby required from time to time to repay the same out of any monies in the treasury not by law otherwise particularly appropriated provided that the accounts thereof respectively shall be first sworn to before a justice of the peace of any county within this State.—

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page30 of 128

XXXIX. *And be it further enacted by the authority aforesaid,* That the commissioner of military stores of this State, shall on application of any commanding officer of a regiment of the militia of this State, by draft in writing on the said commissioner, in favor of the quarter master of the regiment with a warrant endorsed by the person administring the government of this State for the time being, furnish him with such quantities, either of loose ammunition or made up in cartridges as shall be directed by such warrant; the said quarter master paying for the same the first cost thereof and the expense of making up the same; which monies the said commissioner shall from time to time lay out in the purchase of ammunition.— *[margin: Ammunition to be furnished on requisition.]*

XL. *And be it further enacted by the authority aforesaid,* That if any person be wounded or disabled, upon assisting in repelling any invasion or incursion of the enemy, or suppressing an insurrection, or in any other legal military service, he shall be subsisted and provided for at the expence of the State, during such disability, except such persons whose cases are already provided for by the several acts of Congress of the United States of America, making provision for persons that may become disabled while in the service of the United States.   That each person who hath been or shall hereafter be so wounded or disabled, and whose cases shall not be provided for as aforesaid, shall be entitled to such partial or permanent allowance, as shall be adjudged by the field officers of the regiment (not exceeding the allowances granted by the acts of congress aforesaid) and which adjudication, being confirmed by the commander in chief for the time being, he shall thereupon issue duplicate warrants under the privy seal of this State, upon the treasury, for the payment of the sum or sums so to be adjudged to the person so wounded or disabled, and the treasurer upon being served with one of the said duplicates; shall out of any monies which may then be in the treasury, pay to the several persons in whose favor such warrants shall be issued the sum or sums therein respectively specified, and in such manner as shall be directed by the said warrants respectively. *[margin: Wounded persons to be subsisted, etc.]*

XLI. *And be it further enacted by the authority aforesaid,* That proceedings or trials at courts martial directed by this law, may be carried on at any time or times, the seventh article of the fourteenth section of the said articles of war, whereby such proceedings or trials are prohibited from being carried on, except between the hours of eight in the morning and three in the afternoon, to the contrary notwithstanding.— *[margin: Proceedings of court martials. When carried on.]*

XLII. That the commanding officers of the several companies, shall cause the said articles of war to be read and published at least twice in every year, at the head of their respective companies.— *[margin: Articles of war to be read.]*

*And whereas* in many instances the militia of this State have been necessitated for the want of provisions in the public stores to subsist themselves at their own expense when ordered out to repel the enemy,

*And whereas* it may become necessary for the militia in future to furnish themselves with provisions on similar occasions.—

XLIII. *Be it therefore enacted by the authority aforesaid,* That the commanding officers of companies which shall so have furnished themselves and their companies, or shall hereafter furnish themselves and their companies with provisions at their own expence, shall from time to time make and return to the commanding officer of the regiment or corps, duplicate subsistence rolls containing the names ot the several persons of their respective companies who have, or hereafter shall furnish themselves with provisions at their own expence and the number of days for which each person shall have so furnished himself, and which duplicate subsistence rolls, the said commanding officers of companies shall respect- *[margin: Officers furnishing themselves or their companies with subsistence to make and return subsistence rolls, etc.]*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page31 of 128

ively subscribe, and swear to the same before the said commanding officer, who is hereby authorized to administer an oath for the purpose, and such commanding officer of the regiment shall thereupon make an abstract of the subsistence rolls of the respective companies of such regiment, and return duplicates of the same, together with one of such subsistence rolls to the auditor, who is hereby required to audit such abstracts, and to make a reasonable allowance for such provisions furnished as aforesaid, and to return one of the said abstracts audited as aforesaid to the said commanding officer of the regiment; and to charge the amount of such abstraets to the account of ihe United States.—

*Only one ration per day allowed.*

Provided always, that no person shall be allowed more than one ration per day in such subsistence rolls.

*Proviso as to notifying associate exempts.*

*And whereas* the dispersed situation of the places of residence of the associate exempts renders the mode at present used for notifying them to march in cases of invasions or insurrections extremely inconvenient, and in a great measure defeats the objects for which they were embodied.

*Notice how given.*

XLIV. *Be it therefore enacted by the authority aforesaid,* That it shall and may be lawful to and for the commanding officers of the regiments of enrolled militia, when and as often as their whole regiments shall be ordered out for duty, to notify the senior officers of such associated exempts residing within the limits of their regiments respectively, to order the commissioned officers of such exempts as may reside therein, to appear at the time and places appointed for the rendezvous of such regiments respectively, and that it shall and may be lawful, to and for any commissioned or non-commissioned officer of such regiments or company of enrolled militia as shall be ordered out to oppose the enemy or insurgents, to notify and warn the non-commissioned officers and privates of such corps of exempts residing within their respective limits or beats to march to such place, and at such time as the enrolled militia

*To do duty with and be subject to orders of commanding officers of regiments until joined by an officer of the corps.*

of such regiment or company are ordered to march —That until such time as such associated exempts shall be joined by an officer of the corps in which they are associated, they shall march do duty with, be annexed to, and be subject to the immediate command of the officer, commanding such regiment or company of enrolled militia within the limits or beat of which they respectively reside, and that the said officers, non-commissioned officers and privates of such associated exempts shall be subject to the same pains and penalties for neglecting or refusing to march after being notified as aforesaid, as the enrolled militia are subject to by this act, for neglecting or refusing to march.—

*Proviso as to expense of conviction of delinquents.*

*And whereas* the conviction of delinquents for refusing to rendezvous and march when duly notified and ordered, hath heretofore been attended with much expence and delay; and proper encouragement hath not been given to such as have evinced their zeal and alacrity to rendezvous and march to repel an enemy, or subdue insurgents;

*Proceedings in case persons enrolled in the militia refuse to rendezvous and march when duly notified to do so.*

XLV. *Be it therefore enacted by the authority aforesaid,* That every person enrolled in the militia of this State, who shall refuse or neglect to rendezvous and march with the regiment or detachment thereof when duly notified so to do; and every person belonging to the associated exempts who shall refuse or neglect to rendezvous and march when duly notified so to do, when the whole regiment in the limits whereof he resides is ordered to march, such delinquent shall be dealt with in the manner following viz'. The commanding officer of every company in the enrolled militia shall and is he hereby strictly enjoined and required, within six days next after the return of the regiment or any detachment thereof from a tour of duty, to make and transmit to

the commanding officer of the regiment a return, containing the names of every person who had rendezvoused and marched out at the time and place directed by the order, and also of all such persons, if any, who did not rendezvous at the said time and place, including the names of the associate exempts residing within the limits or beat of the company, if the order was for the whole regiment and associate exempts to march; and shall also therewith transmit the names of the officers and non-commissioned officers by whom each delinquent was notified to march, if such notice was given, the day on which they were ordered to rendezvous, and the day when discharged from the service for which the regiment, company or detachment was ordered out, and shall certify such return to be true and impartial according to the best of his knowledge and belief —That the commanding officer of every shall and he is hereby required and strictly enjoined, within twenty days next after the return of the regiment or detachment from every such duty in the field, by regimental orders to appoint a day not less than five nor more then ten from the date of the order, for as many times three officers to convene (at a place within the limits of the regiment, to be specified in such order) as there are tens in the number of delinquents returned to him; which officers shall be named by the said commanding officer of the regiment, and be composed of officers from the enrolled militia and from the associate exempts, if there are such officers of associate exempts within the limits of the regiment; and in case there are not more than nine delinquents, then the commanding officer shall appoint one court martial to consist of not more than five commissioned officers nor less than three; and being more than nine and less than twenty, he shall then appoint two such courts martial, at which time and place the adjutant of the regiment shall attend, and the name of each officer convened being written on a piece of paper, the whole shall be put into a hatt, and the adjutant shall in the presence of the officers draw them out, and enter them on a sheet of paper in the order in which they shall be drawn —That the three first drawn shall compose one court martial, three next shall compose another court martial, and so on by threes to the number convened.

Provided always if there shall be more than seventy delinquents Proviso as to number of delinquents and of courts martial. returned, there shall be as many officers ordered to convene as will constitute seven such courts martial, and the limits of the regiment shall be divided in manner aforesaid into as many parts as there shall be courts formed out of the officers which shall actually convene. That where within the limits of any regiment there are not a sufficient number of officers to constitute so many courts as by this proviso are required, as many officers shall be ordered to convene as will constitute the greatest number of such courts the regiment is capable of, and the limits of the regiment shall accordingly be divided into parts equal to the number of such courts —That the senior officer of each three shall be president of the court, that the presidents shall then divide the limits of the regiment into districts by limits or beats of companies, in each of which a court martial shall convene for the trial of all the delinquents therein, and shall determine by ballot in what district each court martial shall sit —That the president of each court shall then immediately in writing President of court to notify adjutant, etc. signify to the adjutant of the regiment in what district the court of which he is president is to convene, and on what day, provided such day shall not be less than five days after, and exclusive of the day on which such notice is given —That the adjutant shall thereupon transmit such notice to the commanding officer of each company in such district, who is hereby required, to order notice to be given to every delinquent by him returned, and to every officer and non-commissioned officer by whom

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page33 of 128

454        LAWS OF NEW YORK.      [Chap. 27.

any delinquent was notified to rendezvous and march as aforesaid, to attend the court martial in the district to which it belongs, to take trial or give evidence—And all persons returned as delinquents, who may by sickness or necessary absence out of the district be prevented from attending, may send a person to state his case to the court martial, which court shall try every person returned as delinquent, whether such person attends or not —That when the officers are so convened as aforesaid, and before they seperate, the adjutant, shall and he is hereby authorized and empowered to administer the following oath, to each of the officers composing a court martial.

*Officers of court to take oath.*

You      do solemnly and sincerely swear, that you will well and truly try and true presentment make according to evidence whether any of the persons triable by the court of which you are (president or member) are delinquent or not. If you find any not delinquent because not duly notified, you shall so say: If you find any not delinquent by reason of sickness, or such other reasonable cause or impediment as you shall deem good and sufficient, you shall so say. If you find any not delinquent because the person or persons charged with delinquency did actually rendezvous and march and did not desert, you shall so say: If you find that any person or persons being duly notified did not rendezvous or rendezvousing did refuse or neglect to march, you shall so say: If you find that any person did not rendezvous and march at the time and place appointed, and was sick, or had other reasonable cause or impediment as aforesaid for not rendezvousing and marching, being duly notified, you shall enquire how long such sickness, reasonable cause or impediment existed, and whether such person did afterwards march, and when, and whether he deserted or not, and shall so say.— So help you God.

*Form of.*

That every such court may send for such witnesses as they may deem necessary on any trial—That the president of each court shall subscribe the sentence or sentences given by such court—That the president shall transmit a duplicate of the sentence or sentences so subscribed as aforesaid, to the commanding officer of the regiment within five days next after all the delinquents shall be tried, and the sentences given —That every person convicted by the said courts martial or any of them, of not rendezvousing being duly notified, or if rendezvousing, of neglecting, or refusing to march, or of not marching after any sickness, reasonable cause or other impediment (which might have prevented his rendezvousing and marching as by the order he was to have done) had subsided, or of having deserted after having marched, not having before been punished for the same desertion; each and every such person (not a deserter) shall be fined in the sum of forty shillings for every day of the first three days, and the sum of eight shillings for every day after, and which shall have intervened from the third day after the day on which the regiment or detachment was ordered to rendezvous, to the day on which the same was discharged, and for so many days more as would have intervened between the day of discharge and return to their respective limits or beats, computing at the rate of twenty miles for every day, from the place where discharged to the residence of the commanding officer of the regiment; or if the offender shall have deserted, the like fines to be imposed from the time of such desertion; all which fines shall be levied by distress and sale of the offenders goods and chattels by warrants under the hand of the commanding officer of the regiment, directed to one of the serjeants of the company or beat to which such offender does belong, or in which such offender resides, together with the costs and charges of such distress as is usual in civil actions on warrants by a justice of

*Power to send for witnesses; sentences, etc.*

*Fine.*

*How levied and collected.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page34 of 128

the peace, and for want of such goods and chattles the offender and offenders shall be committed to the common gaol of the county; and if there shall not be a common gaol in the county, then to the gaol in an adjoining county, and the keeper of such gaol is hereby required to receive such offender or offenders, and him or them to keep in close gaol agreable to such warrant, there to remain as many days as there are shillings in the fine imposed on him, unless he shall sooner discharge said fine.—That every officer and non-commissioned officer who shall neglect or refuse the duties enjoined him by this clause, shall be tried by a brigade court martial, and being convicted shall and may be cashiered and fined, or cashiered only, or fined only in the discretion of the court-martial.

*Officers may be cashiered.*

XLVI. That it shall and may be lawful to and for the commanding officer of the regiment to pay out of any monies arising by the fines to be inflicted by virtue of this clause, to each of the officers serving on the courts martial and to the adjutant at the rate of six shillings per day, for every day such officers and adjutant have been *bona fide* employed in discharge of the duty required of them by this clause.— That every witness attending any court martial to be instituted by virtue of this act, or who shall be sent for by such court as necessary to convict an offender, shall be allowed at the rate of three shillings per day if such witness should reside more than one mile from the place where such court shall be convened for every day's attendance, untill dismissed by the court, and the certicates of the presidents of any such court's martial, shall be sufficient vouchers to the commanding officer of the regiment to pay the witnesses, which he is hereby required to do out of the fines arising by virtue of this act.— That the residue of such fines arising from delinquency for not rendezvousing and marching when ordered by detachment, shall by the commanding officers of regiments, and the commanding officers of companies be divided amongst the enrolled non-commissioned officers and privates of such detachment who did actually march, and according to the time they respectively served on such detachment, and be paid by the said commanding officer of the regiment to the commanding of officer of the company who shall pay the same to the persons entitled thereto; and that the residue of such fines arising from delinquencies for not rendezvousing and marching when the whole regiment and the associate exempts are called out, shall be divided and paid in like manner amongst the non-commissioned officers and privates of the regiment and of the associate exempts within the limits thereof, who did actually march, and in proportion to the times they respectively served on such duty — That in case of the death, sickness or absence of the adjutant the duty enjoined him by this clause shall and may be executed by any person thereunto appointed in writing, signed by the commanding officer of the regiment; and in case of the death, sickness or other inability of the president or members of any of the said courts, the commanding officer of the regiment shall appoint a substitute out of the other commissioned officers of the regiment.—

*Officers serving on courts to be paid out of fines.*

*Witnesses' fees.*

*Residue of fines to be divided among men who actually march.*

*Duties of adjutant, by whom executed in case of illness, etc.*

*And whereas* many persons in the enrolled militia of this State have heretofore neglected or refused to march when called out on detachment, or with the regiments to which they respectively belong and have not been tried for the same, on account whereof great uneasiness prevails

XLVII. *Be it further enacted by the authority aforesaid,* That all persons who have since the eleventh day of March one thousand seven hundred and eighty, neglected or refused to march having been duly notified, and who have not been tried for such offence, shall and may be

*Persons neglecting to march to be tried, etc.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page35 of 128

reported to the commanding officers of the regiments respectively within this State, and be tried by a court, or courts martial, to be instituted agreeable to the manner directed in the next preceeding clause of this act, and shall be punished or fined, and the fines recovered in like manner as they were punishable and finable, and the fines recoverable by "An act for regulating the militia of this State of New-York," passed March eleventh one thousand seven hundred and eighty, as if the same was now in full force; and the commanding officer of every regiment, and the commanding officer of every company and corps of associate exempts are hereby strictly enjoined and required to do what by the said clause they are enjoined to do to bring such delinquents to trial and punishment as though such delinquents had offended after the passing of this act. That the residue of all such fines, after the president and members of the court martial, the adjutant and witnesses shall have been paid, as by the next preceeding clause of this act is directed, shall be disposed of as in and by the said act passed the eleventh day of March one thousand seven hundred and eighty is directed.

**Trials to be completed.**  XLVIII. *And be it further enacted by the authority aforesaid* That all and every court martial within this State instituted for the trial of offenders, and which has actually began to try an offender, shall and may complete such trial and carry the same into effect as far as it is incumbent on the said court to do, and the commander in chief and the brigadiers general shall and may proceed to carry into execution the sentence of any court martial if approved, in as ample and full a manner as if the said act passed the eleventh day of March one thousand seven hundred aed eighty, was in full force. That in case of distresses for levying any fine imposed by this act, the arms ammunition and accoutrements of the convicted delinquent shall not be taken, any thing in this act to the contrary notwithstanding.

**When act to take effect.**  XLIX. *And be it further enacted by the authority aforesaid* That this act shall not take effect until the first day of June next and that the said act entitled "An act for regulating the militia of the State of New York," passed the eleventh day of March one thousand seven hundred and eighty be and is hereby revived and shall be in full force until the said first day of June next, and no longer.

# CHAP. 28.

AN ACT to liquidate the depreciation of the pay of the officers of the military hospital and medical department, and of the officers and privates of the levies and militia of this State made prisoners by the enemy.

Passed the 6th of April, 1782.

**Preamble.**  WHEREAS congress did by their act of the thirteenth day of June one thousand seven hunderd and eighty one recommend to the several States in the words following, to wit.

**Resolution of congress recited.**  Resolved That it be and it is hereby recommended to the several States to which the officers of the hospital and medical department now in service respectively belong or of which they were inhabitants to settle the accounts of the said officers for depreciation on the principles established by a resolution of congress of the tenth of April, one thousand seven hundred and eighty and to make provision for

# ACTS

OF THE

## *THIRTIETH*

# GENERAL ASSEMBLY

OF THE

## *STATE OF NEW-JERSEY.*

SECOND SITTING.

### CHAP. CLXXXV.

An act to erect and set off a new township from the townships of Hanover and Morris, in the county of Morris.

SEC. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That all the district of the above townships of Hanover and **Bounds.** Morris, included within the following limits, viz. beginning at a pin oak tree, standing on the bank of Passaic river, on lands of Robert Moore's, near the corner of Moses Stiles, about half a mile above Col. Cook's bridge, and running thence, south eighty nine degrees west, to a cherry tree in the northwest corner of the garden, late the property of Dr. Bern Budd, deceased ; thence in a direct line to the cross roads by Daniel Crane's on Loantica hill ; from thence south, eighteen degrees west, forty-seven chains and fifty links to a stake and heap of stones on the brow of the hill back of Zophar Freeman's house, from thence south, five de-

336

fifty years, from the passing of this act, repay the proprietors of said road, the amount of the sums expended thereon, with twelve per centum per annum in addition thereto, deducting the neat amount of toll received, and in that case the said road shall become the property of the state of New-Jersey, and be under the controul of the legislature thereof, any thing in this act contained to the contrary notwithstanding.

A. Passed at Trenton, February 24, 1806.

CHAP. CLXXXVII.

An act for establishing and conducting the military force of New-Jersey.

SEC. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That every free able bodied white male inhabitant of this state, who is, or shall be of the age of eighteen years, and under the age of forty-five years, (except ministers of the gospel, the vice-president of the United States ; the officers judicial and executive of the government of the United States ; the members of both houses of congress, and their respective officers ; all custom house officers, with their clerks ; all post officers and stage-drivers, who are employed in the care and conveyance of the mail of the post office of the United States ; all ferrymen employed at any ferry on the post road ; all inspectors of exports ; all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall re-

*Marginal notes:*
Who shall and

who shall not

be enrolled.

537

side, *Provided always*, That in cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

SEC. 2. *And be it enacted*, That the militia in the several counties of this state, except Cape-May, shall form each a brigade, to be called after their respective counties. The militia in the county of Cape-May, shall be annexed and belong to the Cumberland brigade ; the Burlington, Gloucester, Salem and Cumberland brigades, shall compose the first division ; the Bergen, Essex and Morris brigades, shall compose the second division ; the Somerset, Middlesex and Monmouth brigades, shall compose the third division ; the Hunterdon and Sussex brigades, shall compose the fourth division ; and the several regiments, independent battalions, battalions, squadrons and companies of infantry, light infantry, grenadiers, artillery and cavalry, shall continue as at present arranged ; subject nevertheless to such alterations and arrangements of the regiments, battalions, squadrons and companies as their present numbers, or future increase or diminution may in the judgment of the board of general and field officers of the several brigades, to which they respectively belong, from time to time render necessary or expedient, by forming such company or companies, and attaching them to such battalions and regiments as are already organized or may be formed and organized in their several brigades, as the said board of general and field officers shall order and direct for the interest and convenience of the militia of the brigade, and the general and field officers who are constituted a board for divers purposes mentioned in this act, shall meet as soon as they can be convened, to make as well as the necessary arrangements contemplated in this section, as for other duties by this act enjoined on the said board for the improvement and conducting of the militia.

*Each county to form a brigade & arranged in four divisions;*

*New companies, battalions and regiments, may be organized by the board of general and field officers.*

C

·538·

Sec. 3. *And be it enacted*, That the present offi-·cers of the militia of this state, shall continue and·exercise the several ranks and commissions which·**Officers of** they now respectively hold. Vacancies by death,·**divisions,** removal, resignation or otherwise, shall be filled up,·**brigades,** so that the militia shall be officered as follows: to·**regiments,** each division there shall be one major-general and·**battalions,** two aids-de-camp, with the rank of a major; to·**companies** each brigade one brigadier-general, with one bri-·**continued.** gade-inspector, to serve also as brigade-major,·with the rank of major, one brigade or senior sur-·geon, one brigade-judge-advocate, one brigade-pay-·master and one brigade-quartermaster; one adju-·tant-general, with the rank of brigadier-general; to·each regiment, one lieutenant-colonel-commandant;·and to each battalion and squadron, one major; to·each company of infantry, light-infantry and grena-·diers, one captain, one lieutenant and one ensign,·one clerk, four serjeants, four corporals, one drum-·mer, one fifer or bugler, and not more than sixty-·four, nor less than forty private individuals, or as·near as may be, having regard to their local situa-·**Cavalry.** tion; to each troop of horse, there shall be one·captain, two lieutenants and one cornet, one clerk,·four serjeants, four corporals, one saddler, one far-·rier and one trumpeter, and not more than forty-·eight nor less than thirty-two troopers; to each·company of artillery, there shall be one captain and·**Artillery.** two lieutenants, one clerk, four serjeants, four cor-·porals, six gunners, six bombardiers, one drummer,·one fifer, and not more than thirty-two nor less than·twenty matrosses. There shall be a regimental-·staff, to consist of one adjutant and one quarter-mas-·**Staff how** ter, to rank as lieutenants, one paymaster to each·**appointed** battalion, one surgeon and one surgeon's-mate, one·**and com-** serjeant-major, one drum-major and one fife-major.·**missioned.** All officers shall take rank according to the date of·their commissions; and when two of the same·grade bear an equal date, then their rank shall be·determined by lot, to be drawn by them before the·commanding officer of the division, brigade, regi-·

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page40 of 128

539

ment, battalion, company or detachment. The regimental-staff except the paymasters shall be appointed by the field-officers. The brigade and regimental-staff shall be commissioned by the commander in chief, on certificates of their appointment, under the hands and seals of the officers making the same: *And further*, There shall be one adjutant and one quarter-master to each squadron of cavalry and each independent battalion ; the non-commissioned officers and music to be appointed by the captain and subalterns ; the clerk to be elected by the company, and in case of omission to elect, or in case of refusal to act, sickness or absence, the captain or commanding officer of the company shall appoint a suitable person, who shall undertake to perform the duties enjoined by this act.

*If a clerk is not elected, captain to appoint.*

SEC. 4. *And be it enacted,* That each and every officer commissioned, or who may hereafter be appointed and commissioned in the manner aforesaid, shall, previous to their entering on the execution of their respective offices, give assurance of fidelity and attachment to the government of this state, by taking and subscribing the following oath before some general or field officer of the brigade :

*Officers commissioned, and hereafter to take oath before general or field officer.*

> I          do sincerely profess and swear (or
> affirm as the case may be) that I will and
> do bear true faith and allegiance to the gov-
> ernment established in this state, under the
> authority of the people ; and will with in-
> tegrity execute the office of          of the mi-
> litia of New-Jersey according to the best of
> my abilities : so help me God.

And a certificate thereof shall be made upon the back of every commission by the general or field officer, before whom the said oath or affirmation shall have been taken and subscribed.

SEC. 5. *And be it enacted,* That the commanding officer of every regiment and independent battalion and squadron, shall call a meeting of the commissioned officers of their respective regiments, independent battalions and squadrons at such times and

*To meet for improve-ment.*

540

-places as he shall appoint for improvement in military exercise which shall be at least twice and not exceeding four times in every year.

SEC. 6. *And be it enacted,* That the militia of this state shall rendezvous three times in every year for the purpose of training, disciplining and improving in martial exercise, once by companies within their respective bounds, once by battalions within the bounds thereof, and once by regiments, independent battalions and squadrons for exercise, inspection and review : that the brigadier general or commanding officer of each brigade, shall appoint the regimental parades, at such time and place as he may think proper, as nearly central as may be within each of the respective regiments and independent battalions : that the time and place of the rendezvous for the battalions and companies, shall be appointed by the colonel or commanding officer of the regiment, independent battalion, or squadron on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvres and discipline : the brigade inspector shall give twenty days notice of the regimental muster and inspection by advertisements in five of the most public places within the limits of every regiment and independent battalion : the adjutants of the several regiments and independent battalions shall advertise and give at least ten days notice of the battalion and company meetings, by advertisements set up in at least two places within the bounds of each company.

*Militia to train once in companies, battalions and regiments.*

*Time and place to be appointed and notice given by advertisements.*

SEC. 7. *And be it enacted,* That every troop of horse or company of cavalry and artillery, shall be considered as being attached to the regiment or independent battalion, within the bounds of which the major part of the company was raised, and shall assemble for inspection at such time and place and in such manner as the brigadier-general or commanding officer of the brigade shall order and direct. It shall be the duty of the clerks of the companies of cavalry and artillery to make a return of

*Cavalry & artillery attached to regiments & battalions.*

JA366

541

all delinquents in their respective companies, in the same manner as the clerks of infantry companies are by law directed.

SEC. 8. *And be it enacted,* That the fines for non-attendance on days of exercise shall be as follows : on a brigadier-general and on a field-officer, the sum of ten dollars per day ; on every other commissioned officer six dollars per day, and on every non-commissioned officer and private one dollar per day ; and the same fines shall be respectively paid by every officer, non-commissioned officer and private, who shall leave the parade or absent himself from his regiment, battalion, squadron, troop or company, without leave of the commanding officer, before the said regiment, battalion, squadron, troop or company shall be discharged ; and if any militia man shall appear on parade without a musket or firelock, or if any trooper shall appear without his sword or pistols, he shall forfeit and pay fifty cents, and for want of other accoutrements, shall forfeit and pay six cents for each and every article so deficient : *Provided,* That no militia man shall be liable to such fines, who, in the opinion of the battalion court of appeals created by this act may be deemed unable to procure arms or accoutrements or either of them.

SEC. 9. *And be it enacted,* That in order to ascertain those persons, who, by their absence on days of exercise, or for deficiency in arms or equipments, shall be liable to the fines and forfeitures of this act, the clerk of the troop or company shall on every such day, in the presence of the captain or commanding officer of the troop or company, and by his order, one hour after the time appointed for the meeting of the troop, company, independent battalion, battalion, squadron or regiment, and also after the exercise is over, and before the men are discharged, call over the roll of the troop or company, noting those who are absent ; and also those who are deficient for want of arms or equipments and of each and every article so deficient, and within ten days after every meeting of the company, the said clerk

*Fines on officers and privates for non-attendance and for want of arms &c.*

*System of collection of fines.*

*Clerk to call the roll on days of exercise & make return under oath.*

542

shall make return thereof to the brigade-judge-advocate, who or some justice of the peace, shall administer to him the following oath:

> I            clerk of the            company commanded by                  in the brigade of the militia in the town of do swear (or affirm) that this enrollment contains a return of the names of the said company between the ages of eighteen and forty-five years made to the best of my information, knowledge and belief; and those persons whose names are noted absent, did not parade with and answer at the roll calls of the company on the                  day of            and that the deficiencies in arms and equipments are truly marked opposite the name of every delinquent; so help me God.

And which said return the brigade-judge-advocate shall lay before the court of appeals as evidence of the fines incurred by delinquents.

SEC. 10. *And be it enacted*, That if the clerk of any company shall neglect or refuse to perform the duties required by this act, he shall be fined at the discretion of the court of appeals in any sum not exceeding one hundred dollars, to be recovered by the battalion-paymaster, who shall prosecute for and pay the same to the brigade-paymaster.

*For neglect to be fined.*

SEC. 11. *And be it enacted*, That the several companies of infantry, artillery and cavalry, at their first meeting in every year, shall elect by ballot, and in case of neglect of such election the commandant of the company shall appoint some discreet enrolled private who bears arms and exercises with the company, to be a representative of the company at the court of appeals; which shall be composed of the said representatives of the several companies in the respective battalions, and who or at least three of them are hereby vested with full power and authority to hear and decide upon the excuses of all persons returned as delinquents by the respective

*Court of appeals formed of representatives of companies to hear excuses of delinquents & ascertain fines incurred.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page44 of 128

543

clerks of the companies within the bounds of their battalions for non-attendance at roll call, and for deficiency of arms and equipments and to assess and ascertain the fines incurred by the officers, clerks, non-commissioned officers and privates of the several companies within the bounds of the battalion, and also to allow the compensation which shall be made to the company clerks for the performance of the duties prescribed in this act; the members of said court shall each receive one dollar and fifty cents per day for their attendance at the said court of appeals to be paid by the battalion-paymaster on the certificate of the brigade-judge-advocate or person who shall officiate as such at the court of appeals. The captain or commanding officer of every company shall give to the private elected or appointed to represent said company in the court of appeals, a certificate of his election or appointment given under his hand and seal'; and on his producing such certificate, the brigade-judge-advocate shall administer to him the oath prescribed in the thirteenth section of this act.    And if any of the members of the said court of appeal shall neglect or refuse to attend at the time and place as advertised by the brigade-judge-advocate for holding such court of appeals, they shall forfeit and pay the sum of ten dollars, to be sued for and recovered with costs of suit before any justice of the peace of the county where such offender resides, by the battalion-paymaster, and when recovered, to be by him paid to the brigade-paymaster: *Provided*, That such offender may appeal to the board of general and field officers established by this act, who, on a reasonable excuse given may remit such fine.

*Compensation of clerk, &c.*

SEC. 12. *And be it enacted*, That the board of general and field officers of the several brigades shall appoint the days and place of the meeting of the said several courts of appeal as nearly central to each battalion as may be, and within thirty days after the annual review and inspection of the several regiments and independent battalions, and in such manner as the brigade-judge-advocate may attend the respective

*Time and place of meeting appointed by general and field officers.*

544

battalion courts of appeal ; and the brigade-judge-advocate shall give notice of the meeting of said battalion courts of appeal to the several clerks of companies within the brigade; and in case of the death, sickness, removal or refusal to act, of any of the company clerks, to the captain or commanding officer of the company, who shall thereupon immediately appoint a suitable person to do the duty of company clerk ; and which said company clerks shall thereupon give at least ten days notice by setting up in three of the most public places in the bounds of the company, and advertisement which shall as near as circumstances will admit, be in the following form to wit :

*Clerk to advertise court of appeals.*

Notice is given to          and          , who have been returned for non-attendance on the          days of          at the militia roll call of captain          company; in the township of          : and notice is also given to          and          , returned for deficiencies in military equipments, that the battalion court of appeals will meet at ten o'clock on the          day of          at the house of          to hear and decide upon the excuses, if any they have, for non performance of military duty and for deficiencies in military equipments for which they are severally liable to be fined according to the directions of the militia law of this state.

*Form of notice to delinquents.*

Dated at          the          day of          18

Clerk of said company.

SEC. 13. *And be it enacted,* That the members of every court of appeals shall assemble at the time and place so advertised, and before proceeding to business shall take the following oath or affirmation:

*Court of appeals.*

I          do swear (or affirm) that I will perform the duties of a member of this battalion court of appeals, according to the true intent and meaning of the militia law of this state, according to the best of my skill and understanding without favour, affection or partiality : so help me God.

*Oath.*

**JA370**

545

Which shall be administered by the brigade-judge advocate or, in case of his non attendance by the person who shall be appointed by the said battalion court of appeals to officiate in his room, and the person so appointed shall take the following oath or affirmation to be administered by any member of the said court:

I          do swear (or affirm) that I will perform the duties of judge advocate of this battalion court of appeals according to the best of my skill and understanding: so help me God.

*Also of judge-advocate.*

The said battalion court of appeals shall consist of at least three representatives of companies and shall appoint one of their members to preside; they shall have power to administer oaths to witnesses, and to hear and decide upon the application of the persons advertised as delinquents and they are hereby required and enjoined to attend to every just complaint of excuse, whether of age or arising from persons being unable to procure arms or equipments, from inability of body or insanity of mind.

*Their power.*

*Excuses.*

SEC. 14. *And be it enacted,* That in order, that due respect and decorum may be observed, the said battalion court of appeals, shall have power and authority and they are hereby authorized to fine any person not exceeding ten dollars, who shall misbehave, insult or disturb the said court in the exercise of their duty to be collected and paid to the battalion paymaster by prosecution before a justice of the peace, who shall issue execution against the offender upon a certificate of the judge advocate.

*To preserve order may fine.*

SEC. 15. *And be it enacted,* That the said brigade judge advocate and whoever shall officiate in that capacity shall keep a record of the proceedings of the several battalion courts of appeal, from whose decision, no appeal shall be had, nor any certiorari allowed to reverse their proceedings. Each brigade judge advocate shall deliver over to his successor the records and all the proceedings of the battalion courts of appeal in the brigade.

*No certiorari to reverse their proceedings.*

D

546

SEC. 16. *And be it enacted*, That all fines and forfeitures which shall be incurred and assessed by the said court of appeals on persons made liable by this act, shall be returned and paid into the hands of the paymaster of the battalion from which such fines and forfeitures may be due. That the brigade judge-advocate (or person who shall have officiated in that capacity) shall within ten days after every battalion court of appeals, transmit a certified copy of the names of the persons fined by the said battalion court of appeals, with the amount of fines, to the brigade paymaster, who shall charge the battalion with the amount thereof ; and also a fair certified copy to the battalion paymaster, who shall immediately upon the reception thereof, set up an advertisement in at least one of the most public places within the bounds of each company of the battaion, as follows :

*Fines to be paid to battalion paymaster, who is to give notice to pay in twenty days.*

Notice is hereby given, that the court of appeals of the _____ battalion, commanded by Major _____ , have decided that fines have been incurred agreeably to law for neglect of militia duty and equipments by the several persons and of the several sums opposite the respective names following, to wit :  *Dolls. Cts.*

|        |     |     |
|--------|-----|-----|
| A. B.  | —   | —   |
| C. D.  | —   | —   |

And if the said sums shall not be paid to the subscriber, paymaster of the said battalion, in twenty days from the date hereof, execution will be issued against those persons who shall neglect to make payment conformably to the militia law of New-Jersey.

Dated the _____ day of _____ 18 _____

*Paymaster of said battalion.*

SEC. 17. *And be it enacted*, That the battalion paymaster shall, on the list of delinquents returned to him by the judge-advocate opposite the names of those persons who shall discharge their fines, write " paid and discharged ;" and immediately after the expiration of the said twenty days, the said battalion paymaster shall deliver the said return list of delin-

*If not paid execution to issue and returned to*

547

quents, of fines assessed by the said battalion court *battalion*
of appeals, to a justice of the peace, who is required *paymaste*
forthwith to issue execution against the persons *in thirty if*
named in the said return list, (opposite whose names *days and,*
shall not be written as aforesaid " paid and dischar- *no goods*
ged,") for the sums annexed to their respective *delin-*
names, with costs, as in cases of taxation, directed *quents to*
to one of the constables residing within the bounds *gaol,*
of the battalion, and if there be no constable within
such bounds, then to any constable of the county ;
who is required to levy the same of the goods and
chattels of the respective delinquents, and to pay
the several sums contained in the said execution
within thirty days to the said battalion paymaster,
to whom the said delinquents belong : and for want
of goods and chattels, to take the bodies of the de-
linquents, and commit to the gaol of the county,
there to be kept until the fines and costs shall be
paid. *Provided nevertheless*, that the board of gen-
eral and field officers of the brigade, or any three of *How re-*
them, the commanding officer of the regiment, bat- *leafed.*
talion or squadron to which he belongs being one,
upon being satisfied by the oath or affirmation of
the delinquent committed to gaol, or otherwise, that
the delinquent so committed, is unable to pay, may
grant a supersedeas to release and discharge such
poor person from confinement. The form of the
execution shall as near as may be, be as follows :

*County.*

THE STATE OF NEW-JERSEY,
 To  *one of the Constables of said county of* *Form of*
Whereas the persons named in the schedule or *execution.*
list hereto annexed, have by the court of ap-
peals of their proper battalion, been duly sen-
tenced for delinquency in military duty and e-
quipments, to pay the fines to their names re-
spectively subjoined. You are therefore com-
manded forthwith, of their several goods and
chattels respectively within said county, to levy
by distress and sale thereof, the fines set oppo-
site their respective names with costs, and to

JA373

548

pay the same to            paymaster of
battalion, and for want of goods and
chattels, you are commanded to take the bod-
ies of the persons so deficient and commit them
to the common gaol of said county, and the
keeper thereof is hereby commanded to receive
and safely keep the persons who shall be so
committed, until they shall pay the same, or
until discharged by order of the board of gen-
eral and field officers, or otherwise by due
course of law : and you are to make return of
this execution, with your doings therein, unto
the said battalion paymaster, within thirty days
next coming, for which this shall be your suffi-
cient warrant. Hereof fail not. Given under
my hand and seal the      day of      in
the year of our Lord eighteen hundred and

*Justice of the Peace.*

**Battalion paymaster to keep record, and accounts to be settled by the board.**

SEC. 18. *And be it enacted,* That the battalion
paymasters shall keep journals of all their proceed-
ings, in the execution of the duties enjoined on them
as battalion paymasters. They shall record in a
book to be kept for that purpose, the amount of fines
by them received, of whom and in what manner re-
ceived, whether by voluntary payment or of the
constables, of the fines not collected or recovered
and the reason thereof, of monies paid, to whom
and on whose order and for what purpose, and shall
lay the same, with their vouchers and receipts, before
the board of general and field officers, or a commit-
tee of said board for inspection and settlement.

**Paymasters how appointed :**

SEC. 19. *And be it enacted,* That the general and
field officers of their respective brigades, shall appoint
one reputable freeholder within their brigade, to act
as brigade paymaster to the same, and that the ma-
jor or commanding officer of each battalion of infan-
try within this state, in conjunction with the captains
of the several companies of their respective battal-
ions and of the captains of artillery and cavalry,
within the bounds of their respective battalions, shall
appoint one reputable freeholder within the battalion,

549

to act as battalion paymaster to the same, for the collection and payment of fines ; which said brigade and battalion paymasters, before entering upon the duties of their office, shall severally give bond **to give bond,** with sufficient sureties, to be approved of, that of the brigade paymaster by the commandant of the brigade, and the bond of the battalion paymaster by the commandant of the regiment or independent battalion, the brigade paymaster in the sum of one thousand dollars, the battalion paymaster in the sum of two hundred dollars, payable to the state of New-Jersey, with condition for the faithful performance of the duties of their respective offices, and shall repair to the clerk of the county in which they reside, and subscribe and take the following oath or affirm-**and take** ation : **oath ;**

 I   appointed paymaster of the brigade (or battalion as the case may be) of militia, do swear (or affirm) that I will to the utmost of my knowledge and ability, honestly and faithfully perform the duties of the office of paymaster of the said    brigade (or battalion) and that I will not on any pretence or occasion, apply any money, which shall come to my hands as paymaster thereof, to any private use or purpose : so help me God. **before and** Which oath (or affirmation) the said clerk shall **to be filed** administer and endorse on the said bond and file the **with the** same in his office to be prosecuted whenever the **county** board of general and field officers shall direct. The **clerk.** said clerk shall give a certificate of the said bond and oath (or affirmation) having been taken and filed under the seal of the county, on the back of their warrants of appointment, which shall be taken and received as evidence of the authority of the said paymasters.

 Sec. 20. *And be it enacted,* That the brigade paymaster shall receive and file all vouchers and **Brigade** returns, and keep proper and distinct accounts of **paymaster's** the monies arising from the fines and forfeitures in **duty;** the several regiments and battalions in the brigade

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page51 of 128

550

<div style="margin-left:2em">

*to account to the board of general & field officers, & pay balance to treasurer ;*

which shall be paid and returned to him, and also shall receive and file all returns, orders, vouchers and receipts, for all monies he may receive and pay out, conformably to the directions of this law, and submit his books of accounts, returns, orders, vouchers and receipts, to the inspection and examination of the said general and field officers of the brigade who are hereby constituted a board, vested with full power and authority to examine, adjust and settle as well the accounts, of the said brigade-paymaster, as of the several battalion-paymasters in the brigade ; and ascertain and declare the balance unappropriated in his hands, and which the said brigade-paymaster shall pay forward to the treasurer of this state. The said balance to be certified to the treasurer by the brigade judge-advocate, who shall be ex-officio, clerk of the said board, and with which sum so certified, the said treasurer shall charge the several brigades ; and in case of malpractice, embezzlement or default, the said board of general and field officers, are required to displace the said brigade-paymaster and appoint another in his room, which successor in office, is hereby authorized and empowered in the name of the state of New-Jersey, to prosecute the defaulter, his executors or administrators for any sum or sums of money remaining in his hands belonging to the brigade, in any court where the same may be cognizable, with costs of suit ; and in case of mal-practice embezzlement or neglect of duty of the battalion paymasters, the said board of general and field officers, are required to displace such battalion paymaster, and the brigade paymaster for the time being shall in like manner prosecute the said battalion paymasters, their executors or administrators, as well for the monies had, received, and collected as for such fines as they shall have incurred for neglect of duty.

*displaced for malpractice & prosecuted.*

*Battalion pay-masters to account in like manner, &c.*

Sec. 21. *And be it enacted,* That the board of general and field officers of the several brigades shall make such allowance and compensation to the brig-

</div>

551

ade paymaster, brigade judge-advocate and those *Compensa-* who shall act in the capacity of judge-advocate, and *tion to pay* to the battalion paymasters, and to the teachers of *masters* music, and for music of their respective brigades, as *cate and* they may deem just and reasonable, to be paid out *mufic,* of the fines of delinquents, by the brigade paymast- er. And in case there shall be no money arising from such fines in the hands of the brigade paymas- ter, the said board of general and field officers shall draw their order on the treasurer of the state for a- ny such deficiencies, and the said treasurer is here- by authorized to pay such orders out of any money which may have been paid by the brigade paymast- ers into the treasury : *Provided nevertheless,* that the whole allowances to be made by the board of gene- ral and field officers in one brigade, for the term of one year, shall not exceed one hundred dollars for each regiment in the same.

SEC. 22. *And be it enacted,* That the commander in chief and major-generals of this state, or any three *Command-* of them, the commander in chief always to be one, *er in chief* shall compose a board of general officers, whose du- *and major* ty it shall be to lay before the legislature every year *generals* at their annual meeting, the particular objects for *board;* which they conceive military appropriations are, or in the course of the ensuing year may become neces- sary ; and the sum appropriated by law shall be sub- ject to the orders of said board to be applied by them as the law may direct. The adjutant-general shall be secretary of said board of general officers, and *their duty;* shall keep a journal of all their proceedings and or- ders, subject to the inspection and examination of the Legislature on the first Tuesday of November in every year.

SEC. 23. *And be it enacted,* That the commander *Quarter* in chief be and is empowered to appoint a suitable *mafter gen-* person to the office of quarter-master-general, who *eral;* shall perform the duties incident to that department, and shall receive compensation therefor upon ex- hibiting his accounts properly certified and allowed by the board of general officers : He shall have the

532

his rank ·   rank of lieutenant-colonel, and be commissioned accordingly.

Sec. 24. *And be it enacted,* That if any money
shall remain in the hands of any constable, after making sale of the property of a delinquent, and paying
**Overplus of delinquents money.** the fines and costs of such delinquent, such money
shall be paid by the said constable to the said delinquent; but if he shall refuse to receive the same,
then the constable shall pay the said money to the
paymaster of the battalion to which such delinquent
belongs, to and for the use of such delinquent.

**Fines of minors & apprentices.** Sec. 25. *And be it enacted,* That the fines and
forfeitures imposed by this act on minors living with
their parents, and others having the proper care or
charge of them, and those of apprentices, shall be
paid by their respective parents, guardians, masters
or mistresses, or levied of their respective goods
and chattels.

Sec. 26. *And be it enacted,* That every person liable by this act to do military duty, shall be deemed
**Who deemed enrolled.** and adjudged to have notice of his being enrolled
in the company of militia within the bounds of which
he shall reside.

Sec. 27. *And be it enacted,* That it shall be the
duty of the adjutant-general to distribute all orders
from the commander in chief of the state to the sev-
**Duty of adjutant general.** eral corps; to attend at public reviews, if required,
when the commander in chief of the state shall re-
view the militia or any part thereof; to obey all
orders from him relative to carrying into execution
and perfecting the system of military discipline es-
tablished by this act; to furnish blank forms of dif-
ferent returns that may be directed by the com-
mander in chief, and to explain the principles on
which they shall be made; to demand and receive
from the several officers of the different corps
throughout the state, returns of the militia under
their command, reporting the actual situation of
their arms, accoutrements and ammunition, their
delinquencies and every other thing which relates
to the general advancement of good order and disci-

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page54 of 128

553

pline ; all which the several officers of the divisions, brigades, regiments and battalions, are hereby required to make in the manner herein directed, that the said adjutant-general may be duly furnished therewith previous to the annual meeting of the legislature ; from all which returns he shall make proper abstracts and lay the same with a report of the general state of the militia magazines and military stores, and also of such improvements as he may think necessarry to advance the discipline and benefit of the militia before the commander in chief of the state, who is required to lay the same before the legislature. And the adjutant-general shall also annually make a return of all the militia of the state to the president of the United States. And it shall be the further and especial duty of the said adjutant-general to give information against and prosecute in behalf of the state, all brigadier generals who shall fail or neglect to review the several regiments and independent battalions in their respective brigades, agreeably to the directions of this act. He shall keep a book in which shall be recorded all orders, returns, names of commissioned officers throughout the state, and every proceeding relative to the details of the military force ordered by the commander in chief, upon requisitions of the president or congress of the United States, and in cases of invasion or other emergency. All certificates of election of officers shall be transmitted to him to be entered of record, before commissioned by the commander in chief. He shall deliver over to his successor all books and returns belonging to the office of adjutant-general. He shall be secretary to the board of general officers. The expense of blank returns and the postage of letters in his official capacity shall be settled and allowed by the board of general officers, and which with an annual salary of fifty dollars, shall be paid by the treasurer of the state, on a warrant of said board, certifying he has performed the services required of him as adjutant general.

*Certificate of election of officers to be transmitted to him.*

D

JA379

554

**Duty of brigade inspector :**

Sec. 28. *And be it enacted,* That it shall be the duty of the brigade inspector, to attend the regimental and independent battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements, to make returns annually to the adjutant general of the state, of the militia of the brigade to which he belongs, reporting therein particularly the name of the reviewing officer, of the actual situation of the arms, accoutrements and ammunition of the several corps, and every other thing which in his judgment, may relate to their government and the general advancement of good order and military discipline. The said brigade inspector shall be entitled to receive thirty dollars, annually for his services ; and for refusing or neglecting the duties enjoined by this law, he shall be subject to the penalty of fifty dollars, to be recovered by the treasurer of the state, who shall also withhold his said salary of thirty dollars, until he shall have produced the acknowledgement of the adjutant-general that he has received said return. In case of the absence of the brigade inspector, the commanding officer, present at the inspection, shall appoint some person to perform the duties thereof.

**A person to act in his absence.**

**Election of officers by warrant from brigadier general to the major, who shall certify and send to the adjutant general, who shall transmit the commissions to the brigadier general.**

Sec. 29. *And be it enacted,* That every captain, lieutenant or ensign and cornet, who shall from time to time, be chosen by the several companies or troops shall report his acceptance of the office, within ten days after having received notice thereof, to the major or commanding officer of the battalion ; and in case such report is not made as aforesaid, the said office shall be deemed as vacant. And the resignation of every captain, lieutenant, ensign and cornet, shall be delivered to the brigadier general or commanding officer of the brigade in which the said company or troop is formed ; and where vacancies shall happen in any company or troop, by the death, removal, or resignation of a captain, lieutenant, ensign or cornet, it shall be lawful for the commanding officer of the brigade, by warrant under his hand

535

and seal, directed to the major or commanding officer of the battalion or squadron to which such company or troop belongs, to hold an election within the limits of such company or troop, to supply the vacancy occasioned by the non acceptance, resignation, removal, death, or otherwise, of any such officer ; and thereupon the said major or commanding officer of the said battalion or squadron shall give ten days notice, by advertisement in three of the most public places within the limits of such company, of an election to supply the place of the officer or officers of the company or troop which may be vacant ; and the said company or troop, or such of them as may attend, shall proceed by plurality of votes, to choose such officer or officers residing within the bounds of the said company or troop ; and the said major or commanding officer of the said battalion or squadron, shall certify, under his hand and seal, annexed to or endorsed on the warrant aforesaid, the name and rank of each officer so chosen or elected, addressed to the commander in chief of the state, and shall transmit the same to the adjutant general, who after entering the names and rank of the persons so elected in the books of his office, shall lay the same before the commander in chief to be commissioned, and thereupon the adjutant-general shall transmit all commissions to the brigadier-general, or officer who issued the warrant of election.   The sum of two dollars shall be paid by the battalion paymasters to the commandant of the battalion for advertising and holding every election.   No candidate or any other person shall give any spirituous liquors or treat to any officers or privates, on any day of election of officers, under the penalty of twenty dollars, to be prosecuted for and recovered by the battalion paymaster, and by him paid to the brigade-paymaster.

SEC. 30. *And be it enacted,* That if any commis- Removal sioned officer shall remove out of the bounds of his of officers proper division, brigade, regiment, battalion, squadron troop or company, or shall be absent therefrom,

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page57 of 128

more than six months, his office shall be thereby vacated.

**Officers must uniform in three months.**

SEC. 31. *And be it enacted,* That the uniform to be worn by the several officers of the militia of this state, shall be conformable to the general orders printed and attached to this law ; and it shall be the duty of every officer within three months after receiving his commission, to appear upon all training days, in full and complete uniform, agreeably to general orders, and also either with a sword, hanger or espontoon : and if any officer shall come upon parade for exercise, not being so equipped, he shall incur the same fine as is directed by this act for non-appearance, and also shall not be suffered to do duty on that day.

**Music to be instructed.**

SEC. 32. *And be it enacted,* That one drum and one fife-major and one trumpeter, may be employed by the board of general and field officers of each brigade to instruct and exercise the drummers, fifers and trumpeters of each company or troop in the necessary military music, at such times and under such regulations as the said board may direct, not exceeding twelve days in the year, and shall for such services be paid the sum of two dollars per day each ; and the said drummers, fifers and trumpeters shall each be paid seventy-five cents per day for the time they shall attend to such instruction.

**Father excused if son learns music.**

SEC. 33. *And be it enacted,* That if any youth of the age of twelve years and not exceeding the age of eighteen years, shall, with the consent and approbation of his parents, attach himself to any company of militia for the purpose of learning to beat the drum, play on the fife or blow the trumpet, provided the number shall not exceed one person for the drum and one for the fife in each company, and one for the trumpet in each troop of horse, every such person or persons shall be put under the instructions of the drum or fife-major, or trumpeter as the case may be, whose duty it shall be to teach such person or persons to perform field duty, to the satisfaction of the commanding officer of the bri-

JA382

337

gade ; and the father of every youth who shall have been instructed as aforesaid, shall be excused from every kind of military duty, so long as his son shall continue to perform the duties of a drummer, fifer or trumpeter in any militia company or troop, and be under the age of eighteen years.

SEC. 34. *And be it enacted*, That it shall and may be lawful for the captains or commanding officers of the several companies of cavalry, artillery, light infantry and grenadiers, to enroll in their respective companies from the several companies composing the regiment or battalion to which they may belong, such men as may from time to time be necessary to complete their respective companies ; and a certificate from the said captain or commanding officer, shall exonerate the bearer from serving or paying any fine thereafter imposed on him by the officers of the company to which he formerly belonged, any law, usage or custom to the contrary notwithstanding: *Provided always*, That it shall not be lawful for the captain or commanding officer of the cavalry, artillery or other uniform company, to grant a certificate to any person prior to his appearing in uniform agreeably to law.

SEC. 35. *And be it enacted*, That no officer or private shall on the way to or from the place of any review, regimental or company training to which he shall belong, pay more than one third of the usual rate of ferriage, or be charged any toll for passing any toll-bridge or turnpike gate ; and if any ferryman or keeper of any toll-bridge or turnpike-gate, shall refuse a passage, or make a demand contrary to the directions of this act, he shall for each offence forfeit and pay the sum of eight dollars, to be recovered by any person who will sue for the same, one half to the prosecutor and the other half to the paymaster, for the use of the battalion where such demand or refusal is made, any law, usage or custom to the contrary notwithstanding.

SEC. 36. *And be it enacted*, That no commissioned officer, non-commissioned officer or private shall be arrested on any civil process on any day appoint-

*Margin notes:*
Artillery, cavalry and light infantry enrolled if they uniform.

Toll free on training days.

Free from arrest.

558

ed by law for exercise or training, nor shall any arms or accoutrements of a militia-man be levied on or sold by virtue of any execution.

May plead this act.

SEC. 37. *And be it enacted,* That if any suit shall be brought or commenced against any person, for any thing done in pursuance of this act, the *venue* shall be laid in the county where the cause of action arose ; and the defendant in such action may plead the general issue, and give this act and the special matter in evidence.

Militia when ordered out,

SEC. 38. *And be it enacted,* That the commander in chief of this state, for the time being, may, in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of this state, to march to any part thereof, and continue as long as he may think it necessary, not exceeding two months.

into actual service,

SEC. 39. *And be it enacted,* That when a part of the militia shall be called into actual service, it shall be the duty of the captain or commanding officer to divide his troop or company into as many classes as there shall be men required of him, and by lot, enlistment or draft, to detach one man from each class, and such draft or detachment shall be officered with

tour by roaster ;

such officer or officers, and of such grades as shall be proper, agreeably to military discipline ; the tour of duty of which commissioned officers, shall be determined by a roaster to be kept by the adjutant for that purpose : *And further,* That no non-commissioned officer or private shall, (after the making of

drafts

the first draft) be liable to perform actual service, until it shall become his proper tour agreeably to a roaster of the company, to be kept by the commanding officer of the same ; and that no draft or detachment shall be continued in service, more than two months at any one time, and if necessary, they shall

relieved in two months.

be relieved by a detachment to be made in the manner aforesaid ; which relief shall arrive at least two days before the expiration of the term of the detachment to be relieved ; but nothing herein contained shall prevent the commander in chief from

**JA384**

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page60 of 128

559

calling into service the whole or any part of the militia, when the exigencies of the state, shall in his opinion require it : *And further*, That the pay of the militia in actual service, shall commence two days before marching, and that they shall receive pay and rations at the rate of fifteen miles per day, on their return home ; and in requisitions by the President or Congress of the United States, the like mode shall be pursued in drafting and turning out the quota of this state.

*Pay and rations.*

*Requisitions.*

SEC. 40. *And be it enacted*, That it shall and may be lawful for any person called to do a tour of duty, to find a substitute, who if approved of by the captain or commanding officer of the company, may serve in the place of such person.

*Substitutes.*

SEC. 41. *And be it enacted*, That when any draft or drafts of the militia shall be called to perform any tour of duty, the majors of the battalions shall cause each and every person so called, to be notified of such call, by a written or printed notice being delivered to him personally, or left at his house or usual place of abode, by some officer or other suitable person employed for that purpose by the commanding officer of the said company, at least three days before the time of assembling said militia, unless the commander in chief, on a sudden exigency, shall think proper to order any part of the militia into immediate and actual service, and then the notice mentioning, such special order, shall be given for immediate attendance ; and any person refusing or neglecting to perform such tour of duty, or to procure a substitute, shall pay a fine not exceeding fifty dollars, for every such neglect or refusal ; which fines as aforesaid shall be paid to the captain or commanding officer of the company to which such delinquent belongs, and be by him appropriated, under the direction of the commandant of the battalion to which the said company belongs, for the purpose of hiring substitutes to supply the place of the delinquents belonging to the said company ; and in case of a surplusage of money arising from such fines, it shall

*Drafts to be noticed*

*to attend,*

*procure substitutes,*

*or fined.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page61 of 128

560

be paid to the paymaster of the battalion. And every non-commissioned officer, whilst engaged in warning the company to which he belongs, under the orders of the commanding officer of the company, shall receive one dollar per day, for the time he may be necessarily engaged in such duty.

Sec. 42. *And be it enacted*, That the brigade-inspector shall call to his assistance two reputable free-holders, above forty-five years of age, who shall appraise on oath or affirmation, the horse of each person serving as a light-horse-man, immediately before the time of going into actual service, and describe the age, size, colour and marks of the said horse, and enter the same in a book kept for that purpose ; and in case such horse shall be killed or be taken by the enemy, the owner of such horse or his lawful representative, shall be paid the full value of said horse according to the said appraisement, by an order to be drawn on the certificate of the inspector, by the brigadier-general or commanding officer of the brigade, on the treasurer of this state, provided such claim be made in one year after the loss so sustained.

*Horses appraised.*

Sec. 43. *And be it enacted*, That the quartermaster who shall furnish rations or ammunition for detachments of militia which may be ordered into the service of this state, shall lay his account therefor, accompanied with the receipts of the officer commanding such detachment, that such ammunition and rations have been furnished, before the commanding officer of the regiment or independent battalion, for his approbation ; and if he shall approve and sign the same, the governor, if he also approve thereof, shall issue his warrant on the treasurer, to be paid out of any money in the treasury not otherwise appropriated.

*Rations for detachments.*

Sec. 44. *And be it enacted*, That the commanding officer of divisions, brigades, regiments and battalions ; the adjutant-general, brigade-inspector and adjutants, shall be entitled to a person to carry their orders, when the necessity of the case shall require

*Carrying orders paid for.*

**JA386**

561

it ; for which a reasonable compensation shall be allowed by the board of general officers.

Sec. 45. *And be it enacted,* That the commander in chief shall appoint general courts martial for the trial of all officers above the rank of field officers ; that the major-generals each in his own division, shall appoint general courts martial for the trial of all field officers ; that the brigadier-generals, each in his own brigade, shall appoint general courts-martial for the trial of captains and all commissioned officers under that rank ; and that the commandants of regiments and independent battalions, shall institute regimental courts-martial within their respective regiments and independent battalions, as often as it shall be found necessary ; and that it shall be the duty of every officer who shall appoint a court-martial as aforesaid, to approve or disapprove of the sentence or sentences of such courts-martial by them appointed, or to mitigate the punishment or pardon the person convicted.

*Courts martial, how appointed.*

Sec. 46. *And be it enacted,* That any officer to be tried by a court-martial, shall have fifteen days notice of the time and place appointed for trial, and a copy of the charges exhibited against him, and shall be put under arrest, so far as to be suspended from the exercise of his office ; and in case any officer for the trial of whom a court-martial shall be appointed, shall neglect to appear and make defence, the court shall be authorized to proceed in his absence, and if found guilty of the charges shall be sentenced accordingly.

*Officer ar- rested to have 15 days notice of trial.*

Sec. 47. *And be it enacted,* That all persons shall be holden bound to appear and give evidence before any court martial, or court of appeals, on oath or affirmation to be administered by said courts, that the evidence they shall give in the cause in hearing shall be the truth, the whole truth, and nothing but the truth, under the same penalties as are by law provided for witnesses in other cases, when thereto summoned by the brigade judge-advocate, or by any justice of the peace, who is hereby authorized

*Witnesses some penal- ties as by law.*

F

562

and enjoined, when called upon, to summon such witnesses in the county to which he shall belong, and for which no fee shall be required.

*Members of the court.* SEC. 48. *And be it enacted,* That every regimental court-martial, shall be composed of five members, all commissioned officers, the president whereof shall not be under the rank of a captain ; that general courts-martial shall consist of thirteen commissioned officers, not under the rank of a captain ; the senior officer shall be president, not less than two thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted. That before the trial of any cause, the judge advocate shall administer to the president and each of the members the following oath or affirmation, to wit :

*their oath,* You         do swear (or affirm) that you will well and truly try and determine according to evidence the cause now before you between the state of New-Jersey, and the person (if more than one persons) to be tried ; and you further swear that you will not divulge the sentence of this court-martial until it shall be approved or disapproved of, and that you will not on any account, at any time whatever, discover the vote or opinion of any member of the court, unless required to give evidence thereof as a witness, by a court of justice, in a due course of law : so help you God.

And the president shall administer to the judge-advocate the following oath or affirmation to wit :

You         do swear (or affirm) that you will not on any account, at any time whatever, divulge the vote or opinion of any particular member of this court-martial, unless required to give evidence thereof as a witness, by a *of judge* court of justice, in a due course of law, and *advocate.* that you will not disclose the sentence of this court martial, until it shall have been approved or disapproved of, by the officer who appointed the same : so help you God.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page64 of 128

563

Sec. 49. *And be it enacted*, That if any commissioned officer, at any review, or on any other occasion, when paraded in arms or on duty, shall misbehave or demean himself in an unofficer-like manner, he shall, for such offence be cashiered or punished by fine, at the discretion of a general court-martial, as the case may require, in any sum not exceeding fifty dollars; and if any non-commissioned officer or private, shall, on any occasion, of parading the company to which he belongs, appear drunk, or shall disobey orders, or use any reproachful or abusive language to his officers or any of them, or shall quarrel himself, or promote any quarrel among his fellow-soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined at the discretion of a regimental court martial, in any sum not exceeding eight dollars.

*Fines for misbehavior of officers.*

Sec. 50. *And be it enacted*, That if the commanding officer of any regiment, battalion or squadron, shall neglect or refuse to give orders for assembling his regiment, battalion or squadron, at the time appointed by the commandant of the brigade to which he belongs, or in case of an invasion of the city or county to which such regiment, battalion or squadron belongs, he shall be cashiered and punished by fine not exceeding one hundred dollars, at the discretion of a general court-martial ; and if a commissioned officer of any company or troop, shall on any occasion, neglect or refuse to give orders for assembling the company to which he belongs, or any part thereof, at the direction of the commanding officer of the regiment battalion or squadron, to which such company or troop belongs, he shall be cashiered or punshed by fine not exceeding one hundred dollars, at the discretion of a regimental court-martial ; and a non-commissioned officer offending in such case shall be fined at the discretion of a regimental court martial, in any sum not exceeding thirty dollars.

*Neglect of duty.*

Sec. 51. *And be it enacted*, That if any captain or commanding officer of a company or troop, shall

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page65 of 128

564

Refusing to make out list.

refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the commanding officer of the regiment battalion or squadron, to which such company or troop may belong, for such neglect or refusal he shall be cashiered or fined at the discretion of a regimental court-martial, in any sum not exceeding one hundred dollars.

Desertion.

SEC. 52. *And be it enacted,* That if any militia man shall desert while he is on a tour of duty, he shall be fined in any sum not exceeding one hundred dollars for every such offence, or may be imprisoned for any term not exceeding two months, at the discretion of a court martial; and if a non-commissioned officer he shall also be degraded and placed in the ranks.

No loaded gun to be brought on parade.

SEC. 53. *And be it enacted,* That it shall not be lawful for any non-commissioned officer or private to come on parade with a loaded or charged musket, gun, rifle, fusee or pistol, nor to discharge any fire arms within one mile of the place of parade, on any day that they shall be ordered out for improvement or inspection, without an order or permission of a commissioned officer; and if any such non-commissioned officer or private shall so load or charge, or fire or discharge any fire arm, without such order or permission, he shall forfeit one dollar for every offence; and the clerk of the company is hereby directed to read this section immediately after calling the roll of the company, and the commissioned officers are hereby enjoined to cause the names of those persons who shall offend, to be returned to the regimental court-martial.

Clerk to read this section.

Military discipline from rising of the sun, &c.

SEC. 54. *And be it enacted,* That the militia of this state shall be considered to be under military discipline from the rising until the setting of the sun of the same day, that they shall be ordered out for improvement or inspection, and that no officer, non-commissioned officer or private belonging to the same, during the time aforesaid shall be subject to be arrested on any civil process.

JA390

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page66 of 128

565

SEC. 55. *And be it enacted*, That the militia on Three the days of exercise, may be detained under arms, hours under arms, on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

SEC. 56. *And be it enacted*, That any person who shall bring any kind of spirituous liquors to the place Liquors of exercise, or within one mile thereof, for the forfeited. purpose of retailing shall forfeit such liquors, for the use of the poor, belonging to the city or township where such exercise is had ; and the commanding officer of the regiment, battalion or company, is charged with the execution of this article.

SEC. 57. *And be it enacted*, That the rules of Baron Steuben's exercise. discipline approved and established by congress, in cise, their resolution of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules, as may be rendered necessary by the requisitions of the acts of congress, or some other unavoidable circumstances. It shall be the duty of the commanding officer, at every training, whether by regiment battalion or single company, to cause the militia to be exercised and trained, agreeably to the said rules of discipline ; and the instructions laid down by the Baron Steuben and annexed to the said rules of discipline pointing out the respective duties of the officers, non-commissioned officers and privates, are recommended and enjoined upon the militia of this state, as particularly and fully as if the said instructions were repeated in this act at length.

SEC. 58. *And be it enacted*, That every officer who shall attend on courts-martial, shall be entitled Members of courts to receive from the paymaster of the battalion in which the offender resides, the sum of one dollar and fifty cents each, for every day they shall respectively attend ; and all persons attending before Witnesses said courts, or either of them, as witnesses, shall be fifty cents.

566

entitled to receive from the said paymaster, fifty cents, each, per day, provided that no more than two witnesses on the part of the state, and two witnesses on the part of the offender, shall be entitled to pay: all which sums shall be paid by the said paymaster on certificates signed by the judge-advocate of the court martial.

*Bye-standers fined for misbehavior.* Sec. 59. *And be it enacted,* That if any bye-stander shall interrupt, molest or insult, by abusive words or behavior, any officer or soldier, while on duty at any training or muster, he shall be immediately put under guard, and kept, at the discretion of the commandant of the regiment, battalion, squadron, company or corps, until the setting of the sun of the same day, on which such offence shall be committed, or if any bye-stander shall be guilty of any like conduct before a court-martial, he shall be fined in any sum not exceeding twenty dollars, with cost of prosecution, to be recovered before any justice of the peace, by the battalion paymaster, who shall sue for and pay the same to the brigade paymaster.

*Fines collected by battalion paymaster.* Sec. 60. *And be it enacted,* That all fines imposed at any court-martial, sha'l be certified and returned by the judge-advocate to the brigade paymaster, and also to the paymaster of the battalion in which the person on whom such fine shall be imposed may belong, to be by the said battalion paymaster collected in like manner as fines assessed by the court of appeals are to be recovered and paid to the paymaster of the brigade.

*General orders to be published with this law.* Sec. 61. *And be it enacted,* That two thousand copies of this act, together with the general orders of governor Paterson, of the twenty-ninth day of January, seventeen hundred and ninety-two; of governor Howell, on the tenth day of June, and of gen. Doughty, on the sixth day of July, seventeen hundred and ninety-three; and of governor Bloomfield, on the twelfth day of March, eighteen hundred and four, respecting the uniform and dress, of the militia of this state, and also the laws of the United States, which provide for the national de-

**JA392**

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page68 of 128

567

fence, shall be printed and distributed under the direction of the commander in chief, by the adjutant general, to the several officers of the militia ; and it shall be the duty of any officer, having such copy or copies on his going out of office, to deliver, or, in case of death, his executors or administrators shall deliver under the penalty of five dollars, to the successor in office, who shall prosecute for the same of the person so going out of office or dying, the aforesaid copy or copies.

SEC. 62. *And be it enacted*, That the act entitled "An act for the regulation of the militia of New-Jersey," passed the thirteenth day of June, seventeen hundred and ninety-nine, and the supplement thereto, passed the first day of March, eighteen hundred and four, shall be and the same are hereby repealed, and made null and void : *Provided always*, That nothing herein contained shall be construed so as to revive any former law or laws, which in and by the said recited acts is or are repealed and made void, or to prevent the recovery of any fines or forfeitures, incurred under the same, or any of them.

*Repeal of former acts.*

A. Passed at Trenton March 11, 1806.

---

## CHAP. CLXXXVIII.

An act to incorporate the Newark and Mount-Pleasant Turnpike Company.

SEC. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same*, That Joseph T. Baldwin, Nathaniel Beach, Isaac Pierson, Hiram Smith and Joseph Jackson, be authorized to receive subscriptions for erecting a turnpike road,

*Commissioners to receive subscriptions.*

JA393

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page69 of 128

# GENERAL

# LAWS OF PENNSYLVANIA,

FROM THE YEAR 1700, TO APRIL 22, 1846,

CHRONOLOGICALLY ARRANGED:

WITH

NOTES AND REFERENCES

TO ALL THE DECISIONS

OF THE

SUPREME COURT OF PENNSYLVANIA

GIVING CONSTRUCTION TO SAID LAWS:

AND A COPIOUS INDEX.

———•———

COMPILED BY

JAMES DUNLOP,

OF PITTSBURGH.

———————————

PHILADELPHIA:

T. & J. W. JOHNSON, LAW BOOKSELLERS,

No. 197 CHESNUT STREET.

1847.

JA394

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page70 of 128

1822. | son or persons so offending, shall for each and every such offence, forfeit and pay the sum of five dollars, which may be sued for and recovered in the same manner as debts of a like amount are by law recoverable, for the use of the poor of the city, district or township, in which the fine shall have been incurred: *Provided*, That the provisions of the third and fourth sections of this act shall not be so construed as to extend to such dry measures as shall be used by the proprietor thereof, only upon his or her farm or plantation.

Passed 2d April, 1822.—7 Sm. L. p. 571.

## CHAPTER CCLXXIV.

### AN ACT FOR THE REGULATION OF THE MILITIA OF THIS COMMONWEALTH.

I. The commonwealth of Pennsylvania shall be divided and organized into military divisions, as follows, to wit:

16 divisions.

*First Division*—city and county of Philadelphia.

*Second Division*—counties of Bucks and Montgomery.

*Third Division*—counties of Chester and Delaware.

*Fourth Division*—county of Lancaster.

*Fifth Division*—counties of York and Adams.

*Sixth Division*—counties of Dauphin, Lebanon, Berks and Schuylkill.

*Seventh Division*—counties of Northampton, Pike, and Lehigh.

*Eighth Division*—counties of Northumberland, Union, Columbia, Luzerne, Susquehanna and Wayne.

*Ninth Division*—counties of Lycoming, Potter, M'Kean, Bradford and Tioga.

*Tenth Division*—counties of Mifflin, Centre, Huntingdon and Clearfield.

*Eleventh Division*—counties of Cumberland, Perry and Franklin.

*Twelfth Division*—counties of Bedford, Somerset and Cambria.

*Thirteenth Division*—counties of Westmoreland and Fayette.

*Fourteenth Division*—counties of Washington and Greene.

*Fifteenth Division*—counties of Allegheny, Armstrong, Indiana, and Jefferson.

*Sixteenth Division*—counties of Beaver, Butler, Mercer, Crawford, Erie, Venango and Warren.

Of two brigades as organized. | II. Each division shall consist of two brigades, as at present organized; but when, in the opinion of the major general and the brigadier generals, of any division it may be deemed useful and necessary to form a third brigade, within the bounds of such division, they are hereby authorized to do so, making the said brigades as nearly equal in strength as circumstances will permit.

Each brigade of the number of regiments now belonging. | III. Each brigade shall consist of the number of regiments now belonging to the same; but when, in the opinion of the brigadier general and the colonels of the regiments of any brigade, it may be deemed useful and necessary to form an additional regiment or regiments within the bounds of such brigade, they are hereby authorized to do so: *Provided however*, That no brigade shall contain less than two thousand one hundred men, nor consist of less than three nor more than five regiments, and they shall be as equal in point of strength as circumstances will permit. And each regiment shall consist of two battalions, also as nearly equally divided in strength as conveniently may be; and each battalion shall have the same number of companies if practicable. The regiments of militia in this commonwealth shall retain their present numbers, and every new regiment formed shall be numbered by the adjutant general. And the said regiments and battalions shall take rank according to the number of the same, reckoning the lowest in number to be the highest in rank. But the adjutant general shall be authorized once in every seven years, to make any other general arrangement in the number of the regiments; and if any such arrangement is made by him, he is hereby required to give notice of the same to the several bri-

Each regiment of two battalions.

Old regiments to retain their numbers.

Adjutant general to make arrangements.

(1) Company officers may be now appointed by the 30 March, 1824, § 1.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page71 of 128

gade inspectors, and the regiments shall thenceforth have and bear the num-  1822.
bers made according to said arrangement, and a record of the same shall
be filed by the adjutant general in his office, and also in the office of the
secretary of the commonwealth.  Each regiment of militia shall contain at
least seven hundred men, and be entitled to a stand of colours at the ex-
pense of the state.

IV.  Each regiment shall consist of the number of companies now attached  Each regi-
to the same; but when, in the opinion of a majority of the field officers of  ment to
any regiment, it may be deemed useful and necessary to create an additional  consist of
company or companies within the bounds of such regiment, they are hereby  the number
                                                                            of com-
authorized to do so : *Provided however*, That the number of companies in  panies now
each regiment shall not be less than eight, nor more than twelve, nor the  attached.
number of non-commissioned officers and privates in each company less than
seventy, nor more than one hundred and fifty.

V.  Whenever the major general and brigadier generals of any division  Major ge-
may be of opinion that a better organization of the brigades and regiments  neral, &c.
of said division may be made, by attaching one part of a brigade to another,  to make
they are hereby authorized to make such arrangement; of which they shall  other ar-
                                                                            range-
notify the brigade inspectors, who shall give notice to the commanding offi-  ments, &c.
cers of the regiments affected thereby.

VI.  Whenever the brigadier general may be of opinion that a better or-  New ar-
ganization of the regiments or companies his brigade may be made, by  range-
attaching one part of a regiment to another, he is hereby authorized to  ments.
make such arrangement, with the assent of the commanding officer of said
regiments; of which notice shall be given to the brigade inspector and to
the captains of the companies to be affected thereby.

VII.  Whenever a majority of the field officers of any regiment may be  Field offi-
of opinion that a better organization of the companies of said regiment may  cers may
be made, by transferring part of one company to another, they are hereby  re-organize
                                                                            companies.
authorized to make such arrangement; of which the majors of the batta-
lions to which any such company may belong, shall give notice to the
captain or commanding officer thereof; and shall also give notice thereof
to the proper brigade inspector, stating particularly the alterations so made.

VIII.  Every free able bodied white male person who has resided within  Who to be
this commonwealth for one month, and is between the ages of eighteen  enrolled.
and forty-five, except those hereinafter enumerated, shall be enrolled in the
militia of this commonwealth, the vice president of the United States, the  Who to be
judicial and executive officers of the United States, members of congress,  exempted.
custom house officers, stage drivers employed conveying the mail of the
United States, ferrymen employed on any post road while in the actual
performance of that duty, post masters, inspectors of exports, pilots and
mariners actually employed in the sea service, and ministers of religion,
teachers in universities, academies and schools while so employed, and who
have been so employed for at least one year before, members of the board
of health, directors and controllers of the public schools of the first school
district in this commonwealth, judges of the supreme and district courts,
and courts of common pleas, the mayors and recorders of cities, and the
menial servants of foreign ambassadors, ministers and consuls, sheriffs,
jailers and keepers of workhouses shall be exempted from militia duty.
And every person within the ages before mentioned shall be considered an
able bodied man, unless he shall produce to the commanding officer of the
proper regiment, a certificate from two practising surgeons or physicians
residing within the bounds of the regiment, under oath or affirmation, that,
in their opinion he is unable and unfit to perform military duty by reason
of infirmity or disability, or shall produce such a certificate from the sur-
geon of the regiment, who shall take one general oath or affirmation to per-
form his duty with fidelity; and unless the commanding officer of the said
regiment is further satisfied that any such person is not an able bodied man
within the spirit and meaning of this act.

IX.  The captain or commanding officer of every company of militia,  Captain to
                                                                            enrol.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page72 of 128

**1822.**

shall between the first day of April and the first Monday of May, in the year eighteen hundred and twenty-two, and in every subsequent year enrol or cause to be enrolled every person subject to militia duty within the bounds of his company, by having entered the name, age, and place of residence of every such person in a book to be procured for that purpose, and **How age and residence to be determined.** if any doubt shall exist about his age or place of residence, the age shall be entered at twenty one years, and the place of residence shall be considered as being in the district, township or ward, and within the bounds of the company in which he is believed to reside, which shall be conclusive until he satisfies the captain or commanding officer of his proper age and place of residence; and if it is found that he ought to be enrolled in any other company, he shall only be released from performing duty in the company in which he is first enrolled, by producing a certificate that he is actually enrolled in such other company. And the captain or commanding officer **Persons arriving within the bounds of any company to be enrolled.** shall enrol, or cause to be enrolled, from time to time, every person arriving within the bounds of his company, or arriving to the age of eighteen years, and liable to perform militia duty, and shall enter his name, age and place of residence in manner aforesaid: *Provided however,* That no actual member of a duly organized volunteer corps shall be enrolled in manner aforesaid, if at the time thereof he is uniformed and equipped as a volunteer, which fact he must show if required, by a certificate from the commanding officer of his troop or company.

**Penalty, a false representation, or concealment of names.** X. If any person liable to perform militia duty, shall make a false representation of his name, age, or place of residence to the person authorized to enrol him, or shall wilfully conceal or refuse to give the same, or if any head of a family shall conceal the name of any person subject to militia duty, residing, boarding or lodging in the family, or occupying any part of the dwelling house, or make a false representation thereof, every person so offending shall forfeit and pay the sum of ten dollars, to be recovered before any alderman or justice of the peace, as debts of equal amount are by law recoverable by any person who shall sue for the same.

**Enrollment of companies to be delivery annually to the brigade inspector.** XI. The captain or commanding officer of every militia company, shall on or before the day of regimental or battalion training in each and every year, deliver, or cause to be delivered to the proper brigade inspector, a copy of the roll of the militia of his company under oath or affirmation; and the adjutant of the said regiment shall, on or before the said regimental or battalion training in every year, deliver or cause to be delivered to the proper brigade inspector, a roll of all the field, staff and company officers in **Of the field, staff and company officers.** his regiment; and each of the said officers failing to furnish the said rolls, and deliver the same as directed by this section, shall forfeit and pay the sum of thirty dollars.

**Present adjutant general to continue in office for 3 years, &c.** XII. The adjutant general of the militia of this commonwealth now in commission, shall hold his office for the term of three years from the third day of August last, if he so long behaves himself well, and faithfully performs the duties of his office; but, whenever in the opinion of the governor **May be removed.** the said adjutant general fails and neglects faithfully to perform the duties of his office, the governor shall remove him from office; and as often as a **Vacancy.** vacancy happens by such a removal, or by death, resignation, expiration of the term of office or otherwise, the governor shall appoint and commission another person in manner aforesaid; and the said adjutant general shall re- **Salary.** ceive for his services the annual salary of three hundred dollars, to be paid **Duties.** out of the state treasury; and the said adjutant general shall receive and distribute all orders from the governor or commander-in-chief of the militia to the several officers of the said militia; whenever required, he shall furnish to the brigade inspectors one complete set of all forms and returns connected with a proper discharge of their duties, and of the duties of the several officers of the brigade to whom they shall be distributed by the said brigade inspector: for which forms and returns he shall be paid out of the state treasury upon the settlement of his accounts by the proper officers; and shall also be paid for all postage on letters or packages from or to him on

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page73 of 128

MILITIA.

1822.

subjects connected with military duty; he shall give explanations and information on all matters connected with military duty to the major generals, brigadier generals and brigade inspectors, whenever required by them; he shall receive and file all returns made to him of the militia agreeably to law, and shall annually make a detailed report thereof to the governor, to be submitted to the legislature; and shall also transmit a duplicate thereof to the president of the United States, and shall instruct the proper officers in the form in which these returns shall be made to him; and shall also in the report to the governor particularly designate the number of militia in each brigade and regiment, and the number and kind of volunteer corps attached to the same respectively; he shall also procure or cause to be procured, any arms, military stores, clothing, accoutrements and camp equipage, and shall distribute the same to the proper officers when legally required. The adjutant general shall, before he enters on his duties, give bond with one or more sufficient sureties to be approved of by the governor, which bond shall be taken in the name and for the use of the commonwealth of Pennsylvania, (and filed in the office of the secretary of state,) in the sum of one thousand dollars, conditioned for the true and faithful performance of his duties, and the safe delivery to his successor of all books and papers belonging to his office; and in case of the death of the adjutant general, his executors or administrators shall, under the penalty of one thousand dollars, safely deliver all books and papers belonging to the office of the said adjutant general, to any person appointed by the governor to receive the same; which penalty shall be recovered in the name and for the use of the commonwealth of Pennsylvania.

*To give bond.*

XIII. The divisions, brigades, regiments and companies of militia shall be officered as follows:

*How the militia to be officered.*

To each division one major general and two aids-de-camp, to be appointed by him with the rank of major; and one division inspector and one division quarter master, to be appointed by a majority of the general officers of the said division.

To each brigade, one brigadier general, one aid-de-camp, one brigade major, and one brigade quarter master, to be appointed by him with the rank of captains, and one brigade inspector.

To each regiment one colonel, one lieutenant colonel and two majors; one surgeon and two surgeon's mates; one adjutant and one quarter master, with the rank of first lieutenants; one sergeant major, one quarter master sergeant, one drum major, and one fife major. The said commissioned and non-commissioned staff officers to be appointed by the commanding officer of the regiment.

To each company one captain, one first lieutenant, one second lieutenant, five sergeants, six corporals, two musicians, and the number of privates directed by the fourth section of this act.

XIV. On the first Monday of June, one thousand eight hundred and twenty-eight, and on the first Monday of June in every seventh year thereafter, an election shall be held within the several battalion bounds of the militia of this commonwealth, in the manner and for the several officers hereinafter mentioned. The brigade inspector of each brigade then in commission, shall advertise and give notice in the most public manner, by printed or written advertisements, and by publication in two newspapers in the city or county, if such papers are published therein, to all persons subject to militia duty within the bounds of every such battalion of the brigade, that an election will be held on the said day, between the hours of ten in the forenoon and six in the afternoon, except within the city and liberties of Philadelphia, where the election shall be kept open until nine o'clock, at such place within the bounds of the said battalion as near the centre as may be, as shall be designated in such notice, for the election of one brigadier general for the brigade, of one colonel and lieutenant colonel for each regiment of said brigade, and one major for each battalion of said regiments. And the said brigade inspectors shall order and direct the major of every

*Brigadier general and field officers to be elected.*

*Elections.*

320                              MILITIA.

1822.    battalion, or if he neglects or refuses, or in case there is no such officer, he
shall appoint one respectable citizen residing within the limits of the said
battalion to superintend and conduct the said election; and the said major
or citizen appointed as aforesaid, shall attend at the time and place fixed
on for the election, and shall prior to the opening thereof select another
respectable citizen, who with himself shall act as judges of said election;
and they shall take to their assistance two clerks; and the persons so ap-
pointed to act as judges and clerks shall be sworn or affirmed by any alder-
man or justice of the peace, or if there is no alderman or justice of the peace
present, then by any commissioned officer, to conduct the said election
fairly and impartially, and make a correct and true return thereof.    And

Who to     every militia man belonging to the said battalion, or any member of a volun-
vote.      teer corps residing within the bounds of the same, may vote by ballot at
such election in the manner now practised at the general elections: *Pro-
vided however*, That no volunteer of any troop or company which actually
belongs to a battalion or regiment of volunteers, shall vote for field or com-
pany officers of a militia regiment, but may vote for brigade inspector or
brigadier general of the brigade.    And if the said judges shall deem it
necessary, they may administer oaths or affirmations to voters and others,
and examine them about their right to vote, and shall decide thereon; and

Returns.   when the said election shall have been closed and the votes counted, the
said judges shall make out duplicate returns of the same, to be signed by
them as well as the clerks, particularly stating in the said returns the num-
ber of votes in words at length given for each person for the office before
mentioned, of brigadier general, brigade inspector, colonel, lieutenant
colonel and major separately and distinctly; and the superintendent of such
election, after sealing up the said returns in the presence of the other judg?,
shall take charge of the same, and shall within ten days after the said elec-
tion, deliver, or cause to be delivered, the said returns to the proper brigade
inspector then in commission.    And the said superintendent shall receive
two dollars, and the said judge and clerks one dollar each for their services

Penalty    for performing the duties required of them.    And if any such superintend-
false re-   ent, judge or clerk shall act fraudulently in conducting said election, or
turns.     shall wilfully make a false return thereof, he shall, on conviction thereof
before the court of quarter sessions of the county in which he resides, for-
feit and pay any sum not less than fifty nor more than one hundred dollars,
to be paid to the proper brigade inspector.

How and        XV.  The brigade inspector after having received the returns of the elec-
by whom    tions held in manner aforesaid, and before he opens the same, shall call to
the returns
to be re-   his assistance two respectable citizens residing within the bounds of the
ceived, &c. brigade, one of whom shall be an alderman or justice of the peace, and after
swearing or affirming the said citizens truly to examine and cast up said
returns, and make a fair and correct report thereof, the same oath or affir-
mation shall be administered by the said alderman or justice of the peace
to the brigade inspector, and they shall then open the returns of the said
elections and cast up the same, and shall make out one general return of
the election of brigadier general, one other return of the election of brigade
inspector, one other return of the election of each colonel and lieutenant
colonel, and one other return of the election of each major; and having
certified and signed the same, the said brigade inspector shall forthwith

Persons    transmit the same to the secretary of the commonwealth.    And the said
elected to   brigade inspector shall immediately cause a written certificate and notice
be notified. to be given to each of the said persons of his election.    And the returns of
the battalion elections received by the brigade inspector shall be filed and
preserved in his office, and shall be subject to the inspection of any person
interested who may wish to examine the same; and if the said brigade
inspector, and either of the citizens aforesaid called by him to his assist-

Penalty    ance, shall be guilty of fraud in casting up the returns of the battalion elec-
false re-   tions aforesaid, or shall wilfully sign a false return thereof, or if the said
turns.     brigade inspector shall wilfully suppress any of the said returns, upon con-

viction thereof before the court of quarter sessions of the county in which **1822.**
they severally reside, they shall forfeit and pay any sum not less than one
hundred nor more than five hundred dollars for the use of the brigade; and
the said brigade inspector shall further be deprived of his office: *Provided,*
That each of the persons called to the assistance of the brigade inspector shall
receive one dollar for his services, to be paid by the said brigade inspector.

XVI. The proper brigade inspector shall notify the brigadier general, Major ge-
and the field officers of the several regiments and battalions of militia and neral, how
volunteers of the brigade, elected according to this act, to meet on the first whom to be
Monday of July then next ensuing, and on the first Monday in July in every elected.
seventh year thereafter, at a place as near the centre of the brigade as pos-
sible to be fixed by him, to elect a major general for the division.  And the
said brigade inspector shall attend at the time and place so fixed on, and
together with the brigadier general or other senior officer present, shall
superintend and conduct the said election.  And the said officers of the
brigade being assembled, shall ballot for a major general, and after count-
ing the votes, duplicate returns of the said election shall be made out and
signed by the said brigade inspector and brigadier general or other senior
officer, stating particularly the number of votes given for each person for
major general in words at length.  And the said brigade inspector shall
file one of the said returns in his office, and the brigade inspectors of the Returns.
other brigade or brigades of the division shall, within ten days after the
election, call upon the brigade inspector of the first brigade of the said
division, and they shall examine and cast up their respective returns, and
make out a division return, stating the election of the person having the
highest number of votes for the office of major general, which being certi-
fied and signed by the said brigade inspectors, shall immediately be trans-
mitted to the secretary of the commonwealth; and one of the said brigade
inspectors shall also notify in writing the person so elected; but if no one
should have a majority of the votes given, or if any person elected a major
general as aforesaid shall refuse to accept, or whenever a vacancy shall Vacancies.
happen by death, resignation or otherwise, of which immediate notice shall
be given to the adjutant general of the commonwealth, by the proper bri-
gade inspectors, the said adjutant general shall direct the brigade inspectors
of the division to hold a new election on a day to be named by him, which
election shall be held and conducted, and returns thereof made in all re-
spects as is directed by the preceding part of this section.  And when, in
consequence of no one having a majority of votes, a second election shall
have been held for major general in manner aforesaid, and it should again
happen that no one has a majority of the votes given, then the governor shall
appoint and commission one of those highest in vote.

XVII. Before any commission shall issue to a brigade inspector, he shall Brigade in-
give bond with sufficient sureties, to be approved of by two of the judges spectors to
of the court of common pleas of the county in which he resides, in the give bond,
sum of five thousand dollars, taken in the name of the commonwealth of &c.
Pennsylvania, conditioned for the faithful performance of his duties as
brigade inspector, which bond shall be filed in the office for recording of
deeds of the county, and a copy thereof sent to the secretary of the com-
monwealth.  And whenever a vacancy shall happen, by death, resignation
or removal of any brigade inspector, the brigadier general or senior officer
of the brigade, shall cause an election to be held to supply such vacancy, Vacancies.
on a convenient day to be named by him, which election shall be held and
conducted in all respects similar to the mode prescribed by the fourteenth
and fifteenth sections of this act, the said brigadier general or senior officer
acting in lieu of the brigade inspector, and who shall be paid the necessary
expenses for advertising said election, and two dollars for attending the same.

XVIII. If any brigadier general, colonel, lieutenant colonel, or major, Vacancies
elected, shall refuse to accept; or whenever, and as often as a vacancy shall in the offi-
occur by the resignation, removal, death or otherwise, of any such officer, ces of bri-
a new election shall be immediately ordered by the proper brigade inspector, gadiers ge-
neral and

**322**                                        MILITIA.

1822.

*field offi-
cer.*

*Returns.*

at a time to be fixed on by him, which shall be held, conducted, and returns thereof made in all respects, and under the like penalties as is provided and directed by the fourteenth and fifteenth sections of this act, except that in the elections of majors, it shall not be necessary to advertise in two city or county newspapers: nor shall it be necessary for the brigade inspector to call to his aid two citizens to examine the returns of the elections of majors, nor to be sworn or affirmed; but he shall transmit a copy of the return of any election of major, received by him, to the secretary of the commonwealth.

*When and
where com-
pany offi-
cers to be
elected.*

XIX. On the third Monday of August, one thousand eight hundred and twenty-eight, and on the same day in every seventh year thereafter, an election shall be held within the bounds of every company of militia in this commonwealth, for company officers for the same; and the major of every battalion, or in case there is no major, the lieutenant colonel of the regiment shall give at least ten days' public notice, by written or printed advertisements, and by publication in one or more newspapers, if he thinks it necessary, to the persons subject to militia duty within the bounds of every company of the battalion, that an election will be held on said day between the hours of ten o'clock in the forenoon and six in the afternoon, at such place within the bounds of every said company, as near the centre as may be, as shall be designated in such notice, for the election of one captain, one first lieutenant, and one second lieutenant. And the said major,

*How elec-
tions to be
conducted.*

or lieutenant colonel, shall appoint one respectable citizen to superintend and conduct each of said elections, who shall attend at the time and place fixed on for the same; and shall prior to the opening thereof, select one other person, who, with himself, shall act as judges; and they shall appoint one other person to act as clerk thereof; but if any person appointed by the major, or lieutenant colonel as aforesaid, shall fail to attend, then, and in that case, the enrolled militia present at such election, may and shall appoint two citizens as judges, and one citizen as clerk, and the said judges and clerk shall be sworn or affirmed by any alderman or justice of the peace, or by any commissioned officer, to conduct the said election fairly and impartially, and to make correct and true returns thereof; and

*Captain to
furnish a
list of the
enrolled
militia.*

the captain or commanding officer of every company of militia within the bounds of which any such election is held, is hereby required, under the penalty of fifty dollars, to furnish the said judges on or before the opening of the election, a correct list of the militia belonging to his company. And

*Who may
vote.*

every militia man (volunteers excepted), within the bounds of every said company, shall and may vote at such elections in the manner practised at the general elections. And the said judges may, if necessary, examine persons offering to vote upon their right to do so, under oath or affirmation, and shall decide thereon. And when the said elections shall have closed,

*Returns.*

duplicate returns thereof shall be made out, and signed by the said judges and clerks respectively, stating the number of votes given for each person for the offices aforesaid, separately and distinctly; and also stating in the said returns the number of militia within the bounds of the company; and one of the said judges shall take charge of the said returns, and within five days thereafter deliver, or cause the same to be delivered to the aforesaid major or lieutenant colonel, who shall immediately transmit one of each of said returns to the brigade inspector, who shall file the same in his office; and the said brigade inspector shall make out one general return for each regiment, of the officers elected in the several companies thereof, in every case where it appears at least one third of the militia of the company voted for officers; which returns he shall certify and sign, and send

*If one third
of the en-
rolled mili-
tia do not
vote, the
command-
ing officer*

immediately to the secretary of the commonwealth. But when, by any such returns, it appears that one third of the militia of any company did not vote for company officers, the brigade inspector shall notify the colonel or commanding officer of the regiment thereof, who shall appoint the proper officers for every said company; but he may if he thinks proper, appoint all or any of the persons voted for. And he shall also appoint the proper

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page77 of 128

officers for every company where no election shall be held; and in case 1822.
any person shall be elected who shall refuse or decline to accept, or shall may ap-
fail to perform the duties of his office, the commanding officer of the regi-point.
ment is hereby authorized and directed to appoint proper officers in the Where no
place of every such person thus declining to accept, or failing to perform election to
his duty.  But the said commanding officer may, if he thinks proper, in be held.
any of the cases above mentioned, order new elections to be held; and he
shall make out duplicate returns of all appointments made by him, and And may
shall deliver or cause the same to be delivered to the brigade inspector order new
without delay; one of which returns he shall file in his office, and the elections
other transmit to the secretary of the commonwealth.  And as often as a
vacancy occurs of a commissioned officer in any company, such vacancy Vacancies.
shall be filled by a new election or appointment in manner aforesaid, only
that the superintendent appointed for each election, shall hold and conduct
the same himself, without selecting another person to act with him as a
judge thereof; and shall have the like powers, and do and perform every
act and thing required to be done by the two judges in the preceding part
of this section.  *Provided however*, That the company officers shall reside Proviso as
within the bounds of their company, unless proper persons cannot, in the to the resi-
opinion of the commander of the regiment, be found therein, to accept of dence of
such appointments, in which case they may be taken from the bounds of the officers.
other companies.  And the judges and clerks of the aforesaid elections Compensa-
shall be entitled to one dollar each for their services, and be subject to tion to
the like penalties as are directed and prescribed by the fourteenth section judges and
of this act.  And the said brigade inspector shall also be subject to the clerks.
same penalties for misconduct, as are prescribed by the fifteenth section of
this act.

The field officers or a majority of them, the commandant being one, How com-
shall and may number the companies, and arrange them to the battalions panies are
of the regiment, giving notice thereof to the proper brigade inspector. to be num-
And all field and company officers of militia shall take rank according to bered, &c.
the number of their respective regiments, battalions, or companies, reck-
oning the lowest in number to be highest in rank, when their commissions
are of the same date.  And the commanding officer of every company, How to
is authorized to appoint the proper non-commissioned officers for the same. rank.

• XX.  When elections, held under this act, are contested, the following Contested
proceedings shall be had: when at least four of the officers, who voted at elections.
any election for major general, shall complain to the adjutant general of Of Major
the commonwealth, that illegal votes were taken, or that the same was general.
otherwise unlawfully held and conducted, it shall be the duty of the said
adjutant general, to select at least three officers, who do not belong to the
division in which the election was held, one of whom shall not be under
the rank of a general officer, and the others not under the rank of colonel.
If the election of a brigadier general, or brigade inspector shall be con- Brigadier
tested, by at least one hundred of the volunteers or militia who voted at general or
any such election, application may be made by them, to the major general, brigade
or the next senior officer in rank in the division, if there is no major inspector.
general, who shall direct and notify two other officers of said division, not
belonging to the brigade in which the election was held, who shall not be
under the rank of lieutenant colonel.  If the election of any field officer Field offi-
shall be contested, by at least fifty of those who voted at such election, cers.
application may be made by them to the brigadier general, or if there
should be no brigadier general, then the next senior officer in rank, in the
brigade, not belonging to the regiment in which the election was held, who
shall direct and notify two other officers not under rank of the field officers,
and not belonging to the said regiment, which officers shall compose
boards for the trial of the contested elections in the cases before mentioned,
for which they were selected and appointed; and may belong to the volun-
teers or militia, or either thereof, at the discretion of the authority making

324                                    MILITIA.

the selection. And if the election of an officer of any company of militia,
or of independent volunteers, shall be contested by at least twenty of those
who voted at any such election, application may be made by them, to the
colonel or commanding officer of the regiment to which said militia com-
pany belongs, or said volunteer company is attached, who, with two other
field officers of said regiment to be notified by him, shall compose a board
for the trial of said election. And if the election of an officer of any
company of volunteers belonging to a battalion or regiment, shall be con-
tested by at least twenty of the volunteers who voted at any such election,
application may be made by them to the commanding officer of their pro-
per battalion, or regiment, who, with the other field officers of the battalion
or regiment, if any there are, not, however, exceeding two besides himself,
to be notified by him, shall be a board for the trial of such election. And
the senior officer of any such board, shall fix on a convenient time and
place for determining the said contested election, with power to adjourn if
necessary ; and shall direct not less than ten days notice to be given to at
least one of the complainants, and to the other parties concerned, and may
issue process, to compel the attendance of necessary witnesses, who shall
be paid by the party who requires them to be summoned. And the said
board shall proceed to hear the allegations and proofs offered; and they, or
a majority of them, shall either confirm or set aside any such election, as
the justice of the case may require, and shall immediately make report
thereof to the proper authority. But the said board, in deciding upon any
contested election, shall reject and deduct all illegal votes given to any can-
didate, and if there is not other sufficient cause of complaint, shall confirm
the election in favor of the person having the highest number of lawful
votes given. But if the election shall be set aside, then any commission
which may have issued in consequence of the same, shall be void, and the
office declared vacant, and a new election shall be held in the manner pre-
scribed in other cases by this act.

XXI. All officers of volunteers or militia, elected or appointed in pursu-
ance of the act for the regulation of the militia, passed the second day of
April, one thousand eight hundred and twenty-one, or that may hereafter
be elected or appointed, prior to the next septennial elections, shall hold
their commissions until the third day of August, one thousand eight hun-
dred and twenty-eight ; and all officers elected or appointed at the next,
and all subsequent septennial elections and appointments, shall hold their
commissions until the third of August, in every seventh year thereafter, if
they so long behave themselves well, and perform the duties required by
law; except, however, the staff officers appointed by the major generals
and brigadier generals, and of the regiments and battalions of volunteers
and militia, who shall hold their commissions for the periods before men-
tioned, unless sooner removed by the general officers, or by the command-
ing officers of the said regiments or battalions respectively. But the
appointment and commission of every staff officer, of a major or brigadier
general, shall become void, whenever the person making such appointment
shall cease to be an officer himself, from any cause whatever. And when-
ever the secretary of the commonwealth shall have received the returns of
any elections or appointments, made in pursuance of this act, commissions
shall immediately be issued to the said officers respectively, to be sent to
the proper brigade inspector, unless he shall have received notice that the
election of any such officer is contested, in which case the commission
shall be withheld until the contest is decided, and then shall only issue to
the officer lawfully elected. And all commissions for officers elected or
appointed at the next, and all subsequent septennial elections or appoint-
ments, shall bear date and take effect from the third of August. And all
commissions for officers elected or appointed at any other time, shall bear
date and take effect from the day of election or appointment of every such
officer. But every officer elected or appointed in pursuance of this act,

*Margin notes:*
1822.
Company officers.

Time and place for determining, &c.

Duties of the board.

Term of commissions to be until the 3d of August, 1828.

Except for staff officers.

When commissions to issue.

When to take effect.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page79 of 128

MILITIA.                                                    325

shall have all the rights and authorities of an officer, from the time of receiving notice of his election or appointment, (when his election is not contested) although not commissioned, except the brigade inspector, who shall have no authority until regularly commissioned.   No officer shall be permitted to resign, until he shall have accounted and settled for all money, arms and property of the commonwealth, which may have come into his hands.   Nor shall any person be a commissioned officer who is not a citizen of the United States.   And the commission of every such officer shall be null and void, unless he is actually resident within the bounds of his proper command.   And whenever it happens, from any cause whatever, that he is not so resident, his office is hereby declared vacant: excepting, however, the case of company officers, who may reside without the bounds of their company, agreeably to the nineteenth section of this act: *And provided*, That within the first division of militia, the officers may reside in any part of their respective brigades.

XXII. The militia of this commonwealth shall be paraded and trained in companies and battalions, as follows, viz: In companies on the first Monday of May in every year: and the battalion parades and trainings, shall commence on the second Monday in May, in every year; and shall continue in such order as the brigade inspector shall direct, on every day of the week, except Sunday, until all the battalions of the brigade shall have paraded: of which trainings one month's notice shall be given by the brigade inspector, in as public a manner as possible, by printed advertisements or otherwise, as he may deem best.   The place for the company trainings shall be fixed by the commanding officer thereof, and of which he shall give at least ten days public notice, by printed advertisements or otherwise.   And the place for battalion trainings, shall be fixed by the commanding officer of the regiment, with the approbation of the major of the battalion.   And the commanding officer of the regiment shall give at least fifteen days public notice of the place of said battalion trainings, by printed advertisements or otherwise.   And the colonel of the regiment shall attend, and command the training of one battalion of the regiment; and the lieutenant colonel shall attend and command the training of the other battalion of the said regiment, to be determined by said colonel: but in case of the absence of those officers, the command shall devolve upon the next senior officer.   And at every regimental and battalion training, the commanding officer shall cause the roll of the field and staff officers to be called, and the absentees noted, and a return thereof made to the proper court of appeal for the first battalion: *Provided however*, That the militia shall parade and train in regiment instead of battalion, when the commanding officer may require it, of which he shall give notice to the brigade inspector, before he is directed to advertise in manner aforesaid.  And the said commanding officer shall give the same notice of the place of regimental training, that is required in the case of battalion training: *And provided*, That each of the brigade inspectors within the bounds of the first division, shall publish the said notice required of him by this section, three times in two of the daily newspapers printed in the city of Philadelphia, and shall describe therein the bounds of his brigade, and of each regiment therein, together with the names of their respective commanding officers: *And provided also*, That no enrolled militia man, under the age of twenty-one years, shall be required to parade or train, or shall be fined for not having so paraded or trained.

XXIII. Every commissioned and staff officer, and every non-commissioned officer and private, enrolled in the militia, and between the ages of twenty-one and forty-five years, who, without a lawful excuse, shall neglect or refuse to attend, on any day of parade and training, herein before appointed, (without good and sufficient arms) shall be fined as follows, to wit: Every field officer, five dollars; every staff officer, and captain of a company, three dollars; every subaltern officer, two dollars; and every

*Marginal notes:*

1822.

At what time officers to exercise their duties.

No person to be commissioned not a citizen.

Officers to reside within the bounds of their commands.

When and where company and battalion trainings.

Public notice to be given.

Who to command the trainings of the battalions.

Roll of field and staff officers to be called, &c.

Public notice to be given.

Penalty for not attending training.

**326**

**1822.**

**Leaving the ranks and parade.**

non-commissioned officer and private, one dollar; and every such officer, non-commissioned officer and private, shall pay the same fine if he leaves the ranks and parade on any day of training, without the leave of his commanding officer, before the regiment, battalion, or company is dismissed: *Provided however,* That if the officers of the company shall be of opinion that any militia man could not procure arms, he shall not be fined for appearing without them; and all officers, who shall appear on parade, without being in uniform, shall be subject to the same fines, as if they had not attended, and they shall be returned as absentees, in the cases before mentioned.

**Roll to be called.**

XXIV. It shall be the duty of every captain, or commanding officer, on the days of training aforesaid, to call the roll of his company, or cause the same to be called, and note down those who are absent at any time during the hours of parade, as often as he shall think most proper, to ascertain the

**Absentees.**

absentees. And the said captain or commanding officer, shall make out a return of all such absentees, who are required to parade, under oath or affirmation, with the amount of fine incurred, set opposite each name; and shall deliver the said return to the proper court of appeal, on the day of their meeting, under the penalty of fifty dollars.

**3 officers to be a court of appeal.**

XXV.[1] The colonel or commanding officer of each regiment, shall, on or before the day of regimental or battalion training, in every year, appoint three commissioned officers for each battalion of his regiment, to compose a court of appeal for the said battalion for the current year, and shall fix on the place where the said officers shall assemble; and shall give public notice of such appointment, and of the time and place of meeting, fifteen

**When to meet.**

days at least before each meeting, by printed advertisements or otherwise. And the said officers, so appointed as a court of appeal for the battalion, shall meet on the second Monday of June, in said year, and shall, before

**To be on oath.**

they enter on their duties, be sworn or affirmed, justly and impartially to decide on all cases that may come before them, and shall continue to sit as long as business absolutely requires it. The senior officer shall be pre-

**Vacancies.**

sident of the said court, and if a vacancy should happen, the colonel or commanding officer shall immediately appoint another officer to fill such vacancy, and give him notice thereof. And all officers and enrolled militia

**Persons fined may appeal.**

men of the proper battalion, who shall have neglected to attend on any day of training, may appear in person or by agent before the said court, to assign their excuse for such non-attendance, and the said court shall and

**When fines may be remitted.**

may examine all persons under oath or affirmation; and if it shall be satisfactorily proved or shown, that any officer or militia man was prevented from attending, by reason of being a juror, arbitrator or witness, before any court or other legal tribunal, or of illness, or unavoidable cause which rendered his attendance impracticable on any day for which he is fined for non-attendance, the said court or a majority thereof, shall remit the fine or fines incurred. But no remission shall be made, or redress given at any other time or by any other authority, or in any other manner, than is before

**Two lists to be made.**

mentioned. And as soon as the said court of appeals shall have decided upon all cases before them, they shall make out two lists of the officers and enrolled militia of each company, returned by the captain or commanding officer thereof, as are fined for non-attendance on any day of training, and whose fines were not remitted by the said court of appeal; which lists shall be signed by the president of the said court, with a certificate attached thereto, that the officers of the said court of appeal had been sworn or affirmed according to law. They shall also mark on the return of each captain, furnished to the said court, opposite to the name of each individual, the remission of any fine; which return, so marked, shall also be signed by the president of the said court. And the said court of appeal shall also make out two lists of all field and staff officers returned to them,

[1] This is not to affect the right of exoneration by the field officers under the 26 §. See 30 March, 1824, § 4.

MILITIA.

1822.

as fined for non-attendance, and whose fines are not remitted by the said court, signed and certified as aforesaid. And the president of the said court of appeal, within ten days after the sitting of the said court, shall, under the penalty of fifty dollars, deliver or cause to be delivered to the proper brigade inspector, one of each of the lists aforesaid, of the fines not remitted, and also the company returns, marked as before directed, and shall transmit the other lists of the said delinquents, to the auditor-general of the commonwealth, who shall charge the amount of the fines not remitted by the said court, to the proper brigade inspector, and file the said lists in his office.

*To be delivered to brigade inspector.*

XXVI. The brigade inspector shall, as soon as conveniently may be after receiving from the presidents of the several courts of appeal in his brigade, the returns of fines not remitted by the said courts, issue warrants under his hand and seal, for all the fines not remitted, to wit: One warrant for all fines not remitted of field and staff officers; and one other warrant for all fines not remitted in each and every company, and which shall be in the following form:

*His duties after receiving the same.*

" The commonwealth of Pennsylvania to A. B. greeting :

" Whereas the persons named in the schedule or list hitherto annexed, have incurred the fine or fines set opposite to their respective names, for non-attendance and neglect of duty on the day or days of training appointed by law, for the militia of this commonwealth, and which have not been remitted by the court of appeal of the proper battalion. This warrant therefore authorizes and requires you to demand and collect of each and every person named in the said list or schedule the sum set opposite to his name. And in case of neglect or refusal to pay the same, you are to levy and collect the same, with costs, of the goods and chattels of each and every such person by distress and sale thereof, returning the overplus, if any, to the owner. Witness my hand and seal this          day of          eighteen hundred and

Brigade Inspector.   { L. S. }

Brigade,          Division of Pennsylvania Militia."

And the said brigade inspector shall deliver, or cause to be delivered, each of the said warrants to a constable, who is hereby required to execute the same, or to some other fit person, at his discretion, from whom he shall require security, if he thinks it necessary. And any person to whom any such warrant is delivered, shall, under the penalty of twenty dollars, call on each and every person named in the list or schedule to the said warrant, if within the bounds of the brigade, within twenty days after he has received the same, and demand payment of the fine or fines due. And in case any such fine or fines is not paid within ten days after demand, he shall proceed to levy and collect the same according to the command of the warrant, with costs; and in the levy and sale of the delinquent's property, he shall proceed in the same manner that constables are, or shall be, by law required to proceed under executions; and the said collector shall have the same fees as are allowed to constables for similar services; and for want of sufficient goods and chattels to pay the fine or fines against him, every such delinquent shall be committed by the proper collector to the custody of the sheriff or jailer of the proper county, to be held and detained until he pays the said fine or fines, or is discharged agreeably to the insolvent laws of the commonwealth, and a copy of the warrant certified by the said collector, shall be sufficient authority to the sheriff or jailer, to receive and hold such delinquent in custody, and which he is hereby required to do until legally discharged. And the constable, or other person to whom any warrant shall be delivered, shall, within forty days after he has received the same, pay to the brigade inspector the amount of fines contained in the schedule to said warrant, unless the said brigade inspector shall allow him further time to

*Payment to be demanded.*

*Proceedings to compel payment.*

*Constables, &c. to pay over fines.*

JA406

**328**                                    MILITIA.

1822.   collect the same; but if the said person after the expiration of the forty
days, shall fail, on the demand of the said brigade inspector, to pay the
amount of the said fines to him, he shall forfeit and pay double the amount
thereof, to be recovered by the said brigade inspector in the name of the
commonwealth of Pennsylvania, as debts of equal amount are by law reco-
verable.    And if the said constable or other person, shall report to the bri-

**Proceedings if fines cannot be collected.** gade inspector, which he is hereby required to do within the said forty days,
that it is impracticable to collect some of the fines contained in the said
schedule, each of the persons to whom any warrant is delivered, shall make
such report.  The brigade inspector shall order the field officers of the regi-
ment to be assembled, and persons having warrants shall appear before the
said field officers, or a majority of them, who are authorized to act at the
time and place to be fixed on by the brigade inspector, of which they shall
have notice.  And the said field officers having been first sworn or affirmed,
they, or a majority of them, shall determine whether it was and is imprac-
ticable to collect any such fines or not.    And if they find any of the fines
contained in the warrants could not have been, nor cannot be collected,
they shall make out two lists thereof and deliver the same to the brigade

**Field officers may exonerate persons from the payment of fines in certain cases.** inspector, signed by the senior officer present; and the said field officers,
when so assembled, or a majority of them, are hereby further authorized to
exonerate any person or persons against whom warrants have issued, from
any fine or fines against them which ought not to be levied and collected
agreeably to this act, and .ists thereof shall be made out and delivered to
the brigade inspector in m\nner aforesaid; and the brigade inspector shall,
after having received said lists, exonerate any person having a warrant or
warrants from the amount of any fine or fines contained in the schedule to
the same, which by the lists aforesaid, it appears cannot be collected.  And

**Bail of constables liable for fines collected.** the bail required by law to be given by constables, shall be answerable for
the amount of any military fines and forfeitures which may come into the
hands of said constable, in the same manner as they are liable in all other

**Compensation to constables and field officers.** cases, on the default of the constable.  And the persons appointed to col-
lect the fines as aforesaid, shall receive for their services, any sum not ex-
ceeding ten per cent. on the amount collected by them.   And each field
officer shall receive one dollar per day while employed in the performance
of the duties required by this section.

XXVII. [Repealed by 30 March, 1824, § 9.]

**Proceedings on neglecting to elect, or failure to perform duties required.** XXVIII.[1] If it shall happen that the proper officers shall not be elected
in any regiment or battalion of militia, or in any company or companies
thereof, or who being elected shall fail to perform the duties required, in
causing the militia to be enrolled and trained, and returns made according
to law, it shall be the duty of the brigade inspector of the proper brigade,
as soon after the first Monday in June in every year, as conveniently may

**Duty of brigade inspector.** be, to employ one or more proper persons to enrol all and every person re-
siding within the bounds of every such regiment or battalion, or of any such
company or companies thereof, and liable to perform duty in the militia,
who shall proceed in the same manner, and have the like authorities as are
given to captains or commanding officers of militia companies by the ninth

**Of the person employed to enrol, &c.** section of this act; and every person so employed to enrol as aforesaid,
shall make a return of the persons enrolled within the bounds assigned to
him by the brigade inspector; and he shall be sworn or affirmed that the
enrollment so made, contains a correct list of all persons liable to perform
duty in the militia within the bounds so assigned to him, as far as he could
ascertain the same; which oath or affirmation may be administered by any
alderman or justice of the peace, or the said brigade inspector: and which
return of enrollment shall be conclusive evidence that the persons therein
named are liable to perform militia duty; and each and every person so
enrolled between the ages of twenty-one and forty-five, shall pay the sum

---

[1] If the officers are not elected, or fail to perform the duty, the brigade inspector appoints some one.  17 S. & R. 148.

of two dollars; and it shall be the duty of the proper brigade inspector as   **1822.**
soon as he has received any of, or all of the enrolments aforesaid, to trans-
mit copies thereof to the auditor-general, and to issue one or more war-
rants, as he may think necessary for the collection of the said sum of two
dollars from each of said persons; which warrants shall be in the form fol
lowing, to wit.

"The Commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the schedule or list hereto annexed, **Warrant.**
have each become liable to pay the sum of two dollars, according to the
militia law of this commonwealth, this warrant, therefore, authorizes and
requires you to demand and collect of each and every such person the sum
of two dollars.   And in case of neglect or refusal to pay the same, you are
to levy and collect the same with costs, of the goods and chattels of each
and every such person by distress and sale thereof, returning the overplus
if any, to the owner.   Witness my hand and seal this      day of
     eighteen hundred and

<div align="right">

Brigade Inspector, { **L. S.** }

Brigade      Division of
Pennsylvania Militia."
</div>

And the brigade inspector shall deliver the said warrant or warrants to a **Duties of**
constable or other fit person, who shall execute the same, and from whom **constable.**
he shall require security, if he thinks it necessary; and the said constable **or field**
or other person, as well as the field officers of the regiment, shall perform **officers.**
the same duties, have the same authority, be subject to the like penalties,
and proceed in all respects, as is directed and provided by the twenty-sixth
section of this act, for the collection of fines for non-attendance on days of
training.   But in case there should not be at least three field officers of **Powers of**
the regiment, then the brigade inspector is hereby required to order the **the brigade**
proper number of field officers from any other regiment, who shall perform **inspector.**
all the duties required by the said twenty-sixth section.   And the said
brigade inspectors shall have the same powers and authority, and perform
the same duties as are required by said section, and shall account for any
money received by virtue of this section, in the same manner as is pro-
vided for in other cases.   And the said brigade inspectors shall pay to the
persons employed by them to enrol as aforesaid, as well as to the constables
or other persons authorized to collect as aforesaid, such compensation as
shall be reasonable and just.

XXIX.  The compensation for services performed by direction of this **Compensa-**
act, except for serving as members of courts martial, and which is not **tion to offi-**
herein otherwise provided for, shall be as follows: **cers, to wit.**

     To each commanding officer of a militia company. **Command-**
Taking the annual enrolment, each person lawfully enrolled, three cents. **ing officer**
Furnishing copy of roll to brigade inspector, one dollar. **of a com-**
Giving notice of annual training, fifty cents. **pany.**
Making return of absentees, one dollar.
Furnishing copy of company roll to judges of election, fifty cents.

     To each major or lieutenant colonel of militia. **Major or**
Advertising company elections, and appointing superintendants therefor, **lieutenant**
each company, fifty cents. **colonel.**

     To each commanding officer of a regiment of militia. **Command-**
Advertising the regimental or battalion trainings, one dollar. **ing officer**
To each officer sitting to try contested elections per day, one dollar. **of a regi-**
To each member of a court of appeal for the militia, every day necessarily **ment.**
and actually employed, one dollar. **Member of**
To each president of a court of appeal, making return to brigade inspec- **court of**
tor, fifty cents. **appeal.**
    To each field officer  assembled to exonerate fines  per day, one dollar.

<div align="center">22</div>

330                                    MILITIA.

1822.

Oath, &c.
to be administered
without
fee.

XXX. All oaths or affirmations required to be taken by this act, and not otherwise provided for, may be administered by any judge, alderman or justice of the peace, or any commissioned officer, who shall perform such service without any fee therefor.

Volunteers
organized.

Number of
officers and
men in
each troop
of cavalry.

XXXI. Troops and companies of volunteers, except within the bounds of the first brigade, first division, shall be organized as follows: There shall be in each troop of cavalry one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one trumpeter, one saddler, one farrier, one blacksmith, and not less than thirty privates.

Company
of artillery.

There shall be in each company of artillery one captain, one first lieutenant, one second lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and not less than thirty-five artificers and privates.

Infantry.

There shall be in each company of infantry one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, two musicians, and not less than forty-five privates.

Riflemen.

There shall be in each company of riflemen, one captain, one first lieutenant, one second lieutenant, four sergeants, four corporals, one bugler, and not less than forty privates.

*Provided however,* That volunteer troops and companies now organized may have the number of officers at present authorized: but whenever a vacancy shall occur, said troops and companies shall only have the number of officers above authorized: *And provided further,* That there shall not be more than four companies of artillery in any division of militia, except in the first division.

When
troop or
company is
within the
bounds of
different
brigades,
how attached.

And when the members of any such troop or company, are within the bounds of different brigades, such troop or company shall be attached to, and belong to the brigade in which a majority of the members reside; and the said troop or company shall be inspected, and under the order of the proper officers of the said brigade, in the same manner as if all the members had resided therein.

Electors of
officers of
volunteers.

XXXII. The officers of volunteer corps, shall be elected by the members thereof; and whenever a vacancy happens by the death, resignation or removal of any officer of a volunteer corps, his place shall be supplied by a new election, to be ordered by the brigade inspector, to be held and conducted in the same manner as elections to supply vacancies of captains in the militia. And whenever the number of volunteers required by this act for any troop or company, shall have uniformed and equipped themselves according to law, upon notice thereof, given to the brigade inspector, he shall, on a day and at a place to be fixed on by him, of which the members of the said troop or company shall be notified, proceed to inspect the said troop or company, and if he finds the same to contain the number of men required, who are properly uniformed and equipped, he shall on the said day of inspection, direct an election to be held for the officers thereof; which election he shall superintend and conduct in person, and shall make out and sign duplicate returns of the same, one of which said returns he shall file in his office, and the other transmit to the secretary of the commonwealth, together with a certificate of the fact, that the said troop or company has the number of men required, properly uniformed, and equipped; and the non-commissioned officers of every troop and company of volunteers, shall be appointed according to the by-laws of the same; and it shall not be lawful for any member of any troop or company of volunteers, to withdraw from, or leave the same, without the consent of a majority of the commissioned officers thereof first obtained, nor without first delivering up in good order any arms or accoutrements which he may have received; and whenever a volunteer shall have leave to withdraw from his troop or company, the captain or commanding officer shall furnish him with a certificate or discharge if required, and shall also give notice thereof

Vacancies.

Brigade inspector to
inspect volunteer
companies.

To hold
elections.

How conducted, returned, and
certified.

Non-commissioned
officers.

Members
of volunteer corps
not to withdraw without consent
of officers.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page85 of 128

MILITIA.                                                                    **331**

to the commanding officer of the militia company, in which the said volun-   1822.
teer may reside, or if there is no such company officer, then to the com-
manding officer of the proper battalion or regiment.

XXXIII. Any volunteer troops or companies, except within the bounds   Formation
of the first brigade of the first division, may be formed into battalions or   of batta-
regiments, in the following manner although not of the same descriptions   lions or
of troops or force.   regiments
                                                                            of volun-
Any number of troops or companies not less than three, to compose a   teers.
battalion, and have one major, one adjutant, one quarter master, and one   Number of
assistant surgeon.   companies
                                                                            to form a
Any number not less than five to compose a battalion, and have one   battalion,
lieutenant colonel, one major, one adjutant, one quarter master and one   and officers
surgeon.   to be elect-
                                                                            ed.
Any number not less than six to compose a battalion, and have one lieu-
tenant colonel, two majors, one adjutant, one quarter master, one surgeon
and one assistant surgeon.

And any number not less than eight, to compose a regiment, and have   What num-
one colonel, one lieutenant colonel, two majors, one adjutant, one quarter   ber to com-
master, one surgeon and two assisting surgeons.   pose a regi-
                                                                            ment.
And troops of cavalry may be organized as follows:   Battalions

Any number not less than three to compose a battalion, to have the same   and regi-
officers as is before provided for the same number of companies.   ments of
                                                                            cavalry,
Any number not less than four to compose a battalion, and have one   how form-
lieutenant colonel, one major, one adjutant, one quarter master and one   ed, and
surgeon.   officers
                                                                            elected.
Any number not less than five to compose a battalion, and to have one
lieutenant colonel, two majors, one adjutant, one quarter master, one sur-
geon and one assistant surgeon.

Any number not less than six to compose a regiment, and have the same
officers as is before provided for a regiment.

And each regiment and independent          shall have one ser-
geant major, one quarter master sergeant, and two principal musicians.

And the members of any said battalion or regiment, shall elect the field   Field offi-
officers, and the commanding officer thereof shall appoint the commis-   cers by
sioned and non-commissioned staff officers for the same, and supply vacan-   whom
cies as often as they occur.   elected,
                                                                            and staff
And whenever any number of troops or companies have agreed to as-   appointed.
sociate in manner aforesaid, upon notice being given to the proper brigade   Election
inspector, or in case the said troops and companies are in different brigades,   for field
then to the brigade inspector in whose brigade the election is proposed to   officers.
be held; who shall order the said troops and companies to meet in some
central place, and on a day to be fixed by him, of which fifteen days public
notice shall be given by him.   And at the same time and place, the mem-
bers of the said troops and companies shall proceed to the election of the
field officers authorized by this act.   And the said election shall be held   How con-
and conducted by the said brigade inspector in person, in the same manner   ducted.
that the battalion elections are directed to be held, and duplicate returns
thereof made out and signed, one of which shall be filed in his office and
the other transmitted to the secretary of the commonwealth.   And as often
as a vacancy occurs by the death, resignation or otherwise of any such   Vacancies.
field officer, an election shall be held to supply the vacancy, which shall be
conducted and returned in all respects, as is directed and prescribed by
this act, in the case of militia battalion elections, only, that instead of the
major of the militia battalion, the brigade inspector shall appoint one of   Who to su-
the officers of the said volunteer regiment or battalion, who shall alone and   perintend
without the aid of a judge therein provided for, superintend and conduct said   election.
election and make return thereof: *Provided,* That unless required to be held
sooner, the said election shall be held on one of the days fixed on for the
meeting of the said battalion or regiment of volunteers.   And no troop or

332                                    MILITIA.

1822.

*Troop or company not to withdraw.*

company shall be permitted to withdraw from the battalion or regiment of volunteers to which the same is attached, without the consent of a majority of the field officers thereof.

*Regiments and battalion of volunteers entitled to colours.*

*Commissioned officers may be ordered to drill.*

And each regiment of volunteers shall be entitled to a pair of colours, and each battalion of volunteers to a battalion colour, to be properly and appropriately marked, to be procured and purchased by the proper brigade inspector, at the expense of the state. And the commanding officer of every such regiment or independent battalion, may once in every year, order all the commissioned officers thereof, to meet at a time and place to be fixed on by him, for the purpose of drill. And every officer failing to attend, shall be subject to a fine of three dollars, to be collected by virtue of a warrant from the adjutant, in the same manner as other fines are collected under this act.

*How regiments of volunteers in 1st brigade, 1st division to be formed.*

XXXIV. Within the bounds of the first brigade of the first division, regiments of volunteers shall be formed of troops and companies of the same description of arms in the manner following, that is to say:

*Officers of a regiment.*

Each regiment of cavalry, artillery, infantry, and riflemen shall have one colonel, one lieutenant colonel, two majors, one adjutant, one quarter-master, one pay-master, one surgeon, two surgeons' mates, one sergeant major, one quarter-master sergeant, and two principal musicians.

*A regiment of cavalry to consist of six troops.*

Each regiment of cavalry, shall consist of at least six troops, each troop shall consist of one captain, one first lieutenant, one second lieutenant, one coronet, one quarter master sergeant, four sergeants, four corporals, one musician, one saddler, one farrier, and at least thirty privates.

*Of artillery, six companies.*

Each regiment of artillery shall consist of at least six companies, each company shall consist of one captain, one first lieutenant, two second lieutenants, one third lieutenant, one quarter master sergeant, four sergeants, four corporals, two musicians, and at least sixty-four privates. The commanding officer of the regiment, to designate one of the second lieutenants of each company, as conductor of artillery for said company. But if there

*Battalions to be formed.*

shall not be a sufficient number of companies to form the said regiment, then any number of companies not less than three nor more than five, may be formed into a battalion, and have one lieutenant colonel, one major, one adjutant, one quarter master, one pay-master, one surgeon, one sergeant-major, and two principal musicians.

*Regiments of infantry and riflemen to consist of 8 companies.*

Each regiment of infantry and riflemen, shall consist of at least eight companies, each company shall consist of one captain, one first lieutenant, one second lieutenant, one third lieutenant, four sergeants, four corporals, two musicians, and at least sixty-four privates.

*Field officers how elected.*

*Staff, by whom appointed.*

And the said field officers shall be elected in the same manner, and at the same time, as is provided for the field officers of other volunteer regiments. And the said commissioned and non-commissioned staff officers, shall be appointed by the commanding officers of the said regiments or battalion of artillery.

*Regiments and independent battalion of volunteers to meet for inspection.*

XXXV. Every regiment and independent battalion of volunteers, shall meet once in every year, if required by the proper brigade inspector, for inspection, at a time and place to be fixed on by the commanding officer of said regiment or battalion, and as much oftener for training, as shall be determined on by the companies or troops composing the same, and at such times and places as the said companies and troops may agree and fix on. And the members of the said troops and companies, shall be subject to

*To be subject to fines for non-attendance.*

the like fines for non-attendance, as in the case of company or troop trainings, and to be collected in the same manner; for the use of the said troops or companies respectively.

*May make by-laws.*

And every regiment, battalion, troop, and company of volunteers, shall have power to make all necessary by-laws, rules and regulations, not inconsistent with the constitution and laws of this state, or of the United States, to promote the interest, good order, and diciplne of the same, and for fixing on, and giving notice of the times and places for parades and trainings

MILITIA.

Volunteer corps shall be ranked in the following order, *to wit*: First, cavalry; second, artillery; third, infantry; and fourth, riflemen.  And all troops and companies of the same description of force, shall take rank according to their priority of organization.  All officers of the same grade, without regard to the corps to which they belong, shall take rank according to the dates of their commissions respectively.  And whenever officers have commissions of the same date, their rank shall be established by lot, in the presence of the commanding officer; but officers of the volunteers of the same grade with officers of the militia, and when their commissions are of the same date, shall take rank of such officers of the militia, but not otherwise, *Provided*, That all officers, who at any election or appointment, shall be elected or appointed to offices of the same grade, shall rank according to the dates of their preceding commissions.

XXXVI. The captain or commanding officer of every volunteer troop or company shall, on or before the third Monday in May, in every year, deliver or cause to be delivered to the proper brigade inspector, a complete roll of his troop or company, under oath or affirmation, and if the same is attached to any battalion or regiment of volunteers, the fact thereof shall be stated, and the said captain or commanding officer of any last mentioned troop or company, shall also furnish to the adjutant thereof, on or before the said third Monday of May, in every year, a roll of the same.  And the adjutant of every volunteer battalion or regiment, shall, on or before the said third Monday in May, in every year, deliver, or cause to be delivered to the proper brigade inspector, or where the troops or companies belong to the different brigades, to the brigade inspector of the brigade in which the election for field officers was originally held, a roll of the field and staff officers thereof.  And each of the officers failing to perform the duty required by this section, shall forfeit and pay the sum of twenty dollars; and the said officers shall have the like compensation as is given to officers of militia for similar services.

XXXVII. The several volunteer troops and companies in this commonwealth, shall meet at least three times in every year for training, one of which days shall be at the time and place, when the said troop or company is to be inspected by the brigade inspectors, and the other days of training, at such time and place as shall be determined on by a majority of the members of the said troops or companies, of which public notice shall be given, by the captain or commanding officer thereof, at least ten days before any such meeting.  But all volunteer troops or companies, not belonging to any regiment or battalion of volunteers shall be attached by the brigade inspector to the most convenient regiment of militia, and shall parade and train with the said regiment, or such battalion thereof as shall be directed by the commanding officer at the annual trainings, provided for by this act, and shall be under the orders of the commanding officer of the same, which day of training shall be accounted one of the three days required by this section.  All volunteer troops or companies belonging to any regiment or battalion of volunteers, shall not be obliged to parade or train with the militia.  And the officers, non-commissioned officers, musicians and privates of said troops or companies, shall incur the like fines for non-attendance, on said days of training, as is directed to be paid by the militia of this commonwealth.  And the members of the said troops and companies, or a majority of them, shall at their first meeting in every year, determine whether they will meet on any other days than those required by law, and how often, and when, and where.  And the said officers, non-commissioned officers, musicians and privates, shall incur such fines for non-attendance on any of the said days, as may be determined on by the by-laws of the troop or company, not being less than half the amount of fines for non-attendance on the days of training required by law.

XXXVIII. On every day of parade and training, directed and authorized by this act, for volunteer troops and companies, the rolls of the said troops

*Side notes:*
1822.

Rank of volunteer corps.

How rank of officers to be determined.

Roll of volunteer corps to be delivered annually to brigade inspector.

To be furnished with a roll of field and staff officers.

Penalty for neglect.

Volunteer troops and companies to meet three times a year for training.

When to attach to regiments.

Subject to like fines.

May meet on other days than those required by law.

Rolls to be called.

**334**                                    **MILITIA.**

1822.   and companies shall be called under the direction of the captain or com-
manding officer thereof, by the first or other sergeant, and all absentees
noted, and lists thereof kept, to be presented to the officers of the said
troops and companies, when acting as a court of appeal, as hereinafter
directed.   And all members of said troops or companies who shall leave
the ranks during the hours of parade without permission, or shall not be
properly uniformed and equipped, shall be considered and marked as ab-

Fines in-   sentees, and incur the like fines.   And the said sergeant shall, on or before
curred for   the first Monday in November, in each and every year, make out a complete
leaving   list of all absentees, on any of the appointed days of training, for the pre-
ranks.   ceding year, stating particularly, the days on which said member was marked
List of ab-   as an absentee, and being sworn or affirmed to the said list, shall deliver the
sentees to   same to the said officers acting as a court of appeal on the said first Mon-
be deliver-   day of November in every year.   And the captain or the commanding offi-
ed to court   cer shall give public notice to the members of his troop or company, of the
of appeal.   place where the said officers will  sit as a court of appeal; and on the day,
Notice of   and at the place aforesaid, the officers of every troop and company shall be
its sitting.   assembled and compose a court of appeal for their respective troops and
companies, and shall take the same oath or affirmation, and they or a ma-
jority of them, have the same authority, proceed in the same manner, and
remit fines for the same cause as is directed, given and prescribed in the
case of battalion courts of appeal for the militia.   But no fines shall be re-
mitted, or redress given by any other authority, at any other time or in any
other manner.   And as soon as the said courts shall have decided upon all
cases before them, they shall make out lists of the members of the said
May remit   troops, or companies, whose fines were not remitted, stating opposite the
fines in   name of each member, the amount of fines not remitted:  to be signed by
certain   the officers composing the said court, with a certificate attached thereto,
cases.   that they had been sworn or affirmed according to law, and shall deliver
A list of   the same to the captain or commanding officer of the said troop or com-
fines not   pany.   And the said captain or commanding officer shall, within ten days
remitted to   thereafter issue a warrant under his hand and seal in the following form:
be certifi-
ed.   "The commonwealth of Pennsylvania to A. B. greeting:

"Whereas the persons named in the list or schedule hereto annexed,
have incurred the amount of fines set opposite to their respective names as
members of the volunteer corps of (designating it by its proper title), as
absentees on the days appointed for training, which have not been remitted
Form of the   by the proper court of appeal.   This warrant therefore authorizes and re-
warrants.   quires you to demand and collect of each and every person named in the
said list or schedule, the sum set opposite to his name.   And in case of
neglect or refusal to pay the same, you are to levy and collect the same with
costs, of the goods and chattels of each and every such person by distress
and sale thereof, returning the overplus if any, to the owner.   Witness my
hand and seal this                    day of                      eighteen hundred
and

Captain."        { L. S. }

[or commanding officer of the
volunteer corps, naming it.]

And the said captain or commanding officer shall immediately deliver
the said warrant to a constable or other fit person to be executed, and who
To be de-   is hereby required, under the penalty of twenty dollars, to be recovered by
livered to a   the said captain for the use of the company, to execute the same, who shall
constable.   perform the same duties, have the same authority and compensation, be sub-
ject to the like penalties, and proceed in all respects, as is provided and
His duties.   directed by the twenty-sixth section of this act, only, that the said captain
or commanding officer, shall be in the place and situation of the brigade
inspector mentioned in  the said section, and shall have all the rights and

MILITIA.

335

powers therein given to the said brigade inspector; as well in proceeding against the said constable or other fit person in recovering the amount of fines collected by him as otherwise: *Provided however,* That every troop and company of volunteers may authorize courts of appeal to be held by any of its members, and at such time and times as may be fixed on by the by-laws thereof, and the fine and fines for non-attendance and neglect of duty, may be collected as often as shall be determined on by the said by-laws; and which courts of appeal shall be conducted, and the fines collected under the provisions of this section; and all fines collected from the members of any volunteer troop or company, shall be for the use of the said troop or company. And the captain or commanding officer of any troop of cavalry or company of artillery, when he has received from the collector any such fines, shall pay the same to the quarter master sergeant thereof. And the captains or commanding officers of any companies of infantry or riflemen, upon the receipt of any such fines, shall pay the same to the junior lieutenant or other person appointed by the company, to be appropriated and applied by them in defraying the necessary expenses of the said troops and companies under the direction of a majority of the commissioned officers thereof, and they shall render an account thereof to the said officers, under the penalty of fifty dollars at the first meeting of the troop or company in every year.

1822.

Appropria-tion of fines.

XXXIX. It shall be lawful for any member of a volunteer corps, to be at the same time an officer of the militia, with the consent of his company; nor shall the commission of any officer of a volunteer corps, be vacated by his election or appointment as a field or staff officer, of a battalion or regiment of volunteers; but he may continue to hold the same if requested by the company.

Members of volun-teer corps may be of-ficers of the militia. Commis-sions not vacated,

XL. The uniform and equipments for the militia officers of this commonwealth, shall be the same as that prescribed for the officers of the United States army; and it shall be the duty of the adjutant general to obtain a description thereof, and furnish each brigade inspector with a sufficient number of copies for himself, and each major and brigadier general, and each field officer and captain of volunteers and militia, the expense whereof shall be paid out of the state treasury. But the governor is hereby authorized to alter the dress for the company officers, so as to render the same less expensive, if he shall deem it proper and advisable; and which uniform so prescribed by him, shall be established for that class of officers, and descriptions thereof furnished to the brigade inspectors immediately, for the use of said officers; the expense of furnishing which to be paid in manner aforesaid. And every officer shall be armed and equipped at his own expense; and if any officer shall fail to uniform and equip himself within six months after his election or appointment, if he accepted of the office, he shall be liable to a fine of twenty dollars, to be recovered by the brigade inspector; and every officer so elected or appointed more than six months, shall appear on every day of parade uniformed and equipped as aforesaid.

&c. Uniform and equip-ments. Description thereof to be furnish-ed by adju-tant gene-ral. Governor may alter. Officers to be uni-formed and equipped at their own expense.

XLI. Volunteer troops and companies may uniform and equip in such military manner as they may think proper, conforming as nearly as may be to the same kind of force in the army of the United States; *Provided however,* That companies having a uniform dress, and acting as infantry, may be supplied with muskets and bayonets, cartridge boxes and belts, if there be sufficient, after supplying the companies properly uniformed and equipped, upon sufficient security being given therefor, in the manner hereinafter directed; but such company shall not be entitled to the sum allowed by the forty-sixth section, nor shall the members thereof be entitled to the exemption provided for in the forty-seventh section of this act.

How vo-lunteer troops and companies are to be uniformed.

XLII. Every artillery and infantry volunteer company, uniformed and equipped, and the officers thereof commissioned agreeably to this act, shall be entitled to the following arms, viz. To every such artillery company, the

Volunteer corps enti-tled to arms.

836

1822.

Artillery.

proper number of muskets and bayonets, cartridge boxes and belts, and if required, and they can be supplied out of the arsenals, twelve pikes, together with one piece of artillery of the proper calibre, with all the apparatus and equipments complete. And the governor is hereby authorized to cause to be issued to the first lawfully organized artillery company properly uniformed, in each brigade who have a field piece, the proper number of swords and belts in lieu of muskets, for the non-commissioned officers, musicians and privates thereof, upon the order of the proper brigade inspector.

Infantry.

And to every such infantry company, the proper number of muskets and bayonets, cartridge boxes and belts for the non-commissioned officers and

How to be drawn for.

privates of the same. And the proper brigade inspector shall make a requisition upon the adjutant general for the arms aforesaid, who shall give him an order therefor to the keeper of the nearest or most convenient arsenal;

Expense how paid.

and the said brigade inspector shall thereupon draw the said arms and deliver the same to the company aforesaid, and the expense thereof shall be defrayed out of the state treasury, to be paid to the said brigade inspector upon the settlement of his accounts.

Security to be given for return in good order of arms, &c.

XLIII. Before any arms and accoutrements are delivered to any volunteer company, sufficient security shall be given for the return and delivery of the same in good order and condition, upon the dissolution of the company or whenever lawfully required. And all volunteer companies that have already received arms or accoutrements shall give the like security; on failure whereof, it shall be the duty of the brigade inspector, and he is hereby required to take possession of the said arms, to be disposed of in the manner hereinafter directed; and it shall be the duty of every commanding officer of a company, to take duplicate receipts from the non-commissioned officers and privates of his company for the arms delivered to them respectively, one of which receipts shall be given to the brigade inspector to be filed in his office.

Duty of brigade inspector to collect arms, &c. and to furnish a list thereof to adjutant general.

XLIV. It shall be the duty of every brigade inspector, and he is hereby required to collect or cause to be collected from time to time, all military arms and other military property of this commonwealth, in the hands or possession of any person or persons not entitled by law to hold the same, for which he shall receive a reasonable compensation; and to furnish a list of the said arms and property when required by the adjutant general, as of all arms and public property in the possession of any volunteer company, who have not given the security required by this act, or are not lawfully entitled to the same; and the said adjutant general may order all such arms

Duty of adjutant general.

and public property to be conveyed at the expense of the state to the nearest arsenal; and the said adjutant general is hereby required to make such regulations relative to the amount and kind of security to be given for arms and accoutrements delivered to volunteer companies, as well as all such other regulations for the disposition, security, and preservation of the arms and military property of this commonwealth, as he may from time to time find necessary and proper to promote the public interest, and which the several brigade inspectors are hereby required to obey and carry into effect under the penalty prescribed in the fifty-second section of this act, besides being amenable to a court martial for neglect of duty.

Volunteers to keep their arms in good order at their own expense.

XLV. Every volunteer who may have received public arms and accoutrements, shall keep the same in good order and repair at his own expense. And if any volunteer shall loan his arms to any person whatever, except to a volunteer to parade or drill, or shall knowingly suffer any other person to use the same, except for drill or training, he shall be subject to a penalty of five dollars. And if any volunteer shall sell or dispose of his arms, or shall

Penalty for loaning or selling them in certain cases.

quit his company by removal out of the neighbourhood or otherwise, without delivering up the same in good order to his commanding officer, he shall forfeit and pay the sum of fifteen dollars, to be recovered by the said commanding officer, as debts of equal amount are recoverable; and for want of sufficient property to pay the same, he shall be committed to the

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page91 of 128

**MILITIA** **337**

jail of the county for fifteen days.  And if upon the death of any volunteer, his heirs, executors, or administrators, or any of them, shall neglect or refuse to deliver up to the commanding officer of the troop or company to which he belonged, any arms, accoutrements, or instruments of music, which he may have received, they shall forfeit and pay the aforesaid sum, to be recovered from any one of them, in the manner aforementioned.  And it shall be the duty of the proper brigade inspector, to pay the expense necessary, for the repairs of any field piece, and the apparatus, and equipments thereof, in the possession of any volunteer artillery company, or of any drums or other instruments of music, authorized to be furnished by law, to the volunteers or militia.

*1822.*

Arms to be delivered up in certain cases under penalty.

Brigade inspector to pay for repairs of field pieces, &c.

XLVI. [Repealed by 10 April, 1826, § 9.]

XLVII. Every person who shall have been uniformed and equipped agreeably to this act, and faithfully served as a member of any organized volunteer corps, for seven successive years, since the first of January eighteen hundred and eighteen, and shall produce a certificate of such service, from the captain or commanding officer of the corps in which he has so served, he shall for ever thereafter be exempted from militia duty, except in time of an invasion, insurrection, or actual war: *Provided,* The persons exempt from duty in pursuance of this section, shall be enrolled in the same manner as if they were not exempt: *Provided however,* That if the fact of such service shall be disputed, the certificates aforesaid shall be sworn or affirmed to by the officer giving the same, or proof of such service made in some other satisfactory manner.  And it shall be the duty of the captain or commanding officer of every troop or company of volunteers, to procure an orderly book, in which he shall cause to be entered the name and place of residence of every member thereof, and the time (being properly uniformed and equipped) he may have joined the troop or company ; and on every day of parade or training, when the roll is called, a record shall be kept in said book, of both those present and those absent ; and if any volunteer shall not have attended on at least three-fourths of the days of parade or training of his troop or company, for seven successive years, unless absent for some of the causes which would authorize him to be excused agreeably to this act, he shall not be considered as having faithfully served agreeably to the preceding part of this section.

Volunteers having served 7 years from 1st of Jan. 1818, to be exempt.

Officers commanding volunteers to procure orderly books, &c.

What a service for 7 successive years.

XLVIII. Every person who shall have been properly uniformed and equipped, and have faithfully served as a commissioned officer for seven successive years, in the volunteers or militia of this commonwealth, since the first day of January, eighteen hundred and eighteen, shall for ever thereafter be exempted from military duty, except in time of an invasion, insurrection, or actual war.

Officers, &c. serving 7 years, to be exempt.

XLIX. Each brigade inspector heretofore elected, or who may hereafter be elected in pursuance of this act, shall take an oath or affirmation, to perform his duties with fidelity, and transmit a certificate thereof to the adjutant general, and shall execute all orders relative to duty, received by him from the adjutant general.  He shall attend each regimental or battalion parade, and shall annually inspect the said regiments and battalions ; and shall also, once in every year, inspect each volunteer troop of cavalry, and company of artillery, infantry, and riflemen, within the bounds of the brigade.  But when any such troop of cavalry, or company of artillery, infantry or riflemen, shall be part of a regiment or battalion of volunteers, he may inspect the said troops and companies separately, or in battalion or regiment, as he may think proper.  And the said brigade inspector shall direct the time and place, when and where any such troop, company, battalion, or regiment, shall assemble to be inspected as aforesaid ; and shall give at least twenty days public notice thereof.  He shall annually furnish to the adjutant general, a detailed statement of the militia and volunteers within his brigade, at such time and in such manner, as the said adjutant general shall direct.  He shall keep a record of all alterations in the bounds of the brigade, regi-

Brigade inspector to be on oath.

His duties.

To appoint places of inspection. To furnish annually statements of the militia.

Keep a

**1822.**

record of the alterations of brigades, &c.

ments or battalions, or of the formation of any new one, and shall give information thereof to the adjutant general, and shall generally furnish him with information upon all subjects connected with military duty in his brigade, whenever required to do so; and shall also furnish like statements to the major general of the division, and brigadier general of the brigade, once in every year when required. The brigade inspectors shall transmit all returns of elections and appointments of officers under this act, as soon as practicable, to the secretary of the commonwealth, and shall distribute to the proper officers, all commissions received by them. They shall take charge of, and be answerable for all military articles which may be delivered to them. They shall make an annual return to the adjutant general, of all arms and other military property in their possession, and of the condition of the same, and of the arms and other military property, distributed in the brigade, in such form and manner as shall be directed by him. The said brigade inspectors shall sue for, and collect in the name of the commonwealth all fines, forfeitures, and other sums, for which no mode of collection is prescribed by this act, and recover the same as debts of equal amount are by law recoverable. They shall procure and purchase all the necessary colours, drums, fifes, trumpets and flags. They shall pay all expenses and sums of money directed to be paid in their several brigades, to the persons entitled by law to receive the same. They shall keep an accurate account of all monies received and expended by them. They shall account for all fines not remitted by the proper courts of appeal, or imposed by courts martial, and directed to be collected by them, and shall only be released from their accountability for any such fines, by producing a certificate of a board of field officers, to be signed by the president thereof, that it was impracticable to collect the same. They shall annually, in the month of January, settle with the auditor general, who is hereby required to settle and adjust their accounts, and shall pay into the state treasury, any surplus arising from fines and forfeitures, which may remain after payment of the sums and expenses, directed to be paid by them by this act, in their several brigades, first deducting five per cent. on the amount so to be paid into the state treasury. And on the removal or resignation of any brigade inspector, all the books, vouchers, papers, and public property, which may be in his possession, shall be delivered to his successor. And if any brigade inspector as aforesaid, shall fail to settle his accounts annually, with the auditor general, during the time prescribed, or shall neglect or fail to pay into the state treasury, the balance due upon such settlement, upon demand made by the state treasurer, and of which settlement the auditor general shall furnish the state treasurer with an account, or shall neglect or refuse to deliver over to his successor, the books, vouchers, papers, and public property, in his possession, on notice given to the auditor general thereof, the said auditor general, or the state treasurer, as the case may be, shall, and it is hereby made their duty respectively, to cause the bond given by the said brigade inspector and his sureties, lodged in the recorder's office of the county, to be sued out and recovered for the use of the commonwealth, as well as in all other cases of neglect of duty; but any such suit may be stayed, upon the said brigade inspector's performing the duties above required of him. And in the death of any brigade inspector, all the books, vouchers, papers, and public property, which he had in his possession, shall be delivered over to his successor, by the executors or administrators of such deceased brigade inspector, under the penalty of one thousand dollars, to be recovered from them, or either of them, by the said successor, in the name of the commonwealth, as debts of like amount are recoverable. And each brigade inspector shall annually receive as a full compensation for his services, including blanks and stationary, seventy-five dollars per regiment for the three first regiments, and fifty dollars per regiment for every additional regiment of militia and volunteers of his brigade, and for volunteer battalions in proportion, to be paid out of the state treasury.

*To furnish statements as to major and brigadier generals.*

*Transmit returns, &c.*

*To be answerable for all military articles, &c. and make return of arms, sue for and collect fines, &c.*

*Purchase colours, drums, &c.*

*Pay expenses, &c.*

*Account for moneys.*

*Annually to settle their accounts.*

*Books, &c. to be delivered to their successors.*

*On failure to settle accounts, &c. bond to be sued.*

*In the case of death, books, &c. to be delivered.*

*Compensation.*

L. It shall be the duty of each brigade inspector, at the time when he is annually required to settle his accounts, to exhibit to the auditor-general, a statement of the expenses incurred in his brigade, for the preceding year; which statement the said auditor-general is required to examine and adjust, making the allowances intended by the law; and if, upon the settlement of the accounts of the said brigade inspector, it shall be found that the fines and forfeitures have been insufficient to pay the said expenses so adjusted and allowed, *then the said auditor general shall draw his warrant on the state treasurer, for the amount of such deficiency, which the brigade inspector shall immediately thereafter pay to the officers or persons entitled to receive the same:*[1] *Provided however,* That the sums allowed to volunteer corps, by the forty-sixth section of this act, shall form no part of the expenses to be drawn from the state treasury in manner aforesaid.

*Brigade inspector to furnish a statement of expenses to auditor general.*

*Who to draw his warrant in case of deficiency.*

LI. If any brigade inspector shall neglect or fail to make the returns to the adjutant-general, or perform any other duty according to this act, it shall be the duty of the said adjutant-general to give notice thereof to the state treasurer, when the compensation of the said brigade inspector shall be forfeited from the time of such notice, until he performs his duty according to law; and he shall only be entitled to the same for the residue of the year; and the said brigade inspectors shall also be amenable to courts martial for neglect of duty, in the same manner as all other offences.

*Brigade inspector neglecting to perform his duty not to receive compensation.*

*Amenable to courts martial.*

LII. The discipline of the volunteers and militia of this commonwealth, shall be the same as that prescribed for the army of the United States; and it shall be the duty of the adjutant general, to select the best abridged system for the instruction and discipline of cavalry, artillery, infantry and riflemen, making such alterations as may be deemed necessary for the use of the militia and volunteers of this commonwealth, and shall submit the same to the governor, and if approved of by him, a sufficient number of copies to furnish each general and brigade inspector with a copy thereof, and each field officer and captain of a company, with a copy of the system applicable to his particular corps, shall be procured at the expense of the state, and transmitted to the several brigade inspectors, to be delivered to the said officers respectively, who shall receipt for and deliver the same to their successors in office, under the penalty of ten dollars, to be recovered by the person suing for the same.

*Discipline.*

*System, &c. to be selected by adjutant general.*

*Approved of by the governor.*

*Who shall receive copies.*

LIII. On each of the days of training authorized and required by law, the commanding officer of every troop of cavalry, may employ one trumpeter; the commanding officer of every rifle company, one bugler; and the commanding officer of every company of artillery, infantry and of militia, one drummer and one fifer, who shall be severally entitled to receive the sum of one dollar per day, for each of said days of training, to be paid by the proper brigade inspector, upon the certificate of the commanding officer of the troop or company.

*Music to be procured and paid.*

LIV. If any youth of the age of twelve years and not exceeding the age of twenty one years, shall, with the consent and approbation of his parents or guardians, attach himself to any company of volunteers or militia for the purpose of learning to beat the drum, play on the fife, blow the bugle or trumpet, provided the number shall not exceed one person for the drum and one for the fife, or one for the bugle in each company, and one for the trumpet in each troop of horse. Every such person or persons shall be put under the instruction of the drum and fife major, the bugler or trumpeter as the case may be, whose duty it shall be to teach such person or persons, in the best manner in his power. And as soon as such person or persons shall be able to perform field duty to the satisfaction of the commanding officer of the regiment, or of the volunteer troop or company, to which he is attached, he shall draw his warrant in favour of the drum or fife major, the bugler or trumpeter, who may have taught such person or

*Persons to be taught music.*

*When paid for.*

(1) The part in italic repealed by 29 Sep. 1843, § 1.

1822.

persons as aforesaid, for the sum of ten dollars for every person so taught, to be paid by the proper brigade inspector; and the person so taught shall be furnished with a suit of uniform, to be paid for out of the funds of the brigade; and the father of every youth who shall have been instructed as aforesaid, shall be exempted and excused from training in the militia, so long as his son being a minor, shall continue to perform the duties of a drummer, fifer, bugler or trumpeter in any militia or volunteer company.

*The father of every youth instructed, to be exempt.*

LV. The following articles, rules and regulations, shall be those by which the militia of this commonwealth shall be governed, including volunteers.

*Articles of regulation.*

ART. I. All officers now in commission, or who may be elected or appointed under this act, shall be subject to be tried and punished by a court martial, in the manner herein mentioned; and general courts martial, or courts of inquiry may be composed of officers of either volunteers or militia, at the discretion of the officers ordering the same.

*Officers may be tried by courts martial.*

ART. II. If any field, or other commissioned, or staff officer, when the regiment, battalion, troop or company to which he may belong, or in which he holds a command, shall be paraded, shall misbehave or demean himself in a manner unbecoming an officer, or shall on any such occasion neglect or refuse to obey the orders of his superior officer; he shall for every such offence be cashiered or punished by fine, at the discretion of a general court martial, as the case may require in any sum not exceeding fifty dollars. And if any non-commissioned officer or private, shall on any parade of the troop or company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be intoxicated, or shall disobey orders, or shall use any reproachful or abusive language to any of his officers, or shall quarrel, or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard by order of the commanding officer present, until the troop or company is dismissed, and shall be fined at the discretion of a regimental court martial, in any sum not exceeding twenty dollars, nor less than five.

*Punishment of commissioned officers.*

*Non-commissioned officer or private.*

ART. III. If any general officer, field officer or brigade inspector, shall neglect or refuse to assemble his command when required to do so by the competent authority, or at any time or times authorized and required by law, or if any such officer shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine not exceeding one hundred dollars, or either of them, at the discretion of a general court martial. And if any company officer shall neglect or refuse to assemble his command when required by law, or the competent authority, or if any such officer, or any staff officer of a general officer, or of any regiment or battalion, shall neglect or refuse to perform any duty when directed by the proper authority, or which is required by this act, he shall be cashiered and punished by a fine of thirty dollars, or either of them, at the discretion of the court martial; and any such court martial is further authorized to declare any officer cashiered, incapable of holding a commission in the militia or volunteers, for any term not exceeding seven years.

*Punishment of field officers for neglecting to assemble their commands.*

ART. IV. Every general court martial for the trial of offences against this act, and not assembled to try delinquents, for neglecting to perform tours of duty, shall consist of not less than five nor more than nine members, and of such rank as the case may require, and shall choose a president who shall be the senior officer, and not under the rank of a field officer. And every regimental court martial shall consist of three members, and shall choose a president who shall be the senior officer, and not under the rank of captain; and every court martial shall appoint a commissioned officer or other fit person to officiate as judge advocate. But no member of said courts shall be entitled to any pay or compensation, but the reasonable expenses incurred by the sitting of the said courts shall be paid by the proper brigade inspector.

*General courts martial.*

*Regimental courts martial.*

*Expenses of courts martial.*

MILITIA.                                                341

Art. V. In every court martial two-thirds of the members must agree in  1822.
every sentence, or the person charged be acquitted.                    ──────
                                                                      Two-thirds
Art. VI. The members of such courts martial shall take an oath or    necessary
affirmation, which the president is required to administer to them, that they  to con-
will decide and give judgment with impartiality ; and one of the members  demn.
so sworn or affirmed, shall swear or affirm the president in like manner ;  Members
and the president of the said court shall require all witnesses to be sworn  nesses to
or affirmed that the evidence they shall give shall be the truth, the whole  be on oath.
truth, and nothing but the truth ; to be administered by him or the judge
advocate.

Art. VII. Every court martial shall have power and authority to issue  Courts mar-
compulsory process against any persons, who shall neglect or refuse to  tial to issue
attend to give evidence in any case therein depending after being duly  compul-
summoned ; which precept, as well for summoning as for enforcing obe-  cess.
dience thereto, shall be signed by the president of the said court, and
executed by a proper person, to be appointed by him.

Art. VIII. No officer or other person charged with any offence, shall  Persons ar-
be suffered to do duty in the brigade, regiment, battalion, troop or company  no duty.
to which he shall belong, until he shall have had his trial by a court mar-
tial : and every person shall be tried as soon as a court martial can be con-
veniently assembled ; and every officer under arrest shall be furnished by  To be fur-
the adjutant general, brigade inspector, adjutant or other person, as the  nished with
case may require, with a copy of the charge or charges exhibited against  the
him, at least ten days before his trial, that he may have an opportunity to  charges.
prepare for his defence.

Art. IX. If any officer, non-commissioned officer or private shall think  Redress for
himself injured by his superior or commanding officer, and shall, on due  grievances.
application made to him, be refused redress, he may complain to the briga-
dier general, who may, if he thinks it proper, direct the brigade inspector
to summon a general court martial that justice may be done.

Art. X. No penalty shall be inflicted by a court martial for any offence  Punish-
committed by an officer, non-commissioned officer, or private, whilst acting  ment.
merely under the jurisdiction of this state, and not for neglect or refusal to
perform a tour of military duty in actual service, other than cashiering
rendering incapable of holding a commission, for any term not exceeding
seven years, and fining, or either of them.   And all fines imposed by any
such offences, shall be collected and paid into the hands of the proper
brigade inspector.

Art. XI. All persons charged with any offence, who may be tried and  Persons to
acquitted by a court martial, shall be notified thereof and immediately dis-  tice of ac-
charged from arrest.                                                 quittal of.

Art. XII. General courts martial may be ordered in the following man-  Manner of
ner, to wit : For the trial of a major general, by the governor of the com-  ordering
monwealth ; for the trial of a brigadier general, by the major general of  general
the division ; and for the trial of any colonel, brigade inspector, or other  courts.
commissioned officer of the brigade, by the proper brigadier general.
But in all cases where charges are preferred against an officer, the officer
authorized to order a general court martial, may, if he thinks proper, direct
a court of inquiry to examine and report the facts and circumstances ; and
if upon such report, the said officer shall deem a court martial necessary he
shall order the same ; and every court of inquiry shall consist of three  Courts of
members to be selected by the officer ordering the said court, who shall be  inquiry.
sworn or affirmed diligently to inquire into, and truly report the facts and
circumstances of the case referred to them ; and courts of inquiry may, in
like manner, be ordered by the proper officer, upon the request of any com-
missioned officer, and the junior officer shall act as recorder of every such
court of inquiry.

Regimental courts martial may be ordered by the colonel or commanding  Of regi-
officer of any regiment of volunteers or militia, or by the commanding  mental

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page96 of 128

1822.

courts martial.

officer of any battalion of volunteers, not part of a regiment; and the officers authorised to order courts martial, or courts of inquiry, may refuse to order the same if they think the complaint or circumstances of such a nature as not to require it.

Sentence to be approved of by the proper officer.

The sentence of every court martial must be approved of by the officer ordering the same, before it is carried into effect: and every said officer may disapprove of any such sentence, or, if having approved of the same, may remit the whole or any part thereof, and pardon the offender.

Proceedings of the court to be transmitted to brigade inspector.

ART. XIII. As soon as the sentence of any court martial shall be approved by the proper officer, the proceedings of such court, shall be transmitted to the proper brigade inspector, who shall thereupon issue a warrant under his hand and seal, for any fine or fines imposed by the said court martial, to be levied and collected in the same manner as is prescribed and directed for fines for non-attendance on days of training. But if the said court martial was for the trial of a brigade inspector, then the brigadier general shall issue his warrant to any person he may appoint for the amount of the fine imposed, to be levied and collected in manner aforesaid.

Militia, when subject to U. S. rules.

ART. XIV. The militia and volunteers of this state, while in the actual service of the state or of the United States, shall be subject to the same rules and regulations as the army of the United States.

Penalty for neglect of duty.

LVI.[1] Every officer or other person, who shall fail or neglect to perform any duty enjoined and required by this act, and for which no penalty is fixed, shall forfeit and pay the sum of twenty dollars, to be recovered by the proper brigade inspector, as directed in other cases.

Penalty for selling liquor on days of parade within prescribed limits.

LVII. It shall be unlawful for any person or persons, within half a mile of the limits, prescribed by any commanding officer, for the parade of his regiment, battalion, or company of volunteers or militia, to set up or have any booth, or stand, to dispose of any kind of liquor, or to dispose of the same by gift, sale, or in any manner whatever, without the consent of such commanding officer, except at stores or licensed inns. And if any person shall so set up or have any booth, or stand as aforesaid, the commanding officer is hereby authorized to cause the same to be prostrated and removed. And every person offending against the provisions of this section, shall further forfeit and pay the sum of twenty dollars, to any person who will sue for the same.

Commanding officer to fix limits.

LVIII. The commanding officer of any regiment, battalion, or company, when his command is on parade or duty, is hereby authorized to fix certain limits to his place of parade, not to include any public highway, within which no spectator or by-stander shall enter without permission from the said commanding officer: and if any person shall intrude therein, or if any spectator or by-stander shall abuse, molest, strike, or otherwise ill treat any officer, non-commissioned officer, or private, when on parade, or in the performance of military duty, every person so offending, may be put under guard for any time not exceeding six hours, and shall moreover forfeit and pay the sum of ten dollars, to be recovered by any commissioned officer who will sue for the same, as debts of like amount are by law recoverable.

Penalty for intruding within.

Punishment for concealing or fraudulently withholding public property.

LIX. If any person or persons shall have knowingly sold, bought, taken, exchanged, concealed, or otherwise fraudulently or unlawfully received, held, or detained, or shall unlawfully hold, or detain, or shall refuse to deliver up to the proper brigade inspector, any arms, accoutrements, colours, drums, or other military property, of this commonwealth, on any account or pretence whatsoever; the person so offending shall forfeit and pay for every such offence, treble the value of such property, to be recovered by the said brigade inspector in the name of the commonwealth of Pennsylvania, before any alderman or justice of the peace, of the proper city or county; and the amount so recovered shall be levied and collected of the

---

(1) For cases under this section.  2 S. & R. 75; 3 id. 169, n., 176, 590; 5 Whart. 1; 5 Am. Law Jour. 536; 4 S. & R. 83.

MILITIA.                                                    343

1822.

offender's goods and chattels, by distress and sale thereof, in the usual manner; but for want of sufficient goods and chattels, the offender shall be committed to the jail of the county, there to remain at the expense of the said county, for any term not exceeding one month, at the discretion of the alderman or justice, unless the amount recovered, with the costs, shall be sooner paid.

LX. When any doubts shall exist, as to the true construction of any part of this act, on a military subject, it shall be the duty of the adjutant general, to take to his assistance two general officers, and they or a majority of them, shall decide thereon; and which decision shall be conclusive as to the construction of the said act, and shall be recorded by the adjutant general in a book to be kept by him for that purpose; and a copy thereof certified by the adjutant general, shall always be legal evidence of the same. *The act to be construed by adjutant general and 2 general officers.*

LXI. As soon as any portion of the militia of this commonwealth shall be required for the service of this state, or of the United States, and upon notice thereof by the adjutant general to any brigade inspector, the said brigade inspector shall immediately order the major and captains, or commanding officers of companies, of every battalion of militia, to assemble at a time and place to be fixed on by him, within the bounds of every such battalion, for the purpose of having the enrolled militia in the said companies, justly and fairly classed; and shall further order the said captains, or commanding officers of companies to produce full and complete rolls of all the persons subject to militia duty, in their said companies, to be sworn or affirmed to by them respectively: And the colonel of the regiment shall attend the meeting aforesaid for the first battalion; and the lieutenant colonel the meeting aforesaid, for the second battalion; and the said officers being so assembled, with the rolls aforesaid, the men composing said companies, shall be divided into ten parts, and the name of each and every person enrolled in said companies, shall be written on a small slip of paper, and carefully rolled up; and then shall be deposited by companies, beginning with the first company, in a box to be procured for that purpose, and the senior officer then present, shall draw from the said box, the names therein contained; and a person to be appointed by the senior officers present shall take down the names as drawn out; and the persons first drawn, making one tenth of the said company, shall form the first class. And the persons next drawn, making one tenth of said company, shall compose the second class; and so on in the same manner, until all the names in the said box shall be drawn and classed. And as soon as the said drawing for all the companies, in manner aforesaid, shall be completed, two lists of the said companies, thus classed, shall be made out to be signed by the proper commanding officer of the company and countersigned by the senior officer of the regiment present; one of which lists of each company, shall be delivered to the proper brigade inspector, by the said senior officer, as soon after as possible: and the other list shall be kept by the commanding officer of the company. And the officers engaged in drawing and taking down the names as aforesaid shall be first severally sworn or affirmed to perform the duty required of them, with fairness, impartiality, and fidelity. And the men of the several companies shall be liable to perform tours of duty in the order in which they are classed, beginning with the first class, and proceeding in numerical order; but no class shall be called on to perform any second tour of duty, until every other class in the company shall have first performed a tour of duty; nor shall any militia-man or volunteer, who performed a tour of duty by himself or substitute, or paid an equivalent therefor, during the late war, be compelled to perform any tour of duty, until all who have not served in the late war, shall have performed a tour of duty, or paid an equivalent therefor. And if any officer shall fail promptly to obey the order of the brigade inspector, requiring his attendance, or in producing the rolls of his company, as aforesaid, he shall forfeit and pay the sum of three hundred dollars. And if any officer shall have acted unfairly, and *Proceedings when militia required for the U. S.* *Rolls to be made out.* *Companies to be divided into 10 parts.* *Formation of classes.* *Two lists of classes to be made out, &c.* *Officers classing to be on oath.* *How men liable to perform tours of duty.* *Penalty for disobedience of orders, fraudulent*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page98 of 128

**1822.**
*conduct in classing.*

fraudulently in classing the militia as aforesaid, he shall forfeit and pay the sum of one hundred dollars, to be recovered by the party aggrieved as debts of equal amount are or shall be by law recoverable: and his commission shall be vacated.   And it shall be the duty of the adjutant general,

*Duty of adjutant general, brigade inspector and other officers.*

under the direction of the governor, to prescribe the manner in which commissioned officers shall be selected and assigned to any portion of the militia, to be called into service, to be announced in general orders, paying due regard to the rank of such officers, and which the several brigade inspectors, and all other officers shall execute, observe and be governed by, under the penalties before mentioned.   And each of the said officers shall be entitled to one dollar per day, for his services in classing the militia as aforesaid.

*When the governor may call the militia into service.*

LXII. The militia of this commonwealth may be called into actual service by the governor thereof, in case of a rebellion, or of an actual or threatened invasion of this or any neighbouring state; but no part thereof shall be detained in service, at any one time, longer than three months, under the mere requisitions of the governor, without the direction or assent of the president of the United States.

*Detachments for the service of the U. S.*

Whenever any part of the militia of this commonwealth shall be required for public service, by the president of the United States, if no particular description of troops shall have been required, the governor shall detach the number of men demanded in such proportions of the several description of troops, as he may think proper.

*Of vacancies.*

The commanding officer of any detachment, when called into actual service, shall have the power of supplying all vacancies which may occur in his detachment, and the persons nominated by him shall be commissioned

*Of detaching of volunteers.*

by the governor.   Troops of cavalry and companies of artillery, infantry and riflemen, shall be detached at the discretion of the commander-in-chief. If either or any of them shall be necessary as a part of the force required for public service, those companies nearest the rendezvous, that may be specified, shall in each instance, be the first detached; but no company shall be called to perform a second tour, until every other company, in its proper brigade, shall have performed its tour of service, unless in the opinion of the commander-in-chief, the urgency of any particular case may require it.

*Time, manner, etc. of marching militia.*

The time, manner, and regulations necessary for marching militia called into actual service, to the place of general rendezvous, unless defined in this act, shall be prescribed and published in general orders, by the commander-in-chief of the militia of this state.

*Duty of the adjutant general on a call by the U. S.*

When the president of the United States shall have made a requisition of a part of the militia of this state, for public service, the adjutant general shall take the most prompt and efficacious measure, for detaching and supplying with all necessary arms, equipments, ammunition and provisions, the number of men required, and for having them marched to the place or

*Of major and brigadier general.*

places of rendezvous.   The general of division, or of brigade, to whom orders may be issued, shall take immediate measures, for having the number of militia required, called out and inspected by the proper brigade inspector: *Provided,* That volunteer troops and companies, shall be the first detached, and may be kept in service any time not exceeding six months.

*Of brigade inspector in similar calls.*

Whenever any portion of the militia of this state, shall have been ordered into actual service, under a requisition from the president of the United States, or otherwise, the proper brigade inspector shall notify the commissioned officers, whose tour of duty it may be to serve in the detachment

*Of captain or commanding officers.*

required, and all captains, or commanding officers of companies of the militia, within the bounds of such draft, whether required to serve in the detachment or otherwise, shall furnish to the proper brigade inspector, on or before the day appointed for inspection, an authenticated roll of the non-commissioned officers, musicians and privates, selected or drafted out

MILITIA. **315**

1822.

of his company, and it shall be the duty of the said captains, or command-
ing officers of companies to cause a written or printed notice to be served
upon or left at the usual place of residence of each and every officer, non-
commissioned officer, musician, and private, liable to serve, requiring every
such person to attend at a time and place, to be in the said notice specified,
and every such notice shall be served at least three days prior to the day
fixed for marching to the place of rendezvous, unless upon any sudden
emergency, when the said notice shall require immediate attendance for
service. The form of the notice for non-commissioned officers and pri-
vates, shall be as follows:

"Take notice that you are hereby required personally, or by a sufficient *Form of*
substitute, to appear properly armed and equipped for service, at     on *notice.*
the     day of     to march when required. Given under my
hand, &c.

A. B. captain or commanding officer."

The governor shall select such general officer or officers as the nature of *General of-*
each case shall require, to proceed to the place of rendezvous, and take the *ficers to be*
command of the troops called into actual service. The officer who shall *by the*
be selected for the chief command, shall immediately proceed to organize *governor.*
the detachment; whenever any detachment of the militia shall have been *Brigade in-*
called into actual service, it shall be the duty of the proper brigade inspec- *spector to*
tors, to organize within their respective brigades, the militia detached there- *organize.*
from, in such a manner as that the requisite number of company officers
for the militia detached, shall march therewith to the place of general
rendezvous.

The pay, rations and forage of the officers, non-commissioned officers *Pay and*
and privates of the volunteers and militia called into the service of the *rations.*
United States or of this state, shall commence two days prior to their
marching to the place or places of rendezvous, and each of the said officers,
non-commissioned officers and privates, shall receive pay, rations and forage
at the rate of sixteen miles per day, on their return home. For the service
of the horse of each officer and member of a troop of cavalry, there shall
be paid to the owner thereof, twenty-five cents per day; and for the service
of each horse used by a company of artillery, there shall be paid twenty-five
cents per day.

The governor of this commonwealth may, if he shall think proper, direct *Volunteers*
the cavalry, artillery, infantry or riflemen who may be called into actual *may be*
service, to be formed into battalions or regiments. *formed into battalions and regiments.*

Whenever any portion of the militia shall be ordered into actual service,
it shall be the duty of the governor, through the adjutant general, to notify *ments.*
the brigade inspector, from whose brigade any such detachment may be *When calls*
required, whether the call of militia so made, is by order or requisition *are made*
from the general government, or by the authority of the governor of this *tant gene-*
state, and also the time of service for which the said detachment may be *ral to give*
required. *notice to brigade*

When any part of the militia shall have been called into actual service, *inspector.*
the officer who may have the command of the detachment, about to march *Paymaster*
to the place of rendezvous, shall nominate to the proper brigade inspector, *and quarter*
one of his staff or subaltern officers to act as paymaster, and also a subal- *master.*
tern to act as quarter master for the detachment, until it shall have arrived
at the place of rendezvous, (if the detachment consist of but one company,
a sergeant thereof shall act as quarter master) to whom, if he shall approve
the choice, the brigade inspector shall advance such sum or sums as may
be necessary for the pay and subsistence of the troops upon their march,
taking duplicate receipts therefor from the pay master or quarter master,
which shall also be endorsed by the commanding officer of the detachment.
The officer so appointed pay master, or quarter master, shall keep exact *To keep*
accounts of the mode of expenditure, and when he shall have arrived at the *accounts.*
place of rendezvous, shall transmit a statement thereof to the proper brigade

23

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page100 of 128

346             MILITIA.

1822.    inspector, charging two and one half per centum for the services thus rendered; and if any balance remain in his hands, he shall pay it over to such person, or in such manner as the proper brigade inspector shall have instructed him.

How and by whom horses to be appraised.    The brigade inspector, and two reputable and disinterested citizens to be nominated by him, shall appraise the horse of each officer, who is entitled by the rules of war to keep a horse: and the horse of each member of a troop of cavalry, and each horse belonging to the artillery, immediately before every time of going into actual service, and enter such appraisement in a book; and in case such horse shall be killed or die in actual service, or be taken by the enemy, otherwise than by neglect of the owner; on his producing to the officers of the department of accounts, a certificate of the loss of said horse, signed by the commanding officer of the detachment to which he belonged whilst in actual service, together with a certificate of the valuation so as aforesaid directed to be made; he shall thereupon be paid the full amount of such appraisement, by an order to be drawn in the usual manner on the state treasurer, out of any money not otherwise appropriated.

If killed, &c. in service the owner shall be paid.

Pay and rations.    LXIII. The officers, non-commissioned officers and privates, when called into actual service, either on a requisition from the president of the United States, or under the orders of the governor of this state, shall receive the like pay and rations, and other emoluments as are or shall be allowed and granted by the said United States, to the officers, non-commisioned officers and privates of the regular army at the time they shall be in service, and the non-commissioned officers and privates shall be armed and equipped at the expense of the state, during said service.

Period of service for which to receive clothing.    Whenever the militia of this state shall be called into actual service for the term of three months or more, they shall severally receive one uniform coat, one pair of overalls, and one pair of shoes. When called for the term of one year, they shall severally receive a full suit of uniform, consisting of one cap or hat, one stock and clasp, one vest, one uniform coat, two shirts, one pair of woolen overalls, one pair of linen overalls, one pair of stockings, one pair of socks, one frock, and one pair of shoes; which articles of clothing shall be distributed by orders of the adjutant general when the several corps shall have arrived at their respective places of rendezvous.

The governor to draw for money, &c.    That in all cases of emergency where money may be wanted to organize, furnish or supply the militia of this commonwealth, who may be called into actual service, the governor is hereby authorized to draw his warrant on the state treasurer for the sum or sums of money, and to dispose of it in such manner as the exigency of the case may require.

Of substitutes.    LXIV. It shall and may be lawful for any person called to perform a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company in which he shall have offered to serve: *Provided always,* That if any substitute shall be called in his own turn, into actual service before the term expires, which he was to serve for his employer, then the person procuring such substitute shall march, or find a sufficient person to march in his said substitute's turn, or be liable to pay his fine for neglect; which fine is to be recovered as other fines for neglect of serving are by this act recoverable; and sons who are not subject to the militia law, may be admitted as substitutes for their fathers if approved of by the commanding officer of the company in which they shall be offered to serve.

Penalties for officers neglecting, &c.    LXV. If any commissioned officer of the militia, shall have neglected or refused to serve when called into actual service, in pursuance of any order or requisition of the president of the United States, he shall be liable to the penalties defined in the act of congress of the United States, passed on the twenty-eighth day of February, one thousand seven hundred and ninety-five, that is to say, each and every officer having so offended, shall

forfeit a sum not exceeding one year's pay nor less than one month's pay, | 1822.
to be determined and adjudged by a court martial, and shall moreover be
liable to be cashiered by sentence of a court martial, and to be incapaci-
tated from holding a commission in the militia for a term not exceeding
twelve months, at the discretion of the said court, or shall be liable to any
penalty prescribed by the acts of the congress of the United States now in
force, or that hereafter may be passed for the government of the militia
thereof.

Each and every non-commissioned officer, *musician* and private of the  Non-com-
militia, who shall have neglected or refused to serve, when called into ac-  missioned
tual service in pursuance of an order or requisition of the president of the  officers and
United States, shall be liable to the penalties defined in said acts of con-  privates.
gress, or any acts that may be hereafter passed.

Within one month after the expiration of the time for which any de-  When and
tachment of the militia shall have been called into the service of the United  by whom
States, *or after such detachment shall have been discharged by the proper*  general
*authority,* the proper brigade inspector shall summon a general court mar-  tial to be
tial for the trial of such person or persons belonging to the detachment  summoned.
called out, who shall have refused or neglected to march therewith, or to
furnish a sufficient substitute, of which delinquents, the proper brigade in-
spector shall furnish to the said court martial an accurate list. And as  To whom
soon as the said court martial shall have decided in each of the cases which  lists of de-
shall have been submitted to their consideration, the president thereof shall  linquents
furnish to the *proper brigade inspector, and also to the accountant depart-*  fined to be
*ment,* a list of the delinquents fined, in order that the further proceedings  furnished.
directed to be had thereon, by the laws of this state or of the United
States, may be completed.

LXVI. Each and every commissioned officer, who shall have neglected  Penalty re-
to perform his tour of duty, when called into the service of this state, by  fusing to
the governor thereof, shall pay a fine of thirty dollars for each and every  perform
month which he was called on to serve, and every private and non-com-  military
missioned officer who shall so neglect, shall pay the sum of sixteen dollars,  duty on
for every month which he shall have been called on to serve: and it shall  call of the
be the duty of the proper brigade inspector, immediately after the march-  governor.
ing of any detachment, in the service of the state, to order a court martial,  Courts
to consist of not less than five commissioned officers of the brigade, one of  martial
whom shall be a field officer, to meet at a time and place to be fixed on by  may be
the said brigade inspector; and of which public notice shall be given.  ordered.
And the court martial being assembled, shall be sworn or affirmed, to hear  Members
and determine all cases that may be submitted to them with justice and  to be on
impartiality and according to law:   And the said court shall be organized  oath.
as courts martial in the United States' service.   And the said brigade in-  How or-
spector shall furnish to the said court a list of all persons who neglected to  ganized.
perform their tour of duty in the state service, according to law.   And the  gade in-
said court martial shall decide upon all cases brought before it, and having  spector.
so decided the said court shall make out two lists of all such delinquents
whose fines were not remitted, to be signed by the president of the said
court, with a certificate, that the members of the said court were sworn
and affirmed according to law: One of which lists shall be transmitted to  List of de-
the auditor-general, and the other delivered to the said brigade inspector;  linquents
and the said brigade inspector shall, thereupon, issue one or more war-  to be made
rants, under his hand and seal for the collection of the said fines, to a  out, &c.
constable or other fit person, which fines shall be collected and recovered,  Proceed-
and all proceedings had on the said warrant or warrants in the same man-  ings for
ner in all respects as is prescribed and directed in the case of fines for non-  collecting
attendance on days of training.   But if any person or persons against  fines.
whom any such warrant shall issue as aforesaid, shall not have sufficient
goods and chattels to pay and satisfy the amount of the fine incurred;
every such person for want of the same, shall be committed to the jail of

**1822.**

*Additional punishment where officers refuse to perform, &c.*

*Pay of.*

the proper county, for the term of twenty days for every month he was called on to serve in the militia, unless the said fines and costs are sooner paid, there to be supported by the said county. And every commissioned officer, who shall neglect or refuse to perform his tour of duty, when called into the service of this state, shall, in addition to the fine prescribed by this section, be cashiered and rendered incapable of holding a commission for any term not exceeding seven years, at the discretion of the court martial. And each member of the court martial, and the judge advocate, shall be entitled to one dollar per day, for every day necessarily employed on said court.

*Pay-masters to be appointed by the governor.*

LXVII. Whenever the militia of this commonwealth shall be ordered into the service of the state, it shall be the duty of the governor to appoint one or more pay masters, who shall, before he enters upon the duties of his appointment, give bonds to the governor with sufficient sureties in such amount as the governor shall think proper and necessary, conditioned for the faithful disposition of all money placed in his hands, and for the true performance of his duty. And every said paymaster shall receive from the state treasury, upon warrants to be drawn by the governor, such sums as will be necessary to pay the militia in the service of the state; and he shall attend at the camp of the said militia, before they are discharged, if practicable to pay them. And it shall be the duty of the several commanding officers of regiments, battalions, detachments, or companies in service, to furnish the pay-master with complete rolls, duly certified, of all officers, non-commissioned officers, musicians, and privates, stating the time they have respectively served, and for which they are entitled to pay, in order to make payment to them; and the said rolls shall be countersigned by the commanding officer.

*Duties.*

*To be furnished with complete rolls, &c.*

*Penalty on persons who shall persuade to desertion, &c.*

LXVIII. If any male person shall attempt to persuade any non-commissioned officer or private, when called into actual service, to desert, or shall attempt in any manner whatever, to dissuade or hinder any officer, non-commissioned officer or private, from marching with his proper detachment, when called into actual service; every person so offending, shall forfeit and pay the sum of one hundred dollars, to be sued for in the name of the commonwealth of Pennsylvania; to be recovered as debts of equal amount are by law recoverable by the proper brigade inspector, to be accounted for by him, in the settlement of his accounts. But for want of sufficient property to pay the same, such offender shall be committed to the jail of the proper county, there to remain for the term of thirty days, unless the said sum, with costs, shall be sooner paid.

*How recovered.*

*No judge, &c. to interfere with decisions.*

LXIX. No *certiorari* or other writ, shall in any case issue from any court of law in this commonwealth, to remove any proceedings that shall be had in any court of appeal, or court martial, held under, and by virtue of the laws of this commonwealth, or under and by virtue of any law of the United States; and no court of law of this commonwealth or alderman or justice of the peace within the same, shall in any case hear or determine, or in any matter, take cognizance of appeals that may be offered or attempted from any sentence or decree, passed or made by any such court of appeal, or court martial; any law, usage or practice, or any construction of any clause of this act to the contrary in any wise notwithstanding. And if any justice of the peace, alderman, or judge of any of the courts of this commonwealth, shall issue, or cause to be issued, any writ or process, with a view to, or shall re-hear, examine, or obstruct the decision of any court of appeal, or court martial; any and every such justice of the peace, alderman, or judge, so having offended, shall be deemed, and held to be guilty of a misdemeanor in office; *Provided,* That nothing herein contained shall impair or affect the provisions of an act for the better securing personal liberty and preventing wrongful imprisonments, passed the eighteenth of February, one thousand seven hundred and eighty-five.

*Penalty.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page103 of 128

All suits that may be brought against any person or persons, for any **1822.** thing done in pursuance of this act, shall be commenced and tried in the How, &c. county where the cause of action shall have arisen, and not elsewhere; and suits to be the defendant or defendants, may plead the general issue, and give this act, tried. and the special matter in evidence ; and if the jury shall find for the defendant or defendants, or if the plaintiff or plaintiffs shall be non-suited, or shall discontinue his or their action or actions, after the defendant or defendants shall have appeared, or if upon demurrer, judgment shall be given against the plaintiff or plaintiffs, the defendant or defendants, shall have treble costs,[1] and shall have the like remedy for the same, as any defendant or defendants hath or have in other cases, to recover costs by law, and the proceedings of courts of appeal and courts martial, shall, in no case what- Proceed-ever, be set aside or declared void by any judge or court of law, on the ings not to ground of informality, in such proceedings ; and every judge who shall be set aside declare any such proceedings void, on the grounds before mentioned, shall for infor-be deemed guilty of a misdemeanor in office : *Provided,* Such courts of mality. appeal, or courts martial, shall be constituted under the authority of the United States, or of this state.  And it shall be the duty of the prosecuting attorney of the commonwealth, in the county in which any suit may be brought against an officer, for any thing done in pursuance of this act, to appear to, and defend the said suit on behalf of the commonwealth.

LXX. No civil process shall be served upon any officer, non-commis- Officers, sioned officer or private, when going to, whilst attending at, or when re- &c. when turning from any parade, for disciplining any part of the volunteers or exempt militia. from pro-cess and execution.

No execution or other process shall issue against any officer, non-commissioned officer, or private of the militia, when called into actual service, under a requisition from the president of the United States, or in pursuance of the orders of the governor of this commonwealth : nor shall any such process issue against him, until thirty days after he shall have returned from duty, to his usual place of residence, or until forty days after he shall have been discharged ; and the court, alderman, or justice of the peace, from which or from whom any such process shall have issued, shall quash the same, as soon as the fact of any such person being ordered on public duty, shall have been proven, and all the costs which shall have accrued in commencing or conducting any such process, shall be paid by the person or persons, who shall have applied for the said execution or other process.

The uniform, arms, and accoutrements of every volunteer or any person enrolled in the militia of this commonwealth, and the horse furniture of every person entitled to use a horse in the militia or volunteers of this state, shall be exempt from all suits, distress, executions, or sales for debt, or for the payment of taxes.

LXXI. If any person subject to be enrolled as is provided for in the Exempt. ninth section of this act, shall, on or before the first day of April, in any year, pay to the county treasurer for the use of the commonwealth, the sum of two dollars, and produce a receipt therefor, to the captain or commanding officer of the company to which he belongs, on or before the day of company training, but not otherwise, such captain or commanding officer, shall set down in his roll, such person as exempt from military duty for one year, from said first day of April, and shall in his return to the proper court of appeal, designate such person as exempt from duty, and said court of appeal shall return each exempt as such to the brigade inspector ; who shall transmit the same to the auditor general : *Provided,* That nothing in this act contained, shall exempt such person from being enrolled as a militia man, or from being called into actual service in time of war, as others who are not exempted as herein provided : *Provided also,* That the

---

(1) The costs are to be trebled, and not counted according to the English rule.  2 Rawle, 201.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page104 of 128

350                                         MILITIA.

**1822.**

**Form of receipt.**

person so exempted shall not be entitled to vote at any election for military officers during the time he shall be so exempted. And said receipt shall be in the following form, to wit: " _____ has paid me two dollars for the use of the commonwealth, and is exempt from military duty for one year, _____ Treasurer of _____ county." And the treasurer of the county, shall account

**Treasurer to account.**

for the monies received in pursuance of this section, at the same time, in the same manner, and under the same penalty as he shall account for monies received from tavern licenses, and shall be entitled to the same commission.

**Brigade inspector to take charge of the state arsenals.**

LXXII. It shall be the duty of the brigade inspectors to take charge of the state arsenals or depot of arms and military stores, the property of this commonwealth, established within their respective brigades; and the brigade inspectors who shall have charge of the arsenals at Philadelphia, Harrisburg, and Meadville, shall each receive the sum of one hundred dollars, in addition to their other compensation allowed by this act, and their duties shall be the same as that directed to be performed by the fourth section of the act, entitled " An act to provide for the erection of two arsenals," so much of the said act as provides for the appointment and compensation of state armourers, being repealed.

**Additional compensation.**

**Repeal.**

**Duty of the adjutant general to visit the arsenals.**

LXXIII. It shall be the duty of the adjutant general, as soon after the passage of this act, as conveniently may be, and as much oftener as he may deem it advisable, to visit the arsenals[1] of this commonwealth, and examine and inspect the arms and public property therein deposited; and he shall establish such regulations for the preservation and safe keeping of the same, as he may find necessary and proper; and which the brigade inspectors having the same in charge, are hereby required to strictly observe and attend to, under the same penalty as in other cases for neglect of duty; and the said adjutant general in his annual report to the legislature shall return the state and condition of the said arms and public property, and shall make such other representations as he may deem necessary for the information of the legislature. And the said adjutant general shall receive as a compensation, in addition to his annual salary for his services and expenses in performing the duty herein required for the ensuing year, two hundred and fifty dollars, to be paid out of the state treasury.

**To make report to the legislature.**

**Compensation.**

LXXIV., LXXV., LXXVI., LXXVII., LXXVIII. [Are temporary, except the part of the 75th section which is retained.]

**Adjutant general to designate the kind of arms to be received from the U. States.**

LXXV. And it shall be the duty of the adjutant general, under the direction of the governor, to designate and receive such kind of arms from the United States, as shall be deemed necessary and proper for the military service of the commonwealth, and cause the same to be deposited in the most convenient arsenals, to be disposed of agreeably to the provisions of this act.

**Officers to deliver to their successors, records, &c.**

LXXIX. All officers of the volunteers or militia elected or appointed under any former law, or who may hereafter be elected or appointed, or in case of their death, their executors and administrators are hereby required under the penalty of one hundred dollars, to deliver over to the successors of such officers, all books, records, documents and papers in anywise appertaining to their said offices; which penalty shall be recovered for the use and in the name of the commonwealth of Pennsylvania, by any person who may sue for the same: *Provided, however*, That the provisions and penalties contained in the twelfth and fiftieth sections of this act, relative to adjutant general and brigade inspectors, shall not be altered, affected or impaired hereby.

LXXX. [Obsolete.]

LXXXI. and LXXXII. [Repeal former laws.]

Passed 2d April, 1822.—7 Sm. L. p. 607.

_____

(1) The Meadville arsenal once in three years.   14 April, 1827, § 6; 9 Sm. 398.

116          FIFTY-SECOND CONGRESS. Sess. I. Chs. 158, 159. 1892.

submitting plan and estimate for its improvement; and the Chief of Engineers shall submit to the Secretary of War the reports of the local and division engineers, with his views thereon and his opinion of the public necessity or convenience to be subserved by the proposed improvement; and all such reports of preliminary examinations with such recommendations as he may see proper to make, shall be transmitted by the Secretary of War to the House of Representatives, and are hereby ordered to be printed when so made.

*Reports to be sent to House of Representatives and printed.*

*Appropriation for examinations, etc.*

Sec. 8. For preliminary examinations, contingencies, expenses connected with inspection of bridges, the service of notice required in such cases, the examination of bridge sites and reports thereon, and for incidental repairs for which there is no special appropriation for rivers and harbors, one hundred and twenty-five thousand dollars: *Provided,* That no preliminary examination, survey, project, or estimate for new works other than those designated in this act shall be made: *And provided further,* That after the regular or formal report on any examination, survey, project, or work under way or proposed is submitted, no supplemental or additional report or estimate, for the same fiscal year, shall be made unless ordered by a resolution of Congress. The Government shall not be deemed to have entered upon any project for the improvement of any water way or harbor mentioned in this act until funds for the commencement of the proposed work shall have been actually appropriated by law.

*Provisos. No survey, etc., unless provided for.*

*No supplemental reports, etc., to be made.*

*No project authorized until appropriation made.*

Approved, July 13, 1892.

---

*July 13, 1892.*

**CHAP. 159.**—An Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it shall not be lawful for any person or persons within the District of Columbia, to have concealed about their person any deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles.

*District of Columbia.*

*Carrying concealed weapons forbidden.*

*Openly carrying weapons with unlawful intent forbidden.*

Sec. 2. That it shall not be lawful for any person or persons within the District of Columbia to carry openly any such weapons as hereinbefore described with intent to unlawfully use the same, and any person or persons violating either of these sections shall be deemed guilty of a misdemeanor, and upon conviction thereof shall, for the first offense, forfeit and pay a fine or penalty of not less than fifty dollars nor more than five hundred dollars, of which one half shall be paid to any one giving information leading to such conviction, or be imprisoned in the jail of the District of Columbia not exceeding six months, or both such fine and imprisonment, in the discretion of the court: *Provided,* That the officers, non-commissioned officers, and privates of the United States Army, Navy, or Marine Corps, or of any regularly organized Militia Company, police officers, officers guarding prisoners, officials of the United States or the District of Columbia engaged in the execution of the laws for the protection of persons or property, when any of such persons are on duty, shall not be liable for carrying necessary arms for use in performance of their duty: *Provided, further,* that nothing contained in the first or second sections of this act shall be so construed as to prevent any person from keeping or carrying about his place of business, dwelling house, or premises any such dangerous or deadly weapons, or from carrying the same from place of purchase to his dwelling house or place of business or from his dwelling house or place of business to any place where repairing is done, to have the same repaired, and back again: *Provided further,* That nothing contained in the first or second sections of this act shall be so construed as to apply to any person who shall have been granted a written permit to carry such weapon or weapons by any judge of the police court of the District

*Punishment, first offense.*

*Provisos. Exceptions.*

*Lawful use of weapons.*

*Permits.*

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page106 of 128

of Columbia, and authority is hereby given to any such judge to grant such permit for a period of not more than one month at any one time, upon satisfactory proof to him of the necessity for the granting thereof; and further, upon the filing with such judge of a bond, with sureties to be approved by said judge, by the applicant for such permit, conditioned to the United States in such penal sum as said judge shall require for the keeping of the peace, save in the case of necessary self-defense by such applicant during the continuance of said permit, which bond shall be put in suit by the United States for its benefit upon any breach of such condition.

Sec. 3. That for the second violation of the provisions of either of the preceding sections the person or persons offending shall be proceeded against by indictment in the supreme court of the District of Columbia, and upon conviction thereof shall be imprisoned in the penitentiary for not more than three years. <span style="float:right">Punishment, second offense.</span>

Sec. 4. That all such weapons as hereinbefore described which may be taken from any person offending against any of the provisions of this act shall, upon conviction of such person, be disposed of as may be ordered by the judge trying the case, and the record shall show any and all such orders relating thereto as a part of the judgment in the case. <span style="float:right">Disposition of weapons taken from offenders.</span>

Sec. 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. No person shall engage in or conduct the business of selling, bartering, hiring, lending, or giving any weapon or weapons of the kind hereinbefore named without having previously obtained from the Commissioners of the District of Columbia a special license authorizing the conduct of such business by such person, and the said Commissioners are hereby authorized to grant such license, without fee therefor, upon the filing with them by the applicant therefor of a bond with sureties to be by them approved, conditioned in such penal sum as they shall fix to the United States for the compliance by said applicant with all the provisions of this section; and upon any breach or breaches of said condition said bond shall be put in suit by said United States for its benefit, and said Commissioners may revoke said license. Any person engaging in said business without having previously obtained said special license shall be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine of not less than one hundred dollars nor more than five hundred dollars, of which one half shall be paid to the informer, if any, whose information shall lead to the conviction of the person paying said fine. All persons whose business it is to sell barter, hire, lend or give any such weapon or weapons shall be and they hereby, are, required to keep a written register of the name and residence of every purchaser, barterer, hirer, borrower, or donee of any such weapon or weapons, which register shall be subject to the inspection of the major and superintendent of Metropolitan Police of the District of Columbia, and further to make a weekly report, under oath to said major, and superintendent of all such sales, barterings, hirings, lendings or gifts. And one half of every fine imposed under this section shall be paid to the informer, if any, whose information shall have led to the conviction of the person paying said fine. Any police officer failing to arrest any person guilty in his sight or presence and knowledge of any violation of any section of this act shall be fined not less than fifty nor more than five hundred dollars <span style="float:right">Punishment for sale of weapons to minors.<br>Special license for dealers in weapons.<br>Penalty for dealing without license.<br>Register of sales, etc.<br>Half of fine to informer.<br>Penalty for failure to arrest by officers.</span>

Sec 6. That all acts or parts of acts inconsistent with the provisions of this act be, and the same hereby are, repealed. <span style="float:right">Repeal.</span>

Approved, July 13, 1892.

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page107 of 128

118   FIFTY-SECOND CONGRESS. Sess. I. Ch. 160. 1892.

July 13, 1892.

**CHAP. 160.**—An act authorizing The Aransas Harbor Terminal Railway Company to construct a bridge across the Corpus Christi Channel, known as the Morris and Cummings Ship Channel, in Aransas County, Texas.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That The Aransas Harbor Terminal Railway Company, a corporation chartered under the laws of the State of Texas, is hereby authorized and empowered to erect, construct, maintain, and operate a bridge over and across the Corpus Christi Channel, known as the Morris and Cummings Ship Channel, in Aransas County, Texas. Said bridge shall be constructed to provide for the passage of railway trains on and over a double or single track as said Aransas Harbor Terminal Railway Company may elect.

*Aransas Harbor and Terminal Railway Company may bridge Corpus Christi Channel, Tex.*

*Railway bridge.*

*Draw.*

SEC. 2. That said bridge shall be constructed with a draw or turn of sufficient capacity to afford free passage to such vessels and boats as navigate said channel: *Provided,* That said bridge shall be opened promptly upon reasonable signal for the passage of boats and other water craft, except when trains are passing over the draw or turn; but in no case shall unnecessary delay occur in opening the draw or turn after the passage of trains or at any other time; and the said Aransas Harbor Terminal Railway Company shall maintain at its own expense, from sunset to sunrise, such lights or other signals on said bridge as the United States Light-House Board shall prescribe. And no bridge shall be erected and maintained under the authority of this act which shall at any time substantially or materially obstruct the free navigation of said channel; and if any bridge erected under such authority shall, in the opinion of the Secretary of War, obstruct such navigation, he is hereby authorized to cause such change or alteration of such bridge to be made as will effectually obviate such obstruction, and all such alterations shall be made and all such obstructions be removed at the expense of the owner of said bridge. And in case of any obstruction, or alleged obstruction, to the navigation of said channel, caused, or alleged to be caused, by said bridge, the case may be brought in the circuit court of the United States in which any portion of said obstruction or bridge may be located: *Provided further,* That nothing in this act shall be so construed as to repeal or modify any of the provisions of law now existing in reference to the protection of navigation of rivers, or to exempt this bridge from the operations of the same. That all railroad companies desiring the use of any bridge constructed under this act shall have and be entitled to equal rights and privileges relative to the passage of railway trains or cars over the same and over the approaches thereto upon payment of a reasonable compensation for such use; and in case the owner or owners of said bridge, and the several railroad companies, or any one of them desiring such use, shall fail to agree upon the sum or sums to be paid, and upon rules and conditions to which each shall conform in using said bridge, all matters at issue between them shall be decided by the Secretary of War upon a hearing of the allegations and proofs of the parties.

*Provisos.*
*Opening draw.*

*Lights, etc.*

*Unobstructed navigation.*

*Litigation.*

*Existing laws not affected.*

*Use by other companies.*

*Terms.*

SEC. 3. That any bridge authorized to be constructed under this act shall be located and built under and subject to such regulations for the security of said channel as the Secretary of War shall prescribe; and to secure that object, the said corporation shall, at least two months previous to the commencement of the construction of said bridge, submit to the Secretary of War, for his examination and approval, a design and drawing of the bridge and a map of the location, giving such information as may be necessary to enable the Secretary of War to judge of the proper location of said bridge, and shall furnish such information as may be required for a full and satisfactory understanding of the subject; and until such plan and location of the bridge are approved by the Secretary of War, the bridge shall not be built; and should any change be made in the plan of said bridge during the progress of construction or after completion such change shall be subject to the approval of the Secretary of War.

*Secretary of War to approve plans, etc.*

*Changes.*

New York (City

# ORDINANCES

OF THE

## Mayor, Aldermen and Commonalty

OF THE

# CITY OF NEW YORK,

IN FORCE JANUARY 1, 1881;

REVISED BY

ELLIOTT F. SHEPARD AND EBENEZER B. SHAFER,

COMMISSIONERS APPOINTED FOR THAT PURPOSE.

ADOPTED BY THE COMMON COUNCIL, AND PUBLISHED BY THEIR AUTHORITY.

NEW YORK:

MARTIN B. BROWN, PRINTER AND STATIONER,
Nos. 49 AND 51 PARK PLACE.

1881.

Generated on 2022-08-05 16:17 GMT / https://hdl.handle.net/2027/njp.32101067734473
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
PRINCETON UNIVERSITY

214        MISCELLANEOUS ORDINANCES.

Surplus

SEC. 260. The surplus money, if any, arising from any such sale, after deducting the amount of the loan, the interest then due on the same, and the expenses of the advertisement and sale, shall be paid over by the pawnbroker, loanbroker, or keeper of a loan office, to the person who would be entitled to redeem the pledge in case no such sale had taken place.

Regulations

SEC. 261. No pawnbroker, loanbroker or keeper of a loan office shall make any loan on the separate or divided part or parts of any one article or thing, and which article or thing shall have been offered entire or collectively to him or her by way of pawn or pledge.

Ibid.

SEC. 262. No pawnbroker, loanbroker, or keeper of a loan office, shall, under any pretense whatever, purchase or buy any second-hand furniture, metals or clothes, or any other article or thing whatever, offered to him or her as a pawn or pledge.

Penalties.

SEC. 263. Every pawnbroker, loanbroker, or keeper of a loan office, who shall violate or neglect or refuse to comply with any or either of the provisions of sections of this article shall, for every such offense, forfeit and pay the sum of one hundred dollars.

## ARTICLE XXVII.

### Carrying of Pistols.

Concealed weapons.

SEC. 264. Every person, except judges of the federal, state and city courts, and officers of the general, state and municipal governments, authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his

Generated on 2022-08-05 16:16 GMT  /  https://hdl.handle.net/2027/njp.32101067733473
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
PRINCETON UNIVERSITY

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page110 of 128

MISCELLANEOUS ORDINANCES.            215

possession within the city of New York a pistol of any
description concealed on his person, or not carried
openly, shall be deemed guilty of a misdemeanor, and
shall be punished, on conviction, by a fine not exceed-
ing ten dollars, or, in default of payment of such fine,
by imprisonment not exceeding ten days.

SEC. 265. Any person, except as provided in this Permits to carry pistols
article, who has occasion to carry a pistol for his pro-
tection, may apply to the officer in command at the
station-house of the precinct where he resides, and such
officer, if satisfied that the applicant is a proper and
law-abiding person, shall give said person a recom-
mendation to the superintendent of police, or the
inspector in command at the central office in the
absence of the superintendent, who shall issue a per-
mit to the said person, allowing him to carry a pistol
of any description. Any non-resident who does busi-
ness in the city of New York, and has occasion to carry
a pistol while in said city, must make application for
permission to do so to the officer in command of the
station-house of the police precinct in which he so
does business, in the same manner as is required by
residents of said city, and shall be subject to the same
conditions and restrictions.

SEC. 266. If, at the time of the arrest, a pistol of any Complaint for carrying concealed weapons.
description shall be found concealed on the person of,
or not carried openly by any one arrested, the officer
making the arrest shall state such fact to the police
magistrate before whom the prisoner is brought, and
shall make a separate complaint against such prisoner
for violation of the provisions of this article.

Digitized by Google

Original from
PRINCETON UNIVERSITY

Generated on 2022-08-05 16:16 GMT / https://hdl.handle.net/2027/njp.32101067733473
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

JA435

216          MISCELLANEOUS ORDINANCES.

Revocation
of permis-
sion to carry
pistols.

SEC. 267. The commissioners of police of the police
department of the city of New York are hereby author-
ized and empowered, for reasons appearing to be
satisfactory to them, by a vote of a majority of a
quorum of said commissioners on ayes and noes, to
annul or revoke any permission given under this article.
All persons to whom such permission shall be given are
hereby declared to be individually responsible for their
own acts, or the consequences that may arise from the
use of pistols carried under the permission to be
obtained as provided in this article.

## ARTICLE XXVIII.

### Snow-ploughs and Sweeping-machines by Railroad Com-
panies and others in the City of New York.

Snow-
ploughs.

Sweeping-
machines.

SEC. 268. It shall not be lawful for any or either of
the street or horse-car railroads or stage companies,
proprietors or corporations, within the limits of the
city of New York, or their officers, agents or servants,
to cause or allow any snow-plough, sweeping-machine
or other similar instrument to pass over the tracks or
lines occupied or used by them within the said limits,
unless by the express permission in that behalf to be
granted to them by the mayor.

Fines.

SEC. 269. Any of the said companies, proprietors or
corporations who shall violate the provisions of the
above section, shall be punished by a fine not exceed-
ing one hundred dollars for each offense, and the offi-
cers, agents or servants of such companies, proprietors
or corporations who shall violate the said provisions

Generated on 2022-08-05 16:15 GMT  /  https://hdl.handle.net/2027/njp.32101067734473
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
PRINCETON UNIVERSITY

JA436



# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF THE

## CITY OF NEW YORK.

From January 7 to March 26, 1878.

### VOL. CXLIX.



New York:

MARTIN B. BROWN, PRINTER AND STATIONER

201, 203 & 205 William Street.

1878.

Generated on 2022-08-05 17:58 GMT / https://hdl.handle.net/2027/uiug.30112189578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page113 of 128

59                    [*January* 7.

By Alderman Morris—

## AN ORDINANCE

TO REGULATE THE CARRYING OF PISTOLS IN THE CITY OF
NEW YORK.

*Whereas,* In a large portion of the arrest made by the
police for disorderly conduct or intoxication, the persons
so arrested are found to have on them at the time a pistol
of some kind, and as the records of the criminal courts
will show that in the largest portion of the arrests for
murder or felonious assault the criminal claims he was
drunk ; and was, therefore, unfit to carry any weapon of
any kind, particularly as the majority of those arrested
are twenty-five years of age, and as such persons are
always ready and willing to insult respectable citizens, and
draw a pistol on any and every occasion, while the better
and law-abiding class try to obey the laws and protect
themselves with nothing but nature's weapons ; therefore,
be it ordained by the Mayor, Aldermen, and Commonalty
of the City of New York, in Common Council convened,
as follows:

SECTION 1. Every person, except Judges of the Federal,
State, and Municipal governments, authorized by law to
make arrests, and persons to whom permits shall have been
issued, as hereinafter provided, who shall have in his pos-
session, within the City of New York, a pistol of any
description, concealed on his person, or not carried openly,

Generated on 2022-08-05 17:57 GMT  /  https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**JA438**

*January* 7.]          60

shall be deemed guilty of a misdemeanor, and shall be punished, on conviction, by a fine not exceeding ten dollars, or in default of payment of such fine, by imprisonment not exceeding ten days.

SEC. 2. Any person, except as provided in section 1 of the ordinance, who has occasion to carry a pistol for his protection, may apply to the officer in command at the Station-house of the Precinct where he resides, and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give said person a recommendation to the Superintendent of Police, or the inspector in command at the Central Office in the absence of the Superintendent, who shall issue a permit to the said person allowing him to carry a pistol of any description.

SEC. 3. If, at the time of the arrest, a pistol of any description shall be found concealed on the person of, or not carried openly by, any one arrested for disorderly conduct or intoxication, the officer making the arrest shall state such fact to the Police Magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner for violation of this ordinance.

SEC. 4. This ordinance shall take effect immediately.

Which was referred to the Committee on Law Department, when appointed.

Generated on 2022-08-05 17:57 GMT / https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

367        [*February* 12.

### (G. O. 43.)

The Committee on Law Department, to whom was referred the accompanying communication from the Counsel to the Corporation, with an ordinance to regulate the carrying of pistols in the City of New York, respectfully

### REPORT:

That the ordinance so submitted by the Counsel to the Corporation was considered and amended by your Honorable Body at a meeting held on the 23d of October, 1877, and before reference to your Committee.

As your Honorable Body did not indicate what other amendments, if any, were necessary or desirable, or give your Committee any instruction, and as the ordinance was originally prepared by the law officer of the city, it is fair to presume that it is perfect.

As to the necessity for the passage of the ordinance there can be no question. The reckless use of fire-arms by the dangerous classes in this city is proverbial, and this measure of repression seems to be necessary. Your Committee therefore respectfully recommends the adoption of the ordinance.

### AN ORDINANCE

TO REGULATE THE CARRYING OF PISTOLS IN THE CITY OF NEW YORK.

*Whereas,* In a large portion of the arrests made by the police for disorderly conduct or intoxication, the persons

Generated on 2022-08-05 18:00 GMT / https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

*February* 12.]          368

so arrested are found to have on them at the time a pistol
of some kind, and as the records of the criminal courts will
show that in the largest portion of the arrests for murder
or felonious assault the criminal claims he was drunk, and
was, therefore, unfit to carry any weapon of any kind,
particularly as the majority of those arrested are twenty-
five years of age, and as such persons are always ready and
willing to insult respectable citizens, and draw a pistol on
any and every occasion, while the better and law-abiding
class try to obey the laws and protect themselves with
nothing but nature's weapons; therefore be it ordained by
the Mayor, Alderman, and Commonalty of the City of
New York, in Common Council convened, as follows:

SECTION 1. Every person, except judges of the Federal,
State, and municipal governments, authorized by law to
make arrests, and persons to whom permits shall have been
issued, as hereinafter provided, who shall have in his pos-
session within the City of New York a pistol of any de-
scription, concealed on his person, or not carried openly,
shall be deemed guilty of a misdemeanor, and shall be
punished, on conviction, by a fine not exceeding ten
dollars, or, in default of payment of such fine, by imprison-
ment not exceeding ten days.

SEC. 2. Any person, except as provided in section 1 of
the ordinance, who has occasion to carry a pistol for his
protection, may apply to the officer in command at the
station-house of the precinct where he resides, and such

Generated on 2022-08-05 18:00 GMT  /  https://hdl.handle.net/2027/uiug.30112105783341
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

369                    [*February* 12.

officer, if satisfied that the applicant is a proper and law-abiding person, shall give said person a recommendation to the Superintendent of Police, or the inspector in command at the Central Office in the absence of the Superintendent, who shall issue a permit to the said person, allowing him to carry a pistol of any description.

SEC. 3. If, at the time of the arrest, a pistol of any description shall be found concealed on the person of, or not carried openly by, any one arrested for disorderly conduct or intoxication, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner for violation of this ordinance.

SEC. 4. This ordinance shall effect immediately.

J. C. WAEHNER,   *Committee*
GEO. HALL,   *on*
J. C. PINCKNEY,   *Law Department.*

Which was laid over.

The Committee on Salaries and Offices, to whom were referred at different times resolutions in favor of appointing sundry persons as Commissioners of Deeds, respectfully

## REPORT

For your adoption the following resolution :

*Resolved,* That the following-named persons be and they are hereby appointed Commissioners of Deeds in and

Generated on 2022-08-05 18:01 GMT / https://hdl.handle.net/2927/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

JA442

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page118 of 128

*February* 19.]          460

The President put the question whether the Board would agree with said resolution.

Which was decided in the affirmative, on a division, viz. :

AFFIRMATIVE—The President, Aldermen Biglin, Carroll, Ehrhart, Gedney, Guntzer, Hall, Jacobus, Keenan, Kiernan, Lewis, Morris, Perley, Phillips, Pinckney, Slevin, and Waehner—17.

Alderman Morris called up

G. O. 43,

being a preamble and ordinance, as follows :

*Whereas,* In a large portion of the arrests made by the police for disorderly conduct or intoxication, the persons so arrested are found to have on them at the time a pistol of some kind, and as the records of the criminal courts, will show that in the largest portion of the arrests for murder or felonious assault the criminal claims he was drunk, and was, therefore unfit to carry any weapon of any kind, particularly as the majority of those arrested are twenty-five years of age, and as such persons are always ready and willing to insult respectable citizens, and draw a pistol on any and every occasion, while the better and law-abiding class try to obey the laws and protect themselves with nothing but nature's weapons; therefore be it ordained by the Mayor, Aldermen, and Commonalty of

Generated on 2022-08-05 18:16 GMT  /  https://hdl.handle.net/2027/uiug.30112109578343
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

461        [*February* 19.

the City of New York, in Common Council convened, as follows:

Section 1. Every person, except judges of the Federal, State, and municipal governments, authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his possession within the City of New York a pistol of any description, concealed on his person, or not carried openly, shall be deemed guilty of a misdemeanor, and shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

Sec. 2. Any person, except as provided in section 1 of the ordinance, who has occasion to carry a pistol for his protection, may apply to the officer in command at the station-house of the precinct where he resides, and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give said person a recommendation to the Superintendent of Police, or the inspector in command at the Central Office in the absence of the Superintendent, who shall issue a permit to the said person allowing him to carry a pistol of any description.

Sec. 3. If, at the time of the arrest, a pistol of any description shall be found concealed on the person of, or not carried openly by, any one arrested for disorderly conduct or intoxication, the officer making the arrest shall

Generated on 2022-08-05 18:16 GMT  /  https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**JA444**

*February* 19.]      462

state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner for violation of this ordinance.

SEC. 4. This ordinance shall take effect immediately.

The President put the question whether the Board would agree with said ordinance.

Which was decided in the affirmative, on a division, viz. :

AFFIRMATIVE—The President, Aldermen Biglin, Carroll, Ehrhart, Gedney, Hall, Jacobus, Keenan, Kiernan, Lewis, Morris, Perley, Phillips, Pinckney, Slevin, and Waehner—16.

#### MOTIONS AND RESOLUTIONS AGAIN RESUMED.

Alderman Pinckney moved that the Board do now adjourn.

The President put the question whether the Board would agree with said motion.

Which was decided in the affirmative.

And the President announced that the Board stood adjourned until Tuesday, February 26, 1878, at 2 o'clock P. M.

FRANCIS J. TWOMEY,
*Clerk.*

Generated on 2022-08-05 18:15 GMT / https://hdl.handle.net/2027/uiug.30112109570341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

*March* 12.]          612

MOTIONS AND RESOLUTIONS RESUMED.

By Alderman Morris—

## AN ORDINANCE

TO AMEND AN ORDINANCE ENTITLED "AN ORDINANCE TO REGULATE
THE CARRYING OF PISTOLS IN THE CITY OF NEW YORK," PASSED
FEBRUARY 28, 1873.

*The Mayor, Aldermen, and Commonalty of the City
of New York, do ordain as follows:*

SECTION 1. Section 2 of the above-entitled ordinance is
hereby amended by adding thereto at the end thereof the
following: "Any non-resident who does business in the
City of New York, and has occasion to carry a pistol
while in said city, must make application for permission
to do so to the officer in command of the station-house of
the police precinct in which he so does business, in the
same manner as is required by residents of said city, and
shall be subject to the same conditions and restrictions."

SEC. 2. Section 3 of the above-entitled ordinance is
hereby amended by striking therefrom the words "for
disorderly conduct or intoxication."

SEC. 3. Section 4 of said ordinance shall read as
follows:

§ 4. The Commissioners of Police of the Police
Department of the City of New York are hereby author-

Generated on 2022-08-05 18:03 GMT  /  https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized  /  http://www.hathitrust.org/access use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page122 of 128

613                    [*March* 12.

ized and empowered, for reasons appearing to be satisfactory to them, by a vote of a majority of a quorum of said Commissioners on ayes and noes, to annul or revoke any permission given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts, or the consequences that may arise from the use of pistols carried under the permission to be obtained as provided in this ordinance.

SEC. 4. Section 4 of said ordinance shall be numbered section 5, so that said ordinance when so amended shall read as follows:

### AN ORDINANCE

TO REGULATE THE CARRYING OF PISTOLS IN THE CITY OF NEW YORK.

*Whereas*, In a large portion of the arrests made by the police for disorderly conduct or intoxication, the persons so arrested are found to have on them at the time a pistol of some kind, and as the records of the criminal courts will show that in the largest portion of the arrests for murder or felonious assault the criminal claims he was drunk, and was, therefore, unfit to carry any weapon of any kind, particularly as the majority of those arrested are twenty-five years of age, and as such persons are always ready and willing to insult respectable citizens, and draw a pistol on any and every occasion, while the better and

Generated on 2022-08-05 18:04 GMT / https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page123 of 128

*March* 12.]   ,614

law-abiding class try to obey the laws and protect them-
selves with nothing but nature's weapons; therefore be it
ordained by the Mayor, Aldermen, and Commonalty of
the City of New York, in Common Council convened, as
follows:

SECTION 1. Every person, except judges of the Federal,
State and city courts, and officers of the general,
State, and municipal governments, authorized by law to
make arrests, and persons to whom permits shall have been
issued, as hereinafter provided, who shall have in his pos-
session within the City of New York a pistol of any
description, concealed on his person, or not carried openly,
shall be deemed guilty of a misdemeanor, and shall be
punished, on conviction, by a fine not exceeding ten dollars,
or, in default of payment of such fine, by imprisonment
not exceeding ten days.

SEC. 2. Any person, except as provided in section 1 of
the ordinance, who has occasion to carry a pistol for his
protection, may apply to the officer in command at the
station-house of the precinct where he resides, and such
officer, if satisfied that the applicant is a proper and law-
abiding person, shall give said person a recommendation
to the Superintendent of Police, or the inspector in com-
mand at the Central Office in the absence of the Superin-
tendent, who shall issue a permit to the said person allow-
ing him to carry a pistol of any description.   Any non-

Generated on 2022-08-05 18:04 GMT  /  https://hdl.handle.net/2027/uiug.30112069578341
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 22-2908, Document 92-2, 01/09/2023, 3448888, Page124 of 128

615          [*March* 12.

resident who does business in the City of New York, and
has occasion to carry a pistol while in said city, must make
application for permission to do so to the officer in com-
mand of the station-house of the police precinct in which
he so does business, in the same manner as is required by
residents of said city, and shall be subject to the same
conditions and restrictions.

SEC. 3. If, at the time of the arrest, a pistol of any
description shall be found concealed on the person of, or
not carried openly by, any one arrested, the officer making
the arrest shall state such fact to the police magistrate
before whom the prisoner is brought, and shall make a
separate complaint against such prisoner for violation of
this ordinance.

SEC. 4. The Commissioners of Police of the Police
Department of the City of New York are hereby author-
ized and empowered, for reasons appearing to be satisfac-
tory to them, by a vote of a majority of a quorum of said
Commissioners on ayes and noes, to annul or revoke any
permission given under this ordinance. All persons to
whom such permission shall be given are hereby declared
to be individually responsible for their own acts, or the
consequences that may arise from the use of pistols
carried under the permission to be obtained as provided in
this ordinance.

SEC. 5. This ordinance shall take effect immediately.

Generated on 2022-08-05 18:05 GMT / https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

*March* 12.]          616

The President put the question whether the Board would agree with said ordinance.

Which was decided in the affirmative, on a division, viz.:

AFFIRMATIVE — The President, Aldermen Bennett, Biglin, Carroll, Ehrhart, Foster, Gedney, Guntzer, Hall, Jacobus, Kiernan, Lewis, Morris, Perley, Phillips, Pinckney, Sauer, and Slevin—17.

By Alderman Pinckney—

*Resolved*, That gas-mains be laid, lamp-posts erected, and street-lamps lighted in Depot place, between Sedgwick avenue and the railroad depot at Highbridge station, under the direction of the Commissioner of Public Works.

Which was referred to the Committee on Public Works.

By Alderman Gedney—

*Resolved*, That the sidewalks on the south side of Fifty-ninth street, between Madison and Fifth avenues, and on the north side of Fifty-eighth street, between Madison and Fifth avenues, be flagged full width, where not already done, under the direction of the Commissioner of Public Works; and that the accompanying ordinance therefor be adopted.

Which was referred to the Committee on Public Works.

Generated on 2022-08-05 18:05 GMT / https://hdl.handle.net/2027/uiug.30112109578341
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

3

AN ORDINANCE—

to regulate the carrying of pistols in the City
of New York ............59, 367, 460, 612

to amend chapter 37 of the ordinances of
1866, relative to carts and cartmen, etc.,   104,
405, 578, 749

to amend an ordinance relative to awnings
and side-curtains..............121, 365, 456

to amend an ordinance relative to nuisances
and noxious things and practices......   218

to prevent accidents to persons in small
boats............................   438

to amend an ordinance relative to blasting
rock or stones.....................   663

to amend chapter XLV. of the Revised
Ordinances of 1866................   717

APPOINTMENT, AS A CITY SURVEYOR, OF—

Staats, Robert P...................  ....662, 720

APPOINTMENT, AS A COMMISSIONER OF DEEDS, OF—

Ackerman, Gunther K.................   630

Alt, William .........................116, 273

Angerman, Michael.....................   625

Archibald, Carson G...................326, 370

Armstrong, G. D'Arcy.................   546

Baaden, Casper A .....................   171

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**JA451**

*W. G. Humphreys*

*Giltspur Chambers*
*Newgate Street*
*1861*

# LIBER ALBUS:

## THE WHITE BOOK.

Digitized by Google

**JA452**

LONDON:
REED AND PARDON, PRINTERS,
PATERNOSTER ROW.

Digitized by Google