# LIBER ALBUS:

# THE WHITE BOOK

OF

# The City of London.

COMPILED A.D. 1419, BY

JOHN CARPENTER, *Common Clerk.*

RICHARD WHITINGTON, *Mayor.*

Translated from the Original Latin and Anglo-Norman,

BY

HENRY THOMAS RILEY, M.A.,

CLARE HALL, CAMBRIDGE;
OF THE INNER TEMPLE, BARRISTER-AT-LAW.

London:

RICHARD GRIFFIN AND COMPANY,

STATIONERS' HALL COURT.

MDCCCLXI.

(1861)

Digitized by Google

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page2 of 45

### That no one go armed.

Item, that no one, of whatever condition he be, go armed in the said city or in the suburbs, or carry arms, by day or by night, except the vadlets of the great lords of the land, carrying the swords of their masters in their presence, and the serjeants-at-arms of his lordship the King, of my lady the Queen, the [1]Prince, and the other children of his lordship the King, and the officers of the City, and such persons as shall come in their company in aid of them, at their command, for saving and maintaining the said peace; under the penalty aforesaid, and the loss of their arms and armour.

### Of Hostelers.

Item, that every hosteler and herbergeour cause warning to be given unto his guests that they leave their arms in their hostels where they shall be harboured; and if they shall not do so, and any one shall be found carrying arms contrary to the said proclamation, through default of warning by his host, such host is to be punished by imprisonment and by fine, at the discretion of the Mayor and Aldermen.

### Of the power of arresting Felons and Misdoers.

Item, that every man of standing in the said city, Alderman and commoner, who is of good repute, have power, in the absence of the officers, to arrest felons and misdoers, and to bring them unto the houses of the Sheriffs, that so due punishment may be inflicted upon such misdoers.

### That no one draw sword or knife.

Item, the better to keep the said peace, and that each person may fear the more to break the said peace, it is ordained that no person draw sword, or knife, or other arm; [and in such case], provided he do not strike, he is to pay unto the City half a mark, or remain in the prison of Newgate fifteen days. And if he draw blood of any one, he is to pay unto the City twenty shillings, or remain in prison forty days.

[1] Edward the Black Prince, son of Edward III.

Digitized by Google

Case 1:22-cv-08986-GTS-CFH Document 49-22 Filed 10/18/22 Page 1 of 18
Case 22-2908, Document 92-3, 01/09/2023, 3446888, Page8 of 45

# A

# TREATISE

OF THE

# PLEAS

OF THE

# CROWN:

OR A

SYSTEM of the Principal Matters relating to that
SUBJECT, digested under their proper Heads.

---

## BOOK I.

---

By *WILLIAM HAWKINS*,
of the *Inner-Temple*, Esq;.

---

In the *SAVOY*,

Printed by **Eliz. Nutt,** ( Executrix of **J. Nutt,** Assignee
of *Edward Sayer*, Esq;) for **J. Walthoe** in the *Middle-
Temple-Cloysters* ; and **J. Walthoe,** *jun.* against the
*Royal-Exchange* in *Cornhill.* 1716.

¹ Keb. 921.
40 Ed.3.40.a.
42 Ed. 3. 7. a.
45 Ed 3.
24. b. 25. a.
22 Aff. 60.
2 R. A. 545.
Pl. 1, 2, 3, 4,
5, 6, 7, 8
22 Aff.Pl.11.
Pult. 3.
Lamb. 126.

6 Mod. 149,
172.

one's Fift at him, or by any other fuch like Act done in an angry threatening Manner; and from hence it clearly follows, That one charged with an Affault and Battery, may be found guilty of the former, and yet acquitted of the later. But notwithftanding the many ancient Opinions to the contrary, it feems agreed at this Day, that no Words whatfoever can amount to an Affault.

2 R. A. 546.
Pl 1, 2.

*Sect.* 2. As to the fecond Point, *viz.* What fhall be faid to be a Battery, It feems that any Injury whatfoever, be it never fo fmall, being actually done to the Perfon of a Man, in an angry, or revengeful, or rude, or infolent, Manner, as by Spitting in his Face, or any Way touching him in Anger, or violently juftling him out of the Way, are Batteries in the Eye of the Law: But it is faid to be no Battery to lay one's Hand gently on another whom an Officer has a Warrant to arreft, and to tell the Officer that this is the Man he wants.

*Sect.* 3. As to the third Point, *viz.* In what Cafes an Affault and Battery may be juftified, this is fo fully fet forth already in the Chapter of *Surety of the Peace,* that there feems to be no need of any farther Confideration thereof in this Place; and therefore I fhall only add, That where a Man in his own Defence beats another who firft affaults him, *&c.*

6 Mod. 172.

he may take an Advantage thereof upon an Indictment, as well as upon an Action; but with this Difference, that in the firft Cafe he may give it in Evidence upon the Plea of Not guilty, and in the later he muft plead it fpecially.

*Sect.* 4. As to the fourth Point, *viz.* How unlawful Affaults and Batteries are punifhed, there is no doubt but that the Wrong doer is Subject, both to an Action at the Suit of the Party, wherein he fhall render Damages, *&c.* and alfo to an Indictment at the Suit of the King, wherein he fhall be fined according to the Heinoufnefs of the Offence.

---

# C H A P. LXIII.

## *Of Affrays.*

IN treating of Affrays, I fhall confider,

    1. What fhall be faid to be an Affray.
    2. How far it may be fuppreffed by a private Perfon.
    3. How far by a Conftable.
    4. How far by a Juftice of Peace.
    5. In what Manner the feveral Kinds of Affrays may be punifhed.

3 Inft. 158.
Dalt. ca. 8.

*Sect.* 1. As to the firft Point, it is faid, That the word Affray is derived from the *French* word *Effraier,* to terrify, and that in a legal Senfe it is taken for a publick Offence, to the Terror of the People, from whence it feems clearly to follow, That there may be an Affault which

Lamb. 125,
126.

will not amount to an Affray; as where it happens in a private Place, out of the hearing or feeing of any, except the Parties concerned; in which Cafe it cannot be faid to be to the Terror of the People; and for

              this

**3**

Case 1:22-cv-08986-CTS GHH 92 Document 92-3 Filed 04/03/22 Page 3 of 18

this Cause such a private Assault seems not to be inquirable in a Court-Leet, as all Affrays certainly are, as being common Nusances.

*Sect.* 2.　Also it is said, That no quarrelsome or threatning Words whatsoever shall amount to an Affray; and that no one can justify laying his Hands on those who shall barely quarrel with angry Words, without coming to blows; yet it seemeth, That the Constable may, at the Request of the Party threatened, carry the Person who threatens to beat him before a Justice of Peace, in Order to find Sureties.

*Sect.* 3.　Also it is certain, That it is a very high Offence to challenge another, either by Word or Letter, to fight a Duel, or to be the Messenger of such a Challenge, or even barely to endeavour to provoke another to send a Challenge, or to fight, as by dispersing Letters to that purpose, full of Reflections, and insinuating a Desire to fight, *&c.*

*Sect.* 4.　But granting that no bare Words, in the Judgment of Law, carry in them so much Terror as to amount to an Affray; yet it seems certain, That in some Cases there may be an Affray where there is no actual Violence; as where a Man arms himself with dangerous and unusual Weapons, in such a Manner as will naturally cause a Terror to the People, which is said to have been always an Offence at Common Law, and is strictly prohibited by many Statutes: For by 2 *Ed.* 3. 3. it is enacted, *That no Man, great nor small, of what Condition soever he be, except the King's Servants, in his Presence, and his Ministers in executing of the King's Precepts, or of their Office, and such as be in their Company assisting them, and also upon a Cry made for Arms to keep the Peace, and the same in such Places where such Acts happen, be so hardy to come before the King's Justices, or other of the King's Ministers doing their Office, with Force and Arms, nor bring no Force in Affray of Peace, nor to go nor ride armed by Night nor by Day, in Fairs, Markets, nor in the Presence of the Justices or other Ministers, nor in no part elsewhere, upon pain to forfeit their Armour to the King, and their Bodies to prison, at the King's Pleasure. And that the King's Justices in their Presence, Sheriffs, and other Ministers in their Bailiwicks; Lords of Franchises, and their Bailiffs in the same, and Mayors and Bailiffs of Cities and Boroughs, within the same Cities and Boroughs, and Borough-holders, Constables and Wardens of the Peace within their Wards, shall have Power to execute this Act: And that the Justices assigned, at their coming down into the Country, shall have Power to enquire how such Officers and Lords have exercised their Offices in this Case, and to punish them whom they find, that have not done that which pertained to their Office*; and this Statute is farther enforced by 7 *Rich.* 2. 13. and 20 *Rich.* 2. 1.

And in the Exposition of it, the following Points have been holden:

*Sect.* 5.　I. That any Justice of Peace, or other Person, who is impowered to execute this Statute, may proceed thereon, either *ex Officio*, or by Force of a Writ out of Chancery formed upon the Statute, and that if he find any Person in Arms contrary to the Form of the Statute, he may seize the Arms, and commit the Offender to Prison; and that he ought also to make a Record of his whole Proceeding, and certify the same into the Chancery, where he proceeds by Force of the said Writ, or into the Exchequer, where he proceeds *ex Officio*.

*Sect.* 6.　II. That where a Justice of Peace, *&c.* proceeds upon the said Writ, he may not only imprison those whom he shall find offending against the Statute in his own View, but also those who shall be found by an Inquest taken before him, to have offended in such Manner in his Absence; and I do not see why he may not do the same where he proceeds *ex Officio*; for seeing the said Writ hath no other Foundation but the

**Margin notes:**
4 H. 6. 10. 1.
8 Ed. 4. 5. b.

H. P. C. 135.
23 E 4. 45. b.
Dal. ch 8.
Lamb Constable 14.

Poph. 158.
3 Inst. 158.
3 Sid. 186.
1 Keb. 694.
Hob. 120, 215.
2 Rol. Ab. 78.

Lamb. 126.
3 Inst. 160.
76 D.
2 Rol. Ab. 78.
Pl 4
H. P. C. 137.

F. N. B. 249.

3 Inst. 161.
Dal. ch. 22.
Lamb. 168, &c.
Dalif. 23.
2 Bulf. 330.

Cro. El. 294.
Con. Lamb. 170.

Case 1:22-cv-08986-GTS-CFH Document 92-3, 07/03/2023 544888E2 Page 6 of 45

the faid Statute, and is the moſt authentick Explication thereof, it ſeemeth that the Rules therein preſcribed, ſhould be the beſt Direction for all Proceedings upon that Statute.

*Cro. El. 294.*     *Sect.* 7. III. That the Under-Sheriff may execute the ſaid Writ, being directed to the Sheriff, if it name him only by the Name of his Office, and not by his proper Name, and do not expreſly command him to act in his proper Perſon.

*24 Ed. 33. 2. b.*
*21 H. 7. 39. a.*
*3 Inſt. 161,*
*162.*
*Coo. 2. Rol.*
*78. d.*
*2 H. 7. 39. a.*
*3 Inſt. 162.*

*Sect.* 8. That a Man cannot excuſe the wearing ſuch Armour in Publick, by alledging that ſuch a one threatened him, and that he wears it for the Safety of his Perſon from his Aſſault ; but it hath been reſolved, That no one ſhall incur the Penalty of this Statute for aſſembling his Neighbours and Friends in his own Houſe, againſt thoſe who threaten to do him any Violence therein, becauſe a Man's Houſe is as his Caſtle.

*3 Mod. 117,*
*118.*
*2 Bulſt. 330.*

*Sect.* 9. V. That no wearing of Arms is within the meaning of this Statute, unleſs it be accompanied with ſuch Circumſtances as are apt to terrify the People ; from whence it ſeems clearly to follow, That Perſons of Quality are in no Danger of Offending againſt this Statute by wearing common Weapons, or having their uſual Number of Attendants with them, for their Ornament or Defence, in ſuch Places, and upon ſuch Occaſions, in which it is the common Faſhion to make uſe of them, without cauſing the leaſt Suſpicion of an Intention to commit any Act of Violence or Diſturbance of the Peace. And from the ſame Ground it alſo follows, That Perſons armed with privy Coats of Mail to the Intent to defend themſelves againſt their Adverſaries, are not within the Meaning of this Statute, becauſe they do nothing *in terrorem Populi.*

*Crom. 64. 2.*

*Sect.* 10. VI. That no Perſon is within the Intention of the ſaid Statute, who arms himſelf to ſuppreſs Rioters, Rebels, or Enemies, and endeavours to ſuppreſs or reſiſt ſuch Diſturbers of the Peace or Quiet of the Realm; for Perſons who ſo arm themſelves, ſeem to be exempted out of the general Words of the ſaid Statute, by that Part of the Exception in the beginning thereof, which ſeems to allow all Perſons to arm themſelves upon a Cry made for Arms to keep the Peace, in ſuch Places where ſuch Acts happen.

*Poph. 121,*
*122.*

*Lamb 131.*
*3 Inſt. 158.*
*H. P. C. 131.*
*2 Inſt. 52.*
*22 E. 4. 44. b.*
*Dalt. cap. 8.*
*Lamb 131.*

*Sect.* 11. As to the ſecond Point, *viz.* How far an Affray may be ſuppreſſed by a private Perſon, it ſeems agreed, That any one who ſees others fighting, may lawfully part them, and alſo ſtay them till the Heat be over, and then deliver them to the Conſtable, who may impriſon them till they find Surety for the Peace ; alſo it is ſaid, That any private Perſon may ſtop thoſe whom he ſhall ſee coming to join either Party ; and from hence it ſeems clearly to follow, That if a Man receive a Hurt from either Party in thus endeavouring to preſerve the Peace, he ſhall have his Remedy by an Action againſt him; alſo upon the ſame Ground it ſeems equally reaſonable, That if he unavoidably happen to hurt either Party, in thus doing what the Law both allows and commends, he may well juſtify it, inaſmuch as he is no Way in Fault ; and the Damage done to the other, was occaſioned by a laudable Intention to do him a Kindneſs.

*3 Inſt. 138.*
*Con. Lamb.*
*131.*
*Dalt. cap. 8.*

*Lamb 131.*
*Dalt. cap. 8.*
*3 Inſt. 158.*
*Bro. Faux*
*Impriſon-*
*ment 35, 44.*
*H. P. C. 135.*
*10 H. 7. 20.*
*2 Inſt. 52.*

*Sect.* 12. However it ſeems clear, That if either Party be dangerouſly wounded in ſuch an Affray, and a Stander-by, endeavouring to arreſt the other, be not able to take him without hurting, or even wounding him, yet he is no Way liable to be puniſhed for the ſame, inaſmuch as he is bound under Pain of Fine and Impriſonment, to arreſt ſuch an Offender, and either detain him till it appear whether the Party will live or die, or carry him before a Juſtice of Peace, by whom he either is to be bailed or committed, *&c.*

3

*Sect.*

Case 1:22-cv-08986-GTS-CFH Document 49-23 Filed 10/03/22 Page 5 of 18
Case 1:22-cv-08986, Document 92-3, 01/09/2023, 3448888, Page5 of 45

*Sect.* 13.  As to the third Point, *viz.* How far an Affray may be suppressed by a Constable; it seems agreed, That a Constable is not only impower'd, as all private Persons are, to part an Affray which happens in his Presence, but is also bound at his Peril to use his best Endeavours to this Purpose, and not only to do his utmost himself, but also to demand the Assistance of others, which if they refuse to give him, they are punishable with Fine and Imprisonment.

*Sect.* 14.  And it is said, That if a Constable see Persons either actually engaged in an Affray, as by Striking, or offering to strike, or drawing their Weapons, *&c.* or upon the very Point of entering upon an Affray, as where one shall threaten to kill, wound, or beat another, he may either carry the Offender before a Justice of Peace, to the End that such Justice may compel him to find Sureties for the Peace, *&c.* or he may imprison him of his own Authority for a reasonable Time, till the Heat shall be over, and also afterwards detain him till he find such Surety by Obligation: But it seems, That he has no Power to imprison such an Offender in any other manner, or for any other Purpose; for he cannot justify the committing an Affrayer to Gaol till he shall be punished for his Offence: And it is said, That he ought not to lay Hands on those, who barely contend with hot Words, without any Threats of personal Hurt, and that all which he can do in such a Case, is to command them under Pain of Imprisonment to avoid Fighting.

*Sect.* 15.  But he is so far intrusted with a Power over all actual Affrays, that though he himself is a Sufferer by them, and therefore liable to be objected against, as likely to be partial in his own Cause, yet he may suppress them; and therefore, if an Assault be made upon him, he may not only defend himself, but also imprison the Offender, in the same manner as if he were no way a Party.

*Sect.* 16.  And if an Affray be in a House, the Constable may break open the Doors to preserve the Peace; and if the Affrayers fly to a House, and he follow with fresh Suit, he may break open the Doors to take them.

*Sect.* 17.  But it is said, That a Constable hath no Power to arrest a Man for an Affray done out of his own View, without a Warrant from a Justice of Peace, unless a Felony were done or likely to be done; for it is the proper Business of a Constable to preserve the Peace, not to punish the Breach of it; nor does it follow from his having Power to compel those to find Sureties who break the Peace in his Presence, that he has the same Power over those who break it in his Absence, inasmuch as in such Case it is most proper to be done by those who may examine the whole Circumstances of the Matter upon Oath, which a Constable cannot do; yet it is said, That he may carry those before a Justice of Peace, who were arrested by such as were present at an Affray, and delivered by them into his Hands.

*Sect.* 18.  As to the fourth Point, *viz.* In what manner an Affray may be suppressed by a Justice of Peace; there is no doubt, but that he may and must do all such Things to that Purpose, which a private Man or Constable, are either enabled, or required by the Law to do: But it is said, That he cannot without a Warrant authorize the Arrest of any Person for an Affray out of his View; yet it seems clear, that in such Case he may make his Warrant to bring the Offender before him, in order to compel him to find Sureties for the Peace.

*Margin notes:*
3 Inst. 158.
H. P. C. 135.
Lamb. 132, 133.
Dalt. cap. 8.
3 H. 7. 10. b.

Lamb 132, 133.
Dalt. ca. 1, 8.

H. P. C. 136.
Dalt. cap 1, 8.
Bro. Surety, 23. 36.
Moore 284.
Pl. 436.
3 H. 4. 9. a.
22 Ed. 4. 35. b.
10 Ed. 4. 18.
5 H. 7. 6. a.
Savil. 97, 98.

5 H. 7. 6. a.
H. P. C. 136.
1 Rol. Re. 238.
2 Bulst. 329.

13 Ed. 4. 9 a.
7 Ed. 3. 12. b.
Dalt. cap. 8, 67.
Lamb 133, 134.
H. P. C. 135.
Cro. El. 375.
Owen 105.
H. P. C. 136.
H. P. C. 92.

Lamb. 131.
Dalt. cap. 8.

H. P. C. 136.
Dalt. cap. 8.
Bro. false Imprisonment
6. 12, 33.
14 H. 8. 7.
Moore 468.
Pl. 551.

N n                         *Sect.*

Case 1:22-cv-08986-CLS-GHF Document 92-3 Filed 03/09/2023 Page 6 of 18
Case 1:22-cv-08986, Document 92-3, 07/09/2023, 04488887, Page6 of 45

*Sect.* 19.   Also it seems, That a Justice of Peace has a greater Power over one who hath dangerously wounded another in an Affray, than either a private Person or a Constable; for there does not seem to be any good Authority, that these have any Power at all to take Sureties of such an Offender: but it seems certain, That a Justice of Peace has a discretionary Power either to commit him or to bail him, till the Year and Day be past; but it is said, that he ought to be very cautious how he takes Bail, if the Wound be dangerous; for that if the Party die, and the Offender appear not, he is in Danger of being severely fined, if he shall appear upon the whole Circumstances of the Case to have been too favourable.

*Sect.* 20.   As to the fifth Point, *viz.* In what manner the several kinds of Affrays are to be punished, it sufficiently appears from the foregoing Part of this Chapter, how such Affrays as are accompanied with Force and Arms, are to be dealt with upon the Statute of *Northampton*; and therefore I shall only examine in this Place, what Penalties other Affrays are liable unto, as to which it is to be observed, That all Affrays in general are punishable by Fine and Imprisonment, the Measure of which is to be regulated by the Discretion of the Judges according to the Circumstances of the Case, which very much vary the Nature of this Crime, and in some Cases make it so inconsiderable as scarce to deserve to be taken Notice of; and in others, make it an Offence of a very heinous Nature, as in the following Instances:

1, In Respect of the dangerous Tendency thereof.
2. In Respect of the Persons against whom it is committed.
3. In Respect of the Place wherein it happens.

*Sect.* 21.   And first, An Affray may receive an Aggravation from the dangerous Tendency thereof, as where Persons cooly and deliberately engage in a Duel, which cannot but be attended with the apparent Danger of Murder, and is not only an open Defiance of the Law, but carries with it a direct Contempt of the Justice of the Nation, as putting Men under a Necessity of righting themselves; upon which Considerations, Persons convicted of barely sending a Challenge, have been adjudged to pay a Fine of one hundred Pounds, and to be imprisoned for one Month without Bail, and also to make a publick Acknowledgment of their Offence, and to be bound to their good Behaviour.

*Sect.* 22.   Secondly, An Affray may receive another Aggravation from the Persons against whom it is committed; as where the Officers of Justice are violently disturbed in the due Execution of their Office, as by the Rescous of a Person legally arrested, or the bare Attempt to make such a Rescous; for all the Ministers of the Law are under its more immediate Protection.

*Sect.* 23.   Thirdly, An Affray may receive a farther Aggravation from the Place wherein it is committed, and upon this Respect all Affrays in the King's Courts are so severely punished, as hath been shewn already in Chapter 21, and upon the same Account also, all Affrays in a Church or Church-yard, have been always esteemed very heinous Offences, as being great Indignities to the Divine Majesty, to whose Worship and Service such Places are immediately dedicated. And upon this Consideration, all irreverent Behaviour in these Places hath been esteemed so criminal by the Makers of our Laws, that they have not only severely punished such Disturbances in them which are punishable where-ever they happen, as all actual Affrays, &c. but also such, which if they happen elsewhere,

Margin notes:
See 38 Ed. 3.
6. b. 7. a.
22 Ass. 56.
5 Mod. 84.

H. P. C. 36.
Dalt. cap. 8.
Poph. 153.

Poph. 153.
3 Inst. 158.

1 Sid. 186.
1 Keb. 694.

Moore 563.
Pl. 763.

12 Co. 101.
1 Keb. 290, 491.
1 Mod. 186.

I                        are

Case 1:22-cv-08886-CTS-GHF Document 92-3 Filed 10/18/22 Page 7 of 18
Case 1:22-cv-08886, Document 92-3, 07/03/2023, 3544888.2, Page5 of 45

are not punishable at all; as bare quarrelsome **Words**, and even such which would be commendable if done in another Place; as Arrests by Vertue of legal Process: But for the better Understanding hereof, I shall consider the several Statutes made for this Purpose.

*Sect.* 24. And first, It is enacted by 5 and 6 *Ed.* 6. 4. *That if any Person whatsoever, shall by Words only quarrel, chide, or brawl, in any Church or Church-yard, that then it shall be lawful unto the Ordinary of the Place where the same Offence shall be done, and proved by two lawful Witnesses, to suspend every Person so offending; that is to say, if he be a Layman, ab ingressu Ecclesiæ, and if he be a Clerk, from the Ministration of his Office, for so long Time as the same Ordinary shall by his Discretion think meet and convenient, according to the Fault.*

*Sect.* 25. And it is farther enacted by the said Statute, *That if any Person shall smite or lay any violent Hands upon any other, either in any Church or Church-yard; that then, ipso Facto, every Person so offending shall be deemed excommunicate, and be excluded from the Fellowship and Company of Christ's Congregation.*

*Sect.* 26. And it is also farther enacted by the said Statute, *That if any Person shall maliciously strike any Person with any Weapon in any Church or Church-yard, or shall draw any Weapon in any Church or Church-yard, to the Intent to strike another with the same Weapon; that then every Person so offending, and thereof being convicted by Verdict of twelve Men, or by his own Confession, or by two lawful Witnesses, before the Justices of Assize, Justices of Oyer and Terminer, or Justices of Peace in their Sessions, by Force of this Act, shall be adjudged by the same Justices before whom such Person shall be convicted, to have one of his Ears cut off,* &c. *and besides that every such Person to be, and stand* ipso Facto *excommunicated, as aforesaid.*

And in the Exposition hereof it hath been holden:

*Sect.* 27. I. That notwithstanding the Words of the Statute be expressed, That he who smites another in the Church, *&c.* shall, *ipso Facto,* be deemed excommunicate; yet there ought either to be a precedent Conviction at Law, which must be transmitted to the Ordinary, or else the Excommunication must be declared in the Spiritual Court upon a proper Proof of the Offence there; for it is implied in every Penal Law, that no one shall incur the Penalty thereof, till he be found guilty upon a lawful Trial; also it must be intended in the Construction of this Statute, That the Excommunication ought to appear judicially, for otherwise there could be no Absolution. *Dyer 175. Pl. 48. Cro. Ja. 462. 1 Vent. 146. Lit. 149. Hett. 86. Cro. El. 919.*

*Sect.* 27. II. That he who strikes another in a Church, *&c.* can no way excuse himself, by shewing that the other assaulted him. *Cro. Ja. 367.*

*Sect.* 28. III. That Church wardens, or perhaps private Persons, who whip Boys for playing in the Church, or pull off the Hats of those who obstinately refuse to take them off themselves, or gently lay their Hands on those who disturb the Performance of any Part of divine Service, and turn them out of the Church, are not within the meaning of the Statute. *1 Saund. 13, 14. 1 Sid. 301. 3 Keb. 124. 1 Mod. 168.*

*Sect.* 29. Also it is enacted by 1 *Ma.* Sess. 2. cap. 3. *That if any Person or Persons, of their own Power and Authority, shall willingly and of Purpose by open and overt Word, Fact, Act, or Deed, maliciously or contemptuously molest, let, disturb, vex or trouble, or by any other unlawful Ways and Means, disquiet, or misuse, any Preacher who shall be licenced, allowed, or authorized to preach by the Queen's Highness, or by any Archbishop, or Bishop of this Realm, or by any other lawful Ordinary, or by any of the Universities of* Oxford *and* Cambridge*, or otherwise lawfully authorized or charged, by Reason of his or their Cure, Benefice,*

Case 1:22-cv-00986-GTS-CFH Document 92-3 Filed 03/03/22 Page 10 of 45

*fice, or other Spiritual Promotion or Charge, in any of his, or their open Sermon,
&c. or if any Person or Persons shall maliciously, willingly, or of purpose, molest,
let, disturb, vex, disquiet, or otherwise trouble any Parson, Vicar, Parish-
Priest, or Curate, or any lawful Priest, preparing, saying, doing, singing, mi-
nistring or celebrating the Mass, or other such divine Service, Sacraments, or
Sacramentals, as was most commonly frequented and used in the last Year of the
Reign of the late Sovereign Lord King* Henry *the eight, or that at any Time
hereafter should be allowed, set forth, or authorized by the Queen's Majesty; or
if any Person or Persons shall unlawfully, contemptuously, or maliciously, of their
own Power or authority, pull down, deface, spoil, or otherwise break any Altar or
Altars, or any Crucifix, or Cross, in any Church, Chapel, or Church-yard;
every such Offender and Offenders, his or their Aiders, Procurers, or Abettors,
may be apprehended by any Constable, or Church-warden of the Place where
such Offence shall be committed, or by any other Officer or Person then being present
at the Time of the said Offence; and being so apprehended, shall be brought before
some Justice of Peace by whom they shall be committed forthwith, and within six
Days the Matter shall be examined by the same, together with some other Ju-
stices; and on Proof by two Witnesses or Confession, the Offender shall be committed
for three Months, and also till the next Quarter-Sessions, where if they repent,
they shall be discharged upon giving Sureties for their good Behaviour for a Year,
and if they do not repent they shall be committed till they do.*

2 Jon. 159.
Con. Aleyn
50.
1 Bulst. 51.
**Sect. 30.** It hath been resolved, That the Disturbance of a Minister
in saying the present Common Prayer is within this Statute; for the ex-
press mention of such Divine Service, as should afterwards be au-
thorized by Queen *Mary*, doth implicitly include such also as should be
authorized by her Successors; for since the King never dies, a Preroga-
tive given generally to one, goes of Course to others.

**Sect. 31.** Also it is enacted by 1 *Will.* and *Mar.* 18. Par. 19. *That if
any Person shall willingly and of Purpose, maliciously or contemptuously come into
any Cathedral or Parish Church, Chapel, or other Congregation permitted by the
said Act, and disquiet or disturb the same, or misuse any Preacher or Teacher,
such Persons, upon Proof before any Justice of Peace, by two or more sufficient
Witnesses, shall find two Sureties to be bound by Recognizance in the penal Sum
of fifty Pounds, and on Default of such Sureties shall be committed to Prison,
there to remain till the next General or Quarter-Sessions, and upon Conviction of
the said Offence at the said General or Quarter-Sessions, shall suffer the Pain and
Penalty of twenty Pounds.*

---

# C H A P. LXIV.

## *Of Forcible Entries and Detainers.*

Lamb. 135.
Dalt. cap. 76.
Crom. 70.a.b.

Kellw. 91.
Yelv. 172.
**Sect. 1.** IT seems that at the Common Law a Man disseised of any Lands,
or Tenements, (if he could not prevail by fair Means,) might
lawfully regain the Possession thereof by Force, unless he were put to a
Necessity of bringing his Action, by having neglected to re-enter in due
Time: And it seems certain, That even at this Day, he who is wrong-
fully dispossessed of his Goods, may justify the re-taking of them by
Force from the Wrong-doer, if he refuse to re-deliver them; for the
Violence which happens through the Resistance of the wrongful Possessor,

I

being

**191**

are situated, to give this act specially in charge of the grand jury of said county.

SEC. 4. It is hereby made the duty of the board of public works, when any of the provisions of this act have been violated, to forthwith notify the attorney-general, and said attorney-general shall immediately commence suit upon the bond so given, in the name of the state of Ohio. *{Duties of board and attorney-general.}*

SEC. 5. This act shall apply as well to the parties who have heretofore used and are now using the waters of the canals of this state as to those who may hereafter so desire to do. The board of public works are hereby required, upon the passage of this act, to shut off and forbid the drawing of water or use of water, contrary to the requirements of this act, until the conditions herein provided shall have been fully complied with; and the chief engineer of the public works shall, by actual survey, determine the number of acres included in any pond so to be flooded, which shall be conclusive, and a record of which shall be kept in the office of the board of public works; and the cost of making such survey shall be paid by the parties so applying, and in determining the amount of such cost the certificate of said chief engineer shall be conclusive; and the board of public works are hereby authorized to increase or diminish the rates of toll as fixed by the law of 1858, when the boat travels or freight is carried less than fifty miles on any of the canals of this state. *{Apply to all parties.}* *{Duties and powers of the board.}*

SEC. 6. Should the public works of the state be leased, then the drawing of the water for the purposes herein mentioned shall be under the exclusive direction and control of said lessees, and the amount of rent so due shall be paid said lessees. *{If public works are leased.}*

SEC. 7. This act shall take effect and be in force from and after its passage.

JAMES E. NEAL,
*Speaker of the House of Representatives.*
JABEZ W. FITCH,
*President of the Senate.*

Passed June 21, 1879.

---

[Senate Bill No. 243.]

AN ACT

To define and suppress tramps.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That any person, not being in the county in which he usually lives or has his home, who is found going about begging, and asking subsistence by charity, shall be taken and deemed to be a tramp. *{Who shall be deemed a tramp.}*

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page12 of 45

**192**

**Penalties of tramps.**

Sec. 2. That any tramp who shall enter any dwelling-house, or shall enter the yard or enclosure about any dwelling-house, against the will or without the permission of the owner or occupant thereof, or shall not, when requested, immediately leave such place, or shall be found carrying any fire-arms or other dangerous weapons, or shall do or threaten to do any injury to any person, or shall do or threaten to do any injury to the real or personal estate or property of another, shall, upon conviction thereof, be imprisoned in the penitentiary not less than one year nor more than three years.

**Apprehending offender.**

Sec. 3. That any person, upon view of the offense described in this act, may apprehend the offender, and take him before a justice of the peace for examination.

Sec. 4. This act shall not apply to any female or blind person.

Sec. 5. This act shall take effect and be in force from and after the first day of July, 1879.

JAMES E. NEAL,
*Speaker of the House of Representatives.*
JABEZ W. FITCH,
*President of the Senate.*

Passed June 12, 1879.

---

[House Bill No. 1083.]

AN ACT

To provide for printing and distributing the laws of the present session, and the revised statutes in permanent form, and to repeal an act therein named.

**Publication of laws.**

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That there shall be printed not more than fifteen thousand copies of all the laws and joint resolutions of the present session of the general assembly, except the revision of the general statutes.

Sec. 2. No part of said edition shall be distributed until the whole is bound, when the same shall be distributed according to law, except six copies in forms of sixteen pages, which shall be sent to each member of the present general assembly as soon as printed.

**Revised statutes.**

Sec. 3. There shall be published in two volumes, in permanent form, twelve thousand copies of the revised and consolidated statutes, enacted at the present session of the general assembly; the printing and other work shall be let out by special contract as hereinafter provided, and M. A. Daugherty, John S. Brasee, and George B. Okey shall prepare, edit, and superintend such publication, including proof-reading. The following mentioned matter shall be prepared by them, and shall be published in either of the volumes as they may find most practicable, viz: the articles

[   231   ]

### CHAPTER CLXXXVI.

AN ACT to amend the Criminal Laws of this State upon the subject of carrying concealed weapons, and amend Section 4759 of the Code.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That the Act of 1871, Chapter 90, be and is hereby amended, that hereafter it shall not be lawful for any person to carry, publicly or privately, any dirk, razor concealed about his person, sword cane, spanish stilletto, belt or pocket pistol, revolver, or any kind of pistol, except the army or navy pistol, usually used in warfare, which shall be carried openly in the hand, or loaded cane, slung-shot, brass knucks; and any person guilty of a violation of this Act shall be subject to presentment or indictment, and on conviction shall be fined fifty dollars, and imprisoned in the County jail of the County where the offense was committed, the imprisonment only in the discretion of the Court; *Provided,* the defendant shall give good and sufficient security for all the costs, fine, and any jail fees that may accrue by virtue of the imprisonment of the defendant. *(Offence and penalty. Proviso.)*

SEC. 2. *Be it further enacted,* That nothing in this Act be so construed as to operate as a pardon for any offense heretofore committed, but persons indicted or presented for carrying dangerous weapons under the law now in force, shall be tried under said laws, and punished as therein required.

SEC. 3. *Be it further enacted,* That the provisions of this Act shall not apply to any person employed in the army, navy, or marine service of the United States, or to any officer or policeman while *bona fide* engaged in his official duties in the execution of process, or while searching for or engaged in arresting criminals, nor to persons who may have been summoned by such officers or policeman in the discharge of their said duties, and in arresting criminals and transporting and turning them over to the proper authorities; and, *Provided, further,* that said persons who may be employed in the army, navy or marine service, as aforesaid, shall only carry such pistols as are prescribed by the army and navy regulations. *(Soldiers and Police excepted.)*

SEC. 4. *Be it further enacted,* That all laws and parts

[  232  ]

of laws that come in conflict with the provisions of this Act be and the same are hereby repealed; *Provided*, that any person convicted of an offense under this Act shall not be deprived of the right of voting or holding office.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved, March 27, 1879.

ALBERT S. MARKS,
*Governor.*

---

## CHAPTER CLXXXVII.

AN ACT to amend an Act approved March 6th, 1873, entitled, "An Act to establish and maintain a uniform system of Public Schools."

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee*, That Section 31 of the Act approved March 6th, 1873, entitled "An Act to establish and maintain a uniform system of Public Schools," be so amended as to add to the curriculum of studies prescribed therein, the study of the elementary principles of Agriculture.

SEC. 2. *Be it further enacted*, That the Superintendent of Public Instruction of this State, and Commissioner of Agriculture shall be constituted a Commission to procure the preparation of, or the designature of, a work on the "Elementary Principles of Agriculture," which shall be taught in the Public Schools of the State, as are the other studies prescribed in the 21st Section of the Public School Law; *Provided*, no monies are to be paid by the State or out of the school fund for the preparation of the necessary book.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved March 27, 1879.

ALBERT S. MARKS,
*Governor.*

*[margin notes: Study of Agriculture enjoined. Superintendent Public Instruction and Commissioner Agriculture to design book.]*

**JA467**

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page15 of 45

# CHAPTER 52.

AN ACT to Prevent the Carrying of Fire Arms and Other Deadly Weapons.

*Be it enacted by the Council and House of Representatives of the Territory of Wyoming:*

**Carrying weapons within city, town or village limits, prohibited.**  SECTION. 1.   That hereafter it shall be unlawful for any resident of any city, town or village, or for any one not a resident of any city, town or village, in said Territory, but a sojourner therein, to bear upon his person, concealed or openly, any fire arm or other deadly weapon, within the limits of any city, town or village.

**Non-resident to be first notified.**  SEC. 2.   That if any person not a resident of any town, city or village of Wyoming Territory, shall, after being notified of the existence of this act by a proper peace officer, continue to carry or bear upon his person any fire arm or other deadly weapon, he or she, shall be deemed to be guilty of a violation of the provisions of this act and shall be punished accordingly.

**Violation of this act a misdemeanor.**  SEC. 3.   Any person violating any of the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than five dollars nor **Penalty.**  more than fifty dollars, and, in the default of the payment of any fine which may be assessed against him, shall be imprisoned in the county jail for not less than five days nor more than twenty days.

**In force.**  SEC. 4.   This act shall take effect and be in force from and after its passage.

Approved, December 2nd, 1875.

*ACTS OF ARKANSAS.* *191*

buildings and grounds shall hereafter be used exclusively for State purposes, the title to the same being in the State.

SEC. 2. That this act take effect and be in force thirty days after its passage, allowing that time for said county to vacate said rooms, &c.

Approved, April 1st, 1881.

---

## No. XCVI.

AN ACT To Preserve the Public Peace and Prevent Crime.

SECTION

1 Carrying of certain weapons constituted a misdemeanor; *proviso,* excepting officers, and persons journeying.
2 Carrying such weapons otherwise than in the hand, a misdemeanor.
3 Selling or disposing of such weapons, a misdemeanor.
4 Violation of act punishable by fine from $50 to $200.
5 Justices of the Peace knowing of violations of provisions of act and refusing to proceed, to be fined and removed.
6 Same penalty denounced any other officer knowing of such offense.
7 Violators of act how proceeded against.
8 Conflicting laws repealed; act in force 90 days after passage.

*Be it enacted by the General Assembly of the State of Arkansas:*

SECTION 1. That any person who shall wear or carry, in any manner whatever, as a weapon, any dirk or bowie knife, or a sword, or a spear in a cane, brass or metal knucks, razor, or any pistol of any kind whatever, except such pistols as are used in the army or navy of the United States, shall be guilty of a misdemeanor; *Provided,* That officers, whose duties require them to make arrests, or to keep and guard prisoners, together with the persons summoned by such officers, to aid them in the discharge of such duties, while actually engaged in such duties, are exempted from the provisions of this act. *Provided, further,* That nothing in this act be so construed as to prohibit any person from carrying any weapon when upon a journey, or upon his own premises.

*192*        *ACTS OF ARKANSAS.*

Sec. 2.   Any person, excepting such officers, or persons on a journey, and on his premises, as are mentioned in section one of this act, who shall wear or carry any such pistol as  in [is] used in the army or navy of the United States, in any manner except uncovered, and in his hand, shall be deemed guilty of a misdemeanor.

Sec. 3.   Any person who shall sell, barter or exchange, or otherwise dispose of, or in any manner furnish to any person *any person* any dirk or bowie knife, or a sword or a spear in a cane, brass or metal knucks, or any pistol, of any kind whatever, except  such as are used in  the army or  navy of the  United States, and known as the navy pistol, or any kind of cartridge, for any pistol, or any person who shall keep any such arms or cartridges for sale, shall be guilty of a misdemeanor.

Sec. 4.   Any person convicted of a violation of any of the provisions of this act, shall be punished  by a fine of not less than fifty nor more than two hundred dollars.

Sec. 5.   Any justice of the peace in this State, who, from his own knowledge, or from legal information, knows, or has reasonable grounds to believe, any person guilty of the violation of the  provisions of this  act, and shall fail or refuse to proceed against such person, shall  be deemed guilty of a nonfeasance in office, and upon conviction thereof, shall be punished by the same fines and penalties as provided in section four of this act, and shall be removed from office.

Sec. 6.   Any officer in this State, whose duty it is to make arrests, who may have personal knowledge of any person carrying arms contrary to the provisions of this act, and shall fail or refuse to arrest such person and  bring him to trial, shall be punished, as provided in section four of this act.

Sec. 7.   All persons violating any of the provisions of this act may be prosecuted in any of the courts of this State, having jurisdiction to try the same.

Sec. 8.   All laws or parts of laws, in conflict with the provisions of this act are hereby repealed, and this act to take effect and be in force ninety days after its passage.

Approved, April 1st, 1881.

GENERAL LAWS.                    25

## CHAPTER XXXIV.

### AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

SECTION 1. *Be it enacted by the Legislature of the State of Texas,* That any person carrying on or about his person, saddle, or in his saddle bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purposes of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense of the State, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been imposed; *provided,* that this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the State from keeping or carrying arms with their baggage; *provided further,* that members of the Legislature shall not be included under the term "civil officers" as used in this act.

SEC. 2. Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was in danger of an attack on his person, or unlawful interference with his property, shall be required to show that such danger was immediate and pressing, and was of such a nature as to alarm a person of ordinary courage; and that the weapon so carried was borne openly and not concealed beneath the clothing; and if it shall appear that this danger had its origin in a difficulty first commenced by the accused, it shall not be considered as a legal defense.

SEC. 3. If any person shall go into any church or religious assembly, any school room, or other place where persons are assem-

26                    GENERAL LAWS.

bled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, (except as may be required or permitted by law,) or to any other public assembly, and shall have or carry about his person a pistol or other firearm, dirk, dagger, slung shot, sword cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured and sold for the purposes of offense and defense, unless an officer of the peace, he shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than fifty, nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person ; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not more than ninety days.

SEC. 4.   This act shall not apply to, nor be enforced in any county of the State, which may be designated, in a proclamation of the Governor, as a frontier county, and liable to incursions of hostile Indians.

SEC. 5.   All fines collected under the provisions of this act shall be paid into the treasury of the county, and appropriated exclusively to the keeping in repair and maintenance of public roads, and all weapons forfeited to the county under the provisions of this act shall be sold as may be prescribed by the county court, and the proceeds appropriated to the same purpose.

SEC. 6.   It shall be the duty of all sheriffs, constables, marshals, and their deputies, and all policemen, and other peace officers, to arrest any person violating the first or third sections of this act, and to take such person immediately before a justice of the peace of the county where the offense is committed, or before a mayor or recorder of the town or city in which the offense is committed, who shall investigate and try the case without delay.   On all such trials the accused shall have the right of a trial by jury, and of appeal to the district court; but, in case of appeal, the accused shall be required to give bond with two or more good and sufficient sureties in a sum of not less than one hundred nor more than two hundred dollars, if convicted under the first section and in a sum of not less than two hundred nor more than one thousand dollars, if convicted under the third section of this act; said bond to be payable to the State of Texas, and approved by the magistrate, and conditioned that the defendant will abide the judgment of the district court that may

GENERAL LAWS.                    · 27

be rendered in the case; and in case of forfeiture the proceedings thereon shall be as is or may be prescribed by law in similar cases; and all moneys collected on any bond or judgment upon the same, shall be paid over and appropriated as provided in the fifth section of this act.

SEC. 7.  Any officer named in the sixth section of this act who shall refuse or fail to arrest any person whom he is required to arrest by said section on his own information, or where knowledge is conveyed to him of any violation of the first or third sections of this act, shall be dismissed from his office on conviction in the district court, on indictment or information, or by such other proceedings or tribunal as may be provided by law, and in addition, shall be fined in any sum not exceeding five hundred dollars, at the discretion of the court or jury.

SEC. 8.  That the district courts shall have concurrent jurisdiction under this act, and it is hereby made the duty of the several judges of the district courts of this State to give this act especially in charge to the grand juries of their respective counties.

SEC. 9.  It is hereby made the duty of the Governor to publish this act throughout the State; and this act shall take effect and be in force from and after the expiration of sixty days after its passage.

Approved April ·12, 1871.

———

CHAPTER XXXV.

AN ACT TO AUTHORIZE THE COUNTY COURT OF ROBERTSON COUNTY TO LEVY AND COLLECT A SPECIAL TAX FOR THE TERM OF TWO YEARS TO BUILD A COURT HOUSE AND JAIL IN THE CITY OF CALVERT, THE COUNTY SEAT OF SAID COUNTY.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That the County Court of Robertson county be and the same is hereby authorized to levy and collect, annually, for the term of two years, a special *ad valorem* tax upon all property, real, personal and mixed, in said county, not to exceed one half of one per centum in addition to all general and special taxes now authorized to be levied and collected by law, which tax shall be levied and collected the same as other taxes, and shall be appropriated and paid out solely for the purpose of building a substantial court house and jail at Calvert, the county seat of Robertson county, Texas.

SEC. 2.  That this act shall take effect and be in force from and after its passage.

Approved April 12, 1871.

# THE BROOKLYN DAILY EAGLE.

VOL. 41.—NO. 298.     BROOKLYN, TUESDAY, OCTOBER 26, 1880.     THREE CENTS.

HILL
MOYNAN

RIDLEY

BOOK

15

RIDLEY

STOCK
IMPORTERS

PAPER
LAMP
SHADES

EDWARD RIDLEY & SONS,

GEORGE W.
TITUS

STEWART
& CO.

## DEMOCRATS.

### Meetings in Brooklyn Last Night.

The Constitutional Union Association, Kings County War Veterans—Addresses by Hon. Bourke Cockran, General McMahon and Others—Helping the Issues.

# PISTOLS—CARRYING OF.

## ORDINANCE TO REGULATE THE CARRYING OF PISTOLS.

The Common Council of the City of Brooklyn do ordain as follows:

SECTION 1. Every person, except those authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his possession, within the City of Brooklyn a pistol of any description, concealed on his person, shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

Sec. 2. Any person twenty one years of age and over, except as provided in Section 1 of this ordinance, who has occasion to carry a pistol for his protection, may apply to the officer in command of the station house of the precinct where he resides. and such officer, if satisfied that the applicant is a proper and law abiding person, shall give said person a recommendation to the Superintendent of Police, or, in the absence of the superintendent, to the inspector in command at the central office, who may issue a permit, if approved by the Commissioner of Police and Excise, to the said person, allowing him to carry a pistol of any description.

Sec. 3. Any non-resident, who does business in the City of Brooklyn, and has occasion to carry a pistol while in said city, must make application for permission to do so to the officer in command of the station house of the precinct in which he does business, in the same manner as is required by residents of said city, and shall be subject to the same conditions and restrictions.

Sec. 4. The Commissioner of Police and Excise is hereby authorized and empowered. for reasons appearing to be satisfactory to him. to annul or revoke any permit given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

Sec. 5. If, at the time of the arrest of any person, a pistol of any description shall be found concealed on the person so arrested, without the necessary permit to carry the same, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint (in addition to the complaint under which the arrest is made) against such prisoner for violation of this ordinance.

Adopted in Common Council, October 4, 1880.

Ten days had elapsed on the 19th day of October, without the same being approved or disapproved by the Mayor.

D. McNAMARA, City Clerk.

CITY CLERK'S OFFICE, Brooklyn, October 25, 1880.

I do hereby certify that the foregoing is a true copy of the original ordinance on file in this office, and of the whole of said original.

oc25 10t                    D. McNAMARA, City Clerk.

# LAWS

OF THE

# STATE OF NEW YORK

PASSED AT THE

## ONE HUNDRED AND FOURTEENTH SESSION

OF THE

# LEGISLATURE,

**BEGUN JANUARY SIXTH, 1891, AND ENDED APRIL THIRTIETH, 1891, IN THE CITY OF ALBANY.**



ALBANY:
BANKS & BROTHERS, PUBLISHERS.
1891.

Generated on 2021-06-14 18:12 GMT / https://hdl.handle.net/2027/nyp.33433090742150
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
NEW YORK PUBLIC LIBRARY

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page24 of 45

# CHAP. 105.

### AN ACT to revise the charter of the city of Buffalo.

APPROVED by the Governor March 27, 1891.  Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

## TITLE I.

### THE CITY.

SECTION 1. The city of Buffalo shall be bounded as follows: Beginning at a point where a line drawn parallel with and thirteen hundred and fifty-three feet distant, and southerly at right angles from the northerly line of lot one hundred and three on the "mile strip" of the New York state reservation on the Niagara river, will intersect the east bank of the Niagara river, and running thence easterly and parallel with said northerly line of said lot one hundred and three to the New York state reservation line, including so much of said lot one hundred and three as lies southerly of the line thus establishing and excluding so much of the "Jones mile square," so called as lies northerly of said line; thence southeasterly along the northeasterly bounds of the said "Jones mile square" and the New York state reservation line the following courses and distance, to wit: South forty degrees east, two chains and sixty links; south thirty-five degrees east, seven chains; south thirty degrees east, seven chains; south twenty-five degrees east, seven chains, and south twenty degrees east, one chain and eighty-three links to the northwesterly corner of township number eleven, in the eighth range of townships of the Holland Land Company's survey; thence easterly along the northerly line of said township, to the northeasterly corner thereof; thence easterly, along the northerly line of said township, to the northeasterly corner thereof; thence easterly, along the northerly line of lot number sixty-six of the eleventh township and seventh range, to the northeasterly corner of said lot number sixty-six; thence southerly, along the easterly line of said lot number sixty-six, to the southeasterly corner thereof; thence easterly, along the southerly line of lots numbers sixty-five, fifty-eight, fifty-seven and fifty-six to the southeasterly corner of said lot fifty-six; thence northerly along the easterly line of lots numbers forty-six, forty-five, forty-four, forty-three, forty-two and forty-one, to the southwesterly corner of lot number thirty-two and the southeasterly corner of lot number forty-one in said last-mentioned township; said corners being also a point in the northerly line of the Buffalo Creek Indian reservation, as surveyed by James Sperry, eight chains and eighty-two links easterly from the northwesterly corner of lot number one hundred and forty-eight and one-half; thence south one degree and fifty-one minutes west, two hundred and eighty-eight chains and seventy-four links to a point in the southerly line of lot number two hundred and seventy-five of said reservation, and eighteen chains and forty-eight links easterly from southwesterly corner of said lot number two hundred and seventy-five; thence westerly along the southerly line of lots numbers two hundred and seventy-five, two hundred and sixty-four, two hundred and sixty-three and forty-two, to the southwesterly corner of said lot number forty-two; thence westerly on the same course

Generated on 2021-06-14 18:12 GMT  /  https://hdl.handle.net/2027/nyp.33433098742150
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page25 of 45

**176**                             LAWS OF NEW YORK.                    [Chap. 105.

Arrest of persons and seizure of implements.
forthwith arrest all persons there found offending against any law, and shall seize all implements of gaming, lottery tickets and lottery policies found therein, and convey any person so arrested before the police justice, and bring the articles so seized to the office of the superintendent.   It shall be the duty of the superintendent to cause the arrested person or persons to be rigorously prosecuted and the seized articles to be destroyed.

Patrolmen at election polls.
§ 206.  The superintendent shall detail, on the day of any election in the city, and on the night and day following if necessary, one or more patrolmen to each election poll, who may have access to the room or place in which the ballots are being received and counted.   The

Ballot-boxes.
board shall provide ballot and other boxes, for use at any election in the city, and provide for the custody of such boxes at all times, except during the taking, receiving and counting of ballots.   The city shall pay the expenses of procuring and taking care of such boxes as are used at elections.

Measures for orderly elections.
§ 207.  The superintendent shall take proper measures to have elections conducted in an orderly and fair manner, as provided by the election laws of the state.

Fees not chargeable without consent.
§ 208.  No fees or compensation whatever shall be charged or received by any member of the police force, except from the city or county for the arrest, confinement or discharge of any person, or for mileage and travel, or for serving any process, or for discharging any other duty required by this act, without the consent and approval of the board, nor shall any such fee or compensation be charged or received by any officer or citizen for the arrest of any person charged with crime, or for the service of any process in any criminal case, with-

Traveling expenses how audited and paid.
out such consent and approval.   The actual, necessary and reasonable traveling expenses, which shall include board as well as transportation, incurred by any member of the police force, or by any citizen who may have been selected to execute any process issued within the city, in executing any such process or discharging any duty required of him by the district attorney of the county of Erie, or by any police justice, judge of a court of record, or criminal court held within the city, shall be audited and allowed by the board of police, and be paid by the

Affidavit of expenditures.
superintendent, but such charges shall only be allowed upon the affidavit of the person making them that such expenditures have been actually and necessarily made and shall not include any items for traveling expenses in cases wherein transportation has been furnished to the party gratuitously.

Permits to carry pistols.
§ 209.  The superintendent may, upon application in writing, setting forth under oath sufficient reasons, issue to any person a permit in writing to carry a pistol or pistols in the city.   If such person shall be a private watchman, whose employers recommend the issuing of such permit and whose duties may require the use of such weapon or weapons, such permit shall be issued without charge.   For all other such permits issued said superintendent shall charge and receive an annual fee of two dollars and fifty cents, in advance.   Such permit shall not continue in force for more than one year, but may in the discretion of the superintendent, be revoked, or renewed from time to time upon the payment in advance of the fee of two dollars and fifty cents for

Registration thereof.
each year.   The superintendent shall keep a register, upon which shall be entered the name, residence and occupation of every person to whom he shall issue such permit, the date of issue or renewal, and

Deposit of fees.
the fee received for the same; and all the fees so received by him shall be deposited monthly in the city treasury to the credit and for the use

Generated on 2021-06-14 18:13 GMT  /  https://hdl.handle.net/2027/nyp.33433007742150
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google        Original from
NEW YORK PUBLIC LIBRARY

**JA478**

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page26 of 45

of the police pension fund hereinafter mentioned. No person, other <sup>Carrying</sup> than members of the police force, regularly elected constables, the <sup>concealed weapons</sup> sheriff of Erie county, and his duly appointed deputies, shall, in the <sup>prohibited.</sup> city, carry concealed upon or about his person, any pistol or revolver, or other dangerous weapon or weapons, without having first obtained a permit, as hereinbefore provided; and such permit shall be produced <sup>Exhibition of permits.</sup> and exhibited by any person holding the same, upon the request of a member of the police force. A violation of any of the provisions of <sup>Penalty.</sup> this section shall be a misdemeanor and punishable as such; and all fines imposed and collected for such violations shall be deposited to <sup>Deposit of fines.</sup> the credit of said pension fund by the clerk of the court imposing the same.

§ 210. The superintendent shall, either personally or through the <sup>Dog licenses.</sup> captains of the respective precincts, subject to such reasonable regulations as the board may, from time to time, adopt, issue licenses to residents of the city who own or keep a dog or dogs, to permit such dogs to run at large within the city limits. Each dog must, at all <sup>Collar to be worn.</sup> times, wear a suitable collar, to which shall be attached a tag or plate, to be furnished by the superintendent bearing the number of the license issued for it, and all dogs so licensed shall be subject to such provisions of law or ordinances as may be enacted. Such licenses shall <sup>Term of license and fee.</sup> be for the term of one year, and shall only be granted upon the payment, in advance of the sum of one dollar for each dog and two dollars for each bitch so owned or kept. It shall be the duty of every person residing in the city, who owns or keeps such <sup>Application for licenses.</sup> an animal to apply to the captain of the precinct in which he resides, or to the superintendent for a license for each such animal so owned or kept by him; and if such person fail to apply for and take out such license within twenty days after being notified so to do by any member <sup>Penalty.</sup> of the police force, he shall for each offense, be liable to a fine of five dollars, to be sued for and collected in the municipal court of Buffalo, upon the complaint of the superintendent or any member of the police force, together with the cost of such proceeding. Any member of the <sup>Destruction of dogs.</sup> police force is authorized to destroy by any means other than poisoning any such animal not duly licensed and whose owner is not known or who fails to comply with this section. The superintendent shall <sup>Record.</sup> keep a record of all licenses issued, and shall deposit all fees received <sup>Deposit of fees and fines.</sup> therefor with the treasurer of the city, who shall credit the same to the police pension fund. All fines collected under the provisions of this section shall be deposited to the credit of said fund.

§ 211. All rewards or gifts that may be paid or given to any member of <sup>Police pension fund, how created.</sup> the police force for his service, except when the board allow him to retain the same, and all moneys arising from the sale of unclaimed goods remaining for the space of one year in the hands of the clerk of the board, and all fines imposed by the board upon members of the police force, and all fees received and fines imposed under the two preceding sections, and all moneys, pay, compensation or salary or any part thereof, forfeited, deducted or withheld from any member or members of the police force, for or on account of absence for any cause, lost or sick time, sickness or other disability, physical or mental, shall be paid monthly by the board, and five per centum of all fees for licenses for the sale of liquors, wines, ale and beer, and five per centum of all fines and penalties imposed for any violation of the excise law shall be paid weekly by the board of excise (provided, however, that the said five per centum of license fees, fines and penalties shall not exceed the sum of fifteen thousand dollars in any one year) all of which sum shall be

23


Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Generated on 2021-06-14 18:13 GMT  /  https://hdl.handle.net/2027/nyp.33433090721S0
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

TWO CENTS.

# Elmira   Gazette

TWO CENTS.

VOL.LXVIII—NO. 177.    ELMIRA, N. Y., THURSDAY EVENING, JULY 28, 1892.    THIRD EDITION

## THE BIG IRON STRIKE

Soldiers at Homestead Think They Will All Get Away Next Week.

### SOME REGIMENTS HAVE GONE.

Several Hundred Men are Now Said to be at Work in the Fitzburg Mills—Labor Leader Hugh O'Donnell Has Left Homestead Again.



ALEX. BERKMAN, FRICK'S ASSAILANT.

## ANXIOUS TO GO HOME.

First Session of the Fifty-Second Congress Likely to End Saturday.

### ACTION OF THE HOUSE TO-DAY.

A Joint Resolution Providing for Final Adjournment on Saturday at 2 p.m. Adopted—Filibustering on the World's Fair Bill.

### A PRETTY ANARCHIST.

Emma Goldman, The Friend of Berkman, Talks Pleasantly to a Reporter.

## CAUSE OF HOME RULE

Views of Tim Healy, William Redmond and Michael Davitt.

### FINANCIAL AID FROM AMERICA

A Recount of the Visits to the Recent Election in Greenock, Scotland, Reduces Mr. Gladstone's Majority in the House to Forty.

## TWENTY OIL TANKS ON FIRE.

A Tank Containing 27,000 Barrels Struck by Lightning—Awful Heat.

## THE LAW TO TAKE ITS COURSE.

## A COLD WAVE COMING.

## FARM LABORERS NEEDED.

## A QUESTION OF BRAVERY.

### THE FAMOUS FAIRHEALY PLAN

JA480

ELMIRA DAILY GAZETTE AND FREE PRESS, JULY 28, 1892.

# CITY EDITION.

**The Latest General, Foreign and Local News Up to 3:45 p.m.**

**The Weather.**

*(Reported for the Gazette by Curtis Bros.)*

ELMIRA, N. Y., July 27, 1892.

GOOD EVENING!

## THE ROLLING MILLS.

**What Was Heard and Seen Around That Industry This Morning.**

## RAILROAD RUMBLES.

— OF —

**Little Bits of Steam and Electric Railroad Gossip.**

— THE —

**SOME FACTS, OTHERS ARE?**

## HORSE LARYNGITIS.

**What a Noted Veterinary Surgeon Says About the Disease.**

# Why You Should Use Cleveland's Baking Powder

It is beyond question perfectly wholesome, being composed only of pure cream of tartar and soda, with enough flour added to keep the strength, no ammonia, no alum, no adulteration whatever.

It is the strongest. A rounded teaspoonful of Cleveland's Baking Powder does more and better work than a heaping teaspoonful of others.

A large saving on a year's baking.

Cake and other articles of food keep moist and fresh and do not dry up as when made with baking powders containing ammonia or alum.

**NEXT YEAR IN ELMIRA.**

**EVERYBODY'S COLUMN.**

E. E. THORNTON, Real Estate Agent.

Elmira Opera House

THE Columbia Comedy Company

Wednesday, July 27.

BACON & RUBIN, LICENSED SCAVENGERS.

Coal and Kindling Wood

The H. C. SPAULDING CO'S.

T. PERRY & CO. INSURANCE AND REAL ESTATE.

ALBANY LAW SCHOOL
ESTABLISHED 1851.

# City of Elmira---Official Notice.

The Common Council of the City of Elmira do ordain and enact as follows :

Section 1—Every person except those authorized by law to make arrests, and persons to whom permits shall have been issued. as hereinafter provided, who shall have in his possession within the city of Elmira, a pistol of any description concealed on his person, shall be punished on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

Section 2—Any person twenty-one years old and over, except as provided in section one of this ordinance, who has occasion to carry a pistol for his protection, may apply to the chief of police of this city, and such officer if satisfied that the applicant is a proper and law-abiding person, may issue a permit, if approved by the Commissioners of Police, to the said person, allowing him to carry a pistol of any description. The chief of police shall keep a list of such permits granted and shall make returns of the same. upon suitable blanks. to the Commissioners of Police as each meeting of the board for their approval.

Section 3—The chief of police is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul or revoke any permit given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

Section 4—If, at the time of arrest of any person. a pistol of any description shall be found upon the person so arrested. without the necessary permit to carry the same, it shall be deemed to work a forfeiture of any right or interest such person may have to, or in such pistol ; and the officer making the arrest shall, in addition to the complaint for which the arrest is made. make a separate complaint of violation of this ordinance.

Providing that this section shall not apply to any person who may be carrying a pistol unloaded from the place of its purchase to the residence or to the place of business of such person.

CITY CLERK'S OFFICE, } ss:
   CITY OF ELMIRA. }

I hereby certify that the foregoing ordinance was duly adopted by the Common Council at a regular meeting thereof, held Monday, July 18th, 1892.

THOMAS S. SMITH,
City Clerk.

Dated City Clerk's Office, |
Elmira, N. Y., July 22, 1892. } july23dtaw1w-fri-tu

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF SYRACUSE, N. Y.

AS REVISED IN 1885, AND AS AMENDED FROM 1885 TO 1893
INCLUSIVE,

TOGETHER WITH

SPECIAL LEGISLATIVE ENACTMENTS AFFECTING
THE CITY OF SYRACUSE.

SUPPLEMENT FOR 1894.

SYRACUSE, N. Y.:
E. M. GROVER, PRINTER AND BINDER.
1894.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Generated on 2021-07-02 15:04 GMT  /  https://hdl.handle.net/2027/uiug.ark:/13960/t7mb8459
Public Domain  /  http://www.hathitrust.org/access_use#pd

JA483

242                        LEGISLATIVE ACTS.

## ·POLICE PENSION FUND.

### LAW TO PROVIDE FOR A POLICE PENSION FUND FOR THE SYRACUSE POLICE FORCE, BEING CHAPTER 509 OF THE LAWS OF 1892.

**Police pension fund, how constituted.**
SECTION 1. The right to provide and maintain a fund to be known as the police pension fund, is hereby authorized and granted to the police force of the city of Syracuse, to be managed as hereinafter provided, and shall consist of:

**Of relief fund.**
First. The fund known as the police relief fund and all interests belonging thereto, now in the hands of the treasurer of the city of Syracuse, and of

**Forfeitures.**
Second. All forfeitures of fines imposed by the board of police commissioners, from time to time, upon or against any member or members of the police force; and of

**Rewards, gifts, etc.**
Third. All rewards, fees, gifts, testimonials and emoluments that may be presented, paid or given to any member of the police on account of police services, except such as shall be allowed by the board of police commissioners to be retained by said board; and of

**Lost, etc., money and property.**
Fourth. All lost, abandoned, unclaimed or stolen money remaining in the possession of the clerk of the police board, for the space of one year, and for which there shall be no lawful claimants, and all moneys arising from the sale, by the said property clerk, of unclaimed, abandoned, lost, or stolen property; and of

Generated on 2023-07-02 15:56 GMT  /  https://hdl.handle.net/2027/uiuc.ark:/13960/t7rn84459
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

LEGISLATIVE ACTS.             243

Fifth. All moneys, pay, compensation or salary or Deductions from pay.
any part thereof, deducted or withheld from any mem-
ber or members of the police force for or on account of
absence, for any cause, lost or sick time, sickness or
other disability, physical or mental; and of

Sixth All moneys received or derived from the Receipts from pistol permits.
granting or issuing of permits to carry pistols in said
city, and the chief of police is hereby authorized to issue
permits for such purpose, in proper cases, upon receiv-
ing from the applicant for such permit the sum of two
dollars and fifty cents, but no permit shall continue in
force for more than one year; and of

Seventh. Such sum per month to be paid by each Contributions.
member of the police force as shall be agreed upon by
the members; and of

Eighth. All fees received by the chief of police, cap- Bail fees.
tains or roundsmen for perfecting and accepting bail
bonds.

§ 2. The police commissioners of said city are hereby Trustees and treasurer of fund.
made a board of trustees of said pension fund, and they
shall, from time to time, appoint one of their number
as treasurer of said fund, but before entering upon his
duties he shall execute and deliver to the said board of
trustees a bond in the penal sum of ten thousand dollars
to be approved by the mayor of said city and condi-
tioned for the faithful discharge of his duties, and that
he shall pay over and account for all moneys and prop-
erty which shall come into his hands as such treasurer.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

JA485



# MUNICIPAL ORDINANCES

## OF THE

## CITY OF TROY

### 1905

#### RULES AND REGULATIONS
of the
#### HEALTH DEPARTMENT

#### RULES AND REGULATIONS
with Reference to the
#### WATER WORKS

Generated on 2021-06-15 14:19 GMT / https://hdl.handle.net/2027/hvd.li21x4
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

*Miscellaneous.*                                                   425

AN ORDINANCE REGULATING THE CARRYING OF LOADED
  FIREARMS AND OTHER DANGEROUS WEAPONS IN THE
  CITY OF TROY.

Passed May 4, 1905.

*The City of Troy in Common Council convened, ordains
as follows:*

SECTION 1.  Any person, other than a peace officer,
who shall in any public street, highway or place within
the City of Troy, have or carry concealed upon his per-
son any loaded pistol, revolver, or other firearm, or any

slungshot, billy, sand-club, or a dagger, dirk, stilletto, or
dangerous knife, without theretofore having been author-
ized as hereinafter provided to carry the same, shall be
guilty of a misdemeanor, punishable by a fine not ex-
ceeding one hundred and fifty dollars or by imprisonment
in a penitentiary or county jail for not more than one
hundred and fifty days, or by both.

§ 2.  Any person, except as provided in this ordinance,
who has occasion to carry a loaded revolver, pistol or
firearm for his protection, may apply to the commissioner
of public safety—and such officer, if satisfied that the
applicant is a proper and lawabiding person, shall give
the said person a permit allowing him to carry such
loaded firearm for such period of time as he may deem
proper.  Any non-resident who does business in the City
of Troy, and has occasion to carry a loaded pistol, revol-
ver, or firearm while in the said city, must make applica-
tion for permission to do so, to the commissioner of pub-
lic safety, in the same manner as is required of residents
of said city, and shall be subject to the same conditions
and restrictions.

§ 3.  If, at the time of arrest, a loaded pistol, revolver,
or firearm of any description or slungshot, billy, sand
club, or a dagger, dirk, stilletto, or dangerous knife, shall
be found concealed on the person of the one arrested, the

Digitized by Google                    Original from
                                        HARVARD UNIVERSITY

Generated on 2021-06-15 14:19 GMT  /  https://hdl.handle.net/2027/hvd.1i21x4
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

**JA487**

426          *City Ordinances.*

officer making the arrest shall state such fact to the Magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner, for violation of the provisions of this ordinance.

§ 4. The commissioner of public safety is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul, or revoke any permission given under this ordinance. Every person to whom a permit shall be given as above provided, shall pay therefore, the sum of two dollars and fifty cents; which shall be applied in aid of the police pension fund; and a return in detail, shall be made monthly by the commissioner of public safety, to the comptroller of the city, of the amount so received and credited. All persons to whom such permission shall be granted are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of loaded pistols, revolvers, or firearms, carried under the permission obtained as provided in this ordinance.

§ 5. All ordinances or parts of ordinances of the City of Troy, inconsistent with the provisions of this ordinance are hereby repealed.

§ 6. This ordinance shall take effect immediately.

Generated on 2021-06-25 14:20 GMT  /  https://hdl.handle.net/2027/hvd.li21x4
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by  Google          Original from
HARVARD UNIVERSITY

# REVISED CHARTER

AND

# ORDINANCES

OF THE

# CITY OF LOCKPORT

PRINTED BY AUTHORITY OF THE COMMON COUNCIL
OF THE CITY.

LOCKPORT, N. Y.

AUGUST, 1913.

Generated on 2021-06-15 14:02 GMT / https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

336                    PENAL ORDINANCES

of sixteen years, to allow or permit any such child or ward
to go or be in or upon any street, alley, park or other
public places, within the time prohibited in section one of
this ordinance, unless there exists a reasonable necessity
therefor.

Sec. 3.   **Curfew bell.**   Two strokes of the fire alarm bell
shall be given by the police from police headquarters, at
the appointed time, as a warning, to be called the "Curfew
Bell," after which a child is required to be in his or her
home or off the streets.

Sec. 4.   **Penalty.**   Any policeman, constable or peace
officer, is hereby authorized to arrest any such minor vio-
lating any of the provisions of section one of this ordinance,
and for the first violation to take such child to his home
and notify his parents or guardian of said violation, and of
the penalty if again arrested; upon any subsequent viola-
tion of the provisions of this ordinance, said parents or
guardian shall be fined not less than One Dollar ($1.00)
nor more than Five Dollars ($5.00); and if it shall appear
that said child or minor person for want of proper parental
care is growing up in mendicancy or vagrancy, or is incor-
rigible, such proceedings shall be had and taken as author-
ized and provided by law in such cases.

Sec. 5.   This ordinance shall take effect immediately.

———————

### PENAL ORDINANCE NO. 35.
### CONCEALED WEAPON.
(Adopted Dec. 7, 1909.)

The common council of the city of Lockport do ordain as
follows:

Section 1.   **Concealed weapon.**   No person over the age

Generated on 2021-06-15 14:03 GMT  /  https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
NEW YORK PUBLIC LIBRARY

**JA490**

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page38 of 45

of 16 years shall have or carry concealed upon his person, in said city, any pistol, revolver, or other firearm without a written license therefor, theretofore issued to him by the chief of police of such city as hereinafter provided.

Sec. 2. **Permit.** The chief of police may, upon application therefor, issue to any person, who is over sixteen years of age and a citizen of the United States, a permit in writing to carry a pistol or revolver in said city. For such permits so issued said chief of police shall charge and receive a fee of one dollar and fifty cents in advance. Said permit shall not continue in force for more than one year, and may, in the discretion of the chief of police, be revoked or renewed from time to time upon the payment in advance of one dollar and fifty cents for each year, or fraction thereof. The chief of police shall keep a record of the name, age, residence and occupation of every person to whom he shall issue such permit, and date of issue, or renewal, and the fee received for the same; and all the fees so received by him shall be deposited monthly in the city treasury to the credit and for the use of the police pension fund of said city. Any permit issued hereunder shall be produced and exhibited by any person holding the same, upon the request of a member of the police department of said city.

Sec. 3. **Penalty.** Any person violating any of the provisions of this ordinance shall be guilty of a misdemeanor and shall be punishable by a fine not to exceed fifty dollars, or imprisonment not to exceed six months, or by both such fine and imprisonment. And all fines imposed and collected for a violation of this section shall be deposited to the credit of said pension fund by the person so collecting the same.

Sec. 4. This ordinance shall take effect immediately.

Generated on 2021-06-15 14:03 GMT  /  https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# MUNICIPAL CODE

OF THE

## CITY OF ALBANY, N. Y.

CONTAINING

The Dongan Charter, Second Class Cities' Law,
The Unrepealed Portions of the Former City
Charters, General and Special State Laws

APPLICABLE TO

### THE CITY OF ALBANY

AND

### THE GENERAL CITY ORDINANCES

————

COMPLETE TO SEPTEMBER, 1910

————

Compiled and Arranged by Franklin M. Danaher and
Charles H. Mills, under the Direction of

**ARTHUR L. ANDREWS**

*Corporation Counsel*

ALBANY, N. Y.

1910

PRESS OF
THE BRANDOW PRINTING COMPANY
ALBANY, N. Y.

Generated on 2021-06-15 14:21 GMT / https://hdl.handle.net/2027/hvd.li2bz6
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

GENERAL ORDINANCES          849

ments for the period of five years from the date of the contract of sale, and for the performance of all other conditions in said contract contained. The amount of such bond and the sufficiency of the sureties to be approved by the Mayor, and its form and manner of execution by the Corporation Counsel or his assistant.

§ 6. All moneys received by the City Treasurer from such sales shall be credited by him as for moneys received for redemption of lands purchased by the city for non-payment of taxes, water rents and assessments.

§ 7. This ordinance shall take effect immediately.

---

## CHAPTER 72

### An ordinance regulating the carrying of loaded firearms in the City of Albany

Passed March 6, 1905.

*The City of Albany, in Common Council convened, ordains as follows:*

Section 1. Any person, other than a peace officer, who shall in any public street, highway, or place within the city of Albany, have or carry concealed upon his person any loaded pistol, revolver, or other firearm, without theretofore having been authorized as hereinafter provided to carry the same, shall be guilty of a misdemeanor, punishable by a fine not exceeding one hundred and fifty dollars, or by imprisonment in a penitentiary or county jail for not more than one hundred and fifty days, or by both.

§ 2. Any person, except as provided in this ordinance, who has occasion to carry a loaded revolver, pistol, or firearm for his protection, may apply to the Commissioner of Public Safety, and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give the said person a permit allowing him to carry such loaded firearms for such period of time as he may deem proper. Any nonresident who does business in the city of Albany, and has occasion to carry a loaded pistol, revolver, or firearm while in the said city, must make application for permission to do so, to the Commissioner of Public Safety, in the same manner as is required of residents of said city, and shall be subject to the same conditions and restrictions.

§ 3. If, at the time of arrest, a loaded pistol, revolver, or firearm of any description shall be found concealed on the person of

Generated on 2021-06-15 14:21 GMT  /  https://hdl.handle.net/2027/hvd.li2h26
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

**JA493**

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page41 of 45

850                GENERAL ORDINANCES

the one arrested, the officer making the arrest shall state such fact
to the magistrate before whom the prisoner is brought, and shall
make a separate complaint against such prisoner, for violation of
the provisions of this ordinance.

§ 4. The Commissioner of Public Safety is hereby authorized
and empowered, for reason appearing to be satisfactory to him,
to annul, or revoke any permission given under this ordinance.
Every person to whom a permit shall be granted as above pro-
vided, shall pay therefor, the sum of two dollars and fifty cents;
which shall be applied in aid of the Police Pension Fund; and a
return in detail, shall be made monthly by the Commissioner of
Public Safety, to the Comptroller of the City, of the amount so
received and credited. All persons to whom such permission shall
be granted are hereby declared to be individually responsible for
their own acts, or the consequences that may arise from the use
of loaded pistols, revolvers, or firearms, carried under the per-
mission obtained as provided in this ordinance.

§ 5. All ordinances or parts of ordinances of the city of Albany,
inconsistent with the provisions of this ordinance are hereby
repealed.

### CHAPTER 73

An ordinance determining the number of members of the fire depart-
ment and the classes or grades in which they shall be divided

Section 1. The number of members of the Fire Department and
the classes or grades in which they shall be divided is hereby
determined as follows:

There shall be one chief, two permanent assistant chiefs, one
clerk, one superintendent of fire alarm, one assistant superintend-
ent of fire alarm, two operators, two linemen, one battery man,
one superintendent of the hose and supply depot, one assistant
superintendent of hose and supply depot, thirteen foremen, not
to exceed thirteen assistant foremen, ten engineers of steamers,
ten firemen of steamers, ten drivers of steamers, three tillermen,
three drivers of trucks, sixty-four permanent hosemen and ladder-
men, two relief engineers, one relief fireman, one relief driver, one
relief truckman, one call assistant engineer, not to exceed forty-
five call hosemen and laddermen, one veterinary surgeon and one
department physician.

Generated on 2021-06-15 14:22 GMT / https://hdl.handle.net/2027/hvd.li2h26
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

JA494

# COMPILED

# ORDINANCES

## OF THE

# CITY OF OMAHA.

EMBRACING ALL THOSE OF A GENERAL NATURE IN FORCE JULY 31st, 1881; ALSO,
MANY OF A SPECIAL, LOCAL AND MORE IMPORTANT CHARACTER, INCLUDING THOSE
PASSED DURING THE MONTHS OF AUGUST, SEPTEMBER AND OCTOBER, 1881,
AFTER THE COMPILATION WAS COMPLETED; TO WHICH IS ADDED MUCH
OTHER VALUABLE MATTER—THE WHOLE BEING PREFIXED BY
THE CONSTITUTION OF THE STATE AND THE ACTS OF THE
LEGISLATURE GOVERNING CITIES OF THE FIRST-CLASS.

COMPILED AND ARRANGED UNDER THE IMMEDIATE SUPERVISION OF

## CHAMPION S. CHASE.

PUBLISHED BY ORDER OF THE CITY COUNCIL.

OMAHA. NEB:
GIBSON, MILLER & RICHARDSON PRINTERS.
1881.

JA495

A

counsel. The trial may be adjourned from time to time as the council shall deem necessary.

SEC. 3. [**Contempt by witness.**]—If any person shall refuse to attend as a witness at such trial, the council may order his arrest by the sergeant-at-arms, and such person when arrested shall be punished for the contempt by fine not to exceed fifty dollars, or by imprisonment not to exceed ten days, or otherwise as the council may direct. All witnesses shall be examined under oath or affirmation.

SEC. 4. [**Conduct of trial.**]—After hearing the proof on both sides the prosecution and defense may each, in the order named, once address the council, and for such length of time as the council shall determine. All questions arising during the progress of the trial shall be determined by the president in the first instance, subject to an appeal to the council by either party. At the close of the arguments, the council, by a vote of ayes and noes, shall determine as to the truth of the charge, or charges, or any of them. If the charge or charges, or any of them are sustained, the council may take such action in declaring the removal from office of the person accused, as to them may seem proper. The mayor by and with the consent of the city council, may suspend any officer from office whenever charges have been preferred against him, and pending the trial of the same, and may fill the temporary vacancy by appointment, except in case of the trial of any member of the city council; and in case the mayor is suspended the president of the council shall act as mayor.

SEC. 5. [**Removal of employes.**]—Nothing herein contained shall be construed as interfering in any way with the right of the city council to examine into charges against any appointed officer or employe of the city, by a committee of the council, and in such manner as they may determine, but the council shall have the right so to do, and any such officer may be removed from office at any time by the mayor, by and with the consent of the city council. No elective officer shall be removed the second time for the same offense.

## CHAPTER XXXI.—PEACE---DISTURBANCE OF.

SECTION 1. [**Fighting, intoxication, etc.**]---It shall be unlawful for any person to disturb the good order and peace of the city of Omaha by making any loud or unusual noise; or by fighting or threatening to fight, by tumultuous threatenings, or offensive carriage, or by being intoxicated on the streets, or in any public place in said city, or in any private place without the consent of the owner, or by using any obscene or profane language in the streets or other public places to the annoyance of citizens.

SEC. 2. [**Indecent acts.**]---It shall be unlawful for any person or persons to indulge in any indecent or disorderly conduct, or any lewd or lascivious behavior in the streets or other public places in the city of Omaha, or to commit any indecent, immodest or filthy act within the limits of said city in the presence of any person, or in such a situation that persons passing might ordinarily see the same.

SEC. 3. [**Indecent dress.**]---It shall be unlawful for any person to appear in any public place in said city in a state of nudity, or in a dress not belonging to his or her sex, or in an indecent or lewd dress.

SEC. 4. [**Indecent pictures, books or plays.**]---It shall be unlaw-

ful for any person to exhibit, sell, or offer for sale, or to dispose of in any manner any indecent or lewd book, picture or other thing, or to exhibit any indecent, immoral, or lewd play or other representation within said city, and any person who shall violate any of the provisions of this section or of the preceding sections of this chapter, or who shall in any manner other than is herein specified, willfully or maliciously disturb the public peace of said city, shall, on conviction thereof, be fined in any sum not exceeding fifty dollars.

SEC. 5. [**Fire-arms and fire-works.**]---If any person shall unnecessarily discharge any fire-arms, or shoot off any fire-crackers, or other fire-works, or shall light or throw any fire-ball or crackers, in said city, without permission of the mayor, such person so doing, shall, on conviction thereof, be fined in any sum not exceeding twenty dollars. The city council may by resolution suspend the operation of the above provision of this section, on the Fourth of July or any other day of public rejoicing.

SEC. 6. [**Concealed weapons.**]--If any person shall carry any concealed weapon or weapons, or have concealed on or about his or her person any revolver, pistol, slungshot, bowie knife, or other deadly weapon or instrument, such person shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be fined in any sum not exceeding twenty dollars. The foregoing provisions shall not apply to officers whose duties require that they should carry arms, nor to well known and worthy citizens, or persons of good repute, who may carry arms for their own protection in going to or from their place or places of business, if such business be lawful.

SEC. 7. [**Disorderly houses.**]—Any person or association of persons who shall permit in his, her, or their house, out-house, yard, or other premises under his, her, or their control, any gambling with cards, dice, or other implements or devices used in gambling, or who shall permit any loud or unusual noises therein, or shall suffer or permit any person or persons to fight or threaten to fight in such premises, shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be fined in any sum not to exceed twenty dollars.

SEC. 8. [**Gaming.**]—Any person or persons who shall keep a house for the purpose of gambling therein, or who shall suffer or permit other persons to come there, or to frequent and come together there for the purpose of gaming, and every person who in any public place shall play for money or other valuable thing at cards, dice, or in any other manner, or shall bet at faro, keno, or any other game, shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be fined in any sum not exceeding twenty dollars.

SEC. 9. [**Vagrants and swindlers.**]—Any and all persons who shall loiter about the city for the space of ten days without having some known legal occupation or means of support, and all suspicious persons who can give no reasonable account of themselves, which said classes of persons are usually termed vagrants, and all watch stuffers, ball game players, and all other persons who shall practice the game known as three-card monte or any game trick or device with intent to swindle may be arrested with or without warrant, by the marshal or any policeman of the city, and upon conviction of any act herein set forth, shall be deemed guilty of a misdemeanor, and shall be fined in the sum of twenty dollars and be imprisoned for a term of thirty days. [As amended May 13, 1873.]

SEC. 10. [**Additional penalty.**]—In addition to the penalty hereinbefore affixed to any offense mentioned in the first eight sections of this

Case 22-2908, Document 92-3, 01/09/2023, 3448888, Page45 of 45

SECOND CONGRESS.  Sess. I. Ch. 33.  1792.                              271

States, and for appropriating the same, took·effect: *And provided also,*   not to exceed
That such allowance shall not exceed the annual amount of seventy   $70,000.
thousand dollars, until the same shall be further ascertained by law.

Sec. 17. *And be it further enacted,* That the act, intituled " An act   Certain act in
repealing after the last day of June next, the duties heretofore laid upon   force for collec-
distilled spirits imported from abroad and laying others in their stead,   ties, &c. herein.
and also upon spirits distilled within the United States, and for appro-
priating the same," shall extend to and be in full force for the collection   1791, ch. 15.
of the several duties herein before mentioned and for the recovery and
distribution of the penalties and forfeitures herein contained and gene-
rally for the execution of this act, as fully and effectually as if every re-
gulation, restriction, penalty, provision, clause, matter, and thing therein
contained were inserted in and re-enacted by this present act, subject
only to the alterations hereby made.

Approved, May 8, 1792.

———

Statute I.

Chap XXXIII.—*An Act more effectually to provide for the National Defence by*   May 8, 1792.
*establishing an Uniform Militia throughout the United States.*(a)

Section 1. *Be it enacted by the Senate and House of Representa-*   Militia how
*tives of the United States of America in Congress assembled* That   and by whom
each and every free able-bodied white male citizen of the respective
states, resident therein, who is or shall be of the age of eighteen years,
and under the age of forty-five years (except as is herein after excepted)
shall severally and respectively be enrolled in the militia by the captain
or commanding officer of the company, within whose bounds such citi-
zen shall reside, and that within twelve months after the passing of this
act.  And it shall at all times hereafter be the duty of every such cap-
tain or commanding officer of a company to enrol every such citizen,
as aforesaid, and also those who shall, from time to time, arrive at the
age of eighteen years, or being of the age of eighteen years and under
the age of forty-five years (except as before excepted) shall come to re-
side within his bounds; and shall without delay notify such citizen of the
said enrolment, by a proper non-commissioned officer of the company, by
whom such notice may be proved.  That every citizen so enrolled and
notified, shall, within six months thereafter, provide himself with a good   How to be
musket or firelock, a sufficient bayonet and belt, two spare flints, and a   armed and ac-
knapsack, a pouch with a box therein to contain not less than twenty-   coutred.
four cartridges, suited to the bore of his musket or firelock, each car-
tridge to contain a proper quantity of powder and ball: or with a good
rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the
bore of his rifle and a quarter of a pound of powder; and shall appear,
so armed, accoutred and provided, when called out to exercise, or into
service, except, that when called out on company days to exercise only,
he may appear without a knapsack.  That the commissioned officers   1803, ch. 15.
shall severally be armed with a sword or hanger and espontoon, and that
from and after five years from the passing of this act, all muskets for
arming the militia as herein required, shall be of bores sufficient for

---

(a) The acts for the establishment of an uniform system for the government of the militia, are: An
act more effectually to provide for the national defence by establishing an uniform militia throughout the
United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States,
July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the
national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap.
15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March
3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United
States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling
forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the act now in
force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April
20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of
the United States, May 12, 1820, chap. 97; an act to reduce and fix the military peace establishment
of the United States, March 2, 1821, chap. 13, sec. 14.