19

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein, upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire, shall stand upon any part of the Park for the purpose of hire, nor except in waiting for persons taken by it into the Park, unless in either case at points designated by the Commission.

VII. No wagon or vehicle of burden or traffic shall pass through the Park, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the Park without the license of the Park Commission.

IX. No person shall expose any article for sale within the Park without the previous license of the Park Commission.

X. No person shall take ice from the Schuylkill within the Park without the license of the said Commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting, or indecent language shall be allowed in the Park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

Generated on 2022-10-07 00:11 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Original from
UNIVERSITY OF MICHIGAN

**JA676**

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page2 of 77

20

XIII. No person shall go in to bathe within the Park.

XIV. No person shall fish or disturb the water-fowl in the pool, or any pond, or birds in any part of the Park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical, or other entertainment therein, without the license of the Park Commissioners.

XVI. No person shall enter or leave the Park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the Park without the previous permission of the Commission; nor shall any gathering or meeting for political purposes in the Park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said Park.

Sect. 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said Park Commissioners, for the government of said Park, not inconsistent with this act, or the laws and constitutions of this State and United States—the power to ordain which rules and regulations is hereby expressly given to said Commissioners

Generated on 2022-10-07 00:10 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
UNIVERSITY OF MICHIGAN

21

—shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said Park Commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said City, as debts of that amount are recoverable, which fines shall be paid into the City treasury: *Provided*, That if said Park Commissioners should license the taking of ice in said Park, or the entry of any street or railroad therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into the City treasury; *And provided*, That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to be forthwith removed by a vote of the Park Commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations or any of them.  It shall be the duty of the police appointed to duty in the Park, without warrant, forthwith to arrest any offender against the preceding rules and regulations, whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

Generated on 2022-10-07 00:10 GMT  /  https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
UNIVERSITY OF MICHIGAN

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page4 of 77

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

Digitized by Google

JA679

OF THE CITY OF SAINT PAUL, FOR 1888.        689

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notice, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,

Superintendent.



Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page6 of 77

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

### WITH AN APPENDIX



BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page7 of 77

tion (so called), and also all that part of said city lying and
being east of the east bank of the Au Sable river, be and the
same is hereby detached from the city of Au Sable, in said
county of Iosco, State of Michigan, and the same shall be, and
is hereby attached to the township of Au Sable in said county
and State aforesaid.   But the territory hereby detached shall   Territory detached shall not be relieved of its share of legal bonded indebtedness.
not be relieved in any manner from its just share and propor-
tion of the present legal bonded indebtedness of said city of
Au Sable, together with interest thereon, and said indebted-
ness shall be apportioned in accordance with the provisions of
act number thirty-eight of the session laws of eighteen hun-
dred and eighty-three, approved April twenty-first, eighteen
hundred and eighty-three, entitled "An act to provide for the
adjustment of rights and liabilities on division of territory of
cities and townships," and acts amendatory thereof.

SEC. 2.   This act shall not be construed as nullifying or   This act not to repeal the act incorporating the board of education.
repealing an act entitled "An act to incorporate the board of
education of the city of Au Sable," being act number two
hundred and eighty-five of the local acts of eighteen hundred
and ninety-one, and the persons elected as members of such
board of education under the provisions thereof shall continue
to have and exercise all the duties, powers and jurisdictions
conferred upon them by the provisions thereof, within the ter-
ritory and district in which their jurisdiction now extends.

SEC. 3.   The matter of procedure in the matter of appor-   Procedure in the matter of taxes.
tioning, levying and collecting taxes for the support of the
schools within said district, and for altering the boundaries
thereof, shall be the same as near as may be as is provided by
law in the case of fractional school districts.

Approved May 24, 1895.

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to
the charter of the city of Detroit, and relating to parks,
boulevards and other public grounds in said city, and to
repeal act number three hundred and seventy-four of the
local acts of eighteen hundred and seventy-nine, entitled
'An act to provide for the establishment and maintenance of
a broad street or boulevard about the limits of the city of
Detroit and through portions of the townships of Ham-
tramck, Greenfield and Springwells, in the county of Wayne,'
approved May twenty-one, eighteen hundred and seventy-
nine," as amended by act number four hundred and fifteen
of the local acts of eighteen hundred and ninety-three,
approved May twenty-ninth, eighteen hundred and ninety-
three, by amending sections six, seven and fourteen thereof,
and to add to said act twenty new sections to stand as sec-
tions thirty-two, thirty-three, thirty-four, thirty-five, thirty-

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page8 of 77

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1.  *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6.  The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city.  And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city.  The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley.  When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**When improvements to be done by contract.**

SEC. 7.  The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act. And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

**May make rules and regulations for maintenance and care of.**

**Protection of.**

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page9 of 77

and boulevards, and any of the property in charge of said commissioners against any destruction or injury, and prevent the destruction or injury to or the taking of any trees, shrubs, plants, flowers or other things set out, planted or used by said commissioners in beautifying, improving or ornamenting said parks, public grounds or boulevards, and to prevent any disorder or disturbance on or about said parks, public grounds or boulevards, or any encroachment thereon or interference with the quiet and peaceable use and enjoyment of the same for the purpose for which the same are established and maintained. Said ordinances may provide for the punishment for any breach or violation of any of their provisions by like penalties provided for violation of ordinances of said city. The commissioners of metropolitan police for the city of Detroit, upon the request of said commissioners of parks and boulevards, shall detail for service in any of the grounds under the charge of said park and boulevard commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards: *Provided*, That said commissioners of parks and boulevards, may in lieu of such detail by said commissioners of metropolitan police, appoint as many persons as may be necessary to maintain order and protect the property on any of the grounds, under the charge of the said park and boulevard commissioners, and such persons so appointed shall have all the powers of regularly appointed policemen of said city in and upon said grounds, but not elsewhere. *[Police commis- sioner to detail police to main- tain order and protect property on request.]*

SEC. 14.   The grounds of which 'said commissioners may have control shall be used and enjoyed solely for the purposes for which they were established: *Provided*, That privileges for the hiring of boats and vehicles and other like purposes such as are usual in public parks may be let by the commissioners for a period not exceeding three years, but the same shall be exercised and permitted only upon the same being subject to their supervision and direction, and to such orders, rules and regulations as the said commissioners may make at any time: *Provided further*, That said commissioners may prohibit the construction, use and maintenance of any and all railway or tramway cars, tracks, engines or motors on Belle Isle park, or other city park or boulevard. *[To be used for purpose for which they were established. Proviso. Further proviso.]*

SEC. 32.   No person shall bring, drive or lead any swine, goat, cattle or any other animal other than horses or other beasts of burden in, on or along the boulevard, Belle Isle or any other parks or public grounds in charge of the commissioners of parks and boulevards; and no person shall lead any horse, mule or other animal on said boulevard or the driveways of either of said parks, or draw a second carriage, wagon or other vehicle with any horse or other motive power, nor drive thereon any *[Driving or lead- ing any swine, goat or cattle on or along boule- vard or parks prohibited.]*

75

horse, before any sleigh or sled, unless there shall be a suffi-
cient number of bells attached to harness of such horse, or to
such sleigh or sled to warn persons of their approach.

**Driving or speeding.**  SEC. 33.   No person shall ride or drive in said park or along
said boulevard at a rate of speed exceeding eight miles per
hour, excepting that horses may be speeded on such parts of
said boulevard or Belle Isle park as may be set apart by said
commissioners for that purpose, and then only under such reg-
ulations as the commissioners may prescribe.

**Riding, driving, or drawing any velocipede, bicycle, hand-cart, horse or animal on the walks, etc., prohibited.**  SEC. 34.   No person shall ride, drive or draw any velocipede,
bicycle, tricycle, wheelbarrow, handcart or any other vehicle,
or any horse or other animal on the footwalks or sidewalk,
grass plots or planting places of said parks or boulevard, or
upon any other part or portion thereof, excepting upon the
carriage drives; and no person shall permit any vehicle or
animal to stand upon such roadways or carriage drives to the
obstruction of the way or inconvenience of travel, and no per-
son shall solicit passengers for hire on either of said park or
boulevard, excepting by direction or permission of said com-
missioners.

**Not to tie any animal to trees, shrubs, electric light tower or lamp post.**  SEC. 35.   No person shall tie any animal to any tree or
shrub, electric light tower, lamp post, fire hydrant, or dock or
building in said park or boulevard, nor pluck, break, trample
upon or interfere with any grass, flower, plant or shrub in any
of said parks or boulevards, or climb, peel, cut, deface,
remove, injure or destroy any tree or shrub in any public park
or boulevard, or pasture any animal on the grass in any of said
parks or boulevards, and no person shall stand, walk or lie
upon any part of any public park or boulevard laid out and
appropriated for shrubbery or for grass when there shall have
been placed thereon a sign having the words, "Keep off the
grass," or other similar words thereon.

**No heavy traffic permitted.**  SEC. 36.   No heavy traffic shall be permitted on said boule-
vard or any of said parks, and no person shall drive any wagon,
cart, dray, truck or other vehicle for the carrying of or laden
with merchandise, manure, coal, wood or building material of
**Proviso.**  any kind:   *Provided,* That where there is no alley or side
street by which premises fronting on the boulevard can be
reached, trucks and such heavy vehicles carrying goods, mer-
chandise or other articles to or from any house or premises
abutting on the boulevard shall be permitted to enter thereon
at the cross street nearest said house or premises in a direction
in which the same are moving, and deliver or receive such
goods, merchandise or articles, but shall not proceed thereon
**Further proviso.**  further than the nearest cross street thereafter:   *Provided fur-
ther,* That nothing in this section shall prevent the driving of
milk wagons and ordinary light grocery or meat delivery
wagons, along the boulevard for the accommodation of resi-
dents thereon.

**Not to cut, break or injure any property, or post notices.**  SEC. 37.   No person shall cut, break or in any way injure
any electric light tower, lamp post, fence, bridge, dock, build-
ing, fountain or other structure or property in or upon any of
said parks or boulevards, and no person shall post or fix any

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38.   No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. <span class="marginal">Not to drive any display advertisement or placards along the parks or boulevards.</span>

SEC. 39.   No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.   And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.   Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. <span class="marginal">Not to dig, remove or carry away any sward, sand or turf from parks.</span>

SEC. 40.   No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. <span class="marginal">Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.</span>

SEC. 41.   No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. <span class="marginal">Not to build any fence or barrier around grass plots or planting place.</span>

SEC. 42.   No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the <span class="marginal">Not to play certain games.</span>

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page12 of 77

Proviso.

charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

Not to engage in sport liable to frighten horses.

SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

Not to discharge firearms or fireworks.

SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.

SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

Gambling and disorderly conduct.

SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and

Intoxicating liquors.

no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

All boats, carriages, railroad cars, and vehicles running for hire to be licensed.

SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

building material without the written permission of said com- *Not to deposit building material on any part of boulevard without written permission of commissioners.* missioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous *Red lights to be placed in conspicuous places.* places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and maintain and construct a proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction.

SEC. 49.   No person shall conduct or permit any funeral *Funeral processions not to drive on boulevard.* procession or hearse to be driven upon the boulevard: *Pro-* *vided,* That nothing herein contained shall be construed to *Proviso.* prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move.

SEC. 50.   No person shall remove any house or building on, *Not to remove any house or building on or along the boulevard without written permission of commissioner.* along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.

SEC. 51.   Any violation of the provisions of this act shall *Penalty for violation.* be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction

598                    LOCAL ACTS, 1895.—No. 437.

until the payment of such fine, for any period of time not
exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act
number three hundred eighty-three of the local acts of eight-
een hundred ninety-three, entitled "An act to provide for
the election of two justices of the peace and for the appoint-
ment of a justice clerk in and for the city of Saginaw, and to
define their jurisdiction and to fix their compensation; and
to abolish and discontinue the five offices of justice of the
peace of said city, upon the expiration of the terms of the
present incumbents thereof; and to provide for the filing of
the files, records and dockets belonging to or appertaining
to the offices abolished and discontinued, and for the issu-
ance of executions upon judgments appearing on said dockets
and to repeal all provisions of the charter of the city of Sag-
inaw and of all other acts or parts of acts in any wise contra-
vening the provisions of this act," approved May thirteenth,
eighteen hundred ninety-three.

Sections
amended.

SECTION 1.  *The People of the State of Michigan enact*,
That sections two, five, seven and eleven of act number three
hundred eighty-three of the local acts of eighteen hundred
ninety-three, entitled "An act to provide for the election of
two justices of the peace, and for the appointment of a justice
clerk in and for the city of Saginaw, and to define their juris-
diction and to fix their compensation, and to abolish and dis-
continue the five offices of justices of the peace of said city,
upon the expiration of the terms of the present incumbents
thereof, and to provide for the filing of the files, records and
dockets belonging to or appertaining to the offices abolished
and discontinued, and for the issuance of executions upon
judgments on said dockets, and to repeal all provisions of the
charter of the city of Saginaw and of all other acts or parts of
acts in any wise contravening the provisions of this act,"
approved May thirteenth, eighteen hundred ninety-three, be
amended so as to read as follows:

Justices to have
same jurisdic-
tion as justices
of townships.

Jurisdiction of
civil cases.

SEC. 2.   The said justices of the peace for the city of Sagi-
naw shall have the same jurisdiction and powers and perform
the same duties as are now exercised and performed, or may at
any time hereafter be conferred by law upon justices of the
peace for townships, together with jurisdiction in civil cases,
where either of the parties to any such action reside in the
county of Saginaw, and such further jurisdiction as may be
provided by statute.  In cases of examination of offenders by
either of said justices, for offenses committed against the crim-

# LAWS OF KANSAS.

———::———

### CHAPTER I.

#### ACCOUNTS IN RELATION TO PENITENTIARY.

SENATE RESOLUTION providing for Inquiry into Accounts of Penitentiary.

*Resolved by the Legislature of the State of Kansas:*

That the Auditor of State be and he is hereby directed to institue a rigid inquiry as to labor performed by state convicts confined in the jails of Leavenworth and Douglas counties, as to labor performed for the counties, before he draws any order upon the Treasurer of State, for money appropriated at this session of the Legislature, in favor of either Douglas or Leavenworth counties, or the Sheriffs of the same, or either of the Penitentiary Commissioners, he shall be satisfied from investigation that the State has been and is credited for all labor performed by convicts for any party or parties as above.

Auditor to institute inquiry.

3

Digitized from Best Copy Available

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page16 of 77

# CHAPTER XII.

## ARMS.—PREVENT CARRYING OF.

### AN ACT to prevent the carrying of Deadly Weapons.

*Be it enacted by the Legislature of the State of Kansas:*

SECTION 1.  Any person who is not engaged in any legiti- <span style="float:right">Conviction for carrying deadly weapons.</span>mate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the Government of the United States, who shall be found within the limits of this State, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor; and upon conviction shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court.

SEC. 2.  Justices of the Peace shall have original juris- <span style="float:right">Complaint made before Justice of the Peace.</span>diction of all cases arising under this Act, and on complaint being made, shall proceed to hear and determine the same in a summary manner, and shall have full authority to enforce both fine and imprisonment as provided in this Act, *Provided*, that nothing in this Act shall conflict with the ordinance of any incorporated city of the State.

SEC. 3.  In all cases arising under this Act, the accused <span style="float:right">Fine to be assessed.</span>shall be entitled to a jury of six men, possessing the qualifications of electors, who, if they find the defendant guilty, shall assess the fine to be paid by him, and fix the term of his imprisonment; and if convicted, may appeal to the District Court of the proper county as in other cases provided by law.

SEC. 4.  This Act to take effect and be in force from and after its publication.

Approved, February 23d, 1867.

S. J. CRAWFORD,
*Governor.*

Digitized from Best Copy Available

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page17 of 77

# ANNOTATED STATUTES

OF

# WISCONSIN,

CONTAINING THE

## GENERAL LAWS IN FORCE OCTOBER 1, 1889,

ALSO

THE REVISERS' NOTES TO THE REVISED STATUTES OF 1858 AND 1878,
NOTES OF CASES CONSTRUING AND APPLYING THE CONSTITU-
TION AND STATUTES, AND THE RULES OF THE COUNTY
AND CIRCUIT COURTS AND OF THE SUPREME COURT.

BY

## ARTHUR L. SANBORN AND JOHN R. BERRYMAN.

By Authority of Chapter 222, Laws of 1889.

## VOL. II.

CHICAGO, ILL.:
CALLAGHAN AND COMPANY.
Law Book Publishers.
1889.

# PART IV.

## CRIMES AND THE PUNISHMENT THEREOF; PROCEEDINGS IN CRIMINAL CASES; AND PRISONS, THEIR MANAGEMENT AND DISCIPLINE.

## TITLE XXXII.

### CRIMES AND THE PUNISHMENT THEREOF.

CHAP. 181.  Of offenses against the lives and persons of individuals.
     182.  Of offenses against property.
     183.  Of offenses against public justice.
     184.  Of offenses against the public peace.
     185.  Of offenses against public policy.
     186.  Of offenses against chastity, morality and decency.
     187.  Of offenses against the public health.
     188.  General provisions concerning crimes and punishments.

## CHAPTER CLXXXI.

### OF OFFENSES AGAINST THE LIVES AND PERSONS OF INDIVIDUALS.

**Homicide.**  SECTION 4337. The killing of a human being, without the authority of law, by poison, shooting, stabbing, or any other means, or in any other manner, is either murder, manslaughter, or excusable or justifiable homicide, according to the facts and circumstances of each case.

[Sec. 1, ch. 133, R. S. 1849.]  Sec. 1, ch. 164, R. S. 1858.

Revisers' note to this title — **Sections and provisions omitted and the reasons therefor.**  Sec. 26, ch. 164, R. S. 1858.  This section is clearly in conflict with the constitution, art. 3.  No one can be disfranchised for crime except on conviction.  This section disfranchises for an act committed in another state, which may or may not be a crime in some states; and in no case necessarily upon conviction.  The constitution authorizes the legislature to extend suffrage, but not restrict it, except in cases mentioned therein.

Sec. 30, ch. 164, R. S. 1858.  This section prescribes the punishment of manslaughter, generally in conflict with the punishments provided for its different degrees.

Sec. 48, ch. 64, R. S. 1858.  This section creates a very uncertain and loose offense in conflict with other provisions.  Malicious killing is a higher crime than this is made, and wilful carelessness is punished by other provisions.

Secs. 49 and 50, ch. 164, R. S. 1858.  Same provisions made elsewhere in this revision.

Sec. 17, ch. 165, R. S. 1858.  Same provision elsewhere.

Sec. 26, ch. 125, R. S. 1858, and sec. 1, ch. 14, 1868.  All these sections covered by the definition of the crime of "false pretenses."

Sec. 2, ch. 36, 1869.  This and all other provisions specially requiring public officers to do their duty in certain cases, unnecessary, and leave the inference that they need not do it, in other cases.

2210

persons passing over or near the same, shall be punished by fine not exceeding fifty dollars, nor less than two dollars.

Ch. 103, 1871.   The substance retained, but leaving responsibility with persons using machine to protect it from dangerous use.

This section does not apply to an agricultural society which leaves uncovered a coupling in a shaft used for transmitting power to machinery at a fair: *Phillips v. Agricultural Society*, 60 Wis., 401.

**Carrying concealed weapons.**   SECTION 4397. Any person who shall go armed with any concealed and dangerous weapon, shall be punished by imprisonment in the county jail not more than six months, or by fine not exceeding one hundred dollars: provided, this section shall not apply to any policeman or officer authorized to serve process.

Sec. 1, ch. 7, 1872.

**Dangerous weapon.** See note to sec. 4354. See, as to minors and intoxicated persons, sec. 4397b.

**Toy fire-arms, sale or use of prohibited.**   SECTION 4397a. [*Ch. 116, 1882.*] 1. It shall be unlawful for any person to sell or use, or have in his possession, for the purpose of exposing for sale or use, any toy pistol, toy revolver, or other toy fire-arm.

2. Any person violating any of the provisions of this act, on conviction thereof, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars, or by both fine and imprisonment, in the discretion of the court.

**Minors not to go armed.**   SECTION 4397b. [*Ch. 329, 1883.*] 1. It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor any pistol or revolver, found in his possession.

**Revolvers, etc., not to be sold to minors.**   2. It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan or give any pistol or revolver to any minor in this state.

**Intoxicated persons not to go armed.**   3. It shall be unlawful for any person in a state of intoxication to go armed with any pistol or revolver. Any person violating the provisions of this act shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding one hundred dollars.

**Penalty for assault and for using abusive language.**   SECTION 4398. [*As amended by ch. 189, 1882.*] Any person who shall assault another, when not excusable or justifiable, or who shall use in reference to and in the presence of another, or in reference to and in the presence of any member of his family, abusive or obscene language, intended or naturally tending to provoke an assault or any breach of the peace, shall be punished by imprisonment in the county jail not more than three months, or by fine not exceeding one hundred dollars. The provisions of this section shall not be applicable to any city or village which has enacted an ordinance under its charter for the punishment of the same or similar offense.

New section. Laws of Indiana and Ohio.

A complaint under this section must set forth the language used: *Steuer v. State*, 59 Wis., 472. And allege that it was used in the presence of the complainant or of some member of his family: *Peters v. State*, 66 id., 339. And the name, if it is known, of the person in reference to and in whose presence the language was used: *State v. Clarke*, 31 Minn., 207.

The words "wanton or obscene language," as used in a city ordinance, *held* equivalent to lewd or lascivious language: *Sutton v. McConnell*, 46 Wis., 269.

**The manufacture, sale and transportation of articles for unlawful purposes prohibited.**   SECTION 4398a. [*Sec. 1, ch. 342, 1885.*] Any per-

# THE

# 𝕾𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

---

## VOLUME III
### 1712 to 1724

---

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page21 of 77

five shillings, one-half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute and cause such offender to be as aforesaid convicted: which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offense the space of two days, without bail or mainprise.

Provided, That such conviction be made within ten days after such offense committed.   And if such offender be a negro or Indian slave, he shall, instead of imprisonment, be publicly whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and the Acts of Assembly passed August 14, 1725, Chapter 287; February 6, 1730-31, Chapter 322; March 29, 1735-36, Chapter 338; February 9, 1750-51, Chapter 388; March 26, 1762, Chapter 481; March 9, 1771, Chapter 624; March 21, 1772, Chapter 648; December 24, 1774, Chapter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter 1279; September 29, 1787, Chapter 1318; April 13, 1791, Chapter 1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743; April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29, 1803, P. L. 542; April 4, 1807, P. L. 132; March 30, 1812, P. L. 182; March 14, 1818, P. L. 189; March 29, 1824, P. L. 152; February 10, 1832, P. L. 64; June 13, 1836, P. L. 551; March 16, 1847, P. L. 473; April 11, 1848, P. L. 504; April 8, 1851, P. L. 382; April 14, 1851, P. L. 549; March 20, 1856, P. L. 137; May 5, 1864, P. L. 841; March 23, 1865, P. L. 744; March 12, 1866, P. L. 160; June 2, 1870, P. L. 1316; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885, P. L. 111.

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALIFIED.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page22 of 77

any person or persons, after the publication hereof, shall kill or destroy any buck, doe, fawn, or any other sort of deer whatsoever, at any other time or season except only betwixt the first day of July and first day of January, he shall forfeit and pay for every such buck, doe, fawn, or other deer so killed or destroyed as aforesaid, the sum of twenty shillings; one-half thereof to the poor of the township where the offense is committed, and the other half to him who shall inform or sue for the same, before any justice of the peace of this province, who is hereby empowered and authorized to hear and determine the same, and to convict the offender, by the oath or affirmation of one or more witnesses.

Provided, That such conviction be made within two months after such offense is committed.

And for the better conviction of offenders against this act:

[Section II.] Be it enacted, That every person in whose custody shall be found, or who shall expose to sale any green deer skins, fresh venison, or deer's flesh, at any other time of the year than what is before excepted, and shall be convicted thereof as aforesaid, shall be deemed guilty of the said offense. And that the same green deer skins, fresh venison or deer's flesh so found as aforesaid shall be held to be good evidence in the cases aforesaid.

Provided always, That nothing contained in this act shall be deemed or construed to extend to any free native Indians carrying guns, hunting, killing, and having in their custody any skins or deer's flesh for their own use, anything in this act to the contrary notwithstanding.

And whereas divers abuses, damages and inconveniencies have arose by persons carrying guns and presuming to hunt on other people's lands, for remedy whereof for the future:

[Section III.] Be it enacted by the authority aforesaid, That if any person or persons shall presume, at any time after the sixteenth day of November, in this present year one thousand seven hundred and twenty-one, to carry any gun or hunt on the improved or inclosed lands of any plantation other than his own, unless he have license or permission from the owner of such lands or plantation, and shall be thereof convicted, either

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page23 of 77

upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall for every such offense forfeit the sum of ten shillings. And if any person whatsoever, who is not owner of fifty acres of land and otherwise qualified in the same manner as persons are or ought to be by the laws of this province for electing of members to serve in assembly, shall, at any time after the said sixteenth day of November, carry any gun, or hunt in the woods or uninclosed lands, without license or permission obtained from the owner or owners of such lands, and shall be thereof convicted in manner aforesaid, such offender shall forfeit and pay the sum of five shillings for every such offense.

[Section IV.] And be it further enacted by the authority aforesaid, That no person whatsoever shall presume to shoot at or kill with a firearm any pigeon, dove, partridge, or other fowl in the open streets of the city of Philadelphia, or in the gardens, orchards and inclosures adjoining upon and belonging to any of the dwelling houses within the limits of the said city, upon the forfeiture of five shillings for every such offense, to be convicted in manner aforesaid.

All which penalties and forfeitures shall go, one moiety to the informer, and the other to the poor of the township where such offense is committed. But if convicted upon view of a justice of the peace, the whole forfeiture shall be to the use of the poor. And if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods, by warrant under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any be, the charge of distraining being first deducted. And for want of such distress he shall be committed to prison, where the forfeiture is twenty shillings, for the space of ten days; and, where the forfeiture is ten shillings, for the space of five days; and, if the forfeiture is five shillings, for the space of two days, without bail or mainprise.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page24 of 77

the Acts of Assembly passed February 6, 1730-31, Chapter 323;
January 27, 1749-50, Chapter 383.  Repealed by Act passed April 9,
1760, Chapter 456.

---

## CHAPTER CCXLVII.

AN ACT FOR THE WELL TANNING AND CURRYING OF LEATHER, AND
REGULATING OF CORDWAINERS, AND OTHER ARTIFICERS, USING
AND OCCUPYING LEATHER WITHIN THIS PROVINCE.

Whereas very great abuses have been committed by tanners,
cutters and other persons, using and working of leather within
this government, and the prices of leather become very exor-
bitant and burdensome to the people of this province: To the
intent therefore that a reasonable and indifferent course for
the true and well tanning, currying and working of leather, may
be from henceforth established and appointed, and yet the per-
sons using the several crafts and mysteries aforesaid may not
be more strictly bound or limited than the necessary regard of
the welfare and general commodity of all His Majesty's sub-
jects within the said province requireth:

[Section I.] Be it enacted by Sir William Keith, Baronet,
Governor of the Province of Pennsylvania, &c., by and with
the advice and consent of the freemen of the said Province in
General Assembly met, and by the authority of the same,  That
from and after the twenty-fifth day of November next, in this
present year of our Lord one thousand seven hundred and twen-
ty-one, if any person or persons using, or which shall use, the
mystery or faculty of tanning, or any person or persons im-
porting, or who shall import, any leather into this province,
shall at any time or times hereafter offer or put to sale any kind
of leather which shall be insufficiently and not thoroughly
tanned, so that the same, by the triers of leather lawfully ap-
pointed by virtue of this present act, for the time being, shall
be found to be insufficiently not thoroughly tanned, that then
all and every such person and persons so offending shall for-
feit such leather, as shall be found insufficiently and not thor-
oughly tanned, unless the party importing the same will give

**JA699**

88    1 **GEORGE I.**

*April,*
*1715.*

## CHAP. XXVI.

An ACT for the speedy trial of criminals, and ascertaining their punishment in the county courts when prosecuted there, and for payment of fees due from criminal persons.

A Supplementary act, May 1766, ch. 6.

**Preamble.**

WHEREAS many acts of assembly have been heretofore made against thieving and stealing, which at this present are not sufficient to prevent the committing those crimes, or to punish them when committed ;

**Justices of the county courts, of what crimes they may hold plea.**

II. BE IT THEREFORE ENACTED, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That it shall and may be lawful to and for the several justices of the county courts of this province to hold plea of, adjudge, and in lawful manner determine, all thieving and stealing of any goods or chattels whatsoever, not being above the value of one thousand pounds of tobacco (robbery, burglary, and house-breaking excepted,) *(a)* and every person or persons legally convicted of any such thieving and stealing (except before excepted,) by testimony of one sufficient evidence, not being the party grieved, before any such county court as aforesaid, shall and may cause to be punished, by paying fourfold of the value of the goods so thieved or stolen as aforesaid, and the stolen goods returned to the party or parties grieved thereby, and by putting in the pillory, and whipping so many stripes as the court before whom such matter is tried, shall adjudge, not exceeding forty ; which court shall always adjudge the value of the goods so thieved and stolen as aforesaid ; and if any such person, so convicted, have not sufficient goods and chattels, or be a servant, whereby he is incapable to have goods and chattels to satisfy and pay the said fourfold, in every such case, such person or persons shall receive the corporal punishment as aforesaid, and satisfy the fourfold, and fees of conviction, by servitude.

**Time of service, when to commence.**

III. AND BE IT HEREBY ENACTED AND DECLARED, *by the authority, advice and consent aforesaid,* That the time of service of a free person convict as aforesaid, not having goods and chattels as aforesaid, shall commence from the time of his conviction as aforesaid ; and the time of service of a servant, convict as aforesaid, shall commence at the expiration of such time of servitude, to which, at the time of his conviction, he stood bound, which time of servitude, for satisfaction for the

*(a)* By 1785, ch. 87, section 7, the justices of the county courts are empowered, (unless in cases particularly directed by law to be tried in the general court) to try all persons who have committed any manner of offence, although it may subject such person to the pains of death.

Digitized from Best Copy Available

## JOHN HART, Esq. Governor.

stolen goods, and fees accrued as aforesaid, shall be adjudged by such county court, either to the party grieved, or any other person the court shall order such convict to, that will then and there pay, or secure to be paid, the fourfold and costs aforesaid, at the discretion of the court ; and if any person or persons shall receive or take part of such stolen goods, or assist the person so stealing as aforesaid to make away or conceal them, being legally convicted as aforesaid, shall suffer the same corporal pains with the party stealing as aforesaid, any law, statute, usage or custom to the con rary notwithstanding.

*April, 1715.*

IV. AND, If any person or persons have been once convicted of any such thieving and stealing, (except before excepted,) and shall after be again presented for thieving and stealing of any goods or chattels, laid to be above the value of twelve-pence, it shall not be tried and determined by any county court, but the party presented, upon such presentment, shall be proceeded against in the provincial court as a felon for simple felony, but shall not be punished by death, but only paying the fourfold, branding with a hot iron, or such other corporal punishment as the court shall adjudge, saving life ; and such presentment shall be, by the clerk of every such county court, immediately sent to the then next provincial court, together with a transcript of his former conviction, if such conviction was in the same court where the presentment aforesaid shall be, or otherwise, made known to the attorney-general in what other court such former conviction was, if to him known, under the penalty of five hundred pounds of tobacco to our sovereign lord the king, his heirs and successors, for the support of government ; and the parties witnesses against such felons, if in court at the time of such presentment, shall be bound over to give evidence as aforesaid, or otherwise, if not in court, an account of their names and places of dwelling to be sent to the attorney-general, to be summoned against the then next provincial court, in order to such trial ; and the party presented, if in court, to be bound over also, by due course of law, to answer such presentment, or, if not in court, proceeded against by due course of law as aforesaid.

Persons again prosecuted must be tried in the provincial court, if the presentment charges them with stealing above the value of 12 pence.

V. AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That any person or persons whatsoever that shall kill any unmarked swine above three months old, if not upon his or their own land, or not in company with his or their own stock, shall and is hereby adjudged an hog stealer, and shall be liable to restore fourfold, and suffer such corporal pains as against the first offence in this act mentioned.

Penalty for killing unmarked swine.

VI. AND, to prevent any person or persons concealing or disfiguring the mark of any swine killed as aforesaid, BE IT FURTHER ENACTED, *by the authority advice and consent aforesaid,* That if any person or persons killing any such unmarked swine in the woods, or elsewhere, and shall wilfully disfigure the mark, or cut off the ears of such swine, so as to con-

For disfiguring their mark, &c.

f2

Digitized from Best Copy Available

90                              1 GEORGE I.

*April,*
**1715.**

**And on persons convicted for hunting, &c.**

ceal the true and real mark, or whether it were marked or not, shall be deemed and adjudged a hog stealer within the purview of this act, and shall suffer accordingly.

**VII.** AND, to prevent the abusing, hurting or worrying of any stock of hogs, cattle or horses, with dogs, or otherwise, BE IT ENACTED, That if any person or persons whatsoever, that have been convicted of any of the crimes aforesaid, or other crimes, or that shall be of evil fame, or a vagrant, or dissolute liver, that shall shoot, kill or hunt, or be seen to carry a gun, upon any person's land, whereon there shall be a seated plantation, without the owner's leave, having been once before warned, shall forfeit and pay one thousand pounds of tobacco, one half to our sovereign lord the king, his heirs and successors, the other half to the party grieved, or those who shall sue for the same, to be recovered in any county court of this province by action of debt, bill, plaint or information, wherein no essoin, protection or wager of law to be allowed.

**Criminals to pay their own fees, by servitude, if not otherwise capable.**

**VIII.** AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That from henceforth no sheriff, gaoler, clerk, crier, or other officer, shall charge either their own county, to which they belong, or the public, with any fees for any criminal committed to the charge of the said sheriff or gaoler, having sufficient estate in this province wherewith to pay the same, or being capable to pay the same by servitude, but that such criminals, being discharged by order and due course of law, shall pay their own fees to the sheriff, gaoler, clerk and crier, and other officers, being such as they may demand according to law, either out of his estate, or by servitude, or otherwise.

Vide 1781, ch 11.

**Proviso.**

**IX.** PROVIDED ALWAYS, That this act shall not extend to malefactors that are executed, or to such other persons who are banished, having no estate in this province, or to servants criminals, for whom the county shall pay such fees as are due by the acts of assembly to the sheriff, gaoler, clerk, crier, or other officers of such court where such criminal shall be convicted.

**Officers fees, how to be paid.**

**X.** AND BE IT FURTHER ENACTED, *by the authority aforesaid,* That all officers' fees due by law from (*a*) criminal servants, shall be paid by the county where the facts shall be committed ; and that all and every such criminal servants for

(*a*) By the act of 1727, ch. 2, all fees due on the prosecution of imported servants, were to be paid by the masters, &c. of such servants, and not by the public or county ; and the owners (unless in case of conviction and execution for capital offences,) to have recompence for such fees, by such servitude of the servants (not exceeding three years) as should be thought reasonable by the county court, &c.  By May, 1766, ch. 6, the legal fees on the prosecution of any negro, or other slave, in any county court, (whether convicted or acquitted,) shall be paid by and assessed in the levy of the respective counties where prosecuted.

Digitized from Best Copy Available

**JA702**

**JOHN HART,** Esq. Governor. 91

whom the county shall pay the fees due by law to such officers as aforesaid, shall, after the end and expiration of their time of servitude to their master or mistress, satisfy and pay unto the commissioners of the county who paid such fees for them to the sheriff, and other officers as aforesaid, for the use of the county, such sums as they have paid as aforesaid : and the several commissioners of the several counties shall, and are hereby empowered to make inquisition after all such servants, criminals, for whom the county hath defrayed the said fees to the sheriff, and other officers as aforesaid ; and they, the said commissioners, according to their best discretion, shall cause to be entered rules for the servants to make such reasonable satisfaction to the county as they shall think fit, and in such manner as they shall find convenient.

XI. AND, for the better security of the county which shall pay such fees for such criminal servants as aforesaid, BE IT ENACTED, *by the authority aforesaid,* That the master, mistress or dame of all such servants, be and are hereby enjoined and required, at the expiration of the time of such servant's servitude to such master, or mistress or dame, to render and deliver up to the sheriff of the county, for the use of the county aforesaid, such servants criminals as aforesaid, under the penalties to such master, mistress or dame, refusing or neglecting to deliver up such servants as aforesaid, of making satisfaction to the county for all such fees as by the county aforesaid have been paid for such criminal as aforesaid ; and such sheriff to whom such criminal servant shall be delivered as aforesaid, is hereby required to receive and secure such servants criminals as aforesaid, so that he be and appear at the then next county court to be held for the said county, to be disposed of as the said court shall consider.

*Masters, &c. to deliver up servants criminals under penalty of paying the fees, paid for the criminal by the county.*

Vide list of acts respecting crimes and punishments, 1692, ch. 16.

## CHAP. XXVII.

An ACT for the punishing the offences of adultery and fornication.

Other acts : 1749, ch. 12.—Nov. 1781, ch. 13—1785, ch. 47.—1796, ch. 34.

B E IT ENACTED, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That after the end of this session of assembly, whosoever shall, directly or indirectly, entertain, provide for, or cause to be entertained or provided for, any lewd woman or women, or that shall frequent her or their company, after that admonition to him or them be given by the minister, or the vestry, or the churchwarden or churchwardens of the parish where such person or persons shall inhabit, shall be adjudged

*Certain persons to be adjudged fornicators, &c.*

Digitized from Best Copy Available

# L A W S

O F

# *N E W - Y O R K,*

F R O M

The Year 1691, to 1773 inclufive.

PUBLISHED ACCORDING TO AN ACT OF THE
GENERAL ASSEMBLY.

VOLUME THE SECOND.



QUUM LEGES ALIÆ SUPER ALIAS ACCUMULATÆ, EAS DE INTEGRO
RETRACTARE, ET IN CORPUS SANUM ET HABILE REDIGERE, EX
USU SIT.
BACON.

# N E W - Y O R K:

Printed by HUGH GAINE, Printer to the King's Moſt Excellent Majeſty in the
Province of New-York,
MDCCLXXIV.

Case 1:22-cv-00986-GTS-CFH  Document 49-65  Filed 10/13/22  Page 2 of 4

alfo be neceffary to annex to the faid Certificate, an Affidavit of the fol- lowing Tenor, fworn to before any Magiftrate in the City of *New-York*: A. B. *being duly fworn, depofeth and faith, That he certainly knows* [or has Affidavits to prove, as the Cafe may be] *that the* Hemp *mentioned in the above, or the annexed Certificate, was all raifed after the firft of* March, *One thoufand feven hundred and fixty-four, in the Colony of* New-York, *in the County of* [here mentioning the County] *and that no Bounty has yet been paid for it, or any Part of it, to the beft of his Knowledge and Belief*: And further faith not. The Infpectors above mentioned, before they enter on the Execution of their Office, fhall take an Oath, faithfully to dif- charge the Duty of Infpectors, according to the Meaning of this Act.

[The Reft of this Act is Obsolete.]

*4th GEORGE III. A. D. 1763.*

Form of Affidavit to be fworn to before the Bounty fhall be paid.

---

### CHAP. MCCXXIX.

*An* ACT *to regulate the guaging of Wine, Rum, and other Spirituous Li- quors, Molaffes, and other Purpofes therein mentioned.*
Pafs'd the 20th December, 1763.

Expired 1ft Janu- ary, 1771.

---

### CHAP. MCCXXX.

*An* ACT *to lay a Duty of Tonnage on Veffels for defraying the Expence of the Light-Houfe on* Sandy-Hook.
Pafs'd the 20th December, 1763.

Continued Chap. 1277. Expired 1ft Janu- ary, 1772. Provided for Ch. 1515.

---

### CHAP. MCCXXXI.

*An* ACT *impowering* John Cruger, Robert R. Livingfton, Philip Livingfton, Leonard Lifpenard, *and* William Bayard, *Efquires, to receive from the Colony of* Pennfilvania, *the Sum of* Four Thoufand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the faid Colony, out of the Parliamentary Grant for the Service of the Year One thoufand feven hundred and fixty.*
Pafs'd the 20th December, 1763.

This Money being received and paid into the Treafury, the Act is therefore Obfolete.

---

### CHAP. MCCXXXII.

*An* ACT *to continue an Act, entitled, An Act for the Relief of Infolvent Debtors, and for repealing the acts therein mentioned, with an Addition thereto.*
Pafs'd the 20th December, 1763.

See Chap. 1148. Continued Ch. 1309.

---

### CHAP. MCCXXXIII.

*An* ACT *to prevent hunting with Fire-Arms in the City of* New-York, *and the Liberties thereof.*
Pafs'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and diforderly Perfons in and about the City of *New-York*, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Grafs, and Corn and other Grain ftanding and growing in the Fields and Inclofures there, to the great Danger of the Lives of his Majefty's Sub- jects, the Ruin and Deftruction of the moft valuable Improvements, the grievous Injury of the Proprietors, and the great Difcouragement of their Induftry.

Preamble.

5 T                                    I. In

# LAWS of *NEW-YORK*.

## 442

4th *GEORGE* III.
A. D. 1763.

Penalty for entering with Fire-Arms into any inclofed Land within this City or its Liberties.

Or paffing thro' Orchards, &c. without Arms.

Before whom Offenders to be convicted.

I. In order therefore the more effectually to punifh and prevent fuch Abufes as forefaid, **Be it Enacted** *by his Honour the Lieutenant Governor, the Council, and the General Affembly, and it is hereby Enacted by the Authority of the fame,* That if any Perfon or Perfons whatfoever, other than the Owner, Proprietor, or Poffeffor, or his or her white Servant or Servants, do and fhall, at any Time or Times from and after the Publication of this Act, carry, fhoot, or difcharge any Mufket, Fowling-Piece, or other Fire-Arm whatfoever, into, upon, or through any Orchard, Garden, Corn-Field, or other inclofed Land whatfoever, within the City of *New-York,* or the Liberties thereof, without Licence in Writing firft had and obtained for that Purpofe from fuch Owner, Proprietor, or Poffeffor of fuch Orchard, Garden, Corn-Field, or other inclofed Land ; or fhall enter into, or pafs through any Orchard, Garden, Corn-Field or Mowing-Ground, in any of the aforefaid Places without Fire-Arms, and thereof fhall be convicted before any Member of his Majefty's Council, either of the Juftices of the Supreme Court, or the Mayor, Recorder, or any one of the Aldermen of the City of *New-York,* for the Time being, by the Oath of one credible Witnefs, or by Confeffion of the Party offending, he, fhe, or they fo offending, fhall feverally forfeit and pay for every fuch Offence, the Sum of *Twenty Shillings* ; to be recovered and applied in the Manner herein after directed.

Forfeitures how to be recovered and applied.

II. **And be it further Enacted** *by the Authority aforefaid,* That every Fine and Forfeiture, which fhall accrue upon or by Virtue of this Act, fhall be recovered, with reafonable Cofts, not exceeding *Ten Shillings,* by any Perfon or Perfons who fhall and will fue, and profecute for the fame ; One Half of fuch Fine and Forfeiture when recovered and received, to be applied to his, her, or their own Ufe ; and the other Half thereof to be paid by him, her, or them, to the Church Wardens of the faid City for the Time being, for the Ufe of the Poor thereof.

Offenders to be imprifoned if the Fines are not paid,

Provifo.

III. **And be it further Enacted** *by the Authority aforefaid,* That every Offender, who fhall incur any fuch Fine or Forfeiture as aforefaid, fhall, by Warrant under the Hand and Seal of any Member of his Majefty's Council, Juftice of the Supreme Court, or the Mayor, Recorder, or Aldermen before whom he or they fhall be convicted, ftand and be committed to the Common Goal of the faid City, there to remain for the Space of three Months, unlefs the Fine or Forfeiture, with Cofts, be fooner paid. **Provided always,** That the Members of his Majefty's Council, and the Juftices of the Supreme Court, fhall be at Liberty to act in the Execution of this Law or not, as to them fhall feem fitting.

---

### C H A P.  MCCXXXIV.

Expired 1ft January, 1770.
Provided for Ch. 1441.

*An* ACT *to eftablifh the Rates to be taken for Wharfage of Ships and other Veffels ufing the Wharfs within the Limits therein mentioned,*

Pafs'd the 20th December, 1763.

---

### C H A P.  MCCXXXV.

Obfolete.

*An* ACT *to raife, levy, and collect, the Sum of* Sixty-one Pounds Nineteen Shillings, *in the City and County of* New-York, *for Services performed by the Coroner of the faid City and County.*

Pafs'd the 20th December, 1763.

C H A P.

**JA706**

Case 1:22-cv-00986-GTS-CFH   Document 49-65   Filed 10/13/22   Page 4 of 4

Laws Of New-York, From The Year 1691, To 1773 Inclusive. Vol. 2, Hugh Gaine,
MDCCLXXIV. The Making of Modern Law: Primary Sources, link.gale.
com/apps/doc/DT0103403799/MMLP?u=efgssf&sid=bookmark-
MMLP&xid=d8a580f7&pg=22. Accessed 12 Oct. 2022.

ACTS passed by the General Assembly of the Province of *New-Jersey*, at *Perth Amboy* in 1722, being the Eighth Year of His Majesty's Reign.

## CHAP. XXXIII.

*An* ACT *for the Security of His Majesty's Government of New-Jersey.*

**Preamble.**

*Sect.* 1. WHEREAS some Persons in this Province, disaffected to His Majesty's Person and Government, propagate their pernicious Principles, to the great Hurt of His Majesty's faithful and loyal Subjects inhabiting within the same. And by Reason of their Intermeddling in publick Affairs, in Contempt of His Majesty's legal and just Authority, obstruct the publick Administration, and will, if not prevented, prove Dangerous to the Government of this Province.

**Two or more Justices, or any Person specially appointed by**

BE IT THEREFORE ENACTED by the Governor, Council and General Assembly, and it is hereby

Digitized from Best Copy Available

Case 3:22-cv-00086-CTH-CTH Document 49-36 Filed 01/27/22 Page 27 of 4

# CHAP. XXXV.

## An ACT to prevent Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified.

*Any Person killing Deer in the Time by this Act disallowed, to forfeit 30s. &c.*

*Sect.* 1. **B**E IT ENACTED by the Governor, Council and General Assembly, AND IT IS HEREBY ENACTED by the Authority of the same, That if any Person or Persons, after the Publication hereof, shall kill or destroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatsoever, at any Time in the Months of *January, February, March, April, May* or *June*, every such Person shall, for every such Offence, forfeit and pay the Sum of *Thirty Shillings*, for every such Buck, Doe or Fawn, or other Deer, so killed or destroyed as aforesaid, contrary to the true Intent and Meaning of this Act ; one half thereof to the Poor of the Township or Precinct where the Offence is committed, and the other half to him who shall Inform or Sue for the same before any Justice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the same, and to convict the Offender by the Oath or Affirmation of one or more Witness. Provided, That such Conviction be made within two Months after the Offence committed.

*Sale of green Skins to amount to a Conviction, &c.*

2. AND for the better Convicting of Offenders against this Act, BE IT ENACTED by the Authority aforesaid, That every Person in whose Custody shall be found, or who shall expose to Sale, any green Deer Skins, fresh Venison or Deer's Flesh, at any Time in any of the Months of *January, February, March, April, May* or *June*, aforementioned, and shall be convicted thereof, as aforesaid, shall be deemed Guilty of the said Offence.

*Not to extend to hinder killing them in Corn Fields, or by Indians*

3. PROVIDED ALWAYS, That nothing contained in this Act, shall be deemed or construed to hinder any Person from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January*, nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Custody any Skins or Deer's Flesh for their own Use ; any Thing in this Act to the contrary notwithstanding.

4. And

Digitized from Best Copy Available

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

C c

before

*Marginal notes:*
No Person to carry a Gun or Hunt on Land inclosed but by assent of Owners &c.

Nor on Lands Unclosed, unless Freeholders &c.

Forfeitures how to be applyed, and how to be levied &c.

Want of Effects to be committed to Gaol.

JA710

Digitized from Best Copy Available

Case 2:22-cv-00086-GTS-CFH Document 49-26 Filed 01/13/22 Page 40 of 4

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made; and the Sheriff, Under-Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under-Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

*Sheriff refufing &c. to receive the party, to forfeit 6l. &c.*

6. AND IT IS ALSO FURTHER EN-ACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon, during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited; but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever; any Thing in this Act to the contrary hereof in any wife notwithftanding.

*Not to extend to Negros, &c. but they to be whipped if convicted, &c*

JA711

Digitized from Best Copy Available

JA712

Digitized from Best Copy Available

ing with Guns, Traps and Dogs, have, by Experience, been found in-
sufficient to anfwer the falutary Purpofes thereby intended ; Therefore,

**No Perfon to carry a Gun on Lands not his own, except, &c.**

Sect. 1. BE IT ENACTED *by the Governor, Council and General Af-
fembly of this Colony of* New-Jerfey, *and it is hereby Enacted by the Au-
thority of the fame,* That if any Perfon or Perfons fhall prefume, at
any Time after the Publication hereof, to carry any Gun on any
Lands not his own, and for which the Owner pays Taxes, or is in his
lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from
the Owner or Owners or legal Poffeffor, every fuch Perfon fo offending,
and convicted thereof, either upon the View of any Juftice of the Peace
within this Colony, or by the Oath or Affirmation of one or more Wit-
neffes, before any Juftice of the Peace of either of the Counties, Cities or
Towns-corporate of this Colony, in which the Offender or Offenders
may be taken or refide, he, fhe or they, fhall, for every fuch Offence, for-
feit and pay to the Owner of the Soil, or his Tenant in Poffeffion, the

**Penalty.**

Sum of *Forty Shillings*, with Cofts of Suit ; which Forfeiture fhall
and may be fued for and recovered by the Owner of the Soil, or Te-
nant in Poffeffion, before any Juftice of the Peace in this Colony, for
the Ufe of fuch Owner or Tenant in Poffeffion.

**No Perfon to drive Deer or other Game, except, &c.**

2. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon fhall prefume, at any Time after the Publication of this Act,
to hunt or watch for Deer with a Gun, or fet in any Dog or Dogs to
drive Deer, or any other Game, on any Lands not his own, and for
which the Owner or Poffeffor pays Taxes, or is in his lawful Poffeffion,
unlefs he hath Licenfe or Permiffion in Writing from fuch Owner or
Owners or legal Poffeffor ; every fuch Perfon fo offending, and being
convicted thereof in Manner aforefaid, fhall, for every fuch Offence,
forfeit and pay to the Owner of the Soil, or Tenant in Poffeffion, the

**Penalty.**

Sum of *Forty Shillings*, with Cofts of Suit ; provided, that nothing
herein contained fhall be conftrued to extend to prevent any Perfon
carrying a Gun upon the King's Highway in this Colony.

**Penalty on Non-Refi-dents.**

3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That
if the Perfon or Perfons offending againft this Act be Non-Refidents
of this Colony, he or they fhall forfeit and pay for every fuch Offence
*Five Pounds*, and fhall forfeit his or their Gun or Guns to any Perfon
or Perfons who fhall inform and profecute the fame to Effect, before
any Juftice of the Peace in any County of this Colony, wherein the
Offender or Offenders may be taken or apprehended.

**Penalty for killing, &c. Deer out of Seafon.**

4. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon or Perfons fhall kill, deftroy, hunt or take any Doe, Buck,
Fawn, or any Sort of Deer whatfoever, at any other Time or Seafon,
except only between the firft Day of *September* and the firft Day of
*January* yearly and every Year, he, fhe or they fo offending, fhall for-
feit and pay the Sum of *Forty Shillings* for each and every Offence ;
to be fued for, recovered and applied as hereafter is directed.

**What fhall be Evidence of fuch Kill-ing, &c.**

5. AND, for the better and more effectual convicting of Offenders
againft this Act, BE IT ENACTED *by the Authority aforefaid,* That any
and every Perfon or Perfons in whofe Cuftody fhall be found, or who
fhall

shall expose to Sale, any green Deerskins, or fresh Venison killed at any Time after the first Day of *January*, and before the first Day of *September* aforesaid, and shall be thereof convicted by the Oath or Affirmation of one or more credible Witnesses, shall be deemed guilty of offending against this Act, and be subjected to the Penalties of killing Deer out of Season.

6. AND WHEREAS great Numbers of idle and disorderly Persons make a Practice of hunting on the waste and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Loss of their Labour, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the first Day of *January* next, no Person or Persons whatsoever (except such Persons as are by the Laws of this Colony qualified to vote for Representatives in General Assembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) shall, on any Pretence whatever, hunt on the waste and unimproved Lands in this Colony ; and if any Person or Persons, not qualified as aforesaid, shall presume to hunt as aforesaid, he or they so offending shall forfeit and pay, for every such Offence, the Sum of *Twenty Shillings* ; to be recovered by Action of Debt, with Costs, by any Person who shall sue for the same ; to be applied one Half to the Prosecutor, and the other Half to the Use of the Poor of the Township or Precinct where the Fact was committed. *(margin: Who may hunt on unimproved Lands. Penalty on Offenders.)*

7. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons within this Colony shall set any Trap or other Device whatsoever, larger than what is usually and commonly set for Foxes and Muskrats, such Person, setting such Trap or other Device, shall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, shall suffer three Months Imprisonment, and shall also be liable to make good all Damages any Person shall sustain by setting such Trap or other Device, and the Owner of such Trap or other Device, or Person to whom it was lent, shall be esteemed the Setter thereof, unless it shall be proved, on Oath or Affirmation, what other Person set the same, or that such Trap or other Device was lost by said Owner or Person to whom it was lent, and absolutely out of his Power ; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he shall (unless the Master or Mistress shall pay the Fine) in Lieu of such Fine, be publickly whipped with thirty Lashes, and committed till the Costs are paid ; and that the said Trap or other Device shall be broken and destroyed in the View and Presence of the Justice of the Peace before whom they are brought : And if any Person or Persons shall have Possession of, or there shall be found in his or their House, any Trap or Traps, Device or Devices whatsoever, for taking of Deer, such Person or Persons shall be subjected to the same Penalty as if he or they were convicted of setting such Trap or Traps, or other Device. *(margin: Penalty on setting Traps, &c. Penalty on a Slave setting such Trap, &c. Penalty on keeping such Trap, &c.)*

8. AND, for encouraging the Destruction of such Traps and Devices, BE IT ENACTED *by the Authority aforesaid*, That if any Person shall seize any Trap or other Device for the taking Deer, and shall carry such Trap or other Device to any Magistrate of the County where such Trap or Device was seized, such Person shall be entitled to *(margin: Reward for seizing a Trap, &c.)*

4 Q

an

JA713

Digitized from Best Copy Available

an Order from the faid Magiftrate to the Collector of fuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raifed for the Ufe of the County ; which Sums fhall be allowed to fuch Collector on the Settlement of his Accounts.

<div style="margin-left:2em">Penalty on a Smith making or mending fuch Trap, &c.</div>

9. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That every Smith or other Artificer, who fhall hereafter make or mend any fuch Trap or other Device aforefaid, he fhall forfeit and pay the Sum of *Forty Shillings* ; and the Perfon carrying fuch Trap or other Device to the Artificer aforefaid, fhall forfeit and pay the Sum of *Twenty Shillings.* And every Perfon who fhall bring into this Colony any fuch Trap or Device as aforefaid fhall forfeit and pay the Sum of *Forty Shillings.* And if the Perfon who fhall carry the fame to the Smith or Artificer fhall be fo poor as that he fhall not be able to pay the Forfeiture aforefaid, he fhall be committed to the common Gaol, until he fhall prove who is Owner of fuch Trap or Device, or who delivered the fame to him ; and in fuch Cafe the Forfeiture aforefaid fhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of fuch Trap or Device, or the Perfon who delivered the fame to the Pauper, and the Trap or Device fhall be forfeited and deftroyed.

<div style="margin-left:2em">Penalty on bringing fuch Trap, &c. into the Colony.</div>

<div style="margin-left:2em">Penalty for fetting loaded Guns.</div>

10. AND WHEREAS a moft dangerous Method of fetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforefaid,* That if any Perfon or Perfons within this Colony fhall prefume to fet any loaded Gun in fuch Manner as that the fame fhall be intended to go off or difcharge itfelf, or be difcharged by any String, Rope, or other Contrivance, fuch Perfon or Perfons fhall forfeit and pay the Sum of *Six Pounds* ; and on Non-payment thereof fhall be committed to the common Gaol of the County for fix Months.

<div style="margin-left:2em">Application of Penalties.</div>

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That the Fines and Forfeitures in this Act expreffed, and not particularly appropriated, fhall be paid, one Half to the Profecutor, and the other Half to and for the Ufe of the Poor of the Town, Precinct or Diftrict, where the Offence is committed ; and that the Execution of this Act, and every Part thereof, fhall be within the Cognizance and Jurifdiction of any one Magiftrate or Juftice of the Peace, without any Reference to the Act for Trial of fmall Caufes in this Colony.

<div style="margin-left:2em">Jurifdiction given to one Magiftrate.</div>

<div style="margin-left:2em">This Act not to affect Parks.</div>

12. AND BE IT ENACTED, That nothing in this Law fhall be conftrued to extend to reftrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

<div style="margin-left:2em">Penalty on Magiftrate neglecting his Duty.</div>

13. AND BE IT ALSO ENACTED *by the Authority aforefaid,* That if any Juftice of the Peace or other Magiftrate, within this Province, fhall have Information of any Perfons offending againft this Act, in killing Deer out of Seafon, fetting and making Traps, Non-Refidents killing Deer, and Perfons fetting of Guns, and fhall not profecute the fame to Effect within two Months after fuch Information, he fhall forfeit and pay the Sum or Sums to which the Offender againft this Act would have been liable.

14. AND

14. And be it Enacted *by the Authority aforefaid*, That the Juf- **This Act to be publifhed and executed.** tices at every Quarter-Seffions of the Peace fhall caufe this Act to be publickly read; and give in Charge to the Grand-Jury to particularly inquire and prefent all Perfons for killing Deer out of Seafon, fetting or making Traps, and all Non-Refidents killing, deftroying, hunting and taking any Sort of Deer, and all Perfons fetting of Guns; and, upon Conviction for either of the faid Offences, the faid Juftices fhall fet and impofe the Fines and Penalties herein before-mentioned, with Cofts of Suit.

15. And be it Enacted *by the Authority aforefaid*, That if any **Appeal given to next Seffions.** Perfon or Perfons whatfoever, whether the Accufed or Accufer, Plaintiff or Defendant, fhall think themfelves aggrieved by any of the Judgments given by the faid Juftices or other Magiftrates, for any Suit commenced by Virtue of this Act; then it fhall and may be lawful for fuch Perfon or Perfons to appeal, on giving fufficient Security for the Forfeitures and Cofts, to the next Court of General Quarter-Seffions, held for fuch County where fuch Judgment fhall be given; which Court is hereby empowered to hear and determine all and every fuch Appeal or Appeals.

16. And be it Enacted *by the Authority aforefaid*, That if any **Penalty for watching in the Night near a Road.** Perfon or Perfons, within this Colony, fhall, after the Publication of this Act, watch with a Gun, on any uninclofed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the faid Road is laid out by Law or not, or fhall ftand or ftation him or themfelves upon or within two Hundred Yards of any Road as aforefaid, for fhooting at Deer driven by Dogs, he or they fo offending, fhall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every fuch Offence; to be recovered by Action of Debt, or Prefentment of the Grand-Jury as aforefaid, and pay all Damages.

17. Provided always, That the fixth Section of this Act fhall **Not to affect *Indians*, nor *Effex, Bergen, Morris* or *Suffex*.** not be conftrued to affect any Native *Indian;* and that nothing in this Act fhall be conftrued to prevent the Inhabitants of *Effex, Bergen, Morris* and *Suffex*, from making, having in their Houfes, or fetting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beafts, Deer only excepted.

18. And be it further Enacted *by the Authority aforefaid*, That **Repeal of Former Laws.** all former Laws made in this Colony for the Prefervation of Deer and other Game, and to prevent trefpaffing with Guns, and regulating the Size of Traps, fhall be, and they are hereby repealed.

C H A P. DXLI.

*An* A C T *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the faid River.*

Paffed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great **Preamble.** Importance to Trade and Commerce; And whereas the River *Delaware*

Case 2:22-cv-00986-GJP-CFK Document 49-67 Filed 09/13/22 Page 57 of 7

*Delaware* may be rendered much more navigable than it now is ; And whereas many Perfons defirous to promote the publick Welfare have fubfcribed large Sums of Money for the Purpofe aforefaid ; and it is reprefented that others will fubfcribe confiderable Sums, if Commiffioners are appointed by Law to receive the Subfcriptions, and apply the fame ; Therefore,

*Delaware* a publick Highway.

Sect. 1. Be it Enacted *by the Governor, Council and General Affembly, and it is hereby Enacted by Authority of the fame,* That the River *Delaware* fhall be, and it is hereby declared to be a common Highway, for the Purpofes of Navigation up and down the fame.

Commiffioners appointed.

2. And be it further Enacted *by the Authority aforefaid,* That *Jofeph Galloway, Jofeph Fox, Michael Hillegas, Abel James, Samuel Rhoads, James Allen, Peter Knight,* Efquires, *Daniel Williams, Henry Drinker, Clement Biddle, Jeremiah Warder* the Younger, *Jacob Bright, John Baldwin, Richard Wells,* Gentlemen, *Thomas Yardley, Jacob Orndt, Peter Kechline, Henry Kooken,* Efquires, *William Ledley, Nicholas Depui,* Son of *Samuel, Jacob Stroud* and *John Arbo,* Gentlemen, the Honourable, *John Stevens, James Parker* and *Daniel Coxe,* Efquires, *Samuel Meredith* and *Robert Field,* Efquires, Doctor *William Bryant, Abraham Hunt, Timothy Smith, Thomas Lowry, Afhur Mott, John Emley* of *Kingwood, Andrew Melick, Robert Hoops* and *Matthew Lowry,* Gentlemen, be, and they are hereby appointed and conftituted Commiffioners for improving the Navigation in the faid River *Delaware ;* who, or any twelve of them, the Survivors, or any twelve of them, fhall have full

To collect Subfcriptions

Power and Authority, by Virtue hereof, to collect, recover and receive from any Perfon or Perfons whatfoever, all fuch Sums of Money, which have been, or fhall be given or fubfcribed for rendering the faid River more navigable ; and fo much of the faid Monies as may be neceffary

and apply them.

for that Purpofe, to lay out and apply for and towards improving the Navigation in the faid River *Delaware,* from the lower Part of the Falls near *Trenton,* to the River *Lehigh* at *Eafton ;* and the Refidue thereof to lay out and apply for and towards improving the Navigation in that Part of the faid River above the faid River *Lehigh.* Provided always, That fuch Sums of Money as have been or fhall be given or fubfcribed for the improving the Navigation of the faid River, above the *Lehigh* aforefaid, feparately, fhall be laid out and applied for and towards that Purpofe, and no other.

To clear, ftraighten, &c.

3. And be it further Enacted *by the Authority aforefaid,* That the faid Commiffioners, or any twelve of them, their Survivors, or any twelve of them, fhall have full Power and Authority, by themfelves, their Agents, Servants and Workmen, to clear, fcour, open, enlarge, ftraighten or deepen, the faid River where-ever it fhall to them appear ufeful for improving the Channels ; and alfo to remove any Obftructions whatfoever, either natural or artificial, which may or can in any Manner hinder or impede the Navigation in the faid River ; and to make and fet up in the faid River any Dams, Pens for Water Locks, or any other Works whatfoever, and the fame to alter or repair as they fhall think fit ; and alfo to appoint, fet out, and make near the faid River, Paths or Ways, which fhall be free and open for all Perfons having Occafion to ufe the fame for towing, hauling or drawing any Veffels, Boats, fmall Craft and

Rafts

Digitized from Best Copy Available

Case 22-29030 Document 31-2 Filed 05/04/2023 Page 42 of 77

Rafts, of any Kind whatsoever; and from Time to Time to do and execute every other Matter or Thing necessary or convenient for improving the Navigation in the said River. PROVIDED ALWAYS, That no Dam, Pen, Lock or other Work, made or set up by the said Commissioners, shall be appropriated to the private Use or Benefit of any Person or Persons whatsoever, contrary to the true Intent and Meaning of this Act.

4. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That no Person or Persons whatsoever shall presume to divert, lead or draw at any Time or Times, by any Race or other Device, any Water of the said River out of or from the natural Course or Channel, for the Use of any Mill or Waterwork.

*Watercourse not to be diverted.*

5. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That if any Person or Persons shall presume to oppose or hinder the said Commissioners, or any of them, their Agents, Servants and Workmen, or any of them, from doing any Act which they are hereby authorized and empowered to do, or shall make, erect, set up, repair or maintain, or shall be aiding, assisting or abetting in making, erecting, setting up, repairing or maintaining, any Dam or Obstruction which may or can in any Manner hinder or impede the Navigation in the said River; or shall remove, destroy, throw down, alter, injure or impair, any Dam, Pen, Lock or other Work, made or set up by the said Commissioners, or by Order of them, or any twelve of them, their Survivors, or any twelve of them; every Person so offending, being legally convicted thereof by Verdict of a Jury, or by his own Confession, before the Justices of the Peace in their Court of General Quarter-Sessions, shall forfeit and pay *Fifty Pounds* Proclamation Money of this Colony, for every such Offence, or shall suffer Imprisonment for twelve Months without Bail or Mainprize; one Moiety of which Forfeiture shall be paid to the Informer, and the other Moiety to the Commissioners herein appointed, or the Survivors of them as aforesaid, to be applied for and towards improving the Navigation in the said River.

*Penalty on hindering the Commissioners, &c. or obstructing the Navigation.*

*Application.*

6. AND WHEREAS Doubts may arise in what Counties Offences committed in the said River *Delaware* against this Act ought to be tried; for removing thereof, BE IT ENACTED *by the Authority aforesaid*, That every Offence committed in or on the said River, against this Act, shall be laid to be committed, and may be tried and determined as aforesaid, in any of the Counties within this Colony opposite to or joining on that Part of the said River in which such Offence shall be committed.

*Offences where triable.*

7. PROVIDED ALWAYS, AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That Nothing herein contained shall give any Power or Authority to the Commissioners herein appointed, or any of them, to remove, throw down, lower, impair, or in any Manner to alter a Mill-Dam erected by *Adam Hoops*, Esquire, late deceased, in the said River *Delaware*, between his Plantation and an Island in the said River nearly opposite to *Trenton*, or any Mill-Dam erected by any other Person or Persons in the said River, before the Passing of this Act; nor to obstruct, or in any Manner to hinder the Heirs or Executors

*Not to injure Mill-Dams already erected.*

4 R                                              of

Digitized from Best Copy Available

Case 2:22-cv-00085-GGH-CFH Document 49-23 Filed 01/13/23 Page 77 of 7

of the said *Adam Hoops,* or such other Person or Persons, his or their Heirs and Assigns, from maintaining, raising or repairing, the said Dams respectively, or from taking Water out of the said River, for the Use of the said Mills and Waterworks, erected as aforesaid, and none other.

*Commissioners to keep Minutes and report.*

8. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That the said Commissioners shall keep Minutes of their Proceedings, in Pursuance of the Power hereby given to them, fairly entered in a Book; and shall once in every Year make Report of their Transactions in improving the Navigation in the said River to the Council and Assembly of this Colony for the Time being, and shall lay before them a just and faithful Account of all Sums of Money by them received for the aforesaid Purposes, and in what Manner they shall be expended, that the same may be adjusted and settled.

### C H A P. DXLII.

*An* ACT *for the more effectual maintaining, and keeping above the Flow of the Tide, that Part of the* Road *or* Causeway *between the Toll-Bridge over* Newton *Creek and the fast Land of* Keziah Tonkin.*

Passed Dec. 21. 1771.

*Preamble.*

WHEREAS *Thomas Attmore, Isaac Burrough, Benjamin Thackray, Jacob Stokes, Hannah Cooper, Keziah Tonkin, Elizabeth Thackray* and *Job Haines,* Owners and Proprietors of the Meadows lying on the easterly Side of *Newton* Creek, in the County of *Gloucester,* have, by their Petition, set forth, That they have suffered, and are daily exposed to very considerable Damage by Reason of the Causeway and Road between the Toll-Bridge, called *William Gerrard's,* and the fast Land of *Keziah Tonkin,* not being raised above the Flowing of the Tides;

*Possessors of the Toll-Bridge neglecting three Months.*

Sect. 1. BE IT THEREFORE ENACTED *by the Governor, Council and General Assembly,* That if the Owner or Owners, Possessor or Possessors, of the Toll-Bridge erected over *Newton* Creek, shall neglect or refuse, for three Months after Publication hereof, to repair and raise, above the Flowing of the Tides, such Part of the Causeway and Road, leading from the Town of *Gloucester* to the *Coopers* Ferries, as lays on the East Side of *Newton* Creek aforesaid, from the End of said Toll-Bridge to the fast Land of *Keziah Tonkin;* then, and in such Case, it shall and may be lawful for the Managers, or the Survivors of them already appointed, or that shall be hereafter appointed, in Pursuance of an Act passed in the third Year of His present Majesty's Reign, entitled, *An* Act *to enable the Owners and Possessors of the Meadows lying on a Branch of* Newton *Creek, in the County of* Gloucester, *commonly called the Back Creek, to erect and maintain a Bank, Dam, and other Waterworks across*

*Managers of Back Creek Meadows to repair and raise the Causeway.*

*the said Creek, in order to prevent the Tide from overflowing the same, and to keep the former Watercourse of said Creek open and clear,†* to repair, amend and raise the said Causeway and Road, from the Bridge aforesaid,

* This Act, though strictly private, being of a very publick Import, is admitted in this Collection.
† Chap. CCCLV.

Digitized from Best Copy Available

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page44 of 77

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

OF THE

# STATE OF LOUISIANA,

AT THE

## EXTRA SESSION,

HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

ON THE 23d OF NOVEMBER, 1865.

PUBLISHED BY AUTHORITY.

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

**JA719**

# ACTES

## PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

## SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA Nlle-ORLÉANS,

LE 23me JOUR DE NOVEMBRE 1865.

PUBLIÉS PAR AUTORITÉ.

NOUVELLE-ORLÉANS:

J. O. NIXON, IMPRIMEUR D'ÉTAT.

1866.

14

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---:|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

SEC. 2. Be it enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 18, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 10.]                    AN ACT

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

Penalty.

15

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans. Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

| | |
|---|---:|
| C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents | $2,327 18 |
| Allen Hill, deux mille soixante-seize piastres et cinquante cents | 2,076 50 |
| A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents | 1,639 92 |
| Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents | 284 35 |
| J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents | 371 65 |
| P. Ward, cent piastres | 100 00 |
| John Gauche, vingt piastres et cinquante cents | 20 50 |
| Sampson & Keen, trente piastres | 30 00 |
| G. W. R. Bailey, deux cents piastres | 200 00 |
| Total | $7,050 10 |

Sec. 2. Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 18 décembre 1865.
J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

———

No. 10.]　　　　　　　ACTE

Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excèdera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente.

<sup>Peine contre le port illégal d'armes à feu.</sup>

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page48 of 77

16

Repealing clause.

SEC. 2.  Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.

ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]                AN ACT

To Prevent Trespassing.

SECTION 1.  Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That

Persons offending against this Act, before whom tried.

whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of competent jurisdiction, and upon proof of the fact shall be fined in a

Fine.

sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

Repealing clause.

SEC. 2.  Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

SEC. 3.  Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.

ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]                AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act relative to crimes and offences," approved March 14, 1855.

SECTION 1.  Be it enacted by the Senate and House of Representatives of the State of Louisiana in General Assembly convened, That

JA723

17

Sec. 2. Décrètent de plus: Toutes lois ou dispositions contraires Clause d'abroga à cet acte, sont et demeurent abrogées par les présentes. tion.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

———

No. 11.]                    ACTE

Empêchant la violation du droit de propriété.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: Quiconque en- Devant quel trera dans une habitation sans le consentement du propriétaire ou de juge sera tradu- son agent, sera considéré coupable d'un délit, et sera sujet à être arrêté to toute person- et traduit devant toute cour de juridiction compétente; la preuve du au présent acte. fait susdit entraînera une condamnation à une amende qui n'excédera Amende. pas cent piastres, ou à un emprisonnement qui ne durera pas plus d'un mois, et l'on pourra de plus exiger du coupable un cautionne- ment qui répondra de sa bonne conduite pendant six mois.

Sec. 2. Décrètent de plus: Toutes lois ou dispositions à ce con- Clause d'abroga- traires, sont par le présent abrogées. tion.

Sec. 3. Décrètent de plus: Cet acte sortira son effet à compter Mise à effet. de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.
Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

———

No. 12.]                    ACTE

Amendant et réédictant la cent vingt-et-unième section de l'acte intitulé: "Acte relatif aux Cri- mes et Délits," approuvé le 14 mars 1855.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent:
3

# A DIGEST

OF THE

# LAWS OF TEXAS:

## CONTAINING THE LAWS IN FORCE,

AND

## THE REPEALED LAWS

### ON WHICH RIGHTS REST,

From 1754 to 1874,

### CAREFULLY ANNOTATED.

BY GEORGE W. PASCHAL,

*OF AUSTIN, TEXAS,*

LATE REPORTER OF THE SUPREME COURT OF TEXAS, AUTHOR OF PASCHAL'S ANNOTATED
CONSTITUTION, PASCHAL'S DIGEST OF DECISIONS, ETC., ETC.

### Fourth Edition—Volume II

WASHINGTON, D. C.:

## W. H. & O. H. MORRISON,

HOUSTON, TEXAS: E. H. CUSHING.

NEW YORK: BAKER, VOORHIS & CO.

1 8 7 4,

Entered according to Act of Congress, in the year 1874, by

GEORGE W. PASCHAL,

In the Office of the Librarian of Congress, at Washington, D. C.

STEREOTYPED AND PRINTED BY
M'GILL & WITHEROW,
WASHINGTON, D. C.

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page52 of 77

CRIMINAL CODE. 1321

TITLE XI.—OF OFFENSES AGAINST THE PUBLIC PEACE.

CHAPTER I.—UNLAWFUL ASSEMBLIES.

AN ACT TO AMEND THE PENAL CODE FOR THE STATE OF TEXAS.

ART. 6508. [1] The penal code for the state of Texas [shall] be amended as follows, by inserting after article 363 the following: [363a] If the purpose of the unlawful assembly be to alarm and frighten any person or persons, by appearing in disguise, so that the real persons so acting and assembling cannot be readily known, and by using language or gestures calculated to produce in such person or persons the fear of bodily harm, all persons engaged therein shall be punished by fine not less than one hundred dollars nor more than one thousand dollars each; and if such unlawful assembly shall take place at any time of the night, that is, between sunset and sunrise, the fine shall be doubled; and if three or more persons are found together disguised, and armed with deadly weapons, the same shall be *prima facie* evidence of the guilty purpose of such persons, as above described; and if any other unlawful assembly mentioned in this chapter consist in whole or in part of persons disguised and armed with deadly weapons, the fine to be assessed upon each person so offending shall be double the penalty hereinbefore prescribed.

*Margin notes:* 6 Nov., 1871; took effect from passage. Vol. 21, part 3, p. 19. Art. 1993. — Unlawfully appearing in disguise as Ku-klux, White Camelias, and other deviltry, punished. Arts. 7030-7036. — If at night, double punishment. — Three or more together. Prima facie evidence.

CHAPTER III.—AFFRAYS AND DISTURBANCES OF THE PEACE.

AN ACT TO PROHIBIT THE DISCHARGING OF FIREARMS IN CERTAIN PLACES THEREIN NAMED.

ART. 6508a. [1] It shall not be lawful for any person to discharge any gun, pistol, or firearms of any description whatever, on, or across any public square, street, or alley, in any city or town in this state: *Provided,* This act shall not be so construed as to apply to the "outer town," or suburbs, of any city or town.

ART. 6508b. [2] Any person who shall discharge any firearms, in violation of the provisions of the first section of this act, shall be deemed guilty of disturbing the public peace, and on conviction thereof, before any court having competent jurisdiction, shall be fined in any sum not exceeding one hundred dollars, to be recovered as other fines and penalties.

*Margin notes:* Arts. 2011-2013. — 12 Nov., 1866; took effect 13 Jan., 1867. Vol. 20, p. 210. — Discharging firearms within municipal limits made unlawful; — and punished, as disturbance of the peace, by fine not exceeding $100.

AN ACT TO AMEND ARTICLE 382, TITLE XI, CHAPTER 3, OF THE PENAL CODE.

ART. 6509. [1] Article 382, title XI, chapter III, of the penal code, shall hereafter read as follows: If any one or more persons shall, in any public place, by loud and vociferous talking, swearing, or rudely displaying any pistol, or other deadly weapon, so as to disturb the inhabitants of the place in the prosecution of their lawful business, any person engaged in such disturbance shall be fined in any sum not exceeding fifty dollars.*

*Margin notes:* 26 Oct., 1866; took effect from passage. Vol. 20, p. 60. Disturbance of the peace, &c., by quarreling. Art. 2012. — Fine not to exceed $50.

AN ACT TO PROHIBIT THE CARRYING OF FIREARMS ON PREMISES OR PLANTATIONS OF ANY CITIZEN WITHOUT THE CONSENT OF THE OWNER.

ART. 6510. [1] It shall not be lawful for any person or persons to carry firearms on the inclosed premises or plantation of any citizen, without the consent of the owner or proprietor, other than in the lawful discharge of a civil or military duty, and any person or persons so offending shall be fined a sum not less than one nor more than ten dollars, or imprisonment in the county

*Margin notes:* 6 Nov., 1866; took effect 13 Jan., 1867. Vol. 20, p. 90. — Carrying firearms an offense. — $10 fine, or ten

* 1330a. This is sufficiently certain and complete. *Sisk v. The State,* 35 Tex., 496.

1322                          CRIMINAL CODE.

days' imprisonment.

jail nor less than one day nor more than ten days, or both, in the discretion of the court or jury before whom the trial is had.

AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

12 Aug., 1870; took effect 12 Oct., 1870. Vol. 21, part 1, p. 63. Persons not to bear arms at public assemblies. Social intercourse and elections not to be made dangerous.

ART. 6511. [1] If any person shall go into any church or religious assembly, any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball-room, social party, or other social gathering, composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk, or butcher-knife, or firearms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same: *Provided*, That nothing contained in this section shall apply to locations subject to Indian depredations: *And provided further*, That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

Art. 6512.

Kinds of weapons prohibited.

Fine $50 to $500. Notes, 111, 167.

Scalp-lifting country excepted.

Armed officials.

12 April, 1871; took effect 12 June, 1871.  Vol. 21, part 2, p. 25. Carrying arms a misdemeanor, punishable by fine and forfeiture, unless, &c. Patriots and militiamen excepted. Art. 6511. [This section is constitutional. *English v. The State*, 35 Tex., 474.]

AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

ART. 6512. [1] Any person carrying on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slungshot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purpose of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense the state, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been imposed: *Provided*, That this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage: *Provided further*, That members of the legislature shall not be included under the term "civil officers" as used in this act.

Fine $25 to $100 for first offense.

Imprisonment for second offense. Notes 111, 167.

People at home and officials excepted. [Carrying weapons to and from market is within the proviso. *Waddell v. The State*, 37 Tex., 354. But carrying a pistol hog hunting in the woods is not within the exception. *Baird v. The State*, 39 Tex., 609.]

Art. 6512. Justification must be immedi-

ART. 6513. [2] Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page54 of 77

shall have power to grant a "leave of absence" to all inmates of the institution who shall prove by their diligence and upright behavior that they are entitled to the same; *provided*, that such "leave of absence" shall be given only upon the condition that such youth shall continue to lead a useful and honorable life; and the board shall have full power to recall all such absentees who may lapse into their former vicious habits.

Section 18.   Any boy or girl committed to the state reform school shall be there kept, disciplined, instructed, employed, and governed until he or she arrives at the age of majority, or is bound out, reformed, or legally discharged under the direction and discretion of the said board.   The binding out or discharge of a boy or girl as reformed, or having arrived at the age of majority, shall be a complete release from all penalties incurred by conviction of the offense for which he or she was committed, except as provided for in section 17 of this act.

Section 19.   If any boy or girl convicted of any misdemeanor, committed to the reform school, shall prove unruly or incorrigible, or if the board of trustees shall decide that his or her presence is dangerous to the welfare of the school, the board shall have power to order his or her return to the county from which he or she came and deliver to the sheriff of the said county, and proceedings against him or her shall be resumed as if no warrant or order committing him or her to the reform school had been made; and the said sheriff shall be notified of such order by the superintendent of the school, and shall immediately, or at the earliest practicable day thereafter, visit the said school and receive such youth from the authorities of said institution.

Section 20.   When any youth are committed to the reform school all expenses occurring in such cases, including the cost of transportation, both going and coming, shall be borne by the county from which such youth are committed.   Commitments to said reform school shall be made in accordance with the provisions of this act; *provided, however,* that upon the application to the proper court by any religious society or body to which said youth or the parents of said youth may belong for the custody of such youth, when such religious society or body has provided a suitable institution for the care and reform of delinquent children or minors, the court, upon satisfactory showing by such religious society or body of such fact, may commit such minor to such religious institution.

Section 21.   Upon the temporary or permanent discharge of any person committed to the reform school, the superintendent shall provide him with suitable clothing and procure transportation for him to his home, if resident in this state, or to the county in which

JA729

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page55 of 77

76                              GENERAL LAWS.

he may have been convicted; *provided,* that such discharge shall be approved by the said board of trustees; *and provided further,* that all expenses of transportation occurring in such cases shall be paid by the counties from which such youth were committed.

Section 22. If any parent or guardian or master to whom a youth has been apprenticed, or any person occupying the position of a parent, protector, or guardian in fact or in reality by blood or marriage, shall feel aggrieved by such commitment to such institution, he [may] make written application to the board of trustees of the institution for the discharge of such youth, which application shall be filed with the superintendent, who shall inform the board thereof, and the same shall be heard and determined by such board at such time and place as they shall appoint for that purpose, not later than the next regular meeting of the board. Such application shall state the grounds of the applicant's claim to the custody of the youth, and the reasons for claiming such custody. Within ten days after hearing said application, the board shall make and announce their opinion thereon, and if they shall be of the opinion that the welfare of such youth would be promoted by granting the application, they shall make an order to that effect; otherwise they shall deny the application; *provided,* that all expenses occurring in such cases shall be paid by said parents, guardians, or masters.

Section 23. Whenever the number of boys committed to the reform school shall exceed the accommodations thereof, it shall be the duty of the board of trustees to notify all the proper courts of the same, and no more commitments to the school shall be made until due proclamation shall have been made by the board of trustees that additional room has been provided.

Section 24. If any person shall procure the escape of any youth committed to the reform school, or devise, or connive at, aid or assist in such escape, or conceal any such youth so committed after such escape, he shall, upon conviction thereof in any court of competent jurisdiction, be punished by a fine of not less than one hundred nor more than one thousand dollars, or be imprisoned in the county jail not less than two months nor more than one year, or by both such fine and imprisonment; or if such youth so convicted be under the age of sixteen years, then he shall be committed to the reform school, as in this act provided.

Section 25. So much of the acts entitled "An act to establish a reform school for juvenile offenders, and erect necessary buildings therefor," approved February 18, 1889, and "An act to provide for the further establishment, advancement, and development of the state reform school," approved February 20, 1891, as is in conflict with the provisions of this act, is hereby repealed.

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page56 of 77

Section 26.   Inasmuch as there is urgent need for the application of the amendments herein made, this act shall be in force from and after its approval by the governor.

Filed in the office of the secretary of state, February 20, 1893.

## AN ACT [S. B. 164].

### To Amend an Act entitled "An Act to Protect Hotel Keepers, Inn-keepers, and Boarding-house Keepers," approved February 25, 1889.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to protect hotel keepers, inn-keepers, and boarding-house keepers," approved February 25, 1889, be and the same is hereby amended so as to read as follows:—

Sec. 1.   Hotel keepers, inn-keepers, lodging-house keepers, and boarding-house keepers shall have a lien upon the baggage, clothing, jewelry, and other valuables of their guests, lodgers, or boarders brought into such hotel, inn, lodging-house, or boarding-house by such guest, lodger, or boarder for the reasonable charges due from such guests, lodgers, or boarders for their accommodation, board, or lodging, and such extras as are furnished at the request of such guest, lodger, or boarder; and such hotel keeper, inn-keeper, lodging-house keeper, or boarding-house keeper may retain and hold possession of such baggage, clothing, jewelry, and other valuables until such charges be paid.

Filed in the office of the secretary of state, February 20, 1893.

## AN ACT [S. B. 179.]

### To Amend Section 1 of an Act entitled "An Act to Amend Sections 2246 and 2247 of the Laws of Oregon, as Compiled and Annotated by W. Lair Hill, Relating to the Boundaries of Clatsop County, and the Line of Boundary between the Counties of Clatsop and Tillamook," approved February 20, 1891.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 1 of an act entitled "An act to amend sections 2246 and 2247 of the laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of Clatsop county and the line of boundary between the counties of Clatsop and Tillamook," be and the same is hereby amended so as to read as follows:—

78                        GENERAL  LAWS.

Sec. 1.  That section 2246 of the general laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of the county of Clatsop, be and is hereby amended so as to read as follows:

§ 2246.  The boundaries of the county of Clatsop shall be as follows:  Commencing at a point where the west boundary line of Columbia county intersects the line of low tide on the south shore of the Columbia river, and thence southerly along the west boundary line of Columbia county to and along the line between ranges five and six west of the Willamette meridian to an intersection with the line dividing townships numbered three and four north; and thence west along the line dividing townships numbered three and four north to the shore of the Pacific ocean; and thence west to the west boundary line of the state of Oregon; and thence northerly along said west boundary line of said state to a point due west of and opposite the middle of the north ship channel of the Columbia river; thence easterly to and up the middle channel of said river along the north boundary line of the state of Oregon to a point due north of the point of beginning, and thence south to the point of beginning.  And said Clatsop county and the courts in and for the said county are hereby vested with jurisdiction in civil and criminal cases upon the Columbia river to the north shore thereof opposite the said county of Clatsop.

Filed in the office of the secretary of state, February 20, 1893.

———

AN  ACT                    [s. b. 207.]

To Change the Boundary Line of Multnomah and Clackamas Counties in the State of Oregon.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  That portion of Clackamas county, Oregon, lying within the present boundary lines of the city of Sellwood, and described as follows:  Commencing at a point at the ¼ post between sections 23 and 26, township 1 south, range 1 east; thence east to the east line of said city of Sellwood; thence south along the east line of said city of Sellwood to the southeast corner of said city; thence west and westerly along the south line of said city to the center of the Willamette river; thence down the center of said river to the line between sections 22 and 27, township 1 south, range 1 east; thence east along the line between sections 22, 27, 23, and 26 to the place of beginning,—be and the same is hereby detached from the county of Clackamas and annexed to the county

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page58 of 77

of Multnomah.   All acts and parts of acts in conflict with this act
are hereby repealed.

Section 2.   The county court of Multnomah county, Oregon,
shall procure or cause to be procured properly attested copies of
the records of Clackamas county, Oregon, affecting the title to real
estate situated in the territory described in section one of this act,
and have the same recorded in the records of Multnomah county,
Oregon, and thereafter such records shall be recognized and become
a part of the official records of said Multnomah county, Oregon.

Filed in the office of the secretary of state, February 20, 1893.

---

AN ACT                    [ S. B. 15.]

To Prevent a Person from Trespassing upon any Enclosed Premises or Lands
not His Own Being Armed with a Gun, Pistol, or other Firearm, and to
Prevent Shooting upon or from the Public Highway.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   It shall be unlawful for any person, other than an
officer on lawful business, being armed with a gun, pistol, or other
firearm, to go or trespass upon any enclosed premises or lands with-
out the consent of the owner or possessor thereof.

Section 2.   It shall be unlawful for any person to shoot upon or
from the public highways.

Section 3.   It shall be unlawful for any person, being armed
with a gun or other firearm, to cause, permit, or suffer any dog,
accompanying such person, to go or enter upon any enclosed prem-
ises without the consent of the owner or possessor thereof; *provided,*
that this section shall not apply to dogs in pursuit of deer or var-
mints.

Section 4.   Any person violating the provisions of this act shall
be deemed guilty of a misdemeanor, and upon conviction thereof
shall be punished by a fine not less than fifteen dollars nor more
than fifty dollars, and in default of the payment of the fine imposed
shall be committed to the county jail of the county in which the
offense is committed, one day for every two dollars of the said fine.

Section 5.   Justices of the peace for the proper county shall have
jurisdiction of the trial of offenses herein defined.

Filed in the office of the secretary of state, February 20, 1893.

80 GENERAL LAWS.

AN ACT [ H. B. 318.]

To Reimburse Certain Counties in this State, entitled to Rebate on Account of Overpaid Taxes.

Whereas under a decision of the supreme court of the state of Oregon, filed June 18, 1892, certain taxes levied by the governor, the secretary of state, and state treasurer, acting jointly as a state board of levy, were declared illegal; and whereas prior to the rendition of the decision referred to, sundry amounts were paid into the state treasury and the official receipt of the state treasurer issued therefor to the treasurers of the counties hereinafter named, thus overpaying the amount due from said counties for the year 1891; therefore,

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That the state treasurer be and hereby is authorized and directed to credit the counties hereinafter named with the amounts overpaid by them on account of state taxes for the year 1891, upon any taxes now due, or that may become due from such counties, as follows:—

To Columbia county —
Current expense tax, 1891_____ _____$152 54
Militia tax, 1891_____  6 55
University tax, 1891_____  4 68—$163 77
  To Grant county—
Militia tax, 1891_____ _____$  2 56
University tax, 1891_____  1 83—$  4 39
  To Harney county—
Militia tax, 1891_____ _____$ 34 95
University tax, 1891_____ _____ 24 96—$ 59 91
  To Josephine county—
Current expense tax, 1891_____$483 81
Militia tax, 1891_____ _____ 21 77
University tax, 1891___'_____ 14 83—$520 41
  To Klamath county —
Militia tax, 1891_____ _____$ 34 58
University tax, 1891_____ 24 68—$ 59 26
  To Lake county —
Militia tax, 1891_____ _____$ 67 94
University tax, 1891_____ 48 54—$116 48
  To Lane county —
Militia tax, 1891_____ _____$ 14 53
University tax, 1891_____ 10 37—$ 24 90

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page60 of 77

To Sherman county—
Current expense tax, 1891 _____ $ 19 29
Militia tax, 1891 _____ ___ _____      82
University tax, 1891 _____ _____      59—$ 20 70

Section 2.   That the state treasurer be and is hereby authorized and directed to credit to Umatilla county on account of the current expense and the special state taxes for 1891, the sum of $224.05, on account of errors in the assessment roll of said county of 1891, as shown by a statement on file in the office of the secretary of state.

Section 3.   Inasmuch as the counties named have been for several months deprived of the use of the several amounts named, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

[NOTE.—See note respecting H. B. 318 under head of "Certificate of Secretary of State," *post.*]

AN ACT                        [s. b. 159.]

To Provide for the Satisfaction of Mortgages when Foreclosed.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That it shall be the duty of all clerks of the circuit court in the counties where there is a recorder, whenever a decree of foreclosure shall be returned in such court foreclosing a mortgage on real estate, to make out a certificate stating that such mortgage has been foreclosed, and the date of such foreclosure, and the number of the journal and page thereof in which such decree is entered, and deliver the same to the recorder, and thereupon such recorder shall enter upon the margin of the record of such mortgage the word "foreclosed," and the date of such foreclosure with the number and page of the journal of such decree.

Section 2.   In counties where the county clerk acts as recorder of conveyances, he shall, upon the entry of any decree foreclosing a mortgage on real estate, make on the margin of the record of such mortgage the record provided for in section 1 of this act.

Section 3.   Whenever any person shall present to the recorder of conveyances, or county clerk acting as such, a certificate from the clerk of the United States circuit court of the foreclosure of any mortgage on real estate, as provided in section 1 of this act, such recorder shall make the record so provided in such section.

Approved February 21, 1893.

6

82                    GENERAL LAWS.

AN ACT                    [ s. b. 145.]

To Authorize County Courts to Offer Rewards for the Apprehension of Crimi-
nals and Fugitives from Justice.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.  If any person or persons charged with or convicted
of any felony within this state, shall break prison, escape, or flee
from justice, or abscond, or secrete himself, in such cases it shall be
lawful for the county court of such county where said crime has
been committed, if the said court shall deem necessary, to offer a
reward not to exceed the sum of one thousand ($1,000) dollars for
the apprehension and delivery of each of the bodies of said person
or persons to the custody of such officer as the said court shall
direct.

Section 2.  Any person apprehending and delivering the body
or bodies of such person or persons to the proper officer and pro-
ducing to the county court the receipt of such officer, shall be
entitled to and shall be paid the reward offered by the county
court.

Section 3.  The county court shall on the presentation of the
duly certified claim of the applicant for reward and accompanied
by the proper orders and receipts, shall certify the amount offered
in such reward to the county clerk of such county under the seal
of such county court, and the county clerk of such county shall
draw a warrant on the treasurer of such county for the amount so
authorized.

Section 4.  If the sheriff of any other county than the one
where said crime was committed apprehend the said criminal, he
shall elect to receive either the reward offered or the regular fees
allowed him by law for such service.

Approved February 21, 1893.

AN  ACT                    [ s. b. 59.]

To Amend an Act entitled "An Act to Provide Times and Places of Holding
the Terms of Court in the Sixth Judicial District of the State of Oregon,
and to Repeal all Acts and Parts of Acts in Conflict with this Act," and to
Increase the Salaries of the Judges therein.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

That an act entitled an act to provide the time and places of
holding the circuit court in the sixth judicial district in the state of
Oregon, and to repeal all acts and parts of acts in conflict with this

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page62 of 77

act, which act was approved February 20, 1891, be and the same is hereby amended so as to read as follows:—

Section 1.   That the circuit court of the state of Oregon in and for the sixth judicial district of said state, shall be held each year at the county seat of the respective counties of said district as follows, to wit:—

In the county of Umatilla, on the third Monday in January, the first Monday in June, and the second Monday in October.

In the county of Union, on the fourth Monday in February, the second Monday in July, and the fourth Monday in October.

In the county of Wallowa, on the third Monday in April and the third Monday in September.

In the county of Baker, on the third Monday in June, the second Monday in November, and the second Monday in February.

In the county of Malheur, on the first Monday in June and the fourth Monday in November.

In the county of Grant, the fourth Monday in May and the second Monday in October.

In the county of Harney, on the third Monday in May and the fourth Monday in October.

Section 2.   Inasmuch as there exists at the present, in order to dispatch the business of said district, a necessity for the passage of this act, it is further provided that the same shall be in force and effect from and after its approval by the governor.

Approved February 21, 1893.

---

AN ACT                    [s. b. 45.]

To Amend Section 951 of Title I. of Chapter XII. of the Code of Civil Procedure, as Compiled and Annotated by W. Lair Hill, and Section 954 of Title II. of Chapter XII. of the Above-mentioned Code, and Sections 958 and 968 of Title III. of Chapter XII. of the Above-mentioned Code.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 951 of title I. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 951.   A person may be excused from acting as a juror when his own health or the death or sickness of a member of his family requires his absence; but no person shall be required to serve as a petit juror at any one term of the court for more than four weeks, and shall upon application be entitled to be discharged from further attendance upon the court as such juror at such term, after he has served for such period of four weeks as aforesaid.

JA737

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page63 of 77

84 GENERAL LAWS.

Section 2. That section 954 of title II. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 954. The jury list shall contain the names of at least two hundred persons, if there be that number of qualified jurors upon the assessment roll, and not more than six hundred persons. They shall be selected from the different portions of the county in proportion to the number qualified upon the assessment roll as much as practicable.

Section 3. That section 958 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 958. For the circuit court, thirty-one names shall be drawn, from which number the grand and trial jurors for the term are selected, as elsewhere provided in this code; *provided*, that in districts composed of no more than one county and having more than one judge of that circuit court in said district, a large number of jurors shall be drawn when ordered by the oldest judge in commission of such circuit court, in his discretion; or, in case of his absence or inability to act, the next oldest in commission. For the county court, twelve names shall be drawn, from which number the trial juries are selected in like manner.

Section 4. That section 968 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 968. Whenever, for any reason, the number of jurors, either in whole or in part, required by this code, do not attend a term of the court, or when they have served the full time required by this code as jurors, and have been discharged, as elsewhere provided, the court has power to order an additional number of jurors drawn from the jury box to fill up the regular panel in the same manner as the original panel is required to be drawn, which jurors shall be summoned and required to attend as jurors in the same manner and with like effect as if drawn on the original panel; *provided*, that whenever the regular panel becomes exhausted for any reason, the court may in its discretion direct the sheriff to summons forthwith from the body of the county, persons whose names are upon the tax roll and having the qualifications of jurors to serve in said cause, but persons so summoned from the body of the county shall not be disqualified by reason thereof from being drawn and serving as jurors upon the regular panel as hereinbefore provided and shall not be subject to challenge for that cause.

Approved February 21, 1893.

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page64 of 77

GENERAL LAWS. 85

AN ACT [s. b. 22.]

To Define and Punish Obstruction to Railroads, Railroad Trains, Railroad Tracks, Street Cars and Street-Car Tracks in the State of Oregon, and to Protect the Passengers and Employés Riding upon any Train or Car in said State.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   Any person who shall wilfully or maliciously place any obstruction on any railroad track or roadbed, or street-car track in the state of Oregon, or who shall, without the right so to do, loosen, tear up, remove, or misplace any rail, switch, frog, guard-rail, cattle-guard, or any part of such railroad track or roadbed or street-car track, or who shall, in any manner so as to endanger the safety of any train, car, or engine, or so as to endanger or injure any passenger or person riding thereon, tamper with or molest any such road, roadbed, track, signal flag or signal torpedo, shall, upon conviction thereof, be punished by imprisonment in the penitentiary not exceeding ten years or by imprisonment in the county jail not exceeding one year.

Section 2.   Any person who shall, within the state of Oregon, wilfully or maliciously place any obstruction upon any railroad track or roadbed, or street-car track, or shall misplace, remove, obstruct, detach, damage, or destroy any rail, switch, frog, guard-rail, cattle-guard, or any other part of such railroad track or roadbed or street-car track, thereby causing the death of any passenger or employé of such railroad or street railway, shall, upon conviction thereof, be deemed guilty of murder and punished accordingly.

Section 3.   Whereas the public safety is imperiled on account of attempted train wrecks by evil-minded persons, and there is no adequate protection against the same under existing law, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

———

AN ACT [h. b. 379.]

To Provide for the Collection of Taxes.

Whereas the act known as house bill No. 125, passed at the present session of the legislature, appears to repeal the method now provided for the collection of taxes on mortgages for the year 1892 as same are now assessed and have been equalized on the assessment rolls for said year; and whereas it was not intended that

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page65 of 77

THE

# L A W S

OF

# M A R Y L A N D,

WITH

### THE CHARTER,

### THE BILL OF RIGHTS,

### THE CONSTITUTION OF THE STATE,

AND ITS ALTERATIONS,

### THE DECLARATION OF INDEPENDENCE,

AND

### THE CONSTITUTION OF THE UNITED STATES,

AND ITS AMENDMENTS;

WITH A GENERAL

## I N D E X.

IN THREE VOLUMES.

REVISED BY

**VIRGIL MAXCY.**

VOLUME I.

**Baltimore,**
PUBLISHED BY PHILIP H. NICKLIN & CO.
1811.

Digitized by Google

JA740

**186**                    **CHARLES LORD BALTIMORE.**

*October,*
**1728.**

the act of 1715, and in the 2d and 3d sections of this act, were repeal-
ed by 1796, ch. 67, with a saving of the rights of any 'persons to such
issue before acquired.

Proceedings
to be the
same.

**IV.** AND BE IT FURTHER ‹NACT D, *by the authority afore-
said, by and with the advice and consent aforesaid,* That the
same method of proceeding to judgment, upon any matter
within this act, be the same as is prescribed by the act, en-
titled, An act relating to servants and slaves.

Vide list of acts relating to negroes and slaves, 1715, ch. 44.

## CHAP. VII.

### An ACT to encourage the destroying of wolves, crows and squirrels.

Three squir-
rels scalps
or crows
heads to be
produced for
each taxable
yearly, be-
fore laying
the levies, to
some county
magistrate,
who shall
destroy the
same, and
give certifi-
cates.

BE IT ENACT ., *by the right honourable the Lord Proprie-
tary, by and with the advice and consent of his lordship's
Governor, and the Upper and Lower Houses of Assembly, and
the authority of the same,* That from and after the commence-
ment of this act, every master, mistress, owner of a family,
or single taxable, in the several and respective counties with-
in this province, shall be, and are by this act obliged, yearly,
(at some time before the laying their county levies,) to pro-
duce to some one of the justices of their county, three squir-
rel scalps, or crows heads, for every taxable person they shall
pay levy for that year, and the justices of the peace, before
whom such squirrels scalps, or crows heads, shall be brought,
shall be, and is hereby obliged to destroy such squirrels scalps,
and crows heads, as shall be so produced to him, to prevent
their being produced a second time, and give such person a
certificate under his hand, certifying the number of squirrels
scalps and crows heads such persons brought before him,
which certificate, the person obtaining the same shall lay be-
fore the justices of their county, at the time of the laying their
county levy ; and the justices shall then cause a list of the
taxables of their county to be laid before them, in order from
thence to compare the number of taxables each person pays
in the county, with the certificates produced, that thereby it
may be found what persons have complied with this act, and
who have failed therein.

Penalty for
not produ-
cing, the
three scalps
&c. required.

**II.** AND BE IT FURTH R ENACTED, *by the authority, ad-
vice and consent aforesaid,* That every person that shall fall
short of producing a certificate of squirrels scalps or crows
heads, in proportion to their taxables, according to the direc-
tions of this act, the justices of the several and respective coun-
ty courts within this province, at the time of laying the
county levy, are hereby empowered and required, for each
squirrel scalp, or crows head, such person shall fall short, in
manner aforesaid, to levy upon such person the sum of two

Digitized by Google

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page67 of 77

## BENEDICT LEONARD CALVERT, Esq. Governor.   187

pounds of tobacco, to be upon execution, and collected by the sheriff of the county in the same manner as the public and county levies are, to be applied towards defraying the county charge.

*October, 1728.*

III. AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid*, That every person that shall bring to any justice of the peace within this province the heads or scalps of any more squirrels or crows than the three for each taxable by this act required, shall, for every such head or scalp, be allowed in the county levy where such squirrel or crow was killed, the sum of two pounds of tobacco, and the justice of the peace before whom such heads or scalps shall be brought, is hereby required to give the person bringing the same a certificate thereof, and cause the said heads and scalps to be burnt, or otherwise destroyed ; provided always, that no person whatsoever shall be entitled to any allowance for any squirrels or crows heads or scalps, without first making oath (or affirmation, if a quaker,) or otherwise make appear, that such squirrels or crows were killed after the commencement of this act, and in the county where the allowance is prayed.

Allowance for scalps, over and above the three per taxable.

The three preceding sections are repealed as far as they relate to squirrels, as to all the counties, except Montgomery, Allegany, Caroline, Harford and Washington, by 1769, ch. 16, 1770, ch. 14, and 1774, ch. 5.

The two first are repealed as far as they relate to crows, as to all the counties except Harford, Washington and Allegany, and the third so far as it relates to crows, has no operation except in Allegany. Vide 1769, ch. 16. 1770, ch 14. 1774, ch 5. 1795, ch. 3. 1796, ch. 39. 1797, ch. 22. 1803, ch. 96. 1804, ch. 35. and 1807, ch. 71.

IV. & V. These sections related to wolves, but as other acts have since been passed upon the subject, they have now no operation, and are therefore omitted. Vide 1788, ch. 4. 1790, ch. 8. 1797, ch. 6. 1798 ch. 4 22.

VI. AND BE IT FURTHER ENACTED, *by the authority advice and consent aforesaid*, That this act shall commence from the fifteenth day of December next after the end of this session of assembly, and that thenceforth all laws heretofore made, in relation to wolves, squirrels and crows, be and are hereby repealed, abrogated, and made null and void.

Commencement of this act, and repeal of former laws.

VII. AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid*, That every person that shall, during the continuance of this act, presume upon any pretence whatsoever, to come to hunt with guns or dogs within any enclosed grounds, islands, peninsulas or necks, fenced across from water to water, without leave or licence from the proprietors thereof first had and obtained, shall, for every such offence, forfeit and pay to the party grieved the sum of two hundred pounds of tobacco, to be recovered before a single magistrate, in the same manner as small debts now are recoverable, any law, statute or usage to the contrary notwithstanding.

Penalty on persons hunting within inclosures, islands &c. without leave.

Vide list of acts relating to crows, 1807, ch. 71.

Digitized by Google

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page68 of 77

# ACTS

OF

# THE STATE OF TENNESSEE,

PASSED BY THE

## THIRTY-NINTH GENERAL ASSEMBLY.

## 1875.

PUBLISHED BY AUTHORITY.

NASHVILLE:
TAVEL, EASTMAN & HOWELL, PRINTERS TO THE STATE.
1875.

JA743

213

## CHAPTER CXXVI.

AN ACT to provide for the changing of County Lines, and vesting the power in the County Courts, and to repeal Section 4 of an Act entitled "An Act to change the county line between the counties of Hawkins and Hamblen, between Monroe and Loudon, between Warren and Van Buren, and between Hawkins and Hamblen.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That all of an Act entitled "An Act to provide for the changing of County Lines, and vesting the power in the County Courts," passed March 25th, 1873, be, and the same is hereby repealed.

Passed March 23, 1875.

LEWIS BOND,
*Speaker of the House of Representatives.*
THOMAS H. PAINE,
*Speaker of the Senate.*

Approved March 24, 1875.

JAMES D. PORTER,
*Governor.*

—————

## CHAPTER CXXVII.

AN ACT for the preservation of game and birds.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That hereafter it shall not be lawful for any person to hunt or kill any deer in any county hereinafter designated, from the first day of March to the first day of September in each year.  Not lawful to hunt deer, when.

SEC. 2. *Be it further enacted,* That it shall not be lawful for any person to hunt, kill, or capture, from the 1st day of March until 15th day of September in each year, any game bird, as pheasant, grouse, quail, partridge, lark, woodcock, or snipe, nor wild turkey, from 1st of May until 15th of September, nor at any time to kill or capture any of the birds of song, as the mocking-bird, thrush, robin, or oriole, or any birds known to destroy insects, as the sparrow, blue bird, woodpecker, or yellow hammer; Game birds & birds' nests.

**JA744**

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page70 of 77

214

nor shall it be lawful for any person at any time to destroy the nests or eggs of any of the above named birds.

SEC. 3. *Be it further enacted,* That any person found guilty of violating any of the provisions in the foregoing Sections of this Act, he, she, or they, shall be subject to be fined as follows: For each deer hunted or killed, $10; for each wild turkey killed, $5; for every pheasant, quail, partridge, or other of the above named birds, $2.50, and the same for every bird's nest robbed or destroyed, or any animal or bird captured, bought, or sold, or offered for sale, or for any turkey or partridge caught in a pen or net, at any season of the year.

<span style="float:left">Penalty for violation of above.</span>

SEC. 4. *Be it further enacted,* That Justices of the Peace shall have full jurisdiction to try all cases arising under this Act, provided nothing herein contained shall be so construed as to prohibit appeals, under the usual requirements, in such cases.

<span style="float:left">Justices have jurisdiction.</span>

SEC. 5. *Be it further enacted,* That all prosecutions for any of these offenses shall be in the name of the State, and in all cases of conviction and recovery the fine shall be equally divided between the prosecutor, who, in all cases, shall be the owner or person occupying the land at the time whereon the violation may occur, and the county, and the part due the county, shall be paid over to the County Trustee, and held as a part of the school fund of said county; and upon failure to secure said fine, the person so offending shall be imprisoned in the county jail or work-house, as provided in other cases of misdemeanor, until he, or she, or they, may have worked out said fine and costs; *Provided, however,* that any Justice of the Peace, or other court trying the cause, who may have good and satisfactory reason to believe that the prosecution is frivolous or malicious, they are hereby authorized and directed to tax such prosecutors with the costs.

<span style="float:left">Fines, how paid and disposed of.</span>

SEC. 6. *Be it further enacted,* That the provisions of the foregoing Section of this Act shall apply to the counties of Henry, Dyer, Giles, Maury, Davidson, Madison, Hamilton, Bedford, and Wilson.

<span style="float:left">Counties to which applicable.</span>

SEC. 7. *Be it further enacted,* That it shall be unlawful for any person in this State to hunt, trap, or net game of any kind, or birds, or destroy the nests thereof on the land of another, except by express permission of the owner or agent first had and obtained, where such owner, by himself or agent, shall have posted notices in one or more conspicuous places on the north, south, east, and west boundaries of his or their lands, which notices shall

<span style="float:left">Unlawful to hunt or trap game without permission of owner of land.</span>

**JA745**

215

be painted or printed on boards or planks, securely nailed
to trees or posts; and any person violating the provisions
of this Section, either by hunting or killing game or
birds, or trapping, or netting, or destroying the nests of
the same, or shall deface, or knock or pull down said
notices, or any of them, shall, for each offense, be fined Fine.
not less than $2.50 nor more than $5, the same to be re-
covered and distributed as provided in the fourth and
fifth Sections of this Act.

SEC. 8.  *Be it further enacted,* That this Act take
effect from and after its passage, the public welfare re-
quiring it.

Passed March 23, 1875.

<div align="center">

**LEWIS BOND,**
*Speaker of the House of Representatives.*

**THOMAS H. PAINE,**
*Speaker of the Senate.*

</div>

Approved March 24, 1875.

<div align="center">

**JAMES D. PORTER,**
*Governor.*

</div>

---

<div align="center">

## CHAPTER CXXVIII.

AN ACT for the benefit of Emily L. Herron.

</div>

SECTION 1.  *Be it enacted by the General Assembly
of the State of Tennessee,* That the marriage solemnized
between George H. Herron, late private in Company G,
62d Illinois Volunteers, and Mrs. Emily L. Millsworth,
of Obion county, on the 25th day of October, 1862, be,
and the same is hereby declared to have been legal and
valid.

SEC. 2.  *Be it further enacted,* That this Act take
effect from and after its passage, the public welfare re-
quiring it.

Passed March 23, 1875.

<div align="center">

**LEWIS BOND,**
*Speaker of the House of Representatives.*

**THOMAS H. PAINE,**
*Speaker of the Senate.*

</div>

Approved March 24, 1875.

<div align="center">

**JAMES D. PORTER,**
*Governor.*

</div>

<div align="center">

**JA746**

</div>

**of** the States Attorneys to see that the provisions of this act are enforced in their respect-ive counties, and they shall prosecute all offenders on receiving information of the violation of any of the provisions of this act; and it is made the duty of sheriffs, deputy sheriffs, constables and police officers to inform against and prosecute all persons whom there is probable cause to believe are guilty of violating any of the provisions of this act, one-half the amount recovered in any penal action under the provisions of this act shall be paid to the person filing the complaint in such action, and the remaining one-half to the school fund of the township in which this act has been violated.

**9.**   LIMITATION.]   § 9.   All prosecutions under this act shall be commenced within three mouths from the time such offense was committed and not afterwards.

**10.**   REPEAL.]   § 10.   All acts and parts of acts in conflict herewith are hereby repealed.

*549]                          HUNTING ON INCLOSURES OF OTHERS.

AN ACT to prohibit persons from hunting within the inclosures of others, without leave.   [Approved April 15, 1871.
In force July 1, 1871.   L. 1871-2, p. 485.]

**11.**   NOT TO HUNT WITHOUT CONSENT.]   § 1.   *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That it shall be unlawful for any person or persons to hunt with gun, dog or net, within the inclosed grounds or lands of another, without first obtaining from the owner, agent or occupant of such inclosed grounds or lands, his, her or their permission so to do.

**12.**   PENALTY—SUIT.]   § 2.   Any person or persons violating section one of this act shall be deemed guilty of a misdemeanor, and may be prosecuted in the name of the People, before any justice of the peace, or by indictment or information in any court in the county where said misdemeanor was committed; and in all such prosecu-tions the owner or owners, or persons in possession of said inclosures, shall not be required to prove title to the inclosures in controversy.

**13.**   FINES.]   § 3.   Any person convicted of violating section one of this act shall be fined in a sum not less than $3, and not exceeding $100.   All fines collected by vir-tue of this act shall be paid into the common school fund of the township in which the offense is committed.

AN ACT to provide for an additional remedy for the protection of game, and for the protection of deer, wild fowl
and birds, and for the appointment of game wardens and defining the powers and duties of the same.   Ap-
proved June 27, 1885.   In force July 1, 1885.   L. 1885, Legal News Ed. p. 164.

**14.**   APPOINTMENT OF WARDENS—SALARY.]   § 1.   *Be it enacted by the People of the State of Illinois, represented in the General Assembly:*   That the governor of the State shall appoint three game wardens, one from each of the three largest cit es in the State, whose term of office shall be for two years from the time of taking effect of this act or until their successor or successors are appointed; said game wardens shall receive no salary from the State for their services, but shall receive a portion of the fines and proceeds of sale as hereinafter provided.

**15.**   DUTY OF GAME WARDENS—PROSECUTIONS.]   § 2.   It shall be the duty of such game wardens to prosecute persons and corporations having in their possession game, deer, wild fowl and birds contrary to law, as hereinafter provided, and also to enforce the game laws of this State.

**16.**   GAME IN POSSESSION CONTRARY TO LAW MAY BE SEIZED—WARRANT.]   § 3.   If said game wardens or either of them has reason to believe or does believe, that any person or corporation has in his or their possession, contrary to law, any game, deer, wild fowl, or bird, it shall be the duty of such game wardens to go before any justice of the peace in the county and make affidavit of that fact; said justice shall thereupon issue a search warrant against the person or corporation so complained of, directed to any constable of the county, commanding him to proceed at once and search for said game, deer, wild fowl, or bird, and upon finding the same, to seiz and take possession of the same and keep it until further ordered by the justice; said con-stable shall also read said warrant to the owner or person in whose possession said game, deer, wild fowl or bird is found.

Said warrant shall be substantially as follows:

LLMC DIGITAL

Case 1:22-cv-00986-GTS-CFH  Document 49-74  Filed 10/13/22  Page 1 of 5

TITLE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

## ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

### EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

JA748

Ovd83
C4d
881

Case 22-2908, Document 93-2, 01/09/2023, 3448890, Page75 of 77

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683. In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684. All the printed books containing the revised ordinances shall be deposited with the city comptroller. He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685. The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

## Article XLIII.

### *Parks and Public Grounds.*

1686. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface

Case 1:22-cv-00986-GTS-CFH   Document 49-74   Filed 10/13/22   Page 4 of 5

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.  No person shall converse with or in any way hinder those engaged in their construction.

1692.  No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.  No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.   No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.  In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.  The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.  No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.  No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.  No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.  Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

Case 1:22-cv-00986-GTS-CFH  Document 49-74  Filed 10/13/22  Page 5 of 5

1699.  No person other than employes shall light, make or use any fire thereon.

1700.  No person shall go upon the grass, lawn or turf of the parks except when and where the word " common " is posted, indicating that persons are at liberty at that time and place to go on the grass.

1701.  Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof when directed, and cause him to be committed for examination.

1702.  The foregoing sections of this article so far as applicable shall apply to all the public squares of the city of Chicago.

1703.  Any person who shall violate any or either of the provisions of this or any section or clause or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than one hundred dollars.

## ARTICLE XLIV.

### *Pawnbrokers and Loanbrokers or Keepers of Loan Offices.*

1704.  The mayor may from time to time grant licenses to such persons as shall produce to him satisfactory evidence of their good character to exercise or carry on the business of a pawnbroker, or of a loanbroker or keeper of a loan office; and no person shall exercise or carry on the business of a pawnbroker, loanbroker or keeper of a loan office without being duly licensed, under the penalty of one hundred dollars for each day he or she shall exercise or carry on said business without such license.

1705.  Any person who loans money on deposit or pledge of personal property or other valuable thing, or who deals in the purchasing of personal property or other valuable thing on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

1706.  Every person receiving such license shall pay therefor the sum of one hundred and fifty dollars for the use of the city.

1707.  Every person so licensed shall at the time of receiving such license, enter with two sufficient sureties into a joint and several bond to the city of Chicago in the penalty of five hundred dollars, conditioned for the due observance of all such ordinances of the city council as may be passed or in force respecting pawnbrokers and loanbrokers or keepers of loan offices, at any time during the continuance of such license.