[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

## FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.

1888.

JA753

Case 1:22-cv-00986-GTS-CFH   Document 49-75   Filed 10/13/22   Page 2 of 4

CC
Salt Lake City
3
1888

44-JA58
Judah P. Benjamin

Case 1:22-cv-00966-GTS-CFH  Document 49-75  Filed 10/13/22  Page 3 of 4

# CHAPTER XXVII.

### OF LIBERTY PARK.

1. May or to control Park and appoint Keepers.    Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed.   Racing prohibited.
5. Vending in Park prohibited.
6. Injuring property.    Disturbance.    Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter. *Mayor to control Park and appoint Keepers.* *Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor. *When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park. *Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said *Rate of speed.*

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page4 of 42

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

**Racing prohibited.**

SEC. 5. No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

**Vending in Park prohibited.**

SEC. 6. No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor: 1—Let loose any cattle, horses, goats, sheep or swine. 2—Drive a herd of said animals through the grounds. 3—Carry or discharge firearms. 4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided. 6—Catch or kill any birds or fish of any kind.

**Injuring property.**

**Disturbance.**

**Animals trespassing, etc.**

**Firearms.**

SEC. 7. All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

**Rule in meeting vehicles.**

SEC. 8. When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

**Associations, etc., to get permit.**

SEC. 9. Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

**Penalty.**

*Prof. Thos. H. Green*

*Dr. Asa Grey*
*Cambridge*
*April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

—————

REVIEW OF ITS ORIGIN AND HISTORY, PLAN OF IMPROVE-
MENT, ORNAMENTAL FEATURES, ETC.

—————

WITH ILLUSTRATIONS.

—————

PREPARED BY ORDER OF THE BOARD OF COMMISSIONERS.

—————

BY DAVID H. MACADAM.

—————

1883:

R. P. STUDLEY & CO., PRINTERS.

ST. LOUIS, MO.

Digitized by Google

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page6 of 42

TOWER GROVE PARK.                    117

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1.  To enter or leave the park except by the gateways.

2.  To climb the fences.

3.  To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4.  To carry firearms or to throw stones or other missiles within it.

5.  To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6.  Or to converse with, or in any way hinder, those engaged on the work of the park.

7.  A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues.  All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day.

These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8.  No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour.  Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9.  No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

Digitized by  Google

118                                TOWER GROVE PARK.

upon any part of the park except upon the "drive,"and upon such places as are appropriated for carriages at rest.

10.  No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11.  No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12.  No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13.  No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14.  No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16.  Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17.  The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18.  No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19.  No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20.  No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21.  No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

**TOWER GROVE PARK.**                    119

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.  No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.  No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.  No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.  No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.  No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.  No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page9 of 42

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

JA761

496                  ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

July 31, 1893, § 1.
O. B. 9, 282.

Bureau of parks
created.

Officers and
employees.

1.   There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

July 6, 1896.
O. B. 11, 139.

Preamble.

Preamble.

2.   WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid. § 1.

Watchmen com-
pensation.

3.   *Be it ordained, &c.,* That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4.   The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893. § 1.
O. B. 9, 260.

Rules adopted.

5.   Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.*   No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.*   No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.*   No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.*   No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*)  As amended by ordinance of Nov. 23, 1896. O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 49.

Digitized by Google

PUBLIC WORKS—PARKS.                    497

*Fifth.*  No military or other parade or procession,  or funeral <span style="float:right">July 27, 1883.</span>
shall take place in or pass through the limits of the parks with- Park rules.
out permission from the chief of department of public works.

*Sixth.*  No one shall ride or drive therein except on the
avenues or roads, or at a rate of speed exceeding eight miles
per hour.

*Seventh.*  No gathering or meeting of any kind, assembled
through advertisement, shall be permitted in the parks without
previous permission of the chief of the department of public
works, nor shall any gathering or meeting for political purposes
in the park be permitted under any circumstances.

*Eighth.*  No wagon or vehicle of burden or traffic shall pass
through the park, except on such road or avenue as shall be
designated by the chief of the department of public works for
burden transportation.

*Ninth.*  No coach or vehicle used for hire, shall stand upon
any part of the parks for the purpose of hire, nor except in
waiting for persons taken by it into the park, unless at points
designated by the chief of the department of public works.

*Tenth.*  No profane, indecent, abusive or insulting language,
gambling or drunkenness shall be allowed within the parks, nor
shall any one be allowed to introduce any spirituous liquors
within the limits of the same, either for his own use or for sale.

*Eleventh*  No person shall climb any tree or attach any swing
thereto, without the consent of the superintendent.

*Twelfth.*  No picnic shall take place in the parks without a
written permission for the purpose being obtained from the
superintendent, in which shall be designated the spot where it
shall be held, and parties holding picnics shall clean up the
ground that has been occupied by them on quitting it, and not
leave paper and other refuse on the ground.

*Thirteenth.*  No person shall disturb any picnic in the parks,
or intrude himself or herself on it without the consent of those
composing it.

*Fourteenth.*  No person shall stand, walk or sit on any fence,
wall or embankment, or stand, slide, sit or roll upon any slope
of the parks.

*Fifteenth.*  No person shall set up any booth, table or stand
for the sale of any article whatever, without the consent of the
chief of the department of public works, previously obtained in
writing.

*Sixteenth.*  When carriages or equestrians meet, the parties
respectively shall keep to the right as the law of the road.

*Seventeenth.*  No person shall drive any vehicle displaying any
placard or advertisement of any kind along any road or avenue
in the parks, nor shall any person display any placards or
advertisements of any kind, or post or fix any notice or bill or
other writing or printing of any kind on any tree, lamp-post,
hydrant, curbstone, coping, flagstone, fence, wall, building or
other place within the parks.

*Eighteenth.*  No benches or seats shall at any time be removed

33

Digitized by Google

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page12 of 42

498                    ORDINANCES—EXECUTIVE DEPARTMENTS.

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.

Penalty.

6.   Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Aug. 28, 1871. § 1.
O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7.   The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers.   Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided*, That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.

City not liable for expense.

8.   Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.

City may grade and pave.

9.   Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10.   Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.

Penalty for injuring improvements.

11.   It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page13 of 42

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same.

*Aug. 28, 1871.*

12.   The superintendent of the water works shall be authorized to direct a supply of water, free of charge, for not more than two fountains upon said ground at all reasonable times and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided,* That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply.

*Ibid. § 6.*
Supply of water for two fountains authorized.

13.   WHEREAS, The public market-house on Second street is of no benefit to the city ;

*Sept. 27, 1858.*
*O. B. 2, 125.*

*And whereas,* The heirs and legal representatives of the estate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area ; therefore,

Preamble.

14.   *Be it ordained, &c.,* That all that portion of Second street extending from Grant to Ross street, and used for the purpose of a market house, be and the same is hereby devoted to the purpose of a public park, to be ornamented in such manner as shall be directed by the mayor of the city and members of councils for the time being of the Second ward, who are hereby authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gateposts thereof : *Provided,* The whole expense of removing the market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury.

*Ibid. § 1.*
Second street market to be made a park.

Rules.

Proviso.

15.   Any person that shall injure or destroy any tree, shrub or any other thing within said park, or the wall or fence that may surround it, shall, upon conviction before the mayor, be fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable.

*Ibid. § 2.*
Penalty for injuries.

16.   It shall be lawful to erect within the said area or park one or more fountains, to be supplied from the public water pipes without any charge for the use of the water.

*Ibid. § 3.*
Fountains.

17.   Before the work necessary for said improvement shall be commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treasurer, and shall proceed to agree upon a plan of the work, &c.

*Ibid. § 4.*

18.   For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoir known as the Herron Hill Reservoir.

*Sept. 14, 1880 § 1.*
*O. B. 7, 131.*
Dedication of Herron Hill Park.

Digitized by Google

500             ORDINANCES—EXECUTIVE DEPARTMENTS.

**Sept. 14, 1889, § 2.**
**Improvement.**

19.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

**Sept. 16, 1889, § 1.**
**Dedication of Highland Park.**

20.   For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

**Ibid. § 2.**
**Improvements.**

21.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

## BUREAU OF CITY PROPERTY.

**Dec. 17, 1887, § 18.**
**O. B. 6, 227.**
**Bureau created.**
**Title of head.**
**Salary.**
**Duties.**

**Clerk.**

1.   There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

**Feb. 28 1890, § 1.**
**O. B. 7, 321.**
**Salary of clerk of bureau of city property.**

2.   From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

**City Code, 234, § 1.**
**Penalty for injuring.**

**Proviso.**

3.   If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

**Ibid. § 2.**
**City officers to report to controller.**

4.   It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

Digitized by Google

Case 1:22-cv-00986-GTS-CFH Document 49-70 Filed 10/13/22 Page 1 of 15
Case 22-2908, Document 93-3, 07/09/2023, 3548890, Page15 of 42

Continuance.  22. AND IT IS HEREBY FURTHER ENACTED, That this Act shall continue in Force to the End of the next Sitting of the Legislature, and no longer.

*Passed at* Trenton, April 4, 1778.

---

### C H A P.   XXI.

*An* ACT *for granting a Bounty upon Wool, Flax and Hemp, raised and sold within the State of* New-Jersey.

Preamble.  WHEREAS increasing the Quantity of Wool, Flax and Hemp in this State, may be of singular Advantage to the Inhabitants thereof.

Bounty.  *Sect.* I. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That from and after the Publication of this Act, any Person raising and selling, within this State, either Wool, Flax or Hemp, shall be entitled to receive from the Publick, as a Bounty on the same, the Sum of *One Shilling* per Pound for good merchantable Sheeps Wool ; *Nine-pence* per Pound for good clean well dressed Flax ; and *Four-pence* per Pound for like Hemp, so raised and sold by any Person residing within this State, to any Inhabitant of the same ; which Bounty shall be paid to any Person who shall raise and sell any of the aforesaid Articles, over and above the Quantity sufficient for his or her Family's Use, upon his or her producing a Receipt for the same from the Purchaser, specifying the Seller's Name, the exact Weight of the Article sold, with the Time and Place of Sale ; the Truth of which Receipt shall be attested on Oath or Affirmation, before any Justice of the Peace of the County in which he resides ; and being exhibited to the Treasurer of the State, he is hereby authorized and directed to pay all such Sums of Money as shall be expressed in all Receipts so taken, attested and exhibited ; and the same shall be his sufficient Voucher for the Payment of so much out of the State Treasury.

Continuance.  2. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That this Act shall continue and be in Force for two Years after the Pulication hereof, and from thence to the End of the next Sitting of General Assembly, and no longer.

*Passed at* Princeton, April 14, 1778.

---

### C H A P.   XXII.

*An* ACT *for the Regulating, Training and Arraying of the Militia.*

Preamble.  WHEREAS a well ordered and well disciplined Militia is at all Times necessary to the Safety and Preservation of the State, and more especially when the Invasion and Hostilities of a powerful Fleet and
Army

Case 1:22-cv-00986-GTS-CFH Document 49-70 Filed 10/13/22 Page 2 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page16 of 42

Army call for every vigorous Means of Defence: AND WHEREAS the Laws now in Force for the Regulation and Government of the Militia are in many Respects ineffectual, and, from their Number and Diversity, difficult to be comprehended and executed;

Sect. 1. BE IT THEREFORE ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That from and after the Publication hereof, the Militia of this State shall be divided into two Brigades, as follows, *to wit,* The Militia of the Counties of *Middlesex, Somerset, Essex, Bergen, Morris* and *Sussex,* shall form one Brigade. And the Militia of the Counties of *Hunterdon, Burlington, Monmouth, Gloucester, Salem, Cumberland* and *Cape-May,* shall form the other Brigade. *{Militia to be divided into two Brigades.}*

2. AND BE IT ENACTED, That each Brigade shall be commanded by a Brigadier or Colonel-Commandant, who shall be empowered to appoint a Major of Brigade. *{By whom commanded,}*

3. AND BE IT ENACTED, That each Regiment or Battalion shall be officered with a Colonel, a Lieutenant-Colonel and a Major; and also with an Adjutant, a Quarter-Master, and, when Circumstances will admit, a Chaplain and a Surgeon; which regimental Staff-Officers shall be appointed by the Field-Officers, or a Majority of them; PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commissioned in any Regiment or Battalion, both shall be continued; but Vacancies happening in the Office of second Major, shall not henceforward be supplied. *{And how officered.}*

4. AND BE IT ENACTED, That each Company of the Militia shall be officered with a Captain, a Lieutenant and an Ensign, and also provided with any Number not exceeding four Serjeants and four Corporals, to be elected by the Companies respectively; and the Commission Officers of each Company shall appoint for the same a Drummer and a Fifer: PROVIDED ALWAYS, That where two Lieutenants have been heretofore appointed and commissioned in any Company, both shall be continued; but Vacancies happening in the Office of second Lieutenant, shall not henceforward be supplied. *{Companies, how officered.}*

5. AND BE IT ENACTED *by the Authority aforesaid,* That the said General, Field and other Commission Officers and Staff-Officers respectively, shall be commissioned by the Governor or Commander in Chief for the Time being, upon due Certification of their Election or Appointment from those who elect or appoint them respectively, or by their Order; and the Non-commission Officers of Companies shall act under Warrants or Certificates from the Captains or commanding Officers of the Companies to which they severally belong. *{Officers, by whom commissioned, &c.}*

6. AND BE IT ENACTED *by the Authority aforesaid,* That each and every Officer, duly elected and commissioned, shall, within two Weeks after receiving his Commission, repair to some Justice of the Peace, or other Person duly authorized by *Dedimus Potestatem* to administer the Oaths of Abjuration and Allegiance, as prescribed in an Act, intitled, *An Act for the Security of the Government of New-Jersey,* passed the nineteenth Day of *September,* One Thousand Seven Hundred and Seventy- *{And to take the Oaths.}*

JA768

## 44  STATE of *NEW-JERSEY*, 1778.

fix, and there take and fubfcribe the faid Oaths in due Form, a Certifi-
cate of which fuch Juftice, or other Perfon authorized as aforefaid, fhall
give to the Officer taking the Oaths, who fhall tranfmit it to the Clerk of
the Peace of the County, to be entered in a Roll kept for that Purpofe.
And if any Officer fhall neglect to apply and take and fubfcribe the faid
Oaths within the Term above limited, he fhall, for fuch Default, forfeit

**Penalty for Neglect.** and pay the Sum of *Six Pounds*, to be recovered before any Juftice of the
Peace of the County wherein fuch Officer may refide, by any Perfon who
fhall fue for the fame, one Moiety to the Profecutor, and the other to the
Juftice, to be by him paid to the Collector of the County, for the Ufe of
the State ; and fhall moreover be difqualified and rendered incapable of
executing his Office ; and his Place fhall be fupplied by a new Election.

**Vacancies of Commiffion Officers, how filled up.** 7. AND BE IT ENACTED, That in every Cafe where a Vacancy or
Vacancies fhall happen, by Death, Refignation or otherwife, of any
Commiffion Officer or Officers of any Company, the Captain or com-
manding Officer of fuch Company fhall, within thirty Days thereafter,
call a Meeting of the fame ; and the Officers and Privates who fhall meet
at the Time and Place appointed, fhall nominate a Clerk to manage the
Election, and certify the fame when made; and fhall, by Plurality of
Voices, elect fuch Officer or Officers as may be wanting.  And if the
Captain or commanding Officer fhall neglect or refufe to give Orders for
affembling the Company as aforefaid, he fhall forfeit for fuch Offence
*Six Pounds*, to be recovered and applied as aforefaid.  And if the
Company, on due Notice given, fhall neglect to affemble and elect as
aforefaid, the Field-Officers of the Regiment or Battalion, or a Majority
of them, fhall appoint the Officer or Officers neceffary to fupply the Va-
cancy or Vacancies in the fame, or annex the faid Company to any ad-
jacent Company or Companies in the Regiment or Battalion, as they
**Provifo.** may think proper : PROVIDED ALWAYS, That where no Commiffion
Officer fhall remain in any Company, the neareft Field-Officer of the
Regiment or Battalion fhall give the Orders for affembling the Company
as aforefaid.

**Vacancies of Non-commif-fion Officers, how fupplied.** 8. AND BE IT ENACTED, That all Vacancies happening in the
Non-commiffion Officers of any Company, fhall be fupplied as often as
neceffary by fuch Company, when affembled for Training ; and if the
Company refufe to elect fuch Non-commiffion Officers, they fhall be ap-
pointed by the Commiffion Officers of the Company, or any two of
them ; and if any Perfon fhall refufe to ferve as a Serjeant, Corporal,
Drummer or Fifer, when duly elected or appointed for that Effect, he
fhall be fined the Sum of *Three Pounds*, to be recovered and applied as
aforefaid : PROVIDED ALWAYS, *and it is hereby Enacted*, That no Per-
fon fhall be fined more than once in the Space of a Year for refufing to
ferve in any Office to which he may be elected or appointed.

**Lifts of effect-ive Men to be kept, &c. and who not to be enrolled.** 9. AND BE IT ENACTED *by the Authority aforefaid*, That the Captain
or commanding Officer of each Company fhall keep a true and perfect
Lift or Roll of all effective Men between the Ages of fixteen and fifty
Years refiding within the Bounds of fuch Company : PROVIDED
ALWAYS, That the Delegates reprefenting this State in the Congrefs of
the United States, the Members of the Legiflative-Council and General
Affembly, the Judges and Juftices of the Supreme and Inferior Courts,
the Judge of the Court of Admiralty, the Attorney-General, the Secre-

Case 1:22-cv-00886-GTS-CFH Document 49-78 Filed 10/13/22 Page 1 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448896, Page18 of 42

tary, the Treasurer, the Clerks of the Council and General Assembly, the Clerks of the Courts of Record, the Governor's private Secretary, Ministers of the Gospel of every Denomination, the Presidents, Professors and Tutors of Colleges, Sheriffs and Coroners, one Constable for each Township, to be selected by the Court of Quarter-Sessions of the County, two Ferrymen for each publick Ferry on the *Delaware*, below the Falls at *Trenton*, and one for every other publick Ferry in this State, and Slaves, shall not be borne upon any such List or Roll, or be liable to military Duty.

10. AND BE IT ENACTED, That the Captain or commanding Officer of each Company shall make Return of the Commission and Non-commission Officers and Privates of his Company, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *March* and *October* every Year, to the Colonel or commanding Officer of the Regiment or Battalion to which such Company may belong, under Penalty of *Three Pounds* for each Default ; and the Colonel or commanding Officer of each Regiment or Battalion shall make Return of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *April* and *November* every Year, to the Brigadier or Colonel-Commandant of the Brigade to which such Regiment or Battalion may belong, under Penalty of *Six Pounds* for each Default ; and the Brigadier or Colonel-Commandant of each Brigade shall make Return of his Brigade in the Months of *May* and *December* every Year, to the Commander in Chief of the State, under Penalty of *Ten Pounds* for each Default ; which several Penalties shall be recovered from the Officer whose Duty it is to make the Return, by a Justice of the Peace of the County where the Offender may reside, at the Instance of the Officer to whom the Return is in any Case directed to be made, and paid to the Collector of the County where recovered, for the Use of the State. <sup>Returns to be made.</sup>

11. AND BE IT ENACTED, That every Person enrolled shall constantly keep himself furnished with a good Musket, well fitted with a Bayonet, Steel Ramrod and Worm, a Cartridge-box, twenty-three Rounds of Cartridges sized to his Musket, a Priming-wire, Brush and twelve Flints, a Knapsack and Canteen, under the Forfeiture of *Six Shillings* for the Want of a Musket, and *One Shilling* for the Want of any of the other Articles whenever called out to Training or Service, to be recovered and applied as herein after is directed: PROVIDED ALWAYS, That if any Person be furnished as aforesaid, with a good Rifle Gun, the Apparatus necessary for the same, and a Tomahawk, it shall be accepted in Lieu of a Musket and the Bayonet, and other Articles belonging thereto. *How to be equipped.* *Proviso.*

12. AND BE IT ENACTED, That each Person enrolled shall also keep at his Place of Abode one Pound of good merchantable Gun-Powder and three Pounds of Ball, sized to his Musket or Rifle ; and for Want of either, shall forfeit the Sum of *Three Shillings*, to be recovered and applied as herein after is directed : PROVIDED ALWAYS, *and it is hereby Enacted,* That if any Person enrolled shall, by a Majority of the Commission Officers of the Company to which he may belong, be deemed and adjudged unable to purchase the Arms, Accoutrements and Ammunition above specified, he shall be exempted from Forfeiture for any Deficiency therein, until he can procure them, or they are provided for him. *And provided.* *Proviso.*

L2    AND

**Examination of Arms, &c.**

13. AND BE IT FURTHER ENACTED, That the Captain or commanding Officer of each Company shall, once in every four Months, order a Serjeant to call at the Place of Abode of each Person enrolled as aforesaid, for the Purpose of examining the State of his Arms, Accoutrements and Ammunition; of which the said Serjeant shall make exact Report to the Officer issuing the Orders; and if any Captain or commanding Officer of any Company shall neglect his Duty in this Respect,

**Penalty for Neglect.**

he shall forfeit and pay the Sum of *Six Pounds* for each Offence, to be recovered and applied as herein after is directed; and if any Serjeant shall neglect his Duty in this Respect, he shall forfeit and pay for each Offence the Sum of *Forty Shillings*, to be recovered and applied as herein after is directed.

**Time of Meeting, and Fines for Omission.**

14. AND BE IT ENACTED *by the Authority aforesaid*, That each Company shall assemble, properly armed and accoutred, not later than one o'Clock in the Afternoon of the first *Monday* in the Months of *April, May, June, September, October, November* and *December* every Year, at such Place as the Captain or commanding Officer of the Company shall appoint, and there spend the Remainder of the Day in Training and Exercise; and that the Penalty, in case of Absence, shall be as follows: On a Captain, *Thirty Shillings*; on a Lieutenant or Ensign, *Twenty Shillings*; on a Non-commission Officer or Private any Sum not under *Seven Shillings and Six-pence*, nor above *Fifteen Shillings*, and in due Proportion for attending later than the Hour above limited.

**Two Field-Days in a Year.**

15. AND BE IT ENACTED, That each Regiment or Battalion shall assemble, properly armed and accoutred, twice in the Year, at such Times and Place or Places as the Field-Officers, or a Majority of them, shall direct for the Purpose of Training and Exercise; and that the Penalty, in

**Penalty for Absence.**

case of Absence, shall be as follows: On a Colonel, *Five Pounds*; on a Lieutenant-Colonel, *Four Pounds*; on a Major, *Three Pounds*; on a Captain or any Staff-Officer, *Forty Shillings*; on a Lieutenant or Ensign, *Thirty Shillings*; on a Non-commission Officer or Private, any Sum not less than *Ten Shillings*, nor more than *Twenty Shillings*, and in due Proportion for attending later than the Hour specified in the Order for meeting: PROVIDED ALWAYS, That if the local Situation of the Com-

**Proviso.**

panies composing any Regiment or Battalion be such as may render it inconvenient to assemble the Whole at the same Time and Place, it shall and may be lawful for the Field-Officers, or a Majority of them, to assemble such Regiment or Battalion by Parts, at different Times and in different Places, each Part being assembled twice in a Year.

**Misbehaviour on Duty, Penalty therefor.**

16. AND BE IT ENACTED, That if any Field or other Commission Officer or Staff-Officer, at any regimental Review or monthly Training, or on any other Occasion when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, shall misbehave or demean himself in an unofficer-like Manner, he shall, for such Offence, be cashiered or punished by Fine, at the Discretion of a General or Regimental Court-Martial, as the Case may require, in any Sum not exceeding *Ten Pounds*; and if any Non-commission Officer or Private shall, on any Occasion of parading the Company to which he belongs, appear with his Arms and Accoutrements in an unfit Condition, or be found drunk, or shall disobey Orders, or use any reproachful or abusive Language to his Officers, or any of them, or shall quarrel him-

Case 1:22-cv-00086-GTS-CFH Document 49-78 Filed 10/13/22 Page 5 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page20 of 42

felf, or promote any Quarrel among his Fellow-Soldiers, he fhall be punifhed by Fine in any Sum not under *Four Shillings*, nor exceeding *Fifteen Shillings*, or be difarmed and put under Guard by Order of the commanding Officer prefent, until the Company is difmiffed.

17. AND BE IT FURTHER ENACTED, That if the Colonel or commanding Officer of any Regiment or Battalion fhall, on any Occafion when it may be neceffary, neglect or refufe to give Orders for affembling his Regiment or Battalion at the Direction of the Brigadier or Colonel-Commandant of the Brigade, he fhall be cafhiered or punifhed by Fine at the Difcretion of a General Court-Martial, not exceeding *Fifty Pounds*, to be recovered and applied as herein after is directed; and if the Captain or commanding Officer of any Company fhall, on any Occafion where it may be neceffary, neglect or refufe to give Orders for affembling his Company at the Direction of the Colonel or commanding Officer of the Regiment or Battalion to which fuch Company may belong, he fhall be cafhiered or punifhed by Fine at the Difcretion of a Regimental Court-Martial, not exceeding *Fifteen Pounds*, to be recovered and applied as herein after is directed; and if any Serjeant or Corporal fhall neglect or refufe to warn the Company to which he may belong, on any Occafion when it may be neceffary, agreeably to the Orders of the Captain or commanding Officer thereof, he fhall be fubject to a Fine of any Sum not exceeding *Three Pounds*, to be recovered and applied as herein after is directed.

<span style="float:right">Penalty on Officers neglecting to affemble the Militia.</span>

18. AND BE IT ENACTED, That the Captain or commanding Officer of each Company fhall at all Times keep a true Lift of his Company, divided into eight Parts or Claffes, as nearly equal as poffible, and reckoned from one to eight numerically; a Copy of which he fhall tranfmit to the Colonel or commanding Officer of the Regiment or Battalion on every Occafion of making a Return of the Company as aforefaid, under Penalty of the like Fine or Forfeiture for Non-Performance: PROVIDED ALWAYS, That the Artillery Companies fhall be excepted from this Regulation.

<span style="float:right">Lifts to be kept, &c.</span>

<span style="float:right">Provifo.</span>

19. AND BE IT ENACTED *by the Authority aforefaid*, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, with the Confent of the Legiflature, when fitting, and during their Recefs, with the Advice and Confent of the Privy Council, on Requifition of the Congrefs of the United States, or upon Application of the Commander in Chief of the Army of the United States, or of any General Officer commanding a Divifion or Detachment thereof, or of the executive Power of any of the adjoining States, or on other fimilar Emergency, to order into actual Service in any of the faid adjoining States, fuch and fo many Claffes of the Militia as may be neceffary, not exceeding four at any one Time, to be drawn alike from the feveral Companies of fuch Regiments or Battalions as are to furnifh the Detachment, and officered accordingly. And in cafe any Difficulty arife in officering fuch Detachment, the Brigadier or Colonel-Commandant of each Brigade fhall determine the Tour of Duty of the Regimental Officers; the Colonel or commanding Officer of each Regiment or Battalion fhall determine the Tour of Duty of the Commiffion Officers of the Companies; and that the Captain or commanding Officer of each Com-

<span style="float:right">Who empowered to call out the Militia,</span>

<span style="float:right">And determine the Tour of Duty.</span>

N

<span style="float:right">pany</span>

Case 1:22-cv-00986-GTS-CFH  Document 49-79  Filed 10/13/22  Page 7 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448896, Page21 of 42

pany fhall determine the Tour of Duty of the Non-commiffion Officers of his Company.

**Four Claffes may be kept out by Reliefs.**
20. AND BE IT ENACTED, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, with the Advice and Confent of the Privy Council, to call out, ftation and continue by Reliefs, as a Defence to the State within the fame, fuch and fo many Claffes as may at any Time be neceffary, not exceeding four, to be arrayed and officered as aforefaid.

**The Whole may be called in cafe of fudden Invafion.**
21. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, in cafe of fudden Invafion, Infurrection, Sedition or Alarm, to call out and array the whole of the Militia, or fuch and fo many entire Regiments or Battalions, fituated near to the Place where the Force is required, as he may think neceffary to repel the Invafion, and reftore the Peace of the State.

**When Officers may act without Orders.**
22. AND BE IT ENACTED, That it fhall and may be lawful for the Captain or commanding Officer of any Company, and he is hereby required and commanded to affemble his Company in every fuch Cafe, and oppofe the Invaders or Infurgents, without waiting for Orders from the Colonel or commanding Officer of the Regiment or Battalion to which fuch Company may belong ; and for the Colonel or commanding Officer of each Regiment or Battalion to affemble his Regiment or Battalion for the fame Purpofe, without waiting for Orders from his fuperior Officer :
**Provifo.**
PROVIDED ALWAYS, That every Officer fo acting without Orders, fhall make Report of his Proceedings in due Form, as foon as poffible.

**Term of Service.**
23. AND BE IT ENACTED, That when not more than half the Militia is called out and embodied, no Detachment fhall be continued in Service more than one Month at the fame Time.

**Officers, &c. refufing to ferve in their Tour, how punifhed.**
24. AND BE IT ENACTED, That if any Field or other Commiffion Officer or Staff-Officer fhall neglect or refufe to ferve in his proper Tour, when a Part only of the Militia is called, or to march immediately with his Regiment, Battalion or Company when the Whole are called, he fhall, for each Default, be tried by a General or Regimental Court-Martial, as the Cafe may require ; and if convicted, fhall be cafhiered and rendered incapable of holding any military Office for the Space of one Year, or fhall be punifhed by Fine, not under *Ten Pounds*, nor above *Fifty Pounds* ; and if any Non-commiffion Officer or Private fhall neglect or refufe to ferve in his Tour, or-within the Space of one Day after Notice given find a fufficient Subftitute to ferve in his Stead, to be approved by the Captain or commanding Officer of the Company, or fhall neglect or refufe to render perfonal Service when the Whole of the Militia are called, he fhall, for each Default, be fined not lefs than *Five Pounds*, nor above *Fifty Pounds*.

**Fines, by whom affeffed.**
25. AND BE IT ENACTED *by the Authority aforefaid*, That all Fines and Forfeitures herein before declared and impofed, for the Affeffment, Recovery or Application of which no fpecial Provifion is made, fhall be affeffed by the military Officers, and recovered and applied in Manner herein

Case 1:22-cv-00986-GTS-CFH Document 49-70 Filed 10/13/22 Page 8 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448896, Page22 of 42

herein after directed; and all military Officers impowered to affefs Fines and Forfeitures, are alfo impowered to judge of and admit reafonable Excufes in Difcharge of the Whole or a Part thereof, always having ftrict Regard to the Rank, Condition and Eftate of the Offender or Delinquent, and the Circumftances of the Offence.

26. AND BE IT ENACTED *by the Authority aforefaid,* That the Co- <span style="float:right">Excufes, who to decide upon them.</span> lonel or commanding Officer of each Regiment or Battalion fhall hear and decide upon the Reafons affigned by any other Field-Officer thereof for military Default punifhable by Fine; provided fuch Reafons be offered within ten Days; and the Field-Officers of each Regiment or Battalion, or a Majority of them, fhall meet at fome convenient Time, not exceeding fifteen Days after any regimental Training or Review, or after any Call of the Whole or a Part of fuch Regiment or Battalion into actual Service, if it may be neceffary; of the Time and Place of which Meeting Notice fhall be conveyed by Direction of the Colonel or commanding Officer to all concerned; and fhall then and there hear and decide upon the Excufes of the Captains or commanding Officers of Companies and Staff-Officers. And the Captain or commanding Officer of each Company fhall hear and determine upon the Reafons offered by any Subaltern Officer thereof, for military Default punifhable by Fine; provided fuch Reafons be offered within ten Days; and the Commiffion Officers of each Company, or a Majority of them, fhall meet at fome convenient Time, not exceeding fifteen Days after any Training of the Company, or any Call of a Part or the Whole thereof into actual Service; of the Time and Place of which Meeting due and feafonable Notice fhall be given by Advertifement, ten Days before fuch Meeting, or otherwife, as the Captain or commanding Officer may think beft, and fhall then and there hear and decide upon the Excufes of the Non-commiffion Officers and Privates.

27. AND BE IT ENACTED, That the Colonel or commanding Of- <span style="float:right">Lifts of Officers incurring Fines, &c. to be made, &c.</span> ficer of each Regiment or Battalion fhall, within twenty Days after any Training, or Call of the Whole or a Part thereof into Service, make out or caufe to be made out a Lift for the Diftrict of each Company of fuch Field-Officers, Captains, or commanding Officers of Companies, and Staff-Officers, refiding within the Bounds thereof, as have incurred any Fine or Forfeiture, and remain liable to the Payment thereof, and for the Recovery of which no fpecial Provifion is herein made, with the Fine or Forfeiture annexed to each Name, which he fhall tranfmit to fome Juftice of the Peace alfo refiding within the Bounds of fuch Company, or to fome Juftice of the fame County neareft thereto; who, on Receipt thereof, fhall iffue his Warrant to the neareft Conftable of the County, for the levying of the faid Fines and Forfeitures, with Cofts; which, when recovered, fhall be paid to the Collector of the County, for the Ufe of the State.

28. AND BE IT FURTHER ENACTED, That the Captain or com- <span style="float:right">Subalterns and Privates.</span> manding Officer of each Company fhall, within twenty Days after any Training of fuch Company, or Regimental Review, or after any Call of the Whole or a Part thereof into Service, make out or caufe to be made out a Lift of the Subalterns, Non-commiffion Officers and Privates, from whom any Fines are due and payable, for the Recovery of which no fpecial Provifion is herein made, with the Fines or Forfeitures annexed

Case 1:22-cv-00986-GTS-CFH Document 49-76 Filed 10/13/22 Page 9 of 15
Case 22-2908, Document 93-3, 01/09/2023, 3448896, Page23 of 42

annexed to the Names refpectively, which he fhall tranfmit to fome Juf-
tice of the Peace refiding within the Bounds of the Company, or to fome
Juftice of the County who may be neareft thereto ; who, upon Receipt
thereof, fhall proceed as in the laft foregoing Section is directed : PRO-

*Provifo.*     VIDED ALWAYS, *and it is hereby Enacted*, That if, by Reafon of a gene-
ral Call of the Militia, or a large Proportion thereof in any Part of the
State, all the Field-Officers of any Regiment or Battalion, or fo many of
them, or all the Commiffion Officers of any Company, or fo many of
them, fhall be abfent that the Duties required in the four preceding Sec-
tions cannot be performed within the Times limited, the fame fhall be
performed as foon thereafter as Circumftances will allow.

*Fines of Offi-*
*cers, by*
*whom reco-*
*vered.*     29. AND BE IT ENACTED, That the Fines and Forfeitures of the
Colonel or commanding Officer of any Regiment or Battalion fhall be
demanded and recovered by any Juftice of the Peace of the County in
which he may refide, at the Inftance of the Officer next in Command, or
any other commiffioned Officer, and paid to the Collector of fuch Coun-
ty, for the Ufe of the State.

*Minors, &c.*     30. AND BE IT ENACTED, That the Fines and Forfeitures of Mi-
nors living with their Parents, or others having the proper Care and
Charge of them, and thofe of Apprentices and Servants, fhall be paid by
their refpective Parents, Mafters, Miftreffes, or fuch as have the Care
and Charge of them, or levied on their Goods and Chattels.

*No Diftrefs to*
*be levied on*
*Arms, &c.*     31. AND IT IS HEREBY FURTHER ENACTED, That no Diftrefs fhall
be levied on the Arms, Accoutrements or Ammunition of any Non-com-
miffion Officer or Private, unlefs he fhall be poffeffed of more than are
neceffary for his own Ufe and Equipment. And in every Cafe where no
Goods, other than Arms, Accoutrements and Ammunition can be found,
or not fufficient whereon to levy Execution, the Offender fhall be com-
mitted to Gaol till the Fine and Cofts are fully paid.

*Court of Ap-*
*peal,*     32. AND BE IT ENACTED, That on the Day of each regimental
Training or Review, the Colonel or commanding Officer of each Regi-
ment or Battalion fhall nominate two Juftices of the Peace refiding with-
in the Bounds of fuch Regiment or Battalion, who, together with any
one of the Field-Officers of the fame, fhall conftitute a Court for hearing
and determining upon Appeals of fuch Perfons as may think themfelves
aggrieved by any Fines impofed as aforefaid, to continue till the next re-
gimental Training ; and fhall alfo fix the Times of their Meeting, which
fhall be fet up in Writing, or declared to the Regiment or Battalion :

*Their Power.* And the faid Court, or any two of them, fhall have Power to moderate
or remit any Fine or Forfeiture, for juft and equitable Reafons ; and a
Certificate from them, or any two of them, fhall entitle the Appellant to
receive from the Collector of the County the Sum fo remitted : PROVIDED
ALWAYS, That no Appeal be allowed unlefs the Money be firft paid,
and the Appeal profecuted at the next Meeting of the faid Court.

*Age difputed.*     33. AND BE IT ENACTED, That in all Cafes of Doubt refpecting the
Age of any Perfon enrolled or intended to be enrolled in the Militia,
the Party qeftioned fhall prove his Age, to the Satisfaction of the Of-
ficers of the Company within the Bounds of which he may refide, or a
Majority of them.

34. AND

Case 1:22-cv-80986-GTS-CFH Document 69-78 Filed 10/13/23 Page 10 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448696, Page24 of 42

34. AND BE IT ENACTED, That every Perfon enrolled as herein before is directed, intending to remove from the Company to which he may belong, into the Bounds of another within the State, fhall, previous to fuch Removal, apply to the Captain or commanding Officer of the Company from which he is about to remove, who fhall give him a Difcharge and Certificate, fpecifying the Time when and how long he was laft in Service, which he fhall produce to the Captain or commanding Officer of the Company into the Bounds of which he fhall fo remove, within ten Days after fuch his Removal, and enrol himfelf accordingly; and if any Perfon fhall neglect to apply for fuch Difcharge and Certificate, or to produce it and enrol himfelf as aforefaid, he fhall be subject to a Fine of *Five Pounds*, to be recovered before any Juftice of the Peace of the County, by any Perfon who will fue, one Moiety to the Profecutor, and the other to the Juftice, to be by him paid to the Collector of the County, for the Ufe of the State; and every Perfon who may be enrolled agreeably to the Defcription of this Act, removing from any of the neighbouring States into this State, fhall, within ten Days after his coming within the Bounds of the Company into which he fhall fo remove, be enrolled by the Captain or commanding Officer thereof.

*Perfons removing, to have Certificates.*

35. AND, that Detachments of the Militia may on all Occafions be well armed, accoutred and provided; BE IT ENACTED, That the Commiffion Officers of each Company, or any of them, be, and they hereby are empowered and directed to take by Impreffment from fuch of their Company as have Arms, Accoutrements and Ammunition, and are not at the Time called into Service, a Number and Quantity fufficient to equip and furnifh fuch as are fo called, and are deftitute thereof, giving Receipts for, and taking Appraifements of the fame; and if any Perfon entrufted with any fuch Arms, Accoutrements and Ammunition fhall, by wilful Neglect or Mifufe, lofe, endamage or expend the fame, the Value thereof fhall be recovered from him by the Officer who impreffed them, or other Officer of the Company, before any Juftice of the Peace of the County, and paid to the Owner; but if the Perfon entrufted with fuch Arms, Accoutrements or Ammunition be not of Ability to make Payment, or if the faid Arms, Accoutrements or Ammunition be loft, damaged or expended in Action, or by unavoidable Accident, they fhall be paid for or made good by the State: PROVIDED ALWAYS, That in order to afcertain that any fuch Arms, Accoutrements or Ammunition were loft, damaged or expended in Action or by unavoidable Accident, a Certificate, figned by the commanding Officer of the Company or Party in which the Perfon ferved when they were fo loft, damaged or expended, and fetting forth the Fact, fhall be produced.

*Detachments of Militia, Mode of equipping them.*

*Provifo.*

36. AND BE IT ENACTED, That the Colonel or commanding Officer of each Regiment or Battalion fhall be, and he hereby is empowered to employ from Time to Time, when neceffary, Workmen to repair and clean, and to take the Charge and Care of all publick Arms in the Regiment or Battalion, and to draw on the County Collector for the neceffary Expence.

*Workmen may be employed to repair Arms.*

37. AND BE IT ENACTED, That the Colonel or commanding Officer of each Regiment or Battalion, and the Captain or commanding Officer of any Company be, and each of them hereby is empowered to adminifter

*Oaths may be adminiftered.*

O

Case 1:22-cv-80986-GTS-CFH Document 69-78 Filed 10/13/23 Page 15 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448890, Page25 of 42

adminifter an Oath or Affirmation, on any neceffary Occafion in the
Execution of this Act.

**Procefs, when not to be ferved.**

38. AND BE IT ENACTED, That no civil Procefs fhall be ferved on
any Non-commiffion Officer or Private at any regimental Review or
Training of any Company, or while going or returning from the Place
of fuch Review or Training.

**Ferriage.**

39. AND BE IT ENACTED, That no Officer or Private fhall, on the
Way to or from the Place of regimental Review or Training of any
Company, be obliged to pay more than one third the ufual Rate of
Ferriage, or be charged any Toll for paffing over Toll-Bridges; and if
any Ferryman or Keeper of a Toll-Bridge fhall prefume to refufe a Paff-
age, or to make Demand contrary to the Direction of this Act, he fhall,
for each Offence, forfeit and pay the Sum of *Three Pounds*, to be reco-
vered by any Perfon who will fue for the fame, one Moiety to the Pro-
fecutor, and the other to the Juftice, to be by him paid to the Collector of
the County, for the Ufe of the State.

**Militia, how governed.**

40. AND BE IT FURTHER ENACTED, That the Militia of this State,
when in actual Service, fhall be fubject to the Rules and Articles of War
eftablifhed for the Government of the regular Troops of the United
States: PROVIDED ALWAYS, That the Militia fhall be tried by Courts
Martial compofed of their own Officers only: AND PROVIDED ALSO,
That the Pains and Penalties inflicted by any Court-Martial fhall not ex-
tend to the taking of Life or Limb, or to any corporal Punifhment, un-
lefs in the Cafes following, *that is to fay*, Any Officer or Private who
fhall hold a treacherous Correfpondence with, or give Intelligence to the
Enemy, or who fhall defert to the Enemy, or who fhall mifbehave be-
fore the Enemy, or fhamefully abandon any Poft, or who fhall fpeak
Words inducing others to offend in any of thefe Inftances, fhall, on due
Conviction, fuffer Death, or fuch other Punifhment as a General or Re-
gimental Court-Martial fhall direct.

**Pay and Ra-
tions.**

41. AND BE IT ENACTED, That the Militia, while in actual Service,
fhall be entitled to the fame Pay and Rations as the regular Forces of the
United States.

**Bounty.**

42. AND WHEREAS the Militia, when called into Service, are
not entitled to any Bounty, Arms or Cloathing, at the publick Expence,
and therefore their Reward is not equal to that of the regular Troops;
BE IT THEREFORE ENACTED, That when the Militia, or any Detach-
ment thereof, are called out on Duty, each Non-commiffion Officer and
Private fhall receive *Thirty Shillings* by the Month as a Bounty, over and
above the ftated Pay, to be drawn from the Treafury by the Paymafters
of the Militia from Time to Time appointed; and the Officers whofe
Duty it may be, are hereby required to make out feparate Pay-Rolls of
the faid Bounty.

**Adjutants, their Ranks &c.**

43. AND WHEREAS the Adjutants of the feveral Regiments of
Militia in this State have heretofore held a higher Rank than thofe in the
regular Forces of the United States, which Arrangement may, on many
Occafions, if continued, be productive of Difficulty and Inconvenience;
BE IT ENACTED, That the Adjutants of each Regiment or Battalion
fhall

Case 1:22-cv-80986-GTS-CFH Document 49-78 Filed 10/13/23 Page 12 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448890, Page26 of 42

shall henceforward hold the Rank of a Lieutenant, and be entitled to the Pay and Rations of a Captain.

44. AND BE IT ENACTED *by the Authority aforesaid*, That the Troops of Horse Militia already formed agreeably to Law in several Parts of this State, shall be completed and kept up, and that no Troop shall be formed in Addition, except by Act of the Legislature: PROVIDED ALWAYS, That the Officers of any Troop of Horse, who shall not within three Months from the Publication hereof complete the same, shall forfeit their Commissions, and such Troop shall accordingly be disbanded. *Troops of Horse to be kept up;*

45. AND BE IT ENACTED, That the Establishment of each Troop of Horse shall be a Captain, a Lieutenant, a Cornet, four Serjeants, a Trumpeter and twenty-nine Privates; and that the Officers shall hold the same Rank respectively with the Officers of the Foot Militia having like Command. *Establishment thereof;*

46. AND BE IT ENACTED, That each Non-commission Officer and Private of every Troop of Horse shall at all Times keep himself provided with a good Horse, a Saddle properly furnished with Cloth, Breast-plate and Pad, a double reined Bridle, a Carbine, and Belt with a running Swivel, a Pair of Pistols and Holsters, a Cartridge-box, with twelve Rounds of Cartridges sized for his Carbine and Pistols, a Sword and Belt, Boots and Spurs, a Cloak which will cover all the Arms and Accoutrements, with such other Articles of Armour and Furniture, made in like Form and manner as are usual and accustomed in the Equipment of Cavalry; and shall also keep at his Place of Abode one Pound of good merchantable Gun-powder and three Pounds of Ball, sized to his Carbine and Pistols, under the Penalty of forfeiting *Six Pounds* for the Want of a Horse, *Thirty Shillings* for the Want of a Saddle and Bridle, *Twenty Shillings* for the Want of a Carbine or Pistols, and *Five Shillings* for the Want of any other necessary Article, whenever called out to Training or Service. *And how to be equipped;*

47. AND BE IT ENACTED, That each Troop of Horse shall be under the Command and Direction of the Colonel or commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or commanding Officer of such Troop may reside, and shall assemble for Training and Exercise, and in case of Alarm or other Exigency, with such Regiment or Battalion, and in all other Respects, except as is before specified and declared, shall be under the same Regulations with the Companies of Foot Militia. *By whom commanded.*

48. AND BE IT ENACTED, That each Horseman, when in actual Service, shall be allowed *Two Shillings and Six-pence* by the Day, as a Compensation for the Use of his Horse. *Compensation for Horses.*

49. AND BE IT FURTHER ENACTED, That no Minor, Apprentice or Servant shall be allowed to enter himself into any Troop of Horse or Company of Artillery, without the Consent of those under whose Government, Care or Direction such Minor, Apprentice or Servant may be; and generally, no Person who is not able to provide himself with the Furniture and Equipment of a Horseman, shall be allowed to enter himself into any such Troop. *Apprentices not suffered to enter, unless, &c.*

50. AND

Case 1:22-cv-80986-GTS-CFH Document 69-78 Filed 10/13/23 Page 13 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448690, Page27 of 42

**Companies of Artillery to be kept up,**

50. AND BE IT ENACTED *by the Authority aforesaid*, That the Companies of Artillery already formed agreeably to Law, in several Parts of the State, shall be completed and kept up; and their Establishment of Officers and Privates, and also their Equipment, shall be conformable to the Establishment and Equipment of Artillery Companies in the regular Forces of the United States; and the Officers shall hold the same Rank respectively with the Officers of the other Militia having like Command; and moreover the Fines and Forfeitures inflicted on the Officers and Privates for any Default, shall be similar to those inflicted on the regimented Militia.

**By whom commanded.**

51. AND BE IT FURTHER ENACTED, That each Company of Artillery shall be under the Command and Direction of the Colonel or commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or commanding Officer may reside, and shall assemble with the same, as is herein before provided, with respect to the Troops of Horse, and in all other respects, except as is herein before excepted and declared, shall be under the same Regulations with the Companies of the other Militia, as far as Circumstances will admit.

**Justices receiving Fines, to keep Accounts, &c.**

52. AND BE IT ENACTED *by the Authority aforesaid*, That every Justice of the Peace within this State, who shall receive any Fines or Forfeitures as aforesaid, shall keep an exact Account of the same, and shall, once in four Months at least, pay to the Collector of the County the Sums of Money so by him received, deducting as a Compensation for his Trouble *Six-pence* in the *Pound*; and any Justice of the Peace who shall neglect to keep such Account and make such Payment, or who shall neglect or refuse to do any Duty, Matter or Thing enjoined on him by this Act, shall, for each Offence, be liable to a Fine of *Twenty Pounds*, to be recovered by the Collector of the County, to and for the Use of the State, in any Court having Cognizance thereof, and shall also on every Default of Payment be subject to an Action of Debt at the Suit of the said Collector, on Behalf of the State, for Recovery of the Sum detained, with Costs.

**County Collector to keep Accounts, &c.**

53. AND BE IT FURTHER ENACTED, That the Collector of each County shall keep a true and fair Account of all Monies by him received in Virtue of this Act, and, after Payment, of all Sums remitted on Appeal as aforesaid, and deducting *Three-pence* in the *Pound* for his Trouble, shall pay the Balance remaining in his Hands into the Treasury, on or before the first Day of *November*, yearly and every Year. And if the Collector of any County shall neglect to keep such Account and make such Payment, he shall be liable to a Fine of *Fifty Pounds*, to be recovered by the Treasurer, in any Court of Record, to and for the Use of the State, and shall moreover be subject to an Action of Debt at the Suit of the Treasurer, on Behalf of the State, for Recovery of the Sum detained, with Costs.

**Justice's and Constable's Fees.**

54. AND BE IT ENACTED, That a Justice of the Peace shall be entitled to *One Shilling* for each Warrant of Distress granted for any Purpose of this Act, and a Constable shall be entitled to *Five Shillings* for Execution thereof; which Fees shall be levied with the respective Fines and Forfeitures.

55. AND

Case 1:22-cv-80936-GTS-CFH Document 69-78 Filed 10/13/23 Page 14 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448690, Page28 of 42

55. AND WHEREAS in some Townships, Precincts and Wards of this State, Constables may not have been regularly chosen, or having been chosen, may refuse to act, by which Means the Execution of this Law may be impeded and avoided; BE IT THEREFORE ENACTED, That where there is no Constable, or the Constable or Constables may refuse to act, it shall and may be lawful to and for any Justice of the Peace to direct his Warrant to any Non-commission Officer or Private of the Militia, who is hereby empowered and enjoined to execute the Office of a Constable for any Purpose of this Act; and the said Non-commission Officer or Private shall receive the like Fees, and be subject to the like Fines and Forfeitures for Refusal or Neglect of Duty, as a Constable in the like Case might and ought to receive and be subject to.

*Constable refusing to act, &c. who to supply his Place.*

56. AND WHEREAS Justice and Equity requires, that those who are exempted from actual Service in the Militia, should by pecuniary Means contribute in a full Proportion to render the Burden of the publick Service equal, and to provide for the Support and Defence of the State; BE IT FURTHER ENACTED, That upon and out of the Estates Real and Personal of those who are exempted from actual Service as aforesaid, on Account of Age, Inability of Body, Office or otherwise, there shall yearly and every Year, during the Continuance of this Act, be levied and collected, over and above all other Taxes, *Six-pence* in the *Pound* Value, with the like Sum on Certainties as was levied and collected in the Year wherein *Twelve Thousand Five Hundred Pounds* was raised, agreeably to and under the same Penalties as are expressed in an Act, intitled, *An Act to settle the Quotas of the several Counties in this Colony for the levying Taxes,* passed the sixth Day of *December,* One Thousand Seven Hundred and Sixty-nine: PROVIDED ALWAYS, That every Person exempted as aforesaid, who shall at his own Expence fit out and keep properly equipped and accoutred, as directed by this Act, two Sons, Apprentices or Servants, such Sons being under Age, and living in his Service, shall on that Account be released from this Tax; and every Person who shall so fit out and keep equipped and accoutred one Son, Apprentice or Servant, such Son being under Age, and living in his Service, shall be subject to the Payment of Half such Tax only.

*Exempts to pay a Tax.*

57. AND BE IT ENACTED *by the Authority aforesaid,* That the Monies passing into the Treasury by Virtue of the Directions of this Act, shall be appropriated as a Fund for the Benefit and Relief of such Officers and Privates of the Militia of this State as are wounded and disabled, and of the Widows and Children of such as fell in Battle, or otherwise lost their Lives in the Service of the State, and to such other Purposes as the Legislature may direct.

*Appropriation of certain Monies.*

58. AND WHEREAS several Persons have for necessary Purposes from Time to Time been exempted from Enrolment, military Duty, or the Tax levied on Exempts as aforesaid, by particular Acts of the Legislature; BE IT ENACTED *by the Authority aforesaid,* That the Persons so exempted shall continue to enjoy the Immunities granted to them respectively, as far and as long as the said Acts may extend and continue the same, any Thing in this Act contained to the contrary notwithstanding.

*Exemption continued.*

59. AND BE IT FURTHER ENACTED, That no Person, not being a Subject of this State, or of any of the United States, who already has deserted

*Deserters, &c. not to be enrolled.*

Case 1:22-cv-80986-GTS-CFH Document 69-78 Filed 10/13/23 Page 15 of 15
Case 22-2908, Document 93-3, 01/09/2025, 3448890, Page29 of 42

ferted or hereafter may defert from the Enemy in the Courfe of the pre-
fent War, fhall be enrolled in any Company of Militia of this State.

Act, &c. re-
pealed.

60. AND IT IS HEREBY FURTHER ENACTED AND DECLARED,
That the Act, intitled, *An Act for the better regulating of the Militia*,
paffed the fifteenth Day of *March*, One Thoufand Seven Hundred and
Seventy-feven, and the three feveral Acts fupplementary thereto, be, and
they hereby are repealed and made void.

*Paffed at* Princeton, April 14, 1778.

## C H A P. XXIII.

*An* ACT *to raife a Fund by Taxation for difcharging the
Debts and defraying the neceffary Expences of the State of
New-Jerfey.*

Preamble.

WHEREAS Provifion ought to be immediately made for fup-
porting the Government of this State, and for difcharging the
Debts and neceffary Expences thereof; the moft proper and equitable
Means of effecting which will be by a Tax on the Inhabitants: AND
WHEREAS by the late Ravages and Devaftations committed by the Ene-
my in the State, and their prefent Vicinity to many Parts of it, divers of
the Counties are fo depopulated and impoverifhed, that the Quotas
formerly fettled for each are difproportionate, and therefore laying a de-
finite Rate on the *Pound* Value of Eftates, and a fixed or limited Sum on
fundry Articles ufually called Certainties, is the beft Mode at this Time
of levying the faid Tax ;

Taxes, on
whom and
what levied.

*Sect.* I. BE IT THEREFORE ENACTED *by the Council and General
Affembly of this State, and it is hereby Enacted by the Authority of the
fame,* That the faid Tax fhall be affeffed, levied and raifed on the feveral
Inhabitants of this State, their Lands and Tenements, Goods and Chat-
tels, in Manner following, *that is to fay,*

All Houfeholders, the Tax of whofe rateable Eftate, exclufive of Cer-
tainties, does not amount to *Twenty Shillings*, fhall be rated at the Dif-
cretion of the refpective Affeffors and chofen Freeholders, not under *Five
Shillings* nor above *Five Pounds.*
All Merchants, Traders and Shopkeepers fhall, for their Stores and
Shops, exclufive of other Eftate, be rated at the Difcretion of the refpec-
tive Affeffors and chofen Freeholders, not under *Ten Shillings* nor above
*Twenty Pounds.*
Every Ferry fhall be rated at the Difcretion of the refpective Affeffors
and chofen Freeholders, not above *Ten Pounds.*
Every fingle Man, whether he lives with his Parents or otherwife, who
keeps a Horfe, Mare or Gelding, fhall be rated at the Difcretion of the
refpective Affeffors, not under *Twenty-five Shillings* nor above *Fifty
Shillings.*
Every fingle Man, whether he lives with his Parents or otherwife, who
does not keep a Horfe, Mare or Gelding, fhall be rated at the Difcretion
of the refpective Affeffors, not under *Fifteen Shillings* nor above *Thirty
Shillings* :

Case 1:22-cv-00986-GTS-CFH Document 49-79-3 Filed 10/13/22 Page 1 of 8
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page30 of 42

*In the Sixteenth Year of the Reign of* GEORGE *the Third, KING, &c.* 1776.

*Militia.* 15

# ACTS AND LAWS,

Passed by the Great and General Court or Assembly of the Colony of the *Massachusetts-Bay, in New-England :* Begun and held at *Watertown,* in the County of *Middlesex,* on *Wednesday,* the Nineteenth Day of *July,* Anno Domini, 1775. And from thence continued by Adjournments to *Wednesday* the Twenty-ninth Day of *November* following, and then met.

## CHAP. I.

An Act for forming and regulating the Militia within the Colony of the *Massachusetts-Bay,* in *New-England,* and for repealing all the Laws heretofore made for that Purpose.

*W*HEREAS it is not only the Interest, but the Duty of all Nations to *Preamble.* defend their Lives, Liberties and Properties in that Land which the Supreme Ruler of the Universe has bestowed on them, against the unlawful Attacks and Depredations of all Enemies whatever; especially those who are moved by a Spirit of Avarice or Despotism :

And whereas the Honorable American Congress have recommended to the United Colonies to put the Militia into a proper State for the Defence of America :

And whereas the Laws now in Force, respecting the Regulation of the Militia, have been found insufficient for the Purposes aforesaid :

1. It is therefore enacted by the Council, and House of Representatives in *Repealing* General Court assembled, and by the Authority of the same, That the several *Laws.* Laws, and the several Paragraphs and Clauses of all and every the Laws of this Colony, enforcing, or any Ways relating to the Regulation of the Militia, be, and hereby are repealed, and declared null and void.

And be it further enacted by the Authority aforesaid, That that Part of the *The Training-* Militia of this Colony, commonly called the Training-Band, shall be constituted *Band, how* of all the able-bodied Male Persons therein, from sixteen Years old to fifty, excepting Members of the American Congress, Members of the Council, and of the House of Representatives for the Time being, the Secretary of the Colony, all Civil Officers that have been, or shall be appointed by the General Court, *Persons ex-* or either Branch of it, Officers and Students of Harvard-College, Ministers of *cepted.* the Gospel, Elders and Deacons of Churches, Church-Wardens, Grammar School-Masters, Masters of Arts, the Denomination of Christians called Quakers, Select-Men for the Time being, those who have by Commission under any Governmen or Congress, or by Election in Pursuance of the Vote of any Congress of the Continent, or of this, or any other Colony, held the Post of a Subaltern, or Higher Officer, Persons while actually employed as Masters of Vessels of more than thirty Tons Burthen, other than Fishing Vessels, and Vessels coasting in this Colony, and to and from this Colony to the other New-England Governments, Constables, and Deputy-Sheriffs, Negroes, Indians and Mulatoes, and shall be under the Command of such Officers as shall be chosen, impowered and commissioned over them, as is by this Act provided ; and the Select-Men, or the major Part of them of each Town, shall be, and hereby are impowered by

E Writing

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH Document 49-79 Filed 10/13/22 Page 3 of 8
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page31 of 42

Writing under their Hands, to excuse from Time to Time such Physicians, Surgeons, Ferrymen and Millers in their respective Towns, from common and ordinary Trainings, as they shall judge it necessary to excuse: And the Council aforesaid shall from Time to Time, as may appear to them necessary, divide the Militia of each County into Regiments, and alter and divide such Regiments *The Council* from Time to Time, as they shall judge expedient, after having taken the *to divide the* Opinion, during any Session of the General Court, of such Members of the *Militia from* House as belong to the County where the Division or Alteration is to be made, *Time to Time.* and as shall be present at the Time of such Consultation.

2. *And be it further enacted by the Authority aforesaid,* That there shall be chosen by Ballot from Time to Time, as may be necessary, by either the Council, or House of Representatives of this Colony, with a Negative always resting *Three Major-* in either House of Assembly, Three Major-Generals, to rank and command as *Generals to* first, second and third, over the whole Militia thereof ; which Major-Generals *be chosen by* when so chosen and concurred, shall be commissionated to said Office by the *Ballot of ei-* major Part of the Council aforesaid, and the Rank of each of said Generals shall *ther House.* be expressed in his Commission, and said first Major-General, and each of the other Major-Generals shall at all Times have Power in the Absence of their Superior (and not having Orders to the contrary) to draw forth the said Militia, or any Part of them, as the said Generals, or the first in Rank of them present shall judge expedient and necessary for the immediate Defence of this, or any of the United Colonies of America : And the Officers and Soldiers of said Mi- *Their Power.* litia, shall pay entire Obedience to their Commands accordingly, under the Penalties hereafter provided in this Act. *Provided always,* That the said Generals and all other Officers of said Militia, shall at all Times be under the Command of the major Part of the Council, and shall in drawing forth, or retaining *To be under* in Service the said Militia, or any Part of them, be subject to such Orders and *the command* Instructions, as they may receive from the said major Part of the Council ; un- *of the Coun-* less when the said Militia, or any Part of them, shall be without the Limits of *cil.* this Colony, they should receive Orders from the House of Representatives for the Time being, to return ; and whenever the said Militia, or any Part of them, shall be without the Limits of this Colony, the said House of Representatives shall have full Power and Authority to give Orders for their Return ; to which Orders the said Militia, and all the Officers thereof, are hereby required to yield strict Obedience, any Orders to the contrary notwithstanding.

3. *And be it further enacted by the Authority aforesaid,* That the Council or *One Briga-* House of Representatives, shall from Time to Time as may be necessary, by *dier General* Ballot, choose one good and able Brigadier in each County in this Colony, *to be chosen* where there shall be more than one Regiment (and where there is but one Re- *in each Coun-* giment in a County, the Council shall join such Regiment to the Militia of *ty, in the* any other County as they shall see fit) and such Persons so chosen and concurred, *sameManner.* shall be commissionated by the major Part of the Council, in which Commission *His Power.* the Rank of each Brigadier shall be expressed : And the said Brigadiers shall have the same Command over their respective Brigades, as the first Major-General has over the Militia of the whole Colony ; and when two or more of said Brigades, or any Number of said Militia shall be together embodied upon any Alarm, the first Officer in Rank who shall be present, shall have the chief Command of the whole.

4. *And be it further enacted by the Authority aforesaid,* That there shall be *Col. Lt. Col.* chosen, appointed and commissionated, (as is provided and directed by, this Act *& two Majors* for the Choice and Appointment of General Officers) over such Regiment in *to be chosen* this Colony, one Colonel, one Lieutenant-Colonel, and two Majors ; And the said *in the same* Field Officers so appointed and commissionated, or the major Part of them, shall *Manner.* forthwith divide and set off the respective Regiments into Companies, as they shall judge expedient, to consist as near as conveniently can be, of sixty-eight Privates, exclusive of those of the Alarm List, and to determine the Rank of each and every Company. *Provided nevertheless,* That no Soldier shall be obliged,

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH Document 49-79 Filed 10/13/22 Page 32 of 8
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page32 of 42

*In the Sixteenth Year of the Reign of* GEORGE *the Third, KING, &c.* 1776.

## Militia. 17

obliged, without his Consent, to join a Company belonging to any Town in which he has not his usual Place of Abode, unless where there shall not be Privates enough to make a Company of thirty Soldiers, including Officers ; in which Case, as also where there are any Persons belonging to a Place not incorporated, they shall be joined to such Company as the Field Officers of the Regiments within which they are, shall see fit. And the Inhabitants of every Town now in, or that shall be in the Continental Army, shall be deemed to belong to, and be a Part of the Companies in their respective Towns, and excused from Duty in the Militia, whilst they continue Part of the Army aforesaid ; and each *Persons in the* Company, when so formed and set off, shall, together with those of the Alarm *Cont'l. Army* List, within the Limits of the same, by Ballot, in the Presence of one of their *to be consi-* Field Officers, who shall cause them to be duly notified for that Purpose, and *dered as be-* shall preside as Moderator, choose one Captain, and two Lieutenants ; which *longing to the* Choice shall immediately be certified to the Secretary by said Field-Officers ; *Militia.* and the major Part of the Council thereupon, unless some material Objection a- *Each Compa-* gainst such Choice for any corrupt Practice or Irregularity, shall be made at *ny to choose* or before the Time of receiving said Certificates, shall commissionate such Per- *their own* sons pursuant to their Election. And all the said Officers, when so commissionated *Capt. and two* by the Council, shall in the Absence of their Superiors, have the same Power *Lieut's, who* in ordering, directing and marching their Regiments and Companies, as the first *are to becom-* Major-General has over the whole of said Militia : And the Colonel, or com- *by the major* manding Officer of each Regiment, shall as soon as the Captains in his Regiment *Part of the* are commissionated, give them respectively under his Hand in Writing, the *Council.* Limits of their respective Companies, their alarm Posts, and the Manner of mustering their Companies on all Occasions.

5. *And be it further enacted by the Authority aforesaid,* That the Field- *An Adjutant* Officers of each and every Regiment, or the major Part of them, shall recom- *to be recom-* mend to the General Court a good able and skilful Person for Adjutant of their *mended by* Regiment ; and if either House shall by Ballot, elect such Person for that *the Field Of-* Office, then the major Part of the said Council, shall, when concurred, commissi- *ficers of each* onate him thereto. And in all Cases determinable by Field-Officers of the several *Regiment, &* giments, where there shall be the four Field-Officers of any particular Regiment *chosen by Bal-* present ; and they shall be equally divided in their Opinions respecting such *lot of either* Matter—the Determination shall be according to the Opinion of the first Colonel *House, &c. m-* *mission'd by* *the major Part* 6. *And be it further Enacted,* That each Company including the Alarm List, *of the Council* shall be called together by their Captain, or commanding Officer, as soon as may be, for the Purpose of choosing one Clerk, four Serjeants, four Corporals, one Drummer, and one Fifer ; and when it shall appear to the Commission Officers of any Company, that either of said Non-commissioned Officers shall *Non-com-* neglect his Duty, they may remove and diminish him from his Office, and call *missioned Of-* upon their Company, including the Alarm List, to choose another in the Room *ficers to be* of such Delinquent ; and if the said Company, being called together for that *chosen by the* Purpose, shall at any Time neglect, or refuse immediately to proceed to the *Company,* Choice of one, or more Non-commissioned Officer or Officers, so ordered to be chosen—the Commission Officers of such Company, or the major Part of them, shall by Warrant under their Hands in Writing, appoint said Non-commissi- oned Officer or Officers, which the said Company shall have refused to choose as aforesaid.

7. *And be it further enacted by the Authority aforesaid,* That each and every Officer, and private Soldier of said Militia, not under the Controul of Parents, Masters, or Guardians, and being of sufficient Ability therefor, in the Judgment of the Select-Men of the Town wherein he has his usual Place of Abode, shall *Articles of* equip himself, and be constantly provided with a good Fire-Arm, with a Steel or Iron *Articles of* Ramrod, and a Spring to retain the same, a Worm, Priming Wire and Brush, and *Equipments,* a Bayonet fitted to his Gun, a Scabbard and Belt therefor, and a Cutting Sword, or a Tomahawk or Hatchet, a Pouch containing a Cartridge Box, that will hold fifteen Rounds of Cartridges at least, a Hundred Buck Shot, a Jack-Knife and

Tow

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH   Document 49-79   Filed 10/13/22   Page 43 of 8
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page33 of 42

18                                    *Militia.*

Tow for Wadding, fix Flints, one Pound of Powder, forty Leaden-Balls fitted to his Gun, a Knapfack and Blanket, a Canteen or Wooden Bottle fufficient to hold oneQuart.     And all Parents, Mafters andGuardians, fhall furnifh and equip thofe of the Militia which are under their Care and Command, with the Arms, Equipments, and Accoutrements aforefaid : And where the Selectmen of any Town fhall adjudge any Perfon belonging to the Militia of their Town unable to equip, and arm himfelf as aforefaid, fuch Selectmen fhall in Writing under their Hands certify the fame to the Captain or commanding Officer in whofe Company fuch Perfon may be, and fhall at the Expence of fuch Town provide for, furnifh, arm and equip fuchPerfon with fuchArms andEquipments ; which Arms fo provided by fuch Selectmen, fhall be the Property of the Town at whofe Expence they fhall be provided ; and if any Non-commiffioned Officer or Soldier, fhall embezzle or deftroy the fame, he fhall be punifhed at the Difcretion of the Juftice, or Court before whom he may be convicted thereof, by paying double the Value of the Arms or Accoutrements fo wilfully deftroyed or embezzled ; and on Default thereof, to be publicly whipped not exceeding twenty Stripes : And theSelectmen of each and every Town fhall provide at the Expence of the Colony, and depofit and keep in fome fafe Place for the Ufe of theMilitia upon an Alarm—one fixteenthPart fomanySpades, orIron Shovels with Handles, and fitted for Service, as there areRateable Polls in theirTown ; one half as many narrow Axes as Spades and Iron Shovels, and as many Pick-Axes, as narrow Axes, all fitted for Service, and at the Coft and Charge of their refpective Towns ; oneDrum, and oneFife for eachCompany therein. And the Freeholders and Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town-Meetings, are hereby impowered at a Meeting regularly warned for that Purpofe, to raife Money by Tax on the Polls and Eftates of the Inhabitants of their Towns, to defray all Charges arifing on faid Towns in Confequence of this Act.

8. *And be it further enacted by the Authority aforefaid,* That each and every Commiffion Officer of faid Militia, who fhall not within one Month next after receiving his Commiffion, provide for, arm and equip himfelf with fuch Arms and Accoutrements, as is by this Act directed, fhall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every commiffioned Officer, who fhall be depofed from his Office in the Militia for Neglect of Duty, or other Mifdemeanor, as by this Act is provided, fhall receive no Benefit from any Commiffion, which he fhall be thus incapacitated to execute from him from Military Duty.

9. *And be it further enacted,* That the Clerk of each and everyCompany of faid Militia, fhall once every fixMonths after the Time of hisChoice or Appointment, take an exact Lift of hisCompany, and of eachMan's Equipments refpectively, and prefent the fame to theCaptain or commanding Officer thereof ; a Copy whereof the Captain or commanding Officer of faidCompany, fhall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to ; and the Colonel fhall, withoutDelay, return the Number therein contained to theBrigadier, and the Brigadier fhall as foon as may be, return the fame to the firft Major-General, and he fhall forthwith return the fame to the Council.

10. *And be it further enacted by the Authority aforefaid,* That every Brigadier fhall review each Regiment of his Brigade *twice* a Year, and oftner if the Council fhall order it, and onDefault thereof, fhall be liable to be removed from his Office : And when the Captain or commanding Officer of anyCompany of fuch Militia fhall choofe to call his Company together, or fhall be ordered by his fuperior Officer to do it, to examine their Arms, or inftruct them in the Exercifes, which from Time to Time fhall by the General Court be ordered for them, he fhall notify and warn them of the Time and Place of Meeting, in fuch Manner as his Colonel fhall appoint therefor ; and each and every Company fhall be muftered eight Times a Year at leaft, including their Regimental-Mufters.

                                                                    11. *And*

**Margin notes:**

Poor Perfons to be equipt at the Expence of their Town.

Penalties for Embezzlement of fuch Equipments.

Penalty for Commiffion Officers neglecting to equip themfelves.

A Return of all theEquipments to be made every fix Months.

Each Brigadier to review his Brigade twice a Year.

Each Company to be muftered 8 Times a Year.

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH Document 49-79 Filed 10/13/22 Page 5 of 8

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page34 of 42

In the Sixteenth Year of the Reign of GEORGE the Third, KING, &c. 1775.

*Militia.*    19

11. *And be it further enacted,* That if the commanding Officer of any Regiment, shall neglect to call his Regiment together at such Time and Place, and in such Manner as his Brigadier shall order, and be thereof convicted before a Court Martial appointed, as is in this Act provided, he shall be liable to be removed from his Office; and if any Captain or Subaltern, shall prove disobedient on a Training or Mustering-Day, or shall not draw out the Company he commands, being ordered by his superior Officer thereto, he shall be liable to be removed from his Office by a Court Martial appointed, as by this Act is provided: And when any Commission Officer shall be removed from his Office as aforesaid, he shall be held incapable of holding any Military Office in said Militia, for the Space of three Years next after Sentence declared against him; and when any Captain or Subaltern shall be removed from his Office as aforesaid, the commanding Officer of the Company wherein such incapacitated Person used last to command, shall call the Company together, including the Alarm List, and direct them in the Presence of one of the Field Officers of the Regiment, who shall preside as Moderator, to choose some other Person in his Room, and the Person so chosen, on his Choice being certified, as is in this Act provided for the Choice of Captains and Subalterns, shall by the Council be commissionated accordingly. And if the said Company at any Time shall neglect or refuse to choose one or more Commission Officer or Officers for the same, after being called together for that Purpose, as is directed by this Act, the Field Officers, or the major Part of them, shall recommend to the Council such Person or Persons within the Limits of said Company, as they shall think most capable of the said Office. And the Council shall commissionate them in the same Manner as if they had been chosen by the Company; and if any Non-commissioned Officer or private Soldier, being duly notified of the Time and Place appointed for the Company to which he belongs, to meet on a Training or Muster-Day, shall unnecessarily neglect to appear with such of the aforesaid Arms, Accoutrements and Equipments, as he shall be possessed of, being ordered by his Officer to bring the same, shall pay a Fine not exceeding the Sum of *twenty Shillings,* nor less than *five Shillings,* or if he shall be Disobedient, or Disorderly on a Training, or Muster Day, he shall Pay a Fine not exceeding the Sum of *twenty,* nor less than *one Shilling;* and all Fines and Forfeitures of Money, arising by Breach of this Act for Disobedience or Failure of Appearance on a Training Day, shall be recovered by Complaint before a Justice of the Peace, by the Clerk of the Company to which the Delinquent belongs, an Appeal being allowed to either Party, to the Inferior Court of Common Pleas, as in other Actions: And if on such Complaint, Judgment shall be given in Favor of such Clerk, he shall have his legal Cost allowed him. *Provided nevertheless,* That when any Non-commissioned Officer or Soldier, shall neglect to appear as aforesaid on a Training or Muster Day, and shall within fifteen Days next after such Training or Muster, make his Application to the Officers of said Company, or the major Part of them, and pay such Fine as they shall order, not exceeding *twenty,* nor less than *five Shillings,* or shall obtain their Excuse, and present a Certificate of the same under their Hands to the Clerk, it shall be a Bar to any further Action or Complaint against him for such Offence.

12. *And be it further enacted by the Authority aforesaid,* That the said Militia, as well Officers, as private Soldiers, when drawn out, or ordered to be drawn out on an Alarm for the immediate Defence of this, or any other of the United Colonies of *America,* shall from Time to Time be under such Laws or Articles of War and Regulations, as shall be provided by the General Court.

13. *And be it further enacted,* That the Major-Generals and Brigadiers of said Militia, shall be amenable to, and triable before the Council of the Colony, for all Crimes and Misdemeanors in their Office, and for Treachery, Cowardice, Fraud, or Neglect of Duty, and lawless Exercise of Power, shall be liable to be removed from their Offices respectively. And if any Field Officer shall be guilty

F

*Side notes:*

Penalty for Colonels neglecting to call their Regiments together.

Penalty for non commissioned Officers neglecting to appear with Arms and Soldiers neglecting to appear equipt.

The mode of recovering Fines & Forfeitures and Fines by breach of this Act.

The Militia to be under such Laws as shall be provided by the General Court.

All the Generals to be amenable to and triable before the Council for all Crimes & Misdemeanor in their Office

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH   Document 49-79   Filed 10/13/22   Page 6 of 8

Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page35 of 42

**Field Officers to be tried for Breach of Duty before a Court-Martial of Field Officers.**

guilty of any Misdemeanor, or Breach of Duty in Violation of this Act; the Brigadier, to whose Brigade he belongs, shall appoint a Court Martial, consisting of a Majority of the Field Officers of the same Brigade, to try him : And when any Captain, Adjutant or Subaltern, shall be guilty of Breach of Duty, or Misdemeanors against this Act, the Colonel, or commanding Officer of the Regiment he belongs to, shall order a Court Martial, to consist of a Majority of the commissioned Officers of the same Regiment, who live nighest to the Delinquent, to try him ; which Court Martial shall respectively have full Power, for Treachery, Cowardice, Fraud, Failure of Duty, or wanton Exercise of Power, to remove from his Office such Commission Officer or Officers.

**Captains and Subalterns by a Court Martial of commissioned Officers.**

14. *And whereas Bribery and Corruption has been the Destruction of many great and opulent Nations, and therefore every Species thereof should be discountenanced by a virtuous and patriotic People : And whereas on treating the Election of Officers has a manifest Tendency to injure a free People, and does on Training Days, in a great Measure, subvert the Design of calling the Militia together :*

**Penalty for Bribery.**

*It is therefore enacted by the Authority aforesaid,* That if any Officer, on any Training or other Muster Days, shall give, or provide any Treat of Victuals or Drink, for the Company he commands, directly or indirectly, he shall be liable to be removed from his Office, by a Court Martial, as by this Act is provided for other Offences.

**Penalty for firing Guns unnecessarily on Training Days.**

15. *And be it further enacted,* That no Soldier, or Non commissioned Officer, shall unnecessarily discharge or fire his Gun on a Training or Muster Day, without the express Order or Licence of his Superior Officer, under such Penalty, as is herein provided for Disobedience, or disorderly Behaviour on such Days.

**Commanding Officer to affirm the Sentence of Courts Martial.**

16. *Be it further enacted,* That no Sentence of any Court Martial shall be put in Execution, without being affirmed by the Officer who shall have appointed the same.

17. *And whereas by the first Section of this Act, certain Orders of Men are exempt from common and ordinary Trainings : And whereas the present Situation of this Colony calls loudly for the Aid of all its Inhabitants ; and many of those Persons who are by said Section so exempted, and others not included in that Part of the Militia, called the Training Band, are able and willing to fight in Defence of their Country :*

**Who constitute the Alarm List.**

*It is therefore enacted by the Authority aforesaid,* That all the Male Persons from sixteen Years of Age to sixty-five, not included in that Part of the Militia called the Training Band, and exempted by the first Section of this Act, from common and ordinary Training, shall constitute an Alarm List in the Colony ;

**Persons excepted.**

excepting Members of the Council, of the House of Representatives, and American Congress, for the Time being, the Secretary of the Colony, Ministers of the Gospel, the Denomination of Christians called Quakers, Selectmen for the Time being, and Negroes, Indians and Molatoes ; and if of sufficient Ability, in the Judgment of the Selectmen of the Town, where they have their usual Place of Abode, shall respectively provide for, and equip themselves with such Arms and Accoutrements, as by this Act is directed for those of the Training Band, in the Militia aforesaid ; and shall, in case of an Alarm, be under the Command of such Officers of the Militia, as by this Act is directed, *Provided,* that no Person above sixty Years of Age, nor such Millers and Ferrymen, as the Selectmen of their Town shall judge necessary to excuse therefrom, shall be compelled to march out of the Town wherein they have their usual Place of Abode.

**The Alarm List to serve in Time of Action in a separate Corps.**

*Provided also, and it is enacted by the Authority aforesaid,* That all such Persons belonging to the Alarm List, who are by this Act liable, in case of an Alarm, to be called to march, and serve without the Limits of the Town where they have their usual Abode, shall not be obliged to march, or serve in the Ranks with such as belong to the Training Band List ; but, if Necessity shall require,

Digitized from Best Copy Available

Case 1:22-cv-00986-GTS-CFH Document 49-79 Filed 10/13/22 Page 36 of 8
Case 22-2908, Document 93-3, 01/09/2023, 3448890, Page36 of 42

*In the Sixteenth Year of the Reign of* GEORGE *the Third,* KING, &c. 1776.

Militia. 21

require, shall march, and serve in a seperate Body and Corps by themselves, under the immediate Command of some Field Officer or Officers; and shall not be subject to the Command of any Officer or Officers, inferior to a Field Officer; nor shall the Judges, Justices and Sheriffs, in actual Commission, who shall have taken the Oaths required by Law to qualify them for the Execution of their respective Offices, be subject or liable to be called out of the Towns, where they shall have their usual Abode, by any Officer inferior to the Colonel of a Regiment to which they belong: And the Clerk of each Company shall, when he takes a List of the Training Band, take an exact List of the Persons belonging to the Alarm List in his Company, and shall present the same to his Captain, with that of the Training Band; and the Captains, and all Officers, shall make the same Return of them, as of the rest of the Militia. And an Alarm may be made by firing three Guns one after another, or by firing a Beacon, the Drums beating an Alarm, all Persons being called upon to arm: Upon which all the trained Soldiers, and others capable to bear Arms, who are then resident in any Town, shall forthwith appear compleat, with their Arms and Ammunition, at the usual Place of Rendezvouz, or where the chief Officer shall appoint; there to attend such Command as shall be given for the common Defence, agreeable to this Act.

**Not to be subject to the Command of any Officers, inferior to a Field Officer.**

18. *And be it further enacted,* That the Captain, or commanding Officer of every Company in this Colony, shall once every six Months, on one of the Days that he shall muster those of his Company belonging to the Training Band, call those of the Alarm List, within the Limits of the same together, within the Town where they are Inhabitants, and examine their Arms and Accoutrements; and if any such Person, belonging to the Alarm List, shall unnecessarily neglect to appear, after being duly warned, with his Arms and Accoutrements, he shall be liable to pay the same Fine, as is provided against those of the Training Band, in like Cases offending: And all Fines and Forfeitures, arising by Breach of this Act, against any of the said Alarm List, shall be recovered in the same Manner, as is provided for recovering the same against those of the Training Band, in like Case offending: And all those Persons in the Alarm List, shall be as capable of being elected to any Office in the said Militia, as if they were in the Training Band. And no Person belonging to, or being a Part of the established Forces of the United *American* Colonies, or of this Colony, shall, during the Time of his Engagement in the Services aforesaid, be elected to, or hold any Office in the Militia of this Colony.

**Alarm List to be mustered twice a Year.**

**Penalty for neglecting to appear.**

**No Person belonging to the Army of the *United* Colonies, to be capable of holding any Office in the Militia.**

19. *And be it further enacted by the Authority aforesaid,* That there shall be appointed by the General Assembly, a Deputy-Commissary for every Brigade; a Certificate of which Appointment, shall be sent them by the Secretary; and they shall be duly sworn to a faithful Discharge of the said Office: Which Deputies shall be accountable to, and obey the Commands in Matters respecting their Office, of the Commissary of this Colony. And when the Militia of any Town in the Colony, or a Part thereof, shall be drawn forth for the immediate Defence of this, or any of the United Colonies aforesaid, each Officer and Soldier shall provide for himself, at least three Days Allowance of Provisions: and the Selectmen of such Town shall immediately cause Carriages to attend them with further necessary Provisions, and Utensils to cook the same, and shall continue sending to the Commissary, or his Deputy, sufficient Supplies for the Part of the Militia, from their respective Towns aforesaid, until Certificates shall be given by the Commissary, or his Deputy, in the County from which said Militia goes, that the same can be otherwise supplied: And the Selectmen are directed to cause their Accounts of the Provision aforesaid, that shall be supplied by them, or such of the Utensils as shall be lost or damaged, together with the Charges of Transportation, to be laid before the General Court for Allowance, and to produce Receipts from the Commissary, or his Deputies, for such a Part thereof as shall be delivered to them respectively.

**A Deputy-Commissary to be appointed for every Brigade.**

**His Duty.**

20. *And*

Digitized from Best Copy Available

JA788

Case 1:22-cv-00986-GTS-CFH   Document 49-79   Filed 10/13/22   Page 37 of 42
Case 22-2908, Document 93-3, 07/09/2023, 3448890, Page37 of 42

1776. *In the Sixteenth Year of the Reign of* GEORGE *the Third,* KING, &c.

22                                    Militia.

**Powder and Ammunition to be kept in each Town,**

20. *And be it further enacted,* That there shall be a Stock of Powder and Ammunition in each Town provided, and constantly kept; which shall be one Barrel of good Gunpowder, containing one Hundred Pounds, three Hundred Weight of Leaden Balls of different Sizes, and Buck Shot, and three Hundred Flints for every sixty Soldiers of the Training Band, and the same Proportion for any greater or lesser Number; and the Select men of every Town in this Colony, shall procure and provide such Stock of Ammunition, as soon as may be; and the Selectmen of each Town shall be, and hereby are, impowered to raise Money by Tax, on the Polls and Estates of their Town, for the Purposes aforesaid, by the same Rule as other Town Charges are assessed; and shall by Warrant under their Hands, commit the same to the Constable or Constables of their Town, who are hereby impowered and directed to collect the same, in the same Manner as is provided for the Collector of other Taxes, and shall be held to pay the same to the Town Treasurer, as other Taxes, and shall be liable, in Case of Default, to have the same levied of them by an Execution from the said Treasurer, as in other Cases of a delinquent Constable is provided: And the said Treasurer is hereby impowered to award the same.

**And Military Watches.**

21. *And be it further enacted,* That there be Military Watches appointed, and kept in every Town, at such Time, and in such Places, and in such Numbers, and under such Regulations, as the Commission Officers of such Town shall appoint, or as they may receive Orders from the chief Officer of their Regiment; and that all Persons within the Training Band, or Alarm List, under sixty Years of Age, shall by themselves, or some meet Person in their Stead, to the Acceptance of the Commander of the Watch, attend the same, on Penalty of *five Shillings* for each Defect, there having been due Warning given. And the Commission Officers, or the major Part of them of any Town, are hereby ordered and directed, to proportion the Burthen of such Watches, equally on those of the Training Band, and Alarm List, excepting such as are more than *sixty* Years of Age as aforesaid, under the Penalty of being dealt with in the Manner provided by this Act against those who shall be guilty of Fraud, or the lawless Exercise of Power.

**Penalty for Neglect,**

**The Disposition of the Fines arising by Breach of this Act.**

22. *And be it further enacted,* That each and every Fine and Forfeiture arising by Breach of this Act, when recovered, shall be paid to the Treasurer of the Town in which the Person offending has his usual Place of Abode, to be by the Selectmen of such Town appropriated to the Use of purchasing Guns and Accoutrements, for those who are unable to purchase the same for themselves, and for purchasing Drums and Fifes, and to be drawn out by the Selectmen of each Town from Time to Time, as there shall be Occasion.

**Two Field-Pieces to be provided,**

**and two Companies of Matrosses to be raised in each Brigade,**

23. *And be it further enacted by the Authority aforesaid,* That each Brigadier of this Colony, shall keep constantly provided, at the Expence of the same, two good Field Pieces, that shall carry a Shot of not more than six, nor less than two Pounds Weight, mounted on good and substantial travelling Carriages; together with Harnesses, Rammers, Ladles, Spunges, Powder-Horns, and other necessary Accoutrements for the same; and shall also keep constantly provided at the Expence of the Colony, for each Field Piece as aforesaid, forty Rounds of Iron Shot, forty Cases of Iron or Leaden Ball, and eighty Rounds of Powder, with Cartridges for the same; and shall likewise cause a Company of Matrosses to be inlisted in his Brigade, for each Field Piece: Which Companies shall consist of thirty-six Men each, including Officers, and be chosen from two separate Regiments, and one Town in each Regiment, as the Brigadier shall direct; and shall respectively choose Captains, and other proper Officers, and be subject to the Field Officers of their respective Regiments, and to the same Laws and Regulations, as are provided in this Act, for the other Companies of the Train-Band; any Thing in this Act notwithstanding.

C H A P.

Digitized from Best Copy Available

**JA789**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED
TERRILLE, JOSEPH MANN, LESLIE LEMAN, and
LAWRENCE SLOANE,

                        Plaintiffs,

             -against-                             Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as            **NOTICE OF APPEAL**
Governor of the State of New York, STEVEN A.
NIGRELLI, in his official capacity as Acting
Superintendent of the New York State Police, Judge
MATTHEW J. DORAN, in his official capacity as
Licensing-official of Onondaga County, WILLIAM
FITZPATRICK, in his official capacity as Onondaga
County District Attorney, EUGENE CONWAY, in his
official capacity as Sheriff of Onondaga County,
JOSEPH CECILE, in his official capacity as Chief of
Police of Syracuse, P. DAVID SOARES, in his official
capacity as District Attorney of Albany County,
GREGORY OAKES, in his official capacity as District
Attorney of Oswego County, DON HILTON, in his
official capacity as Sheriff of Oswego County, and
JOSEPH STANZIONE, in his official capacity as
District Attorney of Greene County

                        Defendants.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendants Steven A. Nigrelli and Matthew J. Doran, in

their official capacities, hereby appeal to the United States Court of Appeals for the Second

Circuit from the Decision and Preliminary Injunction entered in this matter on November 7, 2022

(ECF No. 78).

Dated: Albany, New York
       November 8, 2022

       LETITIA JAMES
       Attorney General
       State of New York


By: _____
    James M. Thompson
    Special Counsel
    Bar Roll No. 703513
    28 Liberty Street
    New York, NY 10005
    (212) 416-6556
    james.thompson@ag.ny.gov

    Michael G. McCartin
    Special Counsel
    Bar Roll No. 511158
    Alexandria Twinem
    Assistant Solicitor General
    Bar Roll No. 703907
    The Capitol
    Albany, NY 12224
    Tel.: (518) 776-2620
    Michael.McCartin@ag.ny.gov

    *Attorney for the State Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, et al.,

                      Plaintiffs,

      v.

KATHLEEN HOCHUL, et al.,

                     Defendants.

**NOTICE OF
APPEAL**

Civil Action No.: 1:22-cv-986
(GTS/CFH)

Please take notice that Defendant Joseph Cecile hereby appeals to the United States Court

of Appeals for the Second Circuit from the Decision and Preliminary Injunction entered in this

matter on November 7, 2022 (Dkt. No. 78).


Dated: November 18, 2022
Syracuse, New York

Susan R. Katzoff, Esq.
Corporation Counsel- City of Syracuse
*Counsel for Chief of Police Joseph Cecile*
233 East Washington Street300 City Hall
Syracuse, New York 13202
(315) 448-8400


By: _____
     Danielle R. Smith, Esq. (Bar No. 517775)
     Todd Long Esq. (Bar No. 519301)
     Assistant Corporation Counsel


**JA792**

TO:    Stephen D. Stamboulieh, Esq.          Robert J. Olson, Esq.
Stamboulieh Law, PLLC               William J. Olson, P.C.
P.O. Box 428                           370 Maple Avenue W – Suite 4
Olive Branch, MS 38654            Vienna, VA 22180
Tel: (601) 852-3440                Tel: (703) 356-5070

*Attorneys for Plaintiffs*

James M. Thompson, Esq.          Michael G. McCartin, Esq.
Special Counsel to the Attorney General   Special Counsel to the Attorney General
28 Liberty Street                 The Capitol
New York, NY 10005             Albany, NY 12224
Tel: (212) 416-6556              Tel.: (518) 776-2620

*Attorneys for State Defendants*

John E. Heisler, Jr., Esq.
Onondaga County Department of Law
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY 13202
Tel: (315) 435-2170

*Attorneys for Defendants William Fitzpatrick and Eugene Conway*

Edward G. Melvin, Esq.
John Joseph Pelligra, Esq.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202
Tel: (315) 425-2783

*Attorneys for Defendants Gregory Oakes and Don Hilton*

Edward I. Kaplan, Esq.
P.O. Box 155
Hunter, NY 12442
Tel: (518) 821-5070

*Attorney for Defendant Joseph Stanzione*

Joseph A. Coticchio, Esq.
Albany County Attorney's Office
112 State Street, Room 600
Albany, NY 12207
Tel: (518) 447-7110

*Attorneys for Defendant P. David Soares*