**CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be mailed by United States Postal Service and emailed, to the following non-ECF participants:

The Honorable Kathy Hochul
Governor of New York State
NYS State Capitol Building
Albany, NY 12224
Phone: 518-474-8390
James M. Thompson,[2] Special Counsel for Second Amendment Litigation
james.thompson@ag.ny.gov
Michael McCartin, Assistant Attorney General
michael.mccartin@ag.ny.gov

Kevin P. Bruen
Superintendent NYS Police
nyspmail@troopers.ny.gov
1220 Washington Ave., Building 22
Albany, NY 12226
Phone: 518-783-3211

William Fitzpatrick, Onondaga County District Attorney
Criminal Courthouse 4th floor
505 South State Street
Syracuse, NY 13202
Phone: 315-435-2470
Fax: 315-435-3969
Williamfitzpatrick@ongov.net, michelerobbins@ongov.net

Eugene Conway
Onondaga County Sheriff's Office
407 S. State St.
Syracuse, NY 13202
Phone: 315-435-3044
Fax: 315435-2942
eugeneconway@ongov.net

Joseph Cecile, Chief of Police of Syracuse
511 S State Street

---

[2] Messrs. McCartin and Thompson previously represented Defendant Bruen in the previous *Antonyuk v. Bruen* matter.

Syracuse, NY 13202
315-442-5200
Via Syracuse Law Department:
law@syrgov.net

P. David Soares, District Attorney Albany County
6 Lodge Street
Albany, NY 12207
518-487-5460;  Fax 518-487-5093
david.soares@albanycountyny.gov

Gregory Oakes, Oswego County District Attorney
Public Safety Bldg., 39 Churchill Road
Oswego, NY 13126
Phone 315-349-3200; fax 315-349-3212
gregory.oakes@oswegocounty.com

Don Hilton, Oswego County Sheriff
39 Churchill Road
Oswego, NY 13126
Phone:  315-349-3304; Fax 315-342-3519
don.hilton@oswegocounty.com

Joseph Stanzione, Greene County District Attorney
411 Main Street, 3rd Floor
Catskill, NY 12414
Phone: 518-719-3590; Fax 518-719-3792
districtattorney@discovergreene.com

Hon. Matthew J. Doran, County Court Judge
Onondaga County
Phone:  315-671-1054
Fax:   315-671-1190
Onondaga Supreme & County Court Clerk's Office
505 South State Street, Suite 110
Syracuse, NY 13202
mdoran@nycourts.gov

Dated: September 22, 2022

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IVAN ANTONYUK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, et al.<br><br>Defendants. | ) | Civil Action No. 1:22-cv-00986 (GTS/CFH) |

---

**ORDER TO SHOW CAUSE**

---

JUDGE GLENN T. SUDDABY, United States District Judge

**THIS MATTER** before the Court upon the Motion of Plaintiffs for a Temporary Restraining Order ("TRO") and Preliminary Injunction and/or Permanent Injunction ("PI") and Order to Show Cause why a TRO and PI should not issue.

**THE COURT NOTING** that, Plaintiffs, which include four individuals with unrestricted carry permits, one individual with an "employment" restricted permit, and one individual who has not been allowed to even apply yet, allege that their constitutional rights have been violated by New York's Concealed Carry Improvement Act ("CCIA"). The five Plaintiffs with permits allege that the CCIA violates their Second Amendment rights to public carry by essentially making their permits useless and not allowing carry in a plethora of places that prior to the CCIA, Plaintiffs could carry. The sixth Plaintiff, without a permit, alleges that the CCIA violates his First, Second

and Fifth Amendment rights in that the CCIA unconstitutionally requires him to surrender his First and Fifth Amendment rights simply to apply for a permit, thus violating his Second Amendment rights because he cannot apply for a permit without surrendering his other constitutional rights. Additionally, this Plaintiff alleges Defendant Sheriff Conway will not even accept his application because he does not accept "incomplete applications" and does not have an appointment to even allow this Plaintiff to apply for a permit until October 2023.

**THE COURT NOTING** that Plaintiffs have requested that Defendants be temporarily restrained and preliminarily and permanently enjoined from enforcing the challenged requirements of the CCIA.

**THE COURT NOTING** that Plaintiffs seek the aforementioned relief immediately, or otherwise they will be subject to arrest, prosecution for felony crimes, loss of their Second Amendment rights for life, and other irreparable injuries for their stated "intent" to violate numerous provisions of the CCIA.

**THE COURT FINDING** that Plaintiffs have provided sufficient reasons why the Court should employ an expedited procedure under Local Rule 7.1(e) given the immediacy of Plaintiffs' application and alleged harms.

**IT IS HEREBY ORDERED THAT**:

1) Defendants SHOW CAUSE why a temporary restraining order and preliminary and permanent injunction should not be issued under Federal Rule of Civil Procedure 65 granting Plaintiffs the following relief:

    a. Enjoining Defendants from enforcing the challenged provisions of the Concealed Carry Improvement Act, including the "sensitive locations" and "restricted locations," and the provisions requiring applicants to prove "good moral character," providing the licensing officials three years of social media, attending an in person interview without the benefit of constitutional protections, the requirement to list the applicant's family members on a carry license application, providing "character references," "such other information" as required by the licensing official, and the requirement that applicants for carry licenses obtain 4.5 times the amount of training previously required in New York.

2) Defendants shall submit a brief on this issue of no more than ___ pages on or before ________________________.

3) The Court shall hold a temporary restraining order hearing at ___________________.

4) If either party wishes to introduce testimony at the hearing, it must provide reasonable advance notice to the Court and the other party prior to the ____________, 2022 hearing.

5) Plaintiffs must serve a copy of this Order and the papers on which it is based on Defendants on or before _____________, 2022.

DATED:

________________________________

United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, and LAWRENCE SLOANE,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police, Judge MATTHEW J. DORAN, in his Official Capacity as the Licensing-official of Onondaga County, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse, P. DAVID SOARES in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, In his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, and JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,<br><br>Defendants. | Civil Action No.: 1:22-cv-986 (GTS/CFH)<br><br>**ATTORNEY DECLARATION** |

TODD M. LONG, pursuant to Section 1746 of Title 28 of the United States Code, under the penalty of perjury, to the best of my knowledge, declares:

1. I am an attorney duly admitted to practice in the United States District Court for the Northern District of New York.

2. I am also a Senior Assistant Corporation Counsel for the City of Syracuse ( "City") and represent Defendant Chief of Police Joseph Cecile in his official capacity as Chief of Police for the City of Syracuse Police Department ("Defendant Chief Cecile") in the above-entitled

action ("Action"). As such, I am sufficiently familiar with the facts and circumstances of this Action to make this Declaration.

3. All statements contained herein are true to the best of my knowledge and, where stated, upon information and belief, and are based upon personal knowledge, a review of documents/records, or communication with persons knowledgeable of the substance of the matters stated herein.

4. I make this Declaration on behalf of Defendant Chief Cecile and in Opposition to Plaintiffs' Motion for a Preliminary Injunction[1] ("Motion") pursuant to Federal Rule of Civil Procedure 65 ("Fed. R. Civ. P."). *See* Dkt. No. 6.

5. Attached hereto as **Exhibit "1"** is a true and accurate copy of a "Property Description Report For: 201 Coleridge Ave, Municipality of City of Syracuse" that was accessed on, downloaded on, and printed as a *.PDF website on October 12, 2022 from the publicly available government website for "Property Assessment Information" from the Onondaga County Department of Finance, Office of Real Property Services (*see* https://ocfintax.ongov.net/imate/search.aspx) ("County Property Website") for Tax ID 098.2-01-02.1. This Tax ID, to the best of my knowledge, is the parcel of the Rosamond Gifford Zoo.

6. Attached hereto as **Exhibit "2"** is a true and accurate redacted[2] copy of Tax Map

---

1 Plaintiffs' motion was for a "Plaintiffs' Motion For A Temporary Restraining Order, Preliminary Injunction, and/or Permanent Injunction." *See* Dkt. No. 6, p. 1. Having already been heard and decided by this Court on the Temporary Restraining Order (*see* the docket's Text Minute Entry dated September 29, 2022), all that remains is a motion for preliminary injunction and permanent injunction. By text orders from this Court, what is before the Court on motion for the hearing on October 25, 2022, is just the Plaintiffs' motion for a preliminary injunction. *See* Dkt. Nos. 8, 27, and Text Order dated October 12, 2022. Insofar as the Court converts Plaintiffs' motion to one for a permanent injunction, counsel for Defendant Chief Cecile respectfully request leave from the Court to brief opposition to the motion as to any permanent injunction.

2 Exhibit "2" was redacted to eliminate a term used in the map to describe the legal name of a parcel that is both insensitive and derogatory.

downloaded from the County Property Website on October 12, 2022, depicting Tax ID 098.2-01-02.1 (*see* https://ocfintax.ongov.net/Imate/quickstream.aspx?file=PDFMAPS/311500/098002.pdf).

7. Attached hereto as **Exhibit "3"** is a true and accurate copy of a printed *.PDF of the website of "Parks" from the Onondaga County Parks homepage, which is a publicly available government website (*see* https://onondagacountyparks.com/parks/), that was accessed and downloaded on October 12, 2022.

8. Attached hereto as **Exhibit "4"** is a true and accurate copy of a printed *.PDF of the website of the "Onondaga County Park Rangers Department" from the Onondaga County Parks homepage, which is a publicly available government website (*see* https://onondagacountyparks.com/parks/), that was accessed and downloaded on October 12, 2022.

9. Attached hereto as **Exhibit "5"** is a true and accurate copy of a snippet (using the "snipping tool"), saved as a *.PDF, taken on October 12, 2022, of the "Find Restaurant" section of the "Longhorn Steakhouse" website using as the search query "Syracuse, New York, United States." *See, generally,* https://www.longhornsteakhouse.com/locations/location-search.

10. Attached hereto as **Exhibit "6"** is a true and accurate copy of a printed *.PDF that was accessed and downloaded on October 12, 2022, of a news article from Syracuse.com|Post Standard dated September 2, 2022, titled "Syracuse DA, police chief: We won't target gun owners under new law, but will take guns." The news article contains statements alleged to have been made by Defendant Chief Cecile. *See* https://www.syracuse.com/crime/2022/09/syracuse-da-police-chief-we-wont-target-gun-owners-under-new-law-but-will-take-gun.html.

11. Attached hereto as **Exhibit "7"** is a true and accurate copy of a *.PDF that was accessed and downloaded on October 13, 2022, of a portion of the City of Syracuse Zoning Map from the website maintained by the City of Syracuse website. *See*

http://syrgov.net/uploadedFiles/Departments/Zoning/Content/Map05.pdf. Exhibit "7" constitutes the relevant portion of the western edge of the City of Syracuse. The New York State Fairgrounds are further west of Exhibit "7."

12. Plaintiff Corey Johnson asserts certain facts in his declaration concerning Bowman Lake State Park based on a website maintained by New York State. *See* Dkt. No. 1-3, n.1; https://parks.ny.gov/parks/76/. According to that website, titled "Bowman Lake State Park," which I visited on October 13, 2022, the State Park is located in Oxford, New York.

13. Submitted along with the aforementioned seven exhibits, a Declaration of Julie LaFave has been offered in opposition to the Motion and is incorporated herein by reference.

14. Therefore, based upon this Attorney Declaration, the exhibit attached hereto, the Declaration of Julie LaFave, and the accompanying Memorandum of Law, Defendant Chief Cecile respectfully request that Plaintiffs' motion for a preliminary injunction be denied, and for any further relief the Court may deem just and proper.

15. Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and, where stated, upon information and belief.

Executed on October 13, 2022
Syracuse, New York

*/s/ Todd M. Long*
Todd M. Long, Esq.
Senior Assistant Corporation Counsel
Bar Roll No.: 519301

# EXHIBIT "1"



# Property Description Report For: 201 Coleridge Ave, Municipality of City of Syracuse

*No Photo Available*

| | | | |
|---|---|---|---|
| | | **Status:** | Active |
| | | **Roll Section:** | Wholly Exem |
| | | **Swis:** | 311500 |
| | | **Tax Map ID #:** | 098.2-01-02.1 |
| | | **Property #:** | 0818200802 |
| | | **Property Class:** | 962 - County park |
| | | **Site:** | COM 1 |
| | | **In Ag. District:** | No |
| | | **Site Property Class:** | 962 - County park |
| | | **Zoning Code:** | 006 |
| | | **Neighborhood Code:** | 15780 |
| **Total Acreage/Size:** | 414.5 x 2335 | **School District:** | Syracuse |
| **Land Assessment:** | 2022 - $1,611,800 | **Total Assessment:** | 2022 - $5,173,000 |
| **Full Market Value:** | 2022 - $7,497,101 | | |
| **Equalization Rate:** | ---- | **Property Desc:** | Fl 169 171 176 414.50x2335 Zoo |
| **Deed Book:** | 4392 | **Deed Page:** | 55 |
| **Grid East:** | 607495 | **Grid North:** | 1108540 |

## Owners

County Of Onondaga
Onon County Parks & Rec
106 Lake Dr
Liverpool NY 13088

## Sales

| Sale Date | Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book and Page |
|---|---|---|---|---|---|---|---|---|
| 12/10/1999 | $1 | 962 - County park | Land Only | City Of Syracuse | No | No | No | 4392/55 |

## Utilities

| | | | |
|---|---|---|---|
| **Sewer Type:** | Comm/public | **Water Supply:** | Comm/public |
| **Utilities:** | Gas & elec | | |

## Inventory

| | | | |
|---|---|---|---|
| **Overall Eff Year Built:** | 0 | **Overall Condition:** | Normal |
| **Overall Grade:** | Average | **Overall Desirability:** | 3 |

## Buildings

| AC% | Sprinkler% | Alarm% | Elevators | Basement Type | Year Built | Eff Year Built | Condition | Quality | Gross Floor Area (sqft) | Stories | Num Indent Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 100 | 0 | 0 | Partial fin | 1984 | | Normal | Average | 56967 | 1 | 1 |

## Site Uses

| Use | Rentable Area (sqft) | Total Units |
|---|---|---|
| Amusemt park | 56,967 | 0 |
| Non-contrib | 38,075 | 0 |

## Improvements

| Structure | Size | Grade | Condition | Year |
|---|---|---|---|---|
| Pavng-asphlt | 217800 × 4 | Average | Normal | 1984 |
| Fence-chn lk | 3000 × 8 | Average | Normal | 1984 |
| Shed-machine | 4,715.00 sq ft | Average | Normal | 1980 |
| Shed-machine | 6,411.00 sq ft | Average | Normal | 1984 |

## Land Types

| Type | Size |
|---|---|
| Primary | 39.14 acres |

Special Districts for 2022

| Description | Units | Percent | Type | Value |
|---|---|---|---|---|
| SKC02-Com NW Sidewalk | 0 | 0% | T | 0 |
| FL001-Sweeping | 414.5 | 0% | | 0 |
| CWR50-County water E | 0 | 0% | | 0 |
| CSW15-Onon Co San Unit | 389.3 | 0% | | 0 |

Exemptions

| Year | Description | Amount | Exempt % | Start Yr | End Yr | V Flag | H Code | Own % |
|---|---|---|---|---|---|---|---|---|
| 2022 | COUNTY OWN | $5,173,000 | 0 | 1993 | | | | 0 |

## Taxes

| Year | Description | Amount |
|---|---|---|

*** Taxes reflect exemptions, but may not include recent changes in assessment.**

# EXHIBIT "2"

SECTION MAP 98.02
CITY OF SYRACUSE
ONONDAGA COUNTY, NY
SCALE : 1" = 200'
FOR TAXING PURPOSES ONLY
NOT TO BE USED FOR CONVEYANCE
SPECIAL DISTRICT INFORMATION
ONONDAGA COUNTY FINANCE DEPARTMENT
PREPARED JANUARY 1, 2022

# EXHIBIT "3"

ONONDAGA COUNTY Parks

Home » Park

# Parks

Beaver Lake Nature Center

Carpenter's Brook Fish Hatchery

Cemeteries & Memorials

Erie Canalway / Jordan Level Trail

Highland Forest

Hopkins Road Softball Park

Jamesville Beach Park

NBT Bank Stadium

Oneida Shores Park


Onondaga Lake Park

Otisco Lake Park

Pratt's Falls Park

Rosamond Gifford Zoo

Spafford Forest

Edgecliff Park/Trail

*During your visit to Onondaga County Parks, you may be photographed, videotaped, or filmed by Onondaga County Parks or authorized parties. Your attendance/admission serves as permission for use of these images by Onondaga County Parks. Commercial photography or filming is prohibited without permission of Onondaga County Parks.*

EVENTS — THIS WEEKEND — ALL EVENTS

T'ai Chi Chih Joy Through Movement Series
Wednesday, October 12, 2022
Beaver Lake Nature Center

Spooktacular Stroll
Thursday, October 13, 2022
Long Branch Park at Onondaga Lake Park

Family Twilight: Ooky Spooky Paired Painting
Friday, October 14, 2022
Rosamond Gifford Zoo

Spooktacular Stroll
Friday, October 14, 2022
Long Branch Park at Onondaga Lake Park

Onondaga County Parks
106 Lake Drive • Liverpool, New York 13088
T: (315) 451-7275 • F: (315) 457-3681

Onondaga County does not discriminate on the basis of race, color, national origin, gender or gender identity, sexual orientation, or disability in employment or the provision of services. Links: Onondaga County's policy, complaint process, and language assistance or disability access issues.

Copyright © 2022 Onondaga County Parks

# EXHIBIT "4"

ONONDAGA COUNTY Parks

Home » About us » Park Rangers

# Park Rangers

**TIP LINE: If you have a tip or wish to report an incident within Onondaga County Parks, please email us at parkrangerspolice@ongov.net.**

The Onondaga County Park Rangers Department is a full-service law enforcement agency, established in 1935 and authorized by Criminal Procedures Law §2.10(11). The primary mission of the department is to help maintain a safe environment for patrons of the Onondaga County Parks System and to provide related law enforcement services.

The geographic area of employment for our department is Onondaga County, pursuant to Criminal Procedure Law §140.25(5) and our sworn officers respond to law enforcement calls for services throughout Onondaga County to assist other law enforcement agencies as needed.

Sworn officers have the power to make warrantless arrests and to issue appearance tickets, simplified traffic informations, simplified parks informations and simplified environmental conservation informations within Onondaga County.

Our officers enforce the Penal Law, Vehicle and Traffic Law, Environmental Conservation Law, Parks Recreation and Historic Preservation Law, Agriculture and Markets Law, City of Syracuse Parks Local Laws and the Onondaga County Parks and Recreation Local Laws.

Our officers are dispatched to calls for service through the Onondaga County Emergency Communications Center 911 system. In addition, our department participates in the countywide law enforcement report writing and criminal information database system.

Click here **to download the Onondaga County Park Rangers Subject Management Policy.**

---

**Park Ranger Kevin DiGregorio was awarded the Distinguished Service Bar on August 1, 2022 in recognition of his pursuit and apprehension of a suspect accused of making fraudulent withdrawals at several local banks. A grateful community thanks you for your service, Officer DiGregorio.**

(l to r) Park Ranger Chief Howard Grant; Parks Commissioner Brian Kelley; Officer DiGregorio

*During your visit to Onondaga County Parks, you may be photographed, videotaped, or filmed by Onondaga County Parks or authorized parties. Your attendance/admission serves as permission for use of these images by Onondaga County Parks. Commercial photography or filming is prohibited without permission of Onondaga County Parks.*

RANGER
DIAL 911
RANGER
ONONDAGA COUNTY PARKS
RANGER
RANGER
DIAL 911
RANGER
RANGER
POLICE
104
RANGER
100
100
POLICE
ONONDAGA COUNTY PARKS
POLICE
106

Thank you for your interest in the Onondaga County Park Rangers. We are always accepting applications for part-time positions.

Applicants must hold a current certification from the Division of Criminal Justice Services as Police Officers or Peace Officers with firearms certification.

Click here to download an application. Click here to download the Criminal Record Supplemental Questionnaire. Both of these must be completed by the applicant. Applicants may include a resume with their application.

Once both forms are completed, mail to:

Onondaga County Park Rangers
106 Lake Drive
Liverpool, NY 13088

or scan and send via email to:

Chief Howard Grant - howardgrant@ongov.net
or
Lt. Frank Jordan - frankjordan@ongov.net

The Onondaga County Park Rangers serve the people of Onondaga County and strive to provide a safe environment for all park patrons by:

Recognizing that its goal is to help people and provide assistance at every opportunity;

Providing preventive, investigative, law enforcement and asset protection services;

Increasing patron satisfaction with public safety and

Maintaining patron cooperation through the Department's training, skills, and professional efforts

In achieving this mission, the men and women of the Onondaga County Park Rangers will conduct themselves in an ethical manner.

They will:

Respect and protect the rights of citizens as determined by the law;

Treat citizens and their fellow employees courteously and with the same amount of dignity with which they expect to be treated themselves;

Be examples of honesty and integrity in their professional and personal lives, thereby earning the public trust;

Perform their duties with the knowledge that protection of the lives and property of all citizens is their primary duty



Onondaga County Parks
106 Lake Drive • Liverpool, New York 13088
T: (315) 451-7275 • F: (315) 457-3681

Onondaga County does not discriminate on the basis of race, color, national origin, gender or gender identity, sexual orientation, or disability in employment or the provision of services. Links: Onondaga County's policy, complaint process, and language assistance or disability access issues.

Copyright © 2022 Onondaga County Parks

# EXHIBIT "5"



JA232

LONGHORN STEAKHOUSE
ORDER NOW
MENU
JOIN WAITLIST
FIND RESTAURANT
LOG IN
FIND A LOCATION
Find your LongHorn and view the menu for your location.
Syracuse, New York, Uni...
8 Results Near Syracuse New York
1 Camillus
140 Township Blvd
Camillus, NY 13031
(315) 488-1910
ORDER ONLINE
VIEW MENU
Waitlist only available from 11:00 AM to 9:00 PM.
Dine-In and Curbside To Go Available Now.
Hours & More
2 Liverpool
3968 State Route 31
Liverpool, NY 13090
(315) 652-7319
ORDER ONLINE
VIEW MENU
Waitlist only available from 11:00 AM to 9:00 PM.
Dine-In and Curbside To Go Available Now.
Hours & More
Syracuse
Camillus
Liverpool
Oneida Lake

# EXHIBIT "6"

Subscribe

Advertisement

News never stops. Neither do we. Support syracuse.com

Crime & Safety

# Syracuse DA, police chief: We won’t target gun owners under new law, but will take guns

Updated: Sep. 02, 2022, 4:44 p.m. | Published: Sep. 02, 2022, 12:01 p.m.

Onondaga County District Attorney William Fitzpatrick unveils his plan in response to the state's new gun-control measures. He's joined by other law enforcement, including Syracuse Police Chief Joe Cecile (to the DA's immediate left) and Onondaga County Police Chief's Association President Michael Crowell, of Manlius.

250
shares

NEW!

By Douglass Dowty | ddowty@syracuse.com

Syracuse, NY -- Onondaga County gun owners who run afoul of the state's new gun law likely won't face criminal charges, but will not get a free pass either, the county's top law enforcement officials said Friday.

Violators will have their weapons confiscated while prosecutors investigate any other criminal activity, District Attorney William Fitzpatrick said. Their cases will be referred to the judge who granted them concealed-carry licenses in the first place, possibly leading to the revocation of their carry privileges.

Advertisement

What's not likely to happen: otherwise legal gun owners ending up with a felony charge for simply carrying their gun where it's now not allowed, Fitzpatrick said.

The state's sweeping new gun-control measure, which took effect Thursday, makes virtually every public location presumptively a gun-free zone, other than public streets and a gun-owner's own home. Violation of the new law is supposed to be a felony that could carry a sentence of up to 4 years in prison.

**RELATED:** NY's new law returns fire at Supreme Court: Guns are now banned almost everywhere

But Fitzpatrick's approach will lead to an automatic gun seizure, while leaving discretion on who to charge up to his office. Violators with a history of ignoring the new gun law, or those linked to domestic violence, for example, are at risk of facing criminal prosecution, he said.

The DA noted there's bound to be widespread confusion over which places are off-limits. Technically, walking on the sidewalk in front of a school with a gun is considered a felony. So is walking through downtown Syracuse's Clinton Square or Columbus Circle, both public parks where guns are always banned.

Advertisement

In addition, a Syracuse-based federal judge on Wednesday wrote an opinion suggesting that the state's new law -- including the long list of prohibited locations -- was unconstitutional under the Second Amendment. That ruling, however, was not binding and so the law is in effect as written.

**RELATED:** Federal judge allows NY gun law to go into effect Thursday, but warns it may be unconstitutional

Still, Fitzpatrick suggested, that ruling had an impact on how law enforcement will handle the new restrictions.

Law enforcement won't be proactively enforcing the new law by trying to catch legal gun-owners in prohibited locations, Syracuse Police Chief Joseph Cecile said.

"It will be complaint-driven," the chief said.

Manlius Police Chief Michael Crowell, president of the Onondaga County Chiefs of Police Association, attended a news conference Friday in support of the new policy, but declined comment.

Fitzpatrick, the Republican DA, slammed the new legislation passed by the state legislature, controlled by Democrats. The law was passed days after the U.S. Supreme Court's conservative majority overturned a state law that required a gun owner to explain a specific reason why he or she needed a handgun license (always concealed-carry in New York; open carry by civilians is illegal in all cases). The Second Amendment gives every law-abiding citizen a right to carry a gun for protection, Justice Clarence Thomas wrote in his opinion.



Advertisement

Fitzpatrick said the new state law was poorly written. For example, it prohibits the longtime prosecutor from carrying a gun for protection into his own office, because it's a government building that is now always off-limits for guns by non-police officers.

Cecile declined to comment on his personal view of the law, but noted that very few violent crimes in Syracuse are caused by people with legal concealed-carry permits -- those targeted by the new law.

In the end, Cecile said, the compromise strikes a good balance between enforcing the law and not tying up resources that could be spent on more pressing issues.

*Staff writer Douglass Dowty can be reached at ddowty@syracuse.com or (315) 470-6070.*

If you purchase a product or register for an account through one of the links on our site, we may receive compensation.

Sponsor Content

**Make Cortland County your Destination this Fall!**

It's September, which means it's time to go full fall mode!

Experience Cortland

## Around the Web

### If You See This Bug You Have A Big Problem

**Bedtimez** | Sponsored

**The Days Of Shingles Are Over. See Why Metal Roofing Is So Affordable Now**

See why over 100,000+ Americans have chosen these stone-coated metal roofs

**Metal Roof Nation** | Sponsored

**The Prices On The New Honda CR-V Might Surprise You**

**The New Honda CR-V** | Sponsored

**8 Celebrities Who Own The World's Most Expensive Cars!**

**Mostly Feeds** | Sponsored

**40 Abandoned Disney Attractions Most Forgot About**

**Taco Relish** | Sponsored

**If You Are Over 40 And Have A PC, This Game Is A Must.**

Victory awaits those who can rally the right Champions! 1+ million builds and 400+ hyper-realistic champions to take down your opponents in this adrenalin-charged, dark fantasy collection. Free to install RPG available now!

**Raid Shadow Legends** | Sponsored

**The New Hyundai Palisade Is Nearly Unrecognizable**

**Hyundai Palisade SUV Sales** | Sponsored

**Longtime Syracuse fast-food restaurant closes**

syracuse.com

**Baldwinsville school board calls another special meeting after superintendent charged with DWI**

syracuse.com

ADVANCE
LOCAL

Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 7/1/2022).

**Cookies Settings**

© 2022 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Ad Choices

# EXHIBIT “7”

SOCPA
SYRACUSE - ONONDAGA COUNTY PLANNING AGENCY
City of Syracuse
Zoning Atlas
MAP # 5
LAST UPDATE: AUG 2021
LEGEND
Zoning Designations
Residential Districts
RA-1
RAA
RB
RA-2
RB-1
RBT
RA
RB-1T
RC
Office Districts
OA
OB
Local Business Districts
RS
BA
PSD
Central Business Districts
CBD-R
CBD-GS
CBD-HDR
CBD-OS
CBD-GSA
CBD-OSR
CBD-LB
Commercial Districts
CA
CB
Industrial Districts
IA
IB
Special Districts
PID
PDD
Lakefront Districts
T4
T5
T5-1
T5-2
PK
RF RETAIL FRONTAGE
PR PROMENADE
Overlay Districts and Protected Sites
SPECIAL NEIGHBORHOOD DISTRICT
OVERLAY DISTRICT
PROTECTED SITE
PRESERVATION DISTRICT
SETBACK LINE
Other Symbols
TAXMAP SECTION BOUNDARY
TAXMAP PARCEL BOUNDARY
TAXMAP BLOCK NUMBER
TAXMAP PARCEL NUMBER
HYDROGRAPHIC FEATURE
BLOCK ADDRESS NUMBER
Feet
0
200
400
1 INCH = 200 FEET
ADJACENT MAPS
NA
NA
#1
NA
#5
#6
NA
#11
#12
INTERSTATE
IA
RA
RA-1
BA
SECTION 114
SECTION 113
SECTION 112

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, and LAWRENCE SLOANE,

Plaintiffs,

v.

KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police, Judge MATTHEW J. DORAN, in his Official Capacity as the Licensing-official of Onondaga County, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse, P. DAVID SOARES in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, In his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, and JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,

Defendants.

Civil Action No.: 1:22-cv-986 (GTS/CFH)

**DECLARATION OF JULIE LAFAVE**

JULIE LAFAVE, pursuant to Section 1746 of Title 28 of the United States Code, under the penalty of perjury, to the best of my knowledge, declares:

1. I am the Commissioner of the Department of Parks, Recreation & Youth Programs ("Commissioner of Parks") for the City of Syracuse ("City"), and have been so since July 2018. Prior to becoming Commissioner, I worked as the Deputy Commissioner for the Department of Parks, Recreation & Youth Programs for the City from January 2018 until being appointed Commissioner of Parks by Mayor Ben E. Walsh in July of 2018.

2. During the relevant times of this instant action, I was the Commissioner of the Department of Parks, Recreation & Youth Programs.

3. I am familiar with the instant lawsuit and Plaintiffs' Motion for a Preliminary Injunction. I make this declaration in Opposition Plaintiff's Motion for a Preliminary Injunction.

4. I understand that Plaintiff Corey Johnson asserts that he and his wife "frequently visit the Rosamond Gifford Zoo in Syracuse" ("Zoo"), and will likely do so "within the next 90 days."

5. As Commissioner of Parks, all City owned parks and public spaces are under my purview. As Commissioner of Parks, I am familiar with all City owned parks and public spaces within the City.

6. Not all parks and public spaces within City limits are owned, controlled, or operated by the City.

7. Although the Zoo is located within the confines of the City, the Zoo is not owned, controlled, or operated by the City.

8. I understand that the Zoo is owned, controlled, and operated by the County of Onondaga.

9. Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and, where stated, upon information and belief.

Executed October 11, 2022

Julie LaFave
Commissioner of Parks

JESSICA L. DEER
Notary Public - State of New York
Qualified in Onondaga Co. No. 01DE6392641
My Commission Expires June 3, 2023