# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-three,

_____

| | |
|---|---|
| Ivan Antonyuk, et al., | **ORDER** |
|    Plaintiffs - Appellees, | Docket Nos. 22-2908(L), 22-2972(Con) |
| v. | |
| Steven A. Nigrelli, et al., | |
|    Defendants – Appellants. | |

_____
_____

| | |
|---|---|
| Jimmie Hardaway, Jr., et al., | |
|    Plaintiffs - Appellees, | Docket No. 22-2933 |
| v. | |
| Steven A. Nigrelli, in his official capacity as Superintendent of the New York State Police, | |
|    Defendant - Appellant, | |
| v. | |
| Brian D. Seaman, et al., | |
|    Defendants-Appellees. | |

_____
_____

| | |
|---|---|
| Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation, Inc., | |
|    Plaintiffs-Appellees, | Docket No. 22-2987 |
| v. | |
| Steven A. Nigrelli, in his official capacity as | |

Superintendent of the New York State Police,

        Defendant-Appellant,

v.

John J. Flynn, in his official capacity as
District Attorney for the County of Erie, New York,

        Defendant-Appellee.
_____
_____

Nadine Gazzola, et al.,

        Plaintiffs-Appellants,         Docket No. 22-3068

v.

Kathleen Hochul, et al.,

        Defendants-Appellees.
_____

It is hereby ORDERED that the above-referenced expedited appeals will be heard in tandem on March 20, 2023.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court