# Ⓢ Stambouplieh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

January 13, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, NY 10007

    **Re:** *Antonyuk, et al. v. Nigrelli, et al.,* Nos. 22-2908, 22-2978

Dear Ms. Wolfe,

    I represent the Plaintiffs-Appellees in the above-styled appeals. In accordance with Local Rule 31.2(a)(1)(B), I respectfully request that the Plaintiffs-Appellees' Answering Brief be due on February 1st, 2023. I conferred with counsel for both the State Appellants and Chief Joseph Cecile, and they have agreed to file their respective Reply Briefs by February 17th, 2023.

    Yours very truly,

                                     Stephen D. Stambouplieh

cc:    By ECF to all counsel of record.