# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk et al. v. Nigrelli et al.     Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Max Rodriguez

Firm: Pollock Cohen LLP

Address: 111 Broadway, Suite 1804, New York NY 10006

Telephone: 646-290-7509     Fax: (347) 696-1227

E-mail: max@pollockcohen.com

Appearance for: Professor Jaclyn Schildkraut
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Max Rodriguez

Type or Print Name: Max Rodriguez