# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Hochul

Docket No.: 22-2908; 22-2972 [Consolidated]

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mark D. Harris

Firm: Proskauer Rose LLP

Address: Eleven Times Square, New York, NY 10036

Telephone: 212.969.3000  Fax: 212.969.2900

E-mail: mharris@proskauer.com

Appearance for: Greater New York Hospital Association
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Nigrelli, Doran, Cecile / Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/10/2019  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Mark D. Harris

Type or Print Name: Mark D. Harris