## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Antonyuk v. Hochul**  Docket No.: **22-2908; 22-2972**
[Consolidated]

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew J. Morris

Firm: Proskauer Rose LLP

Address: Eleven Times Square, New York, NY 10036

Telephone: 212.969.3000   Fax: 212.969.2900

E-mail: mmorris@proskauer.com

Appearance for: Greater New York Hospital Association
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Nigrelli, Doran, Cecile / Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 03/06/2020   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Matthew J. Morris

Type or Print Name: Matthew J. Morris