# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk v. Hochul  **Docket No.:** 22-2908; 22-2972 [Consolidated]

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Adam L. Deming

**Firm:** Proskauer Rose LLP

**Address:** One International Place, Boston, MA 02110

**Telephone:** 617.526.9816  **Fax:** 617.526.9899

**E-mail:** ademing@proskauer.com

**Appearance for:** Greater New York Hospital Association
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: Nigrelli, Doran, Cecile / Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Adam L. Deming

**Type or Print Name:** Adam L. Deming