**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Antonyuk v. Hochul    Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Philip Vyse Tisne

Firm: District Attorney for New York County

Address: One Hogan Place, New York NY 10013

Telephone: 212-335-3824     Fax:

E-mail: tisnep@dany.nyc.gov

Appearance for: Amicus New York County District Attorney
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellants )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 14, 2018    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Philip V. Tisne

Type or Print Name: Philip V. Tisne