# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Antonyuk v. Nigrelli**    Docket No.: **22-2908 (L)**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Jeffrey S. Trachtman**

Firm: **Kramer Levin Naftalis & Frankel LLP**

Address: **1177 Avenue of the Americas**

Telephone: **212-715-9175**    Fax:

E-mail: **jtrachtman@kramerlevin.com**

Appearance for: **Bishops of the Episcopal Church in New York and New England et al.** See Attached Addendum
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Appellants** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **February 1, 2019**    OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Jeffrey S. Trachtman**

Type or Print Name: **Jeffrey S. Trachtman**

ADDENDUM:
LIST OF *AMICI CURIAE*

*Amici curiae* national and regional denominational leaders and entities, and individual leaders of worshipping communities within the Second Circuit, include:

The Rt. Rev. Laura J. Ahrens
Bishop Suffragan, Episcopal Diocese of Connecticut

The Rt. Rev. Andrew ML Dietsche
Bishop, Episcopal Diocese of New York

The Rt. Rev. Ian Douglas
Bishop Diocesan, Episcopal Diocese of Connecticut (retired)

The Rt. Rev. DeDe Duncan-Probe
Bishop, Episcopal Diocese of Central New York

The Rt. Rev. Mary Glasspool
Assistant Bishop, Episcopal Diocese of New York

The Rt. Rev. Stephen Lane
Bishop Provisional, Episcopal Diocese of Rochester

The Rt. Rev. Shannon MacVean-Brown
Bishop, Episcopal Diocese of Vermont

The Rt. Rev. Jeffrey W. Mello
Bishop Diocesan, Episcopal Diocese of Connecticut

The Rt. Rev. Lawrence C. Provenzano
Bishop, Episcopal Diocese of Long Island

The Rt. Rev. Sean Rowe
Bishop Provisional, Episcopal Diocese of Western New York

The Rt. Rev. Alan Shin
Bishop Suffragan, Episcopal Diocese of New York

1

Metropolitan New York Synod of the Evangelical Lutheran Church in America

New England Synod of the Evangelical Lutheran Church in America

Upstate New York Synod of the Evangelical Lutheran Church in America

New York Conference of the United Church of Christ

Central Conference of American Rabbis

Union for Reform Judaism

Men of Reform Judaism

Women of Reform Judaism

Reconstructionist Rabbinical Association

Reconstructing Judaism

Rev. Dr. Heather Arcovitch
Senior Minister, North Madison Congregational Church
United Church of Christ, Madison, CT

Rev. Sara E. Baron
Pastor, First United Methodist Church of Schenectady
United Methodist Church, Schenectady, NY

Rev. Jennifer E. Boyd
Pastor, Trinity Lutheran Church
Evangelical Lutheran Church in America, Brewster, NY

Rev. Dr. J. Elise Brown
Executive Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY

Rev. William Critzman
President, Collegiate Church of New York
Senior Minister, West End Church
United Church of Christ, New York, NY

2

Rabbi Joshua M. Davidson
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Kathy Donley
Pastor, Emmanuel Baptist Church
American Baptist Churches USA, Albany, NY

Rev. Kaji S. Dousa
Senior Pastor, Park Avenue Christian Church
Christian Church (Disciples of Christ) and United Church of Christ
New York, NY

Rabbi Amy B. Ehrlich
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Abigail M. Ferjak
Pastor, Grace Evangelical Lutheran Church
Evangelical Lutheran Church in America, Scarsdale, NY

Rabbi Michael Fessler
Rabbi, Temple Beth-El
Conservative Jewish, Poughkeepsie, NY

Rev. John Flack
Senior Pastor, Our Saviour's Atonement Lutheran Church
Evangelical Lutheran Church in America, New York, NY

Rev. Ryan Fleenor
Rector, St. Luke's Parish
Episcopal Church, Darien, CT

Rev. Elise A. Hanley
Associate Rector, St. Ann & the Holy Trinity Episcopal Church
Episcopal Church, Brooklyn, NY

Rev. Brenda G. Husson
Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Dr. Scott Black Johnston
Senior Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Dr. K Karpen
Senior Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Jacqui Lewis
Senior Minister, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Lea A. Matthews
Associate Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Derrick W. McQueen
Pastor, St. James Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Danielle Miller
Senior Pastor, The Evangelical Lutheran Church of the Advent
Evangelical Lutheran Church in America, New York, NY

Rev. Heidi Neumark
Pastor, Trinity Lutheran Church of Manhattan
Evangelical Lutheran Church in America, New York, NY

Rev. Benjamin Perry
Minister of Church Growth and Media Strategy, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Werner Ramirez
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Bo Reynolds
Senior Associate, The Church of St. Luke in the Fields
Episcopal Church, New York, NY

Rev. Dr. Kelly Hough Rogers
Senior Minister, Scarsdale Congregational Church
United Church of Christ, Scarsdale, NY

Cantor Eric Schulmiller
Cantor, Reconstructionist Synagogue of the North Shore
Reconstructionist Jewish, Plandome, NY

Rev. Nicole Schwalbe
Pastor, Lutheran Church of the Resurrection
Evangelical Lutheran Church in America, Mount Kisco, NY

Rev. Rebecca Seely
Campus Pastor, LaMP Campus Ministry and PRiSM Student Ministry
Evangelical Lutheran Church in America, Presbyterian Church (U.S.A.), and United Methodist Church, New York, NY

Rabbi Randy Sheinberg
Rabbi, Temple Tikvah
Reform Judaism, New Hyde Park, NY

Rev. Chris David Shelton
Pastor, Broadway Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Steven M. Smith
Senior Pastor, First United Methodist Church of Delmar
United Methodist Church, Delmar, NY

Rev. Dr. Jonah So
Executive Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Sarah Speed
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

5

Rev. Dr. Jason Storbakken
Pastor, Manhattan Mennonite Fellowship
Mennonite Church USA, New York, NY

Rev. Eva N. Suarez
Associate Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Jordan A. Tarwater
Transitional Pastor, Avenue Church NYC
Presbyterian Church (U.S.A.), New York, NY

Rev. Zachary R. Thompson
Vicar, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Adriene Thorne
Senior Minister, The Riverside Church in the City of New York
American Baptist Churches USA and United Church of Christ, New York, NY

Rev. Susanah Wade
Associate Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY

6