UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2908(L), 22-2972(Con) _____        _____ Caption [use short title]

Motion for: Leave to File Amicus Brief in Support

of Appellants

_____

_____

Set forth below precise, complete statement of relief sought:

Bishops of the Episcopal Church in New York

and New England et al. seek leave to file the          Antonyuk v. Nigrelli

accompanying amicus brief.

_____

_____

_____

MOVING PARTY: Bishops of the Episcopal Church in New York and New England et al.    OPPOSING PARTY: Ivan Antonyuk et al.

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Jeffrey S. Trachtman          OPPOSING ATTORNEY: Stephen Stamboulieh

[name of attorney, with firm, address, phone number and e-mail]

Kramer Levin Naftalis & Frankel LLP          Stamboulieh Law, PLLC

1177 Avenue of the Americas, New York, NY 10036   P.O. Box 428, Olive Branch, MS 38654

(212) 715-9175, jtrachtman@kramerlevin.com   (601) 852-3440, stephen@sdslaw.us

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:          FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                          INJUNCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?   ☐ Yes ☐ No
☑ Yes ☐ No (explain): Plaintiffs "do not take a position"   Has this relief been previously sought in this court?   ☐ Yes ☐ No
on the filing of the proposed amicus brief   Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:          _____
☐ Unopposed ☐ Opposed ☑ Don't Know          _____
Does opposing counsel intend to file a response:          _____
☐ Yes ☐ No ☑ Don't Know          _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: _____

Signature of Moving Attorney:

s/ Jeffrey S. Trachtman _____ Date: 01/17/2023   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

_____

Form T-1080 (rev.12-13)

# 22-2908-cv(L), 22-2972-cv(CON)

## United States Court of Appeals

*for the*

## Second Circuit

———————●———————

IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,
JOSEPH MANN, LESLIE LEMAN, LAWRENCE SLOANE,

*Plaintiffs-Appellees,*

– v. –

STEVEN A. NIGRELLI, in his Official Capacity as Acting Superintendent of the
NewYork State Police, MATTHEW J. DORAN, in his Official Capacity as the
Licensing Official of Onondaga County, JOSEPH CECILE, in his Official
Capacity as the Chief of Police of Syracuse,

*Defendants-Appellants,*

*(For Continuation of Caption See Inside Cover)*

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BISHOPS
OF THE EPISCOPAL CHURCH IN NEW YORK AND NEW ENGLAND;
SYNODS OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA
IN NEW YORK AND NEW ENGLAND; NEW YORK CONFERENCE OF
THE UNITED CHURCH OF CHRIST; CENTRAL CONFERENCE OF
AMERICAN RABBIS; UNION FOR REFORM JUDAISM; MEN OF
REFORM JUDAISM; WOMEN OF REFORM JUDAISM;
RECONSTRUCTIONIST RABBINICAL ASSOCIATION;
RECONSTRUCTING JUDAISM; AND OTHER INDIVIDUAL
RELIGIOUS LEADERS IN THE SECOND
CIRCUIT IN SUPPORT OF APPELLANTS**

JEFFREY S. TRACHTMAN
SUSAN JACQUEMOT
JASON M. MOFF
KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Amici Curiae*
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

KATHLEEN HOCHUL, in her Official Capacity as the Governor of the State of New York, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,

*Defendants.*

## INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 29, *amici curiae* Bishops of the Episcopal Church in New York and New England et al. ("*Amici*")[1] respectfully request leave to file the accompanying *amicus curiae* brief in support of Defendants-Appellants Steven A. Nigrelli, et al. ("Appellants") and urging reversal of the district court's November 7, 2022, preliminary injunction order. Appellants consented to *Amici*'s filing of an *amicus* brief. *Amici* sought consent from Plaintiffs-Appellees ("Appellees") to the filing of an *amicus* brief, but their counsel indicated that Appellees took no position on the filing of the brief, thereby necessitating this motion.

## I.      IDENTITY AND INTERESTS OF *AMICI*

*Amici* represent a broad range of religious stakeholders. They comprise a variety of national and regional denominational entities, as well as dozens of individual clergy who lead worshipping communities located in the Second Circuit.

*Amici* are deeply concerned about the alarming escalation of gun violence in their communities. They believe that the district court's order, insofar as it enjoins New York's enforcement of the recently enacted statutory prohibition on carrying firearms in "place[s] of worship or religious observation," N.Y. Penal Law § 265.01-e(2)(c) (the "Place of Worship Provision"), will significantly

---

[1] Please see the annexed Addendum for a list and description of *Amici*.

undermine the safety and serenity of places of worship, as well as the ability of religious institutions to carry out their missions and activities. They seek to file the proposed *amicus* brief to offer practical insight into why places of worship are properly designated as "sensitive locations" under New York's law, due to both the activities that take place there and the populations those activities serve.

## II. AN AMICUS BRIEF IS DESIRABLE IN THIS CASE, AND THE MATTERS ASSERTED ARE RELEVANT TO ITS DISPOSITION

In their proposed *amicus* brief, filed concurrently with this motion, *Amici* provide their perspective on the sensitive nature of places of worship. They describe how such locations serve not only as places of constitutionally protected religious expression, but also as spaces that offer physical and spiritual care to a wide variety of vulnerable people, including the needy, the bereaved, and children. *Amici* accordingly consider places of worship to be sensitive places where the state may constitutionally restrict the public carrying of firearms.

Additionally, *Amici* describe the array of potentially dire consequences that they foresee befalling religious communities if the Place of Worship Provision is invalidated. They anticipate that self-imposed restrictions on firearms within places of worship would be less effective than the statutory prohibition imposed by the Place of Worship Provision, and more difficult to enforce. *Amici* therefore fear that, if firearms are generally permitted within places of worship, religious institutions will face an increased risk of gun violence, bear heavier financial

2

burdens, and suffer chilling effects on worshippers' constitutional right to freely exercise their religious beliefs.

*Amici's* insights are relevant because the classification of places of worship as sensitive places is directly at issue in this case, and also because *Amici* offer an alternative perspective to that of Appellee Joseph Mann, a pastor who expresses a desire to carry a gun within the church that he leads. The issues raised in *Amici*'s proposed brief would therefore assist the Court in the disposition of the case on appeal.

## CONCLUSION

For the foregoing reasons, *Amici* respectfully ask this Court to grant their motion for leave to file the concurrently filed proposed *amicus* brief in support of Appellants.

Respectfully submitted,

JEFFREY S. TRACHTMAN
   *Counsel of Record*
SUSAN JACQUEMOT
JASON M. MOFF
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
jtrachtman@kramerlevin.com

*Counsel for Amici Curiae*

January 17, 2023

## CERTIFICATE OF COMPLIANCE

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 567 words, exclusive of the table of contents, table of citations, certificate of service, certificate of digital submission and this certificate of compliance, which are exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word 2019 in a proportionally spaced typeface, namely Times New Roman 14-point font.

Dated:  January 17, 2023

/s/ Jeffrey S. Trachtman_____
Jeffrey S. Trachtman
*Counsel for Amici Curiae*

ADDENDUM:
LIST OF *AMICI CURIAE*

*Amici curiae* national and regional denominational leaders and entities, and individual leaders of worshipping communities within the Second Circuit, include:

The Rt. Rev. Laura J. Ahrens
Bishop Suffragan, Episcopal Diocese of Connecticut

The Rt. Rev. Andrew ML Dietsche
Bishop, Episcopal Diocese of New York

The Rt. Rev. Ian Douglas
Bishop Diocesan, Episcopal Diocese of Connecticut (retired)

The Rt. Rev. DeDe Duncan-Probe
Bishop, Episcopal Diocese of Central New York

The Rt. Rev. Mary Glasspool
Assistant Bishop, Episcopal Diocese of New York

The Rt. Rev. Stephen Lane
Bishop Provisional, Episcopal Diocese of Rochester

The Rt. Rev. Shannon MacVean-Brown
Bishop, Episcopal Diocese of Vermont

The Rt. Rev. Jeffrey W. Mello
Bishop Diocesan, Episcopal Diocese of Connecticut

The Rt. Rev. Lawrence C. Provenzano
Bishop, Episcopal Diocese of Long Island

The Rt. Rev. Sean Rowe
Bishop Provisional, Episcopal Diocese of Western New York

The Rt. Rev. Alan Shin
Bishop Suffragan, Episcopal Diocese of New York

Metropolitan New York Synod of the Evangelical Lutheran Church in America

New England Synod of the Evangelical Lutheran Church in America

Upstate New York Synod of the Evangelical Lutheran Church in America

New York Conference of the United Church of Christ

Central Conference of American Rabbis

Union for Reform Judaism

Men of Reform Judaism

Women of Reform Judaism

Reconstructionist Rabbinical Association

Reconstructing Judaism

Rev. Dr. Heather Arcovitch
Senior Minister, North Madison Congregational Church
United Church of Christ, Madison, CT

Rev. Sara E. Baron
Pastor, First United Methodist Church of Schenectady
United Methodist Church, Schenectady, NY

Rev. Jennifer E. Boyd
Pastor, Trinity Lutheran Church
Evangelical Lutheran Church in America, Brewster, NY

Rev. Dr. J. Elise Brown
Executive Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY

Rev. William Critzman
President, Collegiate Church of New York
Senior Minister, West End Church
United Church of Christ, New York, NY

Rabbi Joshua M. Davidson
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Kathy Donley
Pastor, Emmanuel Baptist Church
American Baptist Churches USA, Albany, NY

Rev. Kaji S. Dousa
Senior Pastor, Park Avenue Christian Church
Christian Church (Disciples of Christ) and United Church of Christ
New York, NY

Rabbi Amy B. Ehrlich
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Abigail M. Ferjak
Pastor, Grace Evangelical Lutheran Church
Evangelical Lutheran Church in America, Scarsdale, NY

Rabbi Michael Fessler
Rabbi, Temple Beth-El
Conservative Jewish, Poughkeepsie, NY

Rev. John Flack
Senior Pastor, Our Saviour's Atonement Lutheran Church
Evangelical Lutheran Church in America, New York, NY

Rev. Ryan Fleenor
Rector, St. Luke's Parish
Episcopal Church, Darien, CT

Rev. Elise A. Hanley
Associate Rector, St. Ann & the Holy Trinity Episcopal Church
Episcopal Church, Brooklyn, NY

3

Rev. Brenda G. Husson
Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Dr. Scott Black Johnston
Senior Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Dr. K Karpen
Senior Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Jacqui Lewis
Senior Minister, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Lea A. Matthews
Associate Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Derrick W. McQueen
Pastor, St. James Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Danielle Miller
Senior Pastor, The Evangelical Lutheran Church of the Advent
Evangelical Lutheran Church in America, New York, NY

Rev. Heidi Neumark
Pastor, Trinity Lutheran Church of Manhattan
Evangelical Lutheran Church in America, New York, NY

Rev. Benjamin Perry
Minister of Church Growth and Media Strategy, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Werner Ramirez
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Bo Reynolds
Senior Associate, The Church of St. Luke in the Fields
Episcopal Church, New York, NY

Rev. Dr. Kelly Hough Rogers
Senior Minister, Scarsdale Congregational Church
United Church of Christ, Scarsdale, NY

Cantor Eric Schulmiller
Cantor, Reconstructionist Synagogue of the North Shore
Reconstructionist Jewish, Plandome, NY

Rev. Nicole Schwalbe
Pastor, Lutheran Church of the Resurrection
Evangelical Lutheran Church in America, Mount Kisco, NY

Rev. Rebecca Seely
Campus Pastor, LaMP Campus Ministry and PRiSM Student Ministry
Evangelical Lutheran Church in America, Presbyterian Church (U.S.A.), and United
Methodist Church, New York, NY

Rabbi Randy Sheinberg
Rabbi, Temple Tikvah
Reform Judaism, New Hyde Park, NY

Rev. Chris David Shelton
Pastor, Broadway Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Steven M. Smith
Senior Pastor, First United Methodist Church of Delmar
United Methodist Church, Delmar, NY

Rev. Dr. Jonah So
Executive Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Sarah Speed
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Dr. Jason Storbakken
Pastor, Manhattan Mennonite Fellowship
Mennonite Church USA, New York, NY

Rev. Eva N. Suarez
Associate Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Jordan A. Tarwater
Transitional Pastor, Avenue Church NYC
Presbyterian Church (U.S.A.), New York, NY

Rev. Zachary R. Thompson
Vicar, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Adriene Thorne
Senior Minister, The Riverside Church in the City of New York
American Baptist Churches USA and United Church of Christ, New York, NY

Rev. Susanah Wade
Associate Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY

**PROPOSED BRIEF**

# 22-2908-cv(L), 22-2972-cv(CON)

## United States Court of Appeals

*for the*

## Second Circuit

IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, LAWRENCE SLOANE,

*Plaintiffs-Appellees,*

– v. –

STEVEN A. NIGRELLI, in his Official Capacity as Acting Superintendent of the NewYork State Police, MATTHEW J. DORAN, in his Official Capacity as the Licensing Official of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse,

*Defendants-Appellants,*

*(For Continuation of Caption See Inside Cover)*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**BRIEF OF *AMICI CURIAE* NEW YORK AND NEW ENGLAND BISHOPS OF THE EPISCOPAL CHURCH, SYNODS OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, AND CONFERENCES OF THE UNITED CHURCH OF CHRIST; CENTRAL CONFERENCE OF AMERICAN RABBIS, UNION FOR REFORM JUDAISM, MEN OF REFORM JUDAISM, WOMEN OF REFORM JUDAISM, RECONSTRUCTIONIST RABBINICAL ASSOCIATION, AND RECONSTRUCTING JUDAISM; AND OTHER INDIVIDUAL RELIGIOUS LEADERS IN NEW YORK AND CONNECTICUT IN SUPPORT OF APPELLANTS**

JEFFREY S. TRACHTMAN
SUSAN JACQUEMOT
JASON M. MOFF
KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Amici Curiae*
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

KATHLEEN HOCHUL, in her Official Capacity as the Governor of the State of New York, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,

*Defendants.*

# **TABLE OF CONTENTS**

**Page**

TABLE OF AUTHORITIES ..................................................................... ii

INTERESTS OF AMICI CURIAE............................................................ 1

INTRODUCTION AND SUMMARY OF ARGUMENT ....................................... 1

ARGUMENT .......................................................................................... 7

I.   PLACES OF WORSHIP FIT THE DEFINITION OF SENSITIVE
     PLACES IN WHICH GUNS MAY CONSTITUTIONALLY BE
     RESTRICTED................................................................................. 7

II.  INVALIDATING THE PLACE OF WORSHIP PROVISION WOULD
     LEAD TO AN ARRAY OF POTENTIALLY DIRE CONSEQUENCES
     FOR RELIGIOUS INSTITUTIONS AND THEIR CONGREGATIONS...... 12

     A.   Permitting Firearms in Places of Worship Would Increase the Risk
          of Gun Violence in Religious Communities ........................................... 12

     B.   Permitting Firearms in Places of Worship Would Strain the
          Financial Resources of Religious Institutions ........................................ 18

     C.   Permitting Firearms in Places of Worship Would Chill the Free
          Exercise of Religious Belief ................................................................ 23

CONCLUSION ..................................................................................... 27

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*District of Columbia v. Heller*,
    554 U.S. 570 (2008).................................................................7, 8, 10

*GeorgiaCarry.Org., Inc. v. Georgia*,
    764 F. Supp. 2d 1306 (M.D. Ga. 2011), *aff'd*, 687 F.3d 1244 (11th
    Cir. 2012) .........................................................................................8

*Hill v. State*,
    53 Ga. 472 (1874) ..........................................................................12

*Moore v. Madigan*,
    708 F.3d 901 (7th Cir. 2013) (Hamilton, J., dissenting from denial
    of rehearing en banc) .......................................................................8

*New York State Rifle & Pistol Ass'n v. Bruen*,
    142 S. Ct. 2111 (2022).................................................................*passim*

*Piazza v. Kellim*,
    377 P.3d 492 (Or. 2016) .................................................................21

*Rocky Mountain Planned Parenthood, Inc. v. Wagner*,
    467 P.3d 287 (Colo. 2020)...............................................................21

*Roman Cath. Diocese of Brooklyn v. Cuomo*,
    141 S. Ct. 63 (2020).........................................................................23

*United States v. Class*,
    930 F.3d 460 (D.C. Cir. 2019)...........................................................9

*Westbrooks v. City of Buffalo*,
    2014 WL 297107 (W.D.N.Y. Jan. 27, 2014)...........................17 n.25

*Wisconsin v. Yoder*,
    406 U.S. 205 (1972).........................................................................23

**Statutes**

N.Y. Penal Law § 70.00 ...............................................................17 n.24

N.Y. Penal Law § 140.00(5) ........................................................17 n.25

N.Y. Penal Law § 140.17 .............................................................17 n.25

N.Y. Penal Law § 265.01-d(1)......................................................18 n.26

N.Y. Penal Law § 265.01-e(1) ......................................................17 n.24

N.Y. Penal Law § 265.01-e(2)(c).....................................................*passim*

**Other Authorities**

Action of the 221st General Assembly of the Presbyterian Church
(U.S.A.), 09-07 On Gun Violence Prevention (2014),
https://www.presbyterianmission.org/wp-content/uploads/Gun-
Violence-Prevention-221st-GA-Actions.pdf ...................................3 n.5

*Fight breaks out during Memphis church service*, Action News 5
(Dec. 8, 2011), https://www.actionnews5.com/
story/16213043/brawl-breaks-out-during-memphis-church-service..........15 n.21

Al Jazeera, *Demand for 'active shooter insurance' on the rise as US
reopens* (May 13, 2021),
https://www.aljazeera.com/economy/2021/5/13/demand-for-active-
shooter-insurance-on-the-rise-as-us-reopens...............................23 n.35

Alexis de Tocqueville, *Democracy in America* (Harvey C. Mansfield
and Delba Winthrop eds. and trans., Univ. of Chicago Press 2000)..............1 n.2

Alfred Ng, *Gunman fatally shoots Pennsylvania churchgoer after
fight over seat at Sunday service*, N.Y. Daily News (Apr. 28,
2016), https://www.nydailynews.com/news/crime/churchgoer-
killed-fight-seat-sunday-service-article-1.2618098....................................15 n.22

Amber Powell, *Man Arrested for pulling gun on others at church*
Wave 3 (Sept. 14, 2015),
https://www.wave3.com/story/30024135/man-arrested-for-pulling-
gun-on-others-at-church.........................................................................16 n.22

Andrew Barnes, *Schools need more space. Churches have it. Could COVID-19 bring them back together?*, Fast Co. (Aug. 26, 2020), https://www.fastcompany.com/90543022/schools-need-more-space-churches-have-it-could-covid-bring-them-back-together ...............10 n.12

Barb Powell, Council for Health & Human Service Ministries, *UCC General Synod overwhelmingly passes CHHSM-sponsored resolution on gun violence* (July 4, 2017), https://www.chhsm.org/news/ucc-general-synod-overwhelmingly-passes-chhsm-sponsored-resolution-gun-violence.......................................................4 n.9

Ben Sales, *Here's what it costs to put your synagogue under armed guard*, Jewish Telegraphic Agency (Nov. 13, 2018), https://www.jta.org/2018/11/13/united-states/heres-costs-put-synagogue-armed-guard.............................................................20 n.32

*Court approves $800M settlement for MGM Resorts, Vegas shooting victims* (AP, Sept. 30, 2020), https://www.nbcnews.com/news/us-news/court-approves-800m-settlement-mgm-resorts-vegas-shooting-victims-n1241634 ..................................................................22

Christina Maxouris, *Fortified synagogues and guards 'everybody knows.' How life changed a year after the Tree of Life Massacre*, CNN (Oct. 27, 2019), https://www.cnn.com/2019/10/27/us/synagogue-security-pittsburgh-shooting-a-year-later/index.html...............................20 n.32

Dana Loomis et al., *Employer Policies Toward Guns and the Risk of Homicide in the Workplace*, 95 Am. J. Pub. Health 830 (May 2005), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2003.033535.......................................................15 n.20

Dana Massing, *Congregations mull how to keep sacred spaces safe*, AP News (Mar. 2, 2019), https://apnews.com/article/8ad0dac8b4ea4fb5a3101ce59f7c74e2 ............24 n.36

Darrell A.H. Miller, *Constitutional Conflict and Sensitive Places*, 28 Wm & Mary Bill Rts. 459 (2019)........................................................8

Denzer & McQuillan, Practice Commentary, McKinney's Cons. Laws of N.Y., Penal Law § 140.00 (1967)...........................................17 n.25

iv

*Edward Grim: The Murder of Thomas Becket* (Dawn Hayes trans.,
    Internet Medieval Sourcebook 1997),
       https://sourcebooks.fordham.edu/source/grim-becket.asp ........................26 n.38

Egan Millard, *Alabama church shooting victims' act of hospitality
    became an act of sacrifice, rector says*, Episcopal News Service
    (June 21, 2022),
       https://www.episcopalnewsservice.org/2022/06/21/alabama-
       church-shooting-victims-act-of-hospitality-became-an-act-of-
       sacrifice-rector-says ................................................................................16 n.22

Evangelical Lutheran Church in America, *Community Violence – Gun
    Control*, Social Policy Resolution CA93.06.10 (1993),
       http://download.elca.org/ELCA%20Resource%20
       Repository/Community_Violence_GunsSPR93.pdf ......................................4 n.8

Faiths United to Prevent Gun Violence, http://faiths-united.org ..............................4

General Convention, *Journal of the General Convention of the
    Episcopal Church, Indianapolis, 2012* (New York: General
    Convention, 2012), https://www.episcopalarchives.org/cgi-
    bin/acts/acts_generate_pdf.pl?resolution=2012-D003 ..................................3 n.7

General Convention, *Journal of the General Convention of the
    Episcopal Church, Minneapolis, 1976* (New York: General
    Convention, 1977), https://www.episcopalarchives.org/cgi-
    bin/acts/acts_resolution.pl?resolution=1976-C052 ......................................3 n.6

General Convention, *Journal of the General Convention of the
    Episcopal Church, Salt Lake City, 2015* (New York: General
    Convention, 2015), https://www.episcopalarchives.org/cgi-
    bin/acts/acts_generate_pdf.pl?resolution=2015-C005 ..................................3 n.7

Gregg Brekke, *Houses of worship are not just for worship anymore*
    (Mar. 8, 2019), https://religionnews.com/2019/03/08/houses-of-
    worship-are-not-just-for-worship-anymore ...............................................10 n.11

Hartford Inst. for Religion Rsch., *Religious Education During the
    Pandemic: A Tale of Challenge and Creativity* (Apr. 2022),
       https://www.covidreligionresearch.org/wp-
       content/uploads/2022/04/Religious-Education-During-the-
       Pandemic_April-2022.pdf .......................................................................10 n.12

Indiana Univ. Lilly Fam. Sch. of Philanthropy, *The Giving
    Environment: Understanding Pre-Pandemic Trends in Charitable
    Giving* 17 (July 2021),
    https://scholarworks.iupui.edu/bitstream/handle/1805/26290/giving
    -environment210727.pdf..........................................................................18 n.27

Jeff Mordock, *Religious leaders weigh sanctuary, security after
    attacks*, Wash. Times (Dec. 31, 2019),
    https://www.washingtontimes.com/news/2019/dec/31/religious-
    leaders-weigh-sanctuary-security-after-a ...................................................12 n.15

Jiashan Cui, et al., Inst. of Educ. Scis., *Early Childhood Program
    Participation: 2019* (May 2021),
    https://nces.ed.gov/pubs2020/2020075REV.pdf .......................................10 n.12

Jorge L. Ortiz, *How to keep schools safe? We're focusing our time,
    energy and money on 'all the wrong things,' experts say*, USA
    Today (Nov. 21, 2019), https://www.usatoday.com/story/
    news/nation/2019/11/21/school-shootings-metal-detectors-
    solution-experts/4255318002 ...........................................................................14

Joseph Blocher & Reva Siegel, *Guns Are a Threat to the Body Politic*,
    The Atlantic (Mar. 8, 2021),
    https://www.theatlantic.com/ideas/archive/2021/03/guns-are-
    threat-body-politic/618158 ...............................................................................25

Julia Wolfson et al., *US Public Opinion on Carrying Firearms in
    Public Places*, 107 Am. J. Pub. Health 929 (June 2017) ..........................11 n.13

Karim Chalak et al., *Reexamining the Evidence on Gun Ownership
    and Homicide Using Proxy Measures of Ownership*, 208 J. Pub.
    Econ. (Mar. 15, 2022), https://papers.ssrn.com
    /sol3/papers.cfm?abstract_id=3694050 ....................................................14 n.19

Katie Young & Contessa Brewer, *Rise in mass shootings leads to
    "rapid growth" in active shooter insurance*, CNBC (Jan. 10,
    2020), https://www.cnbc.com/2020/01/10/rise-in-mass-shootings-
    boosts-active-shooter-insurance.html ......................................................22 n.34

Laurie Goodstein, *Charleston Shooting Adds to Security Fears in Places of Worship*, N.Y. Times (June 24, 2015), https://www.nytimes.com/2015/06/25/us/charleston-attack-security-churches.html ...................................................19 n.31, 26 n.39

Letter from Faiths United to Prevent Gun Violence to U.S. Senate Judiciary Committee (May 17, 2021), https://www.judiciary.senate.gov/imo/media/doc/5.18.21%20-%20Faiths%20United%20to%20Prevent%20Gun%20Violence%20and%2015%20Orgs%20Support%20for%20Chipman.pdf ...............................................................4 n.10

Marika Cabral et al., *Trauma at School: The Impacts of Shootings on Students' Human Capital and Economic Outcomes* (Nat'l Bureau of Econ. Rsch., Working Paper No. 28311, 2022), https://www.nber.org/system/files/working_papers/w28311/w28311.pdf .....................13 n.18

Mark Bowes, *Grief, anger spark gunfire at church funeral in Chesterfield*, Richmond Times Dispatch (Aug. 29, 2022), https://richmond.com/news/local/crime-and-courts/grief-anger-spark-gunfire-at-church-funeral-in-chesterfield/article_e638df4b-f97a-5e2e-8c90f98da0ba5e0a.html ............................................15 n.22

Matthew Brown, *Poll: Americans united against guns in churches*, Deseret News (Aug. 15, 2012), https://www.deseret.com/2012/8/15/20505566/poll-americans-united-against-guns-in-churches ...................................................11 n.13

Mennonite Mutual, *Guns in Churches, Addressing Church Security Needs* (Mar. 2020), https://www.mennonitemutual.com/upload/documents/guns_in_churches_03-2022.pdf ..................................20 n.32

Michelle Boorstein, *Church donations have plunged because of the coronavirus. Some churches won't survive.*, Wash. Post (Apr. 24, 2020), https://www.washingtonpost.com/religion/2020/04/24/church-budgets-coronavirus-debt ...........................................19 n.30

Michelle Conlin, *Empty pews, empty collection baskets: coronavirus hits U.S. church finances*, Reuters (Apr. 11, 2020), https://www.reuters.com/article/us-health-coronavirus-usa-church-finance/empty-pews-empty-collection-baskets-coronavirus-hits-u-s-church-finances-idUSKCN21T0EH .......................................18 n.29

Mitchell Doucette et al., *Right-to-Carry Laws and Firearm Workplace Homicides: A Longitudinal Analysis (1992-2017)*, Nat'l Libr. of Med. (Oct. 17, 2019), https://pubmed.ncbi.nlm.nih.gov/31622144 ............................................................. 15 n.20

Nathan Diament, *Protect America's houses of worship in year-end appropriations package*, The Hill (Nov. 28, 2020), https://thehill.com/blogs/congress-blog/homeland-security/527819-protect-americas-houses-of-worship-in-year-end ..................................... 21 n.32

Noor Hussain & Carolyn Cohn, *Mass shooting insurance in high demand as U.S. emerges from lockdown*, Reuters (May 13, 2021), https://www.reuters.com/article/us-usa-shooting-insurance-focus-idCAKBN2CU1NO ................................................................. 22 n.34

Noor Hussain & Carolyn Cohn, *U.S. mass shooting insurance rates jump as incidents rise*, Reuters (June 29, 2022), https://www.reuters.com/world/us/us-mass-shooting-insurance-rates-jump-incidents-rise-2022-06-29 ....................................... 23 n.35

Pew Research Center, *In U.S., Decline of Christianity Continues at Rapid Pace* (Oct. 17, 2019), https://www.pewforum.org/2019/10/17/in-u-s-decline-of-christianity-continues-at-rapid-pace .......................................... 19 n.29

Philip Levine & Robin McKnight, *Exposure to a School Shooting and Subsequent Well-Being* (Nat'l Bureau of Econ. Rsch., Working Paper No. 28307, 2020), https://www.nber.org/system/files/working_papers/w28307/w28307.pdf ..................... 14 n.18

*Public Assistance for Houses of Worship* (FEMA Fact Sheet Oct. 6, 2022), https://www.fema.gov/fact-sheet/public-assistance-houses-worship-2 .............................................................. 10 n.11

Randy Wimbley, *Protest against wealthy pastor by activists disrupts church service*, FOX 2 Detroit (Sept. 20, 2016), https://www.fox2detroit.com/news/protest-against-wealthy-pastor-by-activists-disrupts-church-service .......................................... 15 n.21

Reis Thebault, *Too small to hire guards, too worried to go gun-free, community churches are now arming themselves*, Wash. Post (Feb. 14, 2020), https://www.washingtonpost.com/national/too-small-to-hire-guards-too-worried-to-go-gun-free-churches-are-now-arming-themselves/2020/02/14/8eabb574-3ee9-11ea-baca-eb7ace0a3455_story.html ............................................................16 n.23, 19 n.31

Report of the 219th General Assembly of the Presbyterian Church (U.S.A.) (Fall 2010), *Gun Violence, Gospel Values: Mobilizing in Response to God's Call*, https://www.pcusa.org/site_media/media/uploads/acswp/pdf/gun-violence-policy.pdf ...................3 n.4

Richard Johnson, Dolan Consulting Grp. ("DCG"), *Serious Violence at Places of Worship in the U.S. – Looking at the Numbers* (Sept. 2019), https://www.dolanconsultinggroup.com/wp-content/uploads/2019/09/Serious-Violence-at-Places-of-Worship-in-the-US-Looking-at-the-Numbers.pdf ......................................................13 n.16

Rick Reinhard & Chris Elisara, *The Promise of "House of Worship Districts"* (Dec. 2, 2021), https://www.strongtowns.org/journal/2021/12/2/the-promise-of-house-of-worship-districts ..........................................................10 n.11

Samantha Schmidt et al., *After Pittsburgh massacre, synagogues weigh adding more security*, Wash. Post (Oct. 28, 2018), https://www.washingtonpost.com/local/social-issues/after-pittsburgh-massacre-synagogues-weigh-adding-more-security/2018/10/28/ecab37de-dafa-11e8-b3f0-62607289efee_story.html ..........................................................19 n.31

Sarah Bunin Benor et al., *Let's Stop Calling It "Hebrew School": Rationales, Goals, and Practices of Hebrew Education in Part-Time Jewish Schools* (Consortium for Applied Stud. in Jewish Educ. Working Paper, July 2020), https://gsehd.gwu.edu/sites/g/files/zaxdzs4166/files/2021-10/casje_working_paper_2020.pdf ............................................10 n.12

Sarah Lowe & Sandra Galea, *The Mental Health Consequences of Mass Shootings*, 18 Trauma, Violence & Abuse 62 (2017), https://www.cmhnetwork.org/wp-content/uploads/2018/09/The-Mental-Health-Consequences-of-Mass-Shootings.pdf ............................14 n.18

ix

Scott Neuman, *Fewer Than Half of US Adults Belong to a Religious Congregation, New Poll Shows*, NPR (Mar. 30, 2021), https://www.npr.org/2021/03/30/982671783/fewer-than-half-of-u-s-adults-belong-to-a-religious-congregation-new-poll-shows ...................18 n.28

Tayler Davis, *Fight breaks out at funeral of man killed during July 4 shootout in Shreveport*, KSLA News 12 (July 11, 2022), https://www.ksla.com/2022/07/11/fight-breaks-out-funeral-man-killed-during-july-4-shootout-shreveport ....................................................15 n.21

Teri Figueroa, *Father of girl injured in Chabad of Poway shooting sues over security measures*, San Diego Union-Tribune (Apr. 8, 2021), https://www.sandiegouniontribune.com/news/courts/story/2021-04-08/father-of-girl-injured-in-chabad-of-poway-shooting-sues-over-security-measures............................................21 n.33

Tom Verde, *Allowing guns in church flies in the face of tradition and Scripture*, RNS (Dec. 19, 2017), https://religionnews.com/2017/12/19/allowing-guns-in-church-flies-in-the-face-of-tradition-and-scripture..................................16 n.23

United Church of Christ, *On Recognizing and Studying Gun Violence as a Public Health Emergency*, http://synod.uccpages.org/res10.html ............................................................4 n.9

United States Conference of Catholic Bishops, *A Mercy and Peacebuilding Approach to Gun Violence* (Jan. 2020), https://www.usccb.org/resources/backgrounder-gun-violence ......................3 n.3

U.S. Department of Homeland Security, *Mitigating Attacks on Houses of Worship – Security Guide* (Dec. 2020) (hereinafter "DHS Security Guide"), https://www.cisa.gov/sites/default/files/publications/Mitigating%20Attacks%20on%20Houses%20of%20Worship%20Security%20Guide_508_0_0.pdf ......................13 n.17, 20, 24

Voice of America Special Report: *House of Worship Shootings*, https://projects.voanews.com/mass-shootings/english/locations/worship.html ...................................12 n.14

Wire Reports, *Mormon church leaders ban weapons from houses of worship*, Christian Action Network (Aug. 28, 2019), https://christianaction.org/top-stories-of-the-day/mormon-church-leaders-ban-weapons-from-houses-of-worship ..........................................24 n.37

## INTERESTS OF AMICI CURIAE

*Amici curiae* ("*Amici*")[1] comprise a broad range of religious stakeholders who affirm their commitment to peace and human dignity. *Amici* come from faiths that differ in their views regarding a variety of social issues. But *Amici* are united in their belief that reasonable gun regulation is essential to protect the safety and serenity of places of worship and the ability of religious institutions to carry out their missions and activities, all of which are threatened by the alarming escalation of gun violence in their communities.

## INTRODUCTION AND SUMMARY OF ARGUMENT

Gathering peacefully for prayer and community is central to the American experience. More than 185 years ago, Alexis de Tocqueville wrote that "Americans of all ages, all conditions, all minds constantly unite. Not only do they have commercial and industrial associations in which all take part, but they also have a thousand other kinds: religious, moral, grave, futile . . . if it is a question of bringing to light a truth or developing a sentiment with the support of a great example, they associate."[2] For many millions of Americans, this tendency to join together is expressed by peacefully gathering for religious observance, a central aspect of the

---

[1] Please see the annexed Addendum for a list of *Amici*.

[2] Alexis de Tocqueville, *Democracy in America* 484 (Harvey C. Mansfield and Delba Winthrop eds. and trans., Univ. of Chicago Press 2000).

exercise of their religious faith. Their worship communities are an essential part of this country's social fabric and a particular source of its cultural and moral strength.

And yet, in recent years, the peace and tranquility of religious gatherings – precisely the qualities that make churches, synagogues, and mosques safe places for people to connect, share their faith, and forge community – have too often been shattered by violent attacks, most often carried out with firearms. Particularly in parts of the country where public carry of guns has long been permitted, guns have often found their way into the hands of individuals seeking to harm faith-based communities. New York's prohibition on carrying firearms in "place[s] of worship or religious observation," N.Y. Penal Law § 265.01-e(2)(c) (the "Place of Worship Provision"), reduces the opportunities for guns to intrude upon the sanctuary and refuge of the worship space. The law thus provides a measure of protection against the ever-present threat of gun violence in religious communities.

A wide range of organized religions and other religious stakeholders have spoken out against gun violence and endorsed reasonable regulations aimed at controlling the proliferation of guns in American society:

- The United States Conference of Catholic Bishops, in its *Backgrounder on Gun Violence*, declares: "The Church has been a consistent voice for the

promotion of peace at home and around the world, and a strong advocate for the reasonable regulation of firearms."[3]

- The General Assembly of the Presbyterian Church (U.S.A.) declares in a report on gun violence: "The Presbyterian Church (U.S.A.) has been concerned about this frightening phenomenon, and has consistently spoken out about it for three decades, as have our sisters and brothers in virtually every other faith tradition . . . .  We believe there is much common ground within society for both responsible gun ownership and real reduction of gun violence."[4]  The General Assembly "oppose[s] legislation designed to permit and encourage the carrying of weapons in all areas of life, including houses of worship" and "strongly encourage[s]" congregations to "declare their particular premises and gatherings to be gun-free zones."[5]

- Resolutions of the General Convention of the Episcopal Church "urge all citizens to support federal, state, and local legislation aimed at controlling the sale and use of hand guns"[6] and request that all Episcopal parishes "declare their establishments as Gun Free Zones."[7]

---

[3] United States Conference of Catholic Bishops, *A Mercy and Peacebuilding Approach to Gun Violence* (Jan. 2020), https://www.usccb.org/resources/backgrounder-gun-violence.

[4] Report of the 219th General Assembly of the Presbyterian Church (U.S.A.) (Fall 2010), *Gun Violence, Gospel Values: Mobilizing in Response to God's Call* 4, https://www.pcusa.org/site_media/media/uploads/acswp/pdf/gun-violence-policy.pdf.

[5] Action of the 221st General Assembly of the Presbyterian Church (U.S.A.), 09-07 On Gun Violence Prevention (2014), https://www.presbyterianmission.org/wp-content/uploads/Gun-Violence-Prevention-221st-GA-Actions.pdf.

[6] General Convention, *Journal of the General Convention of the Episcopal Church, Minneapolis, 1976* (New York: General Convention, 1977), p. C-107, https://www.episcopalarchives.org/cgi-bin/acts/acts_resolution.pl?resolution=1976-C052.

[7] General Convention, *Journal of the General Convention of the Episcopal Church, Indianapolis, 2012* (New York: General Convention, 2012), p. 698, https://www.episcopalarchives.org/cgi-bin/acts/acts_generate_pdf.pl?resolution=2012-D003; *see also* General Convention, *Journal of the General Convention of the Episcopal Church, Salt Lake City, 2015* (New York: General Convention, 2015),

- The Evangelical Lutheran Church in America's social policy resolution on gun violence calls for the passage of legislation controlling the "manufacture, importation, exportation, sale, purchase, transfer, receipt, possession or transportation of handguns, assault weapons, and assault-like weapons and their parts, excluding rifles and shotguns used for hunting and sporting purposes, for use other than law enforcement and military purposes."[8]

- A resolution of the General Synod of the United Church of Christ "urges the recognition of gun violence as a public health emergency" and "encourages [Congress] to reinstate federal funding for scientific research of gun violence . . . and to openly debate methods to improve gun safety, training and storage to reduce gun deaths."[9]

- Faiths United to Prevent Gun Violence, a coalition of more than 50 denominations and faith-based organizations "united by the call of [their] faiths to confront America's gun violence epidemic," http://faiths-united.org, affirms in a letter to the Senate Judiciary Committee: "Religious communities in the United States understand that gun violence in our country is an attack on human dignity . . . . Our faiths call us to create a safer world where we can participate in everyday activities like going to school, attending a concert, or praying in our houses of worship without the fear of violent death."[10]

---

p. 328, https://www.episcopalarchives.org/cgi-bin/acts/acts_generate_pdf.pl?resolution=2015-C005 (resolution urging legislators to pass laws requiring permits to carry concealed weapons).

[8] Evangelical Lutheran Church in America, *Community Violence – Gun Control*, Social Policy Resolution CA93.06.10 (1993), http://download.elca.org/ELCA%20Resource%20Repository/Community_Violence_GunsSPR93.pdf.

[9] United Church of Christ, *On Recognizing and Studying Gun Violence as a Public Health Emergency*, http://synod.uccpages.org/res10.html; Barb Powell, Council for Health & Human Service Ministries, *UCC General Synod overwhelmingly passes CHHSM-sponsored resolution on gun violence* (July 4, 2017), https://www.chhsm.org/news/ucc-general-synod-overwhelmingly-passes-chhsm-sponsored-resolution-gun-violence.

[10] Letter from Faiths United to Prevent Gun Violence to U.S. Senate Judiciary Committee (May 17, 2021) (hereinafter "Faiths United Letter"), https://www.

The Place of Worship Provision is a constitutional exercise of New York's authority to protect religious communities from a range of harms. The U.S. Supreme Court has recognized that the individual right to bear arms for self-defense may be subject to reasonable regulation, including to protect "sensitive places." Houses of worship are quintessentially "sensitive places" where congregants exercise their fundamental right of religious expression, vulnerable populations seek solace in the peace and sanctuary of the worship space, and children receive both religious and secular schooling. Reducing threats to Americans gathered for these purposes is an important state interest that justifies reasonable firearm regulation.

In the absence of the challenged restriction, religious congregations would face a heightened risk of gun violence – especially given the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022) ("*Bruen*"), striking down part of New York's law regulating the public carrying of handguns. Deadly attacks on houses of worship, usually involving firearms, have been steadily rising for years, causing a tragic loss of life and also chronic psychological trauma for survivors and the broader community that may chill participation in religious life. This has led some to suggest arming congregants for self-defense, but *Amici* view this approach as antithetical to the peaceful nature

judiciary.senate.gov/imo/media/doc/5.18.21%20-%20Faiths%20United%20to%20Prevent%20Gun%20Violence%20and%2015%20Orgs%20Support%20for%20Chipman.pdf.

of religious gatherings and ultimately counterproductive, since the proliferation of firearms – regardless of motivation – makes gun violence more, not less, likely. A more appropriate response is to bar firearms in houses of worship except for authorized security personnel.

Striking down the Place of Worship provision and placing the burden on religious institutions to enforce their own firearm restrictions would also likely inflict tangible financial burdens on religious institutions. These include the onerous costs of security measures, potential liability stemming from violent incidents, and increased insurance costs. Just as important, the presence of firearms in houses of worship – or the security measures needed to prohibit their entry – would disturb the serenity of the worship space, turning sanctuaries into virtual fortresses. The resulting environment of fear and unease – already a reality in many locales in the wake of mass shootings targeting particular religious and social groups – has the potential to chill congregants' First Amendment free exercise right.

New York is entitled to attempt to protect its faith-based communities from these potentially dire consequences by enacting sensible regulations to limit the presence of guns in places of worship. There should be no constitutional right to carry a gun into a church. *Amici* therefore respectfully urge the Court to vacate the preliminary injunction issued by the District Court and permit New York to enforce the Place of Worship Provision pending a decision on the merits.

6

**ARGUMENT**

**I.    PLACES OF WORSHIP FIT THE DEFINITION OF SENSITIVE PLACES IN WHICH GUNS MAY CONSTITUTIONALLY BE RESTRICTED**

In *Bruen*, the Supreme Court recognized that states have discretion to regulate the possession and use of firearms.  While holding that the Second Amendment protects an individual's right generally to carry a handgun for self-defense, the Court nevertheless emphasized – consistent with its prior jurisprudence – that it does not impose a "regulatory straightjacket."  *Id.* at 2133; *see also id.* at 2162 ("[T]he Second Amendment allows a 'variety' of gun regulations.") (Kavanaugh, J., concurring); *District of Columbia v. Heller*, 554 U.S. 570, 626 (2008) (right to bear arms "not unlimited").  In particular, the Court expressly reaffirmed its approval of "longstanding laws forbidding the carrying of firearms in sensitive places such as schools and government buildings," *Bruen*, 142 S. Ct. at 2133 (quoting *Heller*, 554 U.S. at 626), and identified "legislative assemblies, polling places, and courthouses" as additional examples.  *Id.* ("[W]e are also aware of no disputes regarding the lawfulness of such prohibitions.); *see also id.* at 2162 (noting Court's prior approval of such "longstanding prohibitions" as "presumptively lawful") (Kavanaugh, J., concurring) (quoting *Heller*, 554 U.S. at 626-27 & n.26).  The Court "assume[d] it settled that those locations were 'sensitive places' where arms carrying could be prohibited" and instructed that "courts can use

analogies to those historical regulations . . . to determine that modern regulations prohibiting the carry of firearms in *new* and analogous sensitive places are constitutionally permissible." *Id.* at 2133; *see also Heller,* 554 U.S. at 627 n.26 (explaining that enumerated types of regulations were intended "only as examples; our list does not purport to be exhaustive").

Places of worship easily qualify as "sensitive places," as some jurists and commentators have already recognized. *See, e.g.*, *GeorgiaCarry.Org., Inc. v. Georgia*, 764 F. Supp. 2d 1306, 1319 (M.D. Ga. 2011) ("A reasonable argument can be made that places of worship are also sensitive places because of the activities that occur there."), *aff'd*, 687 F.3d 1244 (11th Cir. 2012); Darrell A.H. Miller, *Constitutional Conflict and Sensitive Places*, 28 WM & MARY BILL RTS. 459, 466 (2019) ("Religious institutions are one kind of sensitive place, although *Heller* does not identify them as such."); *Moore v. Madigan*, 708 F.3d 901, 904 (7th Cir. 2013) (Hamilton, J., dissenting from denial of rehearing en banc) ("*Heller* itself endorsed restrictions in 'sensitive' places, such as schools and government buildings. It should not be difficult to make reasonable arguments to support extending that reasoning to areas around . . . churches and other places of worship.").

The reasons are manifest. Religious institutions are places where congregants exercise their fundamental First Amendment rights of religious expression and peaceable assembly. *See* Miller, *supra*, at 466 ("The First

Amendment guarantees freedom of religious expression, and in many traditions religious expression happens in groups. Religious organizations and institutions enhance – even make possible – the kind of religious expression a person's faith tradition may demand."). These constitutionally protected activities warrant recognition of houses of worship as "sensitive places." *See id.* (noting that "sensitive places may include other kinds of institutions that advance other kinds of constitutional rights"). Indeed, Anglo-American jurisdictions for centuries employed restrictions on the public carry of firearms to maintain safety in areas where people gather for religious purposes. *See* Br. Appellants 54-58, ECF #54.

Places are "sensitive for purposes of the Second Amendment" not only because of the "activities that take place there," but also "because of the people found there." *United States v. Class*, 930 F.3d 460, 465 (D.C. Cir. 2019). Religious institutions serve as places of refuge for vulnerable populations: The poor, the needy, individuals grieving personal losses or coping with emotional or physical trauma, addiction, homelessness, or loneliness – all seek solace in the peace and comfort of the worship space. Beyond their ministerial activities, "houses of worship often serve as the locus of critical social services within the community," providing food pantries and soup kitchens, community and senior citizen centers,

addiction recovery services, and other human services programs.[11] Places of worship also frequently house affiliated schools, the paradigmatic "sensitive places" identified in *Bruen* and *Heller*[12] – additional reasons they fit under the umbrella of "sensitive places."

---

[11] Rick Reinhard & Chris Elisara, *The Promise of "House of Worship Districts"* (Dec. 2, 2021), https://www.strongtowns.org/journal/2021/12/2/the-promise-of-house-of-worship-districts; *see also* Gregg Brekke, *Houses of worship are not just for worship anymore* (Mar. 8, 2019), https://religionnews.com/2019/03/08/houses-of-worship-are-not-just-for-worship-anymore ("More than a third of the nearly 62,000 Alcoholics Anonymous groups in the U.S. meet in houses of worship."); *Public Assistance for Houses of Worship* (FEMA Fact Sheet Oct. 6, 2022), https://www.fema.gov/fact-sheet/public-assistance-houses-worship-2 ("Houses of Worship are considered private nonprofit organizations that provide a noncritical, essential social service, such as community and senior citizen centers.").

[12] *See* Hartford Inst. for Religion Rsch., *Religious Education During the Pandemic: A Tale of Challenge and Creativity* (Apr. 2022), https://www.covidreligionresearch.org/wp-content/uploads/2022/04/Religious-Education-During-the-Pandemic_April-2022.pdf (as of 2020, 88% of Christian churches offered religious educational programming for children); *id.* at 7 (approximately one-third of Christian churches planned summer "Vacation Bible School" for children in 2022); Sarah Bunin Benor et al., *Let's Stop Calling It "Hebrew School": Rationales, Goals, and Practices of Hebrew Education in Part-Time Jewish Schools* 5 (Consortium for Applied Stud. in Jewish Educ. Working Paper, July 2020), https://gsehd.gwu.edu/sites/g/files/zaxdzs4166/files/2021-10/casje_working_paper_2020.pdf (94% of part-time Jewish schools reported being "part of a synagogue"); Jiashan Cui, et al., Inst. of Educ. Scis., *Early Childhood Program Participation: 2019*, (May 2021), https://nces.ed.gov/pubs2020/2020075REV.pdf (as of 2019, 20% of children under age 5 "in a center-based care arrangement" attended a childcare center primarily located in a "church, synagogue, or other place of worship"); Andrew Barnes, *Schools need more space. Churches have it. Could COVID-19 bring them back together?*, Fast Co. (Aug. 26, 2020), https://www.fastcompany.com/90543022/schools-need-more-space-churches-have-it-could-covid-bring-them-back-together ("[H]aving spent 40 years studying the history of Christian churches and their social outreach, I know there has never been a time in

*Bruen* effectively normalized the public carrying of firearms in the greater community – making it more likely that persons who choose to carry handguns in their daily lives will seek to bring them to religious services. This increased the importance of a narrowly tailored limitation to protect the essential need of religious communities to exercise their faith with a reduced threat of gun violence and its associated burdens. As discussed below in Point II, permitting guns in churches – or requiring churches to screen and police parishioners themselves – would damage the sacred and serene nature of houses of worship, likely deterring attendance and chilling free exercise of religion. It is therefore no surprise that most Americans support restrictions on guns in houses of worship.[13] Such restrictions are deeply rooted in American society and consistent with the "sensitive places" doctrine articulated by the Supreme Court, hence they are "constitutionally permissible." *Bruen*, 142 S. Ct. at 2133. As the Georgia Supreme Court observed almost 150 years ago, in upholding a ban on weapons in certain locations including "places of public worship":

---

the history of Christianity – indeed the history of all major religions – when religious space was not used for educational purposes.").

[13] *See* Julia Wolfson et al., *US Public Opinion on Carrying Firearms in Public Places*, 107 Am. J. Pub. Health 929, 929-30, 932 (June 2017) (only 21% of Americans support right to carry guns in places of worship); Matthew Brown, *Poll: Americans united against guns in churches*, Deseret News (Aug. 15, 2012), https://www.deseret.com/2012/8/15/20505566/poll-americans-united-against-guns-in-churches (76% of respondents believed concealed weapons should not be permitted in houses of worship).

> The practice of carrying arms at courts, elections and places of worship, etc., is a thing so improper in itself, so shocking to all sense of propriety, so wholly useless and full of evil, that it would be strange if the framers of the constitution have used words broad enough to give it a constitutional guarantee.

*Hill v. State*, 53 Ga. 472, 475 (1874).

## II. INVALIDATING THE PLACE OF WORSHIP PROVISION WOULD LEAD TO AN ARRAY OF POTENTIALLY DIRE CONSEQUENCES FOR RELIGIOUS INSTITUTIONS AND THEIR CONGREGATIONS

### A. Permitting Firearms in Places of Worship Would Increase the Risk of Gun Violence in Religious Communities

Religious communities increasingly are targets of deadly violence. The percentage of mass shootings motivated by religious hate escalated from 1% during the period 1966-2000 to 9% during the period 2000-2014 and to 18% during the period 2018-February 2020.[14] Similarly, there was a 2,500% increase in deadly attacks at houses of worship between 1999 and 2017.[15] A 2019 study examining the FBI's National Incident-Based Reporting System (NIBRS) data from 2000 through

---

[14] Voice of America Special Report: *House of Worship Shootings*, https://projects.voanews.com/mass-shootings/english/locations/worship.html. VOA reports that the increasingly frequent "mass shootings in churches, temples, synagogues and mosques have…been committed by perpetrators with a history of racism, anti-Semitism, anti-Christianity and Islamophobia, with ties to white supremacist and neo-Nazi groups." *Id.*

[15] Jeff Mordock, *Religious leaders weigh sanctuary, security after attacks*, Wash. Times (Dec. 31, 2019) https://www.washingtontimes.com/news/2019/dec/31/religious-leaders-weigh-sanctuary-security-after-a. In 2017 alone, U.S. houses of worship experienced 262 deadly force incidents. *Id.* According to one security consultant, "Houses of worship are the new soft target." *Id.*

2016 found that 1,652 incidents of serious violence occurred at places of worship –
including aggravated assaults, shootings, stabbings, and bombings – with 57%
involving the use of a firearm.[16]  And while mass shootings are frequently associated
with assault-style weapons, many such attacks in and around houses of worship have
been carried out with ordinary handguns.[17]  Mass shootings not only cause the tragic
loss of life, but also inflict severe and long-lasting psychological trauma on both
survivors and the community.[18]

---

[16] Richard Johnson, Dolan Consulting Grp. ("DCG"), *Serious Violence at Places of Worship in the U.S. – Looking at the Numbers* 1-2 (Sept. 2019), https://www.dolanconsultinggroup.com/wp-content/uploads/2019/09/Serious-Violence-at-Places-of-Worship-in-the-US-Looking-at-the-Numbers.pdf.  Extrapolating from the NIBRS data, which covers about 20% of the nation's population, DCG estimates that "there are actually about 480 incidents of serious violence at places of worship in the U.S. each year," producing "about 46 deaths and 218 serious injuries annually." *Id.*

[17] A U.S. Department of Homeland Security publication identifies several such incidents, including the October 2018 massacre at the Tree of Life Synagogue in Pittsburgh, Pennsylvania by a man armed with a rifle and 3 handguns (11 killed, 6 injured); a June 2015 shooting at the Emanuel African Methodist Episcopal Church in Charleston, South Carolina by a man armed with a handgun (9 killed); an April 2014 shooting at the Jewish Community Center of Greater Kansas City in Overland Park, Kansas by a man armed with 2 handguns and a shotgun (3 killed); and an August 2012 shooting at the Sikh Temple of Wisconsin in Oak Creek, Wisconsin by a man armed with a handgun (6 killed, 4 injured).  U.S. Department of Homeland Security, *Mitigating Attacks on Houses of Worship – Security Guide* 20-21 (Dec. 2020) (hereinafter "DHS Security Guide"), https://www.cisa.gov/sites/default/files/publications/Mitigating%20Attacks%20on%20Houses%20of%20Worship%20Security%20Guide_508_0_0.pdf.

[18] Studies examining the effect of school shootings on surviving youth reveal an increase in chronic absenteeism and poor academic performance and a heightened risk of suicide and accidental deaths.  *See* Marika Cabral et al., *Trauma at School:*

13

It is no answer to urge, as plaintiffs have done, that congregation members should arm themselves in self-defense. *Amici* strongly disagree that arming parishioners, however well-intentioned, is an effective deterrent to the threat of gun violence. To the contrary, the presence of guns within faith communities – no matter what the carrier's motive – only increases the likelihood of violence: "All of the research in terms of gun violence says that the more guns there are in any situation, the more likely someone's going to get shot." Jorge L. Ortiz, *How to keep schools safe? We're focusing our time, energy and money on 'all the wrong things,' experts say*, USA Today (Nov. 21, 2019), https://www.usatoday.com/story/news/nation/2019/11/21/school-shootings-metal-detectors-solution-experts/4255318002.[19] For example, when employees are permitted to carry guns in the

_____

*The Impacts of Shootings on Students' Human Capital and Economic Outcomes* (Nat'l Bureau of Econ. Rsch., Working Paper No. 28311, 2022), https://www.nber.org/system/files/working_papers/w28311/w28311.pdf; Philip Levine & Robin McKnight, *Exposure to a School Shooting and Subsequent Well-Being* (Nat'l Bureau of Econ. Rsch., Working Paper No. 28307, 2020), https://www.nber.org/system/files/working_papers/w28307/w28307.pdf. Even those outside the immediate community can experience an increased fear of crime or victimization and uncertainty about their safety when gathering in public or private spaces. *See* Sarah Lowe & Sandra Galea, *The Mental Health Consequences of Mass Shootings*, 18 Trauma, Violence & Abuse 62, 78 (2017), https://www.cmhnetwork.org/wp-content/uploads/2018/09/The-Mental-Health-Consequences-of-Mass-Shootings.pdf.

[19] *See also* Karim Chalak et al., *Reexamining the Evidence on Gun Ownership and Homicide Using Proxy Measures of Ownership*, 208 J. Pub. Econ. (Mar. 15, 2022) https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3694050 ("[O]ur results

workplace – a frequent setting for interpersonal conflict – the likelihood of homicide increases significantly.[20]

Interpersonal disputes occur as well in houses of worship, where situations fraught with grief or anger sometimes erupt in violence.[21] And in jurisdictions that permit firearms in houses of worship, such incidents have sometimes involved the use of guns.[22] A proliferation of guns in New York's houses

---

suggest that the association between gun homicide and ownership rates is substantially larger than found in the earlier literature.").

[20] *See* Dana Loomis et al., *Employer Policies Toward Guns and the Risk of Homicide in the Workplace*, 95 Am. J. Pub. Health 830 (May 2005), https://ajph .aphapublications.org/doi/full/10.2105/AJPH.2003.033535 (workplace homicides 5-7 times more likely where firearms are permitted); Mitchell Doucette et al., *Right-to-Carry Laws and Firearm Workplace Homicides: A Longitudinal Analysis (1992-2017)*, Nat'l Libr. of Med. (Oct. 17, 2019), https://pubmed.ncbi.nlm.nih .gov/31622144 (states with weak or no regulations on concealed carry had 29% higher rates of workplace gun homicides between 1992 and 2017).

[21] *See* Tayler Davis, *Fight breaks out at funeral of man killed during July 4 shootout in Shreveport*, KSLA News 12 (July 11, 2022) https://www.ksla.com/2022 /07/11/fight-breaks-out-funeral-man-killed-during-july-4-shootout-shreveport; Randy Wimbley, *Protest against wealthy pastor by activists disrupts church service*, FOX 2 Detroit (Sept. 20, 2016), https://www.fox2detroit.com/news/protest-against-wealthy-pastor-by-activists-disrupts-church-service; *Fight breaks out during Memphis church service*, Action News 5 (Dec. 8, 2011), https://www.actionnews5 .com/story/16213043/brawl-breaks-out-during-memphis-church-service (families came to blows over allegations of infidelity).

[22] *See* Alfred Ng, *Gunman fatally shoots Pennsylvania churchgoer after fight over seat at Sunday service*, N.Y. Daily News (Apr. 28, 2016), https:// www.nydailynews.com/news/crime/churchgoer-killed-fight-seat-sunday-service-article-1.2618098 (churchgoer with concealed weapons permit shot and killed fellow parishioner who took reserved seat); Mark Bowes, *Grief, anger spark gunfire at church funeral in Chesterfield*, Richmond Times Dispatch (Aug. 29, 2022), https://richmond.com/news/local/crime-and-courts/grief-anger-spark-gunfire-at-

of worship – a likely result of striking down the Place of Worship Provision – would expose religious communities in New York to a heightened risk of similar incidents. As one historian has observed: '"The church was to be a place above and beyond the mundane world. It should not be a place of violence, and an armed congregation is one where arguments are likely to get out of hand."'[23]

Nor is it enough to say that religious institutions may choose to prohibit firearms on church property. The significant criminal penalties for possession of a

---

church-funeral-in-chesterfield/article_e638df4b-f97a-5e2e-8c90f98da0ba5e0a.html (funeral attendee fired shots during altercation in church lobby, causing stampede for exits); Egan Millard, *Alabama church shooting victims' act of hospitality became an act of sacrifice, rector says*, Episcopal News Service (June 21, 2022), https://www.episcopalnewsservice.org/2022/06/21/alabama-church-shooting-victims-act-of-hospitality-became-an-act-of-sacrifice-rector-says (new parishioner shot and killed three fellow parishioners at church potluck); Amber Powell, *Man Arrested for pulling gun on others at church*, Wave 3 (Sept. 14, 2015), https://www.wave3.com/story/30024135/man-arrested-for-pulling-gun-on-others-at-church (man arrested after waving gun at others in line for free food).

[23] Tom Verde, *Allowing guns in church flies in the face of tradition and Scripture*, RNS (Dec. 19, 2017), https://religionnews.com/2017/12/19/allowing-guns-in-church-flies-in-the-face-of-tradition-and-scripture (quoting D. Gerrard, historian of medieval England); *see also* Reis Thebault, *Too small to hire guards, too worried to go gun-free, community churches are now arming themselves*, Wash. Post (Feb. 14, 2020), https://www.washingtonpost.com/national/too-small-to-hire-guards-too-worried-to-go-gun-free-churches-are-now-arming-themselves/2020/02/14/8eabb574-3ee9-11ea-baca-eb7ace0a3455_story.html (hereinafter "*Churches Arming Themselves*") ("Whenever firearms are present, there's always room for error . . . . Arming parishioners so they can make the kind of split-second decisions that police get wrong worries me a little bit." (quoting James Densley, criminal justice professor)); Faiths United Letter, *supra* n.10 ("[W]e have expressed dismay at how easily conflicts turn deadly due to easy access to guns.").

16

firearm in a "sensitive location" under the New York law provide a powerful deterrent to those seeking to carry a gun to religious services.[24]  In contrast, the availability of criminal penalties under the state's trespass laws is uncertain, as "criminal trespass" upon private property open to the public – like houses of worship – requires defiance of a lawful, "personally communicated" order to leave the premises.[25]  This more attenuated liability is less likely to be an effective deterrent. It would also require church personnel to confront and eject congregants, thus

---

[24] *See* N.Y. Penal Law § 265.01-e(1) ("A person is guilty of criminal possession of a firearm . . . in a sensitive location when such person possesses a firearm . . . in or upon a sensitive location, and such person knows or reasonably should know such location is a sensitive location."); N.Y. Penal Law § 70.00 (class E felony carries a maximum prison term of 4 years).

[25] Under N.Y. Penal Law § 140.17, "[a] person is guilty of criminal trespass in the first degree when he knowingly enters or remains unlawfully in a building, and when, in the course of committing such crime, he: (1) Possesses . . . a deadly weapon."  However, where private property is open to the public, a person "enters or remains . . . with license and privilege *unless he defies a lawful order not to enter or remain, personally communicated to him by the owner of such premises or other authorized person*."  N.Y. Penal Law § 140.00(5) (emphasis added).  New York law appears unsettled as to whether posting a sign constitutes a "personal communication" sufficient to conjure a criminal trespass charge, with some courts and commentators suggesting it does not.  *See, e.g.*, *Westbrooks v. City of Buffalo*, 2014 WL 297107, at *3 n.1 (W.D.N.Y. Jan. 27, 2014) (restaurant's sign instructing patrons to leave after 20 minutes may not satisfy personal communication requirement); Denzer & McQuillan, Practice Commentary, McKinney's Cons. Laws of N.Y., Penal Law § 140.00 (1967) (noting that "personally communicated" requirement in section 140.00(5) was drafted so that a "place which is open to the public, may not enlarge the scope of the criminal trespass or burglary sections by posting a notice that shoplifters or others are prohibited from entering the premises").

undermining the ministerial relationship, which is premised upon trust and gentle care.[26]

**B.    Permitting Firearms in Places of Worship Would Strain the Financial Resources of Religious Institutions**

Many religious institutions are already struggling financially.  The percentage of American households that donate to religious causes fell from 46.5% in 2000 to only 29% in 2018.[27]  This mirrors a stark decline in church membership.[28]  Even those who remain members attend services less frequently than in the past, "leaving fewer people to fill collection baskets."[29]  According to a 2018-2019

---

[26] Although New York's recently enacted law separately provides criminal penalties for possession of a weapon on private property, that provision has also been preliminarily enjoined by the District Court and, in any event, would apply only where an individual "knows or reasonably should know that the owner . . . has not permitted such possession by clear and conspicuous signage . . . or has otherwise given express consent."  N.Y. Penal Law § 265.01-d(1).  This, too, is likely to provoke unfortunate confrontations between church personnel and congregants who seek "express consent" to bring weapons into the worship space.

[27]  Indiana Univ. Lilly Fam. Sch. of Philanthropy, *The Giving Environment: Understanding Pre-Pandemic Trends in Charitable Giving* 17, (July 2021), https://scholarworks.iupui.edu/bitstream/handle/1805/26290/giving-environment 210727.pdf.

[28] According to a recent Gallup poll, "fewer than half of U.S. adults say they belong to a church, synagogue or mosque," highlighting "a dramatic trend away from religious affiliation in recent years among all age groups."  Scott Neuman, *Fewer Than Half of US Adults Belong to a Religious Congregation, New Poll Shows*, NPR (Mar. 30, 2021), https://www.npr.org/2021/03/30/982671783/fewer-than-half-of-u-s-adults-belong-to-a-religious-congregation-new-poll-shows.

[29] Michelle Conlin, *Empty pews, empty collection baskets: coronavirus hits U.S. church finances*, Reuters (Apr. 11, 2020), https://www.reuters.com/article/us-health-coronavirus-usa-church-finance/empty-pews-empty-collection-baskets-

18

National Congregations Study, approximately one-third of all congregations have no savings at all.[30]

    If the Place of Worship Provision is invalidated, already challenged religious institutions are likely to face several types of additional costs:

- **<u>The Cost of Increased Security.</u>** Religious institutions are already under pressure to secure their physical premises against the threat of violent attacks.[31] The 107-page DHS Security Guide advises religious

---

coronavirus-hits-u-s-church-finances-idUSKCN21T0EH; *see also* Pew Research Center, *In U.S., Decline of Christianity Continues at Rapid Pace* (Oct. 17, 2019), https://www.pewforum.org/2019/10/17/in-u-s-decline-of-christianity-continues-at-rapid-pace (percentage of Americans who attend religious services at least once or twice a month has dropped by 7% over the last decade; more Americans now say they attend services a few times a year or less (54%) than say they attend at least monthly (45%)).

[30] Michelle Boorstein, *Church donations have plunged because of the coronavirus. Some churches won't survive.*, Wash. Post (Apr. 24, 2020), https://www .washingtonpost.com/religion/2020/04/24/church-budgets-coronavirus-debt.

[31] *Churches Arming Themselves*, *supra* n.23 ("more places of worship are turning to surveillance equipment and armed guards," and security consultants "are getting more inquiries from nervous congregations"); Laurie Goodstein, *Charleston Shooting Adds to Security Fears in Places of Worship,* N.Y. Times (June 24, 2015), https://www.nytimes.com/2015/06/25/us/charleston-attack-security-churches.html (churches are "fielding more questions about security" and considering "whether they need to increase security at their churches"); Samantha Schmidt et al., *After Pittsburgh massacre, synagogues weigh adding more security*, Wash. Post (Oct. 28, 2018), https://www.washingtonpost.com/local/social-issues/after-pittsburgh-massacre-synagogues-weigh-adding-more-security/2018/10/28/ecab37de-dafa-11e8-b3f0-62607289efee_story.html ("[I]n 2004, only two of the 147 Jewish Federations found in most U.S. metropolitan areas with a large Jewish population had a full-time security director. Now that number is at 30 and [is expected] to grow.").

institutions on a range of security strategies "to help mitigate the threat of targeted violence and prepare for potential incidents." DHS Security Guide, *supra* n.17, at 1. If guns are not statutorily prohibited in places of worship, the normalization of public carry precipitated by *Bruen* will make it easier to bring weapons into churches without causing alarm or arousing suspicion, empowering those who seek to inflict harm, and religious institutions will be pressured to adopt even more elaborate security measures to guard against the elevated threat of attacks. The cost of such measures – which can include professional security guards, surveillance systems, metal detectors, force-resistant doors, and protective fencing, among other things – can run into tens if not hundreds of thousands of dollars and is beyond the wherewithal of many religious communities.[32]

---

[32] *See, e.g.*, Christina Maxouris, *Fortified synagogues and guards 'everybody knows.' How life changed a year after the Tree of Life Massacre*, CNN (Oct. 27, 2019), https://www.cnn.com/2019/10/27/us/synagogue-security-pittsburgh-shooting-a-year-later/index.html (following Pittsburgh attack, city's Jewish federation spent about $120,000 hiring armed guards for every Jewish institution in area and allotted more than $600,000 for buzzer systems and panic buttons); Ben Sales, *Here's what it costs to put your synagogue under armed guard*, Jewish Telegraphic Agency (Nov. 13, 2018), https://www.jta.org/2018/11/13/united-states/heres-costs-put-synagogue-armed-guard (consortium of 30 Chabad congregations in Long Island, New York hoped to raise $1 million for weekly armed guards for three-year period); Mennonite Mutual, *Guns in Churches, Addressing Church Security Needs* (Mar. 2020), https://www.mennonitemutual.com/upload/documents/guns_in_churches_03-2022.pdf ("For some churches, [the cost

- **<u>The Prospect of Liability</u>.** Religious institutions also face potential liability if shootings occur in houses of worship where security is perceived to be inadequate – increasing the pressure to invest scarce resources in heightened security. A complaint filed by the father of a girl injured in a 2019 synagogue shooting in San Diego, California, asserted negligence and other claims against Chabad of California and related defendants based on allegations of "lax security."[33] And in other settings, courts have signaled a willingness to hold private property owners liable for failing to take reasonable precautions against mass shootings. *See, e.g.*, *Rocky Mountain Planned Parenthood, Inc. v. Wagner*, 467 P.3d 287, 293 (Colo. 2020) (reversing summary judgment for defendant based on evidence that defendant knew of risk of violence aimed at its facilities and "did not take adequate precautions"); *Piazza v. Kellim*, 377 P.3d 492, 507 (Or. 2016)

---

of security personnel] is just not possible due to limited finances."); Nathan Diament, *Protect America's houses of worship in year-end appropriations package*, The Hill (Nov. 28, 2020), https://thehill.com/blogs/congress-blog/homeland-security/527819 -protect-americas-houses-of-worship-in-year-end ("struggling" churches cannot afford expensive surveillance and security equipment).

[33] Teri Figueroa, *Father of girl injured in Chabad of Poway shooting sues over security measures*, San Diego Union-Tribune (Apr. 8, 2021), https://www. sandiegouniontribune.com/news/courts/story/2021-04-08/father-of-girl-injured-in-chabad-of-poway-shooting-sues-over-security-measures.

(plaintiff's allegations sufficient, if proved, to show that nightclub owner reasonably should have foreseen risk of violent assault on public sidewalk where patrons queued up to enter). Even settlements may impose immense costs for such claims. *See generally Court approves $800M settlement for MGM Resorts, Vegas shooting victims* (AP, Sept. 30, 2020), https://www.nbcnews.com/news/us-news/court-approves-800m-settlement-mgm-resorts-vegas-shooting-victims-n1241634 (noting $800 million settlement in litigation arising from 2017 MGM Las Vegas shooting, based in part on allegations of inadequate security).

- **Higher Insurance Costs.** The heightened risk of gun violence may also compel houses of worship to obtain specialized insurance to mitigate the financial risks associated with armed attacks. Insurance companies have recently begun to offer "active shooter" coverage for schools, businesses, and houses of worship.[34] Coverage for schools and churches ranges from $1 million to $75 million and typically covers

---

[34] *See* Noor Hussain & Carolyn Cohn, *Mass shooting insurance in high demand as U.S. emerges from lockdown*, Reuters (May 13, 2021), https://www.reuters.com/article/us-usa-shooting-insurance-focus-idCAKBN2CU1NO; Katie Young & Contessa Brewer, *Rise in mass shootings leads to "rapid growth" in active shooter insurance*, CNBC (Jan. 10, 2020), https://www.cnbc.com/2020/01/10/rise-in-mass-shootings-boosts-active-shooter-insurance.html.

victim lawsuits, building repairs, legal fees, medical expenses, and trauma counselling. The cost of such coverage can exceed $1,000 per year for each $1 million in coverage – over and above the cost of regular insurance – and rose by up to 50 percent in certain sectors in 2021, and again by over 10 percent in the first half of 2022.[35]

In short, striking down the statutory restriction on guns in houses of worship would likely impose material financial burdens on already strapped religious communities.  Government acts reasonably and constitutionally to keep guns out of places of worship – thereby reducing the risk of gun violence and related financial burdens on religious institutions.

## C. Permitting Firearms in Places of Worship Would Chill the Free Exercise of Religious Belief

The free exercise of religion is one of the fundamental liberties protected by the First Amendment.  *See Wisconsin v. Yoder*, 406 U.S. 205, 215 (1972) ("[O]nly those interests of the highest order and those not otherwise served can overbalance legitimate claims to the free exercise of religion."); *see also Roman Cath. Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 67 (2020) ("The loss of First

---

[35] *See* Al Jazeera, *Demand for 'active shooter insurance' on the rise as US reopens* (May 13, 2021), https://www.aljazeera.com/economy/2021/5/13/demand-for-active-shooter-insurance-on-the-rise-as-us-reopens; Noor Hussain & Carolyn Cohn, *U.S. mass shooting insurance rates jump as incidents rise*, Reuters (June 29, 2022), https://www.reuters.com/world/us/us-mass-shooting-insurance-rates-jump-incidents-rise-2022-06-29.

Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

Inherent in the right of free exercise is the ability to worship in peace and without fear. Houses of worship are intended to provide serene and welcoming spaces in which members of religious communities gather together to practice their faith. They provide "a place of emotional and spiritual refuge,"[36] acting as "havens from the cares and concerns of the world."[37] *See also* DHS Security Guide, *supra* n.17, at 4 ("Churches, mosques, synagogues, temples, and other sites of religious practice are places of refuge and welcome, with few restrictions on access or admission.").

The presence of concealed weapons in houses of worship necessarily interferes with the serenity of the worship space, creating an environment of fear and unease and chilling congregants' right of free exercise:

> [G]uns inflict more than physical injuries – they transform the public sphere on which a constitutional democracy depends. America must regulate guns not only to protect life, but to protect its citizens' equal freedoms to speak, assemble, worship, and vote without fear. If legislators

---

[36] Dana Massing, *Congregations mull how to keep sacred spaces safe*, AP News (Mar. 2, 2019), https://apnews.com/article/8ad0dac8b4ea4fb5a3101ce59f7c74e2.

[37] Wire Reports, *Mormon church leaders ban weapons from houses of worship*, Christian Action Network (Aug. 28, 2019), https://christianaction.org/top-stories-of-the-day/mormon-church-leaders-ban-weapons-from-houses-of-worship.

> and judges do not focus on the freedoms that gun
> regulation protects, guns will threaten those freedoms.

Joseph Blocher & Reva Siegel, *Guns Are a Threat to the Body Politic*, The Atlantic

(Mar. 8, 2021), https://www.theatlantic.com/ideas/archive/2021/03/guns-are-threat-
body-politic/618158.

      New York's Place of Worship Provision reduces the chilling effect on

free exercise caused by the presence of guns.  Striking it and instead allowing

weapons in houses of worship would disturb the refuge and sanctuary of sacred

spaces and threaten the ability of congregants to pray without fear.  The prospect of

encountering armed parishioners may well deter individuals weighing whether to

join a congregation or resume in-person participation following the COVID-19

pandemic – thereby exacerbating recent declines in membership and attendance.  *See*

*supra* nn.28-29 and accompanying text.

      Shifting the burden to religious institutions to keep guns off their

premises not only imposes unfair costs, as discussed above, but the resulting increase

in screening and security measures would itself damage the peaceful and open

atmosphere central to such gathering places and contribute to the chilling effect on

free exercise.  In the words of St. Thomas Becket, Archbishop of Canterbury during

the reign of King Henry II, "It is not proper that a house of prayer . . . be made a

fortress."[38]  Echoing that sentiment in more contemporary terms, Bishop Vashti Murphy McKenzie, presiding prelate in the Texas region of the African Methodist Episcopal Church, commented in the wake of the June 2015 mass murder at an affiliated church in Charleston, South Carolina: "My prayer is that we don't get to the point where there's going to be somebody searching your bag coming in and you have to go through metal detectors, because church has always been a sacred place, a safe place, a sanctuary where you could come in freely."[39]

Amici respectfully urge the Court not to adopt a rule of law that prevents the state from taking reasonable steps to reduce these burdens and impacts on religious communities and preserve houses of worship as places of comfort and sanctuary where Americans may come together in peace and shared faith.

---

[38] *Edward Grim: The Murder of Thomas Becket*, (Dawn Hayes trans., Internet Medieval Sourcebook 1997), https://sourcebooks.fordham.edu/source/grim-becket.asp.

[39] Goodstein, *supra* n.31.

26

## CONCLUSION

For the foregoing reasons, *Amici* respectfully submit that the Court should vacate the preliminary injunction with respect to the Place of Worship Provision.

Respectfully submitted,

JEFFREY S. TRACHTMAN
  *Counsel of Record*
SUSAN JACQUEMOT
JASON M. MOFF
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
jtrachtman@kramerlevin.com

*Counsel for Amici Curiae*

January 17, 2023

27

## CERTIFICATE OF COMPLIANCE

1.        This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 6,485 words, exclusive of the table of contents, table of citations, certificate of service, certificate of digital submission and this certificate of compliance, which are exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.        This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word 2019 in a proportionally spaced typeface, namely Times New Roman 14-point font.

Dated: January 17, 2023

/s/ Jeffrey S. Trachtman_____
Jeffrey S. Trachtman
*Counsel for Amici Curiae*

ADDENDUM:
LIST OF *AMICI CURIAE*

*Amici curiae* national and regional denominational leaders and entities, and individual leaders of worshipping communities within the Second Circuit, include:

The Rt. Rev. Laura J. Ahrens
Bishop Suffragan, Episcopal Diocese of Connecticut

The Rt. Rev. Andrew ML Dietsche
Bishop, Episcopal Diocese of New York

The Rt. Rev. Ian Douglas
Bishop Diocesan, Episcopal Diocese of Connecticut (retired)

The Rt. Rev. DeDe Duncan-Probe
Bishop, Episcopal Diocese of Central New York

The Rt. Rev. Mary Glasspool
Assistant Bishop, Episcopal Diocese of New York

The Rt. Rev. Stephen Lane
Bishop Provisional, Episcopal Diocese of Rochester

The Rt. Rev. Shannon MacVean-Brown
Bishop, Episcopal Diocese of Vermont

The Rt. Rev. Jeffrey W. Mello
Bishop Diocesan, Episcopal Diocese of Connecticut

The Rt. Rev. Lawrence C. Provenzano
Bishop, Episcopal Diocese of Long Island

The Rt. Rev. Sean Rowe
Bishop Provisional, Episcopal Diocese of Western New York

The Rt. Rev. Alan Shin
Bishop Suffragan, Episcopal Diocese of New York

Metropolitan New York Synod of the Evangelical Lutheran Church in America

New England Synod of the Evangelical Lutheran Church in America

Upstate New York Synod of the Evangelical Lutheran Church in America

New York Conference of the United Church of Christ

Central Conference of American Rabbis

Union for Reform Judaism

Men of Reform Judaism

Women of Reform Judaism

Reconstructionist Rabbinical Association

Reconstructing Judaism

Rev. Dr. Heather Arcovitch
Senior Minister, North Madison Congregational Church
United Church of Christ, Madison, CT

Rev. Sara E. Baron
Pastor, First United Methodist Church of Schenectady
United Methodist Church, Schenectady, NY

Rev. Jennifer E. Boyd
Pastor, Trinity Lutheran Church
Evangelical Lutheran Church in America, Brewster, NY

Rev. Dr. J. Elise Brown
Executive Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY

Rev. William Critzman
President, Collegiate Church of New York
Senior Minister, West End Church
United Church of Christ, New York, NY

Rabbi Joshua M. Davidson
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Kathy Donley
Pastor, Emmanuel Baptist Church
American Baptist Churches USA, Albany, NY

Rev. Kaji S. Dousa
Senior Pastor, Park Avenue Christian Church
Christian Church (Disciples of Christ) and United Church of Christ
New York, NY

Rabbi Amy B. Ehrlich
Rabbi, Congregation Emanu-El of the City of New York
Reform Judaism, New York, NY

Rev. Abigail M. Ferjak
Pastor, Grace Evangelical Lutheran Church
Evangelical Lutheran Church in America, Scarsdale, NY

Rabbi Michael Fessler
Rabbi, Temple Beth-El
Conservative Jewish, Poughkeepsie, NY

Rev. John Flack
Senior Pastor, Our Saviour's Atonement Lutheran Church
Evangelical Lutheran Church in America, New York, NY

Rev. Ryan Fleenor
Rector, St. Luke's Parish
Episcopal Church, Darien, CT

Rev. Elise A. Hanley
Associate Rector, St. Ann & the Holy Trinity Episcopal Church
Episcopal Church, Brooklyn, NY

Rev. Brenda G. Husson
Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Dr. Scott Black Johnston
Senior Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Dr. K Karpen
Senior Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Jacqui Lewis
Senior Minister, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Lea A. Matthews
Associate Pastor, St. Paul & St. Andrew United Methodist Church
United Methodist Church, New York, NY

Rev. Dr. Derrick W. McQueen
Pastor, St. James Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Danielle Miller
Senior Pastor, The Evangelical Lutheran Church of the Advent
Evangelical Lutheran Church in America, New York, NY

Rev. Heidi Neumark
Pastor, Trinity Lutheran Church of Manhattan
Evangelical Lutheran Church in America, New York, NY

Rev. Benjamin Perry
Minister of Church Growth and Media Strategy, Middle Collegiate Church
United Church of Christ, New York, NY

Rev. Werner Ramirez
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Bo Reynolds
Senior Associate, The Church of St. Luke in the Fields
Episcopal Church, New York, NY

Rev. Dr. Kelly Hough Rogers
Senior Minister, Scarsdale Congregational Church
United Church of Christ, Scarsdale, NY

Cantor Eric Schulmiller
Cantor, Reconstructionist Synagogue of the North Shore
Reconstructionist Jewish, Plandome, NY

Rev. Nicole Schwalbe
Pastor, Lutheran Church of the Resurrection
Evangelical Lutheran Church in America, Mount Kisco, NY

Rev. Rebecca Seely
Campus Pastor, LaMP Campus Ministry and PRiSM Student Ministry
Evangelical Lutheran Church in America, Presbyterian Church (U.S.A.), and United
Methodist Church, New York, NY

Rabbi Randy Sheinberg
Rabbi, Temple Tikvah
Reform Judaism, New Hyde Park, NY

Rev. Chris David Shelton
Pastor, Broadway Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Steven M. Smith
Senior Pastor, First United Methodist Church of Delmar
United Methodist Church, Delmar, NY

Rev. Dr. Jonah So
Executive Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Sarah Speed
Associate Pastor, Fifth Avenue Presbyterian Church
Presbyterian Church (U.S.A.), New York, NY

Rev. Dr. Jason Storbakken
Pastor, Manhattan Mennonite Fellowship
Mennonite Church USA, New York, NY

Rev. Eva N. Suarez
Associate Rector, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Jordan A. Tarwater
Transitional Pastor, Avenue Church NYC
Presbyterian Church (U.S.A.), New York, NY

Rev. Zachary R. Thompson
Vicar, St. James Episcopal Church
Episcopal Church, New York, NY

Rev. Adriene Thorne
Senior Minister, The Riverside Church in the City of New York
American Baptist Churches USA and United Church of Christ, New York, NY

Rev. Susanah Wade
Associate Minister, Marble Collegiate Church
Reformed Church in America and United Church of Christ, New York, NY