## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk v. Hochul  **Docket No.:** 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Alan Schoenfeld

**Firm:** Wilmer Cutler Pickering Hale and Dorr, LLP

**Address:** 7 World Trade Center, 250 Greenwich St., New York, NY 10007

**Telephone:** (212) 937-7294   **Fax:** (212) 230-8888

**E-mail:** alan.schoenfeld@wilmerhale.com

**Appearance for:** Professors of Property Law
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Defendants-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 29, 2018  OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Alan Schoenfeld

**Type or Print Name:** Alan Schoenfeld