## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk v. Hochul  **Docket No.:** 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Simon B. Kress

**Firm:** Wilmer Cutler Pickering Hale and Dorr, LLP

**Address:** 60 State St., Boston, MA 02109

**Telephone:** (617) 526-6711     **Fax:** (617) 526-5000

**E-mail:** Simon.Kress@wilmerhale.com

**Appearance for:** Professors of Property Law
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Simon B. Kress

**Type or Print Name:** Simon B. Kress