## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Hochul　　　　　　　　Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Juan M. Ruiz Toro

Firm: Wilmer Cutler Pickering Hale and Dorr, LLP

Address: 7 World Trade Center, 250 Greenwich St., New York, NY 10007

Telephone: (212) 295-6338　　　Fax: (212) 230-8888

E-mail: Juan.RuizToro@wilmerhale.com

Appearance for: Professors of Property Law
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Juan M. Ruiz Toro

Type or Print Name: Juan M. Ruiz Toro