## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Hochul        Docket No.: 22-2908

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Ashwin P. Phatak

Firm: Office of the Attorney General for the District of Columbia

Address: 400 6th Street, NW, Suite 8100

Telephone: 202-442-9807        Fax:

E-mail: ashwin.phatak@dc.gov

Appearance for: District of Columbia / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ashwin P. Phatak

Type or Print Name: Ashwin P. Phatak