UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2908

**Caption [use short title]**

**Motion for:** Filing oversized Brief

Set forth below precise, complete statement of relief sought:

Permission to file an oversized brief not to exceed 16,500 words

Antonyuk v. Nigrelli

**MOVING PARTY:** Plaintiffs-Appellees   **OPPOSING PARTY:** Nigrelli, et al.

[✔] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [✔] Appellee/Respondent

**MOVING ATTORNEY:** Stephen D. Stamboulieh   **OPPOSING ATTORNEY:** Philip J. Levitz

[name of attorney, with firm, address, phone number and e-mail]

Stambouilieh Law, PLLC
P.O. Box 428 Olive Branch, MS 38654
601-852-3440, Stephen@sdslaw.us

New York Attorney General's Office
28 Liberty Street, NY, NY 10005
212-416-6325, philip.levitz@ag.ny.gov

**Court- Judge/ Agency appealed from:** USDC NDNY Glenn T. Suddaby

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✔] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [✔] Yes  [ ] No  If yes, enter date: March 20, 2023

**Signature of Moving Attorney:**
/s/ Stephen D. Stamboulieh   **Date:** 1/17/23   Service by:  [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

IVAN ANTONYUK, *et al.*,

      Plaintiffs-Appellees,

v.

STEVEN A. NIGRELLI, and MATTHEW J. DORAN       No. 22-2908

      Defendants-Appellants,

WILLIAM FITZPATRICK, *et al.*,

      Defendants.

_____

      STEPHEN D. STAMBOULIEH, an attorney admitted to practice before this Court, declares:

      1.    I am counsel for the Plaintiffs-Appellees in this matter. I submit this declaration in support of the Plaintiffs-Appellees' consent motion for permission to file an oversized Answering Brief of not more than 16,500 words.

      2.    The State Defendants asked for and received an enlargement of their Opening Brief to 16,500 words (See Documents 85, 89).

      3.    Defendants-Appellants briefed a number of issues that require a response from Plaintiffs-Appellees, and thus, Plaintiffs-Appellees need the same amount of words to adequately address and rebut the issues that Defendants-Appellants briefed.

1

4.      Therefore, pursuant to Local Rule 27.1(e), the Plaintiffs-Appellees respectfully request leave to exceed the 14,000-word limit set forth in Local Rule 32.1(a)(4)(A) by 2,500 words, and to file an oversized Answering Brief not to exceed 16,500 words.

5.      Counsel for the State Defendants consented to Plaintiffs-Appellees' request for the same number of words that the State Defendants requested.

Wherefore, the Plaintiffs-Appellees respectfully request an Order granting them leave to file an oversized Answering Brief of no more than 16,500 words in this matter.

Dated: January 17, 2023

                                        */s/ Stephen D. Stamboulieh*
                                        Stephen D. Stamboulieh