# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2908(L) and 22-2972 (Con)   **Caption [use short title]**

**Motion for:** Leave for to Appear as Amicus Curiae

Set forth below precise, complete statement of relief sought:

Movant seeks leave to file a brief as amicus curiae for purposes of supporting Appellants and reversal of the District Court's order below granting a preliminary injunction.

Antonyuk v. Hochul

**MOVING PARTY:** N/A not a party   **OPPOSING PARTY:** N/A

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Max Rodriguez   **OPPOSING ATTORNEY:** N/A
[name of attorney, with firm, address, phone number and e-mail]

Max Rodriguez — 646-290-7509
Pollock Cohen LLP — max@pollockcohen.com
111 Broadway, Suite 1804, NY NY 10006

**Court-Judge/Agency appealed from:** NDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Max Rodriguez   **Date:** 1/18/23   Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IVAN ANTONYUK et al.,<br><br>        Plaintiffs-Appellees,<br><br>  vs.<br><br>STEVEN A. NIGRELLI, et al.,<br><br>        Defendants-Appellants. | Case No. 22-2908(L) |

**MOTION OF DR. JACLYN SCHILDKRAUT, Ph.D., FOR LEAVE TO APPEAR AS AMICUS CURIAE**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, Dr. Jaclyn Schildkraut, Ph.D. respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of the Defendants-Appellants in the above-captioned case. In support of this Motion, Dr. Schildkraut states as follows:

1. Dr. Schildkraut is a New York resident, an Associate Professor of Criminal Justice at the State University of New York ("SUNY") at Oswego, the interim Executive Director of the nonpartisan Regional Gun Violence Research Consortium ("RGVRC"), and a widely published and recognized international expert on mass shootings.

2. Among other topics, Dr. Schildkraut has extensively researched, commented on, and written about the leakage that precedes mass shootings in this country, including leakage on social media. "Leakage" is a term of art used in the context of threat assessment to describe communications of an intent to do to harm.

3. Works by Dr. Schildkraut have been published in a wide variety of academic and peer-reviewed journals, including *Aggression & Violent Behavior*; *American Journal of Criminal Justice*; *Crime Prevention and Community Safety*; *Crime, Law and Social Change*; *Criminal Justice Studies*; *Criminology, Criminal Justice, Law & Society*; *Emory Law Journal*; *Fast Capitalism*; *Homicide Studies*; *Journal of Crime*

and Justice; *Journal of Criminal Justice and Popular Culture*; *Journal of Homeland Security and Emergency Management*; *Journal of Qualitative Criminal Justice & Criminology*; *Journal of School Violence*; *Security Journal*; *Sociological Inquiry*; *Victims & Offenders*; and *Washington University Journal of Law & Policy*.

4. Dr. Schildkraut has also authored and/or edited five books relating to mass shootings and school shootings since 2016, including:

- Jaclyn Schildkraut & H. Jaymi Elsass, *Mass Shootings: Media, Myths, and Realities* (2016);

- *Mass Shootings in America: Understanding the Debates, Causes, and Responses* (Jaclyn Schildkraut ed., 2018);

- Jaclyn Schildkraut & Glenn W. Muschert, *Columbine, 20 Years Later and Beyond: Lessons from Tragedy* (2019);

- Jaclyn Schildkraut & Amanda B. Nickerson, *Lockdown Drills: Connecting Research and Best Practices for School Administrators, Teachers, and Parents* (2022); and

- *Guns in American Society: An encyclopedia of history, politics, culture and the law* (Jaclyn Schildkraut & Gregg L. Carter eds., 3rd ed. 2022).

5. As stated, Dr. Schildkraut is also the interim executive director of the RGVRC, a nonpartisan coalition of gun violence researchers and practitioners from eight states and territories that aims to inform

2

policymakers and the public by providing evidence-based, data-driven policy recommendations to disrupt the cycle of firearm-involved homicides, suicides, and injuries. Through her work on the RGVRC, Dr. Schildkraut has helped author policy briefs relating to mass shootings since 2018, including:

- Can Mass Shootings Be Stopped? To Address the Problem, We Must Better Understand the Phenomenon (RGVRC, 2018, *updated* 2021);

- Assault Weapons, Mass Shootings, and Options for Lawmakers (RGVRC, 2019); and

- Lockdown Drills: A Widely Used Yet Often Misunderstood Practice (RGVRC, 2022).

6. The United States District Court for the Northern District of New York (Subbady, J.) preliminarily enjoined the implementation of various provisions of New York's Concealed Carry Improvement Act ("CCIA"). Among others, the District Court enjoined the implementation of the provision in the statute that requires, as a condition for licensure, that an applicant for a concealed firearms license "submit to the licensing officer . . . a list of former and current social media accounts of the applicant from the past three years to confirm the information regarding the applicants character and conduct . . . ." *See* N.Y. Penal Law § 400.00(o)(iv) (McKinney 2022).

3

        The District Court also enjoined the implementation of the provision in the statute that requires an applicant to provide to the licensing officer the "names and contact information for the applicant's current spouse, or domestic partner, any other adults residing in the applicant's home, including any adult children of the applicant . . . ." *Id.*

7. Through the attached *Amicus Curiae* brief, Dr. Schildkraut seeks to provide the Court with the benefit of her extensive research relating to leakage and the use of social media by mass shooters before they perpetrate their horrific crimes—research that will aid the Court with its evaluation of the social media and cohabitant disclosure requirements in the CCIA.

8. Dr. Schildkraut was granted leave to participate as Amicus Curiae by the District Court in the proceedings below.

9. Dr. Schildkraut's expertise is relevant as it pertains to the requirements for a New York resident to obtain a permit to carry a concealed firearm. Dr. Schildkraut is an independent and nationally recognized expert on mass shootings, and her extensive research regarding pre-shooting leakage will aid the Court's evaluation of the CCIA's social media and cohabitant disclosure components, which

4

the plaintiffs challenged in their Complaint and Motion for Preliminary Injunction.

10. Both the appellants and the appellees have consented to the filing of this brief.

For the foregoing reasons, Dr. Schildkraut respectfully submits that leave to file the attached *amicus curiae* brief should be granted.

DATED: January 17, 2023                    Respectfully submitted,

By:     */s/ Max Rodriguez*
        Max Rodriguez

Max Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, New York 10006
(212) 337-5361
Max@PollockCohen.com

Raphael Janove
POLLOCK COHEN LLP
1617 John F. Kennedy Blvd. 20th Floor
Philadelphia, PA 19103
(215) 667-8607
Rafi@PollockCohen.com

Attorneys for Proposed *Amicus Curiae*,
Dr. Jaclyn Schildkraut, Ph.D.

5