# 22-2908(L)
## 22-2972(Con)

# United States Court of Appeals
# for the Second Circuit

IVAN ANTONYUK,

*Plaintiffs-Appellees,*

v.

STEVEN A. NIGRELLI, in his Official Capacity as Acting Superintendent of
the New York State Police,

*Defendants-Appellants.*

(*Caption continues inside front cover.*)

On Appeal from the United States District Court
for the Northern District of New York

## BRIEF FOR DR. JACLYN SCHILDKRAUT AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS-APPELLANTS AND IN SUPPORT OF REVERSAL

Max Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, New York 10006
(212) 337-5361
Max@PollockCohen.com

Raphael Janove
POLLOCK COHEN LLP
1617 John F. Kennedy Blvd., 20th Floor
Philadelphia, PA 19103
 (215) 667-8607
Rafi@PollockCohen.com

*(Caption continues inside front cover.)*

COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, LAWRENCE SLOANE,

*Plaintiffs-Appellees*,

v.

MATTHEW J. DORAN, in his Official Capacity as the Licensing Official of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse,

*Defendants-Appellants*,

KATHLEEN HOCHUL, in her Official Capacity as the Governor of the State of New York, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, P. DAVID SOARES, in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, in his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County, JOSEPH STANZIONE, in his Official Capacity as the District Attorney of Greene County,

*Defendants*.

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ........................................................................ii

INTEREST OF *AMICUS CURIAE* ........................................................... 1

SUMMARY OF ARGUMENT ................................................................... 2

ARGUMENT ............................................................................................ 4

    A.    The CCIA's Social Media Disclosure Requirement Permits A Review For Pre-Incident Leakage: a Critical Risk Factor Foreshadowing the Applicant's Dangerousness .................................. 4

        1.    Peer-Reviewed Studies Have Shown That Acts of Violence Are Preceded By Leakage, Including on Social Media .................................................................................... 4

        2.    Most Mass Shootings Have Been Preceded by Leakage ........... 9

        3.    Modern Day Leakage Typically Occurs Through Social Media ................................................................................... 12

    B.    Research Regarding Mass Shootings Leakage Is Highly Relevant To Analysis of Concealed Carry Permits .......................... 33

CONCLUSION ....................................................................................... 34

i

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Government Reports**

*Attorney General William P. Barr Announces the Findings of the Criminal Investigation into the December 2019 Shooting at Pensacola Naval Air Station*, U.S. Dep't of Justice (Jan. 13, 2020), https://www.justice.gov/opa/speech/attorney-general-william-p-barr-announces-findings-criminal-investigation-december-2019 ......................27

Charlie Robinson & Victoria Clausen, *The Link Between Animal Cruelty and Human Violence*, FBI Law Enf't Bull. (Aug. 10, 2021), https://leb.fbi.gov/articles/featured-articles/the-link-between-animal-cruelty-and-human-violence ....................................................30

J Silver, et al., *A study of the pre-attack behaviors of active shooters in the United States between 2000 and 2013*, FBI (2018), https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf ...........................................................10

Mary Ellen O'Toole, *The School Shooter: A Threat Assessment Perspective*, Critical Incident Response Group, National Center for the Analysis of Violent Crime (2000) ......................................................2, 4, 5, 7

MSD Pub. Safety Comm'n, *Initial Report Submitted to the Governor, Speaker of the House of Representatives and Senate President* (Jan. 2, 2019), http://www.fdle.state.fl.us/MSDHS/CommissionReport.pdf............................15

Violence Pol'y Ctr.: Concealed Carry Killers, https://archive.ph/2GOBR#selection-383.1-387.16 ..........................................33

**Academic, Peer-Reviewed Articles**

A.G. Hempel, et al., *Offender and offense characteristics of a nonrandom sample of mass murderers*, 27 Journal of the American Academy of Psychiatry and the Law 213-225 (1999)..........................................9

**TABLE OF AUTHORITIES**

(continued)

Page(s)

Alex Amend, *Analyzing a terrorist's social media manifesto: the Pittsburgh synagogue shooter's posts on Gab*, Southern Poverty Law Center (Oct. 28, 2018), https://www.splcenter.org/hatewatch/2018/10/28/analyzing-terrorists-social-media-manifesto-pittsburgh-synagogue-shooters-posts-gab ................................................................................................ 15, 28

Ali Pourmand, et al., *Social Media and Suicide: A Review of Technology-Based Epidemiology and Risk Assessment*, 25 Telemedicine and e-Health (2019) ...................................................... 6

Anne-Lynn Dudenhoefer, *Leaking in Terrorist Attacks: A Review*, 58 Aggression and Violent Behavior (2021) ........................................... 7

Craig J. Bryan, et al., *Predictors of Emerging Suicide Death Among Military Personnel on Social Media Networks*, 48 Suicide and Life-Threatening Behavior (2018) ...................................................... 6

Heather Stringer, *Empowering Communities to Prevent Mass Shootings: Psychology Research is Informing New Strategies to Reach People at Risk of Committing a Violent Act*, 53 Monitor on Psychology (2022) ................................................................................ 8

J.R. Meloy, et al., *Offender and offense characteristics of a nonrandom sample of adolescent mass murderers*, 40 Journal of the American Academy of Child and Adolescent Psychiatry 719-728 (2001) ................................................................................................ 9

J. Silver, et al., *Foreshadowing targeted violence: Assessing leakage of intent by public mass murderers*, 38 Aggression and Violent Behavior, 94-100 (2018) ............................................................. 10, 33

Jaclyn Schildkraut & Glenn W. Muschert, *Columbine, 20 Years Later and Beyond: Lessons from Tragedy* (2019) .................................... 7, 11

Jaclyn Schildkraut, *Mass Shootings: The Motives Vary, but the Path to Violence is Largely the Same*, Rockefeller Inst. of Gov't (June 3, 2022), https://rockinst.org/blog/mass-shootings-the-motives-vary-but-the-path-to-violence-is-largely-the-same ....................................... 5

TABLE OF AUTHORITIES
(continued)

Page(s)

Jaclyn Schildkraut, Rebecca Cowan & Tessa M. Mosher, *The Parkland Mass Shooting and the Path to Intended Violence: A Case Study of Missed Opportunities and Avenues for Future Prevention*, 1 Homicide Studies (1-24) (2022) ............................................ 11, 28

Joel A. Capellan, et al., *Deconstructing Mass Public Shootings: Exploring Opportunities for Intervention*, RGRVC (Oct. 2019), https://rockinst.org/wp-content/uploads/2019/10/10-24-19-Deconstructing-Mass-Shootings-Brief-1.pdf ....................................................... 9

Menna Rose & John Morrison, *An Exploratory Analysis of Leakage Warning Behavior in Lone-Actor Terrorists*, Behavioral Sciences of Terrorism and Political Aggression (2021) ....................................................... 7

**News Media Reports**

Alan Halaly, *Indiana Mall Shooter Appeared to Post Chilling Messages with Nazi Imagery*, The Daily Beast (July 20, 2022), https://www.thedailybeast.com/greenwood-mall-shooter-jonathan-sapirman-appeared-to-post-chilling-message-on-4chan-with-nazi-imagery ............................................................................................ 13

Ben Collins & Safia Samee Ali, *Highland Park shooting person of interest left online trail of violent imagery*, NBC News (July 5, 2022), https://www.nbcnews.com/news/us-news/chicago-shooting-person-interest-left-online-trail-violent-imagery-rcna36628 ..................... 13, 24

Bobby Allyn, *New York attorney general launches probe of Twitch and Discord after Buffalo shooting*, NPR (May 18, 2022), https://www.npr.org/2022/05/18/1099827783/new-york-attorney-general-probe-twitch-discord-buffalo-shooting ................................................. 13

Dakin Andone & Kevin Conlon, *Parkland gunman spent weeks making violent social media posts and searching online for information about mass shootings, testimony shows*, CNN (July 28, 2022), https://www.cnn.com/2022/07/28/us/nikolas-cruz-social-media-online-searches/index.html...................................................................... 29

**TABLE OF AUTHORITIES**

(continued)

Page(s)

Elizabeth Wolfe, *Investigators are still working to figure out why a shooter killed 2 people at an Oregon Safeway. Heres what we know*, CNN (Aug. 30, 2022), https://www.cnn.com/2022/08/30/us/safeway-shooting-bend-oregon-what-we-know/index.html ....................................................................21

Gabrielle Fonrouge, *Twisted diary of alleged Buffalo shooter Payton Gendron reveals his online radicalization*, N.Y. Post (May 17, 2022), https://nypost.com/2022/05/17/twisted-diary-of-alleged-buffalo-shooter-payton-gendron-reveals-his-online-radicalization/ .................25

Heather Roberts, et al., *Employee who attempted to disarm gunman among those killed in supermarket shooting, police say*, ABC News (Aug. 30, 2022), https://abcnews.go.com/US/dead-shooting-safeway-oregon-police/story?id=88382502 .......................................................13

Jason Hanna & Holly Yan, *Sutherland Springs church shooting: What we know*, CNN (Nov. 7, 2017), cnn.com/2017/11/05/us/texas-church-shooting-what-we-know/index.html ........................................................16

Jim Shay & Pat Tomlinson, *Police: Tips Prevented 3 Potential Mass Shootings, Including 1 in CT*, Conn. Post (Aug. 19, 2019), https://www.ctpost.com/local/article/Police-Tips-prevented-3-potential-mass-shootings-14342621.php ...............................................8

Jo Yurcaba & Ben Collins, *FBI asking about videos and racist website in connection with Colorado shooting*, NBC News (Dec. 6, 2022), https://www.nbcnews.com/nbc-out/out-news/fb-asking-videos-racist-website-connection-colorado-shooting-rcna60188 ...............12, 18

Kiara Alfonseca, *Florida man arrested for alleged mass shooting threat against LGBTQ people*, ABC News (Jan. 5, 2023), https://abcnews.go.com/US/florida-man-arrested-alleged-mass-shooting-threat-lgbtq/story?id=96238029 ...........................................17

Liz Freeman, *From Naples home, retired publisher of Capital Gazette talks about shooting*, Naples Daily News (June 29, 2018), https://www.naplesnews.com/story/news/local/2018/06/29/naples-home-retired-capital-gazette-publisher-talks-shooting/746847002 ..................15

**TABLE OF AUTHORITIES**

(continued)

**Page(s)**

Mack Lamoureux, *'I Can't Wait to Die': Oregon Mass Shooter
Shared Detailed 'Doomsday' Plans Online*, Vice News (Aug. 30,
2022), https://www.vice.com/en/article/epzpw7/oregon-mass-
shooter-manifesto-online............................................................13, 18, 21

Mark Kungariello, *Alleged Buffalo shooter Payton Gendron's plans
were shared online 30 minutes before deadly racist attack: report*,
N.Y. Post (May 18, 2022), https://nypost.com/2022/05/18/alleged-
buffalo-shooter-payton-gendrons-plan-shared-online-just-before-
attack/ .................................................................................................25

Molly Olmstead, *The Gilroy Garlic Festival Gunman Reportedly
Posted Racist Comments in the Hours Before the Shooting*, Slate
(July 29, 2019), https://slate.com/news-and-
politics/2019/07/gilroy-garlic-festival-gunman-identified-social-
media.html...........................................................................................14

Nada AlTaher & Nic Robertson, *Saudi behind Navy base rampage
appeared to live a double life on social media. Why were red flags
missed?*, CNN (Dec. 11, 2019),
https://www.cnn.com/2019/12/10/middleeast/saudi-pensacola-
twitter-intl/index.html ...................................................................14, 27

Pilar Melendez, et al., *Inside the Murder-Obsessed Posts of Parade
Massacre Suspect*, The Daily Beast (July 5, 2022),
https://www.thedailybeast.com/robert-bobby-crimo-person-of-
interest-in-highland-park-parade-massacre-is-rapper-with-creepy-
videos ..................................................................................................22

Resse Oxner, *Uvalde gunman legally bought AR rifles days before
shooting, law enforcement says*, Tex. Tribune (May 25, 2022),
https://www.texastribune.org/2022/05/25/uvalde-shooter-bought-
gun-legally/ .........................................................................................13

Rob Elgas, et al., *'Screaming out for help': Highland Park shooting
suspect's social media littered with hatred*, ABC 7 (July 5, 2022),
https://abc7chicago.com/mass-shooting-parade-highland-park-
suspect-robert-crimo-iii-social-media/12020970/............................22

**TABLE OF AUTHORITIES**

(continued)

Page(s)

Shirin Ghaffary, et al., *Here's how Facebook, YouTube, Twitter, and 8chan handle white supremacist content*, Vox (Aug. 4, 2019), https://www.vox.com/recode/2019/8/4/20753951/el-paso-dayton-shooting-8chan-twitter-facebook .......................................................... 14

Silvia Foster-Frau, et al., *Before massacre, Uvalde gunman frequently threatened teen girls online*, Tex. Tribune (May 28, 2022), https://www.texastribune.org/2022/05/28/uvalde-shooting-gunmen-teen-girls/ ................................................................. 13

Sonia Moghe & Amir Vera, *Lawsuit alleges Oxford High School administration could have prevented deadly school shooting*, CNN (Jan. 13, 2022), https://www.cnn.com/2022/01/13/us/michigan-school-shooter-lawsuit/index.html ................................................. 14

*Synagogue Suspect's Guns Were All Purchased Legally, Inquiry Finds*, The New York Times (Oct. 30, 2018), https://www.nytimes.com/2018/10/30/us/ar15-gun-pittsburgh-shooting.html .................................................................... 15

Tyler O'Neil, *Robert Crimo: Social media history paints dark picture of suspect in deadly mass shooting at Illinois parade*, Fox 32 Chicago (July 4, 2022), https://www.fox32chicago.com/news/robert-crimo-social-media-history-paints-dark-picture-of-suspect-in-deadly-mass-shooting-at-illinois-parade ...................................................................... 23

**Other Authorities**

Adam Lankford, et al., *Are the Deadliest Mass Shootings Preventable? An Assessment of Leakage, Information Reported to Law Enforcement, and Firearms Acquisition Prior to Attacks in the United States* (2019)........................................................ 8, 10, 12, 34

*The Common Sense Caucus: Media Use by Tweens and Teens*, Common Sense (2021), https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf#page=13 .......................... 34

*Florida v. Cruz* Penalty Phase, July 27, 2022, https://www.youtube.com/watch?v=M31aOExc6Ts ......................................... 29

**TABLE OF AUTHORITIES**

**(continued)**

**Page(s)**

J. Reid Meloy & Mary Ellen O'Toole, *The Concept of Leakage in Threat Assessment* (2011) .............................................................5, 12

*Social Media Fact Sheet*, Pew Rsch. Ctr. (Apr. 7, 2021)
https://www.pewresearch.org/internet/fact-sheet/social-media ........................34

Violence Pol'y Ctr.: Mass Shootings, https://vpc.org/revealing-the-impacts-of-gun-violence/mass-shootings-2/ (last visited Jan. 15, 2023) .................................................................................................33

## INTEREST OF *AMICUS CURIAE*[1]

Dr. Jaclyn Schildkraut, Ph.D. seeks to participate as *amicus curiae* because her extensive research and background as an international expert on mass shootings enables her to offer the Court unique and important information relating to the import of the social media and cohabitant disclosure components of New York's Concealed Carry Improvement Act ("CCIA"), N.Y. Penal Law § 400.00 (McKinney 2022). She is also a resident of New York that will be impacted by the enforcement or, as the plaintiffs would have it, restriction of the CCIA.

Through her academic research as an Associate Professor of Criminal Justice at the State University of New York ("SUNY") at Oswego, and with the nonpartisan Regional Gun Violence Research Consortium ("RGVRC"),[2] where she currently serves as interim Executive Director, Dr. Schildkraut is widely regarded as a leading national expert on mass shootings. She has published her acclaimed research in numerous academic and legal journals, including: *American Journal of Criminal Justice; Crime, Law and Social Change; Criminology, Criminal Justice, Law & Society; Emory Law Journal;* and *Washington University Journal of Law & Policy*.

---

[1] Counsel for the parties have not authored this brief. The parties and counsel for the parties have not contributed money that was intended to fund preparing or submitting the brief. No person—other than the *amicus curiae* and her counsel—made financial contributions that were intended to fund preparing or submitting this brief.

[2] The RGRVC is a nonpartisan coalition of gun violence researchers and practitioners from eight states and territories (New York, New Jersey, Connecticut, Delaware, Massachusetts, Pennsylvania, Rhode Island, and Puerto Rico) that aims to inform policymakers and the public by providing evidence-based, data-driven policy recommendations to disrupt the cycle of firearm-involved homicides, suicides, and injuries.

Dr. Schildkraut has also authored and/or edited numerous books, book chapters, and policy briefs relating to mass shootings. As part of her research, Dr. Schildkraut has examined leakage by mass shooters in advance of perpetrating their crimes, including leakage via social media. "Leakage" is a term of art used in the context of threat assessment to describe communications of an intent to do to harm. The concept of leakage as a warning behavior that precedes targeted violence has been the subject of substantial research for more than 20 years.[3]

Dr. Schildkraut files this Brief to explain the important impact the CCIA's social media and cohabitant reporting requirements could have on preventing gun violence; to provide the Court helpful information regarding mass shooters' pre-attack leakage in social media; and to summarize some of the evidence-based research regarding the potentially predictive nature of such leakage. This research supports the inclusion of social media and cohabitant disclosure components in the CCIA, which the plaintiffs challenge.

## SUMMARY OF ARGUMENT

Since the massacre at Columbine High School on April 20, 1999, most mass shooters in the United States have leaked their intentions before carrying out their attacks. Social media has proven to be an easy and common means by which shooters leak their intentions, and there is a substantial documentary record

---

[3] Mary Ellen O'Toole, *The School Shooter: A Threat Assessment Perspective*, Critical Incident Response Group, National Center for the Analysis of Violent Crime (2000).

demonstrating that mass shooters have used social media to publicize their intentions before engaging in their horrific criminal acts. Research has also shown that, in a variety of contexts, leakage provides insights into intended behavior, and that an examination of potential social media leakage can provide an early warning sign of potential future violence.

The lower court's order preliminarily enjoining the CCIA held that there are no circumstances under which the social media disclosure requirement or the cohabitant disclosure requirement would be valid. *See Antonyuk, et al. v. Hochul et al., No. 1:22-cv-00986-GTS-CFH,* ECF No. 27, at 26-27 (N.D.N.Y. Oct. 6, 2022). It is important to determine whether the social media accounts of applicants for concealed-carry licenses or interviews of applicants' cohabitants could reveal potential dangerousness to oneself or others. Research regarding the social media leakage by mass shooters is directly relevant to this issue because, among other reasons, mass shooters have applied for gun licenses, including concealed carry permits, before committing their violent offenses.[4]

New York State's requirement that applicants for concealed carry permits must disclose their social media history and identify their adult cohabitants as part of the application process is grounded in empirical, peer-reviewed research. An

---

[4] *See infra* Section B (citing Violence Pol'y Ctr.: Mass Shootings, https://vpc.org/revealing-the-impacts-of-gun-violence/mass-shootings-2/ (last visited Jan. 15, 2023); Violence Pol'y Ctr.: Concealed Carry Killers, https://archive.ph/2GOBR#selection-383.1-387.16 (last visited Jan. 15, 2023)).

examination of applicants' social media history and a conversation with applicants' cohabitants can reveal important aspects of the applicants' background, prior conduct, and intentions, all of which is reasonably necessary and related to review of the firearms application, as it may indicate whether the applicant presents a threat of harm to themselves or others if granted access to carry a concealed firearm.

## ARGUMENT

### A. The CCIA's Social Media Disclosure Requirement Permits A Review For Pre-Incident Leakage: a Critical Risk Factor Foreshadowing the Applicant's Dangerousness

#### 1. Peer-Reviewed Studies Have Shown That Acts of Violence Are Preceded By Leakage, Including on Social Media

Targeted violence is rarely impulsive or spontaneous; rather, ample research has shown that perpetrators of mass shootings have "follow[ed] a clear, discernible path toward targeted violence,"[5] which typically includes certain pre-attack warning behaviors that reveal a clear intention toward violence. [6] Leakage—the communication to a third party of an intent to do future harm to a target—is one such warning behavior.[7]

Leakage as a warning behavior that precedes targeted violence has been the subject of substantial research for more than 20 years. [8] Leakage occurs when

---

[5] Jaclyn Schildkraut, Rebecca Cowan & Tessa M. Mosher, *The Parkland Mass Shooting and the Path to Intended Violence: A Case Study of Missed Opportunities and Avenues for Future Prevention*, 1 Homicide Studies (1-24) (2022).

[6] *See id.* at 2.

[7] *See id.* at 4.

[8] Mary Ellen O'Toole, *The School Shooter: A Threat Assessment Perspective*, Critical Incident Response Group, National Center for the Analysis of Violent Crime (2000).

individuals are so consumed with thoughts of their fantasies and plans that they reveal clues—feelings, thoughts, attitudes, or intentions—that foreshadow their violent acts.[9] This may be intentional, such as when perpetrators crave attention or notoriety, or unintentional, when perpetrators are unable to contain or conceal their emotions and violent intentions.[10] Leakage can include subtle threats, boasts, or innuendos, but the most severe forms of leakage publicize homicidal thoughts and/or an interest in mass killings.[11] Leakage is a broad concept and the method of expression can include posting on social media as well as revealing one's intentions to personal acquaintances like cohabitants.

Indeed, the research regarding leakage has been so widely accepted that the Federal Bureau of Investigation ("FBI") has agreed that leakage is an important early warning signal of future violent acts, and that prompt attention to leakage could save lives.[12] In a landmark 2015 report, for example, the FBI stated that social media leakage "offers an often unparalleled view into the thoughts, feelings, plans and intentions of a person of concern," and that it "can be a very effective source of

---

[9] *See* J. Reid Meloy & Mary Ellen O'Toole, *The Concept of Leakage in Threat Assessment* (2011); Jaclyn Schildkraut, *Mass Shootings: The Motives Vary, but the Path to Violence is Largely the Same*, Rockefeller Inst. of Gov't (June 3, 2022), https://rockinst.org/blog/mass-shootings-the-motives-vary-but-the-path-to-violence-is-largely-the-same/ (citing "Protecting America's Schools: A U.S. Secret Service Analysis of Targeted Violence"); Jaclyn Schildkraut & Glenn W. Muschert, *Columbine, 20 Years Later and Beyond: Lessons from Tragedy* (2019).
[10] *See, e.g.,* Meloy & O'Toole at 10-11, *supra* note 9.
[11] *See* Adam Lankford, et al., *Are the Deadliest Mass Shootings Preventable? An Assessment of Leakage, Information Reported to Law Enforcement, and Firearms Acquisition Prior to Attacks in the United States* (2019) at 316, 330, 334.
[12] *See* O'Toole, *supra* note 8; Lankford at 330-32, *supra* note 11.

information regarding the person's mindset and future plans" that should "not [be] dismissed."[13]

Leakage studies have gone beyond retrospective analysis, where a shooter's intentions may become clear after he engaged in the criminal act. More recent studies show that leakage can have predictive power. Peer-reviewed research studies confirm the linkage between social media leakage and acts of violence. For example, a study published in the Official Journal of the American Association of Suicidology in 2018 details how individuals who died by suicide showed strong coupling between triggers and cognitions in their pre-suicide social media posts. The study concludes that social media content may support an estimate of when a social media user is likely to attempt to commit suicide.[14] Similarly, a 2019 study of 31 peer-reviewed articles found that teenagers and young adults frequently share risk factors for suicide with the public on social media platforms like Facebook and Twitter, and concluded that viewing social media accounts can help emergency department physicians identify people at risk for suicide.[15]

Beyond its ability to predict self-harm, leakage has also been identified as a helpful tool that could be used to prevent future terrorist attacks. In *Leaking in*

---

[13] *See* FBI, *Making Prevention a Reality: Identifying, Assessing, and Managing the Threat of Targeted Attacks* (2015), https://www.fbi.gov/file-repository/making-prevention-a-reality.pdf/view (last visited Jan. 15, 2023).

[14] Craig J. Bryan, et al., *Predictors of Emerging Suicide Death Among Military Personnel on Social Media Networks*, 48 Suicide and Life-Threatening Behavior (2018).

[15] *See* Ali Pourmand, et al., *Social Media and Suicide: A Review of Technology-Based Epidemiology and Risk Assessment*, 25 Telemedicine and e-Health (2019).

*Terrorist Attacks: A Review*, researchers concluded that, based on their review of available international literature on religiously and politically motivated terrorist attacks, up to 90% of terrorist attackers showed some form of pre-attack leakage, including leakage via communication over the Internet.[16]  Another recent study that examined court records relating to lone-actor terrorism cases in the United States concluded that 65.4% of lone actor terrorists had leaked their intentions to commit terrorism, including through online activities such as public posts on Twitter.[17]

The ability to use leakage to identify a risk of future violence—whether suicide or terrorism—applies equally to other violent, intentional acts like mass shootings and homicides.[18]  Though averted tragedies are not frequently publicized, there have been reported instances of law enforcement successfully using leakage to thwart mass shootings and homicides.  In 2020, for example, after the discovery of disturbing social media posts from a prominent technology company's software engineer alluding to plans of a violent attack, law enforcement obtained a warrant, entered the engineer's home, found illegally modified assault weapons and evidence of online searches for locations of public figures, and successfully prevented any

---

[16] Anne-Lynn Dudenhoefer, *Leaking in Terrorist Attacks: A Review*, 58 Aggression and Violent Behavior (2021).

[17] Menna Rose & John Morrison, *An Exploratory Analysis of Leakage Warning Behavior in Lone-Actor Terrorists*, Behavioral Sciences of Terrorism and Political Aggression (2021).

[18] *See id*. at Abstract ("Leakage is one of the eight warning behaviors referred to in the violence risk and threat assessment literature."); Schildkraut & Muschert, *supra* note 5 ("one of the most important clues that foreshadows an event like [the] Columbine [school shooting] is leakage"); O'Toole (observing the study of leakage in predicting other violent acts is suggestive, but has been limited by the less than uniform definition of the term).

violent attack.[19]  As another example, one year earlier, in 2019, authorities arrested men in Connecticut and Ohio allegedly planning two unrelated mass shootings, after receiving tips from the public about alleged threats made on their social media accounts.[20]  Similarly, leakage to cohabitants has averted tragedies.  For example, in 2019, authorities arrested a man in Massachusetts after his roommate heard him talking about carrying out a shooting spree.[21] Similarly, in March 2020, a son told his mother that he was going to "point [an] unloaded gun at the police" so they would shoot him. The mother reported her son's intention to police, which successfully averted the son's suicide-by-cop mission by removing the gun from his possession and hospitalizing the mother's son for mental health concerns.[22]

These examples are not outliers; mass shooters frequently engage in the same types of leakage, including social media or otherwise, before engaging in their

---

[19] *See* Heather Stringer, *Empowering Communities to Prevent Mass Shootings:  Psychology Research is Informing New Strategies to Reach People at Risk of Committing a Violent Act*, 53 Monitor on Psychology (2022).

[20] *See* Jim Shay & Pat Tomlinson, *Police: Tips Prevented 3 Potential Mass Shootings, Including 1 in CT*, Conn. Post (Aug. 19, 2019), https://www.ctpost.com/local/article/Police-Tips-prevented-3-potential-mass-shootings-14342621.php.

[21] *See Cambridge Man Faces Ammunition Charges After Talking About Shooting Sprees*, CBS News (Mar. 7, 2019), https://www.cbsnews.com/boston/news/cambridge-brian-schwarztrauber-charged-ammunition-shooting-sprees.

[22] *See Killer in Indianapolis FedEx shooting browsed white supremacist websites, police say*, NBC News (Apr. 20, 2021), https://www.nbcnews.com/news/asian-america/killer-indianapolis-fedex-shooting-browsed-white-supremacist-websites-rcna728 (while the police were able to avert this act of intended firearm violence, the following year, in April 2021, the same individual obtained two assault rifles that he used to kill eight victims and injure seven more at a FedEx facility).

criminal conduct, and such observable behavior on social media or from cohabitants thus represents "critical opportunities for detection and disruption."[23]

## 2. Most Mass Shootings Have Been Preceded by Leakage

Decades of extensive research in the fields of criminology, threat assessment, and psychology confirm that leakage precedes most mass shootings. A mass shooting is generally defined to refer to a shooting incident that involves multiple shooting victims (both injuries and fatalities) at one or more public or populated locations, with the victims and locations chosen either at random or for symbolic value, exclusive of gang violence or targeted militant or terroristic activity.[24] Recently published research, supported by the RGVRC, reports that, of 318 mass public shooters between 1966 and 2017, 40% engaged in pre-attack leakage.[25] Similarly, a descriptive, archival study of 34 adolescent (19 years of age or younger) mass murderers, acting alone or in pairs between 1958 and 1999, concluded that the majority made threats about committing mass murder before carrying out their violent acts.[26] Meanwhile, a study of a nonrandom sample of 30 mass murderers in North America from 1948 to 1998 likewise found that more than two-thirds of mass

---

[23] Lankford at 331, *supra* note 11.

[24] *See* RGVRV, Mass Shooting Factsheet, at Definition, https://rockinst.org/gun-violence/mass-shooting-factsheet/ (last visited Jan. 15, 2023).

[25] Joel A. Capellan, et al., *Deconstructing Mass Public Shootings: Exploring Opportunities for Intervention*, RGRVC (Oct. 2019), https://rockinst.org/wp-content/uploads/2019/10/10-24-19-Deconstructing-Mass-Shootings-Brief-1.pdf.

[26] J.R. Meloy, et al., *Offender and offense characteristics of a nonrandom sample of adolescent mass murderers*, 40 Journal of the American Academy of Child and Adolescent Psychiatry 719-728 (2001).

murderers leaked specific or general threats about their intentions before committing violent crimes.[27]

More current research concerning mass shooters has yielded consistent findings. A 2019 report from the U.S. Secret Service, for example, found that more than 75% of school shooters communicated their intentions ahead of any attack.[28] In 2018, the FBI, with the assistance of the Bureau's Behavioral Analysis Unit, published *A Study Of The Pre-Attack Behaviors Of Active Shooters In The United States Between 2000 And 2013*. That study concluded that 56% of active shooters from 2000–2013 leaked their violent thoughts or intentions pre-incident.[29] Another study published in 2018, in the academic peer-reviewed journal *Aggression and Violent Behavior*, found that, of 115 public mass murders occurring between 1990 and 2014, 58% of the perpetrators leaked violent intentions before committing their crimes.[30] In 2019, the *Journal of Contemporary Criminal Justice* published a study of the 15 *deadliest* public mass shootings in the United States occurring between March 1998 and February 2018. The study concluded that 87% of the deadliest

---

[27] A.G. Hempel, et al., *Offender and offense characteristics of a nonrandom sample of mass murderers*, 27 Journal of the American Academy of Psychiatry and the Law 213-225 (1999).
[28] Schildkraut, *Mass Shootings*, *supra* note 9 (citing "Protecting America's Schools: A U.S. Secret Service Analysis of Targeted Violence").
[29] J Silver, et al., *A study of the pre-attack behaviors of active shooters in the United States between 2000 and 2013*, FBI (2018), https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf.
[30] J. Silver, et al., *Foreshadowing targeted violence: Assessing leakage of intent by public mass murderers*, 38 Aggression and Violent Behavior, 94-100 (2018).

public mass shooters leaked violent thoughts or intentions prior to their attacks, and 80% of these shooters leaked their specific intentions to engage in mass killings.[31]

These findings regarding pre-shooting leakage are consistent with Professor Schildkraut's own research findings. Earlier this year, Professor Schildkraut authored a case study of the mass shooting at Marjory Stoneman Douglas High School in Parkland, Florida, in the peer-reviewed journal *Homicide Studies*. Professor Schildkraut reviewed numerous studies regarding leakage before school shootings, and countless pages of documents retrieved via open-access records and a FOIA request of Broward County that showed the extensive leakage that preceded this particular shooting. Professor Schildkraut's study concluded that leakage is common both before school shootings and *averted* school shootings.[32] For example, the National Threat Assessment Center published a study in 2021 that concluded that *nearly all* (94%) 67 averted school attack plotters examined in its study leaked their intentions ahead of their attack.[33] Similarly, in connection with the extensive research that Professor Schildkraut conducted in support of her 2019 book, *Columbine, 20 Years Later And Beyond: Lessons From Tragedy*, she examined the crucial role of leakage in foreshadowing mass shootings, and highlighted even more

---

[31] Lankford at 322-23, *supra* note 11.

[32] Schildkraut, Cowan & Mosher, *supra* note 5 (citing O'Toole), *supra* note 7 and Vossekuil, et al. 2004).

[33] *Id.*, *Supra* note 5 (citing *Averting targeted school violence: A U.S. Secret Service analysis of plots against schools*, Nat'l Threat Assessment Center, U.S. Secret Service, U.S. Dep't of Homeland Sec. (2021), https://www.secretservice.gov/sites/default/files/reports/2021-03/USSS%20 Averting%20Targeted%20School%20Violence.2021.03.pdf)

studies that concluded that leakage occurs in a large majority of mass shooting and targeted school violence cases.[34]

Professor Schildkraut's research, like the research cited above, confirms that mass shooters and others planning mass violence typically leak their intentions in advance of an attack. Consequently, examination of social media accounts and a conversation with cohabitants are important steps to identify pre-incident leakage that could be used to help avert mass shootings and other acts of violence.

### 3. Modern Day Leakage Typically Occurs Through Social Media

Pre-shooting leakage can be communicated in a variety of ways, both orally and in writing. In today's modern era, most leakage occurs via social media posts.[35] Studies of mass shooting events show that social media leakage—which can take the form of writings, images, videos, and "likes"—has preceded many mass shootings, including a number of the deadliest mass shootings in this country.[36] Moreover, research shows that the serious warning signs, including those conveyed via social media leakage, can appear months in advance of an attack and are therefore "not only visible in hindsight."[37] The following table, organized chronologically,

---

[34] *See* Schildkraut & Muschert at 59-60, 64, *supra* note 9.
[35] Schildkraut, *Mass Shootings*, *supra* note 9; Meloy & O'Toole, *supra* note 9.
[36] *See* FBI, *Making Prevention a Reality: Identifying, Assessing, and Managing the Threat of Targeted Attacks, supra* note 13; Lankford, *supra* note 11.
[37] Lankford at 332, *supra* note 11.

identifies publicized mass shooting events from the last five years where there was

pre-shooting leakage on social media:

| Mass Shooting Event | Mass Shooting Date | Pre-Shooting Social Media Leakage |
|---|---|---|
| **Club Q** Colorado Springs, Colorado **(5 killed, 18 injured)** | November 20, 2022 | Yes, created his own website.[38] |
| **University of Virginia Shooting** Charlottesville, Virginia **(3 killed, 2 injured)** | November 13, 2022 | Yes, YouTube.[39] |
| **Safeway Shooting** Bend, Oregon **(3 killed, 5 injured)** | August 28, 2022 | Yes, on Wattpad, Instagram, and YouTube[40] |
| **Greenwood Park Mall** Greenwood, Indiana **(3 killed, 2 injured**) | July 17, 2022 | Yes, on 4chan[41] |

---

[38] *See* Jo Yurcaba & Ben Collins, *FBI asking about videos and racist website in connection with Colorado shooting*, NBC News (Dec. 6, 2022), https://www.nbcnews.com/nbc-out/out-news/fbi-asking-videos-racist-website-connection-colorado-shooting-rcna60188; *What we know about Anderson Lee Aldrich, the alleged Colorado Springs Club Q shooter*, The Denver Post (Nov. 20, 2022) https://www.denverpost.com/2022/11/20/anderson-lee-aldrich-colorado-springs-shooter-club-q/.

[39] *See* Kris Rhim, *Shooting Suspect's Video Adds to Questions About University's Investigation*, N.Y. Times, (Nov. 30, 2022), https://www.nytimes.com/2022/11/30/us/shooting-suspect-video-university-virginia.html.

[40] *See* Heather Roberts, et al., *Employee who attempted to disarm gunman among those killed in supermarket shooting, police say*, ABC News (Aug. 30, 2022), https://abcnews.go.com/US/dead-shooting-safeway-oregon-police/story?id=88382502; Mack Lamoureux, *'I Can't Wait to Die': Oregon Mass Shooter Shared Detailed 'Doomsday' Plans Online*, Vice News (Aug. 30, 2022), https://www.vice.com/en/article/epzpw7/oregon-mass-shooter-manifesto-online.

[41] *See* Alan Halaly, *Indiana Mall Shooter Appeared to Post Chilling Messages with Nazi Imagery*, The Daily Beast (July 20, 2022), https://www.thedailybeast.com/greenwood-mall-shooter-jonathan-sapirman-appeared-to-post-chilling-message-on-4chan-with-nazi-imagery.

| Mass Shooting Event | Mass Shooting Date | Pre-Shooting Social Media Leakage |
|---|---|---|
| **4th of July Parade** Highland Park, Illinois (**7 killed, 46 injured**) | July 4, 2022 | Yes, on YouTube and Discord[42] |
| **Robb Elementary School** Uvalde, Texas (**21 killed, 17 injured**) | May 24, 2022 | Yes, on Facebook, Instagram, and Yubo[43] |
| **Tops Supermarket** Buffalo, New York (**10 killed, 3 injured**) | May 14, 2022 | Yes, on Twitch, 4Chan, Discord, and 8Chan[44] |
| **Oxford High School** Oxford Township, Michigan (**4 killed, 7 injured**) | November 30, 2021 | Yes, on Facebook[45] |
| **JC Kosher Supermarket** Jersey City, New Jersey (**4 killed, 3 injured**) | December 10, 2019 | Yes, on Facebook[46] |

---

[42] *See* Ben Collins & Safia Samee Ali, *Highland Park shooting person of interest left online trail of violent imagery*, NBC News (July 5, 2022), https://www.nbcnews.com/news/us-news/chicago-shooting-person-interest-left-online-trail-violent-imagery-rcna36628.

[43] *See* Silvia Foster-Frau, et al., *Before massacre, Uvalde gunman frequently threatened teen girls online*, Tex. Tribune (May 28, 2022), https://www.texastribune.org/2022/05/28/uvalde-shooting-gunmen-teen-girls/; Resse Oxner, *Uvalde gunman legally bought AR rifles days before shooting, law enforcement says*, Tex. Tribune (May 25, 2022), https://www.texastribune.org/2022/05/25/uvalde-shooter-bought-gun-legally/.

[44] *See* Bobby Allyn, *New York attorney general launches probe of Twitch and Discord after Buffalo shooting*, NPR (May 18, 2022), https://www.npr.org/2022/05/18/1099827783/new-york-attorney-general-probe-twitch-discord-buffalo-shooting.

[45] *See* Sonia Moghe & Amir Vera, *Lawsuit alleges Oxford High School administration could have prevented deadly school shooting*, CNN (Jan. 13, 2022), https://www.cnn.com/2022/01/13/us/michigan-school-shooter-lawsuit/index.html.

[46] *See* Michael Gold & Ali Watkins, *Suspect in Jersey City Linked to Black Hebrew Israelite Group*, N.Y. Times (Dec. 11, 2019), https://www.nytimes.com/2019/12/11/nyregion/jersey-city-shooting.html.

| Mass Shooting Event | Mass Shooting Date | Pre-Shooting Social Media Leakage |
|---|---|---|
| **Naval Air Station Pensacola** Pensacola, Florida (**3 killed, 8 injured**) | December 6, 2019 | Yes, on Twitter[47] |
| **Walmart** El Paso, Texas (**22 killed, 26 injured**) | August 3, 2019 | Yes, on 8Chan[48] |
| **Garlic Festival** Gilroy, California (**3 killed, 12 injured**) | July 28, 2019 | Yes, on Instagram[49] |
| **Borderline Bar and Grill** Thousand Oaks, California (**12 killed, 12 injured**) | November 7, 2018 | Yes, on Facebook[50] |
| **Tree of Life Synagogue** Pittsburgh, Pennsylvania (**11 killed, 6 injured**) | October 27, 2018 | Yes, on Gab[51] |

---

[47] *See* Nada AlTaher & Nic Robertson, *Saudi behind Navy base rampage appeared to live a double life on social media. Why were red flags missed?*, CNN (Dec. 11, 2019), https://www.cnn.com/2019/12/10/middleeast/saudi-pensacola-twitter-intl/index.html; @M7MD_SHAMRANI, Twitter, https://web.archive.org/web/20191206212201/https://twitter.com/M7MD_SHAMRANI (archived Dec. 6, 2019).

[48] *See* Shirin Ghaffary, et al., *Here's how Facebook, YouTube, Twitter, and 8chan handle white supremacist content*, Vox (Aug. 4, 2019), https://www.vox.com/recode/2019/8/4/20753951/el-paso-dayton-shooting-8chan-twitter-facebook.

[49] *See* Molly Olmstead, *The Gilroy Garlic Festival Gunman Reportedly Posted Racist Comments in the Hours Before the Shooting*, Slate (July 29, 2019), https://slate.com/news-and-politics/2019/07/gilroy-garlic-festival-gunman-identified-social-media.html.

[50] *See* Ventura County Sheriff's Office, Borderline Mass Shooting Investigative Summary (Nov. 7, 2018), https://s29762.pcdn.co/wp-content/uploads/2021/06/20181107OIS2018175110.pdf.

[51] *See* Alex Amend, *Analyzing a terrorist's social media manifesto: the Pittsburgh synagogue shooter's posts on Gab*, Southern Poverty Law Center (Oct. 28, 2018), https://www.splcenter.org/hatewatch/2018/10/28/analyzing-terrorists-social-media-manifesto-pittsburgh-synagogue-shooters-posts-gab; *Synagogue Suspect's Guns Were All Purchased Legally, Inquiry* Finds, The New York Times (Oct. 30, 2018), https://www.nytimes.com/2018/10/30/us/ar15-gun-pittsburgh-shooting.html.

| Mass Shooting Event | Mass Shooting Date | Pre-Shooting Social Media Leakage |
|---|---|---|
| **Capital Gazette** Annapolis, Maryland (**5 killed, 2 injured**) | June 20, 2018 | Yes, on Facebook and Twitter[52] |
| **Santa Fe High School** Santa Fe, Texas (**10 killed, 13 injured**) | May 18, 2018 | Yes, on Facebook and Instagram[53] |
| **Marjory Stoneman Douglas High School** Parkland, Florida (**17 killed, 17 injured**) | February 14, 2018 | Yes, on Instagram and Twitter[54] |
| **First Baptist Church** Sutherland Springs, Texas (**26 killed, 20 injured**) | November 5, 2017 | Yes, on Facebook[55] |
| **Weis Markets** Eaton Township, Pennsylvania (**3 killed**) | June 7, 2017 | Yes, on Twitter and YouTube (including a film praising the Columbine shooters)[56] |

---

[52] *See* Liz Freeman, *From Naples home, retired publisher of Capital Gazette talks about shooting*, Naples Daily News (June 29, 2018), https://www.naplesnews.com/story/news/local/2018/06/29/naples-home-retired-capital-gazette-publisher-talks-shooting/746847002/.

[53] *See* Joe Marino & Ruth Brown, *Suspected Texas shooter was 'weird' but didn't raise red flags*, N.Y. Post (May 18, 2018), https://nypost.com/2018/05/18/suspected-texas-shooter-was-weird-but-didnt-raise-red-flags/.

[54] *See* MSD Pub. Safety Comm'n, *Unreported Information Showing Nikolas Cruz's Troubling Behavior*, http://www.fdle.state.fl.us/MSDHS/Meetings/November-Meeting-Documents/Nov-13-145pm-Cruz-Behavior-Chris-Lyons.aspx; *see also* MSD Pub. Safety Comm'n, *Initial Report Submitted to the Governor, Speaker of the House of Representatives and Senate President* (Jan. 2, 2019), http://www.fdle.state.fl.us/MSDHS/CommissionReport.pdf, at 245-261.

[55] *See* Jason Hanna & Holly Yan, *Sutherland Springs church shooting: What we know*, CNN (Nov. 7, 2017), cnn.com/2017/11/05/us/texas-church-shooting-what-we-know/index.html.

[56] *See* Mark Scolforo & Kristen De Groot, *Supermarket massacre shooter left chilling online trail*, The Spokesman-Review (June 8, 2017), https://www.spokesman.com/stories/2017/jun/08/four-dead-in-murder-suicide-in-pennsylvania-superm/; Inspector Gen., U. S. Dep't of Def., *Report of Investigation into the United States Air Force's Failure to Submit Devin Kelley's Criminal History Information to the Federal Bureau of Investigation* (Dec. 6, 2018), https://media.defense.gov/2018/Dec/07/2002070069/-1/-1/1/DODIG-2019-030_REDACTED.PDF at 44-45.

Below are select examples of social media leakage that conveyed violent intentions and a specific interest in mass killings in advance of a mass shooting incident:

**(A)** **Stopped Possible Threat Against LGBTQ Community on Florida College Campus (December 16, 2022).** The FBI received a tip that a college student had made a post on a Discord server that had a number of messages with "extreme controversial ideology and potentially other illegal content." The post itself consisted of a picture of a firearm and the caption "600 W College Ave, Tallahassee, FL 32306, At 13:00 December 17, 2022 100 (expletive) Will Die, Cya there!" https://www.fox35orlando.com/news/orlando-area-man-threatened-mass-shooting-at-fsu-targeting-lgbtq-community-fbi-alleges. *See also* Figure 4. The FBI stopped and arrested the student at the Orlando International Airport. The student said that he got the picture of the gun from Reddit.com and only mentioned the specific address because he thought it would get the most reactions from the Discord server. He told his interviewing officers that the post was a joke and that he did not actually intend to engage in a mass shooting. Multiple articles referenced the student's increasingly controversial

statements online as well as a number of his confrontations with peers, both in person and online.[57]



**(B)    Colorado Springs Nightclub Shooting (November 20, 2022).** The shooting at the Club Q in Colorado left five dead and 18 others injured.  The shooter reportedly created two websites devoted to sharing his hateful rhetoric.  One video believed to have been created by Aldrich advocates "killing civilians as part of a larger effort to 'assassinate the elites at the top' and 'cleanse' society."[58]

**(C)    Safeway Shooting (August 28, 2022).** The shooter at a Safeway grocery store in Portland, Oregon who killed two people kept a journal on

---

[57]*See* Kiara Alfonseca, *Florida man arrested for alleged mass shooting threat against LGBTQ people*, ABC News (Jan. 5, 2023), https://abcnews.go.com/US/florida-man-arrested-alleged-mass-shooting-threat-lgbtq/story?id=96238029.
[58] *See* Yurcaba & Collins, *supra* note 37.

Wattpad.com.  Shortly before the shooting, it appears the shooter made a number of posts public, one of which the media labeled his "manifesto."  This blog post stated "how he planned to commit the mass shooting, that he'd hoped to kill as many as 40 people, and that he was ready to die."[59]



[59]*See* Lamoureux, *supra* note 39.

Among the "manifesto" post, which went public 12 hours before the shooter brought an AR-15 to the Safeway, were a few other posts, including one that said he has had a "morbid interest" in school shootings for some time, especially Columbine.



In another post, the shooter alleged details some days before the shooting of his plan, "'Fuck It. I'm done waiting. I CAN'T WAIT ANY LONGER,' reads one of the final entries. 'The Rage has become uncontrollable and It can't wait 2 More Weeks...Tomorrow. Sunday. August 28th, 2022. Doomsday.'"[60]



[60] *Id.;* Elizabeth Wolfe, *Investigators are still working to figure out why a shooter killed 2 people at an Oregon Safeway. Here's what we* know, CNN (Aug. 30, 2022), https://www.cnn.com/2022/08/30/us/safeway-shooting-bend-oregon-what-we-know/index.html.

**(D)** **Highland Park Shooter (July 4, 2022).** The Highland Park shooter, who killed seven people and injured 46 more at a July Fourth parade, had an "extensive online profile" displaying a "fascination with violence" through multiple social media interactions:[61]  he left a "long trail of tributes to mass shootings and public killings on social media platforms," including YouTube and Discord, and authored multiple disturbing posts over a period of years in advance of the shooting.[62]

> o Prior to the shooting, the Highland Park shooter posted a video on his then publicly-available YouTube page that cuts between images of a shooter armed with the same type of firearm used in the Highland Park shooting opening fire at apparent civilians, and then engaging with the police, until the shooter lies face-down in a pool of blood.[63]

---

[61] Rob Elgas, et al., *'Screaming out for help': Highland Park shooting suspect's social media littered with hatred*, ABC 7 (July 5, 2022), https://abc7chicago.com/mass-shooting-parade-highland-park-suspect-robert-crimo-iii-social-media/12020970/.

[62] The Highland Park shooter had also previously applied for an Illinois Firearms Owner Identification Card, a requirement of the State of Illinois to legally possess firearms and ammunition in the state.

[63] Pilar Melendez, et al., *Inside the Murder-Obsessed Posts of Parade Massacre Suspect*, The Daily Beast (July 5, 2022), https://www.thedailybeast.com/robert-bobby-crimo-person-of-interest-in-highland-park-parade-massacre-is-rapper-with-creepy-videos.

 

o The Highland Park shooter also published a rap track online on October 15, 2021—almost one year before the shooting—with lyrics that appear to "suggest that [the shooter] was planning a life-defining act beyond his ability to stop."[64] The corresponding music video, which was available on YouTube, includes drawings of a man aiming a rifle at another person, and another image of a victim shot with "blood spraying from the body."[65]



---

[64] Tyler O'Neil, *Robert Crimo: Social media history paints dark picture of suspect in deadly mass shooting at Illinois parade*, Fox 32 Chicago (July 4, 2022), https://www.fox32chicago.com/news/robert-crimo-social-media-history-paints-dark-picture-of-suspect-in-deadly-mass-shooting-at-illinois-parade.

[65] *Id.*; Collins & Ali, *supra* note 41.

**(E)    Buffalo Supermarket Shooter (May 14, 2022).**  The perpetrator who shot and killed 10 people and injured 3 at a Tops Supermarket in Buffalo, New York, previously posted "thousands of entries" to a "months-long online diary" on Discord that were later shared more widely on 4Chan.[66] Among other things, the pre-attack posts described the steps the shooter had taken to obtain firearms and other equipment, and the clothes that he planned to wear during the shooting.[67] In addition, the shooter mapped out his attack on social media for months before live-streaming the shooting on Twitch.[68] Representative examples of the shooter's extensive online diary follow.[69]

(continued on next page)

---

[66] *See* Mark Kungariello, *Alleged Buffalo shooter Payton Gendron's plans were shared online 30 minutes before deadly racist attack: report*, N.Y. Post (May 18, 2022), https://nypost.com/2022/05/18/alleged-buffalo-shooter-payton-gendrons-plan-shared-online-just-before-attack/.

[67] *See* Gabrielle Fonrouge, *Twisted diary of alleged Buffalo shooter Payton Gendron reveals his online radicalization*, N.Y. Post (May 17, 2022), https://nypost.com/2022/05/17/twisted-diary-of-alleged-buffalo-shooter-payton-gendron-reveals-his-online-radicalization/.

[68] *See* Kungariello, *supra* note 65.

[69] Fonrouge, *supra* note 66.

Jimboboiii — 12/05/2021

I sold much of my silver at the P and J flea market today, some military stuff too, all in all got 1488 dollars cash (nice). Met a friendly lad by the names of Kevin, he reminds me alot like my cousin Wes, looks and all. He let me see some cool coins in his collection. Gave good advice too on college and jobs, like trying to know the job you want to go for when in college. Asshole who tried to scam me with a fake peace dollar is still there. Everyone else seems fine, especially Millow, Buddha's son. Gave me some relationship advice and told me he cared about me. What a shame I can't use their advice when I'm dead or in prison.

Silver is a nice currency to trade with, fuck the federal reserve and IRS

# THE TRUTH ABOUT RACE



Why commit an attack against others but won't commit suicide if you hate the current world so much? Because I do care about the future

Jimboboiii — 12/27/2021
~3040 calories from pancakes, ham, donut, chocolate, blueberries, bread, pizza, barbeque chicken
Every time I think maybe I shouldn't commit to an attack I spend 5 min of /pol/, then my motivation returns

-While inside I made the following observation: "Inside: 53 black, 6 white, 2 armed black security with pistols. ~8 black on outside", and made a rough map on the inside. I also ordered a crunch bar at 12:27



-I went to my car and browsed 4chan and reddit for a bit, and at this time I think discord had a crash, so I couldn't browse messages

**(F)  Naval Air Station Pensacola Shooting (December 6, 2019).**  Months before perpetrating his crime, the Pensacola shooter, a Saudi Arabian national who murdered three U.S. Navy sailors and injured eight others, "posted a message on social media on Sept. 11 . . . that said: 'the countdown has begun.'" The Pensacola shooter posted other "anti-American, anti-Israeli, and jihadi

messages on social media" too, including a retweet, and implicit endorsement, of Jihadi terrorist language, "Without jihad, how could Muslims protect themselves." He also posted to Twitter shortly before his attack that he "hate[d]"Americans for "crimes" against Muslims and threatened, Americans "will not be safe" until American troops are "out of our lands."[70]



**(G)** **Pittsburgh Synagogue Shooter (October 27, 2018).** The shooter who used an AR-15 assault rifle and three handguns to kill 11 people at the Tree of Life Synagogue during religious services in Pittsburgh, Pennsylvania was

---

[70] *Attorney General William P. Barr Announces the Findings of the Criminal Investigation into the December 2019 Shooting at Pensacola Naval Air Station*, U.S. Dep't of Justice (Jan. 13, 2020), https://www.justice.gov/opa/speech/attorney-general-william-p-barr-announces-findings-criminal-investigation-december-2019; *see also* AlTaher & Robertson, *supra* note 46; @M7MD_SHAMRANI, Twitter, https://web.archive.org/web/20191206212201/https:/twitter.com/M7MD_SHAMRANI.

previously active on the social networking site Gab, posting anti-Semitic threats.[71]

   o Before the Tree of Life shooter began his attack, he posted on Gab, the same social media forum where had previously posted anti-Semitic hate speech, that "[the Hebrew Immigrant Aid Society] likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."[72]



**(H)   Parkland School Shooter (February 14, 2018)**. The Parkland school shooter, who murdered 17 people and injured 17 others, had an extensive history of publicly available pre-attack leakage on social media accounts:[73]

   o Beginning in August 2017, six months before he carried out the shooting, the Parkland school shooter posted a series of publicly

---

[71] https://www.nytimes.com/2018/10/30/us/ar15-gun-pittsburgh-shooting.html (archived Dec. 6, 2019).; Jarrett Renshaw, *Who is Robert Bowers, the Pittsburgh synagogue shooting suspect?*, Reuters (Oct. 29, 2018), https://www.reuters.com/article/pennsylvania-shooting-suspect-idINKCN1N31SN; Amend, *supra* note 50.
[72] *Id.*
[73] Jaclyn Schildkraut, Cowan & Mosher, *supra* note 5.

available comments on YouTube that leaked his intentions to shoot and kill.[74]  A relevant chronology of the shooter's pre-incident public social media posts follows:

| CREATION DATE: | PRE-ATTACK LEAKAGE: |
|---|---|
| August 30, 2017 5:29:15 PM UTC | *I plan on shooting them soon year 2020 date of massacre unknown location unknown some wear in florida* |
| September 2, 2017 6:56:39 PM UTC | *Just whana kill people* |
| September 8, 2017 1:51:14 PM UTC | *I rather kill people 2020* |
| September 16, 2017 3:53:25 AM UTC | *The amount of time it took for the police to come. i thnk this is fake* |
| September 18, 2017 12:25:26 AM UTC | *I hide it deep with in and think about killing people* |
| September 18, 2017 12:42:43 AM UTC | *The last part makes me scared what happens when i have no one iam 18 still in high school and everyone is on thier way to college while iam their thinking about killing people and ending their lives i haye my life and i whant to take people with me* |
| September 22, 2017 4:21:45 AM UTC | *i fucking hate humans* |
| September 24, 2017 11:49:01 PM UTC | *Im going to be a professional school shooter* |
| September 28, 2017 5:22:41 PM UTC | *My life sucks i failed high school im going to go on a killing rampage* |
| October 10, 2017 5:37:14 AM UTC | *Im going to kill a lot of fucking people i hate you all after what happened in las vages I had enough* |
| October 10, 2017 6:36:54 AM UTC | *I have no problem shooting a girl in the chest* |

[74] State Ex. 437, *Florida v. Cruz* Penalty Phase, July 27, 2022, https://www.youtube.com/watch?v=M31aOExc6Ts at 7:40; Dakin Andone & Kevin Conlon, *Parkland gunman spent weeks making violent social media posts and searching online for information about mass shootings, testimony shows*, CNN (July 28, 2022), https://www.cnn.com/2022/07/28/us/nikolas-cruz-social-media-online-searches/index.html.

| CREATION DATE: | PRE-ATTACK LEAKAGE: |
|---|---|
| October 13, 2017 2:13:38 AM UTC | *I hate everyone and everything I fucking go into a bad part of town and make a sniper nest and kill people just don't give a fuck about life.* |
| January 17, 2018 4:37:20 AM UTC | *I hate people* |
| January 17, 2018 5:52:33 PM UTC | *I wanna kill shit ton of people and murder children* |
| January 17, 2018 6:12:30 PM UTC | *I wanna kill people* |
| January 30, 2018 4:38:48 AM UTC | *I hate people* |

o On July 10, 2017, the Parkland School shooter posted a graphic picture of a dead toad on his Instagram page, claiming responsibility for killing the toad, and reflecting violent tendencies and a disturbing disregard for life.[75]  As I noted in *The Parkland Mass Shooting and the Path to Intended Violence* (2022), research shows that killing animals is "a precursor behavior of mass shooters, particularly those who are younger, white males."[76]

---

[75] MSD Pub. Safety Comm'n, *Unreported Information*, supra note 52; *see also* MSD Pub. Safety Comm'n, *Initial Report*, *supra* note 53.

[76] *See also* Charlie Robinson & Victoria Clausen, *The Link Between Animal Cruelty and Human Violence*, FBI Law Enf't Bull. (Aug. 10, 2021), https://leb.fbi.gov/articles/featured-articles/the-link-between-animal-cruelty-and-human-violence (research shows a well-documented link between animal cruelty and violence against humans, namely that it is predictive or coexistent).



o The Parkland School shooter also posted pictures displaying a

fascination with knives and guns throughout 2016 and 2017:[77]

 

---

[77] MSD Pub. Safety Comm'n, *Unreported Information*, *supra* note 53.

**(I)** **Charleston Emanuel African Methodist Episcopal Church Shooter (June 17, 2015).** Before the Charleston shooter purchased and used a handgun to kill 9 people and injure one other person at a church bible study in Charleston, South Carolina, he posted photos containing neo-Nazi symbols and paraphernalia online, including on his website "The Last Rhodesian", and on a social neo-Nazi forum, the Daily Stormer, under the username, "AryanBlood1488."[78]



As numerous studies and the foregoing examples show, perpetrators of mass shootings routinely leak violent intentions through social media, providing overt warning of their desire to inflict violence in advance of their attacks. These warnings are not confined to the dark corners of the web, nor are they limited to the moments immediately preceding an attack—rather, in mass shooting after mass shooting,

---

[78] *See* Abby Phillip, *Dylann Roof Was Active on White Supremacist Web Forum, Group Says*, Wash. Post (June 22, 2015), https://www.washingtonpost.com/news/post-nation/wp/2015/06/22/dylann-roof-was-active-on-white-supremacist-web-forum-southern-poverty-law-center-says/.

perpetrators have left extensive trails of social media leakage over the most widely-used social media platforms, conveying their specific desire to shoot and kill for the world to see.

### B. Research Regarding Mass Shootings Leakage Is Highly Relevant To Analysis of Concealed Carry Permits

An examination of mass shootings in this country dating back to Columbine reveals a correlation between mass shooters and gun license applicants. According to the *Violence Policy Center*, a national tax-exempt educational organization that works to stop gun death and injury through research, education, advocacy, and collaboration, private individuals with permits to carry concealed handguns were responsible for 37 mass shootings—defined as a fatal shooting involving three or more victims[79]—in this country that occurred between May 2007 and May 2022.[80] This data demonstrates that research concerning pre-incident leakage by mass shooters is relevant to any analysis of the CCIA's social media disclosure requirements.

Based on the research described above, the social media disclosure requirement in the CCIA is a reasonable and appropriate effort to prevent future gun violence. "The idea that identifiable behaviors presage violence is a core concept in the threat assessment literature."[81] Given the prevalence of pre-attack leakage, and

---

[79] *See* Violence Pol'y Ctr.: Mass Shootings, *supra* note 4.
[80] *See id*.; Violence Pol'y Ctr.: Concealed Carry Killers, *supra* note 4.
[81] Silver, *supra* note 29.

the fact that more Americans than ever before are on social media (nearly three-quarters of American adults and over four-fifths of American teenagers are on at least one social media platform), it is reasonable to estimate that social media leakage is likely to increase.[82]  Since mass shootings are typically associated with longer planning periods (nearly all of the 15 deadliest mass shootings in the United States from March 1998 to February 2018 were planned for six months or longer[83]), there are potentially lengthy trails of leakage on social media that a review of social media postings could uncover.  As these posts may help warn of future violence, a review of these posts is an important tool to prevent mass shootings.[84]

## CONCLUSION

As demonstrated by research and available statistics concerning mass shootings, other violence, and leakage, the incorporation of a social media and cohabitant disclosure requirements into the CCIA could result in prevention of mass shootings.  Ample research supports social media and cohabitant disclosure requirements as important tools to prevent acts of violence.

---

[82] *See Social Media Fact Sheet*, Pew Rsch. Ctr. (Apr. 7, 2021)
https://www.pewresearch.org/internet/fact-sheet/social-media/; *The Common Sense Caucus: Media Use by Tweens and Teens*, Common Sense (2021),
https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf#page=13
[83] *See* Lankford at 331, *supra* note 11.
[84] *See* Lankford at 323-30, *supra* note 11.

DATED:  January 17, 2023          Respectfully submitted,

By:_____*/s/ Max Rodriguez*_____
                          Max Rodriguez

Max Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, New York 10006
(212) 337-5361
Max@PollockCohen.com

Raphael Janove
POLLOCK COHEN LLP
1617 John F. Kennedy Blvd. 20th Floor
Philadelphia, PA 19103
 (215) 667-8607
Rafi@PollockCohen.com

Attorneys for *Amicus Curiae*,
Dr. Jaclyn Schildkraut, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on January 17, 2023.

Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

DATED: January 17, 2023

_/s/ Max Rodriguez_
Max Rodriguez

Max Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, New York 10006
(212) 337-5361
Max@PollockCohen.com

Attorneys for _Amicus Curiae_,
Dr. Jaclyn Schildkraut, Ph.D.

# CERTIFICATION OF COMPLIANCE

I hereby certify that:

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 6,488 words.

2. The brief further complies with the requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman.

DATED:  January 17, 2023

_/s/ Max Rodriguez_
Max Rodriguez

Max Rodriguez
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, New York 10006
(212) 337-5361
Max@PollockCohen.com

Attorneys for *Amicus Curiae*,
Dr. Jaclyn Schildkraut, Ph.D.