# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk et al. v. Nigrelli et al.    Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Raphael Janove

Firm: Pollock Cohen LLP

Address: 1617 John F. Kennedy Blvd., 20th Fl, Philadelphia, PA 19103

Telephone: 215-667-8607    Fax: (347) 696-1227

E-mail: rafi@pollockcohen.com

Appearance for: Professor Jaclyn Schildkraut
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Raphael Janove

Type or Print Name: Raphael Janove