# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of January, two thousand twenty-three.

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

        Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

        Defendants – Appellants.

**ORDER**

Docket No. 22-2908 (L), 22-2972

_____

      Appellees move for permission to file an oversized brief.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court