**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

January 20, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Antonyuk v. Nigrelli*, No. 22-2908(L), 22-2972(Con)

Dear Ms. Wolf,

Please be advised that the Office of the New York County District Attorney appears on behalf of the District Attorneys for Bronx County, Kings County and Queens County for the limited purpose of jointly filing an amicus brief in this matter.

Sincerely,

Philip V. Tisne
Assistant District Attorney
(212) 335-3824