# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-three.

_____

| | |
|---|---|
| Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane, | **ORDER** |
| Plaintiffs - Appellees, | Docket No. 22-2908 |

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

Defendants - Appellants,

_____

Movant, Jaclyn Schildkraut requests leave to file an *amicus curiae* brief in support of the Appellant and of the reversal of the district court's order below granting a preliminary injunction.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court