# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2908

**Caption [use short title]**

**Motion for:** Filing Oversized Reply Brief

Set forth below precise, complete statement of relief sought:

Permission to file an oversized reply brief not to exceed 9,00 words

Antonyuk v. Hochul

**MOVING PARTY:** State appellants Steven A. Nigrelli and Matthew J. Doran
**OPPOSING PARTY:** Ivan Antonyuk, et al.

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Philip J. Levitz
**OPPOSING ATTORNEY:** Stephen D. Stamboulieh

[name of attorney, with firm, address, phone number and e-mail]

Office of the New York State Attorney General
28 Liberty St., New York, NY 10005
(212) 416-6325 / philip.levitz@ag.ny.gov

Stamboulieh Law, PLLC
P.O. Box 428, Olive Branch, MS 38654
(601) 852-3440 / stephen@sdslaw.us

**Court- Judge/ Agency appealed from:** U.S. District Court for the N.D.N.Y. - Glenn T. Suddaby

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No   If yes, enter date: 3/20/23

**Signature of Moving Attorney:**
/s/ Philip J. Levitz   **Date:** 2/6/23   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IVAN ANTONYUK et al., | No. 22-2908 (l) |
| *Plaintiffs–Appellees*, | |
| v. | **DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO FILE OVERSIZED BRIEF** |
| STEVEN A. NIGRELLI et al., | |
| *Defendants–Appellants*, | |
| WILLIAM FITZPATRICK et al., | |
| *Defendants*. | |

PHILIP J. LEVITZ, an attorney admitted to practice before this Court, declares:

1. I am an Assistant Solicitor General in the Office of Attorney General Letitia James, counsel for the state appellants, Steven A. Nigrelli and Matthew J. Doran, and I submit this declaration in support of the state appellants' unopposed motion for permission to file an oversized reply brief of not more than 9,000 words.

2. This appeal involves a complex constitutional challenge to numerous distinct provisions of New York's Concealed Carry Improvement Act, which regulates licensing and carrying of firearms. The appeal raises numerous important questions regarding the interpretation of the Second Amendment following the U.S. Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022), in addition to questions under other constitutional provisions, and

numerous threshold justiciability questions and equitable questions regarding the entry of preliminary injunctive relief.

3. The district court's opinion on appeal is 184 pages. That opinion follows on, and cross-references, both an earlier opinion in this action on a temporary restraining order that was 53 pages and an opinion in a precursor case that was 78 pages. The parties' district-court briefing on the preliminary injunction motion on appeal totaled 186 pages.

4. In light of the complexity of this case and the record below, this Court granted both the state appellants' and the appellees' motions to file oversized opening briefs of 16,500 words. *See* ECF Nos. 89, 237.

5. This Court also granted the appellees' motion to file two appellee briefs, one responding to the state appellants and one responding to appellant Joseph Cecile, *see* ECF No. 266; thus, the appellees filed two appellee briefs totaling 24,693 words. Because the appellees repeatedly incorporated by reference responses from their appellee brief responding to appellant Cecile in their appellee brief responding to the state appellants, the appellees' response to the state appellants uses well over 16,500 words.

6. In addition, based on outreach the state appellants have received from amici seeking consent to file briefs in support of appellees, the state appellants expect that multiple amicus briefs will be filed in support of appellees, and the state appellants may need space in their reply brief to respond to those amici.

7. Accordingly, pursuant to Local Rule 27.1(e), the state appellants respectfully request leave to exceed the 7,000-word limit for reply briefs set forth in Local Rule 32.1(a)(4)(A) by 2,000 words, and to file an oversized reply brief of no more than 9,000 words.

8. The additional 2,000 words are necessary for the state appellants to adequately reply to the many arguments raised by the appellees in their appellee briefs, regarding the many issues in this highly complex case.

9. Counsel for the appellees and for appellant Joseph Cecile do not oppose this request.

WHEREFORE, the state appellants respectfully request an order granting them leave to file an oversized reply brief consisting of no more than 9,000 words.

Dated: New York, New York
       February 6, 2023

                                            /s/ Philip J. Levitz
                                          Philip J. Levitz
                                          Assistant Solicitor General