# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Nigrelli    Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anna Diakun

Firm: Knight First Amendment Institute at Columbia University

Address: 475 Riverside Dr., Suite 302 New York, NY 10115

Telephone: (646) 745-8500    Fax:

E-mail: anna.diakun@knightcolumbia.org

Appearance for: The Asian Pacific American Gun Owners Association, the DC Project Foundation, the Liberal Gun Club, National African American Gun Association, Operation Blazing Sword-Pink Pistols, and the Knight First Amendment Institute at Columbia University / Amici Curiae
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✔] Amicus (in support of: Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, and Alfred Terrille / Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/09/2021    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Anna Diakun

Type or Print Name: Anna Diakun