## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Nigrelli             Docket No.: 22-2972 & 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen Klein

Firm: Barr & Klein PLLC

Address: 1629 K St NW Ste. 300, Washington, DC 20006

Telephone: (202) 804-6676         Fax: (202) 804-6676

E-mail: steve@barrklein.com

Appearance for: New York State Firearms Association
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Antonyuk, et al. / Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/20/2022         OR

☐ I applied for admission on _____ .

Signature of Counsel: *Stephen Klein*

Type or Print Name: Stephen Klein