# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk v. Nigrelli        **Docket No.:** 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Alex Abdo

**Firm:** Knight First Amendment Institute at Columbia University

**Address:** 475 Riverside Dr., Suite 302 New York, NY 10115

**Telephone:** (646) 745-8500        **Fax:**

**E-mail:** alex.abdo@knightcolumbia.org

**Appearance for:** The Asian Pacific American Gun Owners Association, the DC Project Foundation, the Liberal Gun Club, National African American Gun Association, Operation Blazing Sword-Pink Pistols, and the Knight First Amendment Institute at Columbia University / Amici Curiae
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ ) (name/firm)

[ ] Substitute counsel (replacing other counsel: _____ ) (name/firm)

[ ] Additional counsel (co-counsel with: _____ ) (name/firm)

[✔] Amicus (in support of: Ivan Antonyuk, Corey Johnson, Leslie Leman, Joseph Mann, Lawrence Sloane, and Alfred Terrille / Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

**Signature of Counsel:** /s/ Alex Abdo

**Type or Print Name:** Alex Abdo