**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Antonyuk v. Nigrelli     Docket No.: 22-2908

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bradley A. Benbrook

Firm: Benbrook Law Group, PC

Address: 701 University Avenue, Suite 106, Sacramento, CA 95825

Telephone: (916) 447-4900     Fax:

E-mail: brad@benbrooklawgroup.com

Appearance for: Center for Human Liberty
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____) (name/firm)

☐ Substitute counsel (replacing other counsel: _____) (name/firm)

☐ Additional counsel (co-counsel with: _____) (name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees Ivan Antonyuk, et al.) (party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Bradley A. Benbrook

Type or Print Name: Bradley A. Benbrook