NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk et al. v. Nigrelli et al.   Docket No.: 22-2972

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: C. D. Michel

Firm: Michel & Associates, P.C.

Address: 180 East Ocean Blvd., Suite 200

Telephone: (562) 216-4444   Fax: (562) 216-4445

E-mail: cmichel@michellawyers.com

Appearance for: Law Enforcement Groups and Firearms Rights Groups/Amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Antonyuk et al./Appellees )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on February 13, 2022.

Signature of Counsel: /s/ C. D. Michel

Type or Print Name: C. D. Michel