## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Antonyuk, et al. v. Nigrelli, et al.     **Docket No.:** 22-2908(Lead), 22-2972(Consolidated)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: John Ciampoli, Esq.

Firm: Perrillo & Hill, LLP

Address: 285 W. Main Street, Suite 203, Sayville, New York 11782

Telephone: (631) 582-9422     Fax:

E-mail: CiampoliLaw@yahoo.com

**Appearance for:** Amici Curiae Minority Leader of the New York State Senate, Robert G. Ortt and Senator Andrew J. Lanza, et al., joined by several New York State Senators and the Minority Leader of the New York State Assembly, William A. Barclay and Assembly Members Robert Smullen and Christopher Tague, et al., joined by several Members of the New York State Assembly
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees ) (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ John Ciampoli, Esq.

Type or Print Name: John Ciampoli, Esq.