

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Zachary A. Waksman
John J. Connor
Gregory P. Fair
Darienn P. Balin
Trevor McDaniel
Meir Teitelbaum
Meira N. Hertzberg
Valerie T. Didamo

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email   law@syrgov.net

www.syr.gov

February 24, 2023

*Via Electronic Filing*
Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:     *Antonyuk v. Hochul*, Nos. 22-2908, 22-2978 (Con.)

Dear Ms. Wolfe:

My office represents Defendant-Appellant Joseph Cecile ("Chief Cecile") in the above related matters. I write concerning the motion for leave to file an amicus brief filed by various New York State Legislators on February 23, 2023. Dkt. No. 351. For the reasons stated in the letter of Philip J. Levitz, Assistant Solicitor General, Dkt. No. 356, Chief Cecile respectfully requests this Court deny the proposed amici's motion for leave to file their brief.

Thank you for your consideration in this matter.

Very truly yours,

*Danielle R. Smith*

Danielle R. Smith
Assistant Corporation Counsel

cc:     All counsel of record, *via ECF*

Word Count: 136

*Service of papers or process by facsimile or other electronic method is not acceptable.*