# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand and twenty-three,

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

      Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

      Defendants - Appellants,

_____

**ORDER**
Docket Nos. 22-2908 (L), 22-2972 (Con.)

      Movants '30 Members of New York State Legislature' request leave to file an *amicus curiae* brief in support of the Appellees. Appellants oppose the motion.

      IT IS HEREBY ORDERED that the motion is DENIED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

