

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

March 16, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Antonyuk v. Hochul*, Nos. 22-2908, 22-2978

Dear Ms. Wolfe:

I represent the state appellants, Steven Nigrelli and Matthew Doran, in the above-captioned appeal. I also represent the state appellant in *Hardaway v. Nigrelli*, No. 22-2933, *Christian v. Nigrelli*, No. 22-2987, and *Spencer v. Nigrelli*, No. 22-3237, all of which are calendared for argument together with the above-captioned appeal on Monday, March 20, 2023.

I respectfully request permission to bring an electronic device, namely my Apple iPhone, into the courtroom on the day of the argument. I make this request to facilitate logistical coordination with my colleagues in advance of the argument. I do not intend to use the phone during the argument and will shut the phone off when the argument begins.  Thank you for your consideration of this request.

Respectfully,

*/s/ Ester Murdukhayeva*

Ester Murdukhayeva
Deputy Solicitor General
(212) 416-6279

cc: Counsel of record (by ECF)

28 LIBERTY STREET, NEW YORK, NY 10005-1400 • PHONE (212) 416-8020 • FAX (212) 416-8962 *NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV