# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty three,

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

 Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

 Defendants - Appellants,

Kathleen Hochul, in her Official Capacity as the Governor of the State of New York, William Fitzpatrick, in his Official Capacity as the Onondaga County District Attorney, Eugene Conway, in his Official Capacity as the Sheriff of Onondaga County, P. David Soares, in his Official Capacity as the District Attorney of Albany County, Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, Don Hilton, in his Official Capacity as the Sheriff of Oswego County, Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County,

 Defendants.

**ORDER**
Docket No. 22-2908

 Ester Murdukhayeva, Esq. is hereby authorized to bring an iPhone into Courtroom 1703 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs,

appendices, and other material directly related to oral argument in the above-referenced scheduled for Monday, March 20, 2023. Any use of the computer is limited to counsel's table.

Counsel identified in this Order certifies that she will not use the iPhone inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the iPad lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court