

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

August 10, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Antonyuk v. Hochul*, Nos. 22-2908, 22-2978

Dear Ms. Wolfe:

I represent state defendants-appellants, Steven Nigrelli and Matthew Doran, in the above-captioned appeal. I write in response to the plaintiffs-appellees' August 9, 2023, letter, submitted under Federal Rule of Appellate Procedure 28(j).

Plaintiffs draw this Court's attention to an out-of-circuit district-court decision that temporarily restrained enforcement of certain provisions of Hawaii's laws governing firearms in sensitive places and on private property. The decision emphasized (at 90) that the court's "rulings could be changed at the preliminary injunction stage," because the State may proffer additional supporting evidence at that time. The decision also held (at 81-82) that Hawaii's private-property provision does not violate the First Amendment. This tentative and preliminary decision has minimal, if any, relevance to this case.

In any event, the Hawaii court is not alone in having addressed constitutional challenges to sensitive-place provisions since the close of briefing in this appeal, and several decisions rendered since that time have correctly refused to enjoin enforcement of New York's own sensitive-place

28 LIBERTY STREET, NEW YORK, NY 10005-1400 • PHONE (212) 416-8020 • FAX (212) 416-8962 *NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

provisions or analogous provisions in other States. For instance, two judges of the U.S. District Court for the Southern District of New York refused to preliminarily enjoin several of New York's sensitive-place provisions, including the place-of-worship provision at issue in this appeal. *See Goldstein v. Hochul*, No. 22-cv-8300, 2023 WL 4236164 (S.D.N.Y. June 28, 2023); *Frey v. Nigrelli*, No. 21-cv-5334, 2023 WL 2473375 (S.D.N.Y. March 13, 2023). The U.S. District Court for the District of Maryland likewise declined to enjoin various sensitive-place provisions of Maryland's law, including those governing places of worship and parks. *See Maryland Shall Issue, Inc. v. Montgomery Cnty., Maryland*, No. 21-cv-1736, 2023 WL 4373260 (D. Md. July 6, 2023). In addition, the Third Circuit stayed a district court's preliminary injunction of certain sensitive-place provisions of New Jersey's law. *See* Order, *Koons v. Att'y Gen. N.J.*, No. 23-1900 (3d Cir. June 20, 2023).

These cases further support appellants' arguments in support of reversal of the preliminary injunction issued by the district court in this case.

Respectfully,

/s/ Philip J. Levitz

Philip J. Levitz
Assistant Solicitor General
(212) 416-6325

cc: Counsel of record (by ECF)