

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsel**
Todd M. Long
Meghan E. Ryan

**First Assistant Senior Corporation Counsel**
John C. Black Jr.
Catherine E. Carnrike
Amanda R. Harrington
Danielle B. Pires
Danielle R. Smith

**Assistant Corporation Counsel**
Darienn P. Balin
John J. Connor
Valerie T. Didamo
Gregory P. Fair
Meira N. Hertzberg
Trevor McDaniel
Patrick J. Parkinson
Meir Teitelbaum
Zachary A. Waksman

**Department of Law Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Housing 315 448-8409
Fax     315 448-8381
Email   law@syr.gov

www.syr.gov

August 14, 2023

***Via Electronic Filing***
Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *Antonyuk v. Hochul*, Nos. 22-2908, 22-2978

Dear Ms. Wolf:

My office represents Defendant-Appellant Chief of Police Joseph Cecile ("Chief Cecile") in the above consolidated matters. I write in response to Plaintiffs-Appellees' letter submitted pursuant to Federal Rule of Appellate Procedure 28(j), dated August 9, 2023. Dkt. No. 381-1. Rule 28(j) creates a mechanism for a party to submit "*pertinent and significant* authorities" post-briefing. FRAP 28(j) (emphasis added). However, Plaintiffs rely on an out-of-circuit district court order. *Id.* Further diminishing the order's significance (and as noted by the State Defendant in their letter of August 10, 2023, Dkt. No. 385), the district court acknowledged that its "rulings could be changed at the preliminary injunction stage." Dkt. No. 381-1.

Chief Cecile therefore submits that the district court's order has little relevance to the facts and issues presented here.

Thank you for your attention in this matter.

Very Truly Yours,

Danielle R. Smith
First Assistant Senior Corporation Counsel

cc:  All Counsel of record (*via ECF*)

*Service of papers or process by facsimile or other electronic method is not acceptable.*