

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsel**
Todd M. Long
Meghan E. Ryan

**First Assistant Senior Corporation Counsel**
John C. Black Jr.
Catherine E. Carnrike
Amanda R. Harrington
Danielle B. Pires
Danielle R. Smith

**Assistant Corporation Counsel**
Darienn P. Balin
John J. Connor
Valerie T. Didamo
Meira N. Hertzberg
Trevor McDaniel
Patrick J. Parkinson
Meir Teitelbaum
Zachary A. Waksman

**Department of Law Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Housing 315 448-8409
Fax       315 448-8381
Email    law@syr.gov

www.syr.gov

November 3, 2023

<u>*Via Electronic Filing*</u>
Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *Antonyuk v. Hochul*, Nos. 22-2908, 22-2972

Dear Ms. Wolf:

My office represents Defendant-Appellant Chief of Police Joseph Cecile ("Chief Cecile") in the above consolidated matters. I write in response to Plaintiffs-Appellees' letter submitted pursuant to Federal Rule of Appellate Procedure 28(j), dated October 27, 2023. Dkt. No. 400. For the reasons stated in the State Defendants' letter of November 2, 2023, Dkt. No. 402, Chief Cecile respectfully submits that the district court's decision in *Srour v. New York City, New York*, 2023 WL 7005172 (S.D.N.Y. Oct. 24, 2023), does not constitute a "pertinent and significant authorit[y]" as contemplated by FRAP 28(j).

Thank you for your attention in this matter.

Very Truly Yours,

*Danielle R Smith*

Danielle R. Smith
First Assistant Senior Corporation Counsel

cc:   All Counsel of record (*via ECF*)

*Service of papers or process by facsimile or other electronic method is not acceptable.*