# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand twenty-three.

Before:     Eunice C. Lee,
                  *Circuit Judge,*

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille,
Joseph Mann, Leslie Leman, Lawrence Sloane,          **ORDER**

       Plaintiffs - Appellees,          Docket Nos. 22-2908(L), 22-2972(Con)

v.


Steven A. Nigrelli, in his Official Capacity as
Acting Superintendent of the New York State
Police, Matthew J. Doran, in his Official Capacity
as the Licensing Official of Onondaga County,
Joseph Cecile, in his Official Capacity as the Chief
of Police of Syracuse,

       Defendants – Appellants.

_____

Appellees move the Court to strike the FRAP 28(j) letter dated October 12, 2023, filed by Amicus Curiae Everytown for Gun Safety.

IT IS HEREBY ORDERED that the motion to strike is DENIED.


For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court