# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 22, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Ivan Antonyuk, et al.
          v. Steven G. James, In His Official Capacity as Acting
          Superintendent of New York State Police, et al.
          No. 23-910
          (Your No. 22-2908, 22-2972, 22-2933, 22-2987, 22-3237)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 20, 2024 and placed on the docket February 22, 2024 as No. 23-910.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Sara Simmons
          Case Analyst