# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  Ivan Antonyuk, et al.
           v. Steven G. James, et al.
           No. 23-910 (Your docket Nos. 22-2908, 22-2972, 22-2933, 22-2987, 22-3237)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Robert Jeffrey Olson, Esq.
William J. Olson P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22810-5615

Mr. Todd Michael Long, Esq.
Senior Corporation Counsel
Office of the Corporation Counsel,
  City of Syracuse, New York
233 East Washington Street
  300 City Hall
Syracuse, NY 13202

Ms. Barbara Dale Underwood, Esq.
Solicitor General
Office of the Attorney General
28 Liberty Street
New York, NY 10005-1400

Re:  Ivan Antonyuk, et al.
     v. Steven G. James, et al.
     No. 23-910

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:**          **$300.00**

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 2d Cir.
     (Your docket Nos. 22-2908, 22-2972, 22-2933, 22-2987, 22-3237)

# Supreme Court of the United States

No. 23–910

**IVAN ANTONYUK, ET AL.,**

Petitioners

v.

**STEVEN G. JAMES, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *United States* v. *Rahimi*, 602 U. S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioners, Ivan Antonyuk, et al., recover from Steven G. James, In His Official Capacity as Acting Superintendent of New York State Police, et al., Three Hundred Dollars ($300.00) for costs herein expended.

July 2, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States