UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-four,

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

    Plaintiffs - Appellees,

v.

Dominic L. Chiumento, in his Official Capacity as the Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing
Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

    Defendants - Appellants,

Kathleen Hochul, in her Official Capacity as the Governor of the State of New York, William Fitzpatrick, in his Official Capacity as the Onondaga County District Attorney, Eugene Conway, in his Official Capacity as the Sheriff of Onondaga County, P. David Soares, in his Official Capacity as the District Attorney of Albany County, Gregory Oakes, in his Official Capacity as the District Attorney of
Oswego County, Don Hilton, in his Official Capacity as the Sheriff of Oswego County, Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County,

    Defendants.

**ORDER**
Docket Nos. 22-2908 (L),
              22-2972 (Con)

By the Supreme Court's Judgment filed on August 5, 2024. The above referenced case is reinstated restoring jurisdiction to this Court. The mandate in this case is hereby recalled and the case is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court