Show record details

This is a Perma.cc record
Captured December 7, 2023 9:35 am
View Mode: Standard | Screenshot

View the live page ›

What is Perma.cc?


 **Bay Area Census**
 

Home | Contact

California | Bay Area | Counties | **Cities** | Tracts/Blocks

Transportation | Historical Data | Maps | Links | FAQ

## City of Oakland
### Alameda County

**Decennial Census data**
1860-1940 | 1950-1960 | 1970-1990 | 2000-2010
In excel: 1860-2010

| Census Data for the year: | | |
|---|---|---|
| 1930 Total population | 284,063 | |
| 1920 Total population | 216,261 | |
| 1910 Total population | 150,174 | |
| 1900 Total population | 66,960 | |
| 1890 Total population | 48,682 | |
| 1880 Total population | 34,555 | |
| 1870 Total population | 10,500 | |
| 1860 Total population | 1,543 | |

**1940 Census**

| | | |
|---|---:|---:|
| **TOTAL POPULATION** | 302,163 | 100.0% |
| | | |
| **RACE** | | |
| White | 287,936 | 95.3% |
| Non white | 14,227 | 4.7% |
| Negro | 8,462 | 2.8% |
| Other races | 5,765 | 1.9% |
| | | |
| **COUNTRY OF BIRTH OF FOREIGN BORN WHITE** | | |
| All countries | 42,661 | 100.0% |
| England and Wales | 4,255 | 10.0% |
| Germany | 3,682 | 8.6% |
| Italy | 5,707 | 13.4% |
| Spain and Portugal | 3,709 | 8.7% |
| Asia | 565 | 1.3% |
| Canada - French | 341 | 0.8% |
| Canada - other | 4,205 | 9.9% |
| Mexico | 1,565 | 3.7% |
| | | |
| **SEX** | | |
| Male | 149,227 | 49.4% |
| Female | 152,936 | 50.6% |
| | | |
| **AGE** | | |
| Under 5 years | 17,337 | 5.7% |
| 5 to 19 years | 57,471 | 19.0% |
| 20 to 64 years | 201,779 | 66.8% |
| 65 years and over | 25,576 | 8.5% |
| | | |
| **HOUSING OCCUPANCY** | | |
| All dwelling units | 103,709 | 100.0% |
| Occupied dwelling units | 99,325 | 95.8% |
| Owner occupied | 42,593 | 42.9% |
| Tenant occupied | 56,732 | 57.1% |
| Vacant | 4,069 | 3.9% |
| All dwelling units 1-family detached | 61,122 | 58.9% |
| Population per occupied dwelling unit | 3.04 | X |
| All owner occupied average value dollars | 4,414 | X |
| All owner occupied median value dollars | 4,012 | X |
| Median gross monthly rent dollars | 28.92 | X |
| | | |
| **YEARS OF SCHOOL COMPLETED** | | |
| Population 25 years and over | 202,575 | 100.0% |
| High school 4 years | 49,927 | 24.6% |
| College 4 years or more | 12,334 | 6.1% |
| | | |
| **EMPLOYMENT STATUS** | | |
| Persons 14 years and over | 253,978 | 100.0% |
| In labor force | 134,746 | 53.1% |
| Employed | 113,972 | 44.9% |
| Seeking work | 12,701 | 5.0% |

Cited in Antonyuk v. James, no. 22-2908(L), archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

| | | |
|---|---:|---:|
| Not in labor force | 119,232 | 46.9% |
| **EMPLOYMENT BY OCCUPATION** | | |
| Employed | 113,972 | 100.0% |
| Professional workers | 8,334 | 7.3% |
| Semiprofessional workers | 1,931 | 1.7% |
| Proprietors, managers, and officials | 13,718 | 12.0% |
| Clerical, sales and kindred | 30,465 | 26.7% |
| Craftsmen, foremen, and kindred | 17,478 | 15.3% |
| Operatives and kindred | 18,872 | 16.6% |
| Domestic service | 2,799 | 2.5% |
| Service except domestic | 11,308 | 9.9% |
| Laborers | 8,129 | 7.1% |
| Occupation not reported | 938 | 0.8% |

**Source:** 1940 Census, DOF Research

**Decennial Census data**
1860-1940 | 1950-1960 | 1970-1990 | 2000-2010
In excel: 1860-2010
All Census Bureau data

Top

California | Bay Area | Counties | Cities | Tracts/Blocks | Transportation
Historical Data | Maps | Links | FAQ | Home | Contact | MTC | ABAG

MTC-ABAG Library, 375 Beale Street, Suite 800, San Francisco, CA 94105
415-778-5236, library@mtc.ca.gov

Cited in Antonyuk v. James, no. 22-2908(L), archived on 10/24/2024

This document is protected by copyright. Further reproduction is prohibited without permission.