Show record details
This is a Perma.cc record
Captured December 7, 2023 9:37 am
View Mode: Standard Screenshot
View the live page
What is Perma.cc?




An official website of the United States government Here's how you know

**United States Census Bureau**

Partners  Researchers  Educators  Survey Respondents

News  NAICS Codes  Jobs  About Us  Contact Us  Help

Topics  Data & Maps  Surveys & Programs  Resource Library

Search data, events, resources, and mo...

// Census.gov / Census Working Papers / Population of the 100 Largest Cities and Other Urban Places

**Within Library**

- About the Library
- America Counts: Stories
- Audio
- By the Numbers
- Fact Sheets
- Infographics & Visualizations
- Photos
- Publications
- References
- Spotlights
- Videos
- Working Papers

# Population of the 100 Largest Cities and Other Urban Places In The United States: 1790 to 1990

June 1998
Written by: Campbell Gibson
Working Paper Number POP-WP027

## Abstract

This paper presents decennial census population totals for the 100 largest cities and other urban places in the United States based on the 21 decennial censuses taken from 1790 to 1990. The paper represents the first time that the populations of the largest urban places at each census have been published in a single report and was prepared in response to numerous requests for this type of information.

Share  Facebook  Twitter  LinkedIn

## Acknowledgments

This paper was prepared in Population Division with the statistical and clerical collaboration of Emily Lennon and Kay Jung. Several reviewers provided useful comments: Richard L. Forstall, Donald C. Dahmann, John F. Long, Louisa F. Miller, Michael R. Ratcliffe, Linda M. Showalter, and Linda S. Morris.

## Disclaimer

This paper reports the results of research and analysis undertaken by Census Bureau staff. It has undergone a more limited review than official Census Bureau publications. This report is released to inform interested parties of research and to encourage discussion.

**Related Information**

WORKING PAPER
Population Working Papers

Population Division Technical Working Papers

## CONTENTS

Introduction
Urban and Urban Place
City Populations and Annexations
Cities and Their Suburbs
Explanations of Detailed Tables
Sources and Limitations of the Data
Notes for Individual Places
References

## TEXT TABLES

A. Population, Land Area, and Density for the 20 Largest Cities: 1990

B. Population of the 20 Largest Cities and Urbanized Areas: 1990

Cited in Antonyuk v. James, no. 22-2908(L), archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

# DETAILED TABLES

- 1. Rank by Population of the 100 Largest Urban Places, Listed Alphabetically by State: 1790-1990 [<1.0 MB]
- 2. Population of the 24 Urban Places: 1790 [<1.0 MB]
- 3. Population of the 33 Urban Places: 1800 [<1.0 MB]
- 4. Population of the 46 Urban Places: 1810 [<1.0 MB]
- 5. Population of the 61 Urban Places: 1820 [<1.0 MB]
- 6. Population of the 90 Urban Places: 1830 [<1.0 MB]
- 7. Population of the 100 Largest Urban Places: 1840 [<1.0 MB]
- 8. Population of the 100 Largest Urban Places: 1850 [<1.0 MB]
- 9. Population of the 100 Largest Urban Places: 1860 [<1.0 MB]
- 10. Population of the 100 Largest Urban Places: 1870 [<1.0 MB]
- 11. Population of the 100 Largest Urban Places: 1880 [<1.0 MB]
- 12. Population of the 100 Largest Urban Places: 1890 [<1.0 MB]
- 13. Population of the 100 Largest Urban Places: 1900 [<1.0 MB]
- 14. Population of the 100 Largest Urban Places: 1910 [<1.0 MB]
- 15. Population of the 100 Largest Urban Places: 1920 [<1.0 MB]
- 16. Population of the 100 Largest Urban Places: 1930 [<1.0 MB]
- 17. Population of the 100 Largest Urban Places: 1940 [<1.0 MB]
- 18. Population of the 100 Largest Urban Places: 1950 [<1.0 MB]
- 19. Population of the 100 Largest Urban Places: 1960 [<1.0 MB]
- 20. Population of the 100 Largest Urban Places: 1970 [<1.0 MB]
- 21. Population of the 100 Largest Urban Places: 1980 [<1.0 MB]
- 22. Population of the 100 Largest Urban Places: 1990 [<1.0 MB]
- 23. 1990 Population and Maximum Decennial Census Population of Urban Places Ever Among the 100 Largest Urban Places, Listed Alphabetically by State: 1790-1990 [<1.0 MB]
- 24. Population at Selected Ranks from 1st to 100th of the Largest Urban Places: 1790-1990 [<1.0 MB]
- 25. Distribution of the 10, 25, 50, and 100 Largest Urban Places, by Section and Subsection of the United States: 1790-1990 [<1.0 MB]
- 26. Distribution of the 100 Largest Urban Places, by Region, Division, and State: 1790-1990 [<1.0 MB]

## Introduction

This report presents decennial census population totals for the largest urban places in the United States based on the 21 decennial censuses taken from 1790 to 1990. Through 1940, these urban places were all legally incorporated places such as cities, towns, and boroughs. Since 1950, when the urban definition was broadened, a few unincorporated places have also been included. The title of this report uses the term "largest cities and other urban places" to reflect the fact that for most of the 1790-1990 period (since 1870), nearly all the largest urban places have been legally defined as cities. The term "largest urban places" is used frequently in this report for simplicity.

Data on the largest urban places for the 1940-1990 period are based on census reports for each of these censuses. For the 1790-1930 period, the data are based on an historical series developed by the Census Bureau during the 1930s, as discussed later. Based on this research, 1840 was the first census year in which there were as many as 100 urban places. The numbers of urban places included in this report for previous census years are 24 in 1790, 33 in 1800, 46 in 1810, 61 in 1820, and 90 in 1830.

Since 1890, census volumes have regularly included tables showing the largest cities in the United States ranked by total population: 25,000 or more in 1890 and 1900; and 100,000 or more since 1910. In some census reports, tables showing the 50 largest cities at selected preceding censuses have also been included. For example, the 1910 census included these data from 1840 to 1900, and the 1990 census included such data for 1850, 1900, and 1980. The present report represents the first time that the populations of the largest urban places

Cited in Anonyuk v. James, no. 22-2908(L), archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

in the United States at each census since 1790 have appeared in a single report.

The next three sections of the text -- Urban and Urban Place, City Populations and Annexations, and Cities and Their Suburbs -- provide general background on definitions and comparability of population totals for urban places. These sections are followed by Explanations of Detailed Tables, Sources and Limitations of the Data, Notes for Individual Places, References, and the 26 detailed tables.

## Urban and Urban Place

This section provides an overview of the definitions of urban and urban place in censuses of the United States, with a focus on criteria and changes most pertinent to the lists of the largest urban places presented in this report. For more details, see Truesdell, 1949 (in References) and census publications since 1950.

It was not until 1874, in the *Statistical Atlas of the United States* (Walker, 1874) that a systematic attempt to define the urban population of the United States since 1790 appeared in a census publication. The urban definition adopted in that report was the population in places (generally, cities and towns) of 8,000 or more population. The urban threshold was dropped to 4,000 in the 1880 census and to 2,500 in the 1910 census.

The historical series developed by the Census Bureau during the 1930s on the populations of all urban places (2,500 or more population) since 1790 used the 1930 definition of urban. This work, which identified some corrections to urban places and their populations at earlier censuses, underlies tables on the urban population by size of place since 1790 that first appeared in 1940 census reports. These tables have been updated in each subsequent census.

In 1930 and again in 1940, the definition of urban included the following three categories: (1) cities and other incorporated places of 2,500 or more population; (2) towns in Massachusetts, New Hampshire, and Rhode Island in which 2,500 or more inhabitants lived in a village or other thickly settled area and more than one-half of the town's population lived in such areas; and (3) townships and other political subdivisions, not incorporated in whole or in part as municipalities, with a total population of 10,000 or more and an average density of 1,000 or more persons per square mile. The second category reflected the fact that in these three states, towns with less than 10,000 population were not typically incorporated in whole or in part as municipalities. (In the New England states, New York, and Wisconsin, the primary minor civil divisions are termed towns, but correspond generally to townships in many other states.)

In 1950, the urban definition was changed to include the following three categories: (1) incorporated cities, towns (except in the New England states, New York, and Wisconsin, for the reason noted above), boroughs, and villages with 2,500 or more inhabitants; (2) unincorporated territory in the "urban fringe" of cities of 50,000 or more population; and (3) unincorporated places of 2,500 or more inhabitants defined by the Census Bureau. The changes from the 1940 definition were designed to improve the classification of densely settled unincorporated territory and were made in conjunction with the first delineation of urbanized areas. Urbanized areas were defined generally as cities with 50,000 or more inhabitants and their surrounding densely settled urban fringe, whether or not incorporated. (Urbanized areas differ in concept from metropolitan areas, which were also first defined in 1950. In general, metropolitan areas were defined as cities with 50,000 or more inhabitants, their counties, and surrounding counties which had a high degree of social and economic integration with the core. Metropolitan areas thus included urban population not contiguous to the core as well as rural population.)

Changes in the urban definition since 1950 have been relatively minor. Starting in 1960, the Census Bureau defined unincorporated places not only outside urbanized areas, but also in unincorporated territory in the urban fringe of urbanized areas.

Starting in 1970, "extended cities" were identified in cases where city boundaries included large areas that were sparsely populated. In an extended city, a portion of the land area and its population (if any) are defined as rural, even though within official city boundaries. Among the 100 largest cities and other urban places, the number of extended cities was 12 in 1970, 13 in 1980, and 22 in 1990. In this report, these cities are ranked by their total populations, and their urban populations are given in Notes for Individual Places.

Starting in 1980, the term "census designated place" (CDP) replaced "unincorporated place" (U). For simplicity and since the concept has not changed, the current term, CDP, is used throughout this report to designate unincorporated places. The CDPs appearing in this report are Arlington, VA; Honolulu, HI; and Metairie, LA (see Notes for Individual Places).

## City Populations and Annexations

Cited in Anonymuk v James, no. 22-2908(L), archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

## City Populations and Annexations

The populations and rankings shown in this report are based on the boundaries of cities (and other urban places) at the time of each census (or at a cutoff date shortly before the census to facilitate planning). Historically, growth in city populations has been due partly to annexations of surrounding territory that have added immediately to total population and/or have facilitated future population growth. For a variety of reasons, notably differences in state laws and practices, the frequency and size of annexations have differed greatly among cities. For example, Philadelphia and New York had large annexations in 1854 and 1898, respectively, and no significant annexations since, while many cities have had frequent annexations.

Some cities, especially in the South and West in recent decades, have had large annexations well before urban-type settlement in the annexed areas. A few of these annexations are related to consolidations of city and county governments. The details of these consolidations vary considerably; however, the five consolidated cities included in this report include at least 90 percent and sometimes 100 percent of the populations of their parent counties. These consolidated cities are: Jacksonville, FL (1970-1990); Columbus, GA (1980-1990); Indianapolis, IN (1970-1990); Lexington, KY (1980-1990); and Nashville, TN (1970-1990).

One result of the differences in annexation practices is an increasing range in density (average population per square mile) among cities, including cities similar in population size. The wide range in land area and density is illustrated in Table A with data for the 20 largest cities in the United States in 1990 (rounded data from Table 22).

Table A. Population, Land Area, and Density for the 20 Largest Cities: 1990

| Rank | City | Population (thousands) | Land area (sq. miles) | Density (average population per sq. mile) |
|---|---|---|---|---|
| 1 | New York, NY | 7,323 | 309 | 23,700 |
| 2 | Los Angeles, CA | 3,485 | 469 | 7,400 |
| 3 | Chicago, IL | 2,784 | 227 | 12,300 |
| 4 | Houston, TX | 1,631 | 540 | 3,000 |
| 5 | Philadelphia, PA | 1,586 | 135 | 11,700 |
| 6 | San Diego, CA | 1,111 | 324 | 3,400 |
| 7 | Detroit, MI | 1,028 | 139 | 7,400 |
| 8 | Dallas, TX | 1,007 | 342 | 2,900 |
| 9 | Phoenix, AZ | 983 | 420 | 2,300 |
| 10 | San Antonio, TX | 936 | 333 | 2,800 |
| 11 | San Jose, CA | 782 | 171 | 4,600 |
| 12 | Baltimore, MD | 736 | 81 | 9,100 |
| 13 | Indianapolis, IN | 731 | 362 | 2,000 |
| 14 | San Francisco, CA | 724 | 47 | 15,500 |
| 15 | Jacksonville, FL | 635 | 759 | 800 |
| 16 | Columbus, OH | 633 | 191 | 3,300 |
| 17 | Milwaukee, WI | 628 | 96 | 6,500 |
| 18 | Memphis, TN | 610 | 256 | 2,400 |
| 19 | Washington, DC | 607 | 61 | 9,900 |
| 20 | Boston, MA | 574 | 48 | 11,900 |

Among the 20 largest cities in 1990, 5 had a density of 10,000 or more, 5 had a density of 5,000 to 9,999, and 10 had a density under 5,000. Among the 20 largest cities in 1910 and in 1950, 13 had a density of 10,000 or more, 4 had a density of 5,000 to 9,999, and 3 had a density under 5,000 (Tables 14 and 18).

## Cities and Their Suburbs

As noted in the previous section, the populations and rankings in this report are based on the boundaries of the cities at the time of each census. Population ranks for large cities alone do not necessarily reflect population ranks of these cities combined with their suburbs. However, data on metropolitan districts (defined 1910-1940) and urbanized areas (defined 1950-1990) suggest that through 1950, there was a high correlation between population ranks for large cities alone and for these cities combined with their suburbs.

In 1950, the 20 largest cities were also the largest cities in the 20 largest

Cited in Antonyuk v. James, no. 22-2908, archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

urbanized areas. In only one case did the ranks differ by five or more. (Baltimore ranked 6th in population among cities and 12th in population among urbanized areas.) By 1990, the situation had changed dramatically, due partly to differences in annexation practices described previously, as illustrated in Table B. Urbanized areas, which frequently have more than one city name in their titles and/or extend into more than one state, are identified in this table by the names of their single largest cities.

In 1990, the 20 largest cities were the largest cities in only 13 of the 20 largest urbanized areas. In the 27 cases where a city and/or its urbanized area ranked in the 20 largest, there were 20 cases in which the ranks differed by 5 or more and 9 cases in which the ranks differed by 20 or more. (For example, San Antonio ranked 10th in population among cities and 31st in population among urbanized areas whereas Atlanta ranked 36th in population among cities and 12th in population among urbanized areas.)

**Table B. Population of the 20 Largest Cities and Urbanized Areas: 1990**

| Name | City | | Urbanized Area | |
|---|---|---|---|---|
| | Rank | Population (thousands) | Rank | Population (thousands) |
| New York, NY | 1 | 7,323 | 1 | 16,044 |
| Los Angeles, CA | 2 | 3,485 | 2 | 11,403 |
| Chicago, IL | 3 | 2,784 | 3 | 6,792 |
| Houston, TX | 4 | 1,631 | 9 | 2,902 |
| Philadelphia, PA | 5 | 1,586 | 4 | 4,222 |
| San Diego, CA | 6 | 1,111 | 11 | 2,348 |
| Detroit, MI | 7 | 1,028 | 5 | 3,698 |
| Dallas, TX | 8 | 1,007 | 8 | 3,198 |
| Phoenix, AZ | 9 | 983 | 14 | 2,006 |
| San Antonio, TX | 10 | 936 | 31 | 1,129 |
| San Jose, CA | 11 | 782 | 23 | 1,435 |
| Baltimore, MD | 12 | 736 | 17 | 1,890 |
| Indianapolis, IN | 13 | 731 | 36 | 915 |
| San Francisco, CA | 14 | 724 | 6 | 3,630 |
| Jacksonville, FL | 15 | 635 | 44 | 738 |
| Columbus, OH | 16 | 633 | 35 | 945 |
| Milwaukee, WI | 17 | 628 | 27 | 1,226 |
| Memphis, TN | 18 | 610 | 39 | 825 |
| Washington, DC | 19 | 607 | 7 | 3,363 |
| Boston, MA | 20 | 574 | 10 | 2,775 |
| Seattle, WA | 21 | 516 | 18 | 1,744 |
| St. Louis, MO | 34 | 397 | 15 | 1,947 |
| Atlanta, GA | 36 | 394 | 12 | 2,158 |
| Pittsburgh, PA | 40 | 370 | 20 | 1,679 |
| Minneapolis, MN | 42 | 368 | 13 | 2,080 |
| Miami, FL | 46 | 359 | 16 | 1,915 |
| Tampa, FL | 55 | 280 | 19 | 1,709 |

## Explanations of Detailed Tables

This section provides brief explanations of the data in the detailed tables. These data are consistent with each census as published and thus include some urban places that subsequently were annexed by other urban places. Information on these annexations, changes in names (e.g., West Troy, NY to Watervliet, NY) and state locations (e.g., Wheeling, VA to Wheeling, WV) of urban places, extended cities, and various other items is presented in Notes for Individual Places.

### Table 1. Rank by Population of the 100 Largest Urban Places, Listed Alphabetically by State: 1790-1990

This table lists alphabetically by state and ranks by population all urban places which have ever been among the 100 largest urban places at the time of any census in the 1790-1990 period. An asterisk after a place name indicates that there is additional information about the place in Notes for Individual Places. Altogether, there are 257 different places listed. Two places, Alexandria (DC and

VA) and Wheeling (VA and WV) are listed twice. The number of places listed for each state is shown in the stub of the table. The states with the largest numbers of places listed are Massachusetts (30), Pennsylvania (22), and New York (21). There are six states which have never had an urban place among the 100 largest in the United States: Vermont, North Dakota, South Dakota, Montana, Idaho, and Wyoming.

For those censuses in which a place was among the 100 largest urban places, the rank is shown, with ties, which are rare, designated by a "T" after the rank. Six places, all in Atlantic seaboard states, have been among the 100 largest urban places at each census in the 1790-1990 period. In 1790 rank order, they are New York, NY; Philadelphia, PA; Boston, MA; Baltimore, MD; Richmond, VA; and Norfolk, VA.

### Tables 2-22. Population of the 100 Largest Urban Places: (census year)

These 21 tables list in rank order the largest urban places and their populations at each census starting with 1790 (Table 2) and ending with 1990 (Table 22). As noted earlier, 1840 was the first census year in which there were as many as 100 urban places.

Tables 2-22 indicate the legal designation of each urban place. For incorporated places, these designations include city, town, borough, village, township, and district. Unincorporated places are designated as CDPs (census designated places). The legal designation of district appears only for five places which were annexed to Philadelphia city in 1854 when it annexed the balance of Philadelphia County: Kensington, Moyamensing, Northern Liberties, Southwark, and Spring Garden.

Legal terms for different types of municipalities are governed by state (not Federal) laws and frequently are not comparable among states. In some states, places with less than 1,000 population can be incorporated as cities. In those New England states where portions of towns are not separately incorporated, towns typically are not reincorporated as cities unless they have at least 10,000 population and frequently not until their populations are substantially larger.

The tables include land area and population density as well as total population starting in 1910, the first census year in which data on land area are available on a systematic basis in Census Bureau publications. There are several reasons why the land area of an urban place can change from one census to the next. In addition to annexations, there may be detachments of territory, boundary adjustments, reclamation projects that create new land area, changes in how swampy areas are classified, and changes in measurement techniques. As a result, small changes in land area (in either absolute or proportionate terms) may have little significance.

### Table 23. 1990 Population and Maximum Decennial Census Population of Urban Places Ever Among the 100 Largest Urban Places, Listed Alphabetically by State: 1790-1990

This table lists alphabetically by state all urban places which have ever been among the 100 largest urban places at any census in the 1790-1990 period and shows their populations in 1990 and their maximum decennial census populations. Most urban places listed in this table in the Northeast and Midwest peaked in population before 1990, while a much larger proportion of urban places in the South and West had their maximum census population to date in 1990. In part, this difference reflects differences in annexation practices discussed earlier.

### Table 24. Population at Selected Ranks from 1st to 100th of the Largest Urban Places: 1790-1990

This table shows the population at selected ranks from 1st to 100th of the largest urban places from 1790 to 1990. The data in the table thus indicate the change in population needed to maintain a specific rank over time. From 1790 to 1930, the population at each selected rank increased in each decade. Since 1930, there have been some decreases. In 1990, the population was below the peak census population at several ranks shown in the table: 1st through 5th, 15th, 20th, 25th, and 30th.

### Table 25. Distribution of the 10, 25, 50, and 100 Largest Urban Places, by Section and Subsection of the United States: 1790-1990

This table shows the distribution of the 10 largest, 25 largest, 50 largest, and 100 largest urban places for specified areas of the United States at each census from 1790 to 1990. These specified areas differ somewhat from the four regions and nine divisions currently used by the Census Bureau and include, to use different terminology, three sections and four subsections.

The four regions -- Northeast, North Central (subsequently renamed Midwest), South, and West -- were introduced in the 1940s and replaced the three sections

introduced in the 1910 census: North, South, and West. (For the history of census regional divisions and their predecessors as far back as 1790, see Dahmann, 1992.) For the presentation of historical data on the number of urban places, the three sections are preferable because they permit direct comparisons of North and South. The North and South are each divided in this table into two subsections which recognize the westward expansion of settlement from the Atlantic seaboard and facilitate comparisons of the eastern and central portions of the United States.

The states in each section and subsection can be determined by using the following diagram together with the listing of states in Table 26.

| Sections and subsections shown in Table 25 | Corresponding Census Bureau regions and divisions |
|---|---|
| North section | (no counterpart) |
| Northeast subsection | Northeast region<br>　New England division<br>　Middle Atlantic division |
| North Central subsection | Midwest region<br>　East North Central division<br>　West North Central division |
| South section | South region |
| Southeast subsection | South Atlantic division |
| South Central subsection | East South Central division<br>West South Central division |
| West section | West region<br>　Mountain division<br>　Pacific division |

The data in Table 25 show that well over half of the largest urban places were located in the North through the nineteenth century. During the twentieth century, there has been a decline in the number of the largest urban places located in the North and increases in the numbers located in the South and West. As a result, the numbers of the largest urban places in the three sections of the United States have converged.

### Table 26. Distribution of the 100 Largest Urban Places, by Region, Division, and State: 1790-1990

The changing distribution of the 100 largest urban places in the United States by section (North, South, and West) is mirrored in trends for individual states. From their peak numbers in the nineteenth century, the numbers declined from 24 to 1 in Massachusetts, from 14 to 4 in New York, and from 15 to 2 in Pennsylvania, by 1990. From 1900 to 1990, the number of the 100 largest urban places increased from zero to 5 in Florida, from 3 to 10 in Texas, and from 3 to 16 in California.

## Sources and Limitations of the Data

In general, the population data in this report are those published in the decennial censuses of population from 1790 to 1990. As described in the section on Urban and Urban Place, the compilation in the 1930s of an historical series of population totals for all urban places (places of 2,500 or more population) since 1790 identified some corrections to urban places and their populations at earlier censuses. That work included population estimates for some incorporated places, which were not always reported separately from their minor civil divisions in census reports from 1790 to 1860. These estimates are identified in Notes for Individual Places.

Reports from the 1960 census include historical tables showing the total population of each incorporated place with 10,000 or more population in 1960 from the earliest census through 1960. These tables, which include corrections and estimates from the work described above, represent the last time that so much historical detail on populations of individual urban places was published in decennial census reports.

Apart from the corrections made as part of the historical series developed in the 1930s on the population of urban places, corrections made after census counts were published are not reflected in this report. Corrections for the 1940-1990 period generally are very small both numerically and proportionately for places as large as the 100 largest urban places.

General information on the census of population, including area classifications, definitions of topics, accuracy of the data, and collection and processing procedures, is provided in decennial census publications. In general, the United States census has been taken on a de jure (usual place of residence) basis rather than on a de facto (location at the time of the census) basis. For information on historical census geographic coverage and on underenumeration in the South in the 1870 census, see Forstall, 1996. For evaluations of census coverage since 1940, see Fay et al. 1988, and Robinson et al., 1993. For a

coverage since 1940, see Fay et al., 1988, and Robinson et al., 1993. For a general history of the census of population, see Anderson, 1988.

For a bibliography of all United States census publications through 1945, see Dubester, 1950. This was reprinted in the *Bureau of the Census Catalog of Publications: 1790-1972*, which included publications of the 1950, 1960, and 1970 censuses. Publications of the 1980 and 1990 censuses are included in the 1984 issue of the *Bureau of the Census Catalog* and the 1994 issue of the *Census Catalog and Guide*, respectively.

Data in this report on land area for the 1910-1990 period were published in Census Bureau publications in decennial census reports and in the annual *Financial Statistics of Cities* prior to 1940 (see Dubester, 1950, citations 1656-1660). For information on the land area of selected cities prior to 1910, see McKenzie, 1933.

Information on the legal designations of places (city, town, etc.) were first published in the census on a systematic basis in 1880. Other sources include *Report on the Social Statistics of Cities* from the 1880 census (see Dubester, 1950, citations 140-142), *Financial Statistics of Cities* (noted above), and general reference works, including encyclopedias and gazetteers. In some cases, city libraries were contacted to obtain the information. The various sources do not always agree about legal designations for places and when changes occurred.

## NOTES FOR INDIVIDUAL PLACES

### Alabama
Birmingham. Classified as partly rural in 1990. 1990 urban figures are 264,551; 105.4; and 2,510 (see Table 22).
Montgomery. Classified as partly rural in 1980. 1980 figures are 176,387; 99.3; and 1,776 (see Table 21).

### Alaska
Anchorage. Classified as partly rural, 1980-1990. 1980 urban figures are 170,247; 139.4; and 1,221 (see Table 21). 1990 urban figures are 221,883; 161.3; and 1,376 (see Table 22).

### Arizona
Phoenix. Classified as partly rural in 1990. 1990 urban figures are 980,995; 283.1; and 3,465 (see Table 22).
Tucson. Classified as partly rural in 1990. 1990 urban figures are 405,291; 123.0; and 3,295 (see Table 22).

### California
Bakersfield. Classified as partly rural in 1990. 1990 urban figures are 174,101; 62.0; and 2,808 (see Table 22).
Fremont. Classified as partly rural in 1990. 1990 urban figures are 173,284; 45.9; and 3,775 (see Table 22).
San Diego. Classified as partly rural 1970-1990. 1970 urban figures are 693,931; 212.8; and 3,261 (see Table 20). 1980 urban figures are 847,494; 267.6; and 3,167 (see Table 21). 1990 urban figures are 1,109,962; 282.2; and 3,933 (see Table 22).
San Francisco. 1850 census returns were destroyed by fire. Population according to the 1852 state census was 34,776.
San Jose. Classified as partly rural in 1970. 1970 urban figures are 443,950; 116.3; and 3,817 (see Table 20).

### Colorado
Aurora. Classified as partly rural in 1990. 1990 urban figures are 221,654; 49.4; and 4,487 (see Table 22).
Colorado Springs. Classified as partly rural in 1990. 1990 urban figures are 280,995; 127.9; and 2,197 (see Table 22).
Denver. Classified as partly rural in 1990. 1990 urban figures are 467,572; 111.0; and 4,212 (see Table 22).

### Connecticut
Bridgeport. 1860 population is estimated.
Hartford. 1790 and 1800 populations are estimated.
Middletown. 1830 population is estimated.
New Haven. 1790 population is estimated.

### District of Columbia
Alexandria. Included in territory ceded by Virginia in 1791 to form part of the District of Columbia and retroceded to Virginia in 1846.
Georgetown. See following note for Washington, DC.
Washington. Treated in the historical urban place series as coextensive with the District of Columbia starting in 1890, although legislation was enacted in 1871 abolishing the municipal governments of Washington and Georgetown, and full consolidation did not occur until 1895. For data on the population of the

District of Columbia divided into Washington, Georgetown, and the remainder, see Forstall, 1996.

## Florida

Jacksonville. Consolidated city, 1970-1990. Classified as partly rural, 1970-1990. 1970 urban figures are 518,131; 344.3; and 1,505 (see Table 20). 1980 urban figures are 531,402; 394.6; and 1,347 (see Table 21). 1990 urban figures are 627,128; 445.9; and 1,406 (see Table 22).

## Georgia

Augusta. 1850 population is estimated.
Columbus. Consolidated city, 1980-1990. Classified as partly rural, 1980-1990. 1980 urban figures are 166,831; 87.6; and 1,904 (see Table 21). 1990 urban figures are 173,196; 95.7; and 1,810 (see Table 22).

## Hawaii

Honolulu. Excluded prior to 1960 because census data for Alaska and Hawaii, prior to their statehood in 1959, were shown separately from census data for the United States. The population of Honolulu for those years in which it would have been among the 100 largest urban places is shown in a footnote in Tables 13 and 15-18 (for 1900 and 1920-1950). Although not legally a city, the urban place of Honolulu was usually referred to as a city in censuses through 1970. It is referred to here as a CDP for all years. See discussion of Census Designated Place in text. Legally, the city of Honolulu, which is not recognized for census purposes, is coextensive with the Honolulu County.

## Indiana

Indianapolis. Consolidated city, 1970-1990. Classified as partly rural in 1970. 1970 urban figures are 743,155; 351.7; and 2,113 (see Table 20).

## Kentucky

Lexington. 1850 population is estimated. Consolidated city, 1980-1990. Classified as partly rural, 1980-1990. 1980 urban figures are 194,093; 76.5; and 2,537 (see Table 21). 1990 urban figures are 218,925; 95.2; and 2,300.

## Louisiana

Lafayette (old). Annexed by New Orleans in 1852. The present-day city of Lafayette, LA is in Lafayette Parish.
Metairie. Metairie CDP is in Jefferson Parish. See discussion of Census Designated Place in text.
New Orleans. Annexed Lafayette (old) in 1852. Classified as partly rural, 1970-1990. 1970 urban figures are 591,502; 86.4; and 6,846 (see Table 20). 1980 urban figures are 557,028; 83.8; and 6,273 (see Table 21). 1990 urban figures are 496,691; 87.4; and 5,683 (see Table 22).

## Massachusetts

Boston. Annexed Roxbury in 1867, Dorchester in 1869, and Charlestown in 1874.
Charlestown. Annexed by Boston in 1874.
Dorchester. Annexed by Boston in 1869.
Nantucket. Name changed from Sherburne in 1795.
Roxbury. Annexed by Boston in 1867.

## Missouri

Kansas City. Classified as partly rural, 1970-1990. 1970 urban figures are 501,859; 238.9; and 2,101 (see Table 20). 1980 urban figures are 446,124; 220.9; and 2,020 (see Table 21). 1990 urban figures are 433,728; 229.4; and 1,891 (see Table 22).

## Nevada

Las Vegas. Classified as partly rural in 1990. 1990 urban figures are 258,054; 62.0; and 4,162 (see Table 22).

## New York

Brooklyn. 1820 and 1830 populations for Brooklyn village not shown separately from Brooklyn town in census reports. Annexed Williamsburgh in 1855. Annexed by New York in 1898. For population of Brooklyn borough in New York city, 1900-1990, see note for New York, NY.
Buffalo. 1830 population for Buffalo village not shown separately from Buffalo town in census reports.
Lockport. 1860 population is estimated.
Newburgh. 1860 population is estimated.
New York. Annexed Brooklyn in 1898. Because it is of interest to provide population counts for the five boroughs of New York city, information is provided also on their formation. In 1874 and 1895, New York city (coextensive with New York County from colonial times to 1874) annexed parts of Westchester county. In 1898, "Greater New York" was formed consisting of five boroughs: Manhattan borough (New York County excluding area annexed in 1874 and 1895); Bronx borough (area annexed by New York County in 1874 and 1895); Brooklyn

borough (area annexed by New York County in 1874 and 1895); Brooklyn borough (Kings County including Brooklyn city); Queens borough (Queens County excluding portion taken to form Nassau County); and Richmond borough (Richmond County). Bronx County, coextensive with Bronx borough, was formed in 1912, making New York County coextensive with Manhattan borough. Richmond borough was renamed Staten Island

| Year | Total | Bronx | Brooklyn | Manhattan | Queens | Staten Island (Richmond) |
|---|---|---|---|---|---|---|
| 1900 | 3,437,202 | 200,507 | 1,166,582 | 1,850,093 | 152,999 | 67,021 |
| 1910 | 4,766,883 | 430,980 | 1,634,351 | 2,331,542 | 284,041 | 85,969 |
| 1920 | 5,620,048 | 732,016 | 2,018,356 | 2,284,103 | 469,042 | 116,531 |
| 1930 | 6,930,446 | 1,265,258 | 2,560,401 | 1,867,312 | 1,079,129 | 158,346 |
| 1940 | 7,454,995 | 1,394,711 | 2,698,285 | 1,889,924 | 1,297,634 | 174,441 |
| 1950 | 7,891,957 | 1,451,277 | 2,738,175 | 1,960,101 | 1,550,849 | 191,555 |
| 1960 | 7,781,984 | 1,424,815 | 2,627,319 | 1,698,281 | 1,809,578 | 221,991 |
| 1970 | 7,894,862 | 1,471,701 | 2,602,012 | 1,539,233 | 1,986,473 | 295,443 |
| 1980 | 7,071,639 | 1,168,972 | 2,230,936 | 1,428,285 | 1,891,325 | 352,121 |
| 1990 | 7,322,564 | 1,203,789 | 2,300,664 | 1,487,536 | 1,951,598 | 378,977 |

Poughkeepsie. 1850 population is estimated.

Rochester. 1830 population for Rochester village not shown separately from Rochester town in census reports.

Utica. 1820 and 1830 populations for Utica village not shown separately from Utica town in census reports.

West Troy. 1850 population for West Troy village not shown separately from population of West Troy town in census reports. West Troy village incorporated as Watervliet city in 1896.

Williamsburgh. 1850 population of Williamsburgh village not shown separately from population of Williamsburgh town in census reports. Annexed by Brooklyn in 1855.

## Ohio

Steubenville. 1840 population is estimated.

## Oklahoma

Oklahoma City. Classified as partly rural, 1970-1990. 1970 urban figures are 356,661; 215.1; and 1,658 (see Table 20). 1980 urban figures are 388,599; 242.6; and 1,602 (see Table 21). 1990 urban figures are 438,922; 381.7; and 1,150 (see Table 22).

Tulsa. Classified as partly rural in 1970. 1970 urban figures are 330,409; 139.5; and 2,369 (see Table 20).

## Pennsylvania

Allegheny. Annexed by Pittsburgh in 1907.
Kensington. Annexed by Philadelphia in 1854.
Moyamensing. Annexed by Philadelphia in 1854.
Northern Liberties. Annexed by Philadelphia in 1854.
Philadelphia, Annexed Kensington, Moyamensing, Northern Liberties, Southwark, and Spring Garden in 1854 when Philadelphia city was made coextensive with Philadelphia County.
Pittsburgh. Annexed Allegheny in 1907.
Southwork. Annexed by Philadelphia in 1854.
Spring Garden. Annexed by Philadelphia in 1854.

## Rhode Island

North Providence. Parts annexed to Providence city and Pawtucket town in 1874. 1880 population of North Providence town: 1,467.
Providence. Annexed part of North Providence town in 1874.

## Tennessee

Memphis. Classified as partly rural, 1970-1990. 1970 urban figures are 623,497; 177.5; and 3,513 (see Table 20). 1980 urban figures are 646,305; 213.7; and 3,024 (see Table 21). 1990 urban figures are 610,337; 217.6; and 2,805 (see Table 22).

Nashville. Consolidated city, 1970-1990. Classified as partly rural, 1970-1990. 1970 urban figures are 436,170; 334.3; and 1,305 (see Table 20). 1980 urban figures are 446,027; 332.1; and 1,343 (see Table 21). 1990 urban figures are 483,427; 376.4; and 1,284 (see Table 20).

## Texas

El Paso. Classified as partly rural, 1980-1990. 1980 urban figures are 424,981; 143.8; and 2,955 (see Table 21). 1990 urban figures are 515,187; 162.7; and 3,166 (see Table 22).

Fort Worth. Classified as partly rural in 1990. 1990 urban figures are 447,212; 243.3; and 1,838 (see Table 22).

Cited in Antonyuk v. James, no. 22-2908(L), archived on 10/24/2024. This document is protected by copyright. Further reproduction is prohibited without permission.

243.3, and 1,858 (see Table 22). 1990. Classified as partly rural in 1970-1990. 1970 urban figures are... [text partially obscured by watermark] 397.0; and 3,102 (see Table 22).

## Virginia

Alexandria. Included in territory ceded by Virginia in 1791 to form part of the District of Columbia and retroceded to Virginia in 1846.

Arlington. Arlington CDP is coextensive with Arlington County. See discussion of Census Designated Place in text.

Virginia Beach. Classified as partly rural, 1970-1990. 1970 urban figures are 166,729; 105.6; and 1,579 (see Table 20). 1980 urban figures are 257,269; 145.9; and 1,763 (see Table 21). 1990 urban figures are 389,536; 159.1; and 2,448 (see Table 22).

Wheeling. In territory that was formerly part of Virginia and that was taken to form West Virginia in 1863.

## West Virginia

Wheeling. In territory that was formerly part of Virginia and that was taken to form West Virginia in 1863.

# REFERENCES

Anderson, Margo J. 1988. The American Census: a Social History. New Haven, CT: Yale University Press.

Dahmann, Donald C. 1992. "Accounting for the Geography of Population: 200 Years of Census Bureau Practice with Macro-Scale Sub-National Regions." Paper presented at the Annual Meeting of the Association of American Geographers, San Diego, CA, 18-22 April 1992.

Dubester, Henry J. 1950. Catalog of United States Census Publications: 1790-1945. Washington, DC: U.S. Government Printing Office. (Reprinted in U.S. Bureau of the Census, 1974.)

Fay, Robert E. et al. 1988. "The Coverage of Population in the 1980 Census." Bureau of the Census, Evaluation and Research Reports, PHC80-E4. Washington, DC: U.S. Government Printing Office.

Forstall, Richard L. 1996. Population of States and Counties of the United States: 1790 to 1990. Bureau of the Census. Washington, DC: U.S. Government Printing Office.

McKenzie, R. D. 1933. The Metropolitan Community. New York, NY: McGraw Hill. (Reissued in 1967. New York, NY: Russell and Russell.)

Robinson, J. Gregory et al. 1993. "Estimation of Population Coverage in the 1990 United States Census Based on Demographic Analysis," Journal of the American Statistical Association, Vol. 88, No. 423 (September 1993), pp. 1061-1079.

Truesdell, Leon E. 1949. "The Development of the Urban-Rural Classification in the United States: 1874 to 1949." Bureau of the Census, Current Population Reports, Series P-23, No. 1. Washington, DC: U.S. Government Printing Office.

U.S. Bureau of the Census. 1974. Catalog of Publications: 1790-1972. Washington, D.C.: U.S. Government Printing Office.

-----. 1984. Bureau of the Census Catalog, 1984. Washington, DC: U.S. Government Printing Office.

-----. 1994. Census Catalog and Guide: 1994. Washington, DC: U.S. Government Printing Office.

Walker, Francis A., compiler. 1874. Statistical Atlas of the United States. New York, NY: Julius Bien.

## Others in Series

`Working Paper`

### Timing of First Births: 1930-34 to 1990-94

May 1998

The purposes of this research is to examine the trend in the marital status of women at the time of their first birth.



Working Paper

## Co-resident Grandparents and Their Grandchildren

March 1998

This paper estimates how many grandparents maintain households for their grandchildren and how these numbers have changed since 1990.

Working Paper

## Are There Differences in Behaviors b/w Naturalized and Native-Born?

February 1999

The report takes a step by step approach to access differences in voting behavior between immigrants and native-born Americans.

VIEW ALL

Page Last Revised - March 24, 2022

## Receive Updates

To sign up for updates please enter your email address.

Enter your email address    SUBSCRIBE

| Stay Current | Stay Connected | Follow |
|---|---|---|
| America Counts | Contact | |
| Director's Blog | Support | |
| Random Samplings | Jobs | |
| Research Matters | | |

Information Quality  |  Data Linkage Infrastructure  |  Data Protection and Privacy Policy  |  Accessibility  |  FOIA  |  Inspector General  |  No FEAR Act  |  U.S. Department of Commerce  |  USA.gov

Top

Measuring America's People, Places, and Economy

Cited in Antonyuk v. James, no. 22-2908(L), archived on 10/24/2024

This document is protected by copyright. Further reproduction is prohibited without permission.