**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four.

Before:     Dennis Jacobs,
            Gerard E. Lynch,
            Eunice C. Lee,
                *Circuit Judges*.

---

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

        Plaintiffs - Appellees,

v.

Steven G. James, in his official capacity as Superintendent of the New York State Police, Matthew J. Doran, in his official capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse,

        Defendants – Appellants,

Kathleen Hochul, in her official capacity as Governor of the State of New York, Steven A. Nigrelli, in his official capacity as Acting Superintendent of the New York State Police, Judge Matthew J. Doran, in his official capacity as Licensing-official of Onondaga County, William Fitzpatrick, in his official capacity as Onondaga County District Attorney, Eugene Conway, in his official capacity as Sheriff of Onondaga County, Joseph Cecile, in his official capacity as Chief of Police of Syracuse, P. David Soares, in his official capacity as District Attorney of Albany County, Gregory Oakes, in his official capacity as District Attorney of Oswego County, Don Hilton, in his official capacity as Sheriff of Oswego County, and Joseph Stanzione, in his official capacity as District Attorney of Greene County,

        Defendants.

---

**JUDGMENT**

Docket Nos. 22-2908(L), 22-2972(Con)

**MANDATE ISSUED ON 11/14/2024**

The appeals in the above captioned case from an order and preliminary injunction of the United States District Court for the Northern District of New York were submitted on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's injunction is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedimgs consistent with this Court's October 24, 2024 opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit