# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 27, 2025

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:  Ivan Antonyuk, et al.
v. Steven G. James, In His Official Capacity as the
Superintendent of the New York State Police, et al.
No. 24-795
(Your No. 22-2908, 22-2972)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
January 22, 2025 and placed on the docket January 27, 2025 as No. 24-795.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst